

# United States District Court
# Western District of Washington

| | |
|---|---|
| AUBRY MCMAHON | Case Number: 2:21-cv-00920-JLR |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| WORLD VISION INC | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, **Casimir Wolnowski** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Aubry McMahon

The particular need for my appearance and participation is:

Counsel for Plaintiff Aubry McMahon

I, **Casimir Wolnowski** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/13/2021       Signature of Applicant: s/ **Casimir Wolnowski**

**Pro Hac Vice Attorney**

Applicant's Name: Casimir Wolnowski
Law Firm Name: Nisar Law Group, P.C.
Street Address 1: 60 East 42nd Street
Address Line 2: Suite 4600
City: New York   State: NY   Zip: 10165
Phone Number w/ Area Code: (646) 889-1007   Bar #: 4688826   State: NY
Primary E-mail Address: cwolnowski@nisarlaw.com
(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)
Secondary E-mail Address: casey@cjwfirm.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Casimir Wolnowski is unable to be present upon any date assigned by the court.

Date: 7/13/2021   Signature of Local Counsel: s/ Michael Subit

Local Counsel's Name: Michael Subit
Law Firm Name: Frank Freed Subit & Thomas LLP
Street Address 1: 705 Second Avenue
Address Line 2: Suite 1200
City: Seattle   State: WA   Zip: 98104
Phone Number w/ Area Code: (206) 682-6711   Bar #: 29189



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27, 2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  7/13/2021   Signature  s/ Casimir Wolnowski
*(Pro Hac Vice applicant name)*