IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **AUBRY MCMAHON**<br>Plaintiff/Petitioner<br>vs.<br>**WORLD VISION, INC.**<br>Defendant/Respondent | Cause No.:   **2:21-cv-00920-JLR**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS; CIVIL COVER SHEET; COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of July, 2021** at **2:58 PM** at the address of **300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, Thurston County, WA 98501**; this declarant served the above described documents upon **WORLD VISION, INC. d/b/a WORLD VISION c/o CORPORATION SERVICE COMPANY** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CORPORATION SERVICE COMPANY**, **Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by physical description, a black-haired Hispanic female approx. 45-55 years of age, 5'-5'4" tall and weighing 80-120 lbs.  Juanita Huey**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$82.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Date:   07/14/2021

*Kevin Nakai*

**Kevin Nakai, Reg. # 3465919, Lewis County, WA**

ORIGINAL PROOF OF SERVICE

PAGE 1 OF 1

For: **Frank, Freed, Subit & Thomas LLP**
Ref #: **#McMahon**

Tracking #: **0073188287**

