THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **AUBRY MCMAHON**, | CASE NO. 2:21-CV-00920-JLR |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| **WORLD VISION, INC.**, | |
| Defendant. | |

TO: Aubry McMahon, Plaintiff

AND TO: Michael Submit and Casimir Wolnowski, attorneys for Plaintiff

AND TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Nathaniel Taylor of Ellis, Li & McKinstry PLLC hereby appears in the above-entitled action as attorney of record for Defendant World Vision, Inc. All further papers and pleadings herein, except original process, should be served upon the undersigned attorney at the address below stated.

//
//
//

NOTICE OF APPEARANCE
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue
Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

1
2   DATED this July 21, 2021

3                                   ELLIS, LI & McKINSTRY PLLC
4
                                    By:   *s/ Nathaniel L. Taylor*
5                                         ─────────────────────────
                                          Nathaniel L. Taylor, WSBA No. 27174
6                                         Ellis, Li & McKinstry PLLC
                                          1700 Seventh Avenue, Suite 1810
7                                         Seattle, WA  98101
                                          Telephone: (206) 682-0565
8                                         Fax: (206) 625-1052
                                          Email: ntaylor@elmlaw.com
9                                         Attorneys for Defendant World Vision,
10                                        Inc.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27