THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **AUBRY MCMAHON**, | CASE NO. 2:21-CV-00920-JLR |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| **WORLD VISION, INC.**, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant World Vision, Inc., is a nonprofit corporation. It does not have a parent corporation and does not issue stock. It is not a joint venture, limited liability company, limited liability, or unincorporated association.

///
///
///
///
///
///
///

DATED this July 21, 2021

        ELLIS, LI & McKINSTRY PLLC

By:  *s/ Nathaniel L. Taylor*
    Nathaniel L. Taylor, WSBA No. 27174
    Ellis, Li & McKinstry PLLC
    1700 Seventh Avenue, Suite 1810
    Seattle, WA 98101
    Telephone: (206) 682-0565
    Fax: (206) 625-1052
    Email: ntaylor@elmlaw.com
    Attorneys for Defendant World Vision, Inc.

CORPORATE DISCLOSURE STATEMENT  Page 2
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue
Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052