THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUBRY MCMAHON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD VISION, INC.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00920-JLR<br><br>**NOTICE OF UNAVAILABILITY OF MICHAEL C. SUBIT** |

TO:　　　　The Clerk of the Court;

AND TO:　　All Parties and Counsel of Record.

　　PLEASE TAKE NOTICE that Michael C. Subit of Frank Freed Subit & Thomas, LLP, counsel for Plaintiff Aubry McMahon in this case, will be unavailable during October 11-15, 2021. Any and all actions taken in regard to this case should be rescheduled, delayed, and/or deferred accordingly.

　　Your cooperation and professional courtesy are requested.

　　DATED this 13th day of August 2021.

　　　　　　　　　　**FRANK FREED SUBIT & THOMAS LLP**

　　　　　　　　　　By: /s/ Michael C. Subit
　　　　　　　　　　　　Michael C. Subit, WSBA No. 29189
　　　　　　　　　　　　705 Second Avenue, Suite 1200
　　　　　　　　　　　　Seattle, Washington 98104
　　　　　　　　　　　　Phone: (206) 682-6711
　　　　　　　　　　　　Fax:  (206) 682-0401

No. 2:21-cv-00920-JLR
NOTICE OF UNAVAILABILITY - 1

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Email: msubit@frankfreed.com

*Attorneys for Plaintiff*

No. 2:21-cv-00920-JLR
NOTICE OF UNAVAILABILITY - 2

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

DATED at Seattle, Washington on this 13th day of August 2021.

/s/Sarah Gunderson
Sarah Gunderson

No. 2:21-cv-00920-JLR
NOTICE OF UNAVAILABILITY - 3

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711