THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>   Plaintiff,<br><br> vs.<br><br>WORLD VISION, INC.<br><br>   Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>STIPULATED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER<br><br>*NOTE ON MOTION CALENDAR:*<br>*JULY 13, 2022* |

Pursuant to LCR 7(d)(1), LCR 10(g), and LCR 26(c), the parties move for entry of the attached proposed protective order. Pursuant to LCR 26(c)(2) the proposed order fully tracks the court's model order with the exception of the required detail in the definition of "Confidential Material" in Section 2.

DATED this July 13, 2022

ELLIS, LI & McKINSTRY PLLC

By: *s/ Nathaniel L. Taylor*
Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194

---

MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

GAMMON & GRANGE, P.C.
Scott J. Ward, VSB #37758
   (admitted pro hac vice)
J. Matthew Szymanski, VSB # 33150
   (admitted pro hac vice)
8280 Greensboro Drive, # 140
McLean, Virginia 22102
Telephone: (703) 761-5012
Fax: (703) 761-5030
Email: SJW@gg-law.com
Email: JMS@gg-law.com

*Attorneys for Defendant*
*World Vision, Inc.*


NISAR LAW GROUP, P.C.
By:   s/ *Casimir Wolnowski*

Casimir Wolnowski, *admitted pro hac vice*
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
Direct: (646) 889-1007
Fax: (516) 604-0157
Email: cwolnowski@nisarlaw.com

FRANK FREED SUBIT & THOMAS LLP
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com
*Attorneys for Plaintiff*

MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052