THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>       Plaintiff,<br><br>   vs.<br><br>WORLD VISION, INC.<br><br>       Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>DEFENDANT'S MOTION FOR OVER-LENGTH BRIEFS<br><br>NOTE ON MOTION CALENDAR: APRIL 4, 2023 |

Pursuant to LCR 7(f), Defendant World Vision requests leave to file over-length briefs in support of its motion for summary judgment due on April 11, 2023. This employment discrimination case against a religious employer involves layers of issues of federal and state statutory interpretation and federal constitutional limitations that require extra space and care to frame appropriately for the Court's consideration.

Prior litigation involving World Vision, a different plaintiff, and only one of the federal statutory issues resulted in substantial published opinions of this Court and the Ninth Circuit. *See Spencer v. World Vision, Inc.*, 570 F.Supp.2d 1279 (W.D.Wash. 2008), *aff'd*, 619 F.3d 1109 (9th Cir. 2010), *as amended on denial of reh'g en banc*, 633 F.3d 723 (2011), *cert. denied*, 565 U.S. 816 (2011). The instant case requires consideration of that same federal statutory issue, plus a state statutory issue, as interpreted by recent

decisions of the Supreme Courts of the United States and the State of Washington. *See Bostock v. Clayton Cty.*, 140 S.Ct. 1731 (2020) and *Woods v. Seattle's Union Gospel Mission*, 197 Wash.2d 231 (2021). The instant case also requires consideration, on both the front and the back ends, of weighty issues arising under the First Amendment.

For good cause shown, World Vision requests expanded briefing limits of 17,500 words (50 pages @ 350 words/page) for opening and opposition briefs, and 7,000 words (20 pages) for reply briefs, "to aid [this Court] in a determination of the issues at hand." *In re Grand Jury*, 117 Fed.Appx. 527, 529 (9th Cir. 2004). This request is in line with *California Expanded Metal Products Co. v. Klein*, 2021 WL 4078072, at *1 (W.D.Wash. 2021) (Robart, J.), which granted over-length briefing as follows:

| Brief | Page Limit |
|---|---|
| Opening Brief | 50 |
| Opposition Brief | 50 |
| Reply Brief | 20 |

Such briefing will serve the "ends of justice." *Vawter v. Quality Loan Service Corp. of Washington*, 707 F.Supp.2d 1115, 1120 (W.D.Wash. 2010) (Robart, J.) ("ends of justice are best served by considering the entire response," despite failure to request leave).

Although Plaintiff (by counsel) elected not to consent to this Motion, any expanded word (page) limits should apply equally to her cross motion, if any.

///

///

///

1 | DATED this April 4, 2023

ELLIS, LI & McKINSTRY PLLC

By:  *s/ Nathaniel L. Taylor*
Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

GAMMON & GRANGE, P.C.
Scott J. Ward, VSB #37758
   (admitted pro hac vice)
J. Matthew Szymanski, VSB # 33150
   (admitted pro hac vice)
1945 Old Gallows Road, # 650
Tysons, Virginia 22182
Telephone: (703) 761-5012
Email: SJW@gg-law.com
Email: JMS@gg-law.com

*Attorneys for Defendant*
*World Vision, Inc.*

I certify that this memorandum contains 348 words, in compliance with the Local Civil Rules

MOTION FOR OVER-LENGTH BRIEFS
CASE NO. 2:21-CV-00920-JLR

Page 3

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052