THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

         Plaintiff,

   vs.

WORLD VISION, INC.

         Defendant.

CASE NO. 2:21-CV-00920-JLR

[PROPOSED] ORDER ALLOWING
OVER-LENGTH BRIEFS ON
SUMMARY JUDGMENT

     The Court, having considered the Defendant's Motion for Over-Length Briefs
pursuant to LCR 7(f), and for good cause shown, hereby grants leave to both parties
to file briefs on summary judgment under the following space limitations:

| **Brief** | **Word Limit** |
|---|---|
| Opening Brief | 17,500 words |
| Opposition Brief | 17,500 words |
| Reply Brief | 7,000 words |

     DATED: _____

_____
James L. Robart
United States District Judge

ORDER ON OVER-LENGTH BRIEFS          Page 1
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052