THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD VISION, INC.<br><br>Defendant. | CASE NO. 2:21-CV-00920-JLR  JLR<br><br>[~~PROPOSED~~] ORDER ALLOWING OVER-LENGTH BRIEFS ON SUMMARY JUDGMENT |

The Court, having considered the Defendant's Motion for Over-Length Briefs pursuant to LCR 7(f), and for good cause shown, hereby grants leave to both parties to file briefs on summary judgment under the following space limitations:

| **Brief** | **Word Limit** |
|---|---|
| Opening Brief | 10,500 words |
| Opposition Brief | 10,500 words |
| Reply Brief | 5,250 words |

DATED: 5 April 2023

James L. Robart
United States District Judge

ORDER ON OVER-LENGTH BRIEFS          Page 1
CASE NO. 2:21-CV-00920-JLR