THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>   Plaintiff,<br><br>vs.<br><br>WORLD VISION, INC.<br><br>   Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK |

  The following is being filed in paper or physical form with the Clerk's Office for the Western District of Washington:

  Exhibit MF-11 to Declaration of Melanie Freiberg: Hardbound World Vision Faith in Action Study Bible (Zondervan 2005) (illustrated Bible featuring World Vision's work as a response to Scripture) ("WV Study Bible").

  This item was previously provided to counsel for Plaintiff.

  The item will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Washington

  DATED this April 11, 2022

             ELLIS, LI & McKINSTRY PLLC

             By: *s/ Nathaniel L. Taylor*

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK
CASE NO. 2:21-CV-00920-JLR — Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

GAMMON & GRANGE, P.C.
Scott J. Ward, VSB #37758
   (admitted pro hac vice)
J. Matthew Szymanski, VSB # 33150
   (admitted pro hac vice)
1945 Old Gallows Road, # 650
Tysons, Virginia 22182
Telephone: (703) 761-5012
Email: SJW@gg-law.com
Email: JMS@gg-law.com

*Attorneys for Defendant*
*World Vision, Inc.*

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052