THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>        Plaintiff,<br><br>    vs.<br><br>WORLD VISION, INC.<br><br>        Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK |

The following is being filed in paper or physical form with the Clerk's Office for the Western District of Washington:

A Memorex USB flash drive containing the following audio and video files:

1. Exhibit SO-12 to Declaration of Shannon Osborne: Video recording of DCS led chapel service on January 22, 2013 (\\Shannon Osborne Declaration_Exhibit SO 12\January 22 2013 World Vision Chapel.mp4)

2. Exhibit SO-13 to Declaration of Shannon Osborne: Video recording of DCS-led chapel service on June 26, 2019 (\\Shannon Osborne Declaration_Exhibit SO 13\June 26 2019 World Vision Chapel.mp4)

3. Exhibit SO-14 to Declaration of Shannon Osborne: Video recording of DCS-led chapel service on August 4, 2021 ((\\Shannon Osborne Declaration_Exhibit SO 14\August 4 2021 World Vision Chapel.mp4)

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

4. Exhibit SO-15 to Declaration of Shannon Osborne: Ten (10) audio recordings of DCSR donor calls (2020Call1–2020Call10) (private info redacted)
    a. \\Shannon Osborne Declaration_Exhibit SO 15\2020Call3 [2020-04-01] - CONFIDENTIAL.mp3"
    b. "\\Shannon Osborne Declaration_Exhibit SO 15\2020Call4 [2020-04-03] - CONFIDENTIAL.mp3"
    c. \\Shannon Osborne Declaration_Exhibit SO 15\2020Call5 [2020-04-03] - CONFIDENTIAL.mp3"
    d. "\\Shannon Osborne Declaration_Exhibit SO 15\2020Call6 [2020-04-03] - CONFIDENTIAL.mp3"
    e. \\Shannon Osborne Declaration_Exhibit SO 15\2020Call7 [2020-04-03] - CONFIDENTIAL.mp3"
    f. \\Shannon Osborne Declaration_Exhibit SO 15\2020Call8 [2020~Undated] - CONFIDENTIAL.mp3"
    g. \\Shannon Osborne Declaration_Exhibit SO 15\2020Call9 [2020~Undated] - CONFIDENTIAL.mp3"
    h. \\Shannon Osborne Declaration_Exhibit SO 15\2020Call10 [2020~Undated] - CONFIDENTIAL.mp3"
    i. \\Shannon Osborne Declaration_Exhibit SO 15\2020Call1 [2020-03-11] - CONFIDENTIAL.mp3"
    j. \\Shannon Osborne Declaration_Exhibit SO 15\2020Call2 [2020-04-01] - CONFIDENTIAL.mp3"
5. Exhibit MF-08 to Declaration of Melanie Freiberg: audio recording of part of January 5, 2021 telephone conversation, as produced by Plaintiff Aubry McMahon (\\Melanie Freiberg Declaration_Exhibit MF 082\MF 08 _ audio recording of part of January 8 2021 phone call.mp3)
6. Exhibit MF-24 to Declaration of Melanie Freiberg: Video recording of DCS-led

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK  
CASE NO. 2:21-CV-00920-JLR   Page 2

Ellis | Li | McKinstry  
1700 Seventh Avenue, Suite 1810  
Seattle, WA 98101-1820  
206.682.0565  Fax: 206.625.1052

chapel service on June 11, 2008 (\\Melanie Freiberg Declaration_Exhibit MF 24\June 11 2008 World Vision Chapel.mp4)

7. Exhibit MF-25 to Declaration of Melanie Freiberg: Video recording of DCS-led chapel service on Sept. 1, 2010 (\\Melanie Freiberg Declaration_Exhibit MF 25\ September 1 2010 World VIsion Chapel.mp4)

8. Exhibit MF-26 to Declaration of Melanie Freiberg: Video recording of DCS-led chapel service on January 22, 2013 (\\Melanie Freiberg Declaration_Exhibit MF 26\January 22 2013 World Vision Chapel.mp4)

9. Exhibit MF-27 to Declaration of Melanie Freiberg: Video recording of DCS-led chapel service on June 26, 2019 (\\Melanie Freiberg Declaration_Exhibit MF 27\June 26 2019 World Vision Chapel.mp4)

10. Exhibit MF-28 to Declaration of Melanie Freiberg: Video recording of DCS-led chapel service on August 4, 2021 (\\Melanie Freiberg Declaration_Exhibit MF 28\August 4 2021 World Vision Chapel.mp4)

These digital files were previously provided to counsel for Plaintiff. The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Washington

DATED this April 11, 2023

ELLIS, LI & McKINSTRY PLLC

By:   *s/ Nathaniel L. Taylor*

Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK
CASE NO. 2:21-CV-00920-JLR
Page 3
Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

GAMMON & GRANGE, P.C.
Scott J. Ward, VSB #37758
  (admitted pro hac vice)
J. Matthew Szymanski, VSB # 33150
  (admitted pro hac vice)
1945 Old Gallows Road, # 650
Tysons, Virginia 22182
Telephone: (703) 761-5012
Email: SJW@gg-law.com
Email: JMS@gg-law.com

*Attorneys for Defendant*
*World Vision, Inc.*

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK
CASE NO. 2:21-CV-00920-JLR

Page 4

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052