1

2

                                                        **Hon. James L. Robart**

3

4

5

6                    **UNITED STATES DISTRICT COURT**
                    **WESTERN DISTRICT OF WASHINGTON**
7                            **AT SEATTLE**

8    AUBRY MCMAHON,

9                    Plaintiff,                Case No.:  2:21-cv-00920-JLR

10           v.                                **DECLARATION OF CASIMIR**
                                               **WOLNOWSKI IN SUPPORT OF**
11   WORLD VISION, INC.,                       **PLAINTIFF'S MOTION FOR**
                                               **SUMMARY JUDGMENT**
12                   Defendant.                **ON LIABILITY**

13                                             **NOTE DATE: MAY 5, 2023**

14

15           Casimir Wolnowski, upon oath affirms and declares:

16           1.      I am an attorney and the senior managing counsel at Nisar Law Group, P.C.,

17   counsel for the plaintiff Aubry McMahon ("Plaintiff"). I am admitted to practice before this

18   Court in this matter *pro hac vice*. I am competent to testify and make the following statements

19   based upon my personal knowledge. If called to testify, I would repeat and affirm each and

20   every statement made herein.

21           2.      Attached as Exhibit 1 is a true and correct copy of the job posting for customer

22   service representative, Bates stamped WV-000048-50 produced in discovery.

23           3.      Attached as Exhibit 2 is a true and correct copy of the "History of Events and

24

     WOLNOWSKI DEC.            - Page 1        NISAR LAW GROUP, P.C.
     2:21-CV-00920-JLR                         60 East 42nd Street, Ste. 4600
                                               New York, NY 10165
                                               Ph: (646) 889-1007

Comments" as part of Defendant's applicant tracking system, Bates stamped WV-000065 produced in discovery.

4.      Attached as Exhibit 3 is a true and correct copy of the January 5, 2021 written offer of employment sent to Plaintiff, Bates stamped WV-000078-79 produced in discovery.

5.      Attached as Exhibit 4 is a true and correct copy of the January 5, 2021 email sent by Plaintiff to Catherine Miolla, Bates stamped WV-000080 produced in discovery.

6.      Attached as Exhibit 5 is a true and correct copy of the phone screening interview document, Bates stamped WV-000067-70 produced in discovery.

7.      Attached as Exhibit 6 is a true and correct copy of an email chain between Plaintiff and Catherine Miolla culminating in an email sent by Catherine Miolla to Plaintiff on January 8, 2021, Bates stamped WV-000081-82 produced in discovery.

8.      Attached as Exhibit 7 is a true and correct copy of a document entitled "Contextual guidance and examples" as part of Defendant's "Giving Word to our Faith" framework documents, Bates stamped WV-006164 produced in discovery.

9.      Attached as Exhibit 8 is a true and correct copy of pertinent pages from a "Giving Word to our Faith" handbook, Bates stamped WV-006119-28 produced in discovery.

10.      Attached as Exhibit 9 is a true and correct copy of the transcript of the February 24, 2023 deposition of Plaintiff.

11.      Attached as Exhibit 10 is a true and correct copy of the transcript of the March 10, 2023 deposition of Defendant's Rule 30(b)(6) designee—Melanie Freiberg.

12.      Attached as Exhibit 11 is a true and correct copy of the transcript of the March 2, 2023 deposition of Catherine Miolla.

13.      Attached as Exhibit 12 is a true and correct copy of the transcript of the March

WOLNOWSKI DEC.                                    - Page 2
2:21-CV-00920-JLR

NISAR LAW GROUP, P.C.
60 East 42nd Street, Ste. 4600
New York, NY 10165
Ph: (646) 889-1007

1   8, 2023 deposition of Christine Talbot.

2       14.     Attached as Exhibit 13 is a true and correct copy of the transcript of the

3   February 16, 2023 deposition of Melanie Freiberg.

4       15.     Attached as Exhibit 14 is a true and correct copy of a guidance document used

5   to assist customer service representatives in communicating with donors, Bates stamped WV-

6   006113-14 produced in discovery.

7       I declare under the penalty of perjury under the laws of the United States that the

8   foregoing is true and correct to the best of my knowledge.

9

    DATED: April 11, 2023                  /s/ Casimir Wolnowski
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  WOLNOWSKI DEC.              - Page 3        NISAR LAW GROUP, P.C.
    2:21-CV-00920-JLR                           60 East 42nd Street, Ste. 4600
                                                New York, NY 10165
                                                Ph: (646) 889-1007