# EXHIBIT 2

CONFIDENTIAL





WV-000065