# EXHIBIT 4

From: Aubry McMahon <aubrymcmahon@gmail.com>
Sent: Tuesday, January 5, 2021 11:56 AM
To: Catherine Miolla - US <cmiolla@worldvision.org>
Subject: Quick Question

[External Sender]


Hey there,
I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify for any time off for this since I'll be a new employee? I will be the one having the baby so I just wanted to check to see if any time would be allowed off. If not, no worries, thanks so much!
Aubry