# EXHIBIT 5




**CONFIDENTIAL**

DSRT PHONE SCREENING

**Applicants Name**: Aubry Atwood         **Date**: 12/4/2020

**Title of Position**:    D.S.R.T.

## SECTION 1- INTRO/LOGISTICS:

*Tell them about World Vision*:
- We're a Christian humanitarian organization helping children, families, and their communities overcome poverty and injustice
- Mission statement: World Vision is an international partnership of Christians whose mission is to follow our Lord and Savior Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice, and bear witness to the good news of the Kingdom of God.

*Things to discuss prior to interview questions*:
- Hours:
    - During training: During the 9-11 week training period, hours will be:
    - After training: Anytime between 6am and 6pm PST M-F
- Pay- confirm that hourly rate will work for them
    - $13 in 300 level areas
    - $15 in 200 level areas
- Does February 1st work as a start date for you?
- Are you prepared to work from home? Have you worked from home before?
    - Do you have a reliable, high speed internet connection at home?
    - Do you have a room or dedicated workspace where you can be free of distractions (and no other adults in the room?

## SECTION 2- BACKGROUND AND SKILLS:

**Why are you interested in this position at World Vision and why do you want to work for a call/contact center?**
Sponsored a child through WV when I was younger. Gone on several mission trips before- Uganda. Did basic medical care. A lot of the kids there had been sponsored. Saw the difference between those that were sponsored and those who weren't. It broke my heart to see the kids who couldn't get what they needed. Love the mission of WV. Would love to go back someday and work fulltime in missions. I've done a lot of caretaking positions, CNA, marketing, networking. Education background is in psychology. I have a wide range of work experience. good communication and customer service skills.

Because of COVID, my last role ended. I haven't been able to find a position since then. I am desperately looking.

**What work experience/background do you have that would equip you to do this job?**

I will instruct you and teach you in the way you should go; I will counsel you and watch over you. Psalms 32:8 (NIV)

WV-000067




CONFIDENTIAL

Preference is to work remotely. I am struggling financially. Been applying to both PT and FT. Would love FT. Have worked from home before, in my marketing role for several years.
I have a home office

In this position you will be making inbound and outbound calls. Also call metrics (average handle times). Our outbound calls are rapid outbound calls that you may be assigned to do all day. This is a requirement for the position. Is that something that you will feel comfortable with?
Sounds perfect

(EXTRA BLESSINGS): In addition, there may be times when talking with the donor (i.e. depending on the type of call) where you may have to ask a donor would they like to make another donation for a specific program that we are supporting (i.e. water). This would be considered upselling and is a requirement for the position. Do you feel you are able to do this?
Yes absolutely.


Great customer service is an important part of this position.
- What would you do if a customer made a request that you weren't able to accommodate?
- Provide me an example of a time you went above and beyond to meet/exceed a customer's expectations?

In my marketing position, I started doing admin work and then was brought on as the marketing director. Was often the first person they would talk to before transferred to a broker or higher up leadership. I answered phone calls and emails from our clients. Pride myself on talking to other people how I would like them to talk to me. Uplifting voice, asking about their day. Best personality. Care to any needs that they have. Make sure that they have a good experience. I enjoy that type of work, getting to talk to and help with the customers.

Please tell me about your computer experience and skills. What background do you have working with technology, and how do you do learning new systems and programs?
- What is your comfort level using virtual meeting rooms? (MS Teams, Zoom, etc.) Have you used them before?

Just finished my bachelors degree. All of my classes during COVID were done on Zoom. Skype. FaceTime. Happy to learn. Not intimidating.

Used to having camera and microphone on.


<mark>SECTION 3- CHRSTIAN COMMITMENT:</mark>


World Vision Christian Compatibility



Christian Compatibility Screening (Christian Commitment and Standards of Conduct)


I will instruct you and teach you in the way you should go; I will counsel you and watch over you. Psalms 32:8 (NIV)

WV-000068

CONFIDENTIAL



WV is a Christian organization and because of that, I want to spend some time today talking with you about how we integrate our faith and work, about our religious values as an organization.

*Chapel during training only?*

I want to begin with hearing a little about your personal faith journey. How does that sound?

Christian Commitment

| | |
|---|---|
| Share with me your spiritual journey. | |
| Grew up in the church, but didn't really start enjoying it until middle school or high school. Found a lot of my closest friends through youth group. In 2008 and 2009 the church helped my family save our house during the recession. Our church and our community really helped us during that time. | |
| How is God involved in your life right now?  What are you learning and discovering about God? | |
| Comfort from the Lord this year in not having a job during COVID. | |
| Describe for me who you believe Jesus Christ is and what influence or impact he has had on your personal life? | |
| Learned about a lot of different religions over the years. Jesus is someone we can pray to, someone we can turn to for guidance when things are tough. The creator, guider of our lives | |
| According to your profile you are attending church at….  Can I ask how long you've been attending there?  Are you involved in church activities? | |
| West UMC- drive in services during COVID. Active part of the church is important to me. Mission work. | |
| How do you feel about working in a diverse Christian environment where over 40 different Christian denominations are represented? | |
| Oh yes for sure! | |

II. Key Points in Christian Conduct Conversation
- At World Vision, we seek individuals who not only share our Christian faith and values, but also live them out both in and outside of work.
- Our employees are expected to be in alignment with behaviors described in our standards of conduct, which are biblically based.
- The lens for determining Biblically based behavior would be to ask:
    - Does the behavior glorify God?
    - Does it build up other Christians and encourage love and good deeds?
    - Is it good stewardship (responsible use of His resources)?
    - Is the behavior consistent with the teachings of Scripture?
- Examples of behaviors that we believe are not in alignment with our standards of conduct and therefore unacceptable behavior for employees include:
    - Abuse or neglect of a child or one's spouse
    - Any sexual conduct outside of a marriage; (pause) WV defines marriage as between a man and a woman
    - Ongoing substance or alcohol abuse
    - Harassment of any type
    - Theft, fraud, embezzlement, bribery etc.
    - Malicious gossip, fighting, etc.

I will instruct you and teach you in the way you should go; I will counsel you and watch over you. Psalms 32:8 (NIV)

WV-000069



CONFIDENTIAL

| | |
|---|---|
| Do you have any questions about our standards of conduct, the expectations we have of employee compliance with them or of our organizational culture and values? | |
| No not at all | |
| It's important that you know of World Vision's expectations so that you can decide if we are the right organization for you.  Are you willing and able to comply with the Standards of Conduct if employed by WV? | |
| I'm aligned, yes! | |
| Based on our conversation today, do you feel that WV seems like a good fit for you? | |
| Yeah absolutely! | |

I will instruct you and teach you in the way you should go; I will counsel you and watch over you. Psalms 32:8 (NIV)

WV-000070