# EXHIBIT 6

| | |
|---|---|
| **From:** | Catherine Miolla - US |
| **To:** | Aubry McMahon |
| **Subject:** | RE: Quick Question |
| **Date:** | Friday, January 8, 2021 2:00:07 PM |

Aubry, since our communication on Tuesday, I've tried several times to get in touch with you to discuss a discrepancy in your interview responses. Since I have not heard back from you to resolve the discrepancy, I am rescinding the job offer that was extended to you on Monday January 4th.

I wish you all the best in your future endeavors.
Catherine

-----Original Message-----
From: Aubry McMahon <aubrymcmahon@gmail.com>
Sent: Friday, January 8, 2021 9:01 AM
To: Catherine Miolla - US <cmiolla@worldvision.org>
Subject: Re: Quick Question

That sounds great, thanks so much!

Sent from my iPhone

> On Jan 8, 2021, at 10:59 AM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>
> Hi Aubry,
> Just wanted to check and make sure that 1pm EST works for me to give you a call today? If I don't hear from you, I'll try calling at that time.
> Thank you,
> Catherine
>
> -----Original Message-----
> From: Catherine Miolla - US
> Sent: Thursday, January 7, 2021 8:54 AM
> To: Aubry McMahon <aubrymcmahon@gmail.com>
> Subject: RE: Quick Question
>
> No problem Aubry! How about Friday at 1pm EST? If that works for you, I will give you a call at that time.
>
> Thank you,
> Catherine
>
> -----Original Message-----
> From: Aubry McMahon <aubrymcmahon@gmail.com>
> Sent: Wednesday, January 6, 2021 5:40 PM
> To: Catherine Miolla - US <cmiolla@worldvision.org>
> Subject: Re: Quick Question
>
> Hey there, so sorry, I've been crazy busy with my sister getting married. That sounds great! I can talk on Friday at any point if you're available!
>
> Sent from my iPhone
>
>> On Jan 6, 2021, at 7:14 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>>
>> Hi Aubry,

WV-000081

\>\>
\>\> I don't believe I've heard back from you, so just wanted to check in again and see if you would be available for a call soon to discuss?
\>\>
\>\> Thank you!
\>\> Catherine
\>\>
\>\> -----Original Message-----
\>\> From: Catherine Miolla - US
\>\> Sent: Tuesday, January 5, 2021 4:59 PM
\>\> To: Aubry McMahon <aubrymcmahon@gmail.com>
\>\> Subject: RE: Quick Question
\>\>
\>\> Hi Aubry,
\>\> Thank you for your email and questions. Do you have time tomorrow afternoon to discuss by phone? I have a few interviews scheduled, but could give you a call around 4pm EST if that would work for you?
\>\>
\>\> Thanks!
\>\> Catherine
\>\>
\>\> -----Original Message-----
\>\> From: Aubry McMahon <aubrymcmahon@gmail.com>
\>\> Sent: Tuesday, January 5, 2021 11:56 AM
\>\> To: Catherine Miolla - US <cmiolla@worldvision.org>
\>\> Subject: Quick Question
\>\>
\>\> [External Sender]
\>\>
\>\>
\>\> Hey there,
\>\> I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify for any time off for this since I'll be a new employee? I will be the one having the baby so I just wanted to check to see if any time would be allowed off. If not, no worries, thanks so much!
\>\> Aubry
\>\> This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.
\> This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.