# EXHIBIT 7

CONFIDENTIAL

## Contextual guidance and examples

The **Giving Word to our Faith** messaging framework is guidance to enable us to speak boldly and unapologetically to people of various contexts about what our faith and Christian identity mean for our work. The contexts that have been identified are: 1) secular 2) multi-denominational Christian 3) multi-faith 4) Islamic/Muslim.

*The examples provided below are indicative only and based on insights about contextual audiences gathered during workshops. End users will need to articulate their own insights for their audiences and apply the framework accordingly.*

## Giving Word to our Faith in a secular context

### 1. INSIGHTS

There are different definitions of secular audiences. They can be defined as people disconnected from religious institutions, not necessarily of no faith, and could regard themselves as spiritual but not connected to an institution.

Research has identified "allergy points" for this audience i.e. religious arrogance and religious power abuse – for example perceptions of hypocrisy and proselytism.

We therefore need to engage generously with people regardless of their religion when speaking to this audience. We should cite true partnerships with other faith communities and ensure humility in communications.

For secular audiences, there's a real value in leading with our vision as an area of common ground, but expressing it as 'life in all its fullness for children' - as starting with an image of God can be misconstrued.

It is important to use inspirational stories as a way of finding common ground and provide evidence of where faith plays a role in human transformational outcomes and impact in communities.

### 2. WHAT DO WE WANT TO COMMUNICATE TO THIS AUDIENCE?

- A sense of humility.
- We are here to serve because of our calling and not to manipulate other people's faith.
- We work in partnerships with faith communities and other institutions.
- We seek to work with people of common values.
- We aim to help build understanding of the role of faith in human transformation.

### 3. RELEVANT MESSAGING POINTS FROM THE FRAMEWORK

- We see that most people share common values of compassion, love and mercy and are willing to partner in changing children's lives. (4B)
- We act as connectors among these people, mobilising Christian, as well as other faith leaders and secular institutions. (4C)
- We seek to collaborate because we cannot achieve this mission on our own. (4A)
- We believe that God can work through all people to achieve his purposes. (4A)

### 4. EXAMPLE MESSAGING

*Short version:*

Compassion, love and mercy are common values shared by most people. We believe that it is every child's right to reach their full potential and to this end we connect and mobilise like-minded people to help change children's lives.

*Two-minute elevator speech:*

We mobilise people who share common values of compassion, love and mercy and want to change children's lives. We believe every child has a God-given right to reach their full potential, but we cannot achieve these goals on our own, which is why we collaborate with like-minded people. As a Christian organisation, we also believe that God works through all people. We seek to achieve this goal together with others in places where children are the most vulnerable, through relief, development and advocacy approaches.