# EXHIBIT 8



CONFIDENTIAL

## How to use the GWF Framework?

- Read the entire framework.
- Use ideas in the framework to create bold and forthright messages about how our faith informs our work.
- Use only the ideas that apply to your communication piece and your target audience. It is ideal to have a combination of ideas from each column (we believe, we see, we act)
- Do not be afraid to say more than what is in the document. But make sure what you communicate does not violate any of these points.
- Where possible, use supporting Scripture, stories, photos, and examples of how these messages are evident in your context to make your communications compelling and relevant.



WV-006119

CONFIDENTIAL





WV-006120



**A partnership guidance that seeks:**

- To create clarity and understanding about how our faith influences our work
- To provide ways by which we can courageously articulate our faith in our own contexts.



WV-006121



# The GWF Communications Framework "What it is…"

- A set of messaging points that can be used as is or to craft communications that convey these ideas.
- The document is to be used in conjunction with other Partnership messaging pieces such as the "Who we are" document as well as WV brand guidelines.





# The GWF Communications Framework "What it is NOT"

- Does NOT replace our organisational Statement of Faith and other core documents.
- Is NOT a policy document.
- Is NOT a document that has a strict flow that you have to follow.
- Is NOT a stand alone document that answers all the organisation's Christian messaging needs.



faith & development
living out our faith & calling with boldness & humility

CONFIDENTIAL
WV-006123



## How to use the GWF Framework?

- Read the entire framework.
- Use ideas in the framework to create bold and forthright messages about how our faith informs our work.
- Use only the ideas that apply to your communication piece and your target audience. It is ideal to have a combination of ideas from each column (we believe, we see, we act)
- Do not be afraid to say more than what is in the document. But make sure what you communicate does not violate any of these points.
- Where possible, use supporting Scripture, stories, photos, and examples of how these messages are evident in your context to make your communications compelling and relevant.



WV-006124

# Resources



C:\Users\ndedel\
op\GWF\WVI Givir



C:\Users\ndedel\
o\GWF\GWF DEVC



**The "Giving Word to Our Faith" Guidance pack**
- Includes step by step guidance on how to use messaging platform
- Includes sample messaging for different audience

*(Exit presentation mode and click icon above to open embedded file)*

**The "GWF Devotionals"**
An accompanying devotional series that can be used in the process of listening to God and discern his mind as you move forward in the messages.

*(Exit presentation mode and click icon above to open embedded file)*

WV-006125

# Discuss in groups



Read through the GWF messaging platform.

How can we use this frame to guide our Board Development & Leadership Formation initiatives as well as various Board & Management processes?



faith & development
living out our faith & calling with boldness & humility


WV-006126

# Reflect and Share



In groups, share the <u>key messages that you find most inspiring</u> from GWF.

How can we use this frame to inspire our field teams to 'live out our faith & calling with boldness and humility? *Also consider the various faith contexts in your country & among your staff.*



WV-006127

CONFIDENTIAL

# Exercise



**Using the Giving Word To Our Faith Framework, construct key messages for how you will communicate our faith to:**
(1) a multi-faith audience,
(2) to churches,
(3) to fragile contexts
(4) to children
(5) donors



WV-006128