# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

* * *

AUBRY McMAHON,               :   NO. 2:21-CV-00920
                Plaintiff  :
                             :
        vs.                  :
                             :
WORLD VISION, INC.,          :
              Defendant  :

* * *

Zoom deposition of AUBRY McMAHON,

beginning at 10:08 a.m. Eastern Time, on Friday,

February 24, 2023, before Karen A. Stevens, Court

Reporter and Notary Public, there being remotely

present:

Page 2

1  A P P E A R A N C E S :

2

3      CASEY WOLNOWSKI, ESQ.
       NISAR LAW GROUP, P.C.
       60 East 42nd Street, Suite 4600

4      New York, New York  10165
       cwolnowski@nisarlaw.com

5      -- Representing the Plaintiff

6

7

8      SCOTT J. WARD, ESQ.
       J. MATTHEW SZYMANSKI, ESQ.

9      GAMMON & GRANGE, P.C.
       1945 Old Gallows Road, #650

10     Tysons, Virginia  22182
       sjw@gg-law.com

11     jms@gg-law.com

12     -- Representing the Defendant

13

14

15

16     ALSO PRESENT: Steve McFarland

17

18

19

20

21

22

23

24

25

Page 3

1          (It is hereby stipulated by and

2      among counsel for the respective

3      parties that signing, sealing, filing and

4      certification are waived; and that all

5      objections, except as to the form of the

6      questions, be reserved until the time of

7      trial.)

8          THE COURT REPORTER:  The attorneys

9      participating in this deposition acknowledge

10     that I am not physically present in the

11     deposition room and that I will be reporting

12     this deposition remotely.  They further

13     acknowledge that, in lieu of an oath

14     administered in person, the witness will

15     declare her testimony is under the penalties of

16     perjury.

17         The parties and their counsel consent to

18     this arrangement and waive any objections to

19     this manner of reporting.  Please indicate your

20     agreement by stating your name and your

21     agreement on the record.

22     MR. WARD:  Scott Ward.  I agree.

23     MR. WOLNOWSKI:  Casey Wolnowski.  I agree.

24     MR. SZYMANSKI:  Matthew Szymanski.  I

25     agree.

Page 4

1                    * * *

2              AUBRY McMAHON,

3      after having been first duly sworn, was

4      examined and testified as follows:

5                    * * *

6          E X A M I N A T I O N

7                    * * *

8  BY MR. WARD:

9      Q   Thank you, Miss McMahon.  Thank you for

10 being here this morning.  We really appreciate it.

11 Nobody ever really wants to do a deposition, so we

12 are grateful for your presence.  Let me do a few

13 preliminaries, if I may.  First of all, let me ask,

14 have you ever had your deposition taken before?

15     A   No.

16     Q   Have you ever sat in on or observed a

17 deposition?

18     A   No.

19     Q   Let me hopefully explain a few points

20 briefly and give you a chance to ask some questions.

21 As you probably know, the basic format is I'll ask

22 you questions and then you'll -- as the court

23 reporter explained, you've sworn and are under oath

24 to answer my question truthfully to the full extent

25 of your knowledge.

Page 5

1      A   Okay.

2      Q   If I ask you something and you don't hear

3 or you don't understand my question, please feel

4 free to ask me about it.  But otherwise I'd say

5 please answer the question as best you can.

6      A   Uh-huh.

7      Q   There may be moments where your counsel

8 says an objection to one of my questions.  He's

9 preserving his objections for the record, but you

10 should still go ahead and answer the question unless

11 Mr. Wolnowski specifically tells you, "I instruct

12 you not to answer."  And I flag that.  That's a

13 little bit of an artificial process until you get

14 used to it, but it actually works reasonably well.

15     A   Okay.

16     Q   You should feel free to take a break at

17 any time, but we can't take a break while a question

18 is pending.  So you need to answer my questions and

19 then take a break.  And my approach is I don't want

20 to exhaust you or wear you out, so if you need five

21 minutes to take a rest stop or grab a quick drink,

22 that's fine, just let me know.

23         Let me flag something now for our

24 court reporter's sake.  There is a normal human

25 tendency to answer questions with a head nod or an

Aubry McMahon
February 24, 2023

1  um-hum and it will make her life much easier if you
2  say yes or no or audible words.
3       A    Okay.
4       Q    It will also help her if you could speak
5  at a rate that she can capture.  And my experience,
6  court reporters are amazing at how much they can go.
7  So that may not be an issue, but if at some point
8  she says, please slow down, we'll slow down and make
9  sure we are able to accommodate her.
10      A    Okay.
11      Q    Do you have any question about the
12 process?
13      A    Nope.
14      Q    Very good.  Let me ask you, then, a few
15 questions that every lawyer asks.  First of all, are
16 you currently under the influence of any drugs,
17 medications or controlled substances that could
18 affect your ability to give true, complete, accurate
19 and competent testimony today?
20      A    No, sir.
21      Q    Okay.  Thank you.  Is there any reason
22 related to your mental health, psychological
23 condition or emotional state that would affect your
24 ability to give true, complete, accurate and
25 competent testimony today?

1       A    No, sir.
2       Q    Then is there any other reason that you
3  are not able to give true, complete, accurate and
4  competent sworn testimony during your deposition
5  today?
6       A    No, sir.
7       Q    Thank you.  Just to start out, let me ask
8  you a question.  I've noticed that at times you've
9  been referred to as Aubry McMahon and at times it's
10 Aubry Atwood.  Why is that?
11      A    So my legal last name is Aubry McMahon and
12 when we got married it was during COVID when the
13 Social Security office was closed.  So we have not
14 had the chance to legally switch our name, if that
15 makes sense.  So McMahon is what I put on all legal
16 documents, work documents, things such as that.  And
17 then Atwood is what I use socially, if that makes
18 any sense.
19      Q    That does.  And where does Atwood come
20 from?
21      A    So Atwood is actually a last name that my
22 wife and I decided that we did not want either of
23 our maiden last names, so Atwood, when you look up
24 the definition it means dweller of the forest.  And
25 that's something that we love hiking and things like

1  that and we felt like it was a good easy last name.
2  Because McMahon also no one can ever pronounce it or
3  spell it.  So it was just cut and dry and it was a
4  name that we really liked and felt like, you know,
5  described our relationship if you will.  So we did
6  just randomly choose that last name.
7            But the process of changing the last
8  name is we are going to have to, as far as I'm
9  understanding, essentially get a whole new identity
10 with Social Security Cards and things like that.
11 And it's very expensive and we also want to make
12 sure the time is right when we do it and all that
13 stuff.  So it's kind of confusing but we did -- that
14 is the last name that we did change -- or did
15 choose, I'm sorry.  But we plan to change it.  We
16 just haven't now, because of COVID and then also
17 just because life.
18      Q    Understandable.  How would you prefer that
19 I refer to you today; Ms. McMahon, Ms. Atwood what
20 would you --
21      A    You can say McMahon, yeah, just so it's
22 not confusing.
23      Q    That's helpful.  Can you list for me first
24 your full legal name and then any other names you've
25 used at any time, just so we know what names are in

1  play as it were?
2       A    Yep.  So my full legal name is Aubry Diana
3  McMahon.  The only other name I would have used
4  would be Aubry Diana Atwood.  Those are the only two
5  names if you will.
6       Q    Thank you.  That makes sense.  So we are
7  now going to try our first upload of an Exhibit.  So
8  let me see if this works well.
9            MR. WARD:  I'm going to ask the court
10       reporter to mark this as Exhibit 1 to your
11       deposition.
12                      * * *
13            (Whereupon, the above-mentioned
14       document was marked for
15       identification as Exhibit-1.)
16                      * * *
17            THE WITNESS:  Am I allowed to look at it?
18 BY MR. WARD:
19      Q    You are, so feel free to open it.  Before
20 I start asking you questions about it I should cover
21 one more area.  Since we are doing this deposition
22 remotely, I take it you are at home in North
23 Carolina; is that right?
24      A    Yes.
25      Q    Is there anybody else present in the room

Aubry McMahon
February 24, 2023

1  with you?

2      A    There is not.

3      Q    Okay.  Then one thing technologically,
4  obviously you need access to your computer for Zoom,
5  but I would need to have you let me know if there is
6  any windows open or anything open on your computer
7  or any other form of communication apart from your
8  deposition.  Are you agreeable to doing that, just
9  keeping everything closed or letting me know if you
10  are opening anything?

11      A    Yeah.  I did just open the whatever that's
12  called, the document you sent.  I don't know if you
13  heard, it made a ding noise, so that's what that
14  was.

15      Q    Yes.  Thank you.  So I'm going to mark
16  this as Exhibit 1 to your deposition, as we said.
17  This is the Notice of Deposition that was served on
18  your counsel.  Have you seen this before?

19      A    Yes, sir.

20      Q    Do you understand that this is the legal
21  document by which you're here to give your testimony
22  today?

23      A    Yes.

24      Q    Thank you.  I believe I asked you before
25  and you've never participated in a deposition at any

1  time before; is that right?

2      A    That's correct.

3      Q    Have you ever been involved in a lawsuit
4  before?

5      A    No.

6      Q    Have you ever participated in any other
7  type of legal proceeding?

8      A    No.  The only thing would be the adoption,
9  my wife adopting my daughter, legally our daughter.
10  But it wasn't done in court.  It was just done with
11  a lawyer in her office.  I don't know if that
12  technically counts, but I know it's legal, so that
13  was the only thing.

14      Q    With regard to the adoption, am I correct
15  in understanding that you gave birth to your
16  daughter but then the adoption was so that your wife
17  could also be fully a parent as well?

18      A    Yes, sir.

19      Q    Thank you.  Let me ask you some
20  preliminary questions here.  First, could you please
21  give me your full current residence address?

22      A    5008 West Street.  That's Indian Trail,
23  North Carolina, 28079.

24      Q    Thank you.  Is Indian Trail just in the
25  general Charlotte area?

1      A    Yeah.  It's about 30 minutes from uptown
2  Charlotte.  So it's a little suburbs.

3      Q    And how long have you resided at that
4  address?

5      A    We moved here I believe in June or July of
6  2020.

7      Q    Where did you live prior to living at this
8  address?

9      A    Do you want the actual address of that
10  place?

11      Q    That would be great.

12      A    It was 6045 Creft, C-R-E-F-T Circle, also
13  Indian Trail, North Carolina, 28079.

14      Q    When you said we, I think, is that you and
15  your wife lived at that address?

16      A    Yeah.  Sorry, yeah.

17      Q    Thank you.  So Miss McMahon, do you
18  consider yourself religious?

19      A    I do.

20      Q    Could you please describe for me your
21  religious faith?

22      A    Yep.  So growing up I grew up in the
23  Methodist Church.  We are still actually part of the
24  church that I grew up with.  It kind of transitioned
25  campuses, but we are still part of that.  And so I

1  grew up in that church.  It's about a 45-minute
2  drive, but they do virtual sermons and things like
3  that.  And then they also have a lot of community
4  events that they do.  So Halloween we went for a fun
5  thing.  Trunk or Treat, that's what it's called.  We
6  went to that for Halloween.  So we always try to do
7  not only just, you know, church every Sunday, but
8  also get involved in other various ways with this
9  church.

10      I did go to Uganda, Africa on a
11  mission trip with them back in I want to say it was
12  2012 or 2013.  But it was a mission trip to an
13  orphanage and they were kind of actually taking the
14  World Vision approach, if you will, to have people
15  sponsor the orphans there and that would allow them
16  to live in a house with they called them a house
17  mom, but a mom and I believe eight other kids.  So
18  we did a lot of work with helping build those
19  houses, but also growing and communicating with the
20  kids, doing fellowship, worship and things like that
21  while we were there, as well as at the time I was a
22  certified nurse's assistant.  So I did a lot of
23  basic medical care that was needed alongside a nurse
24  that was also on the trip.

25      Q    Sounds like an amazing experience.  I

Aubry McMahon
February 24, 2023

Page 14

1  probably will ask more about that in a few minutes.
2  Would you describe yourself as a Methodist?  Would
3  that be your religious identification?
4      A    Yes, sir.  I went to -- I attended Gardner
5  Webb University for part of my undergraduate.  I
6  believe they are Baptist, but I still remained in
7  the Methodist section if you will.
8      Q    Is it fair to say more broadly you would
9  describe yourself as Christian in your religious
10 faith?
11     A    Yes, sir.
12     Q    Can you tell me a little bit about what
13 being a Christian entails for you?  Sort of what's
14 your two or three minute summary of what you believe
15 as a person?
16     A    Yeah.  So I think growing up you're
17 obviously taught the basics, if you will, about
18 God's story and all of that and, you know, kind of
19 how to live as a giving human, someone that has
20 empathy, helps others, you know, teaches the word of
21 God in a sense of in your community and just
22 exemplifies yourself as a Christian.  The definition
23 of Christianity is different for each person, I
24 believe, and that's something that I believe you
25 have to decide for yourself.

Page 15

1              And it's also I think just as a
2  whole, in my opinion, being overall the best person
3  that you could be with I guess I'm huge on empathy,
4  treating someone how you wish they would treat you,
5  helping people when you can, attending church,
6  praying if that's something that you do or
7  meditating or whatever gives you that internal peace
8  and connection.  So that's kind of I guess my own or
9  how I view Christianity.
10     Q    Thank you.  I appreciate that.  You talked
11 about the word of God.  What do you believe about
12 the word of God?  Could you unpack that a little bit
13 please?
14     A    Sure.  The Bible is definitely something
15 that I grew up, you know, reading and studying.  I
16 was involved in confirmation and I guess I was
17 confirmed around the age of 12, I believe.  And so
18 that had a lot to do with learning the word of God
19 and also reading the Bible.  I loved to highlight in
20 the Bible, which some people probably wouldn't love
21 that, but highlight in the Bible, take little notes
22 and things that.  But it was a lot of -- I
23 guess the word of God in simple terms the Bible is
24 also a place some people go for comfort or for
25 understanding and I think that each people, just

Page 16

1  like with Christianity, they interpret it in
2  different ways.  So that's the gist of the word of
3  God to me.
4      Q    Thank you.  And the thing you just said a
5  minute ago, I take it it's fair to say people do
6  interpret the Bible in different ways is part of
7  your belief?
8      A    Yes, sir.
9      Q    And is it fair to say sometimes in ways
10 that can be a fairly strong disagreement?
11     A    Can you rephrase that?
12     Q    Yeah.  Maybe a better way to say it is
13 sometimes people can disagree pretty vigorously
14 about what the Bible means or what it says.  Is that
15 fair?
16     A    Yeah, I would agree with that.
17     Q    Let me ask you a little bit, then, about
18 sometimes I hear religious faith as a Christian as
19 having a relationship with God or relationship with
20 Jesus.  Is that something you would use in your
21 faith tradition?
22     A    Yeah, I believe so.
23     Q    Could you tell me what that relationship
24 would look like?
25     A    I think it's almost like to me I would say

Page 17

1  more so, you know, like the angel on your side,
2  almost like a conscience.  So my relationship with
3  God is more so like thinking of God as the ultimate,
4  if you will, I don't know a lot -- excuse me for not
5  being poetic, but a nice person, somebody like I
6  mentioned earlier that is just giving.  So if I go
7  into a situation, you know, for example if I'm at
8  the grocery store and somebody is not able to pay
9  for their groceries in front of me and I have a
10 little bit of extra money, then I think back or
11 think in my head or my own conscience like what is
12 something good that I can do that's Christian-like
13 that, you know, would almost exemplify God and who I
14 see him and how I believe that he would act.
15             So it's almost like a moral check if
16 that makes sense.  I try to see the world through
17 the lens of being a Christian and having that
18 relationship with God.  And you know the famous
19 saying WWJD, What Would Jesus Do.  So it's something
20 that I've always thought of and something that I've
21 always tried to live from a place of.
22     Q    Thank you.  That's helpful.  You mentioned
23 I think that you're still a part of the church that
24 you grew up in.
25     A    Yes.

Aubry McMahon
February 24, 2023

Page 18

1    Q    What's the name of that church?
2    A    It's called West United Methodist Church.
3    Q    And you mentioned it's a Methodist church?
4    A    Yes, sir.
5    Q    When you say Methodist one of the things
6  I've learned over the years is most denominations
7  have multiple branches.  Is it part of a larger
8  association or denomination of Methodists?
9    A    I'm not sure.
10   Q    The one I'm familiar with is the United
11 Methodist Church which is the big largest
12 denomination.  Could it be part of that
13 denomination?
14   A    Yeah.  It is referred to as West United
15 Methodist Church.  However, to be honest, I don't
16 know what principles and teaching that they talk
17 about.  However, they are huge on inclusivity and
18 diversity within their church, so I don't know if
19 that falls under any of the Methodist denominations,
20 if you will, but that's as far as I kind of know
21 with them.
22   Q    Thank you.  That's helpful.  You mentioned
23 the words inclusivity and diversity.  Could you
24 explain what your church believes about inclusivity?
25        MR. WOLNOWSKI:  Objection to form.  Aubry,

Page 19

1  you can answer.
2        THE WITNESS:  So they believe that, just
3  in the sense of my own interpretation, very
4  many of the church attendees or congregation
5  are part of either homelessness, minority
6  groups, people who have been past criminals or
7  I guess people that generally may be turned
8  away from churches or church members, including
9  people that are gay, as well as the pastor's
10 husband is gay.  And so there is definitely
11 that safe space for people that -- and that's
12 one of the things that they pride themselves
13 on, is being a safe place for people.  You can
14 show up in your pajamas and they don't care,
15 because you're there to worship God and to them
16 that's more important than what you're wearing,
17 who you love or where you come from, what your
18 background is and things like that.
19        So I think inclusivity to them is
20 basically just kind of like that, you know, we
21 don't essentially care who you are or where
22 you've been, but you're here today to, you
23 know, better your relationship with God and
24 learn and grow, so, you know, we take you as
25 you are, essentially.

Page 20

1  BY MR. WARD:
2    Q    And my question had asked what your church
3  believed.  Let me ask it of you individually.  Is
4  that what you believe or -- let me leave it there.
5  Is that what you believe as well?
6    A    Yeah.  Yeah, I think so.  I think I
7  definitely align with them, which is why I choose to
8  go and attend that church for sure.
9    Q    Thank you.  Just to clarify one thing,
10 you've mentioned that the pastor's husband is gay.
11 Are they -- is the pastor and the husband, are they
12 in a same sex marriage as well or is it some other
13 arrangement?
14   A    So they are not.  The main pastor is a
15 female and her husband, they are now divorced.  But
16 we grew up knowing them as husband and wife.  They
17 got divorced a couple years ago and the ex-husband,
18 if you will, is now with another man and that is
19 something that the church as a whole has just kind
20 of accepted and, you know, been okay with.  It was a
21 weird transition for the pastor and her own family,
22 but it's something that he's still involved in the
23 church, so is his current fiance.  So that's -- that
24 was a little confusing when I said that, so I
25 apologize.

Page 21

1    Q    No apology needed.  I'm less confused now.
2  Thank you.
3    A    Okay.
4    Q    So if you wouldn't mind, can you explain
5  for me, please, what you believe as part of your
6  religious faith about marriage?
7    A    So I think marriage in a religious
8  standpoint is -- I don't know.  To me it's who you
9  love.  Marriage is a commitment to a person that you
10 will be at their side through thick and thin for the
11 rest of their life.  So to me it's whoever that
12 person may be, as long as it's legal I would say.
13 That's definitely a marriage to me.  I even know
14 people who, you know, don't -- have been together
15 forever and aren't marriage -- married because they
16 don't see the need for a piece of paper.
17        So I think for myself in a religious
18 standpoint and personal standpoint marriage is just
19 finding that person who you want to be by for the
20 rest of your life, who you could see yourself
21 raising kids with or not.  But ultimately a person
22 that supports you the most and also exemplifies God
23 through their actions and, you know, beliefs as
24 well.  So hopefully that makes sense.
25   Q    That does.  Thank you.  And let me ask a

Page 22

```
1   little more focused question.  Does your religious
2   understanding of marriage involve the idea of sexual
3   exclusivity within marriage, that sexual conduct
4   should only occur within a marriage?
5       A   Can you rephrase that?
6       Q   Sure.  Do you believe as part of your
7   Christian faith that sexual conduct should be
8   limited to marriage only?
9       A   No.
10      Q   Thank you.  Let me ask this.  Are there
11  particular religious writings or teachings that you
12  found helpful in deciding about what you believe as
13  part of your religious faith about marriage?
14      A   There really aren't.  I think growing up
15  you're told certain things and then it's kind of, in
16  my opinion, up for you to decide.  But there is no
17  Bible verses or teachings that I can think of around
18  marriage, to be honest.
19      Q   Thank you.  Just I'm a little bit curious.
20  At your wedding did you have any particular
21  religious texts or readings that were shared?
22      A   We did not, no.
23      Q   Did someone from your church officiate at
24  your wedding or did you have someone else officiate
25  it?
```

Page 23

```
1       A   We had someone from our church, yeah.
2       Q   Was it the pastor that you mentioned a few
3   minutes ago or someone else?
4       A   It was not.  To be honest, that was right
5   during her divorce and everything.  But we did have
6   another person that was an ordained minister and she
7   was in a same-sex relationship.  So we thought that
8   that was the best fit for us, yeah.
9       Q   So your marriage was a religious ceremony
10  within your own religious community and tradition.
11  is that fair?
12      A   Yes, sir.
13      Q   Let me ask a little bit.  I want to
14  backtrack and just get some background about you and
15  your family.  When were you born?
16      A   I was born November 30th of 1994.
17      Q   What were your parents' names?
18      A   My mom's name is Rosalind Diana McMahon
19  and my father's name is Thomas John McMahon and I
20  believe he's the 2nd.  I don't know if that matters.
21      Q   That's helpful.  Thank you.  Are they
22  still married?
23      A   They are currently going through a divorce
24  right now.
25      Q   Sorry.
```

Page 24

```
1       A   That's okay.
2       Q   Do you stay close with each of them?
3       A   Yeah, very close.  They live about an
4   hour -- they still live in the town we grew up, so I
5   moved a little further away.  So they're about 45
6   minutes to an hour away.  But I plan to see them
7   tomorrow.  My brother's getting married, so his
8   fiancee's having her bridal shower, so we are going
9   for that.  So we still see them at least a couple
10  times a month.
11      Q   Congratulations to your brother.  That's
12  an exciting occasion.
13      A   Yeah.
14      Q   I was going to ask about your siblings.
15  Tell me about your siblings, please.
16      A   So I'm actually a triplet.  So I have a
17  triplet brother named TJ, or Thomas John, McMahon.
18  I think he's III.  I have a triplet sister named
19  Madison Maria McMahon, now Madison Gray, since she
20  has been married, and then we have an older sister
21  that was 18 months old when we were born and her
22  name is Morgan Marjorie McMahon.  She's married, but
23  kept her name due to she's a physician's assistant
24  and she didn't want to go through having to change
25  that legally but also medically, if that makes any
```

Page 25

```
1   sense.  So those are my three siblings.
2       Q   That makes sense.  I'm smiling at the
3   triplets.  I have twin daughters, so it's a
4   wonderful thing to have that close relationship.  So
5   your brother's the last of the four of you to get
6   married and he's getting married soon?
7       A   Yes.
8       Q   When did each of your sisters get married?
9       A   My -- okay.  So my older sister, I don't
10  remember the date.  They had actually gone to a
11  courthouse to get married or, you know, sign the
12  papers to make their marriage legal.  And then they
13  did a celebration, slash, ceremony, if you will, in
14  this past June, this past June in Banff, Canada.  So
15  they had like a little destination wedding.  And my
16  triplet sister, they got married -- I was pregnant
17  with █████.  I believe it was late December, early
18  January of 2019.  It's hard to know with COVID.
19      Q   Yeah, everything does tend to blend
20  together.  So you said late December, early
21  January 2019 referring to --
22      A   Sorry, not 2019.  █████ was born 2021.
23  My daughter was born in 2021 and I was heavily
24  pregnant at my sister's wedding.  I'm sorry, so it
25  was December 2020 or January 2021.  Sorry.
```

Aubry McMahon
February 24, 2023

Page 26

1    Q    That makes more sense.  But you don't
2 remember --
3    A    Sorry about that.
4    Q    No problem.  You don't remember
5 specifically the date or whether it was December or
6 January?
7    A    I don't.  I just know it was like a
8 Christmas-themed wedding and right around
9 Christmastime, yeah.
10    Q    That's helpful.  And each of your
11 siblings, are they married to a same-sex partner or
12 opposite-sex partner?
13    A    Opposite-sex.
14    Q    So let me ask a little bit now about your
15 immediate marriage family.  You're married,
16 obviously.  Could you share with us your wife's full
17 name, please?
18    A    Her name is Jaclyn, spelled, J-A-C-L-Y-N,
19 Elizabeth Foreman.
20    Q    Foreman is spelled how?
21    A    F-O-R-E-M-A-N.
22    Q    Did I understand correctly that you're
23 both in the process of the name change to Atwood, so
24 at some point her last name will be Atwood as well?
25    A    Yeah.  And our daughter's last name is

Page 27

1 Atwood on her birth certificate and everything, so
2 we all want to match up, if that makes sense.
3    Q    That does make sense.  Thank you.  Has
4 your wife used any other names?
5    A    Nope.
6    Q    Please tell me a little bit about your
7 wife.  What's she like as a person?
8    A    She's definitely more in a non-poetic way
9 a firecracker.  I'm more of the peacemaker, I want
10 to people please, that sort of thing.  And she is
11 very knows what she wants, blunt on her boundaries
12 and such as that.  So we -- sorry.  That was a
13 calendar reminder that popped up on my laptop.  My
14 wife has something called Gate Duty.  She's a
15 teacher, so she has to let students into a softball
16 game.  So that just popped up.
17    Q    Thank you for telling me.  That's fine.  I
18 appreciate you letting me know.  I'm a little
19 jealous.  I'd like to be playing softball myself as
20 well.
21    A    So she's been a teacher for nine years
22 now.  She teaches at a place called Central Academy
23 of Technology and Art.  So it's like an art academy
24 type school, but overall she's a very caring person
25 and we definitely balance each other out for sure.

Page 28

1    Q    What drew you two together initially?
2    A    So we actually met on an app for the LGBTQ
3 community called Her.  And our first date was at a
4 coffee shop.  I almost bailed because it was raining
5 and I don't like to drive in the rain, but I am glad
6 I didn't.  So we initially met on an app, but then
7 our first date was at a coffee shop.  And then from
8 there we lived about 30 minutes away from each
9 other, so we tried to hang out and get together as
10 much as we could.  But that was kind of the
11 beginning of our relationship.  We met on an app,
12 but actually met, met in-person at a coffee shop.
13    Q    Do you remember the date that you first
14 met, what timeframe that was?
15    A    I believe it was January -- December or
16 January of either 2018 or 2019.  I think it was
17 2018, yeah, because COVID hadn't obviously happened
18 yet.  So I believe it was December of 2018.
19    Q    And where did the relationship go from
20 there?  What developed?
21    A    So we hung out for a while in the sense of
22 got together for various dates like getting dinner
23 or coffee or having movie nights and things like
24 that.  And then we officially became girlfriends I
25 believe it was March of 2019 and then we were

Page 29

1 engaged that following -- a year later, that
2 November.  So November 2020 we got engaged and then
3 we got married September 2021.  Nope.  Sorry,
4 September 2020 we got married, because I was
5 pregnant.  So I just skipped everything up a year,
6 I'm sorry.
7    Q    If you don't mind could I ask you to lay
8 it out again with the correct years?  That will make
9 the court reporter's job a lot easier.
10    A    Yeah, sorry.  So we got married September
11 of 2020.  We got engaged November of 2019.  We met
12 or we started dating March of 2018 and we started
13 talking or got on the app in December of 2017.
14    Q    Thank you.  Those dates line up a little
15 more.
16    A    It's easier to work backwards than it was
17 forward.
18    Q    I take it that because you met through
19 this app Her that you were each looking for a
20 same-sex partner; is that right?
21    A    Yes.
22    Q    So for you at least what led you to decide
23 to propose marriage?  What was sort of the turning
24 point where you decided you were going to propose?
25    A    I mean I think that we were together long

Aubry McMahon
February 24, 2023

Page 30

1   enough that I felt -- and I, you know, -- people
2   often say you never -- you should never marry
3   someone, if you will, until you've seen them sick,
4   you've seen them mourn something, those tough, tough
5   life things that you generally go through.  So that
6   was definitely something that I kept in the
7   forefront of my mind.
8           So we had gone through like her dog
9   dying, you know, the part of the pandemic where we
10  had to be together 24/7.  And so just those
11  challenges, as well as at that time I was still an
12  undergrad, so juggling that, I was also working, she
13  was teaching.  So just kind of it was very easy to
14  find our groove, if you will, as partners and
15  girlfriends and, you know, fiancees, if you will.
16  So definitely it just felt right, I guess.
17          In a way it just felt like I knew
18  that she was going to be there to support me and I
19  would be there to support her.  I really valued her
20  as a person.  I really loved her, for lack of a
21  better word, feisty side, because I was always a
22  people pleaser and she started to, you know, help me
23  notice some patterns of myself in terms of, you
24  know, always just the people pleasing, but people
25  pleasing in a negative way of always feeling bad,

Page 31

1   saying sorry, this, that and the other.  She not
2   only was a fun person to be around but she also
3   challenged me to be the best person that I could be.
4   So that was definitely something that drew me to her
5   and wanting to spent the rest of my life with her.
6       Q    Thank you.  You've mentioned that you were
7   able to be together all through COVID.  When did you
8   first move in together to live together?
9       A    So I believe it was June of 2019.
10      Q    I think that lines up with the dates you
11  said.  You were engaged in November, so you were
12  living together before you decided to become
13  engaged?
14      A    Yes.
15      Q    Who popped the question?  Who proposed?
16      A    So we actually accidentally proposed at
17  the same time.  We went to a place, its called --
18  it's like Laurel Spring area.  It's on the border of
19  North Carolina, Georgia and Tennessee, so when you
20  climb up the mountain you can see all three states,
21  essentially.  And we had always wanted to go there
22  and we had a weekend trip planned.  Because at that
23  time we had tried to plan little trips every, you
24  know, three or four months.  We loved to go to
25  Ashville, North Carolina just to be in the

Page 32

1   mountains.  So that is something that we had planned
2   that trip and we just ended up proposing at the same
3   time, which was really weird.  But it was kind of
4   cool, but it was also interesting, because we were
5   kind of both thinking on the same wavelength, if you
6   will.
7       Q    So that's interesting.  You proposed at
8   the same time, but you hadn't communicated ahead of
9   time.  So is it fair to say you each surprised each
10  other with the proposal?
11      A    I, at least for me, I felt I knew it was
12  coming but not exactly when.  So I always had that
13  inclining of maybe she will do it on this trip.  I
14  was like, should I not do it?  But as soon as she
15  pulled out the ring I pulled out the one that I had
16  for her, so it was just, I don't know, it just felt
17  right in the moment.  So yeah, it was definitely
18  unique, but I think for myself I did have that
19  inclining of I think she's going to propose.
20  Because we had previously talked about what rings we
21  liked and we had gone to look at engagement rings
22  and things like that, so we knew it was coming and
23  that sort of thing but we just didn't know when.
24  So, yeah.
25      Q    Thanks for sharing that.  So that starts

Page 33

1   an engagement period.  About how long were you
2   engaged before the wedding?
3       A    So almost a year.  I'd say 10 months,
4   yeah.
5       Q    How was the engagement period?  Did things
6   go smoothly?
7       A    They did.  I will say that's when COVID
8   started, the lockdown started.  We had our -- the
9   first wedding venue that we wanted to book was in
10  the mountains and because of COVID we lost our
11  security deposit.  So we decided -- that was really
12  only the stressful thing, was a lot of the
13  stipulations that were placed around COVID,
14  gatherings, things like that.  So we ended up doing
15  in September of 2020 a small wedding in my parents'
16  backyard on the lake.  Just because to me, or to us
17  it was more important to have our family there and
18  get married versus waiting for -- we felt like a
19  wedding is for the guests and everybody else when it
20  really should, in our opinions, be about the couple
21  and those people that support you and things like
22  that.
23          So we -- I'd say the engagement
24  period was great.  The only stressors were
25  definitely COVID, not knowing what was next in terms

Page 34

1  of gatherings can be this size if they're inside or
2  outside or all of the, you know, wedding planning
3  stress on top of COVID.
4         Q     There is enough stress from either of
5  those events independently.
6         A     Yeah.
7         Q     It's not the best environment.
8         A     Yeah.
9         Q     That's helpful.  So you ended up married.
10 What sort of activities did you engage in during the
11 engagement period?  What sort of stuff did you do
12 together?
13        A     We did a lot of, as I assume did everybody
14 else, crafting.  We did help make face masks for our
15 church.  So this was before regulations on face
16 masks came out.  I will preface it with that.  They
17 were just cloth masks.  They did have a filter in
18 them.  But my wife and I both know how to sew and we
19 have friends in the church that knew how to sew.  So
20 we ended up making facemasks for adults, children,
21 different sizes, fabrics ones.  So that took up a
22 huge part of our tine because there was just a need
23 for facemasks for everybody.  We did a lot of that,
24 we did a lot of house projects.
25              We bought our house -- we purchased a

Page 35

1  house in June, this house, in June of 2020.  So we
2  were able to do a lot of -- we painted the outside
3  of the house, the sheds, we redid the kitchen, so a
4  lot of just, you know, housey things.  And then we
5  did get pregnant with our daughter at that time as
6  well.
7         Q     That's actually a good transition to some
8  other questions, but I realize there are a couple
9  things I should just make sure I'm understanding
10 correctly.  I think you testified your wife's been
11 employed in the same job for the last nine years; is
12 that right?
13        A     Yeah.  Eight or nine, yeah.
14        Q     And then your observation about Laurel
15 Springs reminded me.  I forgot to ask you, you were
16 born in North Carolina and you currently live in
17 North Carolina.  Have you always lived in North
18 Carolina?
19        A     I have, yeah.
20        Q     Never resided in another state?
21        A     No.  My parents are from Buffalo, New
22 York, so I'm very glad that they had us in North
23 Carolina, because I wouldn't have made it.
24        Q     Understandable.  So if you don't mind,
25 let's talk a little bit about your daughter █████.

Page 36

1  Could we start with the mundane things?  What's
2  █████'s full name?
3         A     Her full name is █████, which is
4  E-█████, middle name ██████████████████████
5  and then Atwood, A-T-W-O-O-D.
6         Q     And I know sometimes names have special
7  meaning.  You mentioned that for Atwood.  Did you
8  choose the name █████ for some sort of special
9  meaning?
10        A     We knew we wanted a gender neutral name,
11 so oftentimes, you know, people think of █████ as
12 a boy's name, but to us it's a very gender neutral
13 name, as well as the name Parker.  That was other
14 name on our list, or Tyler, or just -- so we knew we
15 wanted a gender neutral name.  And then for a middle
16 name, Marjorie, she was named after my maternal
17 grandmother.
18        Q     I'm curious, how did you go about
19 conceiving █████, if you don't mind?
20        A     Yeah.  So we did -- I guess first off, we
21 used a sperm donor from a cryobank called Cryo
22 International.  It's based out of Florida.  And
23 throughout that process we screened -- we started by
24 screening donors to make sure that they did not
25 carry any serious disorders or diseases.  So that

Page 37

1  narrowed it down for us and then we chose a donor
2  that we felt like was genuine.  Because I think for
3  us he just seemed to align with us in a sense of in
4  a questionnaire they asked like, Do you eat healthy
5  all the time, and some of the other sperm donors
6  would be like, Yeah, I'm on a Paleo Diet or
7  whatever.  And while they may have been, our donor's
8  response was, I try.  So he was very we felt honest
9  and genuine about his responses.
10             He has a daughter himself and so we
11 just felt like the fact that he was genetically
12 clear was important to us, but we didn't get a sense
13 that he was trying to be something he wasn't.  He
14 dropped out of school to -- his fiancee got
15 pregnant, so he dropped out of school to work to
16 help, you know, raise his daughter.  So that was
17 definitely something that he wasn't, you know, this,
18 you know -- yeah, so I guess he would -- we just
19 felt he was genuine.  He wasn't afraid to share his
20 story or whatnot.
21             So we did choose the donor and then
22 we did an IUI, which is intrauterine insemination,
23 so there were no fertility drugs or anything like
24 that.  But we got pregnant on the first IUI try.  So
25 hopefully that answers it.

Page 38

1    Q   That does.  Thank you.  Congratulations.
2    A   Thanks.
3    Q   Were you the one carrying the baby, do I
4  understand correctly?
5    A   Yes.
6    Q   And had you ever been pregnant before
7  ████?
8    A   I had not.
9    Q   Was the pregnancy difficult or was it
10  uneventful?
11    A   It was pretty terrible.  I had hyperemesis
12  gravidarum.  So I essentially threw up the whole
13  pregnancy and was in and out of the hospital getting
14  IV medications.  I was on a couple of different
15  medications that are often used for people that
16  undergo chemotherapy.  And that was just to help the
17  nausea and vomiting.  So it was a pretty terrible
18  pregnancy.  I'm not going to lie.  You know,
19  everybody would say, You're going to miss it, and I
20  was like absolutely not.  So I wish it was better,
21  because I've always wanted to be a mom and I would
22  love to have more kids, but that's definitely not
23  going to happen now.
24    Q   I'm so sorry to hear that.  Were you able
25  to see ultrasounds of █████?

Page 39

1    A   Yeah.  Yeah.  I was, yeah.  My wife was
2  only able to go to one or two I think because of
3  COVID, but I did get to see, you know, ultrasounds
4  of her.  And then I did have a lot of anxiety around
5  the time of, you know, threats of miscarriage and
6  things like that.  So there was an ultrasound kind
7  of private practice, if you will, that did them.  It
8  was an ultrasound tech, but she would do them as a
9  business for people that wanted like, you know those
10  3D ones they do where it's very definite?  We never
11  got one of those, but I just wanted that peace of
12  mind.  Because there -- I wasn't going to as many
13  prenatal visits and because I was so sick I just
14  wanted that peace of mind that she was okay.  So we
15  did do some of those ultrasounds, but as far as
16  official doctor ultrasounds I think we only had two,
17  but Jaclyn was able to be at those, so....
18    Q   I ask as much out of curiosity.
19  Ultrasounds of my daughters were one of the great
20  consolations for every hardship of the process.  So
21  I'm glad you got to see those.
22    A   Yeah.
23    Q   So the pregnancy was terrible?
24    A   Yeah.
25    Q   How was the actual childbirth experience?

Page 40

1  Was it better, worse?  I hope better.
2    A   So I was actually induced at 39 weeks
3  because of the hyperemesis and there was a little
4  bit of -- they had thought that I had gestational
5  diabetes, but any time -- I don't know if you're
6  familiar, but they test it with like that really
7  sugary drink.  But every time I would have that I
8  ended up throwing up, so -- even after the
9  three-hour test.  So that was never able to be
10  medically confirmed, but it was a worry.
11    But so the birth, I was induced.
12  After 21 hours of labor and two hour of pushing I
13  ended up having an emergency C-section.  The doctor
14  tore my bladder during the C-section, so that ended
15  up being like a three-hour procedure.  I
16  hemorrhaged, which I was already anemic and getting
17  iron transfusions during the pregnancy because of
18  the hyperemesis one side effect is anemia, so I had
19  that.  But I also hemorrhaged during the birth.  So
20  it was a pretty traumatic birth.
21    And on top of that, it was during
22  COVID, so my wife was the only one that was allowed
23  to be there.  So I didn't have support from my mom
24  or my sister or anything.  I went home on a -- with
25  a catheter because of the bladder tear, so I had

Page 41

1  that for about a month.  But after I got the
2  catheter out it was pretty smooth sailing.  I did a
3  lot better after that.
4    And the pregnancy and the birth were
5  terrible and because of the bladder tear I cannot
6  have more children, or at least it's not medically
7  deemed safe.  But that's where we fall back on if we
8  did decide to want to have another child we could
9  always go the route of Jaclyn, so that is a, you
10  know, blessing for us in terms of being in a
11  same-sex marriage.
12    Q   I'm so sorry for everything you went
13  through.  That does sound just terrible.
14    A   Yeah.
15    Q   So is █████ okay?  No repercussions for
16  her out of all that?
17    A   No.  She's good.  She's good.  I mean she
18  did have to be resuscitated at birth, so it was
19  pretty traumatic.  I didn't get to see her after the
20  birth and after that terrible pregnancy that I just,
21  you know, used the moment of being able to see her
22  after she was born.  You know, I didn't get to see
23  that, so it was definitely hard.  And I didn't get
24  to hold her for, you know, at least I think three or
25  four hours after she was born, so that kind of

Page 42

1  sucked.  But, you know, it's okay.  We are -- I'm
2  working through it, so....
3      Q    It's a lot to work through.
4      A    Yeah, she's good now.  She didn't have
5  any, you know, medical issues, if you will, from
6  that, thankfully.
7      Q    And the resuscitation, was that from some
8  sort of particular distress or problem?
9      A    So she had meconium aspiration, so, which
10  is pretty common, but wasn't definitely ideal.
11      Q    I remember using the plungers to flush
12  nostrils to make sure there was no meconium
13  aspiration, so I'm grateful she was fine and no
14  problems with that.  Long-term other than the
15  bladder tear, do you have any ongoing health issues
16  from the pregnancy or the delivery?
17      A    Nope, not that I know of.  I will say my
18  thyroid, which I've always had hypothyroidism.  I
19  was diagnosed at 12.  It did get a little
20  squirrelly.  My thyroid levels were a little
21  irregular throughout the pregnancy and afterwards.
22  But a lot of that was hormonal, so just finding the
23  right dosage, that we were able to do this past
24  year.  So thankfully my thyroid levels are back to
25  normal, I'm not anemic anymore.  So everything has

Page 43

1  kind of healed and resolved from that, so that's a
2  plus.
3      Q    So are you at full health today?  Is
4  everything good overall?
5      A    Yeah.  Yeah.
6      Q    After that sort of long ordeal it's good
7  to be at full health.
8      A    For sure.
9      Q    Let's see.  You mentioned now B████
10  was -- I don't know if I asked you.  What was the
11  actual date of B████'s birth?
12      A    She was born March 6, 2021.
13      Q    And I could do the backwards math, but
14  when did you become pregnant with her?  How long was
15  the pregnancy?
16      A    I want to say we became pregnant in May or
17  June.  I'm not honestly sure.
18      Q    That's fine.
19      A    When I had her I was 39 weeks and I think
20  three or four days, so, yeah.
21      Q    Thank you.  We probably would both love to
22  talk about B████ for the rest of the day.  I have
23  a friend that has a charity that fights sex
24  trafficking and he says when you're a parent your
25  heart walks around in a different body, which I

Page 44

1  think is very, very true.
2      Q    Let me ask, if you don't mind, a
3  little bit earlier when you were talking about sort
4  of key parts of your faith journey you talked about
5  going with your church to Uganda.  Can you tell me
6  more about that experience, please?
7      A    Yeah.  So I was in my first year of
8  undergrad and this was a trip I knew I had wanted to
9  go on.  I did a little internship, if you will, with
10  my church to be able to pay for the trip.  So it was
11  essentially like whatever hours I worked for the
12  church it would go towards paying for me to be able
13  to go on that mission trip.  So that was just how it
14  went about.  And I don't remember the dates of it or
15  anything, but it was about a 10 to 14-day trip in a
16  little village in Entebbe, Uganda with the pastor of
17  a church there.  His name was Jeffrey.
18      And immediately, you know, when we
19  landed in Entebbe we had a van drive -- or we handed
20  in Nebbe, I think, Uganda and drove to Entebbe,
21  which was like a -- quite a long van drive.  I don't
22  remember how long.  But that was even just crazy
23  seeing the cultural differences.  If we were stuck
24  in traffic there would be kids coming up to the van
25  trying to sell us like Coca Cola bottles that they

Page 45

1  had refilled with water from the creek.  And that
2  was very sad to see right from the getgo.  Then we
3  stayed in a nice hotel.  Obviously I feel like in
4  America it would be like a one-star, it probably
5  wouldn't even be legally open, because it was in
6  tough shape.  The toilet was in a hole in the
7  ground, the running water for a shower was a faucet
8  head in the wall and we had to sleep with mosquito
9  nets and things like that.
10      So then most of our time was spent at
11  the orphanage, which was connected.  It was almost
12  like a campus.  So part of the campus was the
13  orphanage houses, if you will, part of it was the
14  school building and then the other part was the
15  church.  So we did a lot around each various part of
16  the campus.  But a lot of what I liked to focus on
17  at that time was being with the kids.  I had met a
18  little girl there.  She was about four.  Her name
19  was Precious.  And she was a kid from a village
20  over, or next to the one we were at.  But I felt
21  this weird, strange pull forwards her, connection.
22      So I ended up asking if I could
23  sponsor her.  Because like I said, they did a
24  similar thing as World Vision.  I believe it was $50
25  a month which would pay for her medical care, her

Aubry McMahon
February 24, 2023

Page 46

1  schooling, her housing, things like that.  And in
2  return she sent me letters periodically, pictures.
3  But I thought it was really cool that I had met her
4  and had that kind of -- I don't know.  I just felt
5  like that's kind of one of those things where we
6  were talking about my relationship with God where I
7  just felt in that moment just this huge pull towards
8  her, that she was meant to be -- even though she
9  wasn't on the list of kids to be sponsored, I had to
10  sponsor her.
11         So I sponsored her I think for about
12  five years until she transitioned into high
13  school -- or not high school, sorry, middle school,
14  because at that point they moved to a different
15  village.  They're no longer eligible, if you will,
16  to be in that orphanage.  But I did sponsor her for
17  as long as I could.  And so she was I'd say a huge,
18  huge impact of my time in Uganda.
19         And apart from that, like I said, we
20  did some medical care for the kids there.  One
21  little girl had some sort of bug bite that got
22  infected, so there was larvae and maggots on her
23  leg.  So a lot of us was taking care of that,
24  treating that.  Sorry.  And that was a huge thing or
25  eye-opening experience for me as well.  And just the

Page 47

1  way that, you know, even siblings help out with kids
2  and they loved for us to take their pictures and see
3  what they looked like.
4         And we did also a lot of -- the
5  pastor had a guitar, so a lot of times, you know,
6  they would sing Jesus Loves Me, but they sang it in
7  their tribal language, which is Yakumara.  So we
8  would sing Jesus Loves Me with them.  And when we
9  got home everyone that was on the mission trip sang
10  it for our congregation, which was really cool.
11  Because it just felt like -- I don't know the word,
12  but like it came full circle.
13         Yeah.  So a lot of the mission trip
14  was based off of helping the kids, forming a
15  relationship with them as we were going to be their
16  partners, if you will, from the US.  And so we got
17  to see, you know, their classrooms and help them
18  with that.  They had started a farm as well, so they
19  had pigs, you know, fetching water, growing
20  vegetables.  So we really got to immerse ourselves
21  in their community during that mission trip.  And I
22  sobbed when we had to go home, because I didn't want
23  to go home.  I would have loved to stay there for
24  forever if I could have.  That was, you know, my
25  happy place, if you will.  So I often think about

Page 48

1  that trip, because it had a huge impact on me.  So,
2  yeah.
3     Q    Does look like a huge impact.  Thank you
4  for sharing that.
5     A    Uh-huh.
6     Q    Was it with an organization?  I know it
7  was through your church, but there was some sort of
8  partnership with some other organization?
9     A    Yeah.  So Jeffrey, the pastor, his church
10  is called Acres Of Hope and they are under World Of
11  God, which is -- it's like the church name but then
12  also the sponsorship, if you will, is through Acres
13  Of Hope Uganda.
14     Q    So you would give your gifts to Acres of
15  Hope and they would make sure it got to Precious?
16     A    Yeah.  Yeah.  And we also helped -- while
17  we were there, that reminded me, we also helped with
18  oftentimes the kids would send their sponsor a
19  little note or a craft or whatever.  So while we
20  there one of the days we helped them make those
21  things, which was awesome, because as a sponsor and
22  donor I loved being able to receive things from
23  Precious.  Or we would help, you know, take pictures
24  of the kids that were needing sponsors, so we would
25  take their picture and work with the translator on

Page 49

1  getting just a basic like profile, if you will,
2  information on them regarding like who they live
3  with, their story, how old they are, what they want
4  to be when they grow up, all those things.
5         So I did have, you know, experience
6  there as well working on that side of the
7  sponsorship as well.  But it -- I was never like
8  officially hired by Acres of Hope.  It was just
9  helping while we were there.
10     Q    Did you do anything to help them after you
11  were back in the US, like volunteer with them or
12  anything like that?
13     A    Yeah.  So the pastor would often come.  He
14  would come to the United States to visit
15  periodically, so whenever he did come they would do
16  a lot of -- and they still partner with Acres of
17  Hope now.  So, for example, when we did come home --
18  or sorry, when we did go there we brought a lot
19  of -- I don't remember exactly.  I know that we did
20  bring shoes and various donations for the village
21  and for the orphanage for the children.  And then a
22  lot of times when we did return we brought back
23  jewelry and things that the moms had created, which
24  they still do now.  And actually, I'm wearing one of
25  the bracelets that the moms had made.

Page 50

1    But, yeah, so they do a lot of, you
2 know, trying to sell things that the house moms have
3 created in order to, you know, send that money back
4 to them, if that makes sense.  We do that in a
5 sense, but then they also when they can they do like
6 an adopt a farm animal.  They do it generally around
7 Christmas, like adopt a goat.  So you can sponsor a
8 goat, which then is given to the village or the
9 orphanage to use for food.
10    So we do a lot of partnerships, if
11 you will, with them in that sense.  Hopefully that
12 makes sense.  It's a lot of us helping them with
13 things -- with people buying things or whatever and
14 United States or like Angel Tree type vibes, if you
15 will.  So just various things like that that we try
16 to do.
17    They still go to Uganda on mission
18 trips.  I would absolutely love to go back, just
19 maybe once ███ is a little older, because I
20 don't want to leave her for that long.  But, yeah,
21 definitely I would -- I want to go back very much so
22 and my mom really wants to go.  So one of my bucket
23 lists, items, if you will, is to be able to go back
24 with my mom.  Sorry.  I kind of mumbled.
25    Q    No.  No.  That's fine.  So you've only

Page 51

1 made the one trip.  You've never gone back to
2 Uganda?
3    A    Correct, yes.
4    Q    Thank you.  Have you gone on amy other
5 mission trips since then anywhere?
6    A    Yeah.  So we did some local ones with my
7 church.  Like we went to -- we have done some in
8 Georgia, we've done one in Kentucky.  And those were
9 a lot of working with organizations like Habitat For
10 Humanity and so -- or working with like social
11 services type facilities where the children either
12 don't have like a good safe place to live.  We
13 helped a lot with doing renovations on people's
14 houses, so building stairs or, you know, ripping up
15 carpet and helping, you know, repair -- not repair
16 mold, because legally we can't do that, I don't
17 think, but just all of those in-between things.
18    And then, you know, on top of that on
19 one of the mission trips in Georgia we got to go to
20 this guy opened up a church in a commercial lot, if
21 you will.  So almost like he took an old Food Lion
22 or grocery store and turned it into a church.  And
23 he had a lot of homeless people there, so we
24 volunteered for their little soup kitchen, if you
25 will, and did a lot of that.  We got to hear a lot

Page 52

1 of their testimonies and stories about, you know,
2 whether they were homeless due to drugs and alcohol
3 or various things like that.  So we have done a lot
4 of mission trips in the United States, but that was
5 the only one that I -- Uganda was the only one I've
6 done out of state.
7    Q    I see what you mean, it was a pretty big
8 experience.  It sounds like it's had a huge impact
9 on you.
10    A    Yeah, for sure.
11    Q    Are you sponsoring any child through
12 Hope -- Acres of Hope now?
13    A    Yeah.  I'm not right now.  Once I was
14 finished sponsoring Precious I just didn't I guess
15 look for another child.  It's definitely something I
16 would be open to, but I think for right now
17 financially it's just daycare is expensive and
18 things like that.  So -- and inflation and all that
19 jazz.  So we are just trying to make sure we have
20 all our ducks in a row, but it would definitely be
21 something that I would love to do again.
22    And my own family, my dad in
23 particular, him and I got to sponsor a child through
24 World Vision when I was younger.  So I got to pick
25 that child.  It was -- we went to a like concert

Page 53

1 where it was like Winter Fest, I believe, in
2 Charlotte, North Carolina.  And they had a booth,
3 World Vision had a booth of various kids you could
4 choose from.  So my dad and I sponsored one from
5 World Vision when we were younger.  I was probably
6 in middle school.  But, yeah, so that was the first
7 kind of introduction, if you will, that I had gotten
8 for sponsorship of children and I've always wanted
9 to, you know, keep up with that.
10    Q    Do you remember, how long did you sponsor
11 that child through World Vision?
12    A    Honestly I don't remember.  I don't know
13 if ya'll could look it up.  But it was definitely a
14 couple years for sure.  I know he was from China and
15 he did have a disability, I believe, but he was a
16 younger -- probably a year old.  I want to say his
17 name -- gosh, I don't know.  It was like Q-U-I-N-G.
18 I don't want to pronounce it and butcher it, but
19 from what I remember.  And I loved just looking at
20 the pamphlet from World Vision and looking at him
21 and his story, so, yeah.  But I believe we did
22 sponsor him for a couple years.
23    Q    Did you ever sponsor any other children?
24    A    No.  It was just him and then Precious,
25 yeah.

1      Q    Great.  I realize we have been going for
2  about an hour and 15 minutes.  Is this a good time
3  to take maybe a five-minute break and then come
4  back?
5      A    Fine with me.
6           MR. WOLNOWSKI:  Fine with me.
7           MR. WARD:  Great.  Thank you.
8                    * * *
9           (Whereupon, a brief recess was taken.)
10                   * * *
11          MR. WARD:  Resuming back on the record at
12     11:25.
13  BY MR. WARD:
14     Q    Ms. McMahon, I wanted to keep exploring
15  with you about some of these areas that you care
16  about.  And clearly you cared about children at risk
17  and the situation in Uganda.  Are there other causes
18  or purposes that you're very passionate about or
19  involved in?
20     A    I mean definitely mental health.  My
21  undergraduate degree is in psychology.  I'm a huge
22  Dr. Phil fan.  It was on, my bucket list to go see
23  him live.  But I guess he's stopping his show and
24  I'm heartbroken about that.  But so definitely
25  mental health.  I would love to be a mental health

1  counselor but graduate school is very expensive.  So
2  I'm trying to find that right time, if there ever is
3  a right time, to possibly go back to grad school or
4  go back and begin grad school to become a therapist.
5  So definitely mental health.  I love animals.  I'm
6  trying to get my wife to let us get chickens.  I've
7  always wanted chickens.  It doesn't have anything to
8  do with the egg shortage, but I've always wanted
9  chickens.  Growing up I had a baby raccoon for a
10  while.  My dad did landscaping and found it.
11          So I've always been a lover of
12  animals and helping nurture them back to health, if
13  you will.  We have two dogs.  I would have a cat if
14  I wasn't allergic.  So that's also something.  And
15  then just the LGBT community in and of itself.  We
16  always go to Charlotte has pride events.  They are
17  very -- most of Charlotte is pride friendly, if you
18  will, as well as Ashville, North Carolina where we
19  like to go a lot.  So just doing things -- those are
20  just a couple of my interests, I guess.  But mostly
21  it's, you know, working and taking care of ██████.
22  And then we really love to be outside.  So like if
23  there is any local vendor events or small business
24  things we love to go to those as well.  So hopefully
25  that answers it.

1      Q    That's really helpful.  If you don't mind
2  me just going a little deeper in some of these
3  areas, in the area of mental health, what led you to
4  be interested in that area, other than Dr. Phil,
5  apparently?
6      A    Yeah.  So like I mentioned, I was a CNA
7  and I thought I wanted to be a nurse, but I
8  realized, to be blunt, putting a catheter in someone
9  wasn't the type of care I wanted to give.  I really
10  enjoyed more the bedside manner, if you will,
11  talking to patients and being that voice of
12  validation or, you know, whatnot.  I'm very, very
13  big on, you know, treat people the way you want to
14  be treated and especially when it comes to like my
15  daughter's care or friends or family.
16          So once I started to realize that
17  about myself, you know, I had had previously my own
18  struggling with mental health in middle school and
19  high school and college as well.  And I've finally
20  been in therapy for years and able to overcome those
21  things.  But that's also something that, you know,
22  just I feel like mental illness and struggles in
23  general are all around us and if I could do
24  something to help somebody I will.
25          For a while I had started a -- it was

1  called the Charlotte, North Carolina Mental Health
2  Support Group.  But I hosted it, if you will, out of
3  a coffee shop in Charlotte from about 2017 until --
4  I think it was February 2017 until January 2020 when
5  COVID shut everything down.  But that was a huge way
6  for me feeling like I was, you know, helping others
7  where they may not feel comfortable yet going to a
8  professional therapist, but they need some guidance
9  and help.  It was more kind of a peer process group,
10  but we did it every Sunday and I absolutely loved
11  it.
12          So I guess mental health-wise that's
13  kind of a huge part of it.  I love to talk to
14  people.  I don't really have anxiety on the phone,
15  which I feel is like a trait that people either have
16  or don't.  They either love talking on the phone or
17  they hate it.  So that's, yeah, kind of where all
18  that went.
19     Q    That's really helpful.  And just so I'm
20  clear, did I hear correctly the group you started,
21  Charlotte Mental Health group, that stopped meeting
22  in January 2020?
23     A    Yes.
24     Q    Have you done anything in that sort of
25  organized effort to help with mental health since

Aubry McMahon
February 24, 2023

Page 58

1  that time?
2       A    So I did and have had my certification in
3  mental health first aid and then something called
4  QPR suicide prevention.  So just various things like
5  that.  I work in healthcare now, so I feel like it's
6  important to have those skills and to know how to
7  navigate situations with people that may be suicidal
8  or just struggling with their mental health in
9  general.  But beyond that one position that I had, I
10 worked at Queen City Counseling, and they are a
11 counseling center and treatment program for teens
12 and adolescents in the Charlotte, North Carolina
13 area.  So I worked there for a brief time, but
14 beyond that I've not done anything beyond the mental
15 health support group.
16      Q    Sorry.  Am I hearing right?  Did you say
17 Queen City?
18      A    Yeah.
19      Q    Thank you.  When I was looking around I
20 noticed there were references to you wrote a book or
21 something about some sort of issues.  Am I right,
22 something like Still I Rise?
23      A    Yeah, I did.  In -- while I was at Gardner
24 Webb University they, in part of their student
25 handbook, if you struggled with an eating disorder

Page 59

1  and were told to seek a higher level of care you had
2  to do that.  So I in my second year at Gardner Webb,
3  that March, I went to a residential treatment center
4  called Tapestry located in Brevard, North Carolina,
5  which is by a waterfall, which is part of why I love
6  the mountains and waterfalls and things.  I was
7  there for about three or four months with just doing
8  the therapy, you know.  It was residential and then
9  I stepped down to something called PHP, which is
10 partial hospitalization program.  So that was less
11 intense and I lived off campus but came during the
12 day.
13           So I wrote about my experience with
14 that.  I wrote about how I struggled with an eating
15 disorder in high school and how that transitioned
16 into college.  One of the counselors that I saw at
17 Gardner Webb validated that Gardner Webb is a small
18 campus.  I don't know if you're familiar with it.
19 But it's in Boiling Springs, North Carolina, a
20 one-stoplight town.  There is like nothing to do.
21 So either people exercise or they go eat with
22 friends.  That's a huge part of the community there,
23 if you will.  So anyways, I wrote about that in my
24 book and then I don't really know -- I honestly
25 don't remember how I ended the book.

Page 60

1           But I did write about my experience
2  in treatment and just what I learned and that's also
3  why I started the Charlotte North Carolina Mental
4  Health Support Group, because when I came home from
5  treatment there were no support groups in the area
6  and I felt it was something I could use and that, as
7  I found out, many other people could as well.  So I
8  did write a book.  I self-published it.  I don't
9  remember the name of the publishing company or
10 whatnot, but it did decent, sold a bit.  And I had a
11 friend who also struggled with an eating disorder
12 she did the cover art for it.  So that was also cool
13 that she was able to be involved.
14           But I did just want to share my
15 experience with people, but also at that time I had
16 a lot of shame around my own struggles and all of
17 that.  And it was definitely a coping mechanism for
18 me, almost like a journal, and I do a lot better
19 writing than I do speaking.  So I love to write and
20 I'm huge on poetry and quotes and songs and things
21 like that.  So that was definitely something that I
22 was proud of and still am.
23      Q    Thank you for sharing that.  That sounds
24 like they were quite helpful for you individually;
25 is that right?

Page 61

1       A    Oh, yeah, for sure.  It was very, very
2  therapeutic to write that book.  At the time when I
3  went into treatment it was a huge shock for my
4  family, so it was also a way for them to be able to
5  read it and kind of get an inside view, if you will,
6  at what I was going through and that sort of thing.
7  So it was definitely helpful, because it was like
8  all of a sudden I was in college and I had to tell
9  them I was being sent to treatment.  So it was
10 definitely a huge -- they were blindsided by it for
11 sure.  So, yeah.
12      Q    It sounds like it helped a lot of other
13 people as well. did you get good feedback or heard
14 from people that read the book or participated in
15 the mental health group?
16      A    Yeah.  In terms of the book, I know there
17 are some reviews on line.  I've not read any.  I
18 think I skimmed through it once on Amazon and there
19 were some comments either about people wondering how
20 I was now or how my family reacted, things like
21 that.  But I didn't include much about my family,
22 because that's their own story.  But in terms of the
23 mental health support group, that was very
24 successful.
25           We have and still have a Facebook

Aubry McMahon
February 24, 2023

Page 62

1  group.  It's like a private group, but it's on
2  Facebook, where we have about -- I know we had 5 --
3  at least 500 members at one point.  And even now
4  people will still post and be like, Hey, does anyone
5  in the area know of a trauma-trained therapist that
6  takes Blue Cross and Blue Shield?  So it's
7  definitely a good community kind of platform, if you
8  will, for lack of a better word.
9              Even though we still don't meet in
10  person, I love to see people still post on there to
11  ask for recommendations and things like that.  So
12  that group I'm very, very proud of.  And I did like
13  a video interview with that, I wrote an article
14  about it.  I think those were the two main published
15  aspects of it.  But the article was on like Yahoo,
16  it was on like The Charlotte Observer.  And it
17  talked about my story of going to treatment, coming
18  home, needing a support group, forming a support
19  group and kind of my brain behind that, if you will.
20              So, yeah, I would say overall it was,
21  you know, both of the things were successful.  I'd
22  say that the support group was more successful, in
23  my mind, because it was every week I got to see the
24  impact that it had on people, I got to help the
25  community and still do.  So that's definitely

Page 63

1  something that I'll always be proud of.
2      Q    Thank you for sharing about that.  Let me
3  ask.  You mentioned another area where you're active
4  and involved and that's advocacy for LGBTQ issues;
5  is that right?
6      A    Yes, sir.
7      Q    Can you tell me a little about what you do
8  in that area, please?
9      A    Yeah.  So there is an organization in
10  Charlotte called Timeout Youth.  They are -- I don't
11  want to call it a boys and girls club, but that sort
12  of type feel where kids can go after school, they
13  can get resources if someone may be transgender or
14  may be questioning their gender identity or their
15  sexuality they can go and get support.  My wife is a
16  teacher, so in the summers she volunteers there when
17  she has time off.  So we do a lot of things to stay
18  active in that community as well as like attending
19  the Charlotte Pride.
20              There is another group in Charlotte.
21  It's called CALM, but it stands for Charlotte Area
22  Liberal Moms.  And it's a lot about moms helping
23  moms, but also supporting businesses that are LGBTQ
24  friendly and inclusive.  And some people will post,
25  Hey, we are a same-sex couple.  Wanted to see what

Page 64

1  church you think may be good for us to try out, or,
2  you know, what school or restaurant or whatnot.  So
3  it's a lot of just in our community as it is.
4  Indian Trail is, you know, very politically varied.
5  So we have a Pride flag that hangs outside of our
6  house.  I have various bumper stickers.  One's from
7  the CALM group and it's a rainbow flag.  So we
8  have -- you know, try to support -- try to show our
9  support in those ways.
10              And my wife being a teacher, all
11  of -- or most of her students, I can't speak for
12  them, but as far as I know they know that she's
13  married to a woman and, you know, that she's a safe
14  spot for them.  So we try in our day-to-day lives
15  even to show that we are supportive of the LGBTQ
16  community and things like that.  So....
17      Q    When did you get involved with Timeout
18  Youth?  When did that start?
19      A    That was I want to say 2018?  Yeah, I'd
20  say it was summer of 2018.  Jaclyn, my wife, had
21  started volunteering there on her summers off.  So a
22  lot of times if I -- and I was at school at the
23  time, so if I had a break from class I would bring
24  her lunch or whatever and get to, you know, talk
25  with people there and kind of see how it functioned,

Page 65

1  if you will.  And with various other places that
2  I've worked the LGBTQ community for everywhere that
3  I've worked so far has been acknowledged and
4  accepted, so that is also something that's
5  important.
6              But, yeah, so in terms of Timeout
7  Youth, I believe it was the summer of 2018 when we
8  started kind of immersing ourselves with them and
9  what they do.
10      Q    And you continue to be involved with them,
11  it sounds like?
12      A    Yeah.  Yeah.  I will say with COVID, like
13  Charlotte didn't hold their Pride for two years I
14  believe because of COVID.  So there were breaks in
15  between when either with Pride or with Timeout Youth
16  with lockdowns and things like that.  But, you know,
17  it may not have been consistent, but we are still,
18  you know, I wouldn't say part of their community,
19  because it's an organization and we are not hired by
20  them or anything, but we still donate to them and
21  things like that.
22      Q    You've mentioned I think I got CALM, but
23  Charlotte Area Liberal Moms --
24      A    Yeah.
25      Q    When did you start getting involved with

1  CALM?

2      A    With them, I believe I can look -- well, I

3  can't look now, but if you need it I can give you

4  the date when I joined the Facebook group.  But I do

5  believe it was around 2020, I believe, yeah.

6      Q   Do you remember when in 2020; spring,

7  fall?

8      A   I'd say fall of 2020, maybe August,

9  November-ish.

10     Q   Thank you.  I'm not sure I understood

11  fully what they do.  Can you tell me just a little

12  bit more about what sort of activities CALM engages

13  in, please?

14     A   Yep.  So they do a lot of donation kind of

15  coordination in the community.  So, for example,

16  when Charlotte had a lot of refugees from Ukraine

17  come, we all worked to get them donated supplies,

18  you know, find places to live, so, you know -- or a

19  lot of them needed medical care.  So if anyone in

20  the group was a doctor or could offer any services

21  such as that, it was a lot about -- or it is a lot

22  about networking and helping people in the

23  community, whether it be refugees or sometimes there

24  will be they will put -- they call it a call to

25  action.  But, you know, if a single mom is about to

1  be evicted and needs some sort of clothing, housing,

2  monetary donations, then they will ask for those

3  kinds of things.

4         For Christmas they do like an angel

5  tree type thing that you can sign up for and donate

6  to or adopt a family.  So it's a lot about

7  networking in the community, but also in a way that

8  may -- some people may not agree with, for example,

9  like helping the refugees find housing and be safe

10  and things such as that.

11     Q   Can you tell me in particular, what did

12  they do with regard to LBGTQ issues?  What's their

13  activity there?

14     A   They always attend Pride, they're huge

15  with helping Timeout Youth, they're huge supporters

16  of businesses that are involved with the LGBTQ

17  community or inclusive of things such as that.  So

18  I'd say mostly just -- what's the word?  I don't

19  want to say advertise, but mostly just putting out I

20  guess to the community, you know, various issues.

21  In the Charlotte area, the county that we live in

22  right now, the Union County School Board has a lot

23  of LGBTQ opinions.

24         So a lot of what CALM does is I

25  wouldn't say protest, because it's not like a --

1  peacefully protest or show up to the board members

2  and try to advocate for the LGBTQ youth and their

3  rights and things like that or, you know, with

4  various laws that they have been worried about being

5  passed, you know, making sure people have

6  protection.

7         Or, you know, for us when we were

8  going through the legal process of Jaclyn adopting

9  █████ we had just posted I think in CALM and asked

10  like, Hey, does anybody have any resources for an

11  LGBTQ-friendly lawyer.  So that was something -- or

12  somebody that had experience with that.  So I guess

13  just finding resources.  And they do work, like I

14  said, a lot with the Charlotte Pride events, but

15  also helping with LGBTQ rights and things like that.

16     Q   And what's your personal involvement,

17  then, on those sort of issues?  Let me rephrase that

18  to be a little bit clearer.  How have you personally

19  been involved in LGBTQ type issues?

20     A   I mean we are -- we go to Pride every

21  year, we help out -- not help out, but donate our

22  time and money to Timeout Youth, to Pride.  My wife

23  is always a huge safe spot, if you will, emotionally

24  I guess to her students just in a sense of giving

25  them that sign of relief when they see her little

1  Pride flag or her desk, that she's a safe person, if

2  you will.

3         But, yeah, so in terms of LGBTQ, like

4  the human rights campaign, we donated to them for a

5  while, we do help a lot when we can just like with

6  sponsoring kids through church organizations, but

7  also helping with organizations that support the

8  LGBTQ community.  So monetary donations, Timeout

9  Youth, kind of like the smaller version of Goodwill

10  where you can give old clothes, housing items and

11  those are all given to either teens that may have

12  been kicked out of the house because their family

13  doesn't agree with their sexuality or things like

14  that.  So we do try to give a lot to those

15  communities.

16         And I think also huge for me

17  personally it is scary sometimes to have a Pride

18  flag in front of our house.  I wouldn't -- I'd be

19  lying if I said that I hadn't wanted to take it down

20  at points because I've been afraid, especially

21  during elections and things such as that.  So I

22  think even just standing firm in our acceptance and

23  allied-ship, if you will, with the LGBTQ community

24  is something that it's scary, but it's also what we

25  feel like we need to do, if you will.

1    Q    Thank you.  When I was Googling around and
2  trying to find things I found something called
3  Bonfire where it looks like you have some artwork
4  that you do?
5    A    Yeah, uh-huh.
6    Q    Can you tell me a little bit about that?
7  I've got a couple printouts that I can bring in as
8  exhibits if that's helpful.  Let me go ahead and do
9  that.  So go ahead if you want to start talking a
10  little bit.
11    A    Yeah.  I don't remember exactly when I
12  started it.  I remember one design it says Stay
13  Alive and it has a floral decoration on it.  I
14  honestly cannot remember what -- I think that was
15  for an Out Of Darkness walk or either that or the
16  Charlotte National Eating Disorder Walk, some
17  awareness walk that we went to.  For the Charlotte
18  North Carolina Mental Health Support Group we were
19  all going to wear T shirts.  So I had dabbled, if
20  you will, in graphic design and marketing previously
21  for a company -- well, actually a couple companies,
22  including the counseling place that I worked at.  So
23  it's something that I enjoy.
24        And at the time of us wanting to
25  conceive █████, it's very expensive, so we did

1  do -- or I did some designs, if you will, on
2  Bonfire.  Bonfire is like I don't want to say a
3  charity, because it's not.  It's like a fundraising
4  kind of platform.  So we started it with -- it was
5  kind of in two sections.  We started it for the
6  Charlotte North Carolina Mental Health Support Group
7  and also used it again when we were trying to pay
8  for everything to conceive █████.  So I just kind
9  of made designs that I felt exemplified me as a
10  person my beliefs, my -- things like that, yeah.
11    Q    It may be the schoolteacher in me, but I
12  like visual aids.  Let me suggest that we introduce
13  as Exhibit 2 something that's I believe a printout
14  on Bonfire.  It should be in the chat for everyone
15  to look at.  So please go ahead and take a look at
16  that.
17                    * * *
18        (Whereupon, the above-mentioned
19         document was marked for
20         identification as  Exhibit-2.)
21                    * * *
22        THE WITNESS:  My computer might make a
23  noise when I do.  Yep.  Oh, yeah.  Okay.  Can I
24  also add that we did do some merchandise, if
25  you will, for CALM, which is what you can see

1  the logo.  Sorry, I'm still trying to pull it
2  up.  I don't know where it went.
3  BY MR. WARD:
4    Q    No problem.  This is your entry page.
5  I'll upload a couple individual pages so it's easier
6  to see them.  Sometimes these printouts are too
7  small.
8    A    Okay.  Is it popping up in a different
9  window?  Oh, wait.  I found it.  Okay.
10        MR. SZYMANSKI:  Aubry, I had to click save
11        before it would open on my computer.  I had to
12        save it first.
13        THE WITNESS:  Okay.  I got it open.  Sorry
14        about that.
15  BY MR. WARD:
16    Q    No problem.  Let me do the usual lawyer
17  questions on these things.  Do you recognize this?
18    A    Yeah, for sure.
19    Q    What is it?
20    A    This is -- looks like the Bonfire web
21  page, Bonfire being the website I guess you could
22  say, or company, that we used to sell or list the
23  designs of various -- for various projects, if you
24  will.
25    Q    Am I right the banner at the top of this

1  page, is that a picture of you on the right?  It's a
2  little bit obscured by the log-in.
3    A    Yeah, I'm the orange one.
4    Q    Who is the other person?  Is that your
5  wife?
6    A    Yeah, that's my wife.
7    Q    That's Jaclyn Foreman?
8    A    Yes.
9    Q    Then I take it on all of these pages these
10  are all the products that you're selling through
11  Bonfire?
12    A    Yes.  I don't sell them anymore, because
13  you have to list them for like a certain like
14  one-week, two-week kind of thing.  So none of them
15  are live as far as I know.  And you also have to
16  sell like a minimum amount in order for them to be
17  printed.  So I have not sold anything.  The last one
18  we had done was the one on top, the CALM, for that
19  Charlotte Area Liberal Moms.
20        We had sold merchandise, which they
21  sell car magnets that are the circle, through a
22  different person.  So they wanted T-shirts and other
23  things, so we created on here and all of those
24  proceeds go to the CALM group, if you will, for
25  things like I mentioned before, like donations to

Aubry McMahon
February 24, 2023

1  moms or Christmas, whatever.  But that was the last
2  one that we had done and I don't remember when the
3  last product or, if you will, had sold, but, yeah.
4       Q    Let me go ahead and send to everyone what
5  we can mark as Exhibit 3, because I think we have
6  got a Printout of the CALM page in particular.  That
7  may be a little easier for us to look at.
8                     * * *
9            (Whereupon, the above-mentioned
10           document was marked for
11           identification as Exhibit-3.)
12                    * * *
13           THE WITNESS:  Did you all hear that noise?
14  BY MR. WARD:
15      Q    I did.
16      A    Okay.  That was just letting you know that
17  was the CALM mug that popped up.
18      Q    I've sent you Exhibit 3, but on Exhibit 2
19  just want to do something that we lawyers do a lot,
20  and confirm.  So is that a true and correct printout
21  of your main page on the Bonfire site?
22      A    As far as -- since the last time I saw it
23  it looks just like it did, yeah.  I've not been on
24  there in at least a year, so I wouldn't know right
25  from the getgo, but as far as the last time I've

1  seen it, that looks like it's right, yeah.
2       Q    Thank you.  On this thing we have marked
3  as Exhibit 3, is this what you were referring to
4  before, the materials that you created for Charlotte
5  Area Liberal Moms?
6       A    Yes.
7       Q    So you're talking about I guess the logo,
8  the circle with the rainbow flag and then the CALM
9  insignia inside it?
10      A    Yeah.  The -- Charlotte, North Carolina is
11  referred to as the Queen City, which is kind of
12  where crowns and Queen City Counseling comes from,
13  if that clarifies it for anybody.
14      Q    It does.  A whole lot of things make
15  sense, Queen City Counseling and the crowns there.
16  Is that a design you created or is that a design
17  CALM already had?
18      A    Yeah, they already had that one.  I will
19  say beforehand, at least for the magnets that they
20  give for the car, for cars, right now if you
21  literally took that circle, that's what the magnet
22  looks like.  However, before it was just black and
23  white.
24      Q    That's helpful.  Thank you.  Do you
25  remember -- you were saying you haven't gone on the

1  Bonfire site for about a year.  Do you remember what
2  time period you had this CALM material available on
3  the Bonfire site?
4       A    I don't, to be honest.  I could guess, but
5  I don't remember off the top of my head.
6       Q    Just your best recollection is fine.
7       A    I'd say at some -- 2021, maybe.
8       Q    That's helpful.  And again, that same
9  thing to make sure I've got accurate information, is
10  this a true and correct copy of the particular part
11  on the Bonfire site?  Is that right?
12      A    Yes, sir.
13      Q    And the rainbow colors in the CALM logo,
14  is that intentionally designed to be a LGBTQ
15  community symbol?
16      A    I believe so.  I didn't create the logo,
17  but I would assume with CALM's mission, if you will,
18  that that would be it, yeah.  And that's, you know,
19  why we have it on the car and my wife and I both of
20  the magnet.  So, yeah, that's as far as my
21  understanding is, yeah.
22      Q    I think I may not have asked you this.
23  When did you first become involved with CALM?
24      A    So I believe I think you asked, but I
25  think I was around -- like I said, I could look at

1  the Facebook group of when I joined it, but I do
2  believe it was around 2020, in the fall of 2020.
3       Q    And you're reminding me, sorry.  I think
4  you did say August to November-ish.  Sorry.
5       A    Yeah.
6       Q    That's my bad memory kicking in.  Let me
7  send around what we can mark as Exhibit 4 to your
8  deposition.  This is another Bonfire printout.
9                     * * *
10           (Whereupon, the above-mentioned
11           document was marked for
12           identification as Exhibit-4.)
13                    * * *
14  BY MR. WARD:
15      Q    I'll ask you, do you recognize this?
16      A    Yes.
17      Q    What is it?
18      A    That is a T shirt design that we did, or
19  that we made just of a quote that I like.  I had
20  previously had a shirt that had that quote, Love is
21  a terrible thing to hate, on it, because I feel like
22  it exemplifies almost like you asked earlier my
23  definition of marriage.  So, yeah, that is one of
24  the shirts that we had made.
25      Q    Do you remember when you made these?

Page 78

1    A    Oh, geez.  I believe it would have been
2  2020.  I believe it was 2020, yeah.
3    Q    Do you remember about what month you would
4  have put them out?
5    A    I don't remember.  I will assume, though,
6  it was around the time we were trying to conceive
7  ██████, so about May to July of 2020.
8    Q    So at least pre-██████'s conception, they
9  were out by then?
10    A    Yeah.
11    Q    That's helpful.  I take it again that the
12  rainbow design is indicating your support for the
13  LGBTQ community?
14    A    Yes.
15    Q    You had a posting on the first page that
16  says, We are a same-sex couple that is raising funds
17  to start our family.
18    A    Yes.
19    Q    I'm curious, did you receive donations or
20  purchases out of this?  Were the funds helpful?
21    A    Yeah, for sure.  A lot of it did go to the
22  cost of, for lack of a better word, sperm.  We had
23  ordered -- each vial you order is about $800,
24  shipping is I think about 250.  So all in all it
25  took about $4,000 to conceive ██████, so those

Page 79

1  funds were used towards that and, you know, for
2  people that wanted to support us in that way.
3    Q    And do you know about how many total you
4  sold?
5    A    I do not.  But I could get you that
6  number.  I'm sure it's on the -- not the website,
7  but the portal, on the owner portal, if you will.
8  So I'm happy to get those numbers if you need, but
9  I'm not sure.
10    Q    Thank you.  Not particularly important,
11  more my curiosity.  I always like to understand
12  things.  Did you keep any copies of this?  Do you
13  still have ones that you wear or child-size ones for
14  ██████ to wear?
15    A    Yeah.  We had the Stay Alive one, which I
16  don't know if it was in the Exhibit 2.  I can pull
17  it.  I'm looking on Exhibit 2.  Yeah, so if you
18  scroll to page three, about halfway down you'll see
19  a premium unisex T and a classic long sleeve T, both
20  have that Stay Alive.  We have that but in the gray
21  sweatshirt version.  We have two of those we still
22  wear.  And then we have if you go up to the second
23  page, that's floral design, we have one of those
24  sweatshirts as well, but in the red, the maroon
25  color.  And then for ██████, we don't have it

Page 80

1  anymore.  We donated it, but the rainbow onesie on
2  the bottom of Page two, we had a gray one of those.
3  And I think that's it, yeah.
4    Q    Just again confirming, so Exhibit 4 is a
5  true and correct copy of that section of the Bonfire
6  web page that you set up; is that right?
7    A    Yes, sir.
8    Q    Thank you.  Let me send around one more.
9  We can mark this as Exhibit 5.  This is another
10  Zoom-in on the site.
11                     * * *
12           (Whereupon, the above-mentioned
13      document was marked for
14      identification as Exhibit-5.)
15                     * * *
16  BY MR. WARD:
17    Q    If you would take a look at that, please?
18    A    The rainbow one?
19    Q    Yes.
20    A    Okay, got ya.
21    Q    Can you explain to me what the rainbow
22  design is?
23    A    I would describe my style, if you will, as
24  almost bohemian if you understand, light and airy,
25  lot of florals.  And the rainbow is also significant

Page 81

1  to me just like in the logo, the Just Be logo,
2  rainbows are -- also I love them just for their
3  meaning in the LGBTQ community, but also I love
4  those pastel boho kind of colors.  So that one I
5  just, you know, made because -- yeah, because I like
6  the design and the colors and rainbows.
7    Q    It sounds like it's fair to say, then,
8  that rainbow has sort of a double purpose for you.
9  It's both a way to advocate for the LGBTQ
10  perspective, but also it's got an aesthetic appeal?
11    A    Yeah.  I'd say, yeah.  I'm not a very bold
12  color, like the red, orange, yellow green blue.
13  That's kind of the more aggressive colors.  I like
14  the more calming tones, so that would be the only
15  distinguishing factor, if you will, of those two for
16  me, yeah.
17    Q    You referred several times to the Just Be
18  phrase?
19    A    Yeah.
20    Q    What's the meaning of Just Be?
21    A    To me it's just -- it's a lot about
22  mindfulness in that moment.  Just be kind of who you
23  are, where you are.  I think it's a huge almost
24  slogan, if you will, for me as a person and how I go
25  about things.  If you think I'm weird for liking

Page 82

1  French vanilla creamer, then just be, that's fine.
2  Almost like it is what it is.  You know, you do you,
3  you know, just be.  Just be who you are and, you
4  know, it's like a mindful kind of reminder to myself
5  and, you know, to others that who you are in that
6  moment is exactly who you need to be and to not feel
7  shame for that or things like that.  Just also in,
8  you know, really any viewpoint I feel like you could
9  take it from.  So if -- with raising toddlers, if
10  █████ wants pizza for breakfast, that's what we
11  are going to do, because you've got bigger battles.
12  So it's kind of a mantra for me, if you will, and
13  how I go about my life.
14      Q    So you should send it to Dr. Phil.  It
15  might --
16      A    I actually did have a -- I took a picture
17  of a shirt, as sweatshirt with his face on it in
18  floral and he featured it on his show, which was
19  cool.
20      Q    That's very cool.  You also referred to --
21  there is another one that says Stay Alive.  I was
22  curious what that means to you?
23      A    Yeah.  I think just with my own personal
24  struggles with like an eating disorder and I've had
25  struggles with self harm, suicidal ideation, as well

Page 83

1  as almost everybody in the mental health support
2  group that I ran did as well.  And at for one of the
3  walks we did that was called the Out Of Darkness
4  Walk, it's a suicide prevention walk or, you know
5  it's to raise awareness for those that have died by
6  suicide.  So it's definitely a, I don't want to keep
7  saying slogan, but, you know, Stay Alive, you know,
8  it is worth it.
9            When I was younger I never thought I
10  would make it to 16, but, you know, here I am.  I
11  never thought that, you know, because of
12  complications from my eating disorder that I would
13  be able to have a child, but I stayed alive and, you
14  know, persevered.  And so it's just something that
15  everybody needs and I like to wear it as a reminder
16  to other people, purposely wear it.  If I'm passing
17  someone in Walmart and they're having a tough time,
18  if they see Stay Alive, it's a little bit of, wow,
19  that person -- that's a good reminder.  So hopefully
20  that makes sense.
21      Q    It does, and thank you for sharing that.
22  I'm troubled to hear you didn't know if you'd make
23  it to 16.  I hope that's resolved.  I hope that
24  there's been healing there, but that sounds like a
25  pretty tough stretch.

Page 84

1      A    Yeah.
2      Q    It sounds like this has been helpful.
3  These are both personal statements and public
4  statements mixed together.  They have a lot of
5  meaning for you but they have a lot of meaning to
6  speak them out in the world as well.
7      A    Yeah.  I'm very much so -- I'm not a very
8  superficial person just in a sense of if people ask
9  me, How was your pregnancy.  I'm not going to be
10  like, It was fine, because I want to raise awareness
11  about those things.  Especially with post-partum
12  depression and anxiety and things like that, it's
13  not talked about.  And I know there was a news story
14  recently where a mother had taken the lives of her
15  children because of something like post-partum
16  psychosis.  So definitely knowing those things in
17  terms of the mental health community, as well as the
18  LGBTQ community and really Black Lives Matter and
19  any minority group, like I'm not ashamed to say,
20  Yeah, we donated to help people from Ukraine come
21  here, because everyone deserves a right to be safe
22  and feel safe and, you know, happy.  You know, so
23  it's just also something that is important to me in
24  that way too.
25      Q    That makes a lot of sense.  Thank you.  I

Page 85

1  don't remember asking.  So Exhibit 5 is also a true
2  and accurate copy of a portion of your Bonfire web
3  page.  Is that fair?
4      A    Yes, sir.
5      Q    Thank you.  What was the earliest that you
6  put any of these things up on Bonfire?  You
7  mentioned for one of them I think that it had been
8  before █ was conceived.  Was that the earliest
9  or were there things you posted even before then?
10      A    I think that was the earliest as far as
11  I'm remembering, yeah.  I know I did them all -- I'm
12  pretty positive I did them all around the same
13  period.  It might have been two or three days or a
14  week push out for me to make the designs and such,
15  but -- and list them, but I would say it was all
16  around the same time.
17      Q    This has been helpful.  And clearly you're
18  a talented artist.  You shouldn't give up that
19  calling as well.
20      A    Thank you.
21      Q    I'd like to ask you some about how you
22  came to decide that you are same-sex attracted as it
23  were.  Can you kind of let me know -- let me do this
24  in a little more orderly way.  I take it it's fair
25  to say that you are same-sex attracted?

Aubry McMahon
February 24, 2023

Page 86

1     A    Yes.
2     Q    And it's fair to say you identify as a
3  lesbian; is that right?
4     A    Yes.
5     Q    Can you take me back to the start of the
6  journey where you came to that recognition?  Sort of
7  walk me through how you reached that conclusion,
8  please.
9     A    I think like with a lot of people that are
10  in the LGBTQ community they always have -- or at
11  least I often hear that they always had this little
12  inclining or suspicion that they were gay or
13  bisexual or whatever it may be.  And I experienced
14  that a lot from I'd say about high school.  You
15  know, I had male dates to prom, but I found myself
16  wanting to dance with the other females.  But I was
17  like, no, it's fine.  And even in college I had gone
18  on a date with a guy, but just that was it.  You
19  know, I'd have friends that are guys and things like
20  that, but there was never that connection.
21         And before I guess defining myself as
22  a lesbian I did define myself as a pansexual, which
23  means you have an attraction more so to the person
24  and almost not to be like nerdy, but their soul and
25  who they are as a person versus their genitalia, you

Page 87

1  know, or their anatomy, if you will.  So I did feel
2  that a lot.  And when I came out and expressed my
3  sexuality to my family, I did initially tell them
4  that I was bisexual, which I think a lot of people
5  in the LGBTQ community usually do.  Because for
6  whatever reason it seems less severe, if you will,
7  because at least you still kind of like men if
8  you're a woman or at least you kind of like women if
9  you're a man.
10         But then I realized that that wasn't
11  the case for me.  And in terms of pansexual, I am
12  fine or feel fine with if it's a female that
13  presents in a more masculine way, that's fine with
14  me.  So definitely I think everybody has their own
15  journey of not only learning if they're gay or not,
16  but also kind of where they fit in, if you will, in
17  that community.
18         So that was definitely something that
19  was a learning curve, if you will, for me.  But once
20  I started to own who I was and kind of like with
21  the -- how we talked about Just Be, just be who you
22  are and if people like you for that, cool, if not
23  also cool.  That's just kind of where I guess where
24  I came to realize, you know, that I was attracted to
25  females, if you will.  Hopefully that makes sense.

Page 88

1  I kind of rambled a little bit.
2     Q    I appreciated earlier I think you used the
3  word authentic, that you're a very authentic person.
4  And that was very authentic, so please don't
5  apologize.  I appreciate you sharing that.  So it
6  sounds like there was a point where you told people,
7  like your family, you were bisexual, but internally
8  that wasn't an accurate representation of who you
9  were.  You would have said you were pansexual; is
10  that right?
11     A    Yeah.  At that time I didn't know -- I
12  honestly didn't know about what pansexual or
13  whatever was.  I just in that moment when I was
14  learning who I was I felt like by sexual fit.  But
15  now looking back I realize, Oh, I said that because
16  it was -- I wanted to make it easier, if you will,
17  for my family to hear.  Does that make sense?
18     Q    Yeah, that --
19     A    But in the moment, no.  In the moment I
20  thought that I was bisexual, but then, you know,
21  looking back now I can realize the transition, if
22  you will.
23     Q    That is helpful.  That helps me understand
24  it much more.  I guess we are using terms like
25  identify and present which have an outward focus but

Page 89

1  at the same time there is something inward you're
2  grappling with as well.  And if I understood what
3  you were saying, sometimes you only understand that
4  looking back.  You don't understand it at the time,
5  right?
6     A    Right.
7     Q    So can you kind of identify for me, what
8  timeframe would you have said you were identifying
9  as bisexual?
10     A    So I would say from about 2015 to 2018,
11  end of 20 -- well, honestly when I started dating
12  Jaclyn was when I -- she was very comfortable in who
13  she was and kind of helped me with that I don't want
14  to say -- well, transition, of owning who I was and
15  being okay with it, that it was okay that I only
16  liked women and men -- women and not men.  So I'd
17  say from about 2015 to late 2017, early 2018 when I
18  met Jaclyn was when I identified as bisexual.
19     Q    So you mentioned earlier using the Her app
20  to look.  When you posted on Her did you identify
21  yourself as bisexual or seeking exclusively a
22  same-sex partner?
23     A    As bisexual, I believe.  You could also
24  filter it if you were seeking females, seeking
25  males, but at that time I feel like I was definitely

1  seeking more so females or more masculine-presenting
2  females.  But I did I believe have myself listed as
3  bisexual, if I remember correctly.
4      Q    Was Jaclyn the first person that you
5  connected with through the app?
6      A    No.  There were definitely a couple
7  others.  I don't remember names or anything, but I
8  believe I was on that app for about two or three
9  months.  And once I met Jaclyn and we started
10  texting or whatever was when I was no longer on the
11  app, if that makes sense.  So there were other
12  people that I met and talked with before Jaclyn, and
13  they were all females, yeah.
14     Q    Any of them you met with in-person?
15     A    There was one, and she was a more
16  masculine-presenting female.  However, she was very
17  busy with work and didn't seem very committed, if
18  you will, or -- yeah.
19         MR. WOLNOWSKI:  I just want to put an
20     objection on the record and I'm going to
21     clarify the objection, because it's not an
22     objection to the form of the question.  I
23     cannot envision a scenario whereby who Ms.
24     McMahon dated in 2017 or 2018 is in any way,
25     shape or form relevant to any of the claims or

1  defenses in this action.  If we are going to go
2  down a road where we are talking about Ms.
3  McMahon's dating history, I think it's going to
4  be prudent to have an understanding as to how
5  this is in any way, shape or form relevant.  I
6  just want to put that on the record.
7         MR. WARD:  Thank you, Counsel.  I think
8  the question had been answered, so I will move
9  with my next question.
10 BY MR. WARD:
11     Q    It sounds like Jaclyn was kind of a
12  significant change in your life experience in many
13  ways.  It sounds like at that point, is it fair to
14  say, you decided that you identified specifically as
15  lesbian?
16     A    Yeah, I'd say so.
17     Q    I take it you still identify as lesbian,
18  obviously?
19     A    Yeah.
20     Q    At what point did your self identification
21  feed into the ways that you've worked to raise
22  awareness?  Can you connect those two pieces for me?
23     A    I think just kind of like I said.  For me
24  it was a transition, or a journey, if you will, of
25  finding where I was -- not where I was, but who I

1  was.  And I will say just to backtrack on the last
2  one.  I do generally refer to myself more so as gay.
3  I personally feel like the term lesbian gets a bad
4  wrap.  I don't know if I'm allowed to say this, but
5  you hear about it a lot in pornography and it's a
6  very I feel sexualized in kind of an uncomfortable
7  way for me.  So I do refer to myself -- I will never
8  be like, Hey, I'm Aubry and I'm a lesbian.  It's
9  more so, Hey, I'm Aubry and my wife is this, or I
10  am -- I'll never just, you know, say, Hey, I'm a
11  lesbian.  It's more so, I'm gay or I'm in a same-sex
12  marriage or I have a wife.  The term lesbian for me
13  is just a weird one.  But, sorry, so could you
14  repeat that question?
15     Q    I appreciate you clarifying that.  That's
16  really helpful.  And I apologize if my use of
17  lesbian was --
18     A    That's okay.
19     Q    -- not picking up on what you were saying.
20  I think my question was, can you explain to me how
21  your increasing awareness of how you identified that
22  you were gay connects with your efforts to raise
23  awareness about LGBTQ issues?
24     A    Yeah.  So I think even just for I lost
25  friends when I came out, if you will, and my family

1  at first was not as supportive as I would have
2  hoped.  My one older sister was.  My older sister,
3  Morgan, she was supportive.  My triplet sister was
4  as well.  My brother was -- my siblings were all
5  pretty supportive.  They're all very, you know,
6  they're very faithful and have their own definitions
7  of their Christianity.  So it was never voiced to me
8  that it was an issue for them, but I know for lack
9  of a better word it's a hot topic in religious
10  places.
11         So I did worry when I came out to
12  them, because my brother especially is very
13  religious in a sense of he really clings to his
14  relationship, has a strong relationship, if you
15  will, with his faith.  So I did worry, but he
16  absolutely loves Jaclyn and ▇▇▇▇ and wouldn't
17  want it any other way.  My mom and dad, same thing.
18  At first my mom's first worry was she wasn't going
19  to have grandchildren.  But I think that's typical
20  for any parent that wants to be a grandma or
21  grandpa.  But there is also -- I think that was her
22  major, what she's seen or believed, whether that be
23  from the media or a religious aspect.  Nobody in my
24  family shunned me or said they wouldn't love me or
25  wouldn't accept me or treated me any differently.  I

Page 94

1  think it was just everybody had to go through their
2  own process of it.
3         So I think just knowing that and
4  hearing stories of other people in the LGBTQ
5  community coming out, if you will.  And oftentimes
6  like we see at Timeout Youth or CALM people,
7  teenagers, do get kicked out of their house or
8  shunned from their families.  So just my own
9  personal experience, as well as the experiences of
10 other friends that I've had or what I've seen, I
11 always wanted to be an advocate, or as I mentioned
12 with Jaclyn also wanted to be in a safe space for
13 people to come and say, If you're straight, fine
14 with me.  If you're transgender, that's fine.  We
15 have some friends that are transgender.  If you're
16 gay or you don't know, that's fine too.  If you
17 think you're gay and then you're not, that's okay
18 too.
19        So I think it's a hot topic because
20 you hear a lot about it in the media and there's a
21 lot of opinions around it, but I think I just want
22 people to know that they're safe and loved and I'm
23 at least not going to judge them.  So that's
24 something that I grew up with a fear of turning out
25 gay, if you will, based off of religion, and was

Page 95

1  afraid to be referred to, you know, as the lesbian
2  of the family or whatever, you know.
3         So I definitely think that there is a
4  lot of fear as being part of the LGBTQ community and
5  I even do -- like I mentioned with the flag, I still
6  have fear.  And a lot of times, even when Jaclyn and
7  I are out in public, if I get a weird feeling from
8  people walking by me or if we are in a more
9  less-accepting area of town I'm afraid to, you know,
10 hold my wife's hand.  So it's like knowing those
11 experiences -- sorry.  Sorry.
12        But I'd never want somebody to feel
13 like they're less than because of who they love.
14 Like that shirt, "Love is a terrible thing to hate,"
15 so from my own experiencing feeling like I'm not
16 deserving or I'm unloveable because of something I
17 can't control or change, I'd never want anybody to
18 feel that way.  So that's kind of why and how my own
19 sexuality and coming to know it and accept it is
20 something that -- and why I'm so big on advocating
21 for mental health.  Because I think a lot of mental
22 health plays into people in the LGBTQ community,
23 because it is scary.  There is a lot of anxiety,
24 there is depression, there's fear of abandonment.
25 There's a lot of things that come up.  Hopefully

Page 96

1  that answers at least a little bit of the question.
2     Q    Thank you for sharing that and sharing
3  some of the pain that you experienced from that.  I
4  was thinking that I imagine ███████ must answer a
5  lot of your mom's questions or concerns that she
6  wouldn't have grandchildren.  That must make her
7  very happy?
8     A    Yeah.  She wants us to have another, but
9  ██████, she's wild, so we'll see.  She's enough for
10 now.  But, yeah, she's great.
11    Q    You mentioned at one point that there is
12 something that made you fearful that being gay would
13 be a problem in your religious community.  That's
14 not the exact words you used.
15    A    Oh, yeah.  I know.
16    Q    What was it that led you to have that
17 fear?  What was it about your religious community
18 that led you to have that fear?
19    A    Like to be blunt, it's just teaching, if
20 you will, or an interpretation that some people have
21 of the Bible that, you know, that being gay is a sin
22 and you're going to go to hell.  And that's just
23 something -- there is a lot of other things, you
24 know, that I think that people have just -- I've
25 learned that have picked and chosen parts of the

Page 97

1  Bible that they want to disagree with, and so that
2  being one of them.  But it's the same people that
3  say, you know, you're going to go to hell if you
4  marry someone of the same sex aren't also taking
5  into consideration parts of the Bible that state
6  like, you know, if your daughter has her menstrual
7  period then you're supposed to stone her, things
8  like that.
9         And I've learned a lot about the
10 bible's teaching, if you will, of sins and things
11 like that through my wife, my wife Jaclyn.  So that
12 example that I gave of, you know, you should stone
13 your -- I think it's like stone your first-born
14 daughter once she has her menstrual period or, you
15 know, committing adultery or things like that I
16 don't understand, or wearing blended clothing.
17 Those are just examples that people don't get
18 persecuted, if you will, for, but something such as
19 love, if you will, has been engrained in some faith
20 communities that will send you to hell.  So that's
21 just I think growing up I'd heard that and I don't
22 remember where from.  It could have been school.  I
23 don't know.  But it was definitely a fear that I
24 had.
25    Q    Thank you.  It sounds like you have a very

Page 98

1  different understanding what the Bible says than
2  whatever the source was that was giving you that
3  fear?
4      A    Yeah.
5      Q    You mentioned your brother in particular,
6  that he's very religious and I think you said he has
7  a strong relationship with his faith.  Does he have
8  a different view about issues of being gay or not?
9      A    To be honest, I don't know.  I've never
10  asked him.  I do know that his fiancee is a -- is
11  probably one of the most religious, if you will,
12  people that I've ever met, which has caused anxiety
13  for us, us as in Jaclyn and me.  However, she has
14  never, you know -- she talks with us casually, if
15  you will, loves █████, you know, I'm in her
16  wedding.  █████'s going to be the flower girl.
17  She's never treated us any differently, and on top
18  of that, I can validate and understand that if that
19  is her viewpoint or opinion on marriage or
20  relationships, according to her view of the Bible,
21  then that's okay.
22           It doesn't impact us day-to-day.  She
23  still treats me like a human.  She's -- I've never
24  asked her like, Hey, are you supportive or does it
25  bother you that we are gay or whatever or that

Page 99

1  █████ has two moms or things like that.  And it's
2  never come up, but it's never had to, because, one,
3  it doesn't really matter to me, because she treats
4  me just as if I'm in a, not same-sex marriage, but
5  in an opposite-sex marriage, I don't know, just in a
6  normal marriage.  Hopefully that makes sense.
7           But my brother as well, it's never
8  come up in terms of like, Hey, do you support me?
9  But he's never treated me as if he didn't, and so
10  I've never, you know, pushed on the subject, because
11  he's allowed to believe what he wants to believe and
12  we go about our day.  Just kind of like, I hate to
13  bring it up again, but just be.  He's just being in
14  his beliefs and I'll just be in mine and we can
15  still -- I love him to death.  So hopefully -- it's
16  kind of confusing, but hopefully that answers it.
17      Q    That is helpful and your reference back to
18  just be I think is helpful.  I've been thinking like
19  your shirts that say Love Is A Terrible Thing To
20  Hate, you've got some principles that seem like
21  they're fairly significant in guiding you and you're
22  pretty much up front about them.
23      A    Yeah.
24      Q    Thank you.  You mentioned Jaclyn was
25  helpful with you on some biblical interpretation

Page 100

1  questions.  I haven't even thought to ask.  What's
2  Jaclyn's religious background?
3      A    She also did grow up in the church, if you
4  will.  I don't know what denomination, but
5  Christianity, but I don't know like what part of the
6  church, if you will.  But her parents -- well, all
7  of her family still goes to church and things like
8  that.  So she grew up religious and she's still
9  supportive of it.  She's definitely not as strong,
10  if you will, in her faith as me or my family, but
11  that's also, you know, okay with me.
12           We still go to church, she's still
13  fine to do that, she's still fine to support me and
14  whatnot.  But I just know that she's got a lot of
15  hate, if you will, when she came out about being --
16  like about being gay with her family and that, so it
17  kind of turned her away from the church.  But I
18  would say since meeting me and going to our church
19  she's definitely a lot more open to it, because they
20  are a lot more, like I mentioned, inclusive and
21  diverse and things where she feels more accepted and
22  comfortable.
23      Q    So is it fair to say your faith is very
24  important to you and her faith is probably not as
25  important to her?

Page 101

1      A    Yeah --
2           MR. WOLNOWSKI:  I'm going to object as to
3      form.  Aubry, you can answer.
4           THE WITNESS:  Oh.  I was going to say
5      yeah, I think that -- I think.  I don't know.
6      But it's not -- it's not really like one of
7      those things we talk about a lot.  It's just
8      kind of like, Hey, we are going to church on
9      Sunday, you know, that sort of thing.  So,
10      yeah.
11  BY MR. WARD:
12      Q    Thank you.  Let me ask just a couple of
13  terminology questions.  What's your understanding of
14  the term sex?  What does that mean?  And by sex, let
15  me actually give you a cleaner question.  When we
16  talk about things like sex and gender, so sex as a
17  noun.  What's your understanding of what sex as a
18  noun means?
19      A    I think definitely more so geared towards
20  like anatomical, or not -- like you can have a
21  sex -- in my opinion you can have a sex and a gender
22  that you identify with.  So █████ is a girl
23  because she medically speaking has a vagina, but if
24  she grows up and says, Hey, I don't feel that way,
25  then we'll help her in that sense.  I think, you

Page 102

1   know, sex to me I think of it more as like a medical
2   term, scientific term than anything else.  And
3   gender is where it's more of a fluid term to me.
4        Q    Can you unpack for me a little more your
5   understanding of the term gender?  What do you think
6   gender means?
7        A    Just throughout being part of the LGBTQ
8   community I've learned a lot about, like I'm sure
9   you've heard of like pronouns.  And there's like --
10  my pronouns are she/her as well as Jaclyn's and for
11  right now ███'s are her, she/her.  And I think
12  gender is just the way you feel, if you will.  We
13  have gotten a lot of -- some push back, if you will,
14  from our family about the way ███ dresses.  For
15  example, we are fine to put her -- I almost prefer
16  for her to wear like boy shoes, like gray-colored
17  shoes, black-colored shoes, because they don't show
18  dirt as much.  Or we went to the beach the summer
19  after she was born and she wore a little pair of
20  dinosaur swim trunks and a little tank top.  But
21  people were offended by like a boy outfit, A/K/A the
22  swim trunks.  It wasn't a gender statement.  She can
23  wear whatever she wants to wear.  We don't really
24  care.
25               So I think gender is fluid in a

Page 103

1   spectrum.  If one day, you know, you want to wear
2   basketball shorts and a T shirt and a baseball cap,
3   sure, whatever.  Whatever you feel comfortable in.
4   Kind of goes back to the just be.  Whatever makes
5   you happy in that moment and feel at peace or, yeah,
6   complete in a way, then that kind of is what gender
7   is to me.  Like I more so dress more feminine than
8   Jaclyn.  Jaclyn is fine to wear like combat boots,
9   which are generally seen to be a male article of
10  clothing, or she's fine with wearing a button-up
11  shirt or whatnot.
12               So, yeah, all of those gender
13  stereotypes I think coincide with how we live.  We
14  chose ███'s name to be gender neutral, because I
15  personally think it's kind of dumb sometimes when
16  people say ███'s a boy's name.  I understand if
17  you want to name your son Ashley or Katie, I'd be
18  like, Okay, is there a story behind that?  But I
19  think also like in respect to that person they chose
20  that because there was a reason.  So sorry, I feel
21  like I'm rambling now.  But I think gender to me is
22  much more fluid, it's how you want to express
23  yourself and how you best feel you are able to
24  express yourself, whether that be because you like
25  dinosaurs and monster trucks or you like rainbows

Page 104

1   and floral designs.  So it just I think depends on
2   the person.  Sorry, that was a long answer.
3        Q    That's quite all right.  Remember, you get
4   to say what you think or what you believe, so you
5   never have to apologize for being authentic like
6   that.  I appreciate it.  Let me ask some questions
7   in a different area now.  We have talked a little
8   bit --
9             MR. WOLNOWSKI:  Sorry to interrupt.  Mr.
10  Ward, may we take a five-minute break?
11            MR. WARD:  I'm thinking we should take our
12  lunch break shortly.  Do you want to take it
13  now or take a short break and then come back
14  and go longer and then do lunch?
15            MR. WOLNOWSKI:  I need literally just two
16  or three minutes.
17            MR. WARD:  Okay.  Off the record.
18                      * * *
19            (Whereupon, a brief recess was taken.)
20                      * * *
21            MR. WARD:  We're back on the record at
22  2:49 Eastern Time.
23  BY MR. WARD:
24        Q    Miss McMahon, I wanted to ask some
25  questions about your education.  We have talked

Page 105

1   about it obliquely, but I'd like to kind of get it
2   in a little bit of order.  Can you walk me through
3   your educational history just from what high school
4   you graduated from, we can pick it up from there and
5   talk a little bit about your education since then?
6        A    Uh-huh, yep.  So I graduated from Lake
7   Norman High School.  That is in Morrisville, North
8   Carolina, where I grew up.  And then from there I
9   went to Gardner Webb University.  I was there from
10  August 2013 until March 2015.  And then after that I
11  was in treatment, took a break and then I believe
12  around November of 2016 I started on-line at Regent
13  University.  And then I did end up realizing that I
14  was terrible at on-line school.
15               I'm a lot better in person, so from
16  there I transferred again to it's called Wingate
17  University, W-I-N-G-A-T-E.  That's located in
18  Monroe, North Carolina.  And there I was mostly
19  in-person until COVID and then -- but I did commute.
20  I didn't live on campus, because at that time I
21  lived with Jaclyn.  But then with COVID it went --
22  all the classes went on-line and then I graduated
23  from there with my Bachelor's Degree in psychology I
24  believe it was December of 2020.  Hopefully that
25  answered it.

Aubry McMahon
February 24, 2023

Page 106

1    Q   I think that did.  I have to put all the
2  dates together in my brain.  So you said you
3  graduated with a Bachelor's Degree in psychology in
4  2020?
5    A   Yes.
6    Q   What made you decide to go to Gardner Webb
7  University?
8    A   Gardner Webb, originally my triplet sister
9  received a full ride there, because she's really
10  smart.  And so we had gone to tour the campus
11  together and so I loved the campus, I loved the idea
12  of being close-by to my sister.  We were also
13  sharing a minivan at the time, so that was very
14  helpful in a sense of logistically moving into
15  college and then it was also about an hour and a
16  half from home.  So while at Gardner Webb we shared
17  the minivan and I just kind of wanted to be close to
18  my sister.  And my brother stayed home from college.
19  And I didn't really get a good feeling about any
20  other colleges that I had toured.  I loved Gardner
21  Webb because it's a smaller school.  I need that
22  small classroom sitting versus like a lecture hall.
23  I do a lot better in those type of learning center
24  situations.  So that was a big deciding factor.
25         Gardner Webb had a lot of like

Page 107

1  mission opportunities as well, so helping the
2  community around Gardner Webb.  They also did a lot
3  of kind of youth group feeling activities.  So like
4  they would have various performers come, they had
5  Christian bands.  We did a thing I believe it was
6  once a week in the gym where they had a little kind
7  of sermon type thing as well as they had various
8  speakers come to tell their stories and things like
9  that.  So I did love just the overall community
10  feeling of Gardner Webb and that it was smaller,
11  yeah.
12    Q   I think you said earlier that Gardener
13  Webb is Baptist in some way or affiliated with the
14  Baptist Church?
15    A   Yeah, I'm almost 90 percent positive they
16  are more affiliated with the Baptist Church, but I'm
17  not a hundred percent sure.  But they are like a
18  religious, if you will, school.
19    Q   So it sounds like you were actually
20  looking for a religious school; is that right?
21    A   Yeah.  I mean I wanted -- I was definitely
22  uniquely someone that was afraid of the typical
23  college campus, like lots of partying, lots of
24  drugs.  That didn't interest me.  I didn't want to
25  have that college experience.  At that point I was

Page 108

1  really motivated to learn and get college over with.
2  So I wanted somewhere that felt safer in a sense
3  where -- and I'm not saying everybody that went to
4  Gardner Webb and was level-headed and behaved great
5  and all that.
6         But I felt like with a more religious
7  directed school, if you will, there were definitely
8  people that had -- I don't know, were more communal
9  and versus, like I mentioned, people that are there
10  just to party and, you know, have that sort of
11  college experience, which I was not looking for.  I
12  was also very afraid or nervous to go off to school,
13  if you will.  So I wanted somewhere where I felt
14  safe and like my best interest was looked out for.
15  So, yeah.
16    Q   That's helpful.  What made you decide not
17  to keep attending Gardner Webb?
18    A   That was when -- originally was because of
19  the eating disorder and then I had to go to
20  treatment, but then I chose not to go back to
21  Gardner Webb, because I felt like it was almost a
22  triggering place.  There is a big quote in the
23  recovery community from anything was, don't go back
24  to the place that you were sickest.  So I was afraid
25  that if I returned I would go back into the habits

Page 109

1  of over-exercising and things like that.  It was
2  that mostly I would say that stopped me from
3  returning there, yeah.
4    Q   That's very understandable.  So you took a
5  break it sounds like for about a year and a half
6  almost; is that right?
7    A   Yeah.  I at that point moved to the
8  Charlotte, Charlotte area.  So Morrisville, where I
9  grew up, is about 30, 45 minutes north of Charlotte,
10  so I moved into Charlotte.  And I also got a dog.
11  So at that point I transitioned to living on my own,
12  I had a dog and I also got my own car, because my
13  sister had the minivan.  So I got my own car at the
14  time and I started nannying for a family that had
15  triplets.
16         So I nannied for them in that period
17  of time just to start paying off some student loans
18  I had from Gardner Webb, but I also didn't feel like
19  I was in a place where I was ready to get back to
20  school.  I still wanted to work on the mental health
21  and make sure that was all good to go, if you will,
22  before I jumped back into school, which is generally
23  known as stressful.  During that little break I did
24  that, yeah.
25    Q   That's cool that you were nannying

Aubry McMahon
February 24, 2023

Page 110

1  triplets.  That must have brought back memories for
2  you?
3      A    Yeah, it was fun.  And something I told
4  the parents was, yes, they are triplets, and I'm
5  sure you know with twins, they're very different.  I
6  think people always assumed that me and my siblings
7  would be the same.  People would ask if my sister
8  and I are majoring in the same thing in college and
9  I was like, no, because we are two very different
10 people.  That's something with the triplets' moms,
11 they're actually a same-sex couple.  Something with
12 their moms that I told them was treat them as
13 individuals.  Yeah, they're triplets but they're
14 three very different humans.  So, yeah, it was a lot
15 of fun but also chaotic.
16     Q    I can understand.  We joke in our family
17 with twins that there was a point where we had to
18 switch to zone defense because we couldn't keep an
19 eye on both of them playing person to person defense
20 all the time.  You mentioned the moms were actually
21 a same-sex couple.  Was that your first time
22 spending a lot of time with a same-sex married
23 couple?
24     A    Kind of.  And I actually didn't know
25 anything until the job interview that they were a

Page 111

1  same-sex couple.  The ad, if you will, that they
2  were searching for a nanny was posted on a website
3  called Care Com.  So I don't remember the exact ad,
4  but basically they were triplets and so I thought
5  that was really cool, so I applied.  And when I went
6  to meet them I met one of the moms at the door and
7  the other mom was getting stuff together for the
8  babies.  And then during the interview they asked if
9  I was okay that they were a same-sex couple, and I
10 said yes, that's fine.
11          And so it was never introduced to me
12 that it was a same-sex couple, so going into the
13 interview I was like, okay, cool.  But then -- so
14 they were my first like experience in that sense,
15 but growing up I had one of my cousins is -- well,
16 she's bisexual, but at the time she dated a female
17 and we have a beach trip we go on every year.  So
18 her partner would come with her every year, so we
19 knew her.  And my triplet sister Madison had like a
20 huge connection with that person.  So I did know
21 here and there people that were gay, but the
22 triplets for the most part were the first married
23 adult, you know, gay people that I had been around.
24     Q    Did you identify yourself to them as gay?
25     A    Yeah, uh-huh.

Page 112

1      Q    Let me ask now a little bit -- I think you
2  said that after this break you then started doing
3  on-line school at Regent University.  What led you
4  to pick Regent University?
5      A    My therapist at the time, because I was in
6  therapy, she graduated from Regent and knew that I
7  wanted, like I said, a school with a Christian
8  philosophy, if you will.  And so that's when she
9  told me, like, I graduated from Regent.  You can
10 check it out, that sort of thing.  So I don't
11 remember the exact process, but I applied and then
12 started there doing on-line.  But, yeah, so it was
13 mostly my therapist that introduced me to it, but
14 also from a standpoint of feeling like it would be a
15 good fit for me with my previous like experience, if
16 you will, at Gardner Webb and wanting to find
17 another university with that same kind of community
18 feel, if that make sense.
19     Q    Did you consider going there in-person at
20 some point or was it always going to be on-line?
21     A    I think it was always for me going to be
22 on-line.  I felt weird going -- I don't know.  I had
23 a lot of shame of not graduating on time, so I
24 didn't want to be there older than I was supposed to
25 be but only a sophomore.  So if that make sense and

Page 113

1  kind of like I had mentioned about Gardner Webb, I
2  really just wanted to get school over with, get my
3  degree.  Not that I didn't want to go through to
4  make friends, but I guess I didn't -- I wasn't --
5  that wasn't my main objective.  I just wanted to
6  find a place that I felt like I could fit in terms
7  of within the school and then -- or like a school
8  that would care about me, if you will, and then
9  finish my degree.  So it was pretty much all me
10 wanting to do it on-line.
11     Q    You said at one point you realized you
12 were terrible at on-line school.  How far were you
13 into your Regent University education that you
14 realized that you were terrible at on-line school?
15     A    I think it was two semesters in and then
16 decided that I needed to transfer, yeah, really just
17 because I am more of a visual learner, a hands-on
18 learner, I have to sit in the classroom kind of
19 thing.  It helps me feel more organized, so that's
20 why I was wanting to seek out somewhere I could go
21 to in-person.
22     Q    What led you to decide to go to Wingate?
23     A    Wingate is also one of those small
24 schools, small town, small classrooms.  They have a
25 lot of -- outside of just normal classroom learning

Aubry McMahon
February 24, 2023

1  they have other learning opportunities, even if you
2  just commute, which is what I did.  They had a lot
3  of different almost like the Gardner Webb feel,
4  where I mentioned how once a week they would have
5  that devotion time where they had a speaker or a
6  band or whatever, Wingate also had that and they did
7  require you to go to it.  And you could go to extra
8  ones if you wanted to.
9            So I applied there and applied for
10 financial aid and I got a good scholarship for
11 Wingate, so it felt right.  And when I went, weirdly
12 enough I didn't feel judged by them for being older,
13 if you will, than I should have been, as well as the
14 fact that at that time -- for part of the time I was
15 at Wingate I was engaged, so conversations would
16 come up about like Jaclyn or that I was in a
17 same-sex relationship.  And I never felt judged
18 there about that.  So that was good.  It felt like a
19 very judgment free zone, if you will.  And all the
20 professors were great, very supportive, so yeah.
21     Q    Do you know if Wingate had any sort of
22 official position on things like that?  Like how
23 affirming were they?
24     A    I don't know actually, but I -- there was
25 a class I took.  I don't remember the exact name of

1  it, but it was taught by a religion professor and
2  also a psychology professor and a lot of that class
3  was about learning about different religions, what
4  they believe, kind of comparing them, that sort of
5  thing.  And in that class there were people that
6  were very strict on their biblical views and also
7  people like me that were like, you know, more fluid,
8  if you will, and if you want to believe that, sure,
9  that sort of thing.  So like that was the only
10 experience that I got from people or students or
11 staff or whatever being more religious in the
12 classroom setting, but nothing that I know of beyond
13 that.
14     Q    That's helpful.  Thanks.  Let me just ask
15 a couple clarifying questions and then we may be at
16 a point to take our lunch break for everybody's
17 sake.  I've been assuming that you've been referring
18 to when you say Regent University that that's the
19 one in Virginia Beach; is that right?
20     A    Uh-huh, yeah.
21     Q    There is a Regent College in Vancouver,
22 Canada that I've visited a few times, but opposite
23 coasts.  I started you with high school, but I
24 forgot to ask you.  Your early education, so
25 elementary school through high school, were they in

1  public schools or were they in private schools?
2      A    Public.
3      Q    Those were all public and then it was only
4  at the college point you decided you wanted to go to
5  a religious school?
6      A    Yeah, weirdly enough.
7      Q    Or not so weirdly.  That makes some sense.
8          MR. WARD:  I think we are at a convenient
9      point to take a break.  Off the record at
10     1:08 p.m.
11              * * *
12         (Whereupon, a brief lunch recess was taken.)
13              * * *
14         MR. WARD:  We are back on the record at
15     1:48 p.m.
16 BY MR. WARD:
17     Q    Miss McMahon, thank you.  I hope you had a
18 good lunch break.  May I ask how you spent your
19 lunch break?
20     A    I threw the ball outside for our dogs
21 because I have them in our bedroom right now.  We
22 have a one-story house.  I don't know if you can
23 hear them bark.  But they do have a tendency to
24 bark, so we have them in our room.  So I threw the
25 ball with them and then had a quick peanut butter

1  sandwich and now I'm here.
2      Q    Sounds like a great way to spend the
3  break.  Thank you.  Just to close off on education,
4  so you received a Bachelor's in Psychology in
5  Wingate.  I noticed in your resume, and I'm going to
6  put that in in a couple minutes, and you have some
7  other certifications.  But I wanted to ask, have you
8  pursued other post-secondary education beyond your
9  Wingate degree?
10     A    Not right now.  I do want to possibly in
11 the future.  I'm kind of in like 50/50 for me.  I'm
12 lucky to have found a job where, you know, I love
13 what I do and I get that sense of -- I have that
14 sense of purpose and all that.  So I feel like I'm
15 content right now with where I am, because the
16 thought of taking on more student loans is not very
17 appetizing right now.  I'm just kind of waiting.  I
18 feel like I'm happy in the spot that I am now.
19 Eventually if I feel like I want to do more or could
20 do more or whatnot, then I will pursue that for
21 sure.
22     Q    I did want to ask you, you've identified
23 at various points different certifications or
24 qualifications that you have that are clearly beyond
25 high school, they're a higher level.  Could I

Aubry McMahon
February 24, 2023

Page 118

1  trouble you to briefly list for me what those are?
2      A    So I know I was a Certified Nursing
3  Assistant.  I did not renew that, because that I
4  received that in high school, but I felt like, like
5  I said, I didn't really want to be a nurse.  So I
6  continued -- chose not to renew that, continued with
7  more mental health type certifications, like the
8  QPR, suicide prevention, mental health first aid,
9  your basic CPR just for general people first aid.
10  Did I say first aid?  Just general first aid, not
11  mental health first aid, but also general first aid.
12  I'm trying to think of what else.  Those were the
13  main ones.  Yeah, those are the ones I can think of
14  off the top of my head.
15      Q    Thank you.
16          MR. WARD:  Off the record just for a
17      second.
18                      * * *
19          (Whereupon, a brief off-the-record
20      discussion was held.)
21                      * * *
22  BY MR. WARD:
23      Q    Ms. McMahon, I asked you about additional
24  education and certifications and you had identified
25  your nursing certificate.  Were there other

Page 119

1  additional post-secondary educational certificates
2  or qualifications you obtained?
3      A    So the only ones that I can think of off
4  the top of my head were the mental health first aid,
5  QPR, suicide prevention, general first aid, general
6  CPR and then for the mental health it's a nonviolent
7  crisis intervention training, some learning how to
8  do psychiatric holds.  If a patient gets violent or
9  anything, putting them in a hold, essentially.  So
10  that was another one that I also just remembered I
11  had.  I think those are the only ones.
12      Q    Thank you.  I want to talk a little bit
13  now about your employment history, if that's all
14  right.  Let me begin by asking, are you currently
15  employed?
16      A    I am.
17      Q    Who is your current employer?
18      A    Atrium, A-T-R-I-U-M, Health.  It's a big
19  healthcare system in the North Carolina area and
20  also Georgia.
21      Q    When did you start working for Atrium
22  Health?
23      A    I started working for them I believe it
24  was March 14th of 2022.
25      Q    What I'd like to do is now start at the

Page 120

1  other end and work though your employment history.
2  But to do that, let me put into evidence an exhibit
3  that may help make that a little bit easier.  I
4  believe this should be marked as Exhibit 6.
5                      * * *
6          (Whereupon, the above-mentioned
7      document was marked for
8      identification as Exhibit-6.)
9                      * * *
10  BY MR. WARD:
11      Q    Ms. McMahon, once you have that document
12  please take a minute and look at it.
13      A    Okay.
14      Q    Let me know whenever you're done.
15      A    Okay.
16      Q    Ms. McMahon, do you recognize this
17  document?
18      A    I do.
19      Q    What is it?
20      A    I believe it was my resume at the time
21  that I applied for the job with World Vision.
22      Q    Is this a true and accurate copy of the
23  document that you just referred to?
24      A    Yeah.
25      Q    So you noted it's at the time you applied

Page 121

1  to World Vision.  So I take it that means this is
2  current through the end of November 2020; is that
3  correct?
4      A    Yeah.
5      Q    If you don't mind, let's quickly walk
6  through the different positions listed.  Obviously I
7  don't want to spend time asking you questions if we
8  have got this in document form.  I want to know if
9  there are any gaps or employment history that
10  doesn't show up on this resume.  Let's begin.  I
11  believe the first work experience that you list on
12  your resume is actually on -- begins on Page two
13  with the Cleveland County Wellness Center and it
14  says you began as a medical office administrative
15  assistant in August 2013.  Is that -- sorry, go
16  ahead.  Is that your first post-high school
17  employment experience?
18      A    Yes.
19      Q    You were with -- in that position until
20  March 2015.  What led to your leaving that position?
21      A    Cleveland County is a county that Gardner
22  Webb University is in.  So while I was a student I
23  worked at their wellness center, A/K/A their gym,
24  kind of, sort of, place.  So I began there once I
25  started school there and left there once I went to

Aubry McMahon
February 24, 2023

Page 122

1  treatment.  So those dates aligned, if you will.
2      Q    What was your next job after that?
3      A    So after that I did the childcare
4  position, the lead childcare aid one.  That was at a
5  local daycare.  At that time I was living -- I had
6  come home from treatment, was living with my parents
7  still and did that job -- mostly worked -- it was
8  definitely part-time.  So they did like a summer
9  camp, so I worked that and then worked various
10 weekends either when I was home from college or it
11 was kind of a weird transitional period.  I started
12 while in college, so I would work when I came home
13 for a long break or long weekends.  And I continued
14 to work there when I came home from treatment.  I
15 came home from treatment in June and then worked
16 there until that says September 2015.
17          And at that point I had gotten, I
18 believe, the nanny position, but the nanny position
19 was part-time.  It was not -- it was paid in cash,
20 which was why it's not on my resume.  But I do have
21 a letter of verification, if you will, from that
22 employer or from the moms, because I did need it for
23 housing.  So I do have a letter from them stating
24 that I worked for them.  I didn't list it on my
25 resume, because it can't be tracked like

Page 123

1  financially.
2          Then I also worked part-time at the
3  SBN, which is a commercial real estate agency in the
4  Charlotte area.  I started that April working
5  part-time while I was also nannying.  And what led
6  me to leave the nannying position, I left in January
7  of 2019, because I was offered a full-time position
8  working at the SBN location until March of 2020,
9  when COVID started, essentially.
10     Q    So the full-time position at SBN was
11 January 2019 to March of 2020 and prior to that it
12 was part-time.  Correct?
13     A    Yeah.  Yeah.
14     Q    Then it was helpful you explained the
15 overlap.  So we've got overlap with the wellness
16 center and the daycare for a stretch, and then
17 overlap with SBN when it was part-time?
18     A    Yes.
19     Q    What were the dates for your working as a
20 nanny for the moms of the triplets?
21     A    I believe I started with them in November.
22 I know it was in November, because it was right
23 around my birthday, but I'm trying to think.  I
24 don't recall what year, but that position overlapped
25 with the marketing position, like I said, because I

Page 124

1  was working part-time at the marketing position and
2  part-time nannying.  So I believe it would have been
3  November of 2015 that I started that job.
4      Q    That you started?
5      A    Yeah.  Yeah.  Then so November 2015 until
6  the January of 20 -- I believe 2019 when I was
7  offered the full-time position with SBN.
8      Q    Thank you.  What was your salary in the
9  full-time position at SBN?
10     A    I believe it was $32,000 a year.
11     Q    $32,000 a year.  Does that include
12 benefits or were benefits additional?
13     A    So at that point I didn't need benefits,
14 because I was still under my parents' health
15 insurance, if that's what you're referring to as
16 benefits.  I didn't need any benefits.  I don't know
17 if they were -- honestly, I know they didn't have --
18 offer full benefits, but I think they had a
19 partnership with like Aflac, where you could sign up
20 for life insurance through them or something of that
21 nature.  But like I said, I didn't need benefits at
22 that time, so I didn't do it.
23     Q    Prior to being full-time, when you were
24 part-time, what was your compensation from SBN?
25     A    I believe it was $15 an hour or I think

Page 125

1  that -- I don't a hundred percent remember, but I
2  think it was $15 an hour.
3      Q    Purely on an hourly basis since you were a
4  part-time employee; is that correct?
5      A    Yeah.
6      Q    Then just going back, I guess, the last
7  sort of meaningful full-time position, your medical
8  office administrative assistant position with
9  Cleveland County Wellness Center, what was your
10 compensation in that position?
11     A    That was part-time as well and I believe
12 the pay, it was either 10 or $12 an hour.  I want to
13 say it was $10 an hour.
14     Q    No benefits, I assume?
15     A    No.
16     Q    So March of 2020 comes and your job at SBN
17 ends.  What was the reason it ended?
18     A    The company ended up being sold.  Sold?
19 Yeah, sold.  And then already had a marketing
20 representative that did work.  So SBN is an
21 international corporation, but I worked for one of
22 the franchises, if you will.  So the franchise was
23 sold to one I believe in South Carolina and they
24 already had a marketing rep, so they wanted to keep
25 that person and then I was essentially let go.

1    Q    Was there any severance provided or
2  compensation related to being let go?
3    A    No, not that I recall.
4    Q    I take it the termination was not because
5  of anything you had done.  It was because your
6  position was eliminated; is that correct?
7    A    Yeah.  And I think, yes, so the position
8  was eliminated, but even then they were moving into
9  South Carolina grounds, if you will.  So that's not
10  somewhere I would have really wanted to commute.
11    Q    Understandable.  So what did you do for
12  employment after March 2020?
13    A    So then COVID hit and I was on
14  unemployment.  I guess -- I don't know if that could
15  be considered the severance pay, but I was on
16  unemployment because of COVID but I think it also
17  linked to that company.  I don't really know how it
18  really worked or if that company was paying
19  unemployment, but I was on unemployment at that time
20  and actively searching for a job.  Because I
21  remember at that time you had to submit a certain
22  amount that you were searching for a certain amount
23  of jobs a week or whatnot, so I do remember having
24  to validate that.  If you will.  But you're anything
25  beyond that.  But I do know I was actively searching

1  for employment and then around that time was also
2  when I got pregnant with ████████.
3    Q    And when you got pregnant with ████ did
4  that change your intentions about looking for work?
5    A    Not really.  I did want to find something.
6  I was offered a position at a place, a local place
7  called Turning Point.  They help community members
8  in domestic violence situations, so I was offered a
9  position there but declined it because the pay was
10  not -- it was just not -- we wouldn't have been able
11  to survive.  It was like 28,000 a year, which I
12  definitely couldn't make work.  So I was trying to
13  find something in the pay range that I was looking
14  for, but that also, you know, I felt like would be a
15  good fit for me.
16    Q    I'm going to introduce another exhibit I
17  think we'll mark as Exhibit 7.  If you would review
18  it when you get it and let me know when you're done.
19            * * *
20        (Whereupon, the above-mentioned
21        document was marked for
22        identification as Exhibit-7.)
23            * * *
24        THE WITNESS:  Okay.
25

1  BY MR. WARD:
2    Q    Do you recognize this document?
3    A    I do.
4    Q    What is it?
5    A    I believe it looks like it was the -- I
6  don't want to say invoice, because that's not right,
7  but the employment benefits that I received at the
8  time that I qualified for unemployment.
9    Q    I notice in looking at this document that
10  it starts in March 2020 and runs through March 2021.
11  Is that the period that you were on unemployment
12  compensation?
13    A    Yes.
14    Q    And why did it conclude in March 2021?
15    A    March 2021 was when I had -- well, I had
16  ████ on March 6th of 2021 and then I believe the
17  COVID unemployment benefit ended.  So I was
18  technically giving myself maternity leave, if you
19  will, and then I began working again that May of
20  2021.  But it ended, I believe it was due to the
21  COVID benefit, if you will, ending.
22    Q    In other words, there was a special
23  unemployment benefit that concluded, you had been
24  receiving it and it was no longer available; is that
25  right?

1    A    Yeah, from what I can remember.
2    Q    So were you completely unemployed from
3  March 2020 until May of 2021?
4    A    Yes.
5    Q    Just to close the loop on this, so this is
6  a true and correct copy of the unemployment listing
7  that you identified previously?
8    A    Yes.
9    Q    Let's talk a little bit now about what
10  came next.  In May of 2021 you applied for and
11  received employment in a new position.  What company
12  was that with?
13    A    That was with the Queen City Counseling
14  and Consulting.
15    Q    When you --
16    A    Pardon.
17    Q    Sorry, please go ahead.
18    A    I was hired there -- I don't remember the
19  exact date in May, but it was May of 2021, yeah.
20    Q    When did you apply to work there?
21    A    So I believe actually in March, but -- I
22  want to say it was in March, but one of the managers
23  of the -- of that location was on maternity leave,
24  so they took a while to get back to me.  So it was a
25  lot of phone tag, E-mail tag, waiting for an

Page 130

1  interview, and I believe I interviewed with them in
2  April and then got the official offer to start. I
3  don't remember when I got the official offer, but I
4  did counter the offer for compensation and they
5  accepted. So I know that was like a little bit of a
6  hump of time. But, yeah, I believe the initial
7  hiring process began in late March or, yeah, I'll
8  say late March. I can't remember exactly. And then
9  I was hired that May.
10      Q    If I can ask one more question about that,
11  what is your compensation from Queen City?
12      A    That I believe started at $15 an hour and
13  ended at either 16 or 17. I can't remember.
14      Q    Are you -- I believe you said you're no
15  longer currently employed by them?
16      A    Correct.
17      Q    So at the time you ended you were at $17
18  an hour?
19      A    Yeah, I believe so. Yeah.
20      Q    So if I can move us back to that
21  March 2020 timeframe when the SBN employment ended,
22  at what point did you experience the health
23  complications with your pregnancy with ████ that
24  led to the difficult experience of significant
25  vomiting?

Page 131

1      A    So that, I believe my first hospital visit
2  because of that was in August, early August. So
3  that's kind of when it began. I don't remember
4  exactly like what week pregnant I was or anything,
5  but I believe my first hospital visit was August of
6  2020 for that.
7      Q    August 2020. Thank you. Between
8  March 2020 and August 2020 were you looking for
9  employment?
10      A    I believe so, but I was also at that time
11  still finishing my degree. So to be honest, I can't
12  remember. I know I did take classes that summer,
13  because I wanted to be done with school and
14  graduated by the time ████ was born, which would
15  make the gradation date in December of 2020. So I
16  know I took classes. I may not have worked. I do
17  know with financial aid and loans there was always
18  some leftover money, if you will, that I could use
19  for bills if I needed to. So I believe that's what
20  I did, but I don't remember exactly.
21      Q    So between March and August 2020 do you
22  remember applying to any jobs?
23      A    No. But now that you say that, I did
24  nanny for a family. The mom was a dance teacher and
25  so over the summer they had dance camp or whatever.

Page 132

1  So I watched her two children that summer, but
2  again, it was paid in cash, so not technically
3  legal. I don't know.
4      Q    So when did you next apply for any sort of
5  job?
6      A    I next applied -- I had done the nanny
7  job. I started applying when I knew that I was
8  going to be graduating soon, because I could
9  officially say that I had my Bachelor's Degree,
10  which was a lot of -- or requirement for a lot of
11  positions. So I believe maybe back to like October
12  or November of 2020, yeah.
13      Q    Can you please list for me all the
14  employers you applied to for jobs once you began
15  applying again?
16      A    Oh, geez. I don't know -- I don't
17  remember the specific employers, but I do know it
18  was just -- it was on Indeed.com. That's my main
19  search engine, if you will, for jobs. So there were
20  a lot of jobs with similar fields, either with
21  entry-level case management or customer service rep
22  or administrative assistant, office manager type
23  jobs, things that I had had previous experience
24  with.
25          I didn't really want to do childcare

Page 133

1  anymore, because I knew I was having a child and I
2  wanted to focus my energy on her. To me it felt
3  weird if I was going to apply for a daycare role. I
4  knew I was going to need a break from kids, so I
5  didn't want any of those jobs. But a lot of the
6  jobs were more so people-focused, if that makes
7  sense. I don't remember exactly who or what I
8  applied for, but they were a lot of -- in that
9  realm.
10      Q    Do you remember about how many? For
11  example, was it more than five, less than five?
12      A    It had to be at least like 50. A lot,
13  yeah.
14      Q    Did you apply for all of them through the
15  Indeed.com website?
16      A    I believe they were through Indeed or
17  sometimes they will make you go to their external
18  site to do an application on their website. So if
19  anything it was all through Indeed unless I had to
20  do it through something else. But it was a lot
21  easier to just do it through Indeed.
22      Q    And out of all those applications, how
23  many of them took further steps after you applied,
24  such as interviewing you or soliciting further
25  information?

Aubry McMahon
February 24, 2023

Page 134

1     A    I would say at least -- at least 10 or 15.
2  One being that Turning Point that I mentioned and
3  then I know there was another sales one for like a
4  healthcare company, but I can't do sales.  I'm not
5  that type of person.  The money was probably going
6  to be great, but nah.  So I do know at least those
7  are two that I can at least remember and I did a
8  couple phone interviews, or I don't know what they
9  called them, like a mini interview, like a screening
10 almost for a couple companies.  But either the
11 compensation wasn't great or I would have to travel
12 into uptown Charlotte, which I didn't want to do,
13 just based off of the pregnancy complications.  And
14 then that was part of the reason why I left Queen
15 City counseling, was because of the commute and it
16 was just not making sense in terms of like
17 compensation and all that.  So I wanted to find
18 something that felt like I would fit their needs and
19 they would fit fine, if that makes sense.
20     Q    Did I hear correctly these applications
21 were of the November 2020 timeframe?
22     A    Yeah.
23     Q    Do you remember any of the other
24 employers?  You've mentioned a couple, but any more
25 that come to mind?

Page 135

1     A    One I believe was with our -- one of
2  our -- in Charlotte there's two main hospital
3  systems.  One is Atrium Health, which I currently
4  work for, and the other is called Novant Health.
5  For one of them, I don't remember which, there was a
6  job position as like a laundry tech or like I don't
7  want to say tech, but for linens.  So for the
8  hospital system, like washing all the bedding and
9  things like that.  And that was something I felt
10 like I could possibly do, because it wasn't
11 physically demanding just in terms of pregnancy in
12 mind and things like that.  And it was also like --
13 yeah, just sedentary, wasn't very physically
14 demanding, that's one I can remember too.  Those
15 really are the only ones I can think of off the top
16 of my head.
17     Q    Thank you.  I appreciate that.  At this
18 point you're having the problem of excessive
19 vomiting.  I will mispronounce it, but is it
20 hyperemesis?
21     A    Hyperemesis, yeah.
22     Q    Thank you.  Did you have any sense when
23 that would end?  Had your doctors given you any
24 advice about at what point you could be done with
25 that?

Page 136

1     A    No.  In the beginning -- it's hard to get
2  diagnosed with hyperemesis, because a lot of times
3  it's before the first trimester, which I believe is
4  up until 12 or 13 or 14 weeks pregnant it's just
5  considered morning sickness.  Then you have the
6  doctors telling you, oh, it will be over soon and
7  then it's not over.  So at that point I was kind of
8  in it for the long haul.  I will say towards the end
9  of my pregnancy it did ease up a little bit in terms
10 of I was maybe vomiting twice a day.  But I had
11 other uncomfortable symptoms, such as, you know,
12 when I would vomit I would have incontinence.  And
13 so that was something where I didn't want to work
14 somewhere where I was going to essentially pee my
15 pants.
16          So I knew that that job-wise was kind
17 of taking stuff off the table, because, one, that's
18 embarrassing, two, I don't know if there's
19 accommodations for that.  It just kind of is what it
20 is.  Towards the end of my pregnancy, when I started
21 looking for jobs, that's why I wanted something that
22 was going to be either work from home or not very
23 physically demanding.  Because a lot of times it was
24 hard for me to even take the dogs for a walk or
25 throw the ball for them.  So, yeah, hopefully that

Page 137

1  answered it.
2     Q    Yes, thank you.  I take it that one of the
3  employers you applied through -- to through
4  Indeed.com was World Vision; is that right?
5     A    Yes.
6     Q    I want to ask you some questions about
7  World Vision that don't relate to employment
8  initially.  I just want to understand a little more
9  about your familiarity with them.  I believe this
10 morning you talked about having sponsored a child
11 through World Vision with your dad when you were in
12 middle school; is that right?
13     A    Yes, sir.
14     Q    Was that the first time that you became
15 aware of World Vision?
16     A    Yes.
17     Q    And you sponsored for a time and then
18 stopped.  What other awareness did you have of World
19 Vision back in your middle school and high school
20 days?
21     A    I really only think that that was the main
22 one.  At the time World Vision sponsorship led my
23 parents into the possibility of wanting to adopt a
24 child from a third world country.  And I don't know,
25 to be honest, if World Vision helps facilitate any

Aubry McMahon
February 24, 2023

Page 138

1  of that, but I remember that was a huge thing that
2  came from the World Vision sponsorship, was my
3  parents and me wanting to do more.  So I remember
4  Googling I don't remember if it was World Vision's
5  website or where it was, but Googling children that
6  were up for adoption in third world countries and
7  thinking what it would be like, how it would be so
8  cool to do that and have a sibling or such from
9  somewhere such as that.  So that's the only kind of
10  memory I have in terms of the World Vision
11  sponsorship and afterwards, if you will.
12      Q    Do you remember about how old you were
13  when you were Googling for the sponsorship adoption
14  possibilities?
15      A    I would say probably 15 or 16.  It was
16  either late middle school, early high school.
17      Q    How did that turn out?  Did your parents
18  ever adopt anyone?
19      A    They did not, which was sad, but no.
20      Q    Did you keep following up on any of that?
21      A    Not really, un-un.
22      Q    So did World Vision just completely drop
23  off your mental radar for a while?
24      A    Yeah, in a way.  And I think honestly our
25  church, their partnership with Acres of Hope had

Page 139

1  began when I was in high school, so that kind of
2  took over, if you will, because it was a more, at
3  least for me as a person, more easily accessible
4  kind of way to get involved in the sponsorship-type
5  realm of work, if you will.
6      Q    Between that point where you stopped
7  Googling for World Vision sponsorships and the point
8  at which you applied for employment, what was the
9  next time World Vision came onto your mental radar?
10      A    The only distinct memory was when I
11  remember seeing the job.  I believe it was on Indeed
12  and I got excited because I was like, oh, my God.  I
13  know World Vision.  I'm familiar or had experience
14  with them.  So I think that at least is strong in my
15  memory of remembering seeing World Vision and being
16  like, wow, that would be really cool.  But I don't
17  remember anything in between that time.
18      Q    So do you remember about when you saw
19  World Vision on Indeed.com?
20      A    I want to say it was -- I know it was
21  November or December of that -- of 2020, because I
22  remember with -- talking with one of the HR people.
23  She had told me it might take her a little bit to
24  get back to her because of the holidays.  But I
25  don't remember which holiday, either Thanksgiving or

Page 140

1  Christmas.  I don't remember which she was referring
2  to, but I do remember it was around November or
3  December.
4      Q    You said one of the HR people.  Do you
5  mean HR people at World Vision?
6      A    Yeah.  Yeah, sorry.
7      Q    So if I can cast you back to the moment
8  when you decided that you were going to pursue
9  employment with World Vision, who did you talk about
10  that with?
11      A    Do you mean like the HR person or just in
12  general?
13      Q    In your life just in general.
14      A    I definitely talked to my wife, I remember
15  mentioning it to my parents and my siblings.
16  Because I just said, Hey, there is this job for
17  World Vision.  Remember we sponsored somebody?  I
18  believe those were the main people I told about it,
19  being my wife and my father.
20      Q    Was there anybody else you talked to about
21  it?
22      A    I would say maybe a couple friends here
23  and there if they asked, like, How's your job search
24  going, or whatever.  But nobody in particular that I
25  talked about it more than just in like a passing

Page 141

1  conversation or small talk, if you will.
2      Q    How did your wife respond to the idea?
3      A    She was excited.  She thought it would be
4  a good fit, based off of what I had done in the past
5  and I -- she never knew that I had sponsored -- or
6  my dad and me had sponsored a child through World
7  Vision, so we talked about that.  So it was just
8  kind of like a conversation that was about wanting
9  to apply for the job and finding the job and
10  thinking it was cool that I had a connection, if you
11  will, but that also led into more conversation
12  around the connection and World Vision as a whole,
13  if that makes any sense.
14      Q    Just unpack that last piece for me, the
15  conversation about World Vision.  What do you mean
16  by that?
17      A    Just about my experience with World
18  Vision.  I told her that we had sponsored a kid at I
19  think it was called Winter Jam Concert, whatever.
20  So talking about that, just the process of I
21  believe -- I don't remember the cost of it or
22  whatever, but just what -- when you sponsored the
23  kid what that meant just in terms of providing food
24  and housing or whatever it was with World Vision.  I
25  don't remember.  But just telling her what it was,

Aubry McMahon
February 24, 2023

Page 142

1  how it worked and that, like I said, I had done it
2  with my dad and, again, that there was a cool
3  connection that I felt like just in terms of the job
4  world and how that works, you know, having that
5  personal story of knowing World Vision could be
6  helpful in that World Vision job interview, if that
7  makes sense.
8      Q     Thank you.  Do you remember any of the
9  conversation with members of your family other than
10  your wife?
11     A     No.  I think they were all very similar.
12 It just started off with, Hey, remember how we used
13 to sponsor that child from World Vision?  Well, I
14 just applied for a job with them, and just kind of
15 cut and dry like that, if you will.  Nothing like
16 crazy in-depth or anything, just that I was more
17 from a place of excitement of finding that job
18 position and getting to have the possibility of
19 working for some -- working for a place that I had
20 previously had an outsider perspective of, if you
21 will.
22     Q     Out of everybody you spoke with do you
23 remember anyone saying anything that was negative or
24 cautionary about working for World Vision?
25     A     No, not at all.  I think everything was

Page 143

1  positive because people knew me in a sense of knew
2  that I loved the sponsorship, knew that I loved
3  talking to people and helping people and it was all
4  positive in my terms as well as theirs.
5      Q     So you made the decision to apply.  What
6  happened next?
7      A     After I applied I remember -- I think I
8  received an E-mail from Catherine Miolla.  I think
9  she was the HR recruiter or coordinator or somebody
10 with HR.  And I think she E mailed me because she
11 wanted to set up a preliminary interview, screening
12 type thing as like the first step of the hiring
13 process.  So I think we coordinated back and forth
14 and then did that.  I believe the pre-screening
15 interview was with her, but it may not have been.
16 But I do know that was part of the first initial
17 steps of the hiring process that I remember.
18     Q     Thank you.  That's helpful.  Let me back
19 you up.  I may have been unclear in my question.  I
20 wanted to frame it from the moment you decided that
21 you would apply.  What happened next?  I'm curious
22 to know, what research did you do?  Did you look at
23 the World Vision website?  Did you do anything prior
24 to actually submitting your application?
25     A     Yep.  So I did, as I do with all jobs, I

Page 144

1  don't know if you've heard -- there is a site called
2  Glass Door.  You can look up -- most of the time if
3  people have previously worked there you can look up
4  reviews, you can look up salary ranges, hourly
5  ranges.  I believe I did that.  I do that for all of
6  my job positions or any job position that I've had a
7  response to.  Because I don't essentially want to
8  waste my time if they're only going to offer 13 an
9  hour, you know.  So I do that as my own personal way
10 to kind of, what's the word, filter out, if you
11 will, employment opportunities I don't feel like I
12 can make work.
13          I would have done -- I'm pretty
14 sure -- I don't remember doing that, but that's
15 pretty much my way of doing things with jobs, so I
16 assume that I did that.  Then I know I looked on
17 World Vision's website, because I was -- a big part
18 of it was mostly curiosity, like, what's it look
19 like?  And also I remember reading more about like,
20 on the employer page at least, there's -- I think
21 there were pictures at the time of what seemed to be
22 what it was like to work at World Vision.  So
23 looking at those, looking at -- just various
24 browsing on their website.  And then I remember
25 reading a part -- something about the Apostle's

Page 145

1  Creed, something about -- they have -- are you okay
2  with me referring to it as "they"?  Because I don't
3  know who "they" is, like marketing-wise.  I don't
4  want to be rude.
5      Q     That's fine.  There is a question that I
6  could ask you to set this up, but go ahead and
7  finish and we can clarify to make sure we are
8  understanding the same term.
9      A     So they, or the website, had put that they
10 were an EEOC employer, so I remember seeing that.  I
11 remember just I guess overall doing almost like a
12 skim read version of looking at the website, mostly
13 because I was genuinely curious what it looked like
14 versus how I remembered it.  And I'm pretty sure I
15 looked at reviews of previous employees and that
16 sort of screening.  But I don't believe I went
17 anywhere beyond the website or Glass Door.
18     Q     With regard to the website, did you look
19 pretty broadly through it, did you look in just a
20 few narrow areas?  How much did you delve into World
21 Vision?
22     A     I think maybe two or three minutes, to be
23 honest.  Not very long.  Like I said, it was mostly
24 of a place of curiosity versus any other intentions.
25 So I think that was the only kind of thing.  And a

Aubry McMahon
February 24, 2023

Page 146

1  lot of times with other job interviews I will do the
2  same thing.  With Queen City Counseling I did that
3  or Atrium Health I would look at the location that I
4  was offered a job and possibly who worked there, if
5  they have any good reviews, salary, benefits, XYZ.
6  So wherever I could go to find that information,
7  like I said, to kind of filter it out to see if it
8  would be a good fit for me.  It was probably all in
9  all maybe two or three minutes of looking at the
10 About Us or the home screen or I possibly looked at
11 the Facebook page.  I do that sometimes, so it may
12 have been that as well.
13     Q    Let me pause for a moment to talk on a
14 different point.  You asked about using "they" and I
15 realized we have both been using the phrase World
16 Vision.  When I've been using World Vision, I'm
17 referring to World Vision, Inc. that's named as a
18 Defendant in the lawsuit that you've brought.  Is
19 that who you're referring to as well?
20     A    Yeah.  But when I say they I just mean
21 they as in World Vision, but I know it's obviously
22 not World Vision posting.  It's whoever was hired to
23 do that marketing, or you know what I'm saying?  I
24 didn't know if I should refer to it as on the World
25 Vision website, World Vision says this, or "they".

Page 147

1  Does that make sense?
2      Q    It does.  Thank you for your sensitivity
3  to that.  I think if you do what you did before,
4  which is the World Vision website or we can even say
5  at WorldVision.org?
6      A    Okay.
7      Q    And when you're thinking of a particular
8  person it's great if you can identify the person.
9      A    Okay.
10     Q    If at any point you're unclear or I am
11 unclear, let's each promise to ask each other to
12 clarify it just to make sure we are referring to the
13 same thing.
14     A    Yeah, for sure.
15     Q    So do you remember the job posting you
16 looked at?
17     A    Uh-huh.
18     Q    Was that a posting on the Indeed.com
19 website or did you find it on the World Vision
20 website?
21     A    I found it on Indeed.
22     Q    Let me try and share another exhibit,
23 which I believe will be marked as Exhibit 8.
24            * * *
25         (Whereupon, the above-mentioned

Page 148

1        document was marked for
2        identification as Exhibit-8.)
3            * * *
4  BY MR. WARD:
5      Q    Ms. McMahon, if you'd take a few minutes
6  to look at that and let me know if you've had a
7  chance to review it.
8      A    (Witness complies.)  Okay.
9      Q    Ms. McMahon, do you recognize this
10 document?
11     A    Yes.
12     Q    What is it?
13     A    I believe it was the job posting
14 application that World Vision posted that I had
15 applied to.
16     Q    Is this the job posting that you saw in
17 the Indeed.com website?
18     A    Yes, it looks like it was, yeah.
19     Q    I should mention you'll notice the number
20 in the bottom right corner, P0072.  That means your
21 counsel produced that to us in the course of
22 discovery.  So am I correct in understanding you
23 were applying for the customer service
24 representative job; is that right?
25     A    Yes, sir.

Page 149

1      Q    Do you know, is that job referred to by
2  any other names?
3      A    I've seen a couple of other -- something
4  with the word donor in it.  I don't know.  Customer
5  service rep or, yeah, something to do with donor.
6      Q    Am I correct in understanding that this
7  was to be a trainee position, that you were applying
8  to go into a training program and then be evaluated
9  after that?
10     A    Yeah.
11     Q    And if I can direct your attention to the
12 very last page of this document, it talks about
13 there is a 9 to 11 week training program.  Is that
14 what you're thinking of when you say yeah to my
15 question?
16     A    Yes.  So you're saying did I know there
17 was going to be the job training before the initial
18 offer?
19     Q    No.  What I'm saying is, did you know the
20 position you were applying for was a 9 to 11 week
21 training program that's described here as a
22 probationary period and so you'd be evaluated at the
23 end of that?
24     A    Yeah.  Yeah.
25     Q    If I can ask you to look with me at a

Aubry McMahon
February 24, 2023

Page 150

1  couple of things, I notice that it said salary is 13
2  to $15 an hour.  If I heard you correctly a few
3  minutes ago you said $13 an hour would be too low
4  but 15 was okay.  What did you think when you saw
5  that compensation listing?
6       A    So I was hoping obviously that it would be
7  on the $15 an hour side of things, but then I did
8  also take into consideration the location, slash,
9  cost of living, as well as a comprehensive benefits
10  package, which at that point I wasn't on my parents'
11  insurance yet, so I would need benefits at that
12  time.  And so the 15 an hour I was definitely more
13  willing to work for, but I know I asked about the
14  compensation rate at some point on the phone with
15  Catherine Miolla and I believe they were going to
16  offer 17 an hour.  So I knew -- seeing that I was
17  hopeful for 15, but if more, great.  But I think if
18  there was a lower compensation rate of 13 I would
19  try to I don't want to say counteract that, but see
20  if there was any wiggle room.  You know, if I
21  decided not to take the benefits package would you
22  guys do 15 an hour or something like that.
23       Q    Thank you.  If I can ask you to look at
24  the second page of this exhibit, please.  About
25  halfway down the page the sentence says the job

Page 151

1  responsibilities include, help carry out our
2  Christian organization mission, vision and
3  strategies.  At the time you applied did you
4  understand that that was part of the duties of the
5  job you were applying for?
6       A    Yeah, I mean I think so.  Because I think
7  with any company, you know, like you have to be
8  willing and in agreement with whether it be their
9  marketing strategies or such as that.  I think I
10  understand what you're asking, yeah.
11       Q    Let me ask a different question.  This may
12  be helpful.  I would assume from what you've earlier
13  described about your familiarity with World Vision
14  that you knew this, but was it clear to you that
15  World Vision is an expressly Christian organization
16  with an expressly Christian mission?
17       A    Yeah.  Yeah.  I think that -- for me
18  personally I don't think that's in the forefront of
19  my mind.  If people were to say, what's World
20  Vision?  I would explain it as they generally work
21  through the church, you know, how you can sponsor a
22  child, pay $50 a month and that child in need can
23  get this, this, this.  And then that's kind of in
24  the forefront of my mind about World Vision or
25  anything, followed by they're a religious

Page 152

1  organization or Christian organization.  So I think
2  from the forefront if I was to be asked to describe
3  World Vision to somebody it would first off be about
4  what World Vision does as a company and then
5  followed by that, if you will.
6       Q    You used the word company a few times.
7  You understand that they're a tax exempt nonprofit
8  organization, right, a charity?
9       A    I guess -- no -- I don't know.  I think --
10  is that -- does that mean it's not for -- not for
11  profit?
12       Q    That's right.
13       A    Okay.  Got ya.  I don't think I really
14  understood that fully, because to be blunt I knew
15  that they're paid to do -- they're paid to work and
16  get donors and want to get money from donors and
17  things like that.  So I don't think I fully knew
18  that they were not for profit, because I didn't know
19  how they could be, but -- they as in World Vision,
20  sorry.  So yeah, I don't think I understood that
21  fully.  Because even the hospital system that I work
22  for now is not for profit, but it doesn't make sense
23  to me.  I don't think I have a full understanding of
24  what not for profit means, because in my eyes you're
25  still charging people.  Does that make sense?

Page 153

1       Q    I think it does.  I think I understand
2  what you're saying.  Let me ask it a different way.
3  This may be helpful, it may not be.  The phrase
4  sometimes used is this is a Section 501C3 charity
5  with the idea being that Section 501C3 is part of
6  the tax code that says you're tax exempt.  Have you
7  ever heard someone refer to an organization as a
8  501C3 organization?
9       A    I have, but that's the part of it, though.
10  I think when you throw in charity in there I think
11  of donating to Goodwill.  I think of it as, Let me
12  give you this and I get nothing in return.  Whereas
13  I didn't feel like that fit with World Vision,
14  because in my eyes I guess like, how are you paying
15  your employees if you're not for profit?  You have
16  to make some sort of profit to pay your employees.
17  For me I guess charity is like volunteers or like I
18  literally get nothing out of it except maybe a sense
19  of, you know, purpose or whatever that may be.  So I
20  think for me I -- yeah.  Yeah.
21       Q    That's helpful.  I appreciate your telling
22  me that.  Let me ask a question to make sure I'm
23  understanding you correctly.  Did you think of Acres
24  of Hope, when you were sponsoring a child through
25  them, did you think of them as a nonprofit

Aubry McMahon
February 24, 2023

Page 154

1  organization?

2       A     Uh-huh, yeah.

3       Q     Did they have any employees that they were

4  paying?

5       A     The only thing I know is that -- like I

6  said, when we had gone on the mission trip and we

7  were the ones that when the donees -- or not donees.

8  The children that were sponsored were creating

9  little crafts and such, it was volunteers that were

10 facilitating that.  Now, the pastor that worked for

11 the -- he didn't work for Acres of Hope.  He was

12 just the pastor of that church, if you will, that

13 Acres of Hope is helping.  So as far as I know, I

14 just knew him as the pastor of World of God and not

15 as an employee of Acres of Hope.

16             So I didn't think that Acres of

17 Hope -- I've never really actually thought about it,

18 but just beyond the, like I said, volunteers helping

19 get -- helping do work-related activities, such as

20 taking pictures of the children and posting them on

21 line or writing their bios, having the translator.

22 And the translator was always from the village, so I

23 assumed they were volunteers as well.  So that was

24 kind of my understanding at least of Acres of Hope's

25 philosophy or way of functioning, if you will.

Page 155

1       Q     Thank you.  I think I understand your

2  thinking better, so this has been helpful for me.

3  If I can point you back to the same page we were

4  looking at, the next sentence says that the job

5  duties for the position include to personify the

6  ministry of World Vision by witnessing to Christ and

7  administering to others through life, deed, word and

8  sign.  Do you remember seeing that when you looked

9  at the job description?

10      A     I probably did see it and read it, but to

11 be honest, and I hate to admit this, but I'm like

12 a -- can you dumb that down for me?  So personify is

13 confusing for me.  Personify.  It's kind of like big

14 sciencey words, but -- so I probably did read it,

15 yeah.

16      Q     What would you understand that to say?

17      A     I think personify I still don't really --

18 personify the ministry of World Vision by witnessing

19 to Christ administering -- wait.  Administering

20 others through -- to me that kind of just, I think,

21 even just reading it now says we hope that you -- or

22 one of World Vision's hopes is that you are a

23 Christian, either yourself in that you are proud to

24 talk about it, proud to, you know, tell others about

25 it, but that also you either read the Bible or the

Page 156

1  Word of God and through deeds, so do charity work

2  and things like that in terms of life, living your

3  life in the eyes of God or for the eyes of God.  And

4  Sign, I don't understand that one.  So I think

5  generally it sums it up as World Vision hopes that

6  you will also almost, I don't want to say market,

7  but also help say, Hey, we are World Vision.  We are

8  Christians.  We love God.  He's the center of our

9  lives.  We do good for other people and we hope that

10 you do too and all of our employees do as well.  I

11 can't obviously speak from when I read it for the

12 first time, because I honestly don't remember.  But,

13 yeah.

14      Q     Thank you.  That's helpful.  I've got a

15 better sense of what you understood from it.  Would

16 you agree World Vision would have the most accurate

17 understanding of what's meant by this language?

18      A     Probably, yeah.

19      Q     Let's look at the next part down on the

20 page.  There is a bullet point and the very first

21 bullet point has a sentence that says, Keep Christ

22 central in our individual and corporate lives.  Do

23 you remember seeing that?

24      A     Uh-huh.

25      Q     What's your understanding of what that

Page 157

1  means?

2       A     I think kind of as in my opinion most

3  Christians should, you know, like I said living

4  almost through the lens of God, or Christ, and

5  keeping almost like that internal central, if you

6  will, conscience that I talked about.  So in your

7  personal life, you know, going to church, doing

8  those Christian things, as well as in your corporate

9  or in your work life.  You know, saying that -- or

10 having people know that you're a Christian and that

11 you believe in God and such and such and being

12 willing and able to, I don't want to say prove that

13 to others, but being willing and able and not

14 shunning people away if a donor calls but they

15 really want to make a difference but they don't

16 quite have a relationship with God, but being

17 understanding that, you know, I'm strong in my faith

18 and so I hope that you can be too or whatever.

19             So I think to keep Christ central in

20 our individual and corporate lives just means as a

21 whole in your personal, mental career-wise realm, or

22 you as just a being in general, to keep your faith

23 and spirituality and Christ, like I said, through

24 the eyes of him and not let that falter.  So

25 hopefully that kind of answers it.

Aubry McMahon
February 24, 2023

Page 158

1    Q    Let's look at the next sentence.  This
2  says that anybody in this job would be required to
3  attend and participate in the leadership of
4  devotions, weekly chapel services and regular
5  prayer.  Do you remember seeing that sentence?
6    A    Yeah.  I don't remember seeing the
7  sentence, but I remember it at least being talked
8  about for the weekly chapel, services, devotions and
9  prayer.  I do remember that being talked about as
10  offered by World Vision for employees.
11    Q    So you understood that if you were
12  employed by World Vision you would be required to
13  attend weekly chapel services and devotions; is that
14  correct?
15    A    Yeah.
16    Q    And did you understand that you would be
17  required to participate in leading any of those
18  devotions and chapel services?
19    A    No.  I thought of it more of -- to me that
20  felt almost like what we did in college, like I told
21  you about the weekly -- I thought back to sitting in
22  the college gym, you know, listening to a speaker.
23  I thought it was more like a perk for the employees
24  as like a, you know, We want you to have a work
25  faith balance.  You know how you hear of a work life

Page 159

1  balance, but also like a work faith balance.  Like
2  we offer you a time to grow as employees together at
3  a weekly chapel service where we -- I don't know.  I
4  guess I just had this thought in my head that maybe
5  we would do like prayer requests.  Like if anybody
6  had something on their mind, like, Hey, guys I'm
7  struggling with my daughter this week, so keep us in
8  your prayers, that type of thing.  I thought it was,
9  like I said, an employee perk, almost like a benefit
10  of working for World Vision, like what World Vision
11  was giving to their employees versus what employees
12  were expected to do, if that makes sense.
13    Q    I'm not sure it does.  I'm intrigued,
14  because you're describing it as a perk or a benefit
15  and I thought in the job description it's presented
16  as a job responsibility or duty.  So can you explain
17  to me how you sort of see that as a perk or a
18  benefit?
19    A    Yeah.  So like I really -- like I feel
20  like I thought of it in almost like a sense of what
21  I've experienced in college.  Like I said, we had --
22  we were expected to participate in the weekly it was
23  called dimensions, and we had to get a certain
24  amount every year.  So while it was a requirement,
25  it still was required for the benefit of the

Page 160

1  students.  So I'm not understanding if it was a
2  weekly chapel service for donors or was it for
3  employees?  To me that I took it -- because to me it
4  was a weekly chapel service or a time for employees
5  to have I guess a little bit of a break and to
6  refocus themselves on their faith and their
7  community within, if you will, within World Vision.
8  So I think I thought of it -- I've never heard of a
9  company or organization doing like a weekly chapel
10  service with people that -- I mean unless you're a
11  church.  I don't know.  I guess I was confused
12  because, to be blunt, it seemed weird to me for it
13  to be a weekly chapel service for strangers versus
14  something that would benefit employees and, you
15  know, I thought it was a way for World Vision to
16  insure that their employees were, you know, standing
17  strong in their faith like it says in the sentence
18  before, like keeping Christ central in our
19  individual and corporate lives and by attending
20  weekly chapel services together we can all do that.
21  Does that make more sense?
22    Q    I think so.  So based on what you just
23  said, would you agree with me that World Vision has
24  the right to expect its employees to agree with its
25  religious beliefs?

Page 161

1    A    What do you -- I don't know.  What does
2  that have to do with the devotions, weekly chapel --
3  are we still talking about that?
4    Q    Well, you just said something that sounded
5  like you were saying that.  So I was just trying to
6  understand you.
7       MR. WOLNOWSKI:  Is there a question?
8       MR. WARD:  Yes.  Karen, would you read it
9  back, please?
10              *  *  *
11       (Whereupon, the Court Reporter
12       read from the record.)
13              *  *  *
14       THE WITNESS:  Okay.  So can you repeat it
15  one more time?
16              *  *  *
17       (Whereupon, the Court Reporter
18       read from the record.)
19              *  *  *
20       THE WITNESS:  I feel like as long as
21  they're -- I think you can have the employees
22  agree to agree, but also still have their own
23  beliefs, if that makes sense.
24  BY MR. WARD:
25    Q    I'm not sure that does make sense.  Can

Aubry McMahon
February 24, 2023

Page 162

1  you explain to me what that means, please?
2     A    Kind of like what we talked about with
3  Just Be.  Like I can validate and hear and
4  understand World Vision's definition of religion, if
5  you will, and agree with them having that kind of
6  belief or those definitions or whatever of religion
7  and on the flip side of that I can also have my own,
8  if that makes sense.  So like agree that they have
9  those beliefs of Christianity and what that means to
10  them while also hoping they would agree that I have
11  my beliefs of Christianity and what that means to
12  me.  Does that make more sense?
13     Q    I'm not sure it does.  Help me understand.
14  Suppose an employee said, I believe Christianity is
15  false.  It's untrue.  Would World Vision be able to
16  say that's not acceptable for an employee or would
17  they have to say you can just be, and believe that?
18     MR. WOLNOWSKI:  Objection to form.  You're
19    asking what World Vision thinks about
20    something?
21     MR. WARD:  No.  I'm asking her her
22    understanding.
23     Q    So, please, you may answer.
24     A    Can you repeat it?
25     Q    Let me try it again.  If I understood what

Page 163

1  you were saying, you're pointing to what you shared
2  about Just Be and the idea that World Vision would
3  have its beliefs and employees would have their
4  beliefs.  So I ask the question, does that mean that
5  World Vision can't require that its employees
6  believe in Christianity?
7     MR. WOLNOWSKI:  Same objection.
8     THE WITNESS:  I think from -- I don't know
9    from like a legal standpoint.  From a personal
10    standpoint I think if someone identified as
11    like atheist, for example, I don't think that
12    World Vision would be a good fit for them for
13    an employer, especially because there are -- I
14    don't know, atheism versus Christianity, if you
15    will, or saying they don't believe in God, I
16    don't think there is compromise there, if that
17    makes sense, or wiggle room at all.  Does that
18    make sense?
19  BY MR. WARD:
20     Q    I'm not sure I'm fully understanding it.
21  Is the dividing line that you would see the
22  requirement of a compromise or wiggle room?
23     A    No.  But I feel like -- I just feel like
24  as a whole what someone defines as Christianity to
25  them is so varied that if you said if you want to

Page 164

1  work for World Vision you have to say that you're a
2  Christian, believe in the Apostle's Creed, you need
3  to pray at least once a week or whatever.  I think
4  those are all fine, because I believe that those are
5  things that most and almost all, if not all,
6  Christians would agree with and abide by and live
7  by.  So to me I think like saying that World Vision,
8  you must be a Christian, I think is just an umbrella
9  statement in a way.  Because it's like a Christian
10  or Christianity I feel like -- or the definition of
11  Christianity I feel like is different for everybody.
12  Because kind of like I mentioned before, people pick
13  and choose what parts of Christianity and the
14  teachings that they strongly agree with or do not.
15  Does that make more sense?
16     Q    Well, I'm not sure.  So is what you're
17  saying that each employee would get to say what they
18  think Christianity means?
19     A    I mean I guess if they were asked, yeah.
20  Or just in being asked if, you know, do you keep
21  Christ central?  Kind of like what it says above, Do
22  you keep Christ central in our individual and
23  corporate lives, that's a huge important aspect.  I
24  think that Christianity, the ultimate goal of
25  Christianity is for a person to have a relationship

Page 165

1  with God and for that relationship to guide them
2  throughout life.  So whether that looks a little bit
3  different for people -- even at Gardner Webb there
4  were some Christians that would only wear long
5  skirts or were moderate in that way.
6         So if World Vision employed, for lack
7  of a better word, somebody such as that, that
8  believed that, you know, modesty was a true sign of
9  Christianity and you were going against God's word
10  by wearing short shorts, then that's definitely
11  something that I feel like they're allowed to define
12  for themselves, with also still they're Christian
13  and they believe that -- I feel like as long as you
14  have, kind of like I said, as long as you have that
15  umbrella, if you will, view that, you know, God is
16  my creator.  He died to forgive my sins and I want
17  to live for him, do good for him, keep him as the
18  center of my life, I think that is the most
19  important part.  And then whatever, if you will,
20  kind of spreads out from there is up to that
21  individual, if you will, to decide.  Does that make
22  sense?
23     Q    A little bit more.  Let me see if I
24  understand it.  You referred to the umbrella.  Are
25  you saying that World Vision could say here's what

Aubry McMahon
February 24, 2023

Page 166

1  the umbrella is and then the things that flow from
2  the umbrella, the employee would get to say?  Is
3  that your understanding?
4       A    Yeah.  Yeah.
5       Q    So how do you decide what the umbrella is?
6       A    What's under the umbrella or what the
7  actual umbrella is?
8       Q    The actual umbrella itself.  Let me
9  rephrase that.  I think -- are you and I in
10 agreement that Work Vision gets to decide what the
11 umbrella is?
12          MR. WOLNOWSKI:  Objection.  You're asking
13      whether or not she agrees with you in
14      something?
15          MR. WARD:  I'm happy to rephrase it.
16          MR. WOLNOWSKI:  Please rephrase.
17 BY MR. WARD:
18      Q    Would you agree that World Vision gets to
19 decide what the umbrella is?
20      A    I've -- yes, but I feel like in my sense
21 I'm talking as the umbrella, the base of the
22 umbrella, which World Vision gets to decide is that
23 their employees define themselves as Christians.
24 Does that make sense?
25      Q    So it doesn't make sense to me, because I

Page 167

1  guess I'm confused about what it means to define
2  themselves as Christians.
3          MR. WOLNOWSKI:  Is there a question?
4          MR. WARD:  I'm getting there, Counsel, if
5      you'll be patient.
6  BY MR. WARD:
7       Q    I'm not getting that from your analogy.
8  I'm trying to work with your analogy here.  The
9  umbrella --
10      A    Yeah.  I'm sorry.  Like I said, I'm more
11 of a visual -- sorry.
12      Q    The umbrella may be a useful metaphor.  I
13 want to make sure I'm understanding you.  I hear you
14 saying that World Vision gets to define the base of
15 the umbrella.  And then when I asked you can I
16 define whatever the base of the umbrella is and I
17 think you answered that by saying they get to define
18 the base of the umbrella as the employees identify
19 as Christians.  Is that a fair summary of what you
20 said?
21      A    Yeah, in a sense that they get to say
22 that -- yeah, that the employees they want to hire
23 in their company are Christians.
24      Q    And how do they figure out what it means
25 for their employees to be Christians, in your

Page 168

1  opinion?
2       A    I think just asking kind of like -- or
3  almost like a filtering in a way process of, you
4  know, asking questions.  Like does this person in
5  Exhibit A Page 2, does that person agree to keep
6  Christ central in their individual and corporate
7  lives, and if the answer is yes, then cool.  You
8  know, but I think -- I don't know.  I didn't really
9  think that far into it.  I just thought that World
10 Vision is, yes, allowed to say we only hire
11 Christians or people that define and live their
12 religion as Christians.
13          However, like I mentioned before,
14 because Christianity is so fluid, in my opinion, and
15 like there's different sides of Christianity and
16 what people cling to and don't cling to that it's
17 too hard to set like definite rules that employees
18 have to follow.  So I think ultimately saying like
19 World Vision can say, We want all of our employees
20 to be Christians.  And then from there I think that,
21 you know, your definition of Christian is different
22 than mine, Casey's is different than mine,
23 everybody's different than mine.  However, we still
24 identify our religious belief as Christianity, so
25 that's okay.  Does that make more sense?

Page 169

1       Q    I think so, but let me ask a question to
2  clarify it.  I think you said you agree that World
3  Vision can require that all of its employees be
4  Christians; is that correct?
5       A    Yeah.
6       Q    Then you said when it comes to defining
7  what it means to be a Christian, that that's left to
8  the individual employee.  Is that your
9  understanding?
10      A    Yes.
11      Q    And so if World Vision said, for example,
12 we believe that being a Christian means believing
13 Jesus Christ rose from the dead, an employee could
14 say, Well, I'm a Christian but I don't believe Jesus
15 Christ rose from the dead.  In your view, would
16 World Vision have to hire that employee?
17      A    Yeah.  Because I don't think that it's
18 fair if somebody has that belief to shun them.  Just
19 like with other religions, like other religions
20 believe there is more than one god, but that's for
21 them to believe and I guess personally don't think
22 there is anything wrong with that.  That's why there
23 are different religions and beliefs.  Nobody I feel
24 like has the exact same beliefs on everything.  So
25 if that person was to say, I don't believe that, you

Aubry McMahon
February 24, 2023

Page 170

1  know, he rose from the dead.  I believe that he came
2  down from heaven, or they have some alternative
3  belief, I think that that's irrelevant to their job
4  at World Vision in a way.  I personally feel that
5  way.  And especially if it's something like a
6  customer service job.  I don't think their beliefs
7  on whether or not someone rose from the dead -- or
8  God rose from the dead is -- like relates to that,
9  if that makes sense.
10     Q     Well, I'm not sure it does.  That's why
11  I'm curious.  I appreciate you indulging me.  I'm
12  trying to understand where the lines are drawn and
13  so let me ask maybe a different angle on the same
14  question.  Could World Vision decline to hire
15  someone who was a committed Muslim, someone of
16  Islamic faith?
17         MR. WOLNOWSKI:  Objection to form.  You
18     can answer.
19         THE WITNESS:  Well, is it -- oh, sorry.
20  BY MR. WARD:
21     Q     He's objected.  You can answer now.
22     A     I think personally for me, I don't know
23  enough about the Muslim faith, but I feel like --
24  and this is just me talking from what I think, I
25  feel like it's rooted in Christianity, but I don't

Page 171

1  know, to be honest.
2     Q     In your view could World Vision require
3  that its employees believe in the Bible?
4     A     Yeah.
5     Q     Could World Vision require that its
6  employees believe in the Trinity, Father, Son and
7  Holy Spirit?
8     A     I think so.
9     Q     So going back to what you said earlier,
10  what if an employee said, I identify as Christian
11  but I only believe in God the Father.  I don't
12  believe in Jesus Christ or the Holy Spirit as part
13  of the trinity?
14     A     Personally I feel that like that would be
15  okay, because they're still defining themselves as a
16  Christian and trying to live their life in that
17  light, if you will, and trying to live against -- or
18  live among others with those still Christian beliefs
19  and values and I assume that they would try to live
20  as a Christian would, but just maybe have that
21  little bit of a difference.  And to be honest, even
22  myself, I'm not fully familiar with the Holy Trinity
23  despite growing up in the church.  It's not -- it
24  might be taught a lot, but it's not something that
25  I'm vastly familiar with.  I'm not saying it's not

Page 172

1  important, but it's not what I generally think about
2  when I hear of Christianity.  I don't know if that's
3  important at all, but, yeah.
4     Q     Is it fair to say that what you're saying
5  is as long as a person identifies as Christian, that
6  World Vision ought to be required to hire them?
7     A     Yeah.
8     Q     Help me understand.  Where would you draw
9  the line to say that World Vision could rightfully
10  refuse to hire someone?
11     A     I think when it falls under the law.  I
12  don't know -- I don't know much about or anything
13  about employment law, but I don't think -- as far as
14  my understanding is you're not allowed to hire
15  somebody.  I don't know where that falls in terms of
16  legally if someone has a felony or misdemeanor, I
17  don't know about that part.  But in my opinion I
18  don't think, as far as anywhere besides World Vision
19  that I've applied, I don't think anywhere -- I don't
20  know what's legal and what's not legal in that
21  sense.  Especially with World Vision's claim to be
22  an EEOC employer, I thought that there was
23  protection there as well.
24     Q     Let me ask a question and maybe root it
25  back in this job description.  If you look at the

Page 173

1  page we were looking at --
2     A     Yeah.
3     Q     -- the second bullet on that page says the
4  duties of the job require, Maintaining reliable
5  regular attendance, report to work on time and
6  return from breaks and lunches on time.  Would you
7  agree that World Vision could terminate someone's
8  employment if they didn't maintain reliable, regular
9  attendance?
10     A     Yeah, I believe so.
11     Q     Okay.  Look at the bullet above that.
12  Would you agree that World Vision could terminate
13  someone if they didn't keep Christ central in our
14  individual and corporate lives?
15     A     I think if they were able to prove it,
16  yeah.
17     Q     How would they prove it?
18         MR. WOLNOWSKI:  I'm going to object to
19     form.  You're asking how a company would prove
20     something?
21         MR. WARD:  I'm literally just repeating
22     her words back to her.  She said if they could
23     prove it and I said how could they prove it.
24         MR. WOLNOWSKI:  Objection.
25

Aubry McMahon
February 24, 2023

Page 174

1  BY MR. WARD:
2      Q    Please, answer.
3      A    I think personally, to be blunt, it's none
4  of their business.  Because I think that keeping
5  Christ central in our lives is important and
6  especially also in the corporate life.  However,
7  there's definitely times where Christ may not be
8  central in your life for maybe a short period of
9  time or you may be questioning, you know, why
10 something has happened to you.  Or I could easily
11 bring up the pregnancy.  Like why did God -- he's
12 known that I've wanted children all my life.  That's
13 all I've dreamed of.  I want to be a surrogate like
14 so much so that that was something I really would
15 have loved to do and why is it -- why did he punish
16 me for like, you know, not allowing those things.
17 Like I feel like in that time Christ wasn't central
18 in my life.  I was angry, I was confused, I was sad,
19 that sort of thing.
20          So I think in the sense of me saying
21 that they have to prove it, like if -- maybe if they
22 see an employee posting on social media, you know,
23 free posts of, you know, things about atheism or
24 something like that, something where there is a
25 paper trail, if you will, or proof that -- you know,

Page 175

1  that sort of thing.  But I think that it's
2  definitely normal in any faith to have your ups and
3  downs in your relationship with God or whoever it
4  may be and for God to not always to be central in
5  your life, but to have in it your mint that this
6  will pass and you will get back to that place.  Does
7  that kind of answer it?
8      Q    It does help.  You referred to social
9  media, that if someone posted on social media that
10 their beliefs were very different from World
11 Vision's Beliefs that it would be appropriate to
12 terminate them.  Is that right?
13     A    Wait.  If they're different from -- say it
14 again.
15     Q    World Vision's beliefs.
16     A    Yeah, I think when it comes to like in a
17 sense of if someone claims to World Vision that they
18 are a Christian, but then they see on their social
19 media that they claim to be an atheist, then I think
20 that's fair ground for termination.  Just like if
21 somebody was -- called out sick, but then on social
22 media posted that they were at Disney World, I think
23 that's also grounds for termination, because you're
24 lying straight up.  Because that's I think why -- to
25 me it's like Christianity as an umbrella term

Page 176

1  because Christianity, just like sexuality or any
2  religion, is fluid.  So I identify as gay where
3  someone else identifies as bisexual.  But if I
4  identify as a Christian and somebody identifies as
5  an atheist, there is no wiggle room in that, if that
6  makes sense.
7      Q    I think that does make some sense.  Let me
8  relate it back to something you said earlier.  You
9  talked about when you looked at the EEO statement
10 there was some reference to the Apostles' Creed,
11 believing the Apostles' Creed; is that right?
12     A    Yeah.  Uh-huh.
13     Q    So if somebody said, I don't believe the
14 Apostles' Creed anymore, do you believe World Vision
15 could terminate their employment?
16     A    Yeah, I guess so.  Because they state that
17 they want their employees to believe in the
18 Apostles' Creed, right?
19     Q    Yes, I think that's right.  That's
20 helpful.  I think I'm understanding more what you
21 were saying.  Can I go back to something you said
22 before I ask this last question?  I want to make
23 sure I heard it correctly.  You said that -- I think
24 you said, and this won't be an exact quote, that
25 just as sexuality is fluid, religion is fluid.  Is

Page 177

1  that correct?
2      A    I didn't mean religion.  That was kind of
3  a bad example.  I meant Christianity is fluid.  I
4  was trying to explain it as like you may identify as
5  a lesbian, but I -- you still like more masculine
6  females, kind of like me.  You can be -- identify as
7  a Christian, but maybe not have the same feelings as
8  somebody else that also identifies as Christian.
9  Does that make sense?
10     Q    Yeah, I think I understand you.  I think
11 I'm tracking you.
12     A    Okay.
13     Q    Let me draw your attention back to the job
14 description.  If you would be so kind as to look at
15 the next page, there's the third bullet from the
16 bottom.  It says, Be sensitive to donors' needs and
17 pray with them when appropriate.  Did you understand
18 that that was part of the job requirements for the
19 position you were applying for?
20     A    Yeah.
21     Q    So you knew that you'd need to pray with
22 donors at times?
23     A    Yeah.  I think like based off of the
24 donor's need or want to pray, yeah.  I didn't know
25 or -- I didn't think that it was a requirement per

Aubry McMahon
February 24, 2023

Page 178

1  se of the job, like you have to pray every single
2  call you take or whatever it may be.  But if the
3  donor asks if you'll pray with them, you'd be
4  willing to pray with them.  Does that make sense?
5      Q   I think it does.  But help me understand.
6  Suppose World Vision said to its employees in this
7  position, When a donor call, we want you to pray for
8  that donor.  Could it require that as part of the
9  position?
10     A   You said pray with that donor or for that
11 donor?
12     Q   Either.
13     A   I think -- I mean to me at least I
14 would -- I mean I think that if I -- if it was a
15 requirement for every single call you took, then I
16 think there would maybe need to be training on that,
17 just in my opinion.  Because everybody prays
18 differently, everybody uses different terminology
19 when praying, whether they're referring to God or
20 Jesus.  I've heard some people refer to God as their
21 dad.  So I think definitely there would need to be
22 some stipulations or training around that.
23         But I think if that was something
24 that the company wanted their employees to pray with
25 every single donor, I think it would also need to be

Page 179

1  in maybe the script.  I'm not sure how the customer
2  service employees worked there, but let's say you're
3  told to open up asking if you can help them with
4  anything and before you hang up ask if they would
5  like to pray or something.  But to me, when I read
6  that as like be sensitive to donors' needs and pray
7  with them when appropriate, when appropriate doesn't
8  to me signify it's going to be every single time or
9  it's a requirement.  To me it's the donor's need, so
10 when the donor asks if they can pray and you just
11 kind of pray along or listen to them and then when
12 appropriate, which I think is also appropriate to
13 pray when they want to pray, not necessarily every
14 single phone call.
15         Because I think it's important to be
16 mindful of those people's personal lives and they
17 may be calling quickly on their way to work or on
18 their lunch break and may not have time to pray or
19 may just not need that.  So I don't think it should
20 be forced as a requirement to somebody that calls or
21 like is in that situation.
22     Q   Thank you.  You mentioned training.  Let
23 me ask you a question.  It's a little different
24 direction.  You mentioned looking at the website for
25 two or three minutes to understand World Vision and

Page 180

1  you looked at the job description.  Did you seek any
2  information about what the training for the DCS --
3  or I'm sorry, the customer service representative
4  position in this description would involve?
5      A   I didn't, because I knew they were
6  going -- I believe one of my -- my second interview
7  was with the manager of the call center.  So I knew
8  that there was going to be that and there was
9  also -- I don't remember where in the interview
10 process, but there was a training -- what's the
11 word?  Like a practice mock training where you were
12 going to -- I don't know if it was through Indeed or
13 what, but basically act out the job or a similar
14 job.  So I figured that the training would be
15 included or what I needed to know about the training
16 in the job would be included in either that mock
17 employee situation or the interview with the call
18 center manager because that -- or the customer
19 service, whatever he was, because that's what the
20 job was -- he's the manager of what I was going to
21 be doing.  So I figured he would go over all the
22 requirements and everything.
23     Q   Thank you.  That's helpful.  Is it fair to
24 say you knew that there would be training, but you
25 didn't know anything about what the training would

Page 181

1  include?
2      A   Yeah.
3      Q   Just looking back at page six of this job
4  description, it's fair to say you knew that it would
5  be 9 to 11 weeks of training, right?
6      A   Yes.
7      Q   Thank you.  That's helpful.  I wanted to
8  ask also about page four of this exhibit.  There is
9  a section, the heading is 03, About World Vision
10 USA.  This is where World Vision is telling you who
11 they are.  They say about halfway down, We are a
12 global Christian humanitarian organization.  Is that
13 consistent with what your understanding of what
14 World Vision is?
15     A   I don't really understand the word
16 humanitarian.  I think the only part I get of that
17 word is human.  But as far as being global, global I
18 think I knew -- is global the same thing as
19 international?  I think I understood that World
20 Vision was a huge company, for one, and that it was
21 a Christian organization.  But as far as
22 humanitarian, I don't know what that means.  To me
23 that almost sounds like a farming word.  What's the
24 word?  Isn't there a word like that that talks about
25 farming?

Aubry McMahon
February 24, 2023

Page 182

1    Q    There may be.  You're right.  And that's I
2  think understandable.  Christian is more
3  understandable than humanitarian for me, too.  That
4  makes sense.  A little further down it says, Jesus
5  loved at the center always.  We are Christian and
6  follow Jesus' example to show unconditional love to
7  the poor and oppressed.  Is that consistent with
8  your understanding of who World Vision is?
9    A    At that time, yeah.  But now, no.
10   Q    So what do you mean by now no?
11   A    I think Jesus shows, you know,
12  unconditional love to the poor and oppressed.  I
13  think that in this example, being part of the LGBTQ
14  community doesn't necessarily mean I'm poor and
15  oppressed, but I feel like unconditional love that
16  Jesus would have given was not given to me in
17  this -- this job interview or in this process.
18  Because if World Vision claims to keep Jesus' love
19  at the center, which is unconditional love, I guess
20  for me personally I didn't feel that.  I felt
21  shunned and less than.  And I don't really know what
22  oppressed means, but oppressed in my meaning means
23  less than or looked down on or like you're a bad
24  person, and that's how I felt I was treated.
25          So I think beforehand, yeah,

Page 183

1  absolutely.  I would have said, heck, yeah, World
2  Vision definitely exemplifies God and his
3  unconditional love and they help so many people.
4  But after being on the inside or partially on the
5  inside of World Vision and this whole experience, I
6  would definitely say that I don't -- I don't agree
7  with that anymore.
8    Q    Is it accurate to say that you have a
9  different understanding of what the unconditional
10  love of Jesus means than World Vision has?
11   A    Yeah.  I just -- I don't -- I guess I just
12  don't understand how there is any different
13  definition of unconditional love.  If it's not
14  unconditional then there is some sort of condition
15  to it, so it's not unconditional.  Does that make
16  sense?
17   Q    Yeah.
18   A    So I don't -- to me unconditional is a
19  very cut and dry word.  It means what it is or it
20  says and there is no wiggle room, if you will, in
21  that.  Hopefully that didn't confuse you.
22   Q    No.  I think I understand it.  Is it fair
23  to say that you think World Vision has a wrong
24  understanding of the unconditional love of Jesus?
25   A    Yeah.  Yeah, I think that -- yeah, because

Page 184

1  they're putting conditions on it.
2    Q    And from what you just described it sounds
3  like that's pretty central to your disagreement with
4  World Vision that's at issue in this lawsuit.  Is
5  that fair?
6    A    What part?
7    Q    The idea that you and World Vision have
8  different understandings of the unconditional love
9  of Jesus.
10   A    Now, yes.
11   Q    Fairly central to the lawsuit we are in
12  the middle of now is your sense that World Vision's
13  understanding of the unconditional love of Jesus is
14  wrong.  Is that fair?
15   A    I don't agree with it, but -- I don't
16  agree with it, but it is what it is.  I think that
17  anyone that reads that or is told that they believe
18  in God's -- or Jesus' unconditional love, they think
19  that God loves everybody regardless of where you've
20  been or -- I mean people talk about dogs and their
21  unconditional love for their owners and that's kind
22  of what I think about when I think of unconditional
23  love, is there's no conditions.
24          You can be a terrible person and do
25  terrible things, but God will still love you and

Page 185

1  forgive you and so, you know, that's I guess --
2  sorry I got emotional.  But I think for me it seems
3  very wrong that World Vision is claiming to -- or
4  hiding behind saying, you know, Oh, we believe in
5  Jesus' unconditional love, but then won't hire
6  somebody based off of who they love.  So -- which
7  I'm not hurting anybody by loving Jaclyn.  So
8  anyways, I'm sorry.  I feel like I'm getting on a
9  rant, but I didn't mean to get emotional.  Sorry, I
10  forgot the question.
11   Q    I think you've answered it and, please, no
12  need to apologize.  I am very grateful for your
13  authenticity.  I appreciate the conversation we have
14  had.  Don't feel any need to apologize.
15          Are we at a point where you'd like to
16  take a break for a few minutes?
17   A    Yeah.
18   Q    Is five minutes enough or would you like a
19  little bit longer?
20   A    No.  That's good.
21        MR. WARD:  Very good.  Off the record at
22  3:42 Eastern Time.  Thank you.
23                * * *
24        (Whereupon, a brief recess was taken.)
25                * * *

Aubry McMahon
February 24, 2023

Page 186

1            MR. WARD:  Back on the record at 3:49 p.m.
2   BY MR. WARD:
3       Q    Ms. McMahon, is it okay to proceed now?
4       A    Yes.
5       Q    Thank you.  I'd like to ask you a little
6   bit more about this overall employment process.  Let
7   me kind of track things out here.  So we have been
8   talking about the job description and let me wrap
9   that up by saying, do you agree that the document we
10  have marked as Exhibit 8 is a true and accurate copy
11  of the job description that you looked at when you
12  applied to World Vision for employment?
13      A    Yes.
14      Q    Thank you.  So now you looked at the job
15  description.  Can you tell me a little bit about
16  what you did to apply?  What did you fill out or
17  complete?
18      A    I don't remember exactly, but I would have
19  hit on Indeed to -- I think it says maybe Apply Now
20  and either fill out Indeed's application or I don't
21  remember if World Vision made you go to their
22  website to apply.  But I would have done one of the
23  two, filled out the application, attached my resume,
24  all that, and then waited for a response.
25      Q    When you say you attached your resume, am

Page 187

1   I right in thinking that's the same resume that we
2   have already put in as an Exhibit?  I believe it's
3   Exhibit 6?
4       A    Yes.
5       Q    Thank you.  Do you remember the date that
6   you submitted that application?
7       A    I do not.
8       Q    So what happened next in the process?
9       A    As far as I can remember, I think
10  Catherine Miolla either E-mailed me or called me and
11  wanted to talk more either I think about possibly
12  that pre-screening interview that I talked about.  I
13  don't know if that was the technical word for it,
14  pre-screening, but like the mini interview in a way.
15      Q    And did you do anymore research into World
16  Vision in between submitting your application and
17  getting that E-mail from Catherine Miolla?
18      A    No, not that I can remember at least.
19      Q    Okay.  If you'll give me a moment I think
20  I can bring that E-mail into our vision.
21      A    Okay.
22      Q    Let me upload -- it's a slightly different
23  document.  We'll mark this as Exhibit 9 to your
24  deposition.
25                    * * *

Page 188

1            (Whereupon, the above-mentioned
2            document was marked for
3            identification as Exhibit-9.)
4                    * * *
5   BY MR. WARD:
6       Q    Please take a minute and look at this and
7   let me know when you've had a chance to complete
8   reviewing it.
9       A    (Witness complies.)  Okay.
10      Q    Do you recognize that document?
11      A    Yeah.
12      Q    What is it?
13      A    I believe it was the confirmation that
14  World Vision had received my job application and
15  kind of defining what would happen next.
16      Q    So that's a true and accurate copy of the
17  E-mail that you received; is that right?
18      A    Yeah.
19      Q    Very good.  Thank you.  Let me upload
20  another document.  We'll mark this as Exhibit 10 to
21  your deposition, please.
22                    * * *
23           (Whereupon, the above-mentioned
24           document was marked for
25           identification as Exhibit-10.)

Page 189

1                    * * *
2   BY MR. WARD:
3       Q    Ms. McMahon, please take a few minutes and
4   review that as well.
5       A    (Witness complies.)
6       Q    Do you recognize this document?
7       A    Yeah.
8       Q    Can you tell me what it is, please?
9       A    I believe it's the E-mail thread, if you
10  will, and my communications with Catherine Miolla,
11  who is someone with HR, regarding setting up some
12  interviews.  And then also some -- an assessment I
13  had to complete as well as background check and
14  references that I had to do.  So our communications
15  on getting those things completed, like scheduled
16  and completed.
17      Q    Thank you.  This is one of those E-mails
18  where I think we have to start at the bottom and
19  work up to the top to get it in chronological order.
20  So if you would be so kind to look at the end of the
21  E-mail.  Once you get rid of all the signature
22  blocks I think this is on pages six and seven of the
23  Exhibit.  That's an E-mail on December 1st, 2020 to
24  you from Catherine Miolla.  Is that the first E-mail
25  that you received from Catherine Miolla?

Aubry McMahon
February 24, 2023

Page 190

1    A   I believe so, yeah, as far as I can
2  remember.
3    Q   Then it says, Pay of 12 or $15 depending
4  on location.  Did she clarify at any point whether
5  it would be 12 or $15 based on your location?
6    A   I believe on one of the times we talked on
7  the phone she looked up my ZIP Code or something and
8  it was determined based off of that.  I believe that
9  I was offered 17 an hour, but I could be wrong.  But
10  I know it was at least the 15, I think.  But I do
11  know I had to talk with her first and she, I
12  believe, looked it up through the ZIP Code.  It had
13  something to do with the cost of living around my
14  area or something like that.
15    Q   If you would scroll up a little bit to
16  page five, there is a December 4th E-mail from
17  Catherine Miolla to you and it refers to, I just
18  initiated the on-line assessment that I mentioned,
19  so you should be getting an E-mail from the system,
20  ED simulation, hopefully to your inbox.  Do you
21  remember receiving that E-mail?
22    A   Yeah.
23    Q   Do you remember taking the on-line
24  assessment?
25    A   I do, yes.

Page 191

1    Q   What was involved in the on-line
2  assessment?
3    A   From what I remember it was a lot of like
4  mock situations with customer service details.  So
5  for example, like a pretend E-mail of a customer
6  needing help with an order or needing to confirm
7  that their order either was correct or maybe also
8  confirming some data input in a sense of making sure
9  that the customer's name, information, order such as
10  that was correct.  So it felt like the assessment
11  was -- and I think there might have been typing
12  involved, like typing speed maybe, I don't know,
13  involved.  But just like an online assessment that
14  could in my opinion help them see how I would do on
15  the job, or how I would do in that position for the
16  customer service role.
17    Q   And this E-mail refers to -- let me find
18  the right spot.  It refers to that you had a
19  telephone conversation with Ms. Miolla on that day
20  of the 4th; is that right?
21    A   Yes.  I don't remember that phone call,
22  but, yeah.
23    Q   So on the 4th do you remember talking with
24  Ms. Miolla about some information about World
25  Vision?

Page 192

1    A   If I'm remembering this phone call in my
2  head as the one that you're referring to, I do
3  remember a phone call where I talked with somebody
4  regarding my faith or religious views in a sense of
5  kind of like you asked, like my religious
6  background.  I remember telling them about -- or
7  maybe it was my statement of faith or something like
8  that.  But I remember telling them about the mission
9  trip to Uganda, I remember telling them about
10  sponsoring somebody -- or a child through World
11  Vision.  Those were the main parts of that
12  conversation that I remembered, because I remember
13  feeling like I did really well for that portion of
14  the interview.  If that's the conversation that I'm
15  thinking it was, which I think it is, then I do
16  remember talking about like my faith, my, probably,
17  I would assume my past work experiences and other
18  things that would pertain to the job.
19    Q   Do you remember the more mundane aspects
20  of that, for example, what they talked about the job
21  would involve?
22    A   I don't, but I do know they talked about
23  it being a kind of call center type situation,
24  talking with donors or prospective donors about
25  World Vision and like how their donations or

Page 193

1  sponsorships could help, you know, children and
2  everything.  Those were the main points.  But I
3  don't remember any of like the nitty-gritty details,
4  if you will.
5    Q   Do you remember being specifically asked
6  about whether you had any -- pardon me.  Let me
7  begin that again new.  Do you remember any
8  discussion about the standards of conduct that World
9  Vision had for its employees?
10    A   Yes, I do remember that.
11    Q   What do you remember about that
12  discussion?
13    A   I remember they read off a list about
14  their standards of conduct and one of them being --
15  the one that obviously stood out the most to me was
16  the one about marriage.
17    Q   So that stood out to you?
18    A   Yes.
19    Q   Why did it stand out to you?
20    A   To be kind of blunt, I thought it was a
21  little weird and I was kind of confused.  I didn't
22  know the intention behind it, if you will, so I
23  think mostly that.
24    Q   Did you ask any questions to clarify it?
25    A   No.

Aubry McMahon
February 24, 2023

Page 194

1    Q    Did you ask any questions pushing back on
2  it at all?
3    A    Um-um, not that I can think of.
4    Q    Did you say anything to indicate that you
5  were currently in a same-sex marriage at that time?
6    A    Um-um.
7    Q    I'm sorry --
8    A    No.
9    Q    Thank you.  So the records that we have
10  says that you were asked the question -- actually,
11  let me back up a step.  That you were told that
12  World Vision seeks individuals who not only share
13  our Christian faith and values but also live them
14  out both in and at outside of work.  Do you
15  remembered that being said?
16    A    I think briefly, yeah.
17    Q    And do you remember them talking about the
18  lens for determining biblically based behavior would
19  be to ask, does the behavior glorify God, does it
20  build up other Christians and encourage love and
21  good deeds, is it good stewardship, meaning
22  responsible use of his resources, and is the
23  behavior consistent with the teachings of scripture?
24  Do you remember that being shared?
25    A    I don't remember that, but I'm sure it

Page 195

1  was.
2    Q    And then do you remember them talking
3  about examples of behaviors that we believe are not
4  in alignment with our standards of conduct and,
5  therefore, unacceptable behavior for employees?
6    A    Yeah, I remember that.
7    Q    And do you remember them saying that that
8  includes any sexual conduct outside of a marriage,
9  World Vision defines marriage as between a man and a
10  woman?
11    A    Yeah, I remember them saying that.
12    Q    There were several other examples I
13  believe they mentioned.  Do you recall other
14  examples as well being discussed?
15    A    I believe there were some in reference to
16  using like illegal substances.  That's all I can
17  really think of.
18    Q    I'm happy to list some of them.  For
19  example, ongoing substance or alcohol abuse,
20  harassment of any type, malicious gossip, fighting,
21  et cetera.  Do those sounds familiar?  Are those
22  what they said?
23    A    Yeah.
24    Q    Now, they asked a question, Do you have
25  any questions about our standards of conduct, the

Page 196

1  expectations we have of employee compliance with
2  them or of our organizational culture and values,
3  and your answer was, No, not at all; is that
4  correct?
5    A    Yes.
6    Q    Then they asked a question saying that,
7  It's important that you know of World Vision's
8  expectations so that you can decide if we are the
9  right organization for you.  Are you willing and
10  able to comply with the standards of conduct if
11  employed by World Vision?  Do you remember being
12  asked that question?
13    A    Yeah.
14    Q    And your answer was, I'm aligned, yes.
15  And these notes have an explanation point after the
16  yes.  Is that how you answered that question?
17    A    Yeah.  But I would assume that meant it
18  was a confident yes.  So, yeah.
19    Q    Seems like a fair assumption.  And the
20  question was asked, Based on our conversation today
21  do you feel that World Vision seems like a good fit
22  for you?  And the answer recorded is, Yeah,
23  absolutely; is that correct?
24    A    Yeah.
25    Q    So overall is this an accurate reflection

Page 197

1  of what you talked about during that call on
2  December 4th, 2020?
3    A    Yeah.  Yes.
4    Q    Thank you.  Was there a reason that you
5  didn't at that time mention that you were in a
6  same-sex marriage?
7    A    Yeah, because I didn't think that at that
8  point it was -- I mean, I guess I didn't think it
9  was important, because I've never been asked that or
10  about my marriage in a job interview or never
11  brought it up.  So that I guess it just didn't
12  really come to my -- come to my mind, if that makes
13  sense.
14    Q    At that time did you understand being in a
15  same-sex marriage to be consistent with or
16  inconsistent with World Vision's standards of
17  conduct as they were explained to you on that call?
18    A    Can you rephrase that?
19    Q    Is there something about it you don't
20  understand?
21    A    Like what -- can you repeat it?  Sorry.
22    Q    I'll take another run at it.  Let me see
23  if this is more comprehensible.  At the time you
24  answered those questions did you understand that
25  your being in a same-sex marriage was inconsistent

Aubry McMahon
February 24, 2023

Page 198

1   with World Vision's standards of conduct?
2        A    I didn't think that -- I knew -- well, I
3   didn't -- I thought more so that kind of like I
4   mentioned before, like I thought of it more of like
5   an agree to disagree kind of situation -- or not
6   situation, but like, for example -- I don't know.
7   Like kind of -- I hate to put it in terms of
8   marketing, but almost like if a donor calls and
9   says, Hey, does World Vision do drug tests on their
10  employees, then that would be something where I
11  would say like, Yeah, as part of World Vision's code
12  of conduct, I think it's called, they believe -- or
13  we stand by our employees being drug free, you know,
14  alcohol free, so we can best help serve you and
15  serve God.  So I would think of it more as like
16  that.
17            Or if somebody called and said, Hey,
18  what is World Vision's view on marriage, then I
19  would state the one about World Vision's belief
20  that, you know, marriage is between a man and a
21  woman and I think anything outside of it is --
22  something.  I don't remember exactly.  Or just that
23  marriage is between a man and a woman.  So I thought
24  of it more as would I be fine with explaining these
25  things to, you know, donors, people calling in to

Page 199

1   the call center, or I guess maybe other employees if
2   they asked or anyone that I was, you know -- friends
3   or family that asked.
4            So I think -- so I think I agreed
5   with them in a sense that like I agreed that they --
6   and was okay with them having these views, because I
7   didn't feel like it involved the work that I was
8   going to be doing.  And from my understanding they
9   were an EE -- they as in World Vision is an EEOC
10  employer, so I thought that that meant that there
11  was no threat of if I said that, you know, I didn't
12  agree with that or whatever, that I would be fired
13  or, you know, or whatnot.  So I think hopefully
14  that's not confusing.
15           But I think all in all, I thought I
16  had the protection of the law for them -- for World
17  Vision, sorry, to not be able to say, you know, If
18  you tell us that you're gay we are not going to hire
19  you, or if you tell us you're married to a woman we
20  are not going to hire you.  Because I didn't think
21  it was legally allowed, so that's why I thought of
22  the code of conduct more as like a what we tell
23  people in a sense.
24           Kind of like Chick-Fil-A.  Everybody
25  knows their drive-throughs are great, so I feel like

Page 200

1   not that it's their code of conduct, but they always
2   have to say, you know, Have a blessed day or It's my
3   pleasure.  So I thought of it almost as a way that
4   they, as I kind of mentioned, market themselves to
5   others as their trademark or -- does that kind of
6   make sense what I'm saying?
7        Q    I think I'm understanding what you're
8   saying.  Just to make sure, you understood at this
9   time that you might be required in this position you
10  were applying for to tell donors what World Vision
11  believed; is that correct?
12       A    Uh-huh.
13       Q    And you understood at this time in the
14  position you were applying for you'd be required to
15  pray with donors in appropriate circumstances; is
16  that correct?
17       A    Yeah.  Like I knew that if they -- like to
18  pray with them if they asked, but like I said
19  before, I didn't think it was a requirement or
20  something that was -- they just -- the application
21  made it seem like it was just like a here and there,
22  if it's asked about kind of thing, not that it was a
23  requirement.
24       Q    So did you understand that customer
25  service representatives would be required to speak

Page 201

1   on behalf of World Vision about what World Vision
2   believed?
3        A    Yeah, I think so.
4        Q    So let me ask you a little bit about your
5   answer to this question, because the question that
6   was recorded as you've affirmed it was in fact
7   asked, Are you willing and able to comply with the
8   standards of conduct if employed by World Vision?
9   What did you understand comply to mean?
10       A    I think comply means to be in agreement
11  with, to me.  To comply, to be in agreement with, to
12  advocate for like while you're at work or in a sense
13  of for World Vision, almost like you're the sounding
14  board, if you will, for World Vision.  So to comply
15  was that you are in agreement and fine with saying,
16  you know -- stating what World Vision believed, kind
17  of like I mentioned before, like if they believed it
18  even if I didn't personally believe it, I'm okay
19  with them believing it because that's their choice
20  and their definition of their own Christianity and
21  what it means to them.  So, yeah.
22       Q    So you believed you were able to I think
23  you used the word advocate, to advocate their
24  position on marriage if anyone called and you were
25  talking to them about that; is that correct?

Aubry McMahon
February 24, 2023

Page 202

1    A    Yeah.  I mean I don't feel like, me
2  personally, I would be comfortable saying much about
3  it.  But just stating if they said, What's World
4  Visions' view on marriage, I would respond with
5  their exact words of World Vision defines marriage
6  between a man and a woman.  And if they asked
7  questions or there was any pushback with that, I
8  think at that point I would either seek direction
9  from somebody like higher up or just say that I
10  wasn't sure how to answer that.  Because I think
11  that does get a little bit -- that's something I
12  wouldn't be comfortable answering, because I feel
13  like that gets a little wishy washy and I wouldn't
14  want to say the wrong thing and turn somebody away
15  or I wouldn't want to get in trouble.  So I would
16  try to stick to the script, if you will.
17    Q    So you would not have been comfortable
18  talking with a donor beyond the initial script.  Is
19  that fair?
20    A    No.  I would about like superficial things
21  for sure.  Like -- but in terms of controversial
22  things like that, one, I would hope they wouldn't
23  come up in a donor customer service job.  And two,
24  I -- yeah, I would just -- I'd be fine with talking
25  about them if they wanted to talk about their

Page 203

1  husband or their wife, sure, fine.  Or if they were
2  in a same-sex relationship, sure, fine.  I wouldn't
3  be like, Oh, sorry we are not going to help you or
4  we are not going to let you sponsor a child.  I
5  would stay as professional as I could, because I
6  don't feel like my personal life and marriage, one,
7  is the donor's business and also not really relevant
8  to the job.  So I don't think it should come in up
9  in that sense.
10         But I don't really know what the
11  customer service job is like really and, you know,
12  how people talk or what they do exactly.  But this
13  is just me speaking from experience of like what
14  I've witnessed, if you will, in customer service or
15  jobs I've done that are similar to that.
16    Q    Thank you.  My last question may have been
17  a little on the broad side.  Let me ask it in a very
18  focused way.  With regard specifically to the issue
19  of World Vision's understanding that the biblical
20  covenant of marriage is between a man and a woman,
21  did I understand correctly that you would not have
22  felt comfortable talking with a donor beyond the
23  first level of communication on that?
24    A    Yeah, because I don't -- I think, then,
25  that gets -- for me personally that gets more so

Page 204

1  political and that's a gray area, if you will.  So I
2  wouldn't -- like I said, I wouldn't want to say the
3  wrong thing.  So I would only feel comfortable
4  saying, Our code of conduct is this.  If you have
5  any questions or want to talk about it more with
6  somebody, I'd love to direct you to somebody that
7  has more information regarding that.  That would
8  definitely be something that I would give them an
9  answer, but also say, If you want more, let me put
10  it in somebody else's hands.
11    Q    Thank you.  Let me ask about a different
12  document now.  Make sure I'm getting the right
13  document.  Before I give you this document to look
14  at there is the October 4th interview -- I'm sorry.
15  There is the December 4th interview that you did
16  with Catherine Miolla, there is the assessment that
17  you completed.  What happened next in the process?
18    A    So I think after the assessment she wanted
19  me to do I believe it was a Zoom call with -- I
20  don't remember if she was on the call, but it was
21  with the manager, I believe, of the customer service
22  call center.  I believe he was a male.  I don't
23  remember his name, though.
24    Q    If I said it was Anthony, would that sound
25  familiar?

Page 205

1    A    Probably, yeah.
2    Q    So when did you do that interview?
3    A    I don't remember, but I know that was like
4  the next step in the interview process.  But I don't
5  remember what day or time or whatever it was.
6    Q    And what was talked about in that
7  interview?
8    A    I really don't remember, but I think
9  mostly about the job duties possibly.  I don't know.
10  Sorry.
11    Q    That's quite all right.  So you said there
12  was that one that was done as a video conference.
13  What happened next in the process?
14    A    So I think from there I don't remember.
15  But I want to say that was maybe when I got the
16  official offer letter, but I don't remember.
17    Q    Let me see if I can provide some documents
18  that may help us on that one.  Let's take a look
19  next at what we'll mark next as Exhibit 11 to your
20  deposition.
21    A    Okay.
22              *  *  *
23         (Whereupon, the above-mentioned
24    document was marked for
25    identification as Exhibit-11.)

Aubry McMahon
February 24, 2023

Page 206

1              * * *
2  BY MR. WARD:
3      Q   Do you recognize this document?
4      A   Yes, I do.
5      Q   What is it?
6      A   Looks like maybe the next step of the
7  interview process, which was a supplemental
8  application which included references, one being
9  from a recent manager and then a spiritual
10 reference.  Yeah.
11     Q   Do you remember who you provided as your
12 references?
13     A   I do not.  I really don't remember this --
14 having a timed application doesn't seem familiar to
15 me.  I'm sure I did it, but I don't remember.
16     Q   So I think that takes us to the 18th of
17 December.  Let me ask a broader question.  While all
18 this is going on, who are you talking to about the
19 application process?
20     A   I don't remember.  I think at that time
21 probably just Jaclyn, because I wouldn't really
22 bring it up again unless I had gotten an offer
23 unless it was a big step in the process.  I may have
24 mentioned, Yeah, I have an interview or a Zoom.  I
25 thought of the interview process more as in phases,

Page 207

1  like the first part, the pre-screening, and then the
2  next part was the phone interview -- or not phone
3  interview, I'm sorry, the video interview.  And then
4  I don't remember doing this application, but I guess
5  that was the next part or phase of interview.
6          So if anything I would have maybe
7  mentioned like, Yeah, I have a Zoom interview
8  tomorrow with the call center.  But that would be
9  probably only Jaclyn and maybe my family, but that
10 would be it.
11     Q   Now, it seems like the position that World
12 Vision asked you about with regard to marriage was
13 at least somewhat memorable.  Did you discuss that
14 position with anyone during the time between that
15 December 4th interview and getting the offer letter?
16     A   Not that I can remember.
17     MR. WOLNOWSKI:  Objection to the extent it
18     calls for attorney/client privilege materials
19     or spousal-privileged materials.  You can
20     answer the question, Aubry, if you understand
21     it.
22     THE WITNESS:  Okay.  So at that point you
23     asked if I talked to anybody about the
24     interview or the World Vision code of conduct
25     or whatever?

Page 208

1  BY MR. WARD:
2      Q   Yes, specifically with regard to the
3  position on marriage.
4      A   No.  At that point it didn't, like I
5  mentioned before, it didn't seem like a threat to me
6  or anything I needed to be worried about.  So I
7  don't recall bringing it up to anybody.
8      Q   I'm a little bit confused in part because
9  your counsel objected on the basis of
10 attorney/client privilege, which makes me think
11 there was a conversation with counsel.  I don't want
12 to know the contents about that conversation, but
13 can you please tell me the first date on which you
14 spoke with anyone about a possible legal matter
15 involving World Vision?
16     A   Okay.  So I did talk with my wife when the
17 job was rescinded about why it was rescinded.
18     Q   So that would have been on or about
19 January 8th, 2021; is that correct?
20     A   Yeah, I believe so.
21     Q   So prior to January 8th, 2021 did you talk
22 with anyone about World Vision's position on
23 marriage?
24     A   Not that I can remember.
25     Q   Prior to January 8th, 2021 did you talk to

Page 209

1  anyone about possible legal action against World
2  Vision?
3      A   No.
4      Q   So prior to January 8th you didn't talk to
5  a single human being about World Vision's position
6  on marriage; is that correct?
7      A   Correct, not that I'm familiar with, no.
8  It was only after the job offer was rescinded that I
9  had seeked -- sought out legal help and had
10 expressed that to other people.
11     Q   To be clear, my question is not just about
12 legal help.  I'm asking about anyone whatsoever.
13     A   Before the January 8th?
14     Q   Before January 8th.
15     A   No, not that I can remember.  Because like
16 I said, it didn't feel like a threat to me, because
17 I knew World Vision was an EEOC employer, so them
18 not believing -- or them having the Christian views,
19 if you will, that marriage is between a man and a
20 woman was just -- that's what it was, you know,
21 that's what they thought and that was it.  It was
22 almost like a just little like part of the
23 application and then we move on.
24     Q   Let's go from you complete the online
25 application, you have the video interview.  And I'm

Aubry McMahon
February 24, 2023

Page 210

1  sorry, you may have said this, but what happened
2  next in the process?
3       A    After the video interview?
4       Q    Yes.
5       A    I think you had said this E-mail was sent
6  about the supplemental application --
7       Q    Yes, you're right.
8       A    -- to fill out.  And before I had
9  mentioned how between I believe it was probably this
10 and the official offer letter there was a holiday,
11 which I believe now was Christmas, where Catherine
12 Miolla said it might take her a little bit to get
13 back to me, but that was because of the holidays.
14 So I believe this application, maybe I talked with
15 Catherine again and then the holiday and then we
16 talked again after that.
17      Q    Thank you.  That's helpful.  On the
18 references, I believe you said you don't remember
19 who you provided as references; is that correct?
20      A    Correct.
21      Q    Did any of your references share their
22 reference with you or were those completely
23 confidential from you?
24      A    I think they were confidential, yeah,
25 because they -- I think I just gave Catherine the

Page 211

1  references and then just let her take it from there.
2       Q    So after Christmas, after the holiday,
3  what happens next?
4       A    I guess -- I don't remember if I got the
5  offer or offer letter before or after Christmas, but
6  I believe that that came next.  Because I think she
7  had to wait for the references and then, yeah, so I
8  believe maybe the offer letter, but I'm not a
9  hundred percent sure.
10      Q    Let me upload another document.  We'll
11 mark this Exhibit 12.  It's documents Bates number
12 P00009 and 000010.
13                  *  *  *
14           (Whereupon, the above-mentioned
15           document was marked for
16           identification as Exhibit-12.)
17                  *  *  *
18 BY MR. WARD:
19      Q    If you would, please, Ms. McMahon, please
20 take a look at it and see if you recognize this
21 document.
22      A    Yeah, I recognize it for sure.
23      Q    What is it?
24      A    Oh, sorry.  It was the offer letter that
25 was sent to me I believe by Catherine Miolla about

Page 212

1  World Vision wanting to hire me for the customer
2  service rep job.
3       Q    Is this what you were thinking of when you
4  talked about getting the offer next?
5       A    Yeah.  Yeah.
6       Q    Let me ask you a few questions about this
7  job.  First of all, in the first paragraph it refers
8  to the full-time position of donor/customer service
9  representative trainee, DSR trainee.  Is that your
10 understanding of the job that you were offered?
11      A    Yeah.  Yeah, for sure.  It is kind of
12 confusing, because the Indeed application I believe
13 had a different title.  Everything had kind of
14 different titles, so it was just another title.
15 But, yeah, I guess that's the one I was officially
16 hired for.  Yeah.
17      Q    In the sentence near the bottom of that
18 paragraph says, Consideration for employment as a
19 donation services representative one is dependent
20 upon successful completion of the training and
21 evaluation program predicted to be between 9 and 11
22 weeks.  Did you understand that this position that
23 you had been offered was only for 9 to 11 weeks?
24      A    The position was only 9 to 11 weeks?
25      Q    That's right.

Page 213

1       A    No.  I thought it was like for a
2  probationary period.  Like most jobs have the 90-day
3  or set probationary period where they see how you're
4  doing and if they want to continue on with you as
5  their employee.  But I didn't know this job was only
6  9 to 11 weeks long.
7       Q    Do you see the last sentence of that
8  paragraph, Should a separation occur you'll be
9  eligible for payment for hours worked only?
10      A    Yeah, I see that.
11      Q    So did you understand that to relate to
12 the training program of 9 to 11 weeks?
13      A    I guess.
14      Q    Let me ask it a different way.  Did you
15 understand at the time of receiving this offer
16 letter that you had to go through 9 to 11 weeks of
17 training?
18      A    Yeah, I knew there had to be training.
19 But I still considered being hired as an employee,
20 because I think for most jobs you have to have a
21 training or most jobs -- like my current job -- or
22 my past and current job has had -- most of them have
23 had the 90 days probationary period where they see
24 how you do, they train you, see if you'll be a good
25 fit and then go from there and either continue to

Page 214

1  have you as an employee or I guess fire you.  So
2  that's kind of how I interpreted it, as all jobs
3  need training, especially a call center type job
4  with different software, different scripts and
5  things like that.  So I think I interpreted it more
6  as like a, You're hired as an employee, however, we
7  will have like a 90-days followup to see how you're
8  doing and go from there kind of thing.
9       Q    Did you understand -- go ahead.
10      A    Did that answer the question?
11      Q    I think so.  Did you understand that if
12  you didn't complete the training successfully
13  would no longer be employed with World Vision?
14      A    I guess at that point, no, I didn't
15  understand that.  I thought of it -- I mean, I
16  guess.  I guess I didn't really worry about it,
17  because I've never not done well in one of the
18  probationary periods.  So I've never worried about,
19  you know, being fired after that 90 days.  So for me
20  I felt like it was more of just like a, I don't
21  know, I don't want to say warning, but just a, Hey,
22  we want to make sure all our employees do a great
23  job, so for 90 days we have you on our radar and
24  then if we feel like you're doing great then you'll
25  move on.  So that's how I interpreted it, I think.

Page 215

1  I don't know if that answered your question.  I'm
2  sorry.
3       Q    Would you agree this offer letter is clear
4  that you have to complete the training in order to
5  remain employed by World Vision?
6       A    Yeah.
7       Q    Thank you.  Let's keep moving.  What is
8  the next thing that occurs after you receive this
9  offer letter dated January 5th, 2021?
10      A    At that point I did -- I know I looked
11  back at the offer letter to see if there were any
12  mentions of like employee perks, if you will, or
13  benefits.  So at that point I had E-mailed Catherine
14  Miolla asking if, because I was pregnant, if -- and
15  so I was referencing the 90-day probationary period
16  in my head of like a lot of employers that you work
17  for you're not eligible for benefits until after
18  that probationary period.  So I E-mailed her because
19  I knew if my start date was in January -- I mean,
20  sorry, February 1st of 2021, that by the time I was
21  supposed to have ███████ I wouldn't be eligible for
22  full benefits, if you will, if World Vision offered
23  anything.
24           So I asked Catherine, because I felt
25  like it was kind of a unique situation, if there

Page 216

1  would be any wiggle room or allowance for me to take
2  off time, whether it be a day or so, to have ██████
3  and all of that.  So I did E-mail her asking that.
4  Because a lot of times, at least like in my
5  experience, when you're hired they give you like an
6  employee handbook or just like -- or just tell you
7  about different benefits and whatnot.  So I hadn't
8  heard about that, so that's why I E-mail Catherine
9  about that.
10      Q    At this time were you still experiencing
11  the vomiting from the hyperemesis?
12      A    Yeah, I believe I was.  But like I said,
13  it wasn't as severe.  It was maybe once or twice a
14  day.  I was still nauseous all day, but I was on I
15  think three or four different medications to help
16  with that.  So at that point it was manageable and I
17  felt like I had no choice in a sense of I needed to
18  work, I wanted to work, I needed to feel a sense of
19  purpose.  And so I was willing very much so to make
20  it work.  Which is also what attracted me to the
21  job, was the fact that it was a work-from-home, like
22  I mentioned before.
23      Q    Did you think you'd be able to fulfill the
24  requirements in the job description we looked at
25  regarding hours and timeliness?

Page 217

1       A    Yeah, for sure.  I'm definitely a morning
2  person, so World Vision's hours and the time change
3  wasn't going to be an issue.  I was willing to make
4  it work.  And Jaclyn, I remember specifically
5  talking to her about the 9 to -- or the training, I
6  didn't remember at the time if I mentioned that it
7  was 9 to 11 weeks, but saying that I had to do
8  training that was full-time.  So she was going to be
9  on maternity leave.  So I asked if we could figure
10  out a way for her to be ███████'s sole provider
11  during the time I was doing the training.  So that
12  was definitely something that we coordinated and I
13  felt confident that I would be able to fulfill that
14  requirement.
15      Q    I'm going to upload a document that we can
16  mark as Exhibit 13 to your deposition.
17                      * * *
18           (Whereupon, the above-mentioned
19           document was marked for
20           identification as Exhibit-13.)
21                      * * *
22  BY MR. WARD:
23      Q    These are documents that are numbered from
24  Plaintiffs production, from your production, P0080
25  and 0081.  Please take a minute and look at these

1    and let me know when you've had a chance to review
2    them.
3         A    (Witness complies.)  Okay.
4         Q    Do you recognize this document?
5         A    Yes.
6         Q    What is it?
7         A    That was the E-mail I guess that I sent to
8    it looks like Catherine Miolla asking about the not
9    necessarily maternity leave, but if I would be able
10   to have any time off since I was going to have
11   ███ and I did give reference to my wife.  And
12   then we set up a time to talk on the phone.  And
13   then at the last page I guess Catherine Miolla said
14   that there was a discrepancy in my interview process
15   so they were trying to resolve the discrepancy and
16   we're going to rescind the job offer.  And then I
17   had --
18        Q    Sorry, please go ahead.
19        A    Then I responded and asked if I could, I
20   guess, reschedule a call and asked what the
21   discrepancy was.
22        Q    So just to summarize this and make sure
23   that I understand correctly, this looks like an
24   E-mail thread that begins on Tuesday, January 5th
25   with your E-mail to Catherine Miolla.  It has a

1    series of exchanges between you and Catherine Miolla
2    and it concludes with your E-mail on Friday,
3    January 8th, 2021 at 5:08 p.m.; is that correct?
4         A    Yes.
5         Q    And is this a true and correct copy of the
6    E-mails that you and Catherine Miolla exchanged
7    during that time period?
8         A    Yes.
9         Q    Are there any E-mails that you're aware of
10   missing from this thread?
11        A    No, not that I'm aware of.
12        Q    So to the best of your knowledge, this is
13   a true and accurate capture of that entire E-mail
14   correspondence, correct?
15        A    That's correct, yeah.
16        Q    Great.  If I can kind of walk through this
17   with you, I have a few questions to ask you.
18        A    Uh-huh.
19        Q    In your first E-mail on January 5th for
20   the first time you say, My wife and I are expecting
21   our first baby in March.  Was there a reason that
22   you specifically mentioned your wife in this E-mail?
23        A    Not that I can remember.  No, there was no
24   specific reason except that that's just how I refer
25   to us, as my wife and I.  I think if anyone in that

1    situation would say, my husband and I or my wife and
2    I or whatever it may be.  So it was just I think the
3    way I typed it out.
4         Q    I'm a little bit confused by the idea that
5    if this was a 9 to 11 week training program, how
6    were you envisioning that you would get time off
7    when you needed to go through 9 to 11 weeks of
8    training?
9         A    I don't think at the time that I really
10   thought about it as a training, training.  I think I
11   more so, like I mentioned, thought of it as a
12   probationary period of where I would be expected to
13   work.  And it would be training, but more so like I
14   would kind of be thrown into it, like shadow
15   somebody or that sort of thing versus kind of like
16   what it seems like to be like -- almost like a
17   classroom training, very strict.  I thought it was
18   more like hands-on.  This day you'll be shadowing
19   this person, this day you'll be following -- well,
20   not following obviously, but, you know, maybe on a
21   call, if you will, with the manager to see kind of
22   how he works and handles things or something like
23   that.
24             So I don't think I thought of it as a
25   very strict, strict training.  I thought of it as

1    more of the probationary period where I would be an
2    employee that was just needing a couple days off,
3    but that also would get right back into working and
4    continuing to learn about the job and the role and
5    things like that.  So hopefully that makes sense.
6         Q    I believe you testified earlier that your
7    wife, Jaclyn, was taking maternity leave.  How long
8    a leave was Jaclyn taking?
9         A    I don't remember the exact amount of time,
10   but I believe it was six weeks.
11        Q    So how long a maternity leave did you
12   think you would need to take?
13        A    I mean I had just kind of assumed -- I
14   didn't exactly know when ███ was going to be
15   born, but I didn't really have an expectation to
16   give myself a maternity leave.  Because this job
17   position was work from home, I would be able to --
18   it's not like I had to be well enough to walk into
19   the office or this, that and the other.  From my
20   understanding I could still sit in our little office
21   and be able to take care of myself in a sense of not
22   overexert myself or things like that.  I just felt
23   like it was going to be manageable also with my
24   experience and I felt like it was going to be not an
25   easy job, per se, but something that I was very

Page 222

1  comfortable with.
2        So I didn't have any worries about
3  what I thought was like a probationary period or
4  anything like that.  So in terms of a maternity
5  leave, I didn't really expect to have one because I
6  think also financially we wouldn't have been able to
7  do that.  So to me, I was just going to do the best
8  I could.
9     Q   I'm still a little confused, because you
10  knew there was you used the term probationary period
11  to describe 9 to 11 weeks.  How did you envision
12  being able to do well in that period if you were
13  taking time off because of an understandable reason,
14  a newborn baby?
15     A   So I didn't, like I said, I didn't think I
16  was going to take much time off.  And when I
17  E-mailed them asking if I would qualify for any time
18  off I thought that -- I guess I thought that maybe
19  they would make an exception for if █████ was born
20  on a Saturday maybe, you know, wait until I got home
21  from the hospital and then we can continue training
22  that next day.  Because I had at least from the
23  start -- the job was going to start on February 1st
24  and my due date with █████ was March 8th, so I
25  thought that would be at least over half the

Page 223

1  training I guess would have been done.  So if
2  anything it would be towards the end of the
3  probationary period, and so I had hoped that I would
4  have built up trust enough and shown that I was
5  going to be a good employee enough to where I could
6  just have that -- just have some time off.  So....
7     Q   So the next communication in this E-mail
8  thread is Catherine Miolla to you on Tuesday,
9  January 25, 2021, so the same day as your E-mail, a
10  little bit later.  And she asked to talk with you.
11  "Do you have time tomorrow afternoon to discuss by
12  phone," and it asked if she could call you around
13  4:00 p.m. EST.  Do you recall getting that E-mail at
14  the time?
15     A   I don't recall getting it like right at
16  that time.  Again, I don't remember getting an
17  E-mail notification and opening my phone, but I'm
18  sure I got that E-mail.
19     Q   So there is no further communication in
20  this thread until 24 hours later, Wednesday, January
21  6, 2021, at 7:14 p.m., so literally a little more
22  than 24 hours.  And Catherine Miolla E-mails and
23  says, "I don't believe I heard back from you."  Why
24  didn't she hear back from you?
25     A   If you look at the next E-mail I

Page 224

1  apologized to her and then I referenced -- or said
2  that my sister, my triplet sister was getting
3  married and I was in the wedding.  We also had
4  family in town, so I was dealing with that.  So I
5  was busy with that and I didn't know -- or assumed
6  there was any urgency in her needing to talk to me,
7  because I had already had the offer letter.  So
8  that's why I think if I knew that she needed to talk
9  to me right away then I would have called or she
10  would have called me.  So I think mostly just the
11  fact that my sister was getting married, so I was
12  tied up with that and I didn't think it was anything
13  that needed to be answered right away.
14     Q   At this point you had received the offer
15  letter.  You had communicated back an acceptance
16  of it, had you?
17     A   I remember I believe I signed it and
18  then -- on the Word document and then sent it back
19  to Catherine.
20     Q   Thank you.  So let's go back to Exhibit
21  12, if you don't mind.  I'm seeing something with
22  a -- on the second page it looks like a blank for
23  Docu-sign and a date of January 9th, 2021.  I'm not
24  seeing what you're referring to as having signed the
25  offer letter.  Since this is the version that your

Page 225

1  counsel produced to us in discovery I would think
2  this would be the most meaningful one.  Are you
3  thinking of some other document?
4     A   No.  But I do remember trying -- when I
5  was sending this to Casey I do remember having to go
6  look back in my E-mail to see if I had the offer
7  letter.  And I believe it was a link that you had to
8  click on to open the offer letter, which might be
9  why it wasn't signed in the one I screen-shotted to
10  him.  But I don't -- I don't know why I wouldn't
11  have signed it.  So I may have just not -- I don't
12  know if I have a copy of the signed one, because I
13  think once you sign it it just like goes away and
14  says like, Thank you for signing it and it was sent
15  back to Catherine.
16        So I honestly feel like I signed it,
17  because it was just a quick little insert thing.
18  You can do it either on your phone, write it out, or
19  you can choose a font.  And I do remember that, but
20  I don't -- so I don't know if this was the actual --
21  obviously it's not I guess the actual one that I had
22  assumed I signed.  But I would assume I would have
23  signed it as soon as I got it.
24     Q   During this time between getting the offer
25  letter and it being rescinded on Friday, January 8,

Aubry McMahon
February 24, 2023

Page 226

1  2021 who did you talk with about the offer letter?
2      A    Before it was rescinded?
3      Q    Yes.
4      A    I don't think -- if anything probably
5  Jaclyn to tell her I got the job. Also probably my
6  family to tell them I got the job and that was
7  probably it, unless there were, you know, a couple
8  other people that knew I was applying or whatnot.
9  But that would be the only thing, just to tell them
10 that I got the job.
11     Q    Let's continue through what happened next.
12 So on Wednesday, January 6th at 7:40 p.m. you
13 replied saying, Friday at 1:00 p.m. EST -- or,
14 sorry. It looks like Catherine replied saying,
15 Friday at 1:00 p.m. EST, and no reply from you for
16 24 hours until Friday itself. And she followed up
17 in saying, "Does 1:00 p.m. work for you? Give me a
18 call today." Why did it take another 24 hours for
19 you to respond to her?
20     A    I don't remember, but I'm going to assume
21 that it was probably either between my sister's
22 wedding or the pregnancy complications. I don't
23 remember exactly why it would have taken me that
24 long, but I don't think -- kind of like I said, it
25 didn't seem to be something she needed to talk to me

Page 227

1  about urgently, so I felt like it was okay to -- not
2  that I was purposely not answering, but I didn't
3  think that it was urgent where I had to pick up my
4  phone or check my E-mails, that sort of thing. So I
5  think I was able to E-mail her whenever I got the
6  time, which it always seemed to be in the morning or
7  at night that I was able to respond to her, so....
8      Q    I think earlier in the day you testified
9  that you didn't remember exactly when your sister's
10 wedding was. I would appreciate if you would
11 confirm that information and let us know exactly the
12 date on which the wedding occurred. Your counsel
13 can provide that to us and that would be helpful.
14     MR. WOLNOWSKI: Kindly provide the
15 request. It seems it's either in interrogatory
16 or perhaps a document request at your
17 convenience. Once received we'll take it under
18 advisement.
19     MR. WARD: Thank you.
20 BY MR. WARD:
21     Q    Miss McMahon, let's keep looking at this
22 letter. You said it was great to talk at 1:00 p.m.
23 Eastern Time on Friday. And you said that at
24 11:00 a.m. on Friday.
25     A    Uh-hum.

Page 228

1      Q    Did you talk on the phone to Catherine
2  Miolla at 1:00 p.m. on Friday, January 8, 2021?
3      A    We didn't talk at that point. I think she
4  called me and I wasn't able to answer. I don't
5  remember why I wasn't able to answer, but then --
6  yeah, so I didn't end up talking with her at 1:00.
7      Q    Did you get a call from her at 1:00?
8      A    I believe I did, yeah.
9      Q    Did you get any additional attempts at
10 calls from Catherine Miolla?
11     A    Not that I can remember. Just the
12 follow-up E-mail I believe at 5:00 and then I had
13 gotten back to her right away and said that I could
14 reschedule the phone call. And then I think she
15 called me right around that point. Maybe she knew I
16 was by my phone or whatever, so she just I think
17 gave me a call. I believe it was right around maybe
18 like 5:30 on January 8th.
19     Q    So what were you doing at 1:00 p.m. on
20 Friday, January 8th, 2021?
21     A    I have no idea. I don't know.
22     Q    But you had your phone?
23     A    I'm not sure. I know I did at 11:00 a.m.
24 because it says sent from my iPhone. But I'm not
25 sure if I had it at that exact time.

Page 229

1      Q    What's your best recollection about what
2  you were doing at 1:00 p.m. on Friday, January 8th,
3  2021?
4      A    I guess probably with the way things were
5  going I may have been asleep because of the
6  pregnancy complications. Honestly, I could have
7  been throwing up. I may have been at a doctor's
8  appointment, which I'm happy to look back and see if
9  I happened to be at a doctor's appointment at that
10 time. But I can do some investigating for you into
11 where I was or what I was doing at that time, but I
12 don't remember and I don't even know. I barely
13 remember my life back that far.
14     Q    Thank you. So at 5:00 p.m. you get this
15 E-mail from Catherine Miolla, 5:00 p.m. on
16 January 8th. And in that one she says, "Since I've
17 not heard back from you to resolve the discrepancy
18 I'm rescinding the job offer that was extended to
19 you on January 4th." Do you remember receiving that
20 E-mail?
21     A    Yes.
22     Q    And you replied very quickly, it looks
23 like within eight minutes. Do you remember what you
24 were doing when you received that E-mail?
25     A    I was actually in the bath. And I

Aubry McMahon
February 24, 2023

Page 230

1  generally -- during my pregnancy taking baths was my
2  like comfort.  So I always would eat dinner and then
3  get in the bath.  So I know I was in the bath most
4  likely on my phone at that point, yeah.
5      Q   So what happened next in this process
6  after this exchange of E-mails?
7      A   As far as I remember I was -- I remember
8  opening the E-mail and being shocked, because I was
9  confused why -- like why Catherine was pulling back
10 or rescinding the job offer so quickly, because I
11 had been communicating with her as much as I could,
12 when I could.  And then I wasn't sure what
13 discrepancy she was referencing.  So I immediately
14 was shocked and so I believe she called me or I may
15 have called her job.  I don't remember.  But after
16 that E-mail that same night we had talked on the
17 phone.
18     Q   Do you remember about what time you
19 talked?
20     A   I don't.  But it was pretty immediate,
21 immediately, within an hour I would say.  Within an
22 hour after that, because like I said, I was in the
23 bath I believe when I got that E-mail.  And our
24 phone call I was -- in the beginning of our phone
25 call I was also in the bath, which is a little

Page 231

1  weird, but....
2      Q   So about how long did that phone call
3  last?
4      A   I believe it was about five minutes, five
5  ten minutes maybe.
6      Q   So five to ten minutes.  Who was in that
7  phone call?
8      A   I remember answering the phone and it was
9  Catherine and she said that somebody else with HR
10 was on the phone with me, maybe her supervisor or
11 something, but I don't remember exactly who.  I did
12 find out later from Casey that it was Melony.  But
13 at the time I think she introduced herself real
14 quick and that was it, so....
15     Q   So did you record a part of that call?
16     A   Yeah, I did.
17     Q   Why did you record it?
18     A   So I did not -- well, okay.  So I did not
19 record part of that call, my wife Jaclyn did.
20 Sorry.  But part of that phone call on my behalf, if
21 you will, was recorded.  It was recorded by my wife,
22 though.
23     Q   So just to clarify, when I asked who was
24 involved in that call you referred to Catherine
25 Miolla and to someone who has since been identified

Page 232

1  as Melony.  You didn't mention your wife was part of
2  that call.  But I take it she was also part of that
3  call?
4      A   So when Catherine initially called me it
5  was just Catherine and Melony and I was in the bath.
6  So I started to panic I guess internally, got very
7  anxious and so I got out of the bath and went and
8  sat on the couch next to Jaclyn.  And I did have the
9  phone on speaker phone.  So I was sitting with
10 Jaclyn and I had the phone on speaker phone.  But
11 when you asked that question I thought you meant
12 when the call was made.  But, yeah, Jaclyn was on
13 the phone call about like halfway through the
14 phone -- about halfway through the phone call.
15     Q   Thank you for clarifying.  You recorded a
16 short amount of the call it sounds like.  Let me
17 rephrase that actually.  How much of the call did
18 you record?
19         MR. WOLNOWSKI:  Objection.  Misconstrues
20    prior testimony.
21         MR. WARD:  I'm happy to rephrase it.
22 BY MR. WARD:
23     Q   You testified that your wife Jaclyn
24 recorded the call.  How much of the call did Jaclyn
25 record?

Page 233

1      A   So at the time I didn't know but -- and I
2  didn't know that she had recorded it until after the
3  fact.  And I believe -- I still don't know how long
4  that recording is.  I believe Casey has spoken to me
5  about like 35 seconds or something, 37 seconds.  But
6  that was all I knew in terms of how long it was.  I
7  found out throughout this process with talking with
8  Casey.
9      Q   Did you disclose at any point to Catherine
10 Miolla or Melony that part of the call was being
11 recorded?
12     A   No.  Because I didn't even myself know
13 that it was being recorded.  And I guess speaking
14 for Jaclyn, she didn't say anything either.
15     Q   Thank you.  That's helpful.  So Jaclyn
16 recorded it without your knowledge at the time that
17 she was recording it?  Is that what you just
18 testified?
19     A   Yeah.  But so it was like we were sitting
20 on the couch and she was sitting next to me and I
21 did not -- I wanted her to be there more so because
22 I couldn't believe what I was hearing and I was
23 anxious, kind of panicking.  So I wanted her for
24 moral support and also to hear what was happening,
25 because I was very shocked.  And so I guess she had

Aubry McMahon
February 24, 2023

Page 234

1  started recording.  I didn't know at the time she
2  was recording until after the phone call ended, in
3  which she told me that she did record it.  So at the
4  time she didn't communicate it with me, but
5  afterwards, like after the call ended, she told me
6  she did.
7          And just with my prior experience
8  with my dad, he's a commercial real estate agent, so
9  he's done -- he knows a lot of legal stuff, not a
10 lot, but I did know that North Carolina was a
11 one-person kind of -- I don't know the correct
12 terminology, but basically you just needed one
13 person to know that you were recording something and
14 then that was okay.  Because we were in North
15 Carolina when the phone call took place.
16    Q    So did you listen to the recording on that
17 same day?
18    A    Yeah.  Yeah, I listened to it right after
19 the phone call.
20    Q    And was any other part of the call
21 recorded other than the 35 seconds that you just
22 referred to?
23    A    Not that I'm aware of or have ever been
24 aware of, no.
25    Q    Let me go ahead and upload that recording

Page 235

1  just so we can all listen to the same thing
2  together.  I believe we are on Exhibit 14.  Give me
3  one second.
4                    * * *
5          (Whereupon, the above-mentioned
6          recording was marked for
7          identification as Exhibit-14.)
8                    * * *
9  BY MR. WARD:
10    Q    I'll represent to you that this is the
11 recording that was produced to us by your counsel,
12 Mr. Wolnowski.  If you would, please listen to that
13 35 seconds after it's uploaded.
14    A    You want me to listen to it?
15    Q    Yes, please.
16    A    Is it going to play so everybody else can
17 hear it?  I don't mind.  Can everybody hear that?
18    MR. SZYMANSKI:  Yes.
19 BY MR. WARD:
20    Q    Yes.
21    A    Sorry.  Can I play it?
22    Q    Please.
23          (Whereupon, a recording was played.)
24 BY MR. WARD:
25    Q    Thank you.  Is that an accurate recording

Page 236

1  of part of your phone call with Catherine Miolla and
2  Melony on February 8th, 2021?
3    A    Yes.
4    Q    Was that the entire length of what was
5  recorded or is there any other portion that was also
6  recorded?
7    A    That's the only part that I know that was
8  recorded.  I don't know of anything else, yeah.
9    Q    You said that your wife, Jaclyn, recorded
10 that.  Earlier I asked you questions about who you
11 communicated with about World Vision's standards of
12 conduct and the possibility of working at World
13 Vision.  I want to ask that question in a different
14 focus now.  Who, if anyone, did your wife Jaclyn
15 talk to about the possibility of your working for
16 World Vision?
17    MR. WOLNOWSKI:  Object to form.  You can
18 answer.
19    THE WITNESS:  I know that she definitely
20 talked with her parents.  Just like my parents,
21 they're actively involved in our lives.  That's
22 all that I know of.  She probably also would
23 have talked to my parents and family as well if
24 she was in the same room when it came up.  But
25 in terms of anybody that she would have told,

Page 237

1  it would be her parents if I didn't tell them.
2  BY MR. WARD:
3    Q    My question had been specific to the
4  possibility of your working at World Vision.  I'm
5  going to ask the same question with a different
6  focus.  Prior to January 9th, 2021 who, if anyone,
7  did your wife talk to about the World Vision
8  standards of conduct?
9    MR. WOLNOWSKI:  Object to form.  Aubry,
10 you can answer.
11    THE WITNESS:  Nobody that I know of.
12 BY MR. WARD:
13    Q    I'm still a little confused, because
14 earlier when I limited my question to up to
15 January 5th it evoked a privilege assertion from
16 your counsel.  And I tried to work around that and
17 respect the privilege.  I just want to confirm, did
18 you have any discussions with any legal counsel
19 prior to January 9th, 2021?
20    A    No -- prior to January 9th, I think maybe
21 January 8th after the job offer was rescinded I may
22 have done some Googling and may have contacted Casey
23 and them.  I don't think so, but if it was before
24 January 9th it would have been the night of
25 January 8th.  But that would have been only after

Aubry McMahon
February 24, 2023

Page 238

1   the job offer was rescinded because of them --
2   because of the marriage discrepancy was -- did I
3   contact anybody for legal help or for any reason
4   regarding that.
5        Q    Thank you.  I appreciate you clarifying
6   that.  Is it fair to say World Vision's policy on
7   marriage as a biblical covenant between a man and a
8   woman was the sole reason that the offer of
9   employment was rescinded?
10       A    I think that it was rescinded because they
11  found out that I was gay and that I was married to a
12  woman, which went against their beliefs.
13       Q    So their beliefs were the reason that the
14  offer was rescinded?
15       A    Yeah.
16       Q    So walk me through the conversations that
17  you had with your wife after that phone call.  What
18  did you two talk about?
19       A    I know after that phone call I was very
20  upset.  I felt defeated, I felt less than.  I
21  absolutely regretted sending that E-mail that
22  referenced my wife, because I felt like if I hadn't
23  said "my wife" I would have continued on with the
24  job.  And I was very frustrated that this great
25  opportunity that I was looking forward to got taken

Page 239

1   away from me or rescinded from me because of
2   something that I felt like was a really terrible
3   reason.  So I know that I was definitely upset.  I
4   definitely was confused.
5             Like I've referenced before, Jaclyn
6   knows a lot more about biblical things as well as
7   about legal things when it comes to the LGBTQ
8   community, whether that be marriage laws and things
9   like that.  So at that point I just wanted to
10  understand, because like I mentioned before, World
11  Vision stated on their -- they state on the website
12  that they're an EEOC employer and I knew the EEOC
13  protects LGBTQ rights, if you will, or
14  discrimination based off of sex and things like
15  that.
16            So at first I was really confused and
17  I didn't understand why or how they could -- why or
18  how World Vision could rescind the job offer,
19  because in my eyes it's illegal because it's
20  discriminating against me because I'm gay and
21  because I was in a same-sex marriage and happened to
22  mention it.
23       Q    So what did you and your wife talk about
24  doing next in light of the job offer being
25  rescinded?

Page 240

1        MR. WOLNOWSKI:  I object on the grounds
2   that this request calls for spousal-privileged
3   materials and I --
4        MR. WARD:  Please complete your sentence.
5        MR. WOLNOWSKI:  Under the circumstances
6   I'll direct my client not to answer those
7   questions.
8        MR. WARD:  Counsel, I'd like to make my
9   record on the spousal privilege.  What is it
10  you're asserting is covered by the spousal
11  privilege?
12       MR. WOLNOWSKI:  The communications with
13  respect to her wife as it relates to the
14  question interposed.
15       MR. WARD:  What's the foundation for the
16  spousal privilege?  Are you referring to a
17  state law privilege, a common law privilege?
18       MR. WOLNOWSKI:  I've made my objection.
19       MR. WARD:  You've also instructed the
20  witness not to answer, so I have a right to
21  make my record.
22       MR. WOLNOWSKI:  Aubry, do you understand
23  the question?
24       THE WITNESS:  No.
25

Page 241

1   BY MR. WARD:
2        Q    So my question was simply what did you and
3   your wife talk about doing next after the job offer
4   was rescinded.
5        MR. WOLNOWSKI:  You can answer.
6        THE WITNESS:  At that point we talked
7   about seeking legal action, we talked about not
8   seeking legal action.  However, from my Google
9   search, you know, treading lightly, World
10  Vision has at least 30,000 employees, I
11  believe.  Odds are there are other employees
12  that are either -- gay in marriages with
13  same-sex partners, so I found it very, very,
14  very hard to believe that out of 30,000
15  employees at least -- and I'm using 30,000 just
16  from what I remember.  It could be different.
17  There could be more or less.  But from that
18  many people there, in my opinion, is no way
19  there is not another employee that is in a
20  same-sex relationship.
21       And I thought about -- or we thought about
22  we were scared to take legal action, because I
23  mean we are half the time in fear of being gay
24  as it is.  But with legal action comes opening
25  your lives into something like this.  So

Aubry McMahon
February 24, 2023

Page 242

1  anyways, ultimately we wanted to take legal
2  action because we felt as advocates, if you
3  will, and supporters of the LGBTQ community
4  that we would be doing a disfavor, dishonor,
5  whatever you want to call it, to the LGBTQ
6  community if we did not pursue this.
7      And even so much so when World Vision
8  offered us a settlement I believe maybe to not
9  take -- a settlement to not do something legal,
10 I don't know what the settlement was for, but
11 when they offered us a settlement we said we
12 are not taking it.  Because if we take it and
13 run with it that's not fair to the other LGBTQ
14 community, you know, people who may be in this
15 same situation but may not be able to take
16 legal action or may not have known that they
17 could take legal action or things like that.  I
18 think for a while we did juggle with whether or
19 not we wanted to take legal action and I
20 actually found Nisar Law Group off of TikTok.
21 It's a social media platform where you post
22 videos and such.  I had seen Casey's --
23     I don't know if, Casey, if he's your boss.
24 Do you know who I'm referring to?
25     MR. WOLNOWSKI:  Ms. McMahon, just try to

Page 243

1  answer the question to the best of your
2  recollection.
3      THE WITNESS:  Okay.  So I found them off
4  of TikTok and I knew they did a lot with
5  employee/employer discrimination.  So I decided
6  to contact them and they had wanted to help.
7  So from there they made me feel confident and
8  like I was doing the right thing, so we decided
9  to pursue it.
10 BY MR. WARD:
11     Q    Thank you, Ms. McMahon.  I do want to be
12 clear.  I'm not asking you to tell me anything about
13 your conversations with your counsel.  That is
14 absolutely something that we respect the privilege
15 on.  So if my question seems like it's asking that,
16 it's not and that is an area where your counsel -- I
17 support the invocation of privilege.  But that's
18 helpful.  I understand little bit more about what
19 you and your wife were thinking.
20     You mentioned several times World
21 Vision's EEO statement.  I'm going to upload and
22 mark Exhibit number 15 to your deposition.
23     * * *
24     (Whereupon, the above-mentioned
25     document was marked for

Page 244

1     identification as Exhibit-15.)
2     * * *
3  BY MR. WARD:
4      Q    If you would, please take a look at that.
5      A    (Witness complies.)  Uh-hum.
6      Q    I'm going to represent to you that this is
7  a document that we produced to your counsel in
8  discovery.  You'll see it's got the markings on the
9  bottom of the page 000045 and following.  This is
10 the EEO statement from the World Vision website.  Is
11 this the EEO statement that you were referring to
12 previously?
13     A    Yeah, I believe so.
14     Q    Very good.  Thank you.  Can I draw your
15 attention to the very first page on the far left
16 where the EEO statement says, Are a Christian.  You
17 follow Jesus and agree wholeheartedly with our
18 statement of faith or the Apostles' Creed.  Simply
19 put, God's great love is what unites our staff.
20 It's the reason for all we do.  Did that shape your
21 understanding of what the EEO obligations of World
22 Vision were?
23     A    I don't know, but I think so.  Because in
24 both of those there is no reference to like gay
25 marriage, so I felt like as a Christian, if you

Page 245

1  will, that I was in alliance with that part as well.
2      Q    And if I can direct your attention to the
3  top of page three, the last page, where they
4  actually set forth the Equal Opportunity Employer
5  statement, it's very small print, so you'll have to
6  probably Zoom in.
7      A    Yeah.
8      Q    But do you see the second paragraph of
9  that statement?
10     A    Yeah.
11     Q    That says, Pursuant to the Civil Rights
12 Act of 1964, Section 702 42 U.S.C. 2000e(1)a, World
13 Vision has the right to, and does, hire candidates
14 who agree with World Vision's statement of faith or
15 the Apostles' Creed and conduct themselves in
16 accordance with our religious beliefs.  Did you see
17 that at the time you were looking at the World
18 Vision EEO statement?
19     A    Yes.
20     Q    So you understood that that was part of
21 what World Vision required of its employees?
22     A    Yeah, I guess.
23     Q    Thank you.  Let me take us back a little
24 bit to the timeframe after the rescission.  I just
25 want to know the date, I don't want to know the

Aubry McMahon
February 24, 2023

Page 246

1  content.  At what point -- at what date did you
2  first contact anyone about legal representation
3  against World Vision?
4       A    I believe it was probably that same night
5  that the job offer was rescinded, which was January
6  8th, 2021.
7       Q    Other than legal counsel who else did you
8  talk with about the rescission of the job offer?
9       A    I talked with Jaclyn that night and then
10  beyond that date my family, Jaclyn's family, a
11  couple close friends and I think that's it.
12       Q    I used the word talk.  Same question with
13  a broader word, just to be sure I'm not
14  misunderstanding or being misremembered.  Other than
15  legal counsel with whom did you communicate in any
16  way about the rescission of the job offer?
17       A    The people I had previously listed.  I did
18  also tell the managers of the Queen City Counseling
19  job that I was given -- or that I took on in May, I
20  did tell them I wasn't aware of how long the legal
21  process was, so I did just say, as I wanted them to
22  know, that I was currently in a lawsuit for a job
23  position that was rescinded from me when they found
24  out I was gay.
25             I only told my current employer when

Page 247

1  I found out that the deposition was coming.  I just
2  said that I needed time off to do a deposition for a
3  lawsuit that I was in.  I didn't say really what it
4  was about, but those were the only ones -- or other
5  people I believe I've had communication with beyond
6  family members, some friends and employers.
7       Q    Did your wife, Jaclyn, have any
8  communication beyond what you've just identified for
9  yourself about the same subject matter?
10             MR. WOLNOWSKI:  Object to form.
11       Ms. McMahon, you can answer.
12             THE WITNESS:  Not that I'm aware of.
13  BY MR. WARD:
14       Q    Did you post anything to social media
15  related to the rescission of the job offer of World
16  Vision?
17       A    Not that I'm aware of.
18       Q    If I told you you posted to Facebook
19  following the rescission of the job offer, would
20  that refresh your recollection?
21       A    The only thing I would have remembered
22  posting would be in that CALM group where I asked
23  for -- if anybody had like legal, a legal person I
24  could talk with.  But I don't feel like I used World
25  Vision's name or anything, because I had been taught

Page 248

1  or heard throughout the years that in legal matters
2  you're supposed to stay quiet, if you will, and not
3  talk about it, post about it unless it's with close
4  people that you trust.  So that would be the only
5  thing, would be just asking for any lawyer
6  recommendations or just like a job situation or the
7  fact that I got a job offer rescinded or fired or
8  whatnot because the employer found out that I was
9  gay.
10       Q    If I told you that your Facebook page had
11  more than 100 comments and --100 responses and 80
12  comments to a post about the rescission of your job
13  offer by World Vision, would that surprise you or
14  would that refresh your recollection?
15       A    I don't remember that, honestly.  Do you
16  have it?
17       Q    At any point did you remove a posting from
18  Facebook about this?
19       A    Not that I'm aware of.
20       Q    Interesting.
21             MR. WOLNOWSKI:  Is that a question?
22             MR. WARD:  Interesting is not a question.
23       Did you at any point remove anything is a
24       question.
25             MR. WOLNOWSKI:  I believe Ms. McMahon is

Page 249

1  here to answer questions, not to listen to your
2  opinions on whether she did or didn't do
3  something.
4             MR. WARD:  I'll continue asking questions,
5       Counsel.
6  BY MR. WARD:
7       Q    So just to be clear, you have no
8  recollection of posting anything to Facebook other
9  than possibly something in the -- was it the CALM
10  Facebook page?
11       A    Yeah, the CALM Facebook page.  And I do
12  remember posting that, but I don't remember anything
13  beyond that.  I do remember Casey advised me not to
14  post anything.
15             MR. WOLNOWSKI:  Objection.  Please answer
16       his question.  What we discuss is privileged by
17       attorney/client privilege.
18             THE WITNESS:  Okay.  So there may have
19       been a time I went back and deleted that post,
20       but I don't remember.
21  BY MR. WARD:
22       Q    Would you have retained a copy of that
23  post in some form?
24       A    No.
25       Q    Would the CALM group be able to obtain it?

Aubry McMahon
February 24, 2023

Page 250

1    MR. WOLNOWSKI:  Object to form.  You can
2    answer.
3    THE WITNESS:  I could ask.
4    BY MR. WARD:
5    Q    That would be great.  Thank you.
6    MR. WARD:  Counsel, we'll probably serve a
7    follow-up discovery request on that front.
8    MR. WOLNOWSKI:  Sounds like a subpoena
9    would be a better thing to serve, but I'll take
10   it under advisement.
11   BY MR. WARD:
12   Q    Miss McMahon, do you remember any other
13   communications about this lawsuit -- pardon me, let
14   me rephrase that.  Do you recall any other
15   communications about the rescission of your job
16   offer by World Vision beyond what you just testified
17   to?
18   A    No.
19   Q    Let me ask you few more questions, if I
20   may.  I did want to explore a little bit the impacts
21   on your health and wellbeing following the
22   rescission of the job offer.  Can you tell me --
23   you've alleged damages for both physical injury and
24   other injuries.  Can you please tell me, what's the
25   basis for those claims of damages?

Page 251

1    A    I'm not sure what you mean by basis, but I
2    think emotional damages for sure.  Even during this
3    deposition you can obviously tell that it still
4    affects me to this day.  So definitely emotional
5    damages.
6    Q    When you say emotional damages, I
7    understand emotional distress.  Can you tell me, has
8    that somehow converted into a physical injury of any
9    sort?
10   A    No.
11   Q    Have you seen any medical professionals
12   for any harm that you think you've suffered as a
13   result of the rescission of the job offer by World
14   Vision?
15   A    Physical harm?  No.  Emotional harm, I've
16   been consistently in therapy for the past seven
17   years, so it's definitely something that has come up
18   with my therapist.
19   Q    So you've discussed it with a therapist
20   you were already seeing for other reasons; is that
21   right?
22   A    Yeah.
23   Q    Have you seen any psychological or mental
24   health professionals beyond your existing therapist
25   for any harm related to the rescission of your job

Page 252

1    offer by World Vision?
2    A    No.
3    Q    Have you had to obtain any sort of
4    treatment for any harm related to the rescission of
5    your job offer by World Vision?
6    A    No.
7    Q    And when you refer to the emotional
8    impact, has that manifested in any financial expense
9    to you?
10   A    I mean definitely taking on -- having to
11   take off time for work to do these things, legal
12   things, if you will.  Beyond that, not that I can
13   think of.  I mean except for, you know, therapy.
14   But, yeah.
15   Q    If I may ask, what is the rate you pay for
16   the therapy sessions, just so I know that number,
17   please?
18   A    I do have health insurance, but I know
19   that my therapist rate I believe is $150 an hour.
20   Q    Did I understand correctly you don't pay
21   that out of pocket because it's covered by your
22   health insurance; is that right?
23   A    Right.
24   Q    Can you identify for me any medications
25   that you've been prescribed related to the

Page 253

1    rescission of your job offer by World Vision?
2    A    Un-un.  No.  Yeah, there is none.
3    Q    And have you had any lost wages as a
4    result of the rescission of your job offer by World
5    Vision?
6    A    I mean I would say up until, if this
7    counts, from the time the job offer was rescinded or
8    supposed to start to the time that I was able to get
9    another job.  I don't know if that counts.
10   Q    Forgive me, I think you testified to this
11   earlier, but what was the date that you got another
12   job?
13   A    I don't remember the exact date, but it
14   was in May of 2021.  But I could get you that date
15   if you need it.
16   Q    Thank you.  At the outside you would be
17   claiming, at most, lost wages related to January
18   8th, 2021 to some point in May 2021; is that
19   correct?
20   A    Yeah.
21   Q    Did you receive any unemployment
22   compensation during that period between January 8th,
23   2021 and May of 2021?
24   A    I did, whatever was shown on the Exhibit.
25   However, if I would have been employed by World

1  Vision I would have no longer qualified for those
2  benefits.  So they would have stopped immediately as
3  I started the World Vision position.
4      Q    On that unemployment compensation, if you
5  don't mind, let's all quickly look back.  I believe
6  it was Exhibit 7.  It looks to me like that stopped
7  as of March 13th, 2021.  What was the reason that
8  that stopped?
9      A    It was the COVID benefit, I believe, was
10 when that was cut off.
11     Q    Thank you, yes.  I appreciate that.  I had
12 forgotten that.  Is it fair to say that the only
13 compensatory damages of any form that you're
14 claiming are the lost wages you think you would have
15 earned from the rescission of the job offer on
16 January 8th, 2021 until you obtained new employment
17 in May of 2021?
18     MR. WOLNOWSKI: Object to form.  You can
19 answer.
20     THE WITNESS:  I don't know what
21 compensatory means.
22 BY MR. WARD:
23     Q    Understood.  Compensatory usually refers
24 to compensation for the injury that you've suffered.
25 Let me put it in a different phrase.  Is it fair to

1  say that the sum total of any lost economic benefit,
2  medical expense, mental health expense or similar
3  wellbeing expense is limited to the compensation you
4  would have received from World Vision between the
5  rescission of the job offer on January 8th, 2021 and
6  your obtaining new employment in May 2021?
7      MR. WOLNOWSKI:  Object to form.
8      THE WITNESS:  I mean I personally don't
9      feel that way.  I think that emotionally it
10     definitely took an impact.  And I feel like I
11     am in therapy longer than I would like to be
12     and more than I would like to be because of it,
13     because it's taken away from other important
14     things I'm in therapy for.  So, yeah, that's in
15     my opinion.  I don't know if that's allowed,
16     but, yeah.
17 BY MR. WARD:
18     Q    So is it fair to say, then, that whatever
19 that additional damage is, it would essentially be
20 the cost of the additional therapy that you've been
21 receiving from your regular mental health counselor?
22     MR. WOLNOWSKI:  Object to form.
23     THE WITNESS:  Yes.  And just speaking in
24     terms of payment as of right now, the rate that
25     I told you in terms of insurance and such is

1  based off of this year.  So I'm always -- I can
2  look back and see what I was paying for my
3  therapist at the time between, either like a
4  copay or deductible or whatever.  I can, you
5  know, look back if that's something you guys
6  need as well.
7  BY MR. WARD:
8      Q    Thank you.  One more question and I hate
9  to bring back painful memory, but you testified
10 earlier that the delivery with █████ was -- I
11 believe your word was terrible.  And based on what
12 you described that sounds like a good description.
13 Was there a time when you were unable to work
14 because of the terrible experience that you had and
15 the damage that that inflicted on you?
16     A    You know, like you said, it was terrible
17 as an emotional situation.  However, physically I
18 was still able to walk around as best I could, go to
19 the grocery store, care for █████, but just with a
20 catheter.  So it didn't stop me from being able to
21 live day-to-day life, if you will, thankfully.  It
22 just took me longer than I had anticipated to
23 physically recover.  But like I said, I was fine to
24 take care of █████ and do day-to-day duties, if
25 you will.

1      Q    Thank you.  That's helpful.  Let me ask
2  another question or two, then it might be time for
3  us to take a brief break and move towards wrapping
4  thing up.  I just want to be very clear on this.
5  The first point at which you engaged any sort of
6  legal counsel related to this matter would have been
7  January 8th, 2021 at the earliest; is that right?
8      A    Yes, after the job offer was rescinded.
9      Q    Okay.  Thank you.
10     MR. WARD:  Why don't we take a five-minute
11     break and come back on and I'm hopeful that we
12     are just about done here.
13                    * * *
14     (Whereupon, a brief recess was taken.)
15                    * * *
16 BY MR. WARD:
17     Q    Ms. McMahon, I think I've covered what I
18 need to cover and I'd love to let you go before we
19 hit the time limit.  If I may just ask one more
20 question, why do you want to sue World Vision?
21     A    I touched on it a little bit before, but I
22 want to sue World Vision because I feel like I was
23 discriminated against based off of being in a
24 same-sex relationship or being gay or married or,
25 you know, in a same-sex marriage because -- yeah, I

Aubry McMahon
February 24, 2023

Page 258

1 felt or feel discriminated against. And I really
2 would have loved to work in that position and I feel
3 like I really would have obviously, based off of how
4 just being offered the job, I felt like I would have
5 been a great employee. And even talking about
6 probationary periods, at the job I'm at now, after
7 their probationary period I was promoted. So I
8 think that I would have hopefully done the same and
9 exceeded World Vision's expectations.
10           But in terms of deciding to sue them,
11 it was because I felt discriminated against. And
12 also, like I mentioned, we juggled with it, but I
13 felt I would be doing a disservice to any other
14 LGBTQ community members, if you will, that were
15 either employed already by World Vision and have to
16 keep their marriage a secret because they're in a
17 same-sex marriage or because they're gay. So for
18 those people, but also from other people that are
19 scared to stand up for themselves and seek -- or
20 just say, Hey, this isn't fair. This is illegal.
21 And I feel like I deserve better and so does
22 everybody else.
23           So main thing -- main two points, I
24 guess, was because I was discriminated against based
25 off of my sexual orientation, you know, being

Page 259

1 married to another woman and also because, as I've
2 mentioned, my wife and I are huge advocates for
3 different causes, one being the LGBTQ community and,
4 you know, advocating for them and standing up for
5 them is something that I feel I'm doing by taking
6 this action.
7    Q    Thank you. I realize I said one more
8 question. That's not entirely right, but I'll be
9 quick. I assume you did see the settlement letter
10 that World Vision sent back over a year ago and were
11 able to consider that?
12    A    Yeah, uh-huh.
13    Q    Does it change your perspective at all to
14 think about the funds that are the being spent for
15 this lawsuit are funds that are not going to the
16 work that World Vision does in caring for children
17 and protecting women in situations where they are
18 being disempowered?
19    A    No, I don't feel bad at all. I feel that
20 was World Vision's choice. Although I chose to take
21 legal action, it was their choice to rescind the
22 offer knowing that it was illegal. So I really
23 don't feel bad. I feel like, you know, whatever
24 happens, happens with this lawsuit. But I feel like
25 good things could come from it, so I'm hopeful. And

Page 260

1 World Vision has 30,000 employees and, you know,
2 they have moved on in that sense without me and I
3 have moved on without them, so I don't feel bad at
4 all. And I have other ways that, myself personally,
5 I'm doing my own good for the world. So what World
6 Vision chooses -- or is losing because of me is not,
7 you know, in my realm of worry.
8           MR. WARD: Ms. McMahon, thank you for all
9     of your time today. I appreciated the chance
10    to speak with you. Thank you very much. I'm
11    all done.
12          THE COURT REPORTER: Would you both like a
13    copy of the transcript?
14          MR. WOLNOWSKI: Mr. Ward, will you be
15    providing us a copy?
16          MR. WARD: Yes, we'll provide a copy to
17    Casey.
18                     * * *
19          (Witness excused.)
20                     * * *
21          (Whereupon, the Zoom deposition concluded
22    at 5:50 p.m. EST)
23                     * * *
24
25

Page 261

1                     I N D E X
2                      * * *
3    WITNESS: Aubry McMahon
4    QUESTIONED BY:                          PAGE
5    Mr. Ward                                   4
6
7
8                    E X H I B I T S
9                      * * *
10
11   NUMBER              DESCRIPTION          MK'D.
12   Exhibit-1           Notice Of Deposition    9
     Exhibit-2           Bonfire Printout       71
13   Exhibit-3           CALM printout          73
     Exhibit-4           Bonfire Printout       76
14   Exhibit-5           Bonfire Printout       80
     Exhibit-6           Resume                120
15   Exhibit-7           Employee Benefits     127
     Exhibit-8           Job Posting           147
16   Exhibit-9           Confirmation E-mail   188
     Exhibit-10          E-Mail Thread         188
17   Exhibit-11          E-mail                205
     Exhibit-12          Job Offer Letter      211
18   Exhibit-13          E-mail                217
     Exhibit-14          Recording             235
19   Exhibit-15          EEO Statement         243
20
21
22
23
24
25

Aubry McMahon
February 24, 2023

Page 262

```
1              C E R T I F I C A T I O N
2
3
        I, Karen A. Stevens, a Court Reporter
4   and Notary Public, do hereby certify the
    foregoing to be a true and accurate transcript
5   of the proceedings in this matter, as
    transcribed from the stenographic notes taken
6   by me.
7
                    [signature: Karen Stevens]
8               Karen A. Stevens
                Court Reporter
9               Notary Public
10              2/28/23
11
12
13
14      (The foregoing certification of this
    transcript does not apply to any reproduction
15  of the same by any means, unless under the
    direct control and/or supervision of the
16  certifying reporter.)
17
18
19
20
21
22
23
24
25
```

Page 263

```
1   Errata Sheet
2
3   NAME OF CASE: AUBRY MCMAHON, -against- WORLD VISION, INC.,
4   DATE OF DEPOSITION: 02/24/2023
5   NAME OF WITNESS: Aubry McMahon
6   Reason Codes:
7       1. To clarify the record.
8       2. To conform to the facts.
9       3. To correct transcription errors.
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25              _____
```

Aubry McMahon
February 24, 2023

---

### Exhibits

EX 0001 Aubry
 McMahon 0224
23
 9:10,15
 10:16 261:12
EX 0002 Aubry
 McMahon 0224
23
 1:4 71:13,20
 74:18 79:16,
 17 261:12
EX 0003 Aubry
 McMahon 0224
23
 74:5,11,18
 75:3 261:13
EX 0004 Aubry
 McMahon 0224
23
 77:7,12 80:4
 261:13
EX 0005 Aubry
 McMahon 0224
23
 80:9,14 85:1
 261:14
EX 0006 Aubry
 McMahon 0224
23
 120:4,8
 187:3 261:14
EX 0007 Aubry
 McMahon 0224
23
 127:17,22
 254:6 261:15
EX 0008 Aubry
 McMahon 0224
23
 147:23 148:2
 186:10
 261:15

EX 0009 Aubry
 McMahon 0224
23
 187:23 188:3
 261:16
EX 0010 Aubry
 McMahon 0224
23
 188:20,25
 261:16
EX 0011 Aubry
 McMahon 0224
23
 205:19,25
 261:17
EX 0012 Aubry
 McMahon 0224
23
 211:11,16
 224:20,21
 261:17
EX 0013 Aubry
 McMahon 0224
23
 217:16,20
 261:18
EX 0014 Aubry
 McMahon 0224
23
 235:2,7
 261:18
EX 0015 Aubry
 McMahon 0224
23
 243:22 244:1
 261:19

---

### $

$10
 125:13
$12
 125:12
$13
 150:3
$15
 124:25 125:2

130:12
 150:2,7
 190:3,5
$150
 252:19
$17
 130:17
$32,000
 124:10,11
$4,000
 78:25
$50
 45:24 151:22
$800
 78:23

---

### -

--100
 248:11

---

### 0

000010
 211:12
000045
 244:9
0081
 217:25
03
 181:9

---

### 1

1
 9:10 10:16
10
 33:3 44:15
 125:12 134:1
 188:20
100
 248:11
11
 149:13,20
 181:5 205:19
 212:21,23,24

213:6,12,16
 217:7 220:5,
 7 222:11
11:00
 227:24
 228:23
11:25
 54:12
12
 15:17 42:19
 136:4 190:3,
 5 211:11
 224:21
13
 136:4 144:8
 150:1,18
 217:16
13th
 254:7
14
 136:4 235:2
14-day
 44:15
14th
 119:24
15
 54:2 134:1
 138:15
 150:4,12,17,
 22 190:10
 243:22
16
 83:10,23
 130:13
 138:15
17
 130:13
 150:16 190:9
18
 24:21
18th
 206:16
1964
 245:12
1994
 23:16

---

Aubry McMahon
February 24, 2023

**1:00**
226:13,15,17
227:22
228:2,6,7,19
229:2

**1:08**
116:10

**1:48**
116:15

**1st**
189:23
215:20
222:23

---

**2**

**2**
71:13 74:18
79:16,17
168:5

**20**
89:11 124:6

**2000e(1)a**
245:12

**2012**
13:12

**2013**
13:12 105:10
121:15

**2015**
89:10,17
105:10
121:20
122:16
124:3,5

**2016**
105:12

**2017**
29:13 57:3,4
89:17 90:24

**2018**
28:16,17,18
29:12 64:19,
20 65:7
89:10,17
90:24

**2019**
25:18,21,22
28:16,25
29:11 31:9
123:7,11
124:6

**2020**
12:6 25:25
29:2,4,11
33:15 35:1
57:4,22
66:5,6,8
77:2 78:2,7
105:24 106:4
121:2 123:8,
11 125:16
126:12
128:10 129:3
130:21
131:6,7,8,
15,21 132:12
134:21
139:21
189:23 197:2

**2021**
25:22,23,25
29:3 43:12
76:7 128:10,
14,15,16,20
129:3,10,19
208:19,21,25
215:9,20
219:3 223:9,
21 224:23
226:1 228:2,
20 229:3
236:2 237:6,
19 246:6
253:14,18,23
254:7,16,17
255:5,6
257:7

**2022**
119:24

**21**
40:12

**24**
223:20,22

226:16,18

**24/7**
30:10

**25**
223:9

**250**
78:24

**28,000**
127:11

**28079**
11:23 12:13

**2:49**
104:22

**2nd**
23:20

---

**3**

**3**
74:5,18 75:3

**30**
12:1 28:8
109:9

**30,000**
241:10,14,15
260:1

**30th**
23:16

**35**
233:5 234:21
235:13

**37**
233:5

**39**
40:2 43:19

**3:42**
185:22

**3:49**
186:1

**3D**
39:10

---

**4**

**4**
77:7 80:4

**42**
245:12

**45**
24:5 109:9

**45-minute**
13:1

**4:00**
223:13

**4th**
190:16
191:20,23
197:2
204:14,15
207:15
229:19

---

**5**

**5**
62:2 80:9
85:1

**50**
133:12

**50/50**
117:11

**500**
62:3

**5008**
11:22

**501C3**
153:4,5,8

**5:00**
228:12
229:14,15

**5:08**
219:3

**5:30**
228:18

**5:50**
260:22

**5th**
215:9 218:24
219:19
237:15

Aubry McMahon
February 24, 2023

---

**6**

**6**
  43:12 120:4
  187:3 223:21
**6045**
  12:12
**6th**
  128:16
  226:12

---

**7**

**7**
  127:17 254:6
**702**
  245:12
**7:14**
  223:21
**7:40**
  226:12

---

**8**

**8**
  147:23
  186:10
  225:25 228:2
**80**
  248:11
**8th**
  208:19,21,25
  209:4,13,14
  219:3 222:24
  228:18,20
  229:2,16
  236:2
  237:21,25
  246:6
  253:18,22
  254:16 255:5
  257:7

---

**9**

**9**
  149:13,20
  181:5 187:23
  212:21,23,24
  213:6,12,16
  217:5,7
  220:5,7
  222:11
**90**
  107:15
  213:23
  214:19,23
**90-day**
  213:2 215:15
**90-days**
  214:7
**9th**
  224:23
  237:6,19,20,
  24

---

**A**

**A-T-R-I-U-M**
  119:18
**A-T-W-O-O-D**
  36:5
**a.m.**
  227:24
  228:23
**A/k/a**
  102:21
  121:23
**abandonment**
  95:24
**abide**
  164:6
**ability**
  6:18,24
**able**
  6:9 7:3 17:8
  31:7 35:2
  38:24 39:2,
  17 40:9

---

  41:21 42:23
  44:10,12
  48:22 50:23
  56:20 60:13
  61:4 83:13
  103:23
  127:10
  157:12,13
  162:15
  173:15
  196:10
  199:17
  201:7,22
  216:23
  217:13 218:9
  221:17,21
  222:6,12
  227:5,7
  228:4,5
  242:15
  249:25 253:8
  256:18,20
  259:11
**above**
  164:21
  173:11
**above-
mentioned**
  9:13 71:18
  74:9 77:10
  80:12 120:6
  127:20
  147:25
  188:1,23
  205:23
  211:14
  217:18 235:5
  243:24
**absolutely**
  38:20 50:18
  57:10 93:16
  183:1 196:23
  238:21
  243:14
**abuse**
  195:19
**academy**
  27:22,23

---

**accept**
  93:25 95:19
**acceptable**
  162:16
**acceptance**
  69:22 224:15
**accepted**
  20:20 65:4
  100:21 130:5
**access**
  10:4
**accessible**
  139:3
**accidentally**
  31:16
**accommodate**
  6:9
**accommodation
s**
  136:19
**accordance**
  245:16
**accurate**
  6:18,24 7:3
  76:9 85:2
  88:8 120:22
  156:16 183:8
  186:10
  188:16
  196:25
  219:13
  235:25
**acknowledged**
  65:3
**Acres**
  48:10,12,14
  49:8,16
  52:12 138:25
  153:23
  154:11,13,
  15,16,24
**act**
  17:14 180:13
  245:12
**action**
  66:25 91:1
  209:1 241:7,

---

8,22,24
242:2,16,17,
19 259:6,21

**actions**
21:23

**active**
63:3,18

**actively**
126:20,25
236:21

**activities**
34:10 66:12
107:3 154:19

**activity**
67:13

**actual**
12:9 39:25
43:11 166:7,
8 225:20,21

**ad**
111:1,3

**add**
71:24

**additional**
118:23 119:1
124:12 228:9
255:19,20

**address**
11:21 12:4,
8,9,15

**administering**
155:7,19

**administrativ
e**
121:14 125:8
132:22

**admit**
155:11

**adolescents**
58:12

**adopt**
50:6,7 67:6
137:23
138:18

**adopting**
11:9 68:8

**adoption**
11:8,14,16
138:6,13

**adult**
111:23

**adultery**
97:15

**adults**
34:20

**advertise**
67:19

**advice**
135:24

**advised**
249:13

**advisement**
227:18
250:10

**advocacy**
63:4

**advocate**
68:2 81:9
94:11
201:12,23

**advocates**
242:2 259:2

**advocating**
95:20 259:4

**aesthetic**
81:10

**affect**
6:18,23

**affects**
251:4

**affiliated**
107:13,16

**affirmed**
201:6

**affirming**
114:23

**Aflac**
124:19

**afraid**
37:19 69:20
95:1,9
107:22
108:12,24

**Africa**
13:10

**afternoon**
223:11

**afterwards**
42:21 138:11
234:5

**age**
15:17

**agency**
123:3

**agent**
234:8

**aggressive**
81:13

**ago**
16:5 20:17
23:3 150:3
259:10

**agree**
16:16 67:8
69:13 156:16
160:23,24
161:22
162:5,8,10
164:6,14
166:18 168:5
169:2 173:7,
12 183:6
184:15,16
186:9 198:5
199:12 215:3
244:17
245:14

**agreeable**
10:8

**agreed**
199:4,5

**agreement**
151:8 166:10
201:10,11,15

**agrees**
166:13

**ahead**
5:10 32:8
70:8,9 71:15
74:4 121:16

129:17 145:6
214:9 218:18
234:25

**aid**
58:3 114:10
118:8,9,10,
11 119:4,5
122:4 131:17

**aids**
71:12

**airy**
80:24

**alcohol**
52:2 195:19
198:14

**align**
20:7 37:3

**aligned**
122:1 196:14

**alignment**
195:4

**alive**
70:13 79:15,
20 82:21
83:7,13,18

**alleged**
250:23

**allergic**
55:14

**alliance**
245:1

**allied-ship**
69:23

**allow**
13:15

**allowance**
216:1

**allowed**
9:17 40:22
92:4 99:11
165:11
168:10
172:14
199:21
255:15

**allowing**
174:16

Aubry McMahon
February 24, 2023

alongside
  13:23
alternative
  170:2
amazing
  6:6 13:25
Amazon
  61:18
America
  45:4
amount
  73:16 126:22
  159:24 221:9
  232:16
amy
  51:4
analogy
  167:7,8
anatomical
  101:20
anatomy
  87:1
anemia
  40:18
anemic
  40:16 42:25
angel
  17:1 50:14
  67:4
angle
  170:13
angry
  174:18
animal
  50:6
animals
  55:5,12
answer
  4:24 5:5,10,
  12,18,25
  19:1 96:4
  101:3 104:2
  162:23 168:7
  170:18,21
  174:2 175:7
  196:3,14,22
  201:5 202:10

204:9 207:20
214:10
228:4,5
236:18
237:10
240:6,20
241:5 243:1
247:11
249:1,15
250:2 254:19
answered
  91:8 105:25
  137:1 167:17
  185:11
  196:16
  197:24 215:1
  224:13
answering
  202:12 227:2
  231:8
answers
  37:25 55:25
  96:1 99:16
  157:25
Anthony
  204:24
anticipated
  256:22
anxiety
  39:4 57:14
  84:12 95:23
  98:12
anxious
  232:7 233:23
anybody
  9:25 68:10
  75:13 95:17
  140:20 158:2
  159:5 185:7
  207:23 208:7
  236:25 238:3
  247:23
anymore
  42:25 73:12
  80:1 133:1
  176:14 183:7
  187:15

anyone
  62:4 66:19
  138:18
  142:23
  184:17 199:2
  201:24
  207:14
  208:14,22
  209:1,12
  219:25
  236:14 237:6
  246:2
apart
  10:7 46:19
apologize
  20:25 88:5
  92:16 104:5
  185:12,14
apologized
  224:1
apology
  21:1
Apostle's
  144:25 164:2
Apostles'
  176:10,11,
  14,18 244:18
  245:15
app
  28:2,6,11
  29:13,19
  89:19 90:5,
  8,11
apparently
  56:5
appeal
  81:10
appetizing
  117:17
application
  133:18
  143:24
  148:14
  186:20,23
  187:6,16
  188:14
  200:20

206:8,14,19
207:4
209:23,25
210:6,14
212:12
applications
  133:22
  134:20
applied
  111:5 112:11
  114:9
  120:21,25
  129:10
  132:6,14
  133:8,23
  137:3 139:8
  142:14 143:7
  148:15 151:3
  172:19
  186:12
apply
  129:20 132:4
  133:3,14
  141:9 143:5,
  21 186:16,
  19,22
applying
  131:22
  132:7,15
  148:23
  149:7,20
  151:5 177:19
  200:10,14
  226:8
appointment
  229:8,9
appreciate
  4:10 15:10
  27:18 88:5
  92:15 104:6
  135:17
  153:21
  170:11
  185:13
  227:10 238:5
  254:11
appreciated
  88:2 260:9

approach
  5:19 13:14
appropriate
  175:11
  177:17
  179:7,12
  200:15
April
  123:4 130:2
area
  9:21 11:25
  31:18 56:3,4
  58:13 60:5
  62:5 63:3,8,
  21 65:23
  67:21 73:19
  75:5 95:9
  104:7 109:8
  119:19 123:4
  190:14 204:1
  243:16
areas
  54:15 56:3
  145:20
around
  15:17 22:17
  26:8 31:2
  33:13 39:4
  43:25 45:15
  50:6 56:23
  58:19 60:16
  66:5 70:1
  76:25 77:2,7
  78:6 80:8
  85:12,16
  94:21 105:12
  107:2 111:23
  123:23 127:1
  140:2 141:12
  178:22
  190:13
  223:12
  228:15,17
  237:16
  256:18
arrangement
  20:13

art
  27:23 60:12
article
  62:13,15
  103:9
artificial
  5:13
artist
  85:18
artwork
  70:3
ashamed
  84:19
Ashley
  103:17
Ashville
  31:25 55:18
asked
  10:24 20:2
  37:4 43:10
  68:9 76:22,
  24 77:22
  98:10,24
  111:8 118:23
  140:23
  146:14
  150:13 152:2
  164:19,20
  167:15 192:5
  193:5 194:10
  195:24
  196:6,12,20
  197:9 199:2,
  3 200:18,22
  201:7 202:6
  207:12,23
  215:24 217:9
  218:19,20
  223:10,12
  231:23
  232:11
  236:10
  247:22
asking
  9:20 45:22
  85:1 119:14
  121:7 151:10
  162:19,21

166:12
168:2,4
173:19 179:3
209:12
215:14 216:3
218:8 222:17
243:12,15
248:5 249:4
asks
  6:15 178:3
  179:10
asleep
  229:5
aspect
  93:23 164:23
aspects
  62:15 192:19
aspiration
  42:9,13
asserting
  240:10
assertion
  237:15
assessment
  189:12
  190:18,24
  191:2,10,13
  204:16,18
assistant
  13:22 24:23
  118:3 121:15
  125:8 132:22
association
  18:8
assume
  34:13 76:17
  78:5 125:14
  144:16
  151:12
  171:19
  192:17
  196:17
  225:22
  226:20 259:9
assumed
  110:6 154:23
  221:13 224:5

225:22
assuming
  115:17
assumption
  196:19
atheism
  163:14
  174:23
atheist
  163:11
  175:19 176:5
Atrium
  119:18,21
  135:3 146:3
attached
  186:23,25
attempts
  228:9
attend
  20:8 67:14
  158:3,13
attendance
  173:5,9
attended
  14:4
attendees
  19:4
attending
  15:5 63:18
  108:17
  160:19
attention
  149:11
  177:13
  244:15 245:2
attorney/
client
  207:18
  208:10
  249:17
attracted
  85:22,25
  87:24 216:20
attraction
  86:23
Atwood
  7:10,17,19,

Aubry McMahon
February 24, 2023

21,23 8:19
9:4 26:23,24
27:1 36:5,7

**Aubry**
4:2 7:9,10,
11 9:2,4
18:25 72:10
92:8,9 101:3
207:20 237:9
240:22

**audible**
6:2

**August**
66:8 77:4
105:10
121:15
131:2,5,7,8,
21

**authentic**
88:3,4 104:5

**authenticity**
185:13

**available**
76:2 128:24

**aware**
137:15
219:9,11
234:23,24
246:20
247:12,17
248:19

**awareness**
70:17 83:5
84:10 91:22
92:21,23
137:18

**awesome**
48:21

———————

**B**

———————

**babies**
111:8

**baby**
38:3 55:9
219:21
222:14

**Bachelor's**
105:23 106:3
117:4 132:9

**back**
13:11 17:10
41:7 42:24
49:11,22
50:3,18,21,
23 51:1
54:4,11
55:3,4,12
86:5 88:15,
21 89:4
99:17 102:13
103:4
104:13,21
108:20,23,25
109:19,22
110:1 116:14
125:6 129:24
130:20
132:11
137:19
139:24 140:7
143:13,18
155:3 158:21
161:9 171:9
172:25
173:22 175:6
176:8,21
177:13 181:3
186:1 194:1,
11 210:13
215:11 221:3
223:23,24
224:15,18,20
225:6,15
228:13
229:8,13,17
230:9 245:23
249:19 254:5
256:2,5,9
257:11
259:10

**background**
19:18 23:14
100:2 189:13
192:6

**backtrack**
23:14 92:1

**backwards**
29:16 43:13

**backyard**
33:16

**bad**
30:25 77:6
92:3 177:3
182:23
259:19,23
260:3

**bailed**
28:4

**balance**
27:25 158:25
159:1

**ball**
116:20,25
136:25

**band**
114:6

**bands**
107:5

**Banff**
25:14

**banner**
72:25

**Baptist**
14:16 107:13,
14,16

**barely**
229:12

**bark**
116:23,24

**base**
166:21
167:14,16,18

**baseball**
103:2

**based**
36:22 47:14
94:25 134:13
141:4 160:22
177:23 185:6
190:5,8
194:18

196:20
239:14
256:1,11
257:23
258:3,24

**basic**
4:21 13:23
49:1 118:9

**basically**
19:20 111:4
180:13
234:12

**basics**
14:17

**basis**
125:3 208:9
250:25 251:1

**basketball**
103:2

**Bates**
211:11

**bath**
229:25
230:3,23,25
232:5,7

**baths**
230:1

**battles**
82:11

**beach**
102:18
111:17
115:19

**bedding**
135:8

**bedroom**
116:21

**bedside**
56:10

**began**
121:14,24
128:19 130:7
131:3 132:14
139:1

**begin**
55:4 119:14
121:10 193:7

Aubry McMahon
February 24, 2023

beginning
28:11 136:1
230:24
begins
121:12
218:24
behalf
201:1 231:20
behaved
108:4
behavior
194:18,19,23
195:5
behaviors
195:3
behind
62:19 103:18
185:4 193:22
belief
16:7 162:6
168:24
169:18 170:3
198:19
beliefs
21:23 71:10
99:14 160:25
161:23
162:9,11
163:3,4
169:23,24
170:6 171:18
175:10,11,15
238:12,13
245:16
believe
10:24 12:5
13:17 14:6,
14,24 15:11,
17 16:22
17:14 19:2
20:4,5 21:5
22:6,12
23:20 25:17
28:15,18,25
31:9 45:24
53:1,15,21
65:7,14
66:2,5 71:13

76:16,24
77:2 78:1,2
89:23 90:2,8
99:11 104:4
105:11,24
107:5 115:4,
8 119:23
120:4,20
121:11
122:18
123:21
124:2,6,10,
25 125:11,23
128:5,16,20
129:21
130:1,6,12,
14,19 131:1,
5,10,19
132:11
133:16 135:1
136:3 137:9
139:11
140:18
141:21
143:14 144:5
145:16
147:23
148:13
150:15
157:11
162:14,17
163:6,15
164:2,4
165:13
169:12,14,
20,21,25
170:1 171:3,
6,11,12
173:10
176:13,14,17
180:6 184:17
185:4 187:2
188:13 189:9
190:1,6,8,12
195:3,13,15
198:12
201:18
204:19,21,22
208:20

210:9,11,14,
18 211:6,8,
25 212:12
216:12
221:6,10
223:23
224:17 225:7
228:8,12,17
230:14,23
231:4 233:3,
4,22 235:2
241:11,14
242:8 244:13
246:4 247:5
248:25
252:19
254:5,9
256:11
believed
20:3 93:22
165:8 200:11
201:2,16,17,
22
believes
18:24
believing
169:12
176:11
201:19
209:18
benefit
128:17,21,23
159:9,14,18,
25 160:14
254:9 255:1
benefits
124:12,13,
16,18,21
125:14 128:7
146:5 150:9,
11,21
215:13,17,22
216:7 254:2
besides
172:18
best
5:5 15:2
23:8 31:3

34:7 76:6
103:23
108:14
198:14
219:12 222:7
229:1 243:1
256:18
better
16:12 19:23
30:21 38:20
40:1 41:3
60:18 62:8
78:22 93:9
105:15
106:23 155:2
156:15 165:7
250:9 258:21
Bible
15:14,19,20,
21,23 16:6,
14 22:17
96:21 97:1,5
98:1,20
155:25 171:3
bible's
97:10
biblical
99:25 115:6
203:19 238:7
239:6
biblically
194:18
big
18:11 52:7
56:13 95:20
106:24
108:22
119:18
144:17
155:13
206:23
bigger
82:11
bills
131:19
bios
154:21

Aubry McMahon
February 24, 2023

**birth**
  11:15 27:1
  40:11,19,20
  41:4,18,20
  43:11
**birthday**
  123:23
**bisexual**
  86:13 87:4
  88:7,20
  89:9,18,21,
  23 90:3
  111:16 176:3
**bit**
  5:13 14:12
  15:12 16:17
  17:10 22:19
  23:13 26:14
  27:6 35:25
  40:4 44:3
  60:10 66:12
  68:18 70:6,
  10 73:2
  83:18 88:1
  96:1 104:8
  105:2,5
  112:1 119:12
  120:3 129:9
  130:5 136:9
  139:23 160:5
  165:2,23
  171:21
  185:19
  186:6,15
  190:15 201:4
  202:11 208:8
  210:12 220:4
  223:10
  243:18
  245:24
  250:20
  257:21
**bite**
  46:21
**black**
  75:22 84:18
**black-colored**
  102:17

**bladder**
  40:14,25
  41:5 42:15
**blank**
  224:22
**blend**
  25:19
**blended**
  97:16
**blessed**
  200:2
**blessing**
  41:10
**blindsided**
  61:10
**blocks**
  189:22
**blue**
  62:6 81:12
**blunt**
  27:11 56:8
  96:19 152:14
  160:12 174:3
  193:20
**board**
  67:22 68:1
  201:14
**body**
  43:25
**bohemian**
  80:24
**boho**
  81:4
**Boiling**
  59:19
**bold**
  81:11
**Bonfire**
  70:3 71:2,14
  72:20,21
  73:11 74:21
  76:1,3,11
  77:8 80:5
  85:2,6
**book**
  33:9 58:20
  59:24,25

  60:8 61:2,
  14,16
**booth**
  53:2,3
**boots**
  103:8
**border**
  31:18
**born**
  23:15,16
  24:21 25:22,
  23 35:16
  41:22,25
  43:12 102:19
  131:14
  221:15
  222:19
**boss**
  242:23
**bother**
  98:25
**bottles**
  44:25
**bottom**
  80:2 148:20
  177:16
  189:18
  212:17 244:9
**bought**
  34:25
**boundaries**
  27:11
**boy**
  102:16,21
**boy's**
  36:12 103:16
**boys**
  63:11
**bracelets**
  49:25
**brain**
  62:19 106:2
**branches**
  18:7
**break**
  5:16,17,19
  54:3 64:23

  104:10,12,13
  105:11
  109:5,23
  112:2 115:16
  116:9,18,19
  117:3 122:13
  133:4 160:5
  179:18
  185:16
  257:3,11
**breakfast**
  82:10
**breaks**
  65:14 173:6
**Brevard**
  59:4
**bridal**
  24:8
**brief**
  54:9 58:13
  104:19
  116:12
  118:19
  185:24
  257:3,14
**briefly**
  4:20 118:1
  194:16
**bring**
  49:20 64:23
  70:7 99:13
  174:11
  187:20
  206:22 256:9
**bringing**
  208:7
**broad**
  203:17
**broader**
  206:17
  246:13
**broadly**
  14:8 145:19
**brother**
  24:11,17
  93:4,12 98:5
  99:7 106:18

brother's
24:7 25:5
brought
49:18,22
110:1 146:18
197:11
browsing
144:24
bucket
50:22 54:22
Buffalo
35:21
bug
46:21
build
13:18 194:20
building
45:14 51:14
built
223:4
bullet
156:20,21
173:3,11
177:15
bumper
64:6
business
39:9 55:23
174:4 203:7
businesses
63:23 67:16
busy
90:17 224:5
butcher
53:18
butter
116:25
button-up
103:10
buying
50:13

————————
C
————————

C-R-E-F-T
12:12

C-SECTION
40:13,14
calendar
27:13
call
63:11 66:24
178:2,7,15
179:14
180:7,17
191:21
192:1,3,23
197:1,17
199:1
204:19,20,22
207:8 214:3
218:20
220:21
223:12
226:18
228:7,14,17
230:24,25
231:2,7,15,
19,20,24
232:2,3,12,
13,14,16,17,
24 233:10
234:2,5,15,
19,20 236:1
238:17,19
242:5
called
10:12 13:5,
16 18:2
27:14,22
28:3 31:17
36:21 48:10
57:1 58:3
59:4,9
63:10,21
70:2 83:3
105:16 111:3
127:7 134:9
135:4 141:19
144:1 159:23
175:21
187:10
198:12,17
201:24

224:9,10
228:4,15
230:14,15
232:4
calling
85:19 179:17
198:25
calls
157:14
179:20 198:8
207:18
228:10 240:2
CALM
63:21 64:7
65:22 66:1,
12 67:24
68:9 71:25
73:18,24
74:6,17
75:8,17
76:2,13,23
94:6 247:22
249:9,11,25
CALM's
76:17
calming
81:14
camp
122:9 131:25
campaign
69:4
campus
45:12,16
59:11,18
105:20
106:10,11
107:23
campuses
12:25
Canada
25:14 115:22
candidates
245:13
cap
103:2
capture
6:5 219:13

car
73:21 75:20
76:19
109:12,13
Cards
8:10
care
13:23 19:14,
21 45:25
46:20,23
54:15 55:21
56:9,15 59:1
66:19 102:24
111:3 113:8
221:21
256:19,24
cared
54:16
career-wise
157:21
caring
27:24 259:16
Carolina
9:23 11:23
12:13 31:19,
25 35:16,17,
18,23 53:2
55:18 57:1
58:12 59:4,
19 60:3
70:18 71:6
75:10 105:8,
18 119:19
125:23 126:9
234:10,15
carpet
51:15
carry
36:25 151:1
carrying
38:3
cars
75:20
case
87:11 132:21
Casey
225:5 231:12

233:4,8
237:22
242:23
249:13
260:17
**Casey's**
168:22
242:22
**cash**
122:19 132:2
**cast**
140:7
**cat**
55:13
**Catherine**
143:8 150:15
187:10,17
189:10,24,25
190:17
204:16
210:11,15,25
211:25
215:13,24
216:8 218:8,
13,25 219:1,
6 223:8,22
224:19
225:15
226:14
228:1,10
229:15 230:9
231:9,24
232:4,5
233:9 236:1
**catheter**
40:25 41:2
56:8 256:20
**caused**
98:12
**cautionary**
142:24
**celebration**
25:13
**center**
58:11 59:3
106:23
121:13,23
123:16 125:9

156:8 165:18
180:7,18
182:5,19
192:23 199:1
204:22 207:8
214:3
**central**
27:22 156:22
157:5,19
160:18
164:21,22
168:6 173:13
174:5,8,17
175:4 184:3,
11
**ceremony**
23:9 25:13
**certain**
22:15 73:13
126:21,22
159:23
**certificate**
27:1 118:25
**certificates**
119:1
**certification**
58:2
**certifications**
117:7,23
118:7,24
**certified**
13:22 118:2
**cetera**
195:21
**challenged**
31:3
**challenges**
30:11
**chance**
4:20 7:14
148:7 188:7
218:1 260:9
**change**
8:14,15
24:24 26:23
91:12 95:17

127:4 217:2
259:13
**changing**
8:7
**chaotic**
110:15
**chapel**
158:4,8,13,
18 159:3
160:2,4,9,
13,20 161:2
**charging**
152:25
**charity**
43:23 71:3
152:8 153:4,
10,17 156:1
**Charlotte**
11:25 12:2
53:2 55:16,
17 57:1,3,21
58:12 60:3
62:16 63:10,
19,20,21
65:13,23
66:16 67:21
68:14 70:16,
17 71:6
73:19 75:4,
10 109:8,9,
10 123:4
134:12 135:2
**chat**
71:14
**check**
17:15 112:10
189:13 227:4
**chemotherapy**
38:16
**Chick-fil-a**
199:24
**chickens**
55:6,7,9
**child**
41:8 52:11,
15,23,25
53:11 83:13

133:1
137:10,24
141:6 142:13
151:22
153:24
192:10 203:4
**child-size**
79:13
**childbirth**
39:25
**childcare**
122:3,4
132:25
**children**
34:20 41:6
49:21 51:11
53:8,23
54:16 84:15
132:1 138:5
154:8,20
174:12 193:1
259:16
**China**
53:14
**choice**
201:19
216:17
259:20,21
**choose**
8:6,15 20:7
36:8 37:21
53:4 164:13
225:19
**chooses**
260:6
**chose**
37:1 103:14,
19 108:20
118:6 259:20
**chosen**
96:25
**Christ**
155:6,19
156:21
157:4,19,23
160:18
164:21,22

168:6
169:13,15
171:12
173:13
174:5,7,17
**Christian**
14:9,13,22
16:18 17:17
22:7 107:5
112:7 151:2,
15,16 152:1
155:23
157:8,10
164:2,8,9
165:12
168:21
169:7,12,14
171:10,16,
18,20 172:5
175:18 176:4
177:7,8
181:12,21
182:2,5
194:13
209:18
244:16,25
**Christian-
like**
17:12
**Christianity**
14:23 15:9
16:1 93:7
100:5 162:9,
11,14 163:6,
14,24
164:10,11,
13,18,24,25
165:9
168:14,15,24
170:25 172:2
175:25 176:1
177:3 201:20
**Christians**
156:8 157:3
164:6 165:4
166:23
167:2,19,23,
25 168:11,

12,20 169:4
194:20
**Christmas**
50:7 67:4
74:1 140:1
210:11
211:2,5
**Christmas-
themed**
26:8
**Christmastime**
26:9
**chronological**
189:19
**church**
12:23,24
13:1,7,9
15:5 17:23
18:1,2,3,11,
15,18,24
19:4,8 20:2,
8,19,23
22:23 23:1
34:15,19
44:5,10,12,
17 45:15
48:7,9,11
51:7,20,22
64:1 69:6
100:3,6,7,
12,17,18
101:8
107:14,16
138:25
151:21
154:12 157:7
160:11
171:23
**churches**
19:8
**circle**
12:12 47:12
73:21 75:8,
21
**circumstances**
200:15 240:5
**City**
58:10,17

75:11,12,15
129:13
130:11
134:15 146:2
246:18
**Civil**
245:11
**claim**
172:21
175:19
**claiming**
185:3 253:17
254:14
**claims**
90:25 175:17
182:18
250:25
**clarifies**
75:13
**clarify**
20:9 90:21
145:7 147:12
169:2 190:4
193:24
231:23
**clarifying**
92:15 115:15
232:15 238:5
**class**
64:23 114:25
115:2,5
**classes**
105:22
131:12,16
**classic**
79:19
**classroom**
106:22
113:18,25
115:12
220:17
**classrooms**
47:17 113:24
**cleaner**
101:15
**clear**
37:12 57:20

151:14
209:11 215:3
243:12 249:7
257:4
**clearer**
68:18
**clearly**
54:16 85:17
117:24
**Cleveland**
121:13,21
125:9
**click**
72:10 225:8
**client**
240:6
**climb**
31:20
**cling**
168:16
**clings**
93:13
**close**
24:2,3 25:4
106:17 117:3
129:5 246:11
248:3
**close-by**
106:12
**closed**
7:13 10:9
**cloth**
34:17
**clothes**
69:10
**clothing**
67:1 97:16
103:10
**club**
63:11
**CNA**
56:6
**coasts**
115:23
**Coca**
44:25

Aubry McMahon
February 24, 2023

code
  153:6 190:7,
  12 198:11
  199:22 200:1
  204:4 207:24
coffee
  28:4,7,12,23
  57:3
coincide
  103:13
Cola
  44:25
college
  56:19 59:16
  61:8 86:17
  106:15,18
  107:23,25
  108:1,11
  110:8 115:21
  116:4
  122:10,12
  158:20,22
  159:21
colleges
  106:20
color
  79:25 81:12
colors
  76:13 81:4,
  6,13
combat
  103:8
come
  7:19 19:17
  49:13,14,15,
  17 54:3
  66:17 84:20
  94:13 95:25
  99:2,8
  104:13
  107:4,8
  111:18
  114:16 122:6
  134:25
  197:12
  202:23 203:8
  251:17
  257:11

259:25
comes
  56:14 75:12
  125:16 169:6
  175:16 239:7
  241:24
comfort
  15:24 230:2
comfortable
  57:7 89:12
  100:22 103:3
  202:2,12,17
  203:22 204:3
  222:1
comments
  61:19
  248:11,12
commercial
  51:20 123:3
  234:8
commitment
  21:9
committed
  90:17 170:15
committing
  97:15
common
  42:10 240:17
communal
  108:8
communicate
  234:4 246:15
communicated
  32:8 224:15
  236:11
communicating
  13:19 230:11
communication
  10:7 203:23
  223:7,19
  247:5,8
communications
  189:10,14
  240:12
  250:13,15

communities
  69:15 97:20
community
  13:3 14:21
  23:10 28:3
  47:21 55:15
  59:22 62:7,
  25 63:18
  64:3,16
  65:2,18
  66:15,23
  67:7,17,20
  69:8,23
  76:15 78:13
  81:3 84:17,
  18 86:10
  87:5,17 94:5
  95:4,22
  96:13,17
  102:8 107:2,
  9 108:23
  112:17 127:7
  160:7 182:14
  239:8 242:3,
  6,14 258:14
  259:3
commute
  105:19 114:2
  126:10
  134:15
companies
  70:21 134:10
company
  60:9 70:21
  72:22 125:18
  126:17,18
  129:11 134:4
  151:7 152:4,
  6 160:9
  167:23
  173:19
  178:24
  181:20
comparing
  115:4
compensation
  124:24
  125:10 126:2

128:12
  130:4,11
  134:11,17
  150:5,14,18
  253:22
  254:4,24
  255:3
compensatory
  254:13,21,23
competent
  6:19,25 7:4
complete
  6:18,24 7:3
  103:6 186:17
  188:7 189:13
  209:24
  214:12 215:4
  240:4
completed
  189:15,16
  204:17
completely
  129:2 138:22
  210:22
completion
  212:20
compliance
  196:1
complications
  83:12 130:23
  134:13
  226:22 229:6
complies
  148:8 188:9
  189:5 218:3
  244:5
comply
  196:10
  201:7,9,10,
  11,14
comprehensible
  197:23
comprehensive
  150:9
compromise
  163:16,22

Aubry McMahon
February 24, 2023

computer
 10:4,6 71:22
 72:11
conceive
 70:25 71:8
 78:6,25
conceived
 85:8
conceiving
 36:19
conception
 78:8
concerns
 96:5
concert
 52:25 141:19
conclude
 128:14
concluded
 128:23
 260:21
concludes
 219:2
conclusion
 86:7
condition
 6:23 183:14
conditions
 184:1,23
conduct
 22:3,7
 193:8,14
 195:4,8,25
 196:10
 197:17
 198:1,12
 199:22 200:1
 201:8 204:4
 207:24
 236:12 237:8
 245:15
conference
 205:12
confident
 196:18
 217:13 243:7

confidential
 210:23,24
confirm
 74:20 191:6
 227:11
 237:17
confirmation
 15:16 188:13
confirmed
 15:17 40:10
confirming
 80:4 191:8
confuse
 183:21
confused
 21:1 160:11
 167:1 174:18
 193:21 208:8
 220:4 222:9
 230:9 237:13
 239:4,16
confusing
 8:13,22
 20:24 99:16
 155:13
 199:14
 212:12
Congratulatio
ns
 24:11 38:1
congregation
 19:4 47:10
connect
 91:22
connected
 45:11 90:5
connection
 15:8 45:21
 86:20 111:20
 141:10,12
 142:3
connects
 92:22
conscience
 17:2,11
 157:6

consider
 12:18 112:19
 259:11
consideration
 97:5 150:8
 212:18
considered
 126:15 136:5
 213:19
consistent
 65:17 181:13
 182:7 194:23
 197:15
consistently
 251:16
consolations
 39:20
Consulting
 129:14
contact
 238:3 243:6
 246:2
contacted
 237:22
content
 117:6 246:1
contents
 208:12
continue
 65:10 213:4,
 25 222:21
 226:11 249:4
continued
 118:6 122:13
 238:23
continuing
 221:4
control
 95:17
controlled
 6:17
controversial
 202:21
convenience
 227:17
convenient
 116:8

conversation
 141:1,8,11,
 15 142:9
 185:13
 191:19
 192:12,14
 196:20
 208:11,12
conversations
 114:15
 238:16
 243:13
converted
 251:8
cool
 32:4 46:3
 47:10 60:12
 82:19,20
 87:22,23
 109:25
 111:5,13
 138:8 139:16
 141:10 142:2
 168:7
coordinated
 143:13
 217:12
coordination
 66:15
coordinator
 143:9
copay
 256:4
copies
 79:12
coping
 60:17
copy
 76:10 80:5
 85:2 120:22
 129:6 186:10
 188:16 219:5
 225:12
 249:22
 260:13,15,16
corner
 148:20

Aubry McMahon
February 24, 2023

corporate
  156:22
  157:8,20
  160:19
  164:23 168:6
  173:14 174:6
corporation
  125:21
correct
  11:2,14 29:8
  51:3 74:20
  76:10 80:5
  121:3 123:12
  125:4 126:6
  129:6 130:16
  148:22 149:6
  158:14 169:4
  177:1 191:7,
  10 196:4,23
  200:11,16
  201:25
  208:19
  209:6,7
  210:19,20
  219:3,5,14,
  15 234:11
  253:19
correctly
  26:22 35:10
  38:4 57:20
  90:3 134:20
  150:2 153:23
  176:23
  203:21
  218:23
  252:20
correspondenc
  e
  219:14
cost
  78:22 141:21
  150:9 190:13
  255:20
couch
  232:8 233:20
counsel
  5:7 10:18
  91:7 148:21

167:4 208:9,
11 225:1
227:12
235:11
237:16,18
240:8
243:13,16
244:7 246:7,
15 249:5
250:6 257:6
counseling
  58:10,11
  70:22 75:12,
  15 129:13
  134:15 146:2
  246:18
counselor
  55:1 255:21
counselors
  59:16
counter
  130:4
counteract
  150:19
countries
  138:6
country
  137:24
counts
  11:12 253:7,
  9
county
  67:21,22
  121:13,21
  125:9
couple
  20:17 24:9
  33:20 35:8
  38:14 53:14,
  22 55:20
  63:25 70:7,
  21 72:5
  78:16 90:6
  101:12
  110:11,21,23
  111:1,9,12
  115:15 117:6
  134:8,10,24

140:22 149:3
150:1 221:2
226:7 246:11
course
  148:21
court
  4:22 5:24
  6:6 9:9
  11:10 29:9
  161:11,17
  260:12
courthouse
  25:11
cousins
  111:15
covenant
  203:20 238:7
cover
  9:20 60:12
  257:18
covered
  240:10
  252:21
  257:17
COVID
  7:12 8:16
  25:18 28:17
  31:7 33:7,
  10,13,25
  34:3 39:3
  40:22 57:5
  65:12,14
  105:19,21
  123:9
  126:13,16
  128:17,21
  254:9
CPR
  118:9 119:6
craft
  48:19
crafting
  34:14
crafts
  154:9
crazy
  44:22 142:16

creamer
  82:1
create
  76:16
created
  49:23 50:3
  73:23 75:4,
  16
creating
  154:8
creator
  165:16
Creed
  145:1 164:2
  176:10,11,
  14,18 244:18
  245:15
creek
  45:1
Creft
  12:12
criminals
  19:6
crisis
  119:7
Cross
  62:6
crowns
  75:12,15
Cryo
  36:21
cryobank
  36:21
cultural
  44:23
culture
  196:2
curiosity
  39:18 79:11
  144:18
  145:24
curious
  22:19 36:18
  78:19 82:22
  143:21
  145:13
  170:11

Aubry McMahon
February 24, 2023

current
  11:21 20:23
  119:17 121:2
  213:21,22
  246:25
curve
  87:19
customer
  132:21
  148:23 149:4
  170:6 179:1
  180:3,18
  191:4,5,16
  200:24
  202:23
  203:11,14
  204:21 212:1
customer's
  191:9
cut
  8:3 142:15
  183:19
  254:10

_____

D

dabbled
  70:19
dad
  52:22 53:4
  55:10 93:17
  137:11 141:6
  142:2 178:21
  234:8
damage
  255:19
  256:15
damages
  250:23,25
  251:2,5,6
  254:13
dance
  86:16
  131:24,25
Darkness
  70:15 83:3

data
  191:8
date
  25:10 26:5
  28:3,7,13
  43:11 66:4
  86:18 129:19
  131:15 187:5
  208:13
  215:19
  222:24
  224:23
  227:12
  245:25
  246:1,10
  253:11,13,14
dated
  90:24 111:16
  215:9
dates
  28:22 29:14
  31:10 44:14
  86:15 106:2
  122:1 123:19
dating
  29:12 89:11
  91:3
daughter
  11:9,16
  25:23 35:5,
  25 37:10,16
  97:6,14
  159:7
daughter's
  26:25 56:15
daughters
  25:3 39:19
day
  43:22 59:12
  99:12 103:1
  136:10
  191:19 200:2
  205:5 216:2,
  14 220:18,19
  222:22 223:9
  227:8 234:17
  251:4

day-to-day
  64:14 98:22
  256:21,24
daycare
  52:17 122:5
  123:16 133:3
days
  43:20 48:20
  85:13 137:20
  213:23
  214:19,23
  221:2
DCS
  180:2
dead
  169:13,15
  170:1,7,8
dealing
  224:4
death
  99:15
December
  25:17,20,25
  26:5 28:15,
  18 29:13
  105:24
  131:15
  139:21 140:3
  189:23
  190:16 197:2
  204:15
  206:17
  207:15
decent
  60:10
decide
  14:25 22:16
  29:22 41:8
  85:22 106:6
  108:16
  113:22
  165:21
  166:5,10,19,
  22 196:8
decided
  7:22 29:24
  31:12 33:11
  91:14 113:16

116:4 140:8
  143:20
  150:21
  243:5,8
deciding
  22:12 106:24
  258:10
decision
  143:5
decline
  170:14
declined
  127:9
decoration
  70:13
deductible
  256:4
deed
  155:7
deeds
  156:1 194:21
deemed
  41:7
deeper
  56:2
defeated
  238:20
Defendant
  146:18
defense
  110:18,19
defenses
  91:1
define
  86:22 165:11
  166:23
  167:1,14,16,
  17 168:11
defines
  163:24 195:9
  202:5
defining
  86:21 169:6
  171:15
  188:15
definite
  39:10 168:17

**definitely**
  15:14 19:10
  20:7 21:13
  27:8,25
  30:6,16 31:4
  32:17 33:25
  37:17 38:22
  41:23 42:10
  50:21 52:15,
  20 53:13
  54:20,24
  55:5 60:17,
  21 61:7,10
  62:7,25 83:6
  84:16 87:14,
  18 89:25
  90:6 95:3
  97:23 100:9,
  19 101:19
  107:21 108:7
  122:8 127:12
  140:14
  150:12
  165:10 174:7
  175:2 178:21
  183:2,6
  204:8 217:1,
  12 236:19
  239:3,4
  251:4,17
  252:10
  255:10
**definition**
  7:24 14:22
  77:23 162:4
  164:10
  168:21
  183:13
  201:20
**definitions**
  93:6 162:6
**degree**
  54:21 105:23
  106:3 113:3,
  9 117:9
  131:11 132:9
**deleted**
  249:19

**delivery**
  42:16 256:10
**delve**
  145:20
**demanding**
  135:11,14
  136:23
**denomination**
  18:8,12,13
  100:4
**denominations**
  18:6,19
**dependent**
  212:19
**depending**
  190:3
**depends**
  104:1
**deposit**
  33:11
**deposition**
  4:11,14,17
  7:4 9:11,21
  10:8,16,17,
  25 77:8
  187:24
  188:21
  205:20
  217:16
  243:22
  247:1,2
  251:3 260:21
**depression**
  84:12 95:24
**describe**
  12:20 14:2,9
  80:23 152:2
  222:11
**described**
  8:5 149:21
  151:13 184:2
  256:12
**describing**
  159:14
**description**
  155:9 159:15
  172:25

  177:14
  180:1,4
  181:4 186:8,
  11,15 216:24
  256:12
**deserve**
  258:21
**deserves**
  84:21
**deserving**
  95:16
**design**
  70:12,20
  75:16 77:18
  78:12 79:23
  80:22 81:6
**designed**
  76:14
**designs**
  71:1,9 72:23
  85:14 104:1
**desk**
  69:1
**destination**
  25:15
**details**
  191:4 193:3
**determined**
  190:8
**determining**
  194:18
**developed**
  28:20
**devotion**
  114:5
**devotions**
  158:4,8,13,
  18 161:2
**diabetes**
  40:5
**diagnosed**
  42:19 136:2
**Diana**
  9:2,4 23:18
**died**
  83:5 165:16

**Diet**
  37:6
**difference**
  157:15
  171:21
**differences**
  44:23
**different**
  14:23 16:2,6
  34:21 38:14
  43:25 46:14
  72:8 73:22
  98:1,8 104:7
  110:5,9,14
  114:3 115:3
  117:23 121:6
  146:14
  151:11 153:2
  164:11 165:3
  168:15,21,
  22,23 169:23
  170:13
  175:10,13
  178:18
  179:23
  183:9,12
  184:8 187:22
  204:11
  212:13,14
  213:14 214:4
  216:7,15
  236:13 237:5
  241:16
  254:25 259:3
**differently**
  93:25 98:17
  178:18
**difficult**
  38:9 130:24
**dimensions**
  159:23
**ding**
  10:13
**dinner**
  28:22 230:2
**dinosaur**
  102:20

dinosaurs
103:25
direct
149:11 204:6
240:6 245:2
directed
108:7
direction
179:24 202:8
dirt
102:18
disability
53:15
disagree
16:13 97:1
198:5
disagreement
16:10 184:3
disclose
233:9
discovery
148:22 225:1
244:8 250:7
discrepancy
218:14,15,21
229:17
230:13 238:2
discriminated
257:23
258:1,11,24
discriminating
239:20
discrimination
239:14 243:5
discuss
207:13
223:11
249:16
discussed
195:14
251:19
discussion
118:20
193:8,12

discussions
237:18
diseases
36:25
disempowered
259:18
disfavor
242:4
dishonor
242:4
Disney
175:22
disorder
58:25 59:15
60:11 70:16
82:24 83:12
108:19
disorders
36:25
disservice
258:13
distinct
139:10
distinguishing
81:15
distress
42:8 251:7
diverse
100:21
diversity
18:18,23
dividing
163:21
divorce
23:5,23
divorced
20:15,17
doctor
39:16 40:13
66:20
doctor's
229:7,9
doctors
135:23 136:6
Docu-sign
224:23

document
9:14 10:12,
21 71:19
74:10 77:11
80:13 120:7,
11,17,23
121:8 127:21
128:2,9
148:1,10
149:12 186:9
187:23
188:2,10,20,
24 189:6
204:12,13
205:24 206:3
211:10,15,21
217:15,19
218:4 224:18
225:3 227:16
243:25 244:7
documents
7:16 205:17
211:11
217:23
dog
30:8 109:10,
12
dogs
55:13 116:20
136:24
184:20
doing
9:21 10:8
13:20 33:14
51:13 55:19
59:7 112:2,
12 144:14,15
145:11 157:7
160:9 180:21
199:8 207:4
213:4 214:8,
24 217:11
228:19
229:2,11,24
239:24 241:3
242:4 243:8
258:13 259:5
260:5

domestic
127:8
donate
65:20 67:5
68:21
donated
66:17 69:4
80:1 84:20
donating
153:11
donation
66:14 212:19
donations
49:20 67:2
69:8 73:25
78:19 192:25
donees
154:7
donor
36:21 37:1,
21 48:22
149:4,5
157:14
178:3,7,8,
10,11,25
179:10 198:8
202:18,23
203:22
donor's
37:7 177:24
179:9 203:7
donor/
customer
212:8
donors
36:24 37:5
152:16 160:2
177:22
192:24
198:25
200:10,15
donors'
177:16 179:6
door
111:6 144:2
145:17

Aubry McMahon
February 24, 2023

dosage
  42:23
double
  81:8
downs
  175:3
draw
  172:8 177:13
  244:14
drawn
  170:12
dreamed
  174:13
dress
  103:7
dresses
  102:14
drew
  28:1 31:4
drink
  5:21 40:7
drive
  13:2 28:5
  44:19,21
drive-
throughs
  199:25
drop
  138:22
dropped
  37:14,15
drove
  44:20
drug
  198:9,13
drugs
  6:16 37:23
  52:2 107:24
dry
  8:3 142:15
  183:19
DSR
  212:9
ducks
  52:20
due
  24:23 52:2

  128:20
  222:24
duly
  4:3
dumb
  103:15
  155:12
duties
  151:4 155:5
  173:4 205:9
  256:24
duty
  27:14 159:16
dweller
  7:24
dying
  30:9

---

**E**

E█████████
  36:4
E-MAIL
  129:25 143:8
  187:17,20
  188:17
  189:9,21,23,
  24 190:16,
  19,21 191:5,
  17 210:5
  216:3,8
  218:7,24,25
  219:2,13,19,
  22 223:7,9,
  13,17,18,25
  225:6 227:5
  228:12
  229:15,20,24
  230:8,16,23
  238:21
E-MAILED
  187:10
  215:13,18
  222:17
E-MAILS
  189:17
  219:6,9

  223:22 227:4
  230:6
earlier
  17:6 44:3
  77:22 88:2
  89:19 107:12
  151:12 171:9
  176:8 221:6
  227:8 236:10
  237:14
  253:11
  256:10
earliest
  85:5,8,10
  257:7
early
  25:17,20
  89:17 115:24
  131:2 138:16
earned
  254:15
ease
  136:9
easier
  6:1 29:9,16
  72:5 74:7
  88:16 120:3
  133:21
easily
  139:3 174:10
Eastern
  104:22
  185:22
  227:23
easy
  8:1 30:13
  221:25
eat
  37:4 59:21
  230:2
eating
  58:25 59:14
  60:11 70:16
  82:24 83:12
  108:19
economic
  255:1

ED
  190:20
education
  104:25 105:5
  113:13
  115:24
  117:3,8
  118:24
educational
  105:3 119:1
EE
  199:9
EEO
  176:9 243:21
  244:10,11,
  16,21 245:18
EEOC
  145:10
  172:22 199:9
  209:17
  239:12
effect
  40:18
effort
  57:25
efforts
  92:22
egg
  55:8
eight
  13:17 35:13
  229:23
either
  7:22 19:5
  28:16 34:4
  51:11 57:15,
  16 59:21
  61:19 65:15
  69:11 70:15
  122:10
  125:12
  130:13
  132:20
  134:10
  136:22
  138:16
  139:25

Aubry McMahon
February 24, 2023

| | | | |
|---|---|---|---|
| 155:23,25 | 256:10,19,24 | 145:15 | encourage |
| 178:12 | E█████'s | 153:15,16 | 194:20 |
| 180:16 | 36:2 43:11 | 154:3 156:10 | end |
| 186:20 | 98:16 102:11 | 158:10,23 | 89:11 105:13 |
| 187:10,11 | 103:14,16 | 159:2,11 | 120:1 121:2 |
| 191:7 202:8 | 217:10 | 160:3,4,14, | 135:23 |
| 213:25 | else's | 16,24 161:21 | 136:8,20 |
| 225:18 | 204:10 | 163:3,5 | 149:23 |
| 226:21 | embarrassing | 166:23 | 189:20 223:2 |
| 227:15 | 136:18 | 167:18,22,25 | 228:6 |
| 233:14 | emergency | 168:17,19 | ended |
| 241:12 256:3 | 40:13 | 169:3 171:3, | 32:2 33:14 |
| 258:15 | emotional | 6 176:17 | 34:9,20 |
| elections | 6:23 185:2,9 | 178:6,24 | 40:8,13,14 |
| 69:21 | 251:2,4,6,7, | 179:2 193:9 | 45:22 59:25 |
| elementary | 15 252:7 | 195:5 | 125:17,18 |
| 115:25 | 256:17 | 198:10,13 | 128:17,20 |
| eligible | emotionally | 199:1 214:22 | 130:13,17,21 |
| 46:15 213:9 | 68:23 255:9 | 241:10,11,15 | 234:2,5 |
| 215:17,21 | empathy | 245:21 260:1 | ending |
| eliminated | 14:20 15:3 | employer | 128:21 |
| 126:6,8 | employed | 119:17 | ends |
| Elizabeth | 35:11 119:15 | 122:22 | 125:17 |
| 26:19 | 130:15 | 144:20 | energy |
| E█████ | 158:12 165:6 | 145:10 | 133:2 |
| 25:17,22 | 196:11 201:8 | 163:13 | engage |
| 35:25 36:3, | 214:13 215:5 | 172:22 | 34:10 |
| 8,11,19 | 253:25 | 199:10 | engaged |
| 38:7,25 | 258:15 | 209:17 | 29:1,2,11 |
| 41:15 43:9, | employee | 239:12 245:4 | 31:11,13 |
| 22 50:19 | 125:4 154:15 | 246:25 248:8 | 33:2 114:15 |
| 55:21 68:9 | 159:9 | employers | 257:5 |
| 70:25 71:8 | 162:14,16 | 132:14,17 | engagement |
| 78:7,25 | 164:17 166:2 | 134:24 137:3 | 32:21 33:1, |
| 79:14,25 | 169:8,13,16 | 215:16 247:6 | 5,23 34:11 |
| 82:10 85:8 | 171:10 | employment | engages |
| 93:16 96:4,9 | 174:22 | 119:13 120:1 | 66:12 |
| 98:15 99:1 | 180:17 196:1 | 121:9,17 | engine |
| 101:22 | 213:5,19 | 126:12 127:1 | 132:19 |
| 102:14 | 214:1,6 | 128:7 129:11 | engrained |
| 127:2,3 | 215:12 216:6 | 130:21 131:9 | 97:19 |
| 128:16 | 221:2 223:5 | 137:7 139:8 | enjoy |
| 130:23 | 241:19 258:5 | 140:9 144:11 | 70:23 |
| 131:14 | employee/ | 172:13 173:8 | enjoyed |
| 215:21 216:2 | employer | 176:15 | 56:10 |
| 218:11 | 243:5 | 186:6,12 | entails |
| 221:14 | employees | 212:18 238:9 | 14:13 |
| 222:19,24 | | 254:16 255:6 | |

Aubry McMahon
February 24, 2023

Entebbe
  44:16,19,20
entire
  219:13 236:4
entirely
  259:8
entry
  72:4
entry-level
  132:21
environment
  34:7
envision
  90:23 222:11
envisioning
  220:6
Equal
  245:4
essentially
  8:9 19:21,25
  31:21 38:12
  44:11 119:9
  123:9 125:25
  136:14 144:7
  255:19
EST
  223:13
  226:13,15
  260:22
estate
  123:3 234:8
et
  195:21
evaluated
  149:8,22
evaluation
  212:21
events
  13:4 34:5
  55:16,23
  68:14
Eventually
  117:19
everybody
  33:19 34:13,
  23 38:19
  83:1,15

87:14 94:1
  108:3 142:22
  164:11
  178:17,18
  184:19
  199:24
  235:16,17
  258:22
everybody's
  115:16
  168:23
everyone
  47:9 71:14
  74:4 84:21
evicted
  67:1
evidence
  120:2
evoked
  237:15
ex-husband
  20:17
exact
  96:14 111:3
  112:11
  114:25
  129:19
  169:24
  176:24 202:5
  221:9 228:25
  253:13
exactly
  32:12 49:19
  70:11 82:6
  130:8 131:4,
  20 133:7
  186:18
  198:22
  203:12
  221:14
  226:23
  227:9,11
  231:11
examined
  4:4
examples
  97:17 195:3,
  12,14

exceeded
  258:9
exception
  222:19
excessive
  135:18
exchange
  230:6
exchanged
  219:6
exchanges
  219:1
excited
  139:12 141:3
excitement
  142:17
exciting
  24:12
exclusively
  89:21
exclusivity
  22:3
excuse
  17:4
excused
  260:19
exemplified
  71:9
exemplifies
  14:22 21:22
  77:22 183:2
exemplify
  17:13
exempt
  152:7 153:6
exercise
  59:21
exhaust
  5:20
exhibit
  9:7,10 10:16
  71:13 74:5,
  18 75:3 77:7
  79:16,17
  80:4,9 85:1
  120:2,4
  127:16,17

147:22,23
  150:24 168:5
  181:8 186:10
  187:2,3,23
  188:20
  189:23
  205:19
  211:11
  217:16
  224:20 235:2
  243:22
  253:24 254:6
Exhibit-1
  9:15
Exhibit-10
  188:25
Exhibit-11
  205:25
Exhibit-12
  211:16
Exhibit-13
  217:20
Exhibit-14
  235:7
Exhibit-15
  244:1
Exhibit-2
  71:20
Exhibit-3
  74:11
Exhibit-4
  77:12
Exhibit-5
  80:14
Exhibit-6
  120:8
Exhibit-7
  127:22
Exhibit-8
  148:2
Exhibit-9
  188:3
exhibits
  70:8
existing
  251:24

Aubry McMahon
February 24, 2023

| | | |
|---|---|---|
| **expect**<br>160:24 222:5<br>**expectation**<br>221:15<br>**expectations**<br>196:1,8<br>258:9<br>**expected**<br>159:12,22<br>220:12<br>**expecting**<br>219:20<br>**expense**<br>252:8 255:2,<br>3<br>**expensive**<br>8:11 52:17<br>55:1 70:25<br>**experience**<br>6:5 13:25<br>39:25 44:6<br>46:25 49:5<br>52:8 59:13<br>60:1,15<br>68:12 91:12<br>94:9 107:25<br>108:11<br>111:14<br>112:15<br>115:10<br>121:11,17<br>130:22,24<br>132:23<br>139:13<br>141:17 183:5<br>203:13 216:5<br>221:24 234:7<br>256:14<br>**experienced**<br>86:13 96:3<br>159:21<br>**experiences**<br>94:9 95:11<br>192:17<br>**experiencing**<br>95:15 216:10<br>**explain** | 4:19 18:24<br>21:4 80:21<br>92:20 151:20<br>159:16 162:1<br>177:4<br>**explained**<br>4:23 123:14<br>197:17<br>**explaining**<br>198:24<br>**explanation**<br>196:15<br>**explore**<br>250:20<br>**exploring**<br>54:14<br>**express**<br>103:22,24<br>**expressed**<br>87:2 209:10<br>**expressly**<br>151:15,16<br>**extended**<br>229:18<br>**extent**<br>4:24 207:17<br>**external**<br>133:17<br>**extra**<br>17:10 114:7<br>**eye**<br>110:19<br>**eye-opening**<br>46:25<br>**eyes**<br>152:24<br>153:14 156:3<br>157:24<br>239:19<br><br>---<br><br>**F**<br><br>---<br><br>**F-O-R-E-M-A-N**<br>26:21<br>**fabrics**<br>34:21 | **face**<br>34:14,15<br>82:17<br>**Facebook**<br>61:25 62:2<br>66:4 77:1<br>146:11<br>247:18<br>248:10,18<br>249:8,10,11<br>**facemasks**<br>34:20,23<br>**facilitate**<br>137:25<br>**facilitating**<br>154:10<br>**facilities**<br>51:11<br>**fact**<br>37:11 114:14<br>201:6 216:21<br>224:11 233:3<br>248:7<br>**factor**<br>81:15 106:24<br>**fair**<br>14:8 16:5,9,<br>15 23:11<br>32:9 81:7<br>85:3,24 86:2<br>91:13 100:23<br>167:19<br>169:18 172:4<br>175:20<br>180:23 181:4<br>183:22<br>184:5,14<br>196:19<br>202:19 238:6<br>242:13<br>254:12,25<br>255:18<br>258:20<br>**fairly**<br>16:10 99:21<br>184:11<br>**faith**<br>12:21 14:10 | 16:18,21<br>21:6 22:7,13<br>44:4 93:15<br>97:19 98:7<br>100:10,23,24<br>157:17,22<br>158:25 159:1<br>160:6,17<br>170:16,23<br>175:2 192:4,<br>7,16 194:13<br>244:18<br>245:14<br>**faithful**<br>93:6<br>**fall**<br>41:7 66:7,8<br>77:2<br>**falls**<br>18:19<br>172:11,15<br>**false**<br>162:15<br>**falter**<br>157:24<br>**familiar**<br>18:10 40:6<br>59:18 139:13<br>171:22,25<br>195:21<br>204:25<br>206:14 209:7<br>**familiarity**<br>137:9 151:13<br>**families**<br>94:8<br>**family**<br>20:21 23:15<br>26:15 33:17<br>52:22 56:15<br>61:4,20,21<br>67:6 69:12<br>78:17 87:3<br>88:7,17<br>92:25 93:24<br>95:2 100:7,<br>10,16 102:14<br>109:14 |

110:16
131:24 142:9
199:3 207:9
224:4 226:6
236:23
246:10 247:6

**famous**
17:18

**fan**
54:22

**far**
8:8 18:20
39:15 64:12
65:3 73:15
74:22,25
76:20 85:10
113:12
154:13 168:9
172:13,18
181:17,21
187:9 190:1
229:13 230:7
244:15

**farm**
47:18 50:6

**farming**
181:23,25

**father**
140:19
171:6,11

**father's**
23:19

**faucet**
45:7

**fear**
94:24 95:4,
6,24 96:17,
18 97:23
98:3 241:23

**fearful**
96:12

**featured**
82:18

**February**
57:4 215:20
222:23 236:2

**feed**
91:21

**feedback**
61:13

**feel**
5:3,16 9:19
45:3 56:22
57:7,15 58:5
63:12 69:25
77:21 82:6,8
84:22 87:1,
12 89:25
92:3,6
95:12,18
101:24
102:12
103:3,5,20,
23 109:18
112:18
113:19
114:3,12
117:14,18,19
144:11
153:13
159:19
161:20
163:23
164:10,11
165:11,13
166:20
169:23
170:4,23,25
171:14
174:17
182:15,20
185:8,14
196:21
199:7,25
202:1,12
203:6 204:3
209:16
214:24
216:18
225:16 243:7
247:24
255:9,10
257:22
258:1,2,21

259:5,19,23,
24 260:3

**feeling**
30:25 57:6
95:7,15
106:19
107:3,10
112:14
192:13

**feelings**
177:7

**feels**
100:21

**feisty**
30:21

**fellowship**
13:20

**felony**
172:16

**felt**
8:1,4 30:1,
16,17 32:11,
16 33:18
37:2,8,11,19
45:20 46:4,7
47:11 60:6
71:9 88:14
108:2,6,13,
21 112:22
113:6
114:11,17,18
118:4 127:14
133:2 134:18
135:9 142:3
158:20
182:20,24
191:10
203:22
214:20
215:24
216:17
217:13
221:22,24
227:1
238:20,22
239:2 242:2
244:25
258:1,4,11,

13

**female**
20:15 87:12
90:16 111:16

**females**
86:16 87:25
89:24 90:1,
2,13 177:6

**feminine**
103:7

**fertility**
37:23

**Fest**
53:1

**fetching**
47:19

**fiance**
20:23

**fiancee**
37:14 98:10

**fiancee's**
24:8

**fiancees**
30:15

**fields**
132:20

**fighting**
195:20

**fights**
43:23

**figure**
167:24 217:9

**figured**
180:14,21

**fill**
186:16,20
210:8

**filled**
186:23

**filter**
34:17 89:24
144:10 146:7

**filtering**
168:3

**finally**
56:19

**financial**
114:10
131:17 252:8
**financially**
52:17 123:1
222:6
**find**
30:14 55:2
66:18 67:9
70:2 112:16
113:6 127:5,
13 134:17
146:6 147:19
191:17
231:12
**finding**
21:19 42:22
68:13 91:25
141:9 142:17
**fine**
5:22 27:17
42:13 43:18
50:25 54:5,6
76:6 82:1
84:10 86:17
87:12,13
94:13,14,16
100:13
102:15
103:8,10
111:10
134:19 145:5
164:4 198:24
201:15
202:24
203:1,2
256:23
**finish**
113:9 145:7
**finished**
52:14
**finishing**
131:11
**fire**
214:1
**firecracker**
27:9

**fired**
199:12
214:19 248:7
**firm**
69:22
**first**
4:3,13 6:15
8:23 9:7
11:20 28:3,
7,13 31:8
33:9 36:20
37:24 44:7
53:6 58:3
72:12 76:23
78:15 90:4
93:1,18
110:21
111:14,22
118:8,9,10,
11 119:4,5
121:11,16
131:1,5
136:3 137:14
143:12,16
152:3
156:12,20
189:24
190:11
203:23 207:1
208:13 212:7
219:19,20,21
239:16
244:15 246:2
257:5
**first-born**
97:13
**fit**
23:8 87:16
88:14 112:15
113:6 127:15
134:18,19
141:4 146:8
153:13
163:12
196:21
213:25
**five**
5:20 46:12

133:11
185:18
190:16
231:4,6
**five-minute**
54:3 104:10
257:10
**flag**
5:12,23
64:5,7 69:1,
18 75:8 95:5
**flip**
162:7
**floral**
70:13 79:23
82:18 104:1
**florals**
80:25
**Florida**
36:22
**flow**
166:1
**flower**
98:16
**fluid**
102:3,25
103:22 115:7
168:14
176:2,25
177:3
**flush**
42:11
**focus**
45:16 88:25
133:2 236:14
237:6
**focused**
22:1 203:18
**follow**
168:18 182:6
244:17
**follow-up**
228:12 250:7
**followed**
151:25 152:5
226:16

**following**
29:1 138:20
220:19,20
244:9 247:19
250:21
**follows**
4:4
**followup**
214:7
**font**
225:19
**food**
50:9 51:21
141:23
**forced**
179:20
**forefront**
30:7 151:18,
24 152:2
**Foreman**
26:19,20
73:7
**forest**
7:24
**forever**
21:15 47:24
**forgive**
165:16 185:1
253:10
**forgot**
35:15 115:24
185:10
**forgotten**
254:12
**form**
10:7 18:25
90:22,25
91:5 101:3
121:8 162:18
170:17
173:19
236:17 237:9
247:10
249:23 250:1
254:13,18
255:7,22

Aubry McMahon
February 24, 2023

format
    4:21
forming
    47:14 62:18
forth
    143:13 245:4
forward
    29:17 238:25
forwards
    45:21
found
    22:12 55:10
    60:7 70:2
    72:9 86:15
    117:12
    147:21 233:7
    238:11
    241:13
    242:20 243:3
    246:23 247:1
    248:8
foundation
    240:15
four
    25:5 31:24
    41:25 43:20
    45:18 59:7
    181:8 216:15
frame
    143:20
franchise
    125:22
franchises
    125:22
free
    5:4,16 9:19
    114:19
    174:23
    198:13,14
French
    82:1
Friday
    219:2 225:25
    226:13,15,16
    227:23,24
    228:2,20
    229:2

friend
    43:23 60:11
friendly
    55:17 63:24
friends
    34:19 56:15
    59:22 86:19
    92:25 94:10,
    15 113:4
    140:22 199:2
    246:11 247:6
front
    17:9 69:18
    99:22 250:7
frustrated
    238:24
fulfill
    216:23
    217:13
full
    4:24 8:24
    9:2 11:21
    26:16 36:2,3
    43:3,7 47:12
    106:9 124:18
    152:23
    215:22
full-time
    123:7,10
    124:7,9,23
    125:7 212:8
    217:8
fully
    11:17 66:11
    152:14,17,21
    163:20
    171:22
fun
    13:4 31:2
    110:3,15
functioned
    64:25
functioning
    154:25
fundraising
    71:3

funds
    78:16,20
    79:1 259:14,
    15
future
    117:11

_____

G

game
    27:16
gaps
    121:9
Gardener
    107:12
Gardner
    14:4 58:23
    59:2,17
    105:9 106:6,
    8,16,20,25
    107:2,10
    108:4,17,21
    109:18
    112:16 113:1
    114:3 121:21
    165:3
Gate
    27:14
gatherings
    33:14 34:1
gave
    11:15 97:12
    210:25
    228:17
gay
    19:9,10
    20:10 86:12
    87:15 92:2,
    11,22 94:16,
    17,25 96:12,
    21 98:8,25
    100:16
    111:21,23,24
    176:2 199:18
    238:11
    239:20
    241:12,23

244:24
246:24 248:9
257:24
258:17
geared
    101:19
geez
    78:1 132:16
gender
    36:10,12,15
    63:14
    101:16,21
    102:3,5,6,
    12,22,25
    103:6,12,14,
    21
general
    11:25 56:23
    58:9 118:9,
    10,11 119:5
    140:12,13
    157:22
generally
    19:7 30:5
    50:6 92:2
    103:9 109:22
    151:20 156:5
    172:1 230:1
genetically
    37:11
genitalia
    86:25
genuine
    37:2,9,19
genuinely
    145:13
Georgia
    31:19 51:8,
    19 119:20
gestational
    40:4
getgo
    45:2 74:25
getting
    24:7 25:6
    28:22 38:13
    40:16 49:1

65:25 111:7
142:18
167:4,7
185:8 187:17
189:15
190:19
204:12
207:15 212:4
223:13,15,16
224:2,11
225:24
**gifts**
48:14
**girl**
45:18 46:21
98:16 101:22
**girlfriends**
28:24 30:15
**girls**
63:11
**gist**
16:2
**give**
4:20 6:18,24
7:3 10:21
11:21 48:14
56:9 66:3
69:10,14
75:20 85:18
101:15
153:12
187:19
204:8,13
216:5 218:11
221:16
226:17 235:2
**given**
50:8 69:11
135:23
182:16
246:19
**giving**
14:19 17:6
68:24 98:2
128:18
159:11
**glad**
28:5 35:22

39:21
**Glass**
144:2 145:17
**global**
181:12,17,18
**glorify**
194:19
**goal**
164:24
**goat**
50:7,8
**god**
14:21 15:11,
12,18,23
16:3,19
17:3,13,18
19:15,23
21:22 46:6
48:11 139:12
154:14
156:1,3,8
157:4,11,16
163:15
165:1,15
169:20 170:8
171:11
174:11
175:3,4
178:19,20
183:2
184:19,25
194:19
198:15
**God's**
14:18 165:9
184:18
244:19
**goes**
100:7 103:4
225:13
**going**
8:8 9:7,9
10:15 23:23
24:8,14
29:24 30:18
32:19 38:18,
19,23 39:12
44:5 47:15

54:1 56:2
57:7 61:6
62:17 68:8
70:19 82:11
84:9 90:20
91:1,3 93:18
94:23 96:22
97:3 98:16
100:18
101:2,4,8
111:12
112:19,20,
21,22 117:5
125:6 127:16
132:8 133:3,
4 134:5
136:14,22
140:8,24
144:8 149:17
150:15 157:7
165:9 171:9
173:18 179:8
180:6,8,12,
20 199:8,18,
20 203:3,4
206:18
217:3,8,15
218:10,16
221:14,23,24
222:7,16,23
223:5 226:20
229:5 235:16
237:5 243:21
244:6 259:15
**good**
6:14 8:1
17:12 35:7
41:17 42:4
43:4,6 51:12
54:2 61:13
62:7 64:1
83:19 106:19
109:21
112:15
114:10,18
116:18
127:15 141:4
146:5,8
156:9 163:12

165:17
185:20,21
188:19
194:21
196:21
213:24 223:5
244:14
256:12
259:25 260:5
**Goodwill**
69:9 153:11
**Google**
241:8
**Googling**
70:1 138:4,
5,13 139:7
237:22
**gosh**
53:17
**gossip**
195:20
**grab**
5:21
**grad**
55:3,4
**gradation**
131:15
**graduate**
55:1
**graduated**
105:4,6,22
106:3 112:6,
9 131:14
**graduating**
112:23 132:8
**grandchildren**
93:19 96:6
**grandma**
93:20
**grandmother**
36:17
**grandpa**
93:21
**graphic**
70:20
**grappling**
89:2

grateful
  4:12 42:13
  185:12
gravidarum
  38:12
gray
  24:19 79:20
  80:2 204:1
gray-colored
  102:16
great
  12:11 33:24
  39:19 54:1,7
  96:10 108:4
  114:20 117:2
  134:6,11
  147:8 150:17
  199:25
  214:22,24
  219:16
  227:22
  238:24
  244:19 250:5
  258:5
green
  81:12
grew
  12:22,24
  13:1 15:15
  17:24 20:16
  24:4 94:24
  100:8 105:8
  109:9
groceries
  17:9
grocery
  17:8 51:22
  256:19
groove
  30:14
ground
  45:7 175:20
grounds
  126:9 175:23
  240:1
group
  57:2,9,20,21

58:15 60:4
61:15,23
62:1,12,18,
19,22 63:20
64:7 66:4,20
70:18 71:6
73:24 77:1
83:2 84:19
107:3 242:20
247:22
249:25
groups
  19:6 60:5
grow
  19:24 49:4
  100:3 159:2
growing
  12:22 13:19
  14:16 22:14
  47:19 55:9
  97:21 111:15
  171:23
grows
  101:24
guess
  15:3,8,16,23
  19:7 30:16
  36:20 37:18
  52:14 54:23
  55:20 57:12
  67:20 68:12,
  24 72:21
  75:7 76:4
  86:21 87:23
  88:24 113:4
  125:6 126:14
  145:11 152:9
  153:14,17
  159:4 160:5,
  11 164:19
  167:1 169:21
  176:16
  182:19
  183:11 185:1
  197:8,11
  199:1 207:4
  211:4 212:15
  213:13

214:1,14,16
218:7,13,20
222:18 223:1
225:21 229:4
232:6
233:13,25
245:22
258:24
guests
  33:19
guidance
  57:8
guide
  165:1
guiding
  99:21
guitar
  47:5
guy
  51:20 86:18
guys
  86:19 150:22
  159:6 256:5
gym
  107:6 121:23
  158:22

---

**H**

Habitat
  51:9
habits
  108:25
half
  106:16 109:5
  222:25
  241:23
halfway
  79:18 150:25
  181:11
  232:13,14
hall
  106:22
Halloween
  13:4,6
hand
  95:10

handbook
  58:25 216:6
handed
  44:19
handles
  220:22
hands
  204:10
hands-on
  113:17
  220:18
hang
  28:9 179:4
hangs
  64:5
happen
  38:23 188:15
happened
  28:17 143:6,
  21 174:10
  187:8 204:17
  205:13 210:1
  226:11 229:9
  230:5 239:21
happening
  233:24
happy
  47:25 79:8
  84:22 96:7
  103:5 117:18
  166:15
  195:18 229:8
  232:21
harassment
  195:20
hard
  25:18 41:23
  136:1,24
  168:17
  241:14
hardship
  39:20
harm
  82:25
  251:12,15,25
  252:4

Aubry McMahon
February 24, 2023

hate
  57:17 77:21
  95:14 99:12,
  20 100:15
  155:11 198:7
  256:8
haul
  136:8
head
  5:25 17:11
  45:8 76:5
  118:14 119:4
  135:16 159:4
  192:2 215:16
heading
  181:9
healed
  43:1
healing
  83:24
health
  6:22 42:15
  43:3,7
  54:20,25
  55:5,12
  56:3,18
  57:1,21,25
  58:3,8,15
  60:4 61:15,
  23 70:18
  71:6 83:1
  84:17 95:21,
  22 109:20
  118:7,8,11
  119:4,6,18,
  22 124:14
  130:22
  135:3,4
  146:3 250:21
  251:24
  252:18,22
  255:2,21
health-wise
  57:12
healthcare
  58:5 119:19
  134:4

healthy
  37:4
hear
  5:2 16:18
  38:24 51:25
  57:20 74:13
  83:22 86:11
  88:17 92:5
  94:20 116:23
  134:20
  158:25 162:3
  167:13 172:2
  223:24
  233:24
  235:17
heard
  10:13 61:13
  97:21 102:9
  144:1 150:2
  153:7 160:8
  176:23
  178:20 216:8
  223:23
  229:17 248:1
hearing
  58:16 94:4
  233:22
heart
  43:25
heartbroken
  54:24
heaven
  170:2
heavily
  25:23
heck
  183:1
held
  118:20
hell
  96:22 97:3,
  20
help
  6:4 30:22
  34:14 37:16
  38:16 47:1,
  17 48:23

49:10 56:24
  57:9,25
  62:24 68:21
  69:5 84:20
  101:25 120:3
  127:7 151:1
  156:7 162:13
  172:8 175:8
  178:5 179:3
  183:3 191:6,
  14 193:1
  198:14 203:3
  205:18
  209:9,12
  216:15 238:3
  243:6
helped
  48:16,17,20
  51:13 61:12
  89:13
helpful
  8:23 17:22
  18:22 22:12
  23:21 26:10
  34:9 56:1
  57:19 60:24
  61:7 70:8
  75:24 76:8
  78:11,20
  84:2 85:17
  88:23 92:16
  99:17,18,25
  106:14
  108:16
  115:14
  123:14 142:6
  143:18
  151:12
  153:3,21
  155:2 156:14
  176:20
  180:23 181:7
  210:17
  227:13
  233:15
  243:18 257:1
helping
  13:18 15:5

47:14 49:9
  50:12 51:15
  55:12 57:6
  63:22 66:22
  67:9,15
  68:15 69:7
  107:1 143:3
  154:13,18,19
helps
  14:20 88:23
  113:19
  137:25
hemorrhaged
  40:16,19
Hey
  62:4 63:25
  68:10 92:8,
  9,10 98:24
  99:8 101:8,
  24 140:16
  142:12 156:7
  159:6 198:9,
  17 214:21
  258:20
hiding
  185:4
high
  46:12,13
  56:19 59:15
  86:14 105:3,
  7 115:23,25
  117:25 118:4
  137:19
  138:16 139:1
higher
  59:1 117:25
  202:9
highlight
  15:19,21
hiking
  7:25
hire
  167:22
  168:10
  169:16
  170:14
  172:6,10,14
  185:5

199:18,20
212:1 245:13
**hired**
49:8 65:19
129:18 130:9
146:22
212:16
213:19 214:6
216:5
**hiring**
130:7
143:12,17
**history**
91:3 105:3
119:13 120:1
121:9
**hit**
126:13
186:19
257:19
**hold**
41:24 65:13
95:10 119:9
**holds**
119:8
**hole**
45:6
**holiday**
139:25
210:10,15
211:2
**holidays**
139:24
210:13
**Holy**
171:7,12,22
**home**
9:22 40:24
47:9,22,23
49:17 60:4
62:18
106:16,18
122:6,10,12,
14,15 136:22
146:10
221:17
222:20

**homeless**
51:23 52:2
**homelessness**
19:5
**honest**
18:15 22:18
23:4 37:8
76:4 98:9
131:11
137:25
145:23
155:11
171:1,21
**honestly**
43:17 53:12
59:24 70:14
88:12 89:11
124:17
138:24
156:12
225:16 229:6
248:15
**hope**
40:1 48:10,
13,15 49:8,
17 52:12
83:23 116:17
138:25
153:24
154:11,13,
15,17 155:21
156:9 157:18
202:22
**Hope's**
154:24
**hoped**
93:2 223:3
**hopeful**
150:17
257:11
259:25
**hopes**
155:22 156:5
**hoping**
150:6 162:10
**hormonal**
42:22

**hospital**
38:13 131:1,
5 135:2,8
152:21
222:21
**hospitalizati
on**
59:10
**hosted**
57:2
**hot**
93:9 94:19
**hotel**
45:3
**hour**
24:4,6 40:12
54:2 106:15
124:25
125:2,12,13
130:12,18
144:9 150:2,
3,7,12,16,22
190:9
230:21,22
252:19
**hourly**
125:3 144:4
**hours**
40:12 41:25
44:11 213:9
216:25 217:2
223:20,22
226:16,18
**house**
13:16 34:24,
25 35:1,3
50:2 64:6
69:12,18
94:7 116:22
**houses**
13:19 45:13
51:14
**housey**
35:4
**housing**
46:1 67:1,9
69:10 122:23

141:24
**How's**
140:23
**HR**
139:22
140:4,5,11
143:9,10
189:11 231:9
**huge**
15:3 18:17
34:22 46:7,
17,18,24
48:1,3 52:8
54:21 57:5,
13 59:22
60:20 61:3,
10 67:14,15
68:23 69:16
81:23 111:20
138:1 164:23
181:20 259:2
**human**
5:24 14:19
69:4 98:23
181:17 209:5
**humanitarian**
181:12,16,22
182:3
**Humanity**
51:10
**humans**
110:14
**hump**
130:6
**hundred**
107:17 125:1
211:9
**hung**
28:21
**hurting**
185:7
**husband**
19:10 20:10,
11,15,16
203:1 220:1
**hyperemesis**
38:11 40:3,

18 135:20,21
136:2 216:11

**hypothyroidis
m**
42:18

_____

**I**

_____

**idea**
22:2 106:11
141:2 153:5
163:2 184:7
220:4 228:21
**ideal**
42:10
**ideation**
82:25
**identificatio
n**
9:15 14:3
71:20 74:11
77:12 80:14
91:20 120:8
127:22 148:2
188:3,25
205:25
211:16
217:20 235:7
244:1
**identified**
89:18 91:14
92:21 117:22
118:24 129:7
163:10
231:25 247:8
**identifies**
172:5 176:3,
4 177:8
**identify**
86:2 88:25
89:7,20
91:17 101:22
111:24 147:8
167:18
168:24
171:10
176:2,4

177:4,6
252:24
**identifying**
89:8
**identity**
8:9 63:14
**III**
24:18
**illegal**
195:16
239:19
258:20
259:22
**illness**
56:22
**imagine**
96:4
**immediate**
26:15 230:20
**immediately**
44:18
230:13,21
254:2
**immerse**
47:20
**immersing**
65:8
**impact**
46:18 48:1,3
52:8 62:24
98:22 252:8
255:10
**impacts**
250:20
**important**
19:16 33:17
37:12 58:6
65:5 79:10
84:23
100:24,25
164:23
165:19
172:1,3
174:5 179:15
196:7 197:9
255:13

**in-between**
51:17
**in-depth**
142:16
**in-person**
28:12 90:14
105:19
112:19
113:21
**inbox**
190:20
**inclining**
32:13,19
86:12
**include**
61:21 124:11
151:1 155:5
181:1
**included**
180:15,16
206:8
**includes**
195:8
**including**
19:8 70:22
**inclusive**
63:24 67:17
100:20
**inclusivity**
18:17,23,24
19:19
**inconsistent**
197:16,25
**incontinence**
136:12
**increasing**
92:21
**Indeed**
133:16,19,21
139:11
147:21
180:12
186:19
212:12
**Indeed's**
186:20

**Indeed.com**
133:15 137:4
139:19
147:18
148:17
**Indeed.com.**
132:18
**independently**
34:5
**Indian**
11:22,24
12:13 64:4
**indicate**
194:4
**indicating**
78:12
**individual**
72:5 156:22
157:20
160:19
164:22
165:21 168:6
169:8 173:14
**individually**
20:3 60:24
**individuals**
110:13
194:12
**induced**
40:2,11
**indulging**
170:11
**infected**
46:22
**inflation**
52:18
**inflicted**
256:15
**influence**
6:16
**information**
49:2 76:9
133:25 146:6
180:2 191:9,
24 204:7
227:11

Aubry McMahon
February 24, 2023

initial
  130:6 143:16
  149:17
  202:18
initially
  28:1,6 87:3
  137:8 232:4
initiated
  190:18
injuries
  250:24
injury
  250:23 251:8
  254:24
input
  191:8
insemination
  37:22
insert
  225:17
inside
  34:1 61:5
  75:9 183:4,5
insignia
  75:9
instruct
  5:11
instructed
  240:19
insurance
  124:15,20
  150:11
  252:18,22
  255:25
insure
  160:16
intense
  59:11
intention
  193:22
intentionally
  76:14
intentions
  127:4 145:24
interest
  107:24
  108:14

interested
  56:4
interesting
  32:4,7
  248:20,22
interests
  55:20
internal
  15:7 157:5
internally
  88:7 232:6
international
  36:22 125:21
  181:19
internship
  44:9
interposed
  240:14
interpret
  16:1,6
interpretatio
n
  19:3 96:20
  99:25
interpreted
  214:2,5,25
interrogatory
  227:15
interrupt
  104:9
intervention
  119:7
interview
  62:13 110:25
  111:8,13
  130:1 134:9
  142:6
  143:11,15
  180:6,9,17
  182:17
  187:12,14
  192:14
  197:10
  204:14,15
  205:2,4,7
  206:7,24,25
  207:2,3,5,7,

  15,24 209:25
  210:3 218:14
interviewed
  130:1
interviewing
  133:24
interviews
  134:8 146:1
  189:12
intrauterine
  37:22
intrigued
  159:13
introduce
  71:12 127:16
introduced
  111:11
  112:13
  231:13
introduction
  53:7
investigating
  229:10
invocation
  243:17
invoice
  128:6
involve
  22:2 180:4
  192:21
involved
  11:3 13:8
  15:16 20:22
  54:19 60:13
  63:4 64:17
  65:10,25
  67:16 68:19
  76:23 139:4
  191:1,12,13
  199:7 231:24
  236:21
involvement
  68:16
involving
  208:15
inward
  89:1

iphone
  228:24
iron
  40:17
irregular
  42:21
irrelevant
  170:3
Islamic
  170:16
issue
  6:7 93:8
  184:4 203:18
  217:3
issues
  42:5,15
  58:21 63:4
  67:12,20
  68:17,19
  92:23 98:8
items
  50:23 69:10
IUI
  37:22,24
IV
  38:14

---

J

J-A-C-L-Y-N
  26:18
Jaclyn
  26:18 39:17
  41:9 64:20
  68:8 73:7
  89:12,18
  90:4,9,12
  91:11 93:16
  94:12 95:6
  97:11 98:13
  99:24 103:8
  105:21
  114:16 185:7
  206:21 207:9
  217:4 221:7,
  8 226:5
  231:19

Aubry McMahon
February 24, 2023

232:8,10,12,
23,24
233:14,15
236:9,14
239:5 246:9
247:7
**Jaclyn's**
100:2 102:10
246:10
**Jam**
141:19
**January**
25:18,21,25
26:6 28:15,
16 57:4,22
123:6,11
124:6
208:19,21,25
209:4,13,14
215:9,19
218:24
219:3,19
223:9,20
224:23
225:25
226:12
228:2,18,20
229:2,16,19
237:6,15,19,
20,21,24,25
246:5
253:17,22
254:16 255:5
257:7
**jazz**
52:19
**jealous**
27:19
**Jeffrey**
44:17 48:9
**Jesus**
16:20 17:19
47:6,8
169:13,14
171:12
178:20
182:4,11,16
183:10,24

184:9,13
244:17
**Jesus'**
182:6,18
184:18 185:5
**jewelry**
49:23
**job**
29:9 35:11
110:25
117:12
120:21
122:2,7
124:3 125:16
126:20
132:5,7
135:6 139:11
140:16,23
141:9 142:3,
6,14,17
144:6 146:1,
4 147:15
148:13,16,24
149:1,17
150:25 151:5
155:4,9
158:2
159:15,16
170:3,6
172:25 173:4
177:13,18
178:1 180:1,
13,14,16,20
181:3 182:17
186:8,11,14
188:14
191:15
192:18,20
197:10
202:23
203:8,11
205:9 208:17
209:8 212:2,
7,10 213:5,
21,22 214:3,
23 216:21,24
218:16
221:4,16,25

222:23
226:5,6,10
229:18
230:10,15
237:21
238:1,24
239:18,24
241:3 246:5,
8,16,19,22
247:15,19
248:6,7,12
250:15,22
251:13,25
252:5 253:1,
4,7,9,12
254:15 255:5
257:8 258:4,
6
**job-wise**
136:16
**jobs**
126:23
131:22
132:14,19,
20,23 133:5,
6 136:21
143:25
144:15
203:15
213:2,20,21
214:2
**John**
23:19 24:17
**joined**
66:4 77:1
**joke**
110:16
**journal**
60:18
**journey**
44:4 86:6
87:15 91:24
**judge**
94:23
**judged**
114:12,17
**judgment**
114:19

**juggle**
242:18
**juggled**
258:12
**juggling**
30:12
**July**
12:5 78:7
**jumped**
109:22
**June**
12:5 25:14
31:9 35:1
43:17 122:15

---

**K**

**Karen**
161:8
**Katie**
103:17
**keep**
53:9 54:14
79:12 83:6
108:17
110:18
125:24
138:20
156:21
157:19,22
159:7
164:20,22
165:17 168:5
173:13
182:18 215:7
227:21
258:16
**keeping**
10:9 157:5
160:18 174:4
**Kentucky**
51:8
**kept**
24:23 30:6
**key**
44:4

Aubry McMahon
February 24, 2023

**kicked**
69:12 94:7
**kicking**
77:6
**kid**
45:19
141:18,23
**kids**
13:17,20
21:21 38:22
44:24 45:17
46:9,20
47:1,14
48:18,24
53:3 63:12
69:6 133:4
**kind**
8:13 12:24
13:13 14:18
15:8 18:20
19:20 20:19
22:15 28:10
30:13 32:3,5
39:6 41:25
43:1 46:4,5
50:24 53:7
57:9,13,17
61:5 62:7,19
64:25 65:8
66:14 69:9
71:4,5,8
73:14 75:11
81:4,13,22
82:4,12
85:23 87:7,
8,16,20,23
88:1 89:7,13
91:11,23
92:6 95:18
99:12,16
100:17 101:8
103:4,6,15
105:1 106:17
107:3,6
110:24
112:17
113:1,18
115:4

117:11,17
121:24
122:11 131:3
136:7,16,19
138:9 139:1,
4 141:8
142:14
144:10
145:25 146:7
151:23
154:24
155:13,20
157:2,25
162:2,5
164:12,21
165:14,20
168:2 175:7
177:2,6,14
179:11
184:21 186:7
188:15
189:20
192:5,23
193:20,21
198:3,5,7
199:24
200:4,5,22
201:16
212:11,13
214:2,8
215:25
219:16
220:14,15,21
221:13
226:24
233:23
234:11
**Kindly**
227:14
**kinds**
67:3
**kitchen**
35:3 51:24
**knew**
30:17 32:11,
22 34:19
36:10,14
44:8 111:19

112:6 132:7
133:1,4
136:16 141:5
143:1,2
150:16
151:14
152:14,17
154:14
177:21
180:5,7,24
181:4,18
198:2 200:17
209:17
213:18
215:19
222:10 224:8
226:8 228:15
233:6 239:12
243:4
**know**
4:21 5:22
8:4,25 10:5,
9,12 11:11,
12 13:7
14:18,20
15:15 17:1,
4,7,13,18
18:16,18,20
19:20,23,24
20:20 21:8,
13,14,23
23:20 25:11,
18 26:7
27:18 30:1,
9,15,22,24
31:24 32:16,
23 34:2,18
35:4 36:6,11
37:16,17,18
38:18 39:3,
5,9 40:5
41:10,21,22,
24 42:1,5,17
43:10 44:18
46:4 47:1,5,
11,17,19,24
48:6,23
49:5,19
50:2,3

51:14,15,18
52:1 53:9,
12,14,17
55:21 56:12,
13,17,21
57:6 58:6
59:8,18,24
61:16 62:2,
5,21 64:2,4,
8,12,13,24
65:16,18
66:18,25
67:20 68:3,
5,7 72:2
73:15 74:16,
24 76:18
79:1,3,16
81:5 82:2,3,
4,5,8 83:4,
7,10,11,14,
22 84:13,22
85:11,23
86:15,19
87:1,24
88:11,12,20
92:4,10
93:5,8
94:16,22
95:1,2,9,19
96:15,21,24
97:3,6,12,
15,23 98:9,
10,14,15
99:5,10
100:4,5,11,
14 101:5,9
102:1 103:1
108:8,10
110:5,24
111:20,23
112:22
114:21,24
115:7,12
116:22
117:12 118:2
120:14 121:8
123:22
124:16,17
126:14,17,25

127:14,18
130:5
131:12,16,17
132:3,16,17
134:3,6,8
136:11,18
137:24
139:13,20
142:4
143:16,22
144:1,9,16
145:3
146:21,23,24
148:6 149:1,
4,16,19
150:13,20
151:7,21
152:9,18
153:19
154:5,13
155:24
157:3,7,9,
10,17
158:22,24,25
159:3
160:11,15,16
161:1 163:8,
14 164:20
165:8,15
168:4,8,21
170:1,22
171:1 172:2,
12,15,17,20
174:9,16,22,
23,25 177:24
180:12,15,25
181:22
182:11,21
185:1,4
187:13 188:7
190:10,11
191:12
192:22
193:1,22
196:7 198:6,
13,20,25
199:2,11,13,
17 200:2
201:16

203:10,11
205:3,9
208:12
209:20 213:5
214:19,21
215:1,10
218:1 220:20
221:14
222:20 224:5
225:10,12,20
226:7 227:11
228:21,23
229:12 230:3
233:1,2,3,12
234:1,10,11,
13 236:7,8,
19,22 237:11
238:19 239:3
241:9
242:10,14,
23,24 244:23
245:25
246:22
252:13,16,18
253:9 254:20
255:15
256:5,16
257:25
258:25
259:4,23
260:1,7
**knowing**
20:16 33:25
84:16 94:3
95:10 142:5
259:22
**knowledge**
4:25 219:12
233:16
**known**
109:23
174:12
242:16

---

**L**

**labor**
40:12

**lack**
30:20 62:8
78:22 93:8
165:6
**lake**
33:16 105:6
**landed**
44:19
**landscaping**
55:10
**language**
47:7 156:17
**laptop**
27:13
**larger**
18:7
**largest**
18:11
**larvae**
46:22
**late**
25:17,20
89:17 130:7,
8 138:16
**laundry**
135:6
**Laurel**
31:18 35:14
**law**
172:11,13
199:16
240:17
242:20
**laws**
68:4 239:8
**lawsuit**
11:3 146:18
184:4,11
246:22 247:3
250:13
259:15,24
**lawyer**
6:15 11:11
68:11 72:16
248:5
**lawyers**
74:19

**lay**
29:7
**LBGTQ**
67:12
**lead**
122:4
**leadership**
158:3
**leading**
158:17
**learn**
19:24 108:1
221:4
**learned**
18:6 60:2
96:25 97:9
102:8
**learner**
113:17,18
**learning**
15:18 87:15,
19 88:14
106:23
113:25 114:1
115:3 119:7
**leave**
20:4 50:20
123:6 128:18
129:23 217:9
218:9 221:7,
8,11,16
222:5
**leaving**
121:20
**lecture**
106:22
**led**
29:22 56:3
96:16,18
112:3 113:22
121:20 123:5
130:24
137:22
141:11
**left**
121:25 123:6
134:14 169:7

Aubry McMahon
February 24, 2023

244:15

**leftover**
131:18

**leg**
46:23

**legal**
7:11,15 8:24
9:2 10:20
11:7,12
21:12 25:12
68:8 132:3
163:9 172:20
208:14
209:1,9,12
234:9 237:18
238:3 239:7
241:7,8,22,
24 242:1,9,
16,17,19
246:2,7,15,
20 247:23
248:1 252:11
257:6 259:21

**legally**
7:14 11:9
24:25 45:5
51:16 172:16
199:21

**length**
236:4

**lens**
17:17 157:4
194:18

**lesbian**
86:3,22
91:15,17
92:3,8,11,
12,17 95:1
177:5

**less-
accepting**
95:9

**letter**
122:21,23
205:16
207:15
210:10
211:5,8,24

213:16
215:3,9,11
224:7,15,25
225:7,8,25
226:1 227:22
259:9

**letters**
46:2

**letting**
10:9 27:18
74:16

**level**
59:1 117:25
203:23

**level-headed**
108:4

**levels**
42:20,24

**LGBT**
55:15

**LGBTQ**
28:2 63:4,23
64:15 65:2
67:16,23
68:2,15,19
69:3,8,23
76:14 78:13
81:3,9 84:18
86:10 87:5
92:23 94:4
95:4,22
102:7 182:13
239:7,13
242:3,5,13
258:14 259:3

**LGBTQ-
FRIENDLY**
68:11

**Liberal**
63:22 65:23
73:19 75:5

**lie**
38:18

**life**
6:1 8:17
21:11,20
30:5 31:5

82:13 91:12
124:20
140:13 155:7
156:2,3
157:7,9
158:25
165:2,18
171:16
174:6,8,12,
18 175:5
203:6 229:13
256:21

**light**
80:24 171:17
239:24

**lightly**
241:9

**liking**
81:25

**limit**
257:19

**limited**
22:8 237:14
255:3

**line**
29:14 61:17
154:21
163:21 172:9

**linens**
135:7

**lines**
31:10 170:12

**link**
225:7

**linked**
126:17

**Lion**
51:21

**list**
8:23 36:14
46:9 54:22
72:22 73:13
85:15 118:1
121:11
122:24
132:13
193:13

195:18

**listed**
90:2 121:6
246:17

**listen**
179:11
234:16
235:1,12,14
249:1

**listened**
234:18

**listening**
158:22

**listing**
129:6 150:5

**lists**
50:23

**literally**
75:21 104:15
153:18
173:21
223:21

**little**
5:13 12:2
14:12 15:12,
21 16:17
17:10 20:24
22:1,19
23:13 24:5
25:15 26:14
27:6,18
29:14 31:23
35:25 40:3
42:19,20
44:3,9,16
45:18 46:21
48:19 50:19
51:24 56:2
63:7 66:11
68:18,25
70:6,10 73:2
74:7 83:18
85:24 86:11
88:1 96:1
102:4,19,20
104:7 105:2,
5 107:6
109:23 112:1

119:12 120:3
129:9 130:5
136:9 137:8
139:23 154:9
160:5 165:2,
23 171:21
179:23 182:4
185:19
186:5,15
190:15
193:21 201:4
202:11,13
203:17 208:8
209:22
210:12 220:4
221:20 222:9
223:10,21
225:17
230:25
237:13
243:18
245:23
250:20
257:21
**live**
12:7 13:16
14:19 17:21
24:3,4 31:8
35:16 49:2
51:12 54:23
66:18 67:21
73:15 103:13
105:20 164:6
165:17
168:11
171:16,17,
18,19 194:13
256:21
**lived**
12:15 28:8
35:17 59:11
105:21
**lives**
64:14 84:14,
18 156:9,22
157:20
160:19
164:23 168:7

173:14 174:5
179:16
236:21
241:25
**living**
12:7 31:12
109:11
122:5,6
150:9 156:2
157:3 190:13
**loans**
109:17
117:16
131:17
**local**
51:6 55:23
122:5 127:6
**located**
59:4 105:17
**location**
123:1 129:23
146:3 150:8
190:4,5
**lockdown**
33:8
**lockdowns**
65:16
**log-in**
73:2
**logistically**
106:14
**logo**
72:1 75:7
76:13,16
81:1
**long**
12:3 21:12
29:25 33:1
43:6,14
44:21,22
46:17 50:20
53:10 79:19
104:2 122:13
136:8 145:23
161:20
165:4,13,14
172:5 213:6

221:7,11
226:24 231:2
233:3,6
246:20
**Long-term**
42:14
**longer**
46:15 90:10
104:14
128:24
130:15
185:19
214:13 254:1
255:11
256:22
**look**
7:23 9:17
16:24 32:21
48:3 52:15
53:13 66:2,3
71:15 74:7
76:25 80:17
89:20 120:12
143:22
144:2,3,4,18
145:18,19
146:3 148:6
149:25
150:23
156:19 158:1
172:25
173:11
177:14 188:6
189:20
204:13
205:18
211:20
217:25
223:25 225:6
229:8 244:4
254:5 256:2,
5
**looked**
47:3 108:14
144:16
145:13,15
146:10
147:16 155:8

176:9 180:1
182:23
186:11,14
190:7,12
215:10
216:24
**looking**
29:19 53:19,
20 58:19
79:17 88:15,
21 89:4
107:20
108:11
127:4,13
128:9 131:8
136:21
144:23
145:12 146:9
155:4 173:1
179:24 181:3
227:21
238:25
245:17
**looks**
70:3 72:20
74:23 75:1,
22 128:5
148:18 165:2
206:6 218:8,
23 224:22
226:14
229:22 254:6
**loop**
129:5
**losing**
260:6
**lost**
33:10 92:24
253:3,17
254:14 255:1
**lot**
13:3,18,22
15:18,22
17:4 29:9
33:12 34:13,
23,24 35:2,4
39:4 41:3
42:3,22

45:15,16
46:23 47:4,
5,13 49:16,
18,22 50:1,
10,12 51:9,
13,20,23,25
52:3 55:19
60:16,18
61:12 63:17,
22 64:3,22
66:14,16,19,
21 67:6,22,
24 68:14
69:5,14
74:19 75:14
78:21 80:25
81:21 84:4,
5,25 86:9,14
87:2,4 92:5
94:20,21
95:4,6,21,
23,25 96:5,
23 97:9
100:14,19,20
101:7 102:8,
13 105:15
106:23,25
107:2
110:14,22
112:23
113:25 114:2
115:2 129:25
132:10,20
133:5,8,12,
20 136:2,23
146:1 171:24
191:3 215:16
216:4 234:9,
10 239:6
243:4

**lots**
107:23

**love**
7:25 15:20
19:17 21:9
38:22 43:21
50:18 52:21
54:25 55:5,

22,24 57:13,
16 59:5
60:19 62:10
77:20 81:2,3
93:24 95:13,
14 97:19
99:15,19
107:9 117:12
156:8 182:6,
12,15,18,19
183:3,10,13,
24 184:8,13,
18,21,23,25
185:5,6
194:20 204:6
244:19
257:18

**loved**
15:19 30:20
31:24 47:2,
23 48:22
53:19 57:10
94:22
106:11,20
143:2 174:15
182:5 258:2

**lover**
55:11

**loves**
47:6,8 93:16
98:15 184:19

**loving**
185:7

**low**
150:3

**lower**
150:18

**lucky**
117:12

**lunch**
64:24
104:12,14
115:16
116:12,18,19
179:18

**lunches**
173:6

**lying**
69:19 175:24

---

**M**

**M-A-R-J-O-R-
I-E**
36:4

**made**
10:13 35:23
49:25 51:1
71:9 77:19,
24,25 81:5
96:12 106:6
108:16 143:5
186:21
200:21
232:12
240:18 243:7

**Madison**
24:19 111:19

**maggots**
46:22

**magnet**
75:21 76:20

**magnets**
73:21 75:19

**maiden**
7:23

**mailed**
143:10

**main**
20:14 62:14
74:21 113:5
118:13
132:18 135:2
137:21
140:18
192:11 193:2
258:23

**maintain**
173:8

**Maintaining**
173:4

**major**
93:22

**majoring**
110:8

**make**
6:1,8 8:11
25:12 27:3
29:8 34:14
35:9 36:24
42:12 48:15,
20 52:19
71:22 75:14
76:9 83:10,
22 85:14
88:16,17
96:6 109:21
112:18,25
113:4 120:3
127:12
131:15
133:17
144:12 145:7
147:1,12
152:22,25
153:16,22
157:15
160:21
161:25
162:12
163:18
164:15
165:21
166:24,25
167:13
168:25
176:7,22
177:9 178:4
183:15
200:6,8
204:12
214:22
216:19 217:3
218:22
222:19
240:8,21

**makes**
7:15,17 9:6
17:16 21:24
24:25 25:2
26:1 27:2

50:4,12
83:20 84:25
87:25 90:11
99:6 103:4
116:7 133:6
134:19
141:13 142:7
159:12
161:23 162:8
163:17 170:9
176:6 182:4
197:12
208:10 221:5
making
34:20 68:5
134:16 191:8
male
86:15 103:9
204:22
males
89:25
malicious
195:20
man
20:18 87:9
195:9
198:20,23
202:6 203:20
209:19 238:7
manageable
216:16
221:23
management
132:21
manager
132:22
180:7,18,20
204:21 206:9
220:21
managers
129:22
246:18
manifested
252:8
manner
56:10

mantra
82:12
March
28:25 29:12
43:12 59:3
105:10
119:24
121:20
123:8,11
125:16
126:12
128:10,14,
15,16 129:3,
21,22 130:7,
8,21 131:8,
21 219:21
222:24 254:7
Maria
24:19
Marjorie
24:22 36:4,
16
mark
9:10 10:15
74:5 77:7
80:9 127:17
187:23
188:20
205:19
211:11
217:16
243:22
marked
9:14 71:19
74:10 75:2
77:11 80:13
120:4,7
127:21
147:23 148:1
186:10
188:2,24
205:24
211:15
217:19 235:6
243:25
market
156:6 200:4

marketing
70:20 123:25
124:1
125:19,24
146:23 151:9
198:8
marketing-
wise
145:3
markings
244:8
maroon
79:24
marriage
20:12 21:6,
7,9,13,15,18
22:2,3,4,8,
13,18 23:9
25:12 26:15
29:23 41:11
77:23 92:12
98:19 99:4,
5,6 193:16
194:5 195:8,
9 197:6,10,
15,25
198:18,20,23
201:24
202:4,5
203:6,20
207:12
208:3,23
209:6,19
238:2,7
239:8,21
244:25
257:25
258:16,17
marriages
241:12
married
7:12 21:15
23:22 24:7,
20,22 25:6,
8,11,16
26:11,15
29:3,4,10
33:18 34:9

64:13 110:22
111:22
199:19
224:3,11
238:11
257:24 259:1
marry
30:2 97:4
masculine
87:13 177:5
masculine-
presenting
90:1,16
masks
34:14,16,17
match
27:2
material
76:2
materials
75:4 207:18,
19 240:3
maternal
36:16
maternity
128:18
129:23 217:9
218:9 221:7,
11,16 222:4
math
43:13
matter
84:18 99:3
208:14 247:9
257:6
matters
23:20 248:1
Mcmahon
4:2,9 7:9,
11,15 8:2,
19,21 9:3
12:17 23:18,
19 24:17,19,
22 54:14
90:24 104:24
116:17
118:23

120:11,16
148:5,9
186:3 189:3
211:19
227:21
242:25
243:11
247:11
248:25
250:12
257:17 260:8
**Mcmahon's**
91:3
**mean**
29:25 41:17
52:7 54:20
68:20 101:14
107:21
140:5,11
141:15
146:20 151:6
152:10
160:10 163:4
164:19 177:2
178:13,14
182:10,14
184:20 185:9
197:8 201:9
202:1 214:15
215:19
221:13
241:23 251:1
252:10,13
253:6 255:8
**meaning**
36:7,9 81:3,
20 84:5
182:22
194:21
**meaningful**
125:7 225:2
**means**
7:24 16:14
82:22 86:23
101:18 102:6
121:1 148:20
152:24
157:1,20

162:1,9,11
164:18
167:1,24
169:7,12
181:22
182:22
183:10,19
201:10,21
254:21
**meant**
46:8 141:23
156:17 177:3
196:17
199:10
232:11
**mechanism**
60:17
**meconium**
42:9,12
**media**
93:23 94:20
174:22
175:9,19,22
242:21
247:14
**medical**
13:23 42:5
45:25 46:20
66:19 102:1
121:14 125:7
251:11 255:2
**medically**
24:25 40:10
41:6 101:23
**medications**
6:17 38:14,
15 216:15
252:24
**meditating**
15:7
**meet**
62:9 111:6
**meeting**
57:21 100:18
**Melony**
231:12
232:1,5

233:10 236:2
**members**
19:8 62:3
68:1 127:7
142:9 247:6
258:14
**memorable**
207:13
**memories**
110:1
**memory**
77:6 138:10
139:10,15
256:9
**men**
87:7 89:16
**menstrual**
97:6,14
**mental**
6:22 54:20,
25 55:5
56:3,18,22
57:1,12,21,
25 58:3,8,14
60:3 61:15,
23 70:18
71:6 83:1
84:17 95:21
109:20
118:7,8,11
119:4,6
138:23 139:9
157:21
251:23
255:2,21
**mention**
148:19 197:5
232:1 239:22
**mentioned**
17:6,22
18:3,22
20:10 23:2
31:6 36:7
43:9 56:6
63:3 65:22
73:25 85:7
89:19 94:11
95:5 96:11

98:5 99:24
100:20 108:9
110:20 113:1
114:4 134:2,
24 164:12
168:13
179:22,24
190:18
195:13 198:4
200:4 201:17
206:24 207:7
208:5 210:9
216:22 217:6
219:22
220:11
239:10
243:20
258:12 259:2
**mentioning**
140:15
**mentions**
215:12
**merchandise**
71:24 73:20
**met**
28:2,6,11,
12,14 29:11,
18 45:17
46:3 89:18
90:9,12,14
98:12 111:6
**metaphor**
167:12
**Methodist**
12:23 14:2,7
18:2,3,5,11,
15,19
**Methodists**
18:8
**middle**
36:4,15
46:13 53:6
56:18
137:12,19
138:16
184:12
**mind**
21:4 29:7

Aubry McMahon
February 24, 2023

30:7 35:24
36:19 39:12,
14 44:2 56:1
62:23 121:5
134:25
135:12
151:19,24
159:6 197:12
224:21
235:17 254:5
**mindful**
82:4 179:16
**mindfulness**
81:22
**mine**
99:14
168:22,23
**mini**
134:9 187:14
**minimum**
73:16
**minister**
23:6
**ministry**
155:6,18
**minivan**
106:13,17
109:13
**minority**
19:5 84:19
**mint**
175:5
**minute**
14:14 16:5
120:12 188:6
217:25
**minutes**
5:21 12:1
14:1 23:3
24:6 28:8
54:2 104:16
109:9 117:6
145:22 146:9
148:5 150:3
179:25
185:16,18
189:3 229:23

231:4,5,6
**Miolla**
143:8 150:15
187:10,17
189:10,24,25
190:17
191:19,24
204:16
210:12
211:25
215:14
218:8,13,25
219:1,6
223:8,22
228:2,10
229:15
231:25
233:10 236:1
**miscarriage**
39:5
**Misconstrues**
232:19
**misdemeanor**
172:16
**mispronounce**
135:19
**missing**
219:10
**mission**
13:11,12
44:13 47:9,
13,21 50:17
51:5,19 52:4
76:17 107:1
151:2,16
154:6 192:8
**misunderstand
ing**
246:14
**misunderstood**
246:14
**mixed**
84:4
**mock**
180:11,16
191:4

**moderate**
165:5
**modesty**
165:8
**mold**
51:16
**mom**
13:17 38:21
40:23 50:22,
24 66:25
93:17 111:7
131:24
**mom's**
23:18 93:18
96:5
**moment**
32:17 41:21
46:7 81:22
82:6 88:13,
19 103:5
140:7 143:20
146:13
187:19
**moments**
5:7
**moms**
49:23,25
50:2 63:22,
23 65:23
73:19 74:1
75:5 99:1
110:10,12,20
111:6 122:22
123:20
**monetary**
67:2 69:8
**money**
17:10 50:3
68:22 131:18
134:5 152:16
**Monroe**
105:18
**monster**
103:25
**month**
24:10 41:1
45:25 78:3

151:22
**months**
24:21 31:24
33:3 59:7
90:9
**moral**
17:15 233:24
**Morgan**
24:22 93:3
**morning**
4:10 136:5
137:10 217:1
227:6
**Morrisville**
105:7 109:8
**mosquito**
45:8
**mother**
84:14
**motivated**
108:1
**mountain**
31:20
**mountains**
32:1 33:10
59:6
**mourn**
30:4
**move**
31:8 91:8
130:20
209:23
214:25 257:3
**moved**
12:5 24:5
46:14 109:7,
10 260:2,3
**movie**
28:23
**moving**
106:14 126:8
215:7
**mug**
74:17
**multiple**
18:7

mumbled
  50:24
mundane
  36:1 192:19
Muslim
  170:15,23

_____

N

_____

nah
  134:6
name
  7:11,14,21
  8:1,4,6,8,
  14,24 9:2,3
  18:1 23:18,
  19 24:22,23
  26:17,18,23,
  24,25 36:2,
  3,4,8,10,12,
  13,14,15,16
  44:17 45:18
  48:11 53:17
  60:9 103:14,
  16,17 114:25
  191:9 204:23
  247:25
named
  24:17,18
  36:16 146:17
names
  7:23 8:24,25
  9:5 23:17
  27:4 36:6
  90:7 149:2
nannied
  109:16
nanny
  111:2 122:18
  123:20
  131:24 132:6
nannying
  109:14,25
  123:5,6
  124:2
narrow
  145:20

narrowed
  37:1
National
  70:16
nature
  124:21
nausea
  38:17
nauseous
  216:14
navigate
  58:7
Nebbe
  44:20
necessarily
  179:13
  182:14 218:9
need
  5:18,20
  10:4,5 21:16
  34:22 57:8
  66:3 69:25
  79:8 82:6
  104:15
  106:21
  122:22
  124:13,16,21
  133:4 150:11
  151:22 164:2
  177:21,24
  178:16,21,25
  179:9,19
  185:12,14
  214:3 221:12
  253:15 256:6
  257:18
needed
  13:23 21:1
  66:19 113:16
  131:19
  180:15 208:6
  216:17,18
  220:7 224:8,
  13 226:25
  234:12 247:2
needing
  48:24 62:18
  191:6 221:2

224:6
needs
  67:1 83:15
  134:18
  177:16 179:6
negative
  30:25 142:23
nerdy
  86:24
nervous
  108:12
nets
  45:9
networking
  66:22 67:7
neutral
  36:10,12,15
  103:14
never
  10:25 30:2
  35:20 39:10
  40:9 49:7
  51:1 83:9,11
  86:20 92:7,
  10 93:7
  95:12,17
  98:9,14,17,
  23 99:2,7,9,
  10 104:5
  111:11
  114:17 141:5
  154:17 160:8
  197:9,10
  214:17,18
newborn
  222:14
news
  84:13
nice
  17:5 45:3
night
  227:7 230:16
  237:24
  246:4,9
nights
  28:23

nine
  27:21 35:11,
  13
Nisar
  242:20
nitty-gritty
  193:3
nod
  5:25
noise
  10:13 71:23
  74:13
non-poetic
  27:8
nonprofit
  152:7 153:25
nonviolent
  119:6
normal
  5:24 42:25
  99:6 113:25
  175:2
Norman
  105:7
north
  9:22 11:23
  12:13 31:19,
  25 35:16,17,
  22 53:2
  55:18 57:1
  58:12 59:4,
  19 60:3
  70:18 71:6
  75:10 105:7,
  18 109:9
  119:19
  234:10,14
nostrils
  42:12
note
  48:19
noted
  120:25
notes
  15:21 196:15
notice
  10:17 30:23

128:9 148:19
150:1

**noticed**
7:8 58:20
117:5

**notification**
223:17

**noun**
101:17,18

**Novant**
135:4

**November**
23:16 29:2,
11 31:11
105:12 121:2
123:21,22
124:3,5
132:12
134:21
139:21 140:2

**November-ish**
66:9 77:4

**number**
79:6 148:19
211:11
243:22
252:16

**numbered**
217:23

**numbers**
79:8

**nurse**
13:23 56:7
118:5

**nurse's**
13:22

**nursing**
118:2,25

**nurture**
55:12

---

**O**

---

**oath**
4:23

**object**
101:2 173:18

236:17 237:9
240:1 247:10
250:1 254:18
255:7,22

**objected**
170:21 208:9

**objection**
5:8 18:25
90:20,21,22
162:18 163:7
166:12
170:17
173:24
207:17
232:19
240:18
249:15

**objections**
5:9

**objective**
113:5

**obligations**
244:21

**obliquely**
105:1

**obscured**
73:2

**observation**
35:14

**observed**
4:16

**Observer**
62:16

**obtain**
249:25 252:3

**obtained**
119:2 254:16

**obtaining**
255:6

**obviously**
10:4 14:17
26:16 28:17
45:3 91:18
121:6 146:21
150:6 156:11
193:15
220:20

225:21 251:3
258:3

**occasion**
24:12

**occur**
22:4 213:8

**occurred**
227:12

**occurs**
215:8

**October**
132:11
204:14

**Odds**
241:11

**off-the-record**
118:19

**offended**
102:21

**offer**
66:20 124:18
130:2,3,4
144:8 149:18
150:16 159:2
205:16
206:22
207:15 209:8
210:10
211:5,8,24
212:4 213:15
215:3,9,11
218:16
224:7,14,25
225:6,8,24
226:1 229:18
230:10
237:21
238:1,8,14
239:18,24
241:3 246:5,
8,16 247:15,
19 248:7,13
250:16,22
251:13
252:1,5
253:1,4,7
254:15 255:5

257:8 259:22

**offered**
123:7 124:7
127:6,8
146:4 158:10
190:9
212:10,23
215:22
242:8,11
258:4

**office**
7:13 11:11
121:14 125:8
132:22
221:19,20

**official**
39:16 114:22
130:2,3
205:16
210:10

**officially**
28:24 49:8
132:9 212:15

**officiate**
22:23,24

**oftentimes**
36:11 48:18
94:5

**okay**
5:1,15 6:3,
10,21 10:3
20:20 21:3
24:1 25:9
39:14 41:15
42:1 71:23
72:8,9,13
74:16 80:20
89:15 92:18
94:17 98:21
100:11
103:18
104:17
111:9,13
120:13,15
127:24 145:1
147:6,9
148:8 150:4
152:13

161:14
168:25
171:15
173:11
177:12 186:3
187:19,21
188:9 199:6
201:18
205:21
207:22
208:16 218:3
227:1 231:18
234:14 243:3
249:18 257:9
older
24:20 25:9
50:19 93:2
112:24
114:12
on-line
105:12,14,22
112:3,12,20,
22 113:10,
12,14
190:18,23
191:1
once
50:19 52:13
56:16 61:18
87:19 90:9
97:14 107:6
114:4 120:11
121:24,25
132:14 164:3
189:21
216:13
225:13
227:17
one
5:8 8:2 9:21
10:3 18:5,10
19:12 20:9
32:15 38:3
39:2,11,19
40:18,22
45:20 46:5,
20 48:20
49:24 50:22

51:1,8,19
52:5 53:4
58:9 59:16
62:3 70:12
73:3,17,18
74:2 75:18
77:23 79:15,
23 80:2,8,18
81:4 82:21
83:2 85:7
90:15 92:2,
13 93:2
96:11 97:2
98:11 99:2
101:6 103:1
111:6,15
113:11,23
115:19
119:10 122:4
125:21,23
129:22
130:10
134:2,3
135:1,3,5,14
136:17
137:2,22
139:22 140:4
155:22 156:4
161:15
169:20 180:6
181:20
186:22
189:17 190:6
192:2
193:14,15,16
198:19
202:22 203:6
205:12,18
206:8
212:15,19
214:17 222:5
225:2,9,12,
21 229:16
234:12 235:3
256:8 257:19
259:3,7
One's
64:6

one-person
234:11
one-star
45:4
one-stoplight
59:20
one-story
116:22
one-week
73:14
ones
34:21 39:10
51:6 79:13
114:8 118:13
119:3,11
135:15 154:7
247:4
onesie
80:1
ongoing
42:15 195:19
online
191:13
209:24
open
9:19 10:6,11
45:5 52:16
72:11,13
100:19 179:3
225:8
opened
51:20
opening
10:10 223:17
230:8 241:24
opinion
15:2 22:16
98:19 101:21
157:2 168:1,
14 172:17
178:17
191:14
241:18
255:15
opinions
33:20 67:23
94:21 249:2

opportunities
107:1 114:1
144:11
opportunity
238:25 245:4
opposite
115:22
opposite-sex
26:12,13
99:5
oppressed
182:7,12,15,
22
orange
73:3 81:12
ordained
23:6
ordeal
43:6
order
50:3 73:16
78:23 105:2
189:19
191:6,7,9
215:4
ordered
78:23
orderly
85:24
organization
48:6,8 63:9
65:19 151:2,
15 152:1,8
153:7,8
154:1 160:9
181:12,21
196:9
organizationa
l
196:2
organizations
51:9 69:6,7
organized
57:25 113:19
orientation
258:25

originally
106:8 108:18
orphanage
13:13 45:11,
13 46:16
49:21 50:9
orphans
13:15
outfit
102:21
outside
34:2 35:2
55:22 64:5
113:25
116:20
194:14 195:8
198:21
253:16
outsider
142:20
outward
88:25
over-
exercising
109:1
overcome
56:20
overexert
221:22
overlap
123:15,17
overlapped
123:24
owner
79:7
owners
184:21
owning
89:14

P

p.m.
116:10,15
186:1 219:3
223:13,21
226:12,13,

15,17 227:22
228:2,19
229:2,14,15
260:22
P00009
211:12
P0080
217:24
package
150:10,21
page
72:4,21 73:1
74:6,21
78:15 79:18,
23 80:2,6
85:3 121:12
144:20
146:11
149:12
150:24,25
155:3 156:20
168:5 173:1,
3 177:15
181:3,8
190:16
218:13
224:22
244:9,15
245:3 248:10
249:10,11
pages
72:5 73:9
189:22
paid
122:19 132:2
152:15
pain
96:3
painful
256:9
painted
35:2
pair
102:19
pajamas
19:14

Paleo
37:6
pamphlet
53:20
pandemic
30:9
panic
232:6
panicking
233:23
pansexual
86:22 87:11
88:9,12
pants
136:15
paper
21:16 174:25
papers
25:12
paragraph
212:7,18
213:8 245:8
pardon
129:16 193:6
250:13
parent
11:17 43:24
93:20
parents
35:21 100:6
110:4 122:6
137:23
138:3,17
140:15
236:20,23
237:1
parents'
23:17 33:15
124:14
150:10
Parker
36:13
part
12:23,25
14:5 16:6
17:23 18:7,
12 19:5 21:5

22:6,13 30:9
34:22 45:12,
13,14,15
57:13 58:24
59:5,22
65:18 76:10
95:4 100:5
102:7 111:22
114:14
134:14
143:16
144:17,25
151:4 153:5,
9 156:19
165:19
171:12
172:17
177:18 178:8
181:16
182:13 184:6
198:11
207:1,2,5
208:8 209:22
231:15,19,20
232:1,2
233:10
234:20
236:1,7
245:1,20
part-time
122:8,19
123:2,5,12,
17 124:1,2,
24 125:4,11
partial
59:10
partially
183:4
participate
158:3,17
159:22
participated
10:25 11:6
61:14
particular
22:11,20
42:8 52:23
67:11 74:6

Aubry McMahon
February 24, 2023

76:10 98:5
140:24 147:7
**partner**
26:11,12
29:20 49:16
89:22 111:18
**partners**
30:14 47:16
241:13
**partnership**
48:8 124:19
138:25
**partnerships**
50:10
**parts**
44:4 96:25
97:5 164:13
192:11
**party**
108:10
**partying**
107:23
**pass**
175:6
**passed**
68:5
**passing**
83:16 140:25
**passionate**
54:18
**past**
19:6 25:14
42:23 141:4
192:17
213:22
251:16
**pastel**
81:4
**pastor**
20:11,14,21
23:2 44:16
47:5 48:9
49:13
154:10,12,14
**pastor's**
19:9 20:10

**patient**
119:8 167:5
**patients**
56:11
**patterns**
30:23
**pause**
146:13
**pay**
17:8 44:10
45:25 71:7
125:12
126:15
127:9,13
151:22
153:16 190:3
252:15,20
**paying**
44:12 109:17
126:18
153:14 154:4
256:2
**payment**
213:9 255:24
**peace**
15:7 39:11,
14 103:5
**peacefully**
68:1
**peacemaker**
27:9
**peanut**
116:25
**pee**
136:14
**peer**
57:9
**pending**
5:18
**people**
13:14 15:5,
20,24,25
16:5,13
19:6,7,9,11,
13 21:14
27:10 30:1,
22,24 33:21

36:11 38:15
39:9 50:13
51:23 56:13
57:14,15
58:7 59:21
60:7,15
61:13,14,19
62:4,10,24
63:24 64:25
66:22 67:8
68:5 79:2
83:16 84:8,
20 86:9
87:4,22 88:6
90:12 94:4,
6,13,22
95:8,22
96:20,24
97:2,17
98:12 102:21
103:16
108:8,9
110:6,7,10
111:21,23
115:5,7,10
118:9 139:22
140:4,5,18
143:1,3
144:3 151:19
152:25 156:9
157:10,14
160:10
164:12 165:3
168:11,16
178:20 183:3
184:20
198:25
199:23
203:12
209:10 226:8
241:18
242:14
246:17 247:5
248:4 258:18
**people's**
51:13 179:16
**people-
focused**

133:6
**percent**
107:15,17
125:1 211:9
**performers**
107:4
**period**
33:1,5,24
34:11 76:2
85:13 97:7,
14 109:16
122:11
128:11
149:22 174:8
213:2,3,23
215:15,18
219:7 220:12
221:1 222:3,
10,12 223:3
253:22 258:7
**periodically**
46:2 49:15
**periods**
214:18 258:6
**perk**
158:23
159:9,14,17
**perks**
215:12
**persecuted**
97:18
**persevered**
83:14
**person**
14:15,23
15:2 17:5
21:9,12,19,
21 23:6
27:7,24
30:20 31:2,3
62:10 69:1
71:10 73:4,
22 81:24
83:19 84:8
86:23,25
88:3 90:4
103:19 104:2
105:15

Aubry McMahon
February 24, 2023

110:19
111:20
125:25 134:5
139:3 140:11
147:8 164:25
168:4,5
169:25 172:5
182:24
184:24 217:2
220:19
234:13
247:23
**personal**
21:18 68:16
82:23 84:3
94:9 142:5
144:9 157:7,
21 163:9
179:16 203:6
**personally**
68:18 69:17
92:3 103:15
151:18
169:21
170:4,22
171:14 174:3
182:20
201:18 202:2
203:25 255:8
260:4
**personify**
155:5,12,13,
17,18
**perspective**
81:10 142:20
192:24
259:13
**pertain**
192:18
**phase**
207:5
**phases**
206:25
**Phil**
54:22 56:4
82:14
**philosophy**
112:8 154:25

**phone**
57:14,16
129:25 134:8
150:14
179:14 190:7
191:21
192:1,3
207:2 218:12
223:12,17
225:18 227:4
228:1,14,16,
22 230:4,17,
24 231:2,7,
8,10,20
232:9,10,13,
14 234:2,15,
19 236:1
238:17,19
**PHP**
59:9
**phrase**
81:18 146:15
153:3 254:25
**physical**
250:23
251:8,15
**physically**
135:11,13
136:23
256:17,23
**physician's**
24:23
**pick**
52:24 105:4
112:4 164:12
227:3
**picked**
96:25
**picking**
92:19
**picture**
48:25 73:1
82:16
**pictures**
46:2 47:2
48:23 144:21
154:20

**piece**
21:16 141:14
**pieces**
91:22
**pigs**
47:19
**pizza**
82:10
**place**
12:10 15:24
17:21 19:13
27:22 31:17
47:25 51:12
70:22
108:22,24
109:19 113:6
121:24 127:6
142:17,19
145:24 175:6
234:15
**places**
65:1 66:18
93:10
**Plaintiffs**
217:24
**plan**
8:15 24:6
31:23
**planned**
31:22 32:1
**planning**
34:2
**platform**
62:7 71:4
242:21
**play**
9:1 235:16,
21
**played**
235:23
**playing**
27:19 110:19
**plays**
95:22
**please**
5:3,5 6:8
11:20 12:20

15:13 21:5
24:15 26:17
27:6,10 44:6
63:8 66:13
71:15 80:17
86:8 88:4
120:12
129:17
132:13
150:24 161:9
162:1,23
166:16 174:2
185:11
188:6,21
189:3,8
208:13
211:19
217:25
218:18
235:12,15,22
240:4 244:4
249:15
250:24
252:17
**pleaser**
30:22
**pleasing**
30:24,25
**pleasure**
200:3
**plungers**
42:11
**pocket**
252:21
**poetic**
17:5
**poetry**
60:20
**point**
6:7 26:24
29:24 46:14
62:3 88:6
91:13,20
96:11 107:25
109:7,11
110:17
112:20
113:11

Aubry McMahon
February 24, 2023

115:16
116:4,9
122:17
124:13  127:7
130:22  134:2
135:18,24
136:7  139:6,
7  146:14
147:10
150:10,14
155:3
156:20,21
185:15  190:4
196:15  197:8
202:8  207:22
208:4  214:14
215:10,13
216:16
224:14
228:3,15
230:4  233:9
239:9  241:6
246:1
248:17,23
253:18  257:5
pointing
163:1
points
4:19  69:20
117:23  193:2
258:23
policy
238:6
political
204:1
politically
64:4
POO72
148:20
poor
182:7,12,14
popped
27:13,16
31:15  74:17
popping
72:8
pornography
92:5

portal
79:7
portion
85:2  192:13
236:5
position
58:9  114:22
121:19,20
122:4,18
123:6,7,10,
24,25  124:1,
7,9  125:7,8,
10  126:6,7
127:6,9
129:11  135:6
142:18  144:6
149:7,20
155:5  177:19
178:7,9
180:4  191:15
200:9,14
201:24
207:11,14
208:3,22
209:5  212:8,
22,24  221:17
246:23  254:3
258:2
positions
121:6  132:11
144:6
positive
85:12  107:15
143:1,4
possibilities
138:14
possibility
137:23
142:18
236:12,15
237:4
possible
208:14  209:1
possibly
55:3  117:10
135:10
146:4,10
187:11  205:9

249:9
post
62:4,10
63:24  242:21
247:14
248:3,12
249:14,19,23
post-high
121:16
post-partum
84:11,15
post-
secondary
117:8  119:1
posted
68:9  85:9
89:20  111:2
148:14
175:9,22
247:18
posting
78:15  146:22
147:15,18
148:13,16
154:20
174:22
247:22
248:17
249:8,12
posts
174:23
practice
39:7  180:11
pray
164:3
177:17,21,24
178:1,3,4,7,
10,24  179:5,
6,10,11,13,
18  200:15,18
prayer
158:5,9
159:5
prayers
159:8
praying
15:6  178:19

prays
178:17
pre-██████'s
78:8
pre-screening
143:14
187:12,14
207:1
Precious
45:19  48:15,
23  52:14
53:24
predicted
212:21
preface
34:16
prefer
8:18  102:15
pregnancy
38:9,13,18
39:23  40:17
41:4,20
42:16,21
43:15  84:9
130:23
134:13
135:11
136:9,20
174:11
226:22  229:6
230:1
pregnant
25:16,24
29:5  35:5
37:15,24
38:6  43:14,
16  127:2,3
131:4  136:4
215:14
preliminaries
4:13
preliminary
11:20  143:11
premium
79:19
prenatal
39:13

Aubry McMahon
February 24, 2023

prescribed
252:25
presence
4:12
present
9:25 88:25
presented
159:15
presents
87:13
preserving
5:9
pretend
191:5
pretty
16:13 38:11,
17 40:20
41:2,19
42:10 52:7
83:25 85:12
93:5 99:22
113:9
144:13,15
145:14,19
184:3 230:20
prevention
58:4 83:4
118:8 119:5
previous
112:15
132:23
145:15
previously
32:20 56:17
70:20 77:20
129:7 142:20
144:3 244:12
246:17
pride
19:12 55:16,
17 63:19
64:5 65:13,
15 67:14
68:14,20,22
69:1,17
principles
18:16 99:20

print
245:5
printed
73:17
printout
71:13 74:6,
20 77:8
printouts
70:7 72:6
prior
12:7 123:11
124:23
143:23
208:21,25
209:4 232:20
234:7 237:6,
19,20
private
39:7 62:1
116:1
privilege
207:18
208:10
237:15,17
240:9,11,16,
17 243:14,17
249:17
privileged
249:16
probably
4:21 14:1
15:20 43:21
45:4 53:5,16
98:11 100:24
134:5 138:15
146:8
155:10,14
156:18
192:16 205:1
206:21 207:9
210:9 226:4,
5,7,21 229:4
236:22 245:6
246:4 250:6
probationary
149:22
213:2,3,23
214:18

215:15,18
220:12 221:1
222:3,10
223:3 258:6,
7
problem
26:4 42:8
72:4,16
96:13 135:18
problems
42:14
procedure
40:15
proceed
186:3
proceeding
11:7
proceeds
73:24
process
5:13 6:12
8:7 26:23
36:23 39:20
57:9 68:8
94:2 112:11
130:7 141:20
143:13,17
168:3 180:10
182:17 186:6
187:8 204:17
205:4,13
206:7,19,23,
25 210:2
218:14 230:5
233:7 246:21
produced
148:21 225:1
235:11 244:7
product
74:3
production
217:24
products
73:10
professional
57:8 203:5

professionals
251:11,24
professor
115:1,2
professors
114:20
profile
49:1
profit
152:11,18,
22,24
153:15,16
program
58:11 59:10
149:8,13,21
212:21
213:12 220:5
projects
34:24 72:23
prom
86:15
promise
147:11
promoted
258:7
pronounce
8:2 53:18
pronouns
102:9,10
proof
174:25
proposal
32:10
propose
29:23,24
32:19
proposed
31:15,16
32:7
proposing
32:2
protecting
259:17
protection
68:6 172:23
199:16

Aubry McMahon
February 24, 2023

protects
239:13
protest
67:25 68:1
proud
60:22 62:12
63:1 155:23,
24
prove
157:12
173:15,17,
19,23 174:21
provide
205:17
227:13,14
260:16
provided
126:1 206:11
210:19
provider
217:10
providing
141:23
260:15
prudent
91:4
psychiatric
119:8
psychological
6:22 251:23
psychology
54:21 105:23
106:3 115:2
117:4
psychosis
84:16
public
84:3 95:7
116:1,2,3
published
62:14
publishing
60:9
pull
45:21 46:7
72:1 79:16

pulled
32:15
pulling
230:9
punish
174:15
purchased
34:25
purchases
78:20
Purely
125:3
purpose
81:8 117:14
153:19
216:19
purposely
83:16 227:2
purposes
54:18
Pursuant
245:11
pursue
117:20 140:8
242:6 243:9
pursued
117:8
push
85:14 102:13
pushback
202:7
pushed
99:10
pushing
40:12 194:1
put
7:15 66:24
78:4 85:6
90:19 91:6
102:15 106:1
117:6 120:2
145:9 187:2
198:7 204:9
244:19
254:25
putting
56:8 67:19

119:9 184:1

_____

**Q**

_____

Q-U-I-N-G
53:17
QPR
58:4 118:8
119:5
qualification
s
117:24 119:2
qualified
128:8 254:1
qualify
222:17
Queen
58:10,17
75:11,12,15
129:13
130:11
134:14 146:2
246:18
question
4:24 5:3,5,
10,17 6:11
7:8 20:2
22:1 31:15
90:22 91:8,9
92:14,20
96:1 101:15
130:10
143:19 145:5
149:15
151:11
153:22 161:7
163:4 167:3
169:1 170:14
172:24
176:22
179:23
185:10
194:10
195:24
196:6,12,16,
20 201:5
203:16
206:17

207:20
209:11
214:10 215:1
232:11
236:13
237:3,5,14
240:14,23
241:2 243:1,
15 246:12
248:21,22,24
249:16 256:8
257:2,20
259:8
questioning
63:14 174:9
questionnaire
37:4
questions
4:20,22 5:8,
18,25 6:15
9:20 11:20
35:8 72:17
96:5 100:1
101:13
104:6,25
115:15 121:7
137:6 168:4
193:24 194:1
195:25
197:24 202:7
204:5 212:6
219:17
236:10 240:7
249:1,4
250:19
quick
5:21 116:25
225:17
231:14 259:9
quickly
121:5 179:17
229:22
230:10 254:5
quiet
248:2
quite
44:21 60:24
104:3 157:16

205:11

**quote**
77:19,20
108:22
176:24

**quotes**
60:20

---

**R**

**raccoon**
55:9

**radar**
138:23 139:9
214:23

**rain**
28:5

**rainbow**
64:7 75:8
76:13 78:12
80:1,18,21,
25 81:8

**rainbows**
81:2,6
103:25

**raining**
28:4

**raise**
37:16 83:5
84:10 91:21
92:22

**raising**
21:21 78:16
82:9

**rambled**
88:1

**rambling**
103:21

**ran**
83:2

**randomly**
8:6

**range**
127:13

**ranges**
144:4,5

**rant**
185:9

**rate**
6:5 150:14,
18 252:15,19
255:24

**reached**
86:7

**reacted**
61:20

**read**
61:5,14,17
145:12
155:10,14,25
156:11
161:8,12,18
179:5 193:13

**reading**
15:15,19
144:19,25
155:21

**readings**
22:21

**reads**
184:17

**ready**
109:19

**real**
123:3 231:13
234:8

**realize**
35:8 54:1
56:16 87:24
88:15,21
259:7

**realized**
56:8 87:10
113:11,14
146:15

**realizing**
105:13

**realm**
133:9 139:5
157:21 260:7

**reason**
6:21 7:2
87:6 103:20

125:17
134:14 197:4
219:21,24
222:13
238:3,8,13
239:3 244:20
254:7

**reasons**
251:20

**recall**
123:24 126:3
195:13 208:7
223:13,15
250:14

**receive**
48:22 78:19
215:8 253:21

**received**
106:9 117:4
118:4 128:7
129:11 143:8
188:14,17
189:25
224:14
227:17
229:24 255:4

**receiving**
128:24
190:21
213:15
229:19
255:21

**recent**
206:9

**recently**
84:14

**recess**
54:9 104:19
116:12
185:24
257:14

**recognition**
86:6

**recognize**
72:17 77:15
120:16 128:2
148:9 188:10
189:6 206:3

211:20,22
218:4

**recollection**
76:6 229:1
243:2 247:20
248:14 249:8

**recommendatio
ns**
62:11 248:6

**record**
5:9 54:11
90:20 91:6
104:17,21
116:9,14
118:16
161:12,18
185:21 186:1
231:15,17,19
232:18,25
234:3 240:9,
21

**recorded**
196:22 201:6
231:21
232:15,24
233:2,11,13,
16 234:21
236:5,6,8,9

**recording**
233:4,17
234:1,2,13,
16,25 235:6,
11,23,25

**records**
194:9

**recover**
256:23

**recovery**
108:23

**recruiter**
143:9

**red**
79:24 81:12

**redid**
35:3

**refer**
8:19 92:2,7

Aubry McMahon
February 24, 2023

146:24 153:7
178:20
219:24 252:7

**reference**
99:17 176:10
195:15
206:10
210:22
218:11
244:24

**referenced**
224:1 238:22
239:5

**references**
58:20 189:14
206:8,12
210:18,19,21
211:1,7

**referencing**
215:15
230:13

**referred**
7:9 18:14
75:11 81:17
82:20 95:1
120:23 149:1
165:24 175:8
231:24
234:22

**referring**
25:21 75:3
115:17
124:15 140:1
145:2
146:17,19
147:12
178:19 192:2
224:24
240:16
242:24
244:11

**refers**
190:17
191:17,18
212:7 254:23

**refilled**
45:1

**reflection**
196:25

**refocus**
160:6

**refresh**
247:20
248:14

**refugees**
66:16,23
67:9

**refuse**
172:10

**regard**
11:14 67:12
145:18
203:18
207:12 208:2

**regarding**
49:2 189:11
192:4 204:7
216:25 238:4

**Regent**
105:12
112:3,4,6,9
113:13
115:18,21

**regretted**
238:21

**regular**
158:4 173:5,
8 255:21

**regulations**
34:15

**relate**
137:7 176:8
213:11

**related**
6:22 126:2
247:15
251:25
252:4,25
253:17 257:6

**relates**
170:8 240:13

**relationship**
8:5 16:19,23
17:2,18

19:23 23:7
25:4 28:11,
19 46:6
47:15 93:14
98:7 114:17
157:16
164:25 165:1
175:3 203:2
241:20
257:24

**relationships**
98:20

**relevant**
90:25 91:5
203:7

**reliable**
173:4,8

**relief**
68:25

**religion**
94:25 115:1
162:4,6
168:12
176:2,25
177:2

**religions**
115:3
169:19,23

**religious**
12:18,21
14:3,9 16:18
21:6,7,17
22:1,11,13,
21 23:9,10
93:9,13,23
96:13,17
98:6,11
100:2,8
107:18,20
108:6 115:11
116:5 151:25
160:25
168:24
192:4,5
245:16

**remain**
215:5

**remained**
14:6

**remember**
25:10 26:2,4
28:13 42:11
44:14,22
49:19 53:10,
12,19 59:25
60:9 66:6
70:11,12,14
74:2 75:25
76:1,5 77:25
78:3,5 85:1
90:3,7 97:22
104:3 111:3
112:11
114:25 125:1
126:21,23
129:1,18
130:3,8,13
131:3,12,20,
22 132:17
133:7,10
134:7,23
135:5,14
138:1,3,4,12
139:11,17,
18,22,25
140:1,2,14,
17 141:21,25
142:8,12,23
143:7,17
144:14,19,24
145:10,11
147:15 155:8
156:12,23
158:5,6,7,9
180:9
186:18,21
187:5,9,18
190:2,21,23
191:3,21,23
192:3,6,8,9,
12,16,19
193:3,5,7,
10,11,13
194:17,24,25
195:2,6,7,11
196:11

Aubry McMahon
February 24, 2023

198:22
204:20,23
205:3,5,8,
14,16
206:11,13,
15,20 207:4,
16 208:24
209:15
210:18 211:4
217:4,6
219:23 221:9
223:16
224:17
225:4,5,19
226:20,23
227:9 228:5,
11 229:12,
13,19,23
230:7,15,18
231:8,11
241:16
248:15
249:12,13,20
250:12
253:13
**remembered**
119:10
145:14
192:12
194:15
247:21
**remembering**
85:11 139:15
192:1
**reminded**
35:15 48:17
**reminder**
27:13 82:4
83:15,19
**reminding**
77:3
**remotely**
9:22
**remove**
248:17,23
**renew**
118:3,6

**renovations**
51:13
**rep**
125:24
132:21 149:5
212:2
**repair**
51:15
**repeat**
92:14 161:14
162:24
197:21
**repeating**
173:21
**repercussions**
41:15
**rephrase**
16:11 22:5
68:17 166:9,
15,16 197:18
232:17,21
250:14
**replied**
226:13,14
229:22
**reply**
226:15
**report**
173:5
**reporter**
4:23 9:10
161:11,17
260:12
**reporter's**
5:24 29:9
**reporters**
6:6
**represent**
235:10 244:6
**representation**
88:8 246:2
**representative**
125:20
148:24 180:3
212:9,19

**representatives**
200:25
**request**
227:15,16
240:2 250:7
**requests**
159:5
**require**
114:7 163:5
169:3 171:2,
5 173:4
178:8
**required**
158:2,12,17
159:25 172:6
200:9,14,25
245:21
**requirement**
132:10
159:24
163:22
177:25
178:15
179:9,20
200:19,23
217:14
**requirements**
177:18
180:22
216:24
**reschedule**
218:20
228:14
**rescind**
218:16
239:18
259:21
**rescinded**
208:17 209:8
225:25 226:2
237:21
238:1,9,10,
14 239:1,25
241:4 246:5,
23 248:7
253:7 257:8

**rescinding**
229:18
230:10
**rescission**
245:24
246:8,16
247:15,19
248:12
250:15,22
251:13,25
252:4 253:1,
4 254:15
255:5
**research**
143:22
187:15
**resided**
12:3 35:20
**residence**
11:21
**residential**
59:3,8
**resolve**
218:15
229:17
**resolved**
43:1 83:23
**resources**
63:13 68:10,
13 194:22
**respect**
103:19
237:17
240:13
243:14
**respond**
141:2 202:4
226:19 227:7
**responded**
218:19
**response**
37:8 144:7
186:24
**responses**
37:9 248:11

Aubry McMahon
February 24, 2023

responsibilit
ies
  151:1
responsibilit
y
  159:16
responsible
  194:22
rest
  5:21 21:11,
  20 31:5
  43:22
restaurant
  64:2
result
  251:13 253:4
resume
  117:5 120:20
  121:10,12
  122:20,25
  186:23,25
  187:1
Resuming
  54:11
resuscitated
  41:18
resuscitation
  42:7
retained
  249:22
return
  46:2 49:22
  153:12 173:6
returned
  108:25
returning
  109:3
review
  127:17 148:7
  189:4 218:1
reviewing
  188:8
reviews
  61:17 144:4
  145:15 146:5
rid
  189:21

ride
  106:9
right
  8:12 9:23
  11:1 23:4,24
  26:8 29:20
  30:16 32:17
  35:12 42:23
  45:2 52:13,
  16 55:2,3
  58:16,21
  60:25 63:5
  67:22 72:25
  73:1 74:24
  75:1,20
  76:11 80:6
  84:21 86:3
  88:10 89:5,6
  102:11 104:3
  107:20 109:6
  114:11
  115:19
  116:21
  117:10,15,17
  119:14
  123:22
  128:6,25
  137:4,12
  148:20,24
  152:8,12
  160:24
  175:12
  176:11,18,19
  181:5 182:1
  187:1 188:17
  191:18,20
  196:9 204:12
  205:11 210:7
  212:25 221:3
  223:15
  224:9,13
  228:13,15,17
  234:18
  240:20 243:8
  245:13
  251:21
  252:22,23
  255:24 257:7
  259:8

rightfully
  172:9
rights
  68:3,15 69:4
  239:13
  245:11
ring
  32:15
rings
  32:20,21
ripping
  51:14
Rise
  58:22
risk
  54:16
road
  91:2
role
  133:3 191:16
  221:4
room
  9:25 116:24
  150:20
  163:17,22
  176:5 183:20
  216:1 236:24
root
  172:24
rooted
  170:25
Rosalind
  23:18
rose
  169:13,15
  170:1,7,8
route
  41:9
row
  52:20
rude
  145:4
rules
  168:17
run
  197:22
  242:13

running
  45:7
runs
  128:10

_____

S

sad
  45:2 138:19
  174:18
safe
  19:11,13
  41:7 51:12
  64:13 67:9
  68:23 69:1
  84:21,22
  94:12,22
  108:14
safer
  108:2
sailing
  41:2
sake
  5:24 115:17
salary
  124:8 144:4
  146:5 150:1
sales
  134:3,4
same-sex
  23:7 26:11
  29:20 41:11
  63:25 78:16
  85:22,25
  89:22 92:11
  99:4 110:11,
  21,22 111:1,
  9,12 114:17
  194:5 197:6,
  15,25 203:2
  239:21
  241:13,20
  257:24,25
  258:17
sandwich
  117:1

Aubry McMahon
February 24, 2023

sang
  47:6,9
sat
  4:16 232:8
Saturday
  222:20
save
  72:10,12
saying
  17:19 31:1
  75:25 83:7
  89:3 92:19
  108:3 142:23
  146:23
  149:16,19
  153:2 157:9
  161:5 163:1,
  15 164:7,17
  165:25
  167:14,17
  168:18
  171:25 172:4
  174:20
  176:21 185:4
  186:9 195:7,
  11 196:6
  200:6,8
  201:15 202:2
  204:4 217:7
  226:13,14,17
says
  5:8 6:8
  16:14 43:24
  70:12 78:16
  82:21 98:1
  101:24
  121:14
  122:16
  146:25
  150:25 153:6
  155:4,21
  156:21 158:2
  160:17
  164:21 173:3
  177:16 182:4
  183:20
  186:19 190:3
  194:10 198:9

212:18
223:23
225:14
228:24
229:16
244:16
245:11
SBN
  123:3,8,10,
  17 124:7,9,
  24 125:16,20
  130:21
scared
  241:22
  258:19
scary
  69:17,24
  95:23
scenario
  90:23
scheduled
  189:15
scholarship
  114:10
school
  27:24 37:14,
  15 45:14
  46:13 53:6
  55:1,3,4
  56:18,19
  59:15 63:12
  64:2,22
  67:22 86:14
  97:22 105:3,
  7,14 106:21
  107:18,20
  108:7,12
  109:20,22
  112:3,7
  113:2,7,12,
  14 115:23,25
  116:5 117:25
  118:4
  121:16,25
  131:13
  137:12,19
  138:16 139:1

schooling
  46:1
schools
  113:24 116:1
schoolteacher
  71:11
sciencey
  155:14
scientific
  102:2
screen
  146:10
screen-
shotted
  225:9
screened
  36:23
screening
  36:24 134:9
  143:11
  145:16
script
  179:1
  202:16,18
scripts
  214:4
scripture
  194:23
scroll
  79:18 190:15
search
  132:19
  140:23 241:9
searching
  111:2
  126:20,22,25
second
  59:2 79:22
  118:17
  150:24 173:3
  180:6 224:22
  235:3 245:8
seconds
  233:5 234:21
  235:13
secret
  258:16

section
  14:7 80:5
  153:4,5
  181:9 245:12
sections
  71:5
security
  7:13 8:10
  33:11
sedentary
  135:13
see
  9:8 17:14,16
  21:16,20
  24:6,9 31:20
  38:25 39:3,
  21 41:19,21,
  22 43:9 45:2
  47:2,17 52:7
  54:22 62:10,
  23 63:25
  64:25 68:25
  71:25 72:6
  79:18 83:18
  94:6 96:9
  146:7 150:19
  155:10
  159:17
  163:21
  165:23
  174:22
  175:18
  191:14
  197:22
  205:17
  211:20
  213:3,7,10,
  23,24 214:7
  215:11
  220:21 225:6
  229:8 244:8
  245:8,16
  256:2 259:9
seeing
  44:23
  139:11,15
  145:10
  150:16 155:8

Aubry McMahon
February 24, 2023

156:23
158:5,6
224:21,24
251:20
**seek**
59:1 113:20
180:1 202:8
258:19
**seeked**
209:9
**seeking**
89:21,24
90:1 241:7,8
**seeks**
194:12
**self-published**
60:8
**sell**
44:25 50:2
72:22 73:12,
16,21
**selling**
73:10
**semesters**
113:15
**send**
48:18 50:3
74:4 77:7
80:8 82:14
97:20
**sending**
225:5 238:21
**sense**
7:15,18 9:6
14:21 17:16
19:3 21:24
25:1,2 26:1
27:2,3 28:21
37:3,12
50:4,5,11,12
68:24 75:15
83:20 84:8,
25 87:25
88:17 90:11
93:13 99:6
101:25

106:14 108:2
111:14
112:18,25
116:7
117:13,14
133:7
134:16,19
135:22
141:13 142:7
143:1 147:1
152:22,25
153:18
156:15
159:12,20
160:21
161:23,25
162:8,12
163:17,18
164:15
165:22
166:20,24,25
167:21
168:25 170:9
172:21
174:20
175:17
176:6,7
177:9 178:4
182:4 183:16
184:12 191:8
192:4 197:13
199:5,23
200:6 201:12
203:9
216:17,18
221:5,21
260:2
**sensitive**
177:16 179:6
**sensitivity**
147:2
**sentence**
150:25 155:4
156:21
158:1,5,7
160:17
212:17 213:7
240:4

**separation**
213:8
**September**
29:3,4,10
33:15 122:16
**series**
219:1
**serious**
36:25
**sermon**
107:7
**sermons**
13:2
**serve**
198:14,15
250:6,9
**served**
10:17
**service**
132:21
148:23 149:5
159:3 160:2,
4,10,13
170:6 179:2
180:3,19
191:4,16
200:25
202:23
203:11,14
204:21
212:2,8
**services**
51:11 66:20
158:4,8,13,
18 160:20
212:19
**sessions**
252:16
**set**
80:6 143:11
145:6 168:17
213:3 218:12
245:4
**setting**
115:12
189:11

**settlement**
242:8,9,10,
11 259:9
**seven**
189:22
251:16
**several**
81:17 195:12
243:20
**severance**
126:1,15
**severe**
87:6 216:13
**sew**
34:18,19
**sex**
20:12 43:23
97:4 101:14,
16,17,21
102:1 239:14
**sexual**
22:2,3,7
88:14 195:8
258:25
**sexuality**
63:15 69:13
87:3 95:19
176:1,25
**sexualized**
92:6
**shadow**
220:14
**shadowing**
220:18
**shame**
60:16 82:7
112:23
**shape**
45:6 90:25
91:5 244:20
**share**
26:16 37:19
60:14 147:22
194:12
210:21
**shared**
22:21 106:16

Aubry McMahon
February 24, 2023

163:1 194:24

**sharing**
32:25 48:4
60:23 63:2
83:21 88:5
96:2 106:13

**she/her**
102:10,11

**sheds**
35:3

**Shield**
62:6

**shipping**
78:24

**shirt**
77:18,20
82:17 95:14
103:2,11

**shirts**
70:19 77:24
99:19

**shock**
61:3

**shocked**
230:8,14
233:25

**shoes**
49:20
102:16,17

**shop**
28:4,7,12
57:3

**short**
104:13
165:10 174:8
232:16

**shortage**
55:8

**shortly**
104:12

**shorts**
103:2 165:10

**show**
19:14 54:23
64:8,15 68:1
82:18 102:17
121:10 182:6

**shower**
24:8 45:7

**shown**
223:4 253:24

**shows**
182:11

**shun**
169:18

**shunned**
93:24 94:8
182:21

**shunning**
157:14

**shut**
57:5

**sibling**
138:8

**siblings**
24:14,15
25:1 26:11
47:1 93:4
110:6 140:15

**sick**
30:3 39:13
175:21

**sickest**
108:24

**sickness**
136:5

**side**
17:1 21:10
30:21 40:18
49:6 150:7
162:7 203:17

**sides**
168:15

**sign**
25:11 67:5
68:25 124:19
155:8 156:4
165:8 225:13

**signature**
189:21

**signed**
224:17,24
225:9,11,12,
16,22,23

**significant**
80:25 91:12
99:21 130:24

**signify**
179:8

**signing**
225:14

**similar**
45:24 132:20
142:11
180:13
203:15 255:2

**simple**
15:23

**simply**
241:2 244:18

**simulation**
190:20

**sin**
96:21

**sing**
47:6,8

**single**
66:25 178:1,
15,25 179:8,
14 209:5

**sins**
97:10 165:16

**sir**
6:20 7:1,6
10:19 11:18
14:4,11 16:8
18:4 23:12
63:6 76:12
80:7 85:4
137:13
148:25

**sister**
24:18,20
25:9,16
40:24 93:2,3
106:8,12,18
109:13 110:7
111:19
224:2,11

**sister's**
25:24 226:21

227:9

**sisters**
25:8

**sit**
113:18
221:20

**site**
74:21 76:1,
3,11 80:10
133:18 144:1

**sitting**
106:22
158:21 232:9
233:19,20

**situation**
17:7 54:17
179:21
180:17
192:23
198:5,6
215:25 220:1
242:15 248:6
256:17

**situations**
58:7 106:24
127:8 191:4
259:17

**size**
34:1

**sizes**
34:21

**skills**
58:6

**skim**
145:12

**skimmed**
61:18

**skipped**
29:5

**skirts**
165:5

**slash**
25:13 150:8

**sleep**
45:8

**sleeve**
79:19

Aubry McMahon
February 24, 2023

slightly
187:22
slogan
81:24 83:7
slow
6:8
small
33:15 55:23
59:17 72:7
106:22
113:23,24
141:1 245:5
smaller
69:9 106:21
107:10
smart
106:10
smiling
25:2
smooth
41:2
smoothly
33:6
sobbed
47:22
social
7:13 8:10
51:10 174:22
175:8,9,18,
21 242:21
247:14
socially
7:17
softball
27:15,19
software
214:4
sold
60:10 73:17,
20 74:3 79:4
125:18,19,23
sole
217:10 238:8
soliciting
133:24
someone's
173:7

son
103:17 171:6
songs
60:20
sophomore
112:25
sort
14:13 27:10
29:23 32:23
34:10,11
36:8 42:8
43:6 44:3
46:21 48:7
57:24 58:21
61:6 63:11
66:12 67:1
68:17 81:8
86:6 101:9
108:10
112:10
114:21
115:4,9
121:24 125:7
132:4 145:16
153:16
159:17
174:19 175:1
183:14
220:15 227:4
251:9 252:3
257:5
sought
209:9
soul
86:24
sound
41:13 204:24
sounded
161:4
sounding
201:13
sounds
13:25 52:8
60:23 61:12
65:11 81:7
83:24 84:2
88:6 91:11,
13 97:25

107:19 109:5
117:2 181:23
184:2 195:21
232:16 250:8
256:12
soup
51:24
source
98:2
South
125:23 126:9
space
19:11 94:12
speak
6:4 64:11
84:6 156:11
200:25
260:10
speaker
114:5 158:22
232:9,10
speakers
107:8
speaking
60:19 101:23
203:13
233:13
255:23
special
36:6,8
128:22
specific
132:17
219:24 237:3
specifically
5:11 26:5
91:14 193:5
203:18 208:2
217:4 219:22
spectrum
103:1
speed
191:12
spell
8:3
spelled
26:18,20

spend
117:2 121:7
spending
110:22
spent
31:5 45:10
116:18
259:14
sperm
36:21 37:5
78:22
Spirit
171:7,12
spiritual
206:9
spirituality
157:23
spoke
142:22
208:14
spoken
233:4
sponsor
13:15 45:23
46:10,16
48:18,21
50:7 52:23
53:10,22,23
142:13
151:21 203:4
sponsored
46:9,11 53:4
137:10,17
140:17
141:5,6,18,
22 154:8
sponsoring
52:11,14
69:6 153:24
192:10
sponsors
48:24
sponsorship
48:12 49:7
53:8 137:22
138:2,11,13
143:2

**sponsorship-**
**type**
  139:4
**sponsorships**
  139:7 193:1
**spot**
  64:14 68:23
  117:18
  191:18
**spousal**
  240:9,10,16
**spousal-**
**privileged**
  207:19 240:2
**spreads**
  165:20
**spring**
  31:18 66:6
**Springs**
  35:15 59:19
**squirrelly**
  42:20
**staff**
  115:11
  244:19
**stairs**
  51:14
**stand**
  193:19
  198:13
  258:19
**standards**
  193:8,14
  195:4,25
  196:10
  197:16 198:1
  201:8 236:11
  237:8
**standing**
  69:22 160:16
  259:4
**standpoint**
  21:8,18
  112:14
  163:9,10
**stands**
  63:21

**start**
  7:7 9:20
  36:1 64:18
  65:25 70:9
  78:17 86:5
  109:17
  119:21,25
  130:2 189:18
  215:19
  222:23 253:8
**started**
  29:12 30:22
  33:8 36:23
  47:18 56:16,
  25 57:20
  60:3 64:21
  65:8 70:12
  71:4,5 87:20
  89:11 90:9
  105:12
  109:14
  112:2,12
  115:23
  119:23
  121:25
  122:11
  123:4,9,21
  124:3,4
  130:12 132:7
  136:20
  142:12 232:6
  234:1 254:3
**starts**
  32:25 128:10
**state**
  6:23 35:20
  52:6 97:5
  176:16
  198:19
  239:11
  240:17
**stated**
  239:11
**statement**
  102:22 164:9
  176:9 192:7
  243:21
  244:10,11,

  16,18 245:5,
  9,14,18
**statements**
  84:3,4
**states**
  31:20 49:14
  50:14 52:4
**stating**
  122:23
  201:16 202:3
**stay**
  24:2 47:23
  63:17 70:12
  79:15,20
  82:21 83:7,
  18 203:5
  248:2
**stayed**
  45:3 83:13
  106:18
**step**
  143:12
  194:11 205:4
  206:6,23
**stepped**
  59:9
**steps**
  133:23
  143:17
**stereotypes**
  103:13
**stewardship**
  194:21
**stick**
  202:16
**stickers**
  64:6
**stipulations**
  33:13 178:22
**stone**
  97:7,12,13
**stood**
  193:15,17
**stop**
  5:21 256:20
**stopped**
  57:21 109:2

  137:18 139:6
  254:2,6,8
**stopping**
  54:23
**store**
  17:8 51:22
  256:19
**stories**
  52:1 94:4
  107:8
**story**
  14:18 37:20
  49:3 53:21
  61:22 62:17
  84:13 103:18
  142:5
**straight**
  94:13 175:24
**strange**
  45:21
**strangers**
  160:13
**strategies**
  151:3,9
**Street**
  11:22
**stress**
  34:3,4
**stressful**
  33:12 109:23
**stressors**
  33:24
**stretch**
  83:25 123:16
**strict**
  115:6
  220:17,25
**strong**
  16:10 93:14
  98:7 100:9
  139:14
  157:17
  160:17
**strongly**
  164:14
**struggled**
  58:25 59:14

Aubry McMahon
February 24, 2023

60:11

**struggles**
56:22 60:16
82:24,25

**struggling**
56:18 58:8
159:7

**stuck**
44:23

**student**
58:24 109:17
117:16
121:22

**students**
27:15 64:11
68:24 115:10
160:1

**studying**
15:15

**stuff**
8:13 34:11
111:7 136:17
234:9

**style**
80:23

**subject**
99:10 247:9

**submit**
126:21

**submitted**
187:6

**submitting**
143:24
187:16

**subpoena**
250:8

**substance**
195:19

**substances**
6:17 195:16

**suburbs**
12:2

**successful**
61:24 62:21,
22 212:20

**successfully**
214:12

**sucked**
42:1

**sudden**
61:8

**sue**
257:20,22
258:10

**suffered**
251:12
254:24

**sugary**
40:7

**suggest**
71:12

**suicidal**
58:7 82:25

**suicide**
58:4 83:4,6
118:8 119:5

**sum**
255:1

**summarize**
218:22

**summary**
14:14 167:19

**summer**
64:20 65:7
102:18 122:8
131:12,25
132:1

**summers**
63:16 64:21

**sums**
156:5

**Sunday**
13:7 57:10
101:9

**superficial**
84:8 202:20

**supervisor**
231:10

**supplemental**
206:7 210:6

**supplies**
66:17

**support**
30:18,19

33:21 40:23
57:2 58:15
60:4,5 61:23
62:18,22
63:15 64:8,9
69:7 70:18
71:6 78:12
79:2 83:1
99:8 100:13
233:24
243:17

**supporters**
67:15 242:3

**supporting**
63:23

**supportive**
64:15 93:1,
3,5 98:24
100:9 114:20

**supports**
21:22

**Suppose**
162:14 178:6

**supposed**
97:7 112:24
215:21 248:2
253:8

**sure**
6:9 8:12
15:14 18:9
20:8 22:6
27:25 35:9
36:24 42:12
43:8,17
48:15 52:10,
19 53:14
61:1,11
66:10 68:5
72:18 76:9
78:21 79:6,9
102:8 103:3
107:17
109:21 110:5
115:8 117:21
144:14
145:7,14
147:12,14
153:22

159:13
161:25
162:13
163:20
164:16
167:13
170:10
176:23 179:1
191:8 194:25
200:8
202:10,21
203:1,2
204:12
206:15
211:9,22
212:11
214:22 217:1
218:22
223:18
228:23,25
230:12
246:13
251:1,2

**surprise**
248:13

**surprised**
32:9

**surrogate**
174:13

**survive**
127:11

**suspicion**
86:12

**sweatshirt**
79:21 82:17

**sweatshirts**
79:24

**swim**
102:20,22

**switch**
7:14 110:18

**sworn**
4:3,23 7:4

**symbol**
76:15

**symptoms**
136:11

system
119:19 135:8
152:21
190:19
systems
135:3
SZYMANSKI
72:10 235:18

T

T-SHIRTS
73:22
table
136:17
tag
129:25
take
5:16,17,19,
21 9:22
15:21 16:5
19:24 29:18
47:2 48:23,
25 54:3
69:19 71:15
73:9 78:11
80:17 82:9
85:24 86:5
91:17
104:10,11,
12,13 115:16
116:9 120:12
121:1 126:4
131:12
136:24 137:2
139:23 148:5
150:8,21
178:2 185:16
188:6 189:3
197:22
205:18
210:12
211:1,20
216:1 217:25
221:12,21
222:16
226:18
227:17 232:2

241:22
242:1,9,12,
15,17,19
244:4 245:23
250:9 252:11
256:24
257:3,10
259:20
taken
4:14 54:9
84:14 104:19
116:12
185:24
226:23
238:25
255:13
257:14
takes
62:6 206:16
taking
13:13 46:23
55:21 97:4
117:16
136:17
154:20
190:23
221:7,8
222:13 230:1
242:12
252:10 259:5
talented
85:18
talk
18:16 35:25
43:22 57:13
64:24 101:7,
16 105:5
119:12 129:9
140:9 141:1
146:13
155:24
184:20
187:11
190:11
202:25
203:12 204:5
208:16,21,25
209:4 218:12

223:10
224:6,8
226:1,25
227:22
228:1,3
236:15 237:7
238:18
239:23 241:3
246:8,12
247:24 248:3
talked
15:10 32:20
44:4 62:17
84:13 87:21
90:12 104:7,
25 137:10
140:14,20,25
141:7 157:6
158:7,9
162:2 176:9
187:12 190:6
192:3,20,22
197:1 205:6
207:23
210:14,16
212:4
230:16,19
236:20,23
241:6,7
246:9
talking
29:13 44:3
46:6 56:11
57:16 70:9
75:7 91:2
139:22
141:20 143:3
161:3 166:21
170:24 186:8
191:23
192:16,24
194:17 195:2
201:25
202:18,24
203:22
206:18 217:5
228:6 233:7
258:5

talks
98:14 149:12
181:24
tank
102:20
Tapestry
59:4
taught
14:17 115:1
171:24
247:25
tax
152:7 153:6
teacher
27:15,21
63:16 64:10
131:24
teaches
14:20 27:22
teaching
18:16 30:13
96:19 97:10
teachings
22:11,17
164:14
194:23
tear
40:25 41:5
42:15
tech
39:8 135:6,7
technical
187:13
technically
11:12 128:18
132:2
technological
ly
10:3
Technology
27:23
teenagers
94:7
teens
58:11 69:11
telephone
191:19

Aubry McMahon
February 24, 2023

| | | | |
|---|---|---|---|
| **tell**<br>14:12 16:23<br>24:15 27:6<br>44:5 61:8<br>63:7 66:11<br>67:11 70:6<br>87:3 107:8<br>155:24<br>186:15 189:8<br>199:18,19,22<br>200:10<br>208:13 216:6<br>226:5,6,9<br>237:1 243:12<br>246:18,20<br>250:22,24<br>251:3,7<br>**telling**<br>27:17 136:6<br>141:25<br>153:21<br>181:10<br>192:6,8,9<br>**tells**<br>5:11<br>**ten**<br>231:5,6<br>**tend**<br>25:19<br>**tendency**<br>5:25 116:23<br>**Tennessee**<br>31:19<br>**term**<br>92:3,12<br>101:14<br>102:2,3,5<br>145:8 175:25<br>222:10<br>**terminate**<br>173:7,12<br>175:12<br>176:15<br>**termination**<br>126:4<br>175:20,23<br>**terminology**<br>101:13 | 178:18<br>234:12<br>**terms**<br>15:23 30:23<br>33:25 41:10<br>61:16,22<br>65:6 69:3<br>84:17 87:11<br>88:24 99:8<br>113:6 134:16<br>135:11 136:9<br>138:10<br>141:23 142:3<br>143:4 156:2<br>172:15 198:7<br>202:21 222:4<br>233:6 236:25<br>255:24,25<br>258:10<br>**terrible**<br>38:11,17<br>39:23 41:5,<br>13,20 77:21<br>95:14 99:19<br>105:14<br>113:12,14<br>184:24,25<br>239:2<br>256:11,14,16<br>**test**<br>40:6,9<br>**testified**<br>4:4 35:10<br>221:6 227:8<br>232:23<br>233:18<br>250:16<br>253:10 256:9<br>**testimonies**<br>52:1<br>**testimony**<br>6:19,25 7:4<br>10:21 232:20<br>**tests**<br>198:9<br>**texting**<br>90:10 | **texts**<br>22:21<br>**thank**<br>4:9 6:21 7:7<br>9:6 10:15,24<br>11:19,24<br>12:17 15:10<br>16:4 17:22<br>18:22 20:9<br>21:2,25<br>22:10,19<br>23:21 27:3,<br>17 29:14<br>31:6 38:1<br>43:21 48:3<br>51:4 54:7<br>58:19 60:23<br>63:2 66:10<br>70:1 75:2,24<br>79:10 80:8<br>83:21 84:25<br>85:5,20 91:7<br>96:2 97:25<br>99:24 101:12<br>116:17 117:3<br>118:15<br>119:12 124:8<br>131:7<br>135:17,22<br>137:2 142:8<br>143:18 147:2<br>150:23 155:1<br>156:14<br>179:22<br>180:23 181:7<br>185:22<br>186:5,14<br>187:5 188:19<br>189:17 194:9<br>197:4 203:16<br>204:11<br>210:17 215:7<br>224:20<br>225:14<br>227:19<br>229:14<br>232:15<br>233:15<br>235:25 238:5 | 243:11<br>244:14<br>245:23 250:5<br>253:16<br>254:11 256:8<br>257:1,9<br>259:7 260:8,<br>10<br>**thankfully**<br>42:6,24<br>256:21<br>**Thanks**<br>32:25 38:2<br>115:14<br>**Thanksgiving**<br>139:25<br>**therapeutic**<br>61:2<br>**therapist**<br>55:4 57:8<br>62:5 112:5,<br>13 251:18,<br>19,24 252:19<br>256:3<br>**therapy**<br>56:20 59:8<br>112:6 251:16<br>252:13,16<br>255:11,14,20<br>**thick**<br>21:10<br>**thin**<br>21:10<br>**thing**<br>10:3 11:8,13<br>13:5 16:4<br>20:9 25:4<br>27:10 32:23<br>33:12 45:24<br>46:24 61:6<br>67:5 73:14<br>75:2 76:9<br>77:21 93:17<br>95:14 99:19<br>101:9 107:5,<br>7 110:8<br>112:10<br>113:19 |

Aubry McMahon
February 24, 2023

115:5,9
138:1 143:12
145:25 146:2
147:13 154:5
159:8 174:19
175:1 181:18
200:22
202:14 204:3
214:8 215:8
220:15
225:17 226:9
227:4 235:1
243:8 247:21
248:5 250:9
257:4 258:23
**things**
7:16,25 8:10
13:2,20
15:22 18:5
19:12,18
22:15 28:23
30:5 32:22
33:5,14,21
35:4,9 36:1
39:6 45:9
46:1,5
48:21,22
49:4,23
50:2,13,15
51:17 52:3,
18 55:19,24
56:21 58:4
59:6 60:20
61:20 62:11,
21 63:17
64:16 65:16,
21 67:3,10,
17 68:3,15
69:13,21
70:2 71:10
72:17 73:23,
25 75:14
79:12 81:25
82:7 84:11,
12,16 85:6,9
86:19 95:25
96:23 97:7,
10,15 99:1
100:7,21

101:7,16
107:8 109:1
114:22
132:23
135:9,12
144:15
150:1,7
152:17 156:2
157:8 164:5
166:1
174:16,23
184:25 186:7
189:15
192:18
198:25
202:20,22
214:5 220:22
221:5,22
229:4 239:6,
7,8,14
242:17
252:11,12
255:14
259:25
**think**
12:14 14:16
15:1,25
16:25 17:10,
11,23 19:19
20:6 21:7,17
22:14,17
24:18 28:16
29:25 31:10
32:18,19
35:10 36:11
37:2 39:2,16
41:24 43:19
44:1,20
46:11 47:25
51:17 52:16
57:4 61:18
62:14 64:1
65:22 68:9
69:16,22
70:14 74:5
76:22,24,25
77:3 78:24
80:3 81:23,
25 82:23

85:7,10 86:9
87:4,14 88:2
91:3,7,23
92:20,24
93:19,21
94:1,3,17,
19,21 95:3,
21 96:24
97:13,21
98:6 99:18
101:5,19,25
102:1,5,11,
25 103:13,
15,19,21
104:1,4
106:1 107:12
110:6 112:1,
21 113:15
116:8
118:12,13
119:3,11
123:23
124:18,25
125:2 126:7,
16 127:17
135:15
137:21
138:24
139:14
141:19
142:11,25
143:7,8,10,
13 144:20
145:22,25
147:3 150:4,
17 151:6,9,
17,18 152:1,
9,13,17,20,
23 153:1,10,
11,20,23,25
154:16
155:1,17,20
156:4 157:2,
19 160:8,22
161:21
163:8,10,11,
16 164:3,7,
8,18,24
165:18 166:9

167:17
168:2,8,9,
18,20 169:1,
2,17,21
170:3,6,22,
24 171:8
172:1,11,13,
18,19 173:15
174:3,4,20
175:1,16,19,
22,24 176:7,
19,20,23
177:10,23,25
178:5,13,14,
16,21,23,25
179:12,15,19
181:16,18,19
182:2,11,13,
25 183:22,
23,25
184:16,18,22
185:2,11
186:19
187:9,11,19
189:18,22
190:10
191:11
192:15
193:23
194:3,16
195:17
197:7,8
198:2,12,15,
21 199:4,13,
15,20 200:7,
19 201:3,10,
22 202:8,10
203:8,24
204:18
205:8,14
206:16,20
208:10
210:5,24,25
211:6 213:20
214:5,11,25
216:15,23
219:25
220:2,9,10,
24 221:12

Aubry McMahon
February 24, 2023

222:6,15
224:8,10,12
225:1,13
226:4,24
227:3,5,8
228:3,14,16
231:13
237:20,23
238:10
242:18
244:23
246:11
251:2,12
252:13
253:10
254:14 255:9
257:17 258:8
259:14

**thinking**
17:3 32:5
96:4 99:18
104:11 138:7
141:10 147:7
149:14 155:2
187:1 192:15
212:3 225:3
243:19

**thinks**
162:19

**third**
137:24 138:6
177:15

**Thomas**
23:19 24:17

**thought**
17:20 23:7
40:4 46:3
56:7 83:9,11
88:20 100:1
111:4 117:16
141:3 154:17
158:19,21,23
159:4,8,15,
20 160:8,15
168:9 172:22
193:20
198:3,4,23
199:10,15,21

200:3 206:25
209:21 213:1
214:15
220:10,11,
17,24,25
222:3,18,25
232:11
241:21

**thread**
189:9 218:24
219:10
223:8,20

**threat**
199:11 208:5
209:16

**threats**
39:5

**three**
14:14 25:1
31:20,24
41:24 43:20
59:7 79:18
85:13 90:8
104:16
110:14
145:22 146:9
179:25
216:15 245:3

**three-hour**
40:9,15

**threw**
38:12
116:20,24

**throw**
136:25
153:10

**throwing**
40:8 229:7

**thrown**
220:14

**thyroid**
42:18,20,24

**tied**
224:12

**Tiktok**
242:20 243:4

**time**
5:17 8:12,25
11:1 13:21
30:11 31:17,
23 32:3,8,9
35:5 37:5
39:5 40:5,7
45:10,17
46:18 54:2
55:2,3 58:1,
13 60:15
61:2 63:17
64:23 68:22
70:24 74:22,
25 76:2 78:6
83:17 85:16
88:11 89:1,
4,25 104:22
105:20
106:13
109:14,17
110:20,21,22
111:16
112:5,23
114:5,14
120:20,25
121:7 122:5
124:22
126:19,21
127:1 128:8
130:6,17
131:10,14
137:14,17,22
139:9,17
144:2,8,21
150:12 151:3
156:12 159:2
160:4 161:15
173:5,6
174:9,17
179:8,18
182:9 185:22
194:5 197:5,
14,23 200:9,
13 205:5
206:20
207:14
213:15
215:20

216:2,10
217:2,6,11
218:10,12
219:7,20
220:6,9
221:9
222:13,16,17
223:6,11,14,
16 225:24
227:6,23
228:25
229:10,11
230:18
231:13
233:1,16
234:1,4
241:23
245:17 247:2
249:19
252:11
253:7,8
256:3,13
257:2,19
260:9

**timed**
206:14

**timeframe**
28:14 89:8
130:21
134:21
245:24

**timeliness**
216:25

**Timeout**
63:10 64:17
65:6,15
67:15 68:22
69:8 94:6

**times**
7:8,9 24:10
47:5 49:22
64:22 81:17
95:6 115:22
136:2,23
146:1 152:6
174:7 177:22
190:6 216:4
243:20

Aubry McMahon
February 24, 2023

tine
  34:22
title
  212:13,14
titles
  212:14
TJ
  24:17
today
  6:19,25 7:5
  8:19 10:22
  19:22 43:3
  196:20
  226:18 260:9
toddlers
  82:9
toilet
  45:6
told
  22:15 59:1
  88:6 110:3,
  12 112:9
  139:23
  140:18
  141:18
  158:20 179:3
  184:17
  194:11
  234:3,5
  236:25
  246:25
  247:18
  248:10
  255:25
tomorrow
  24:7 207:8
  223:11
tones
  81:14
top
  34:3 40:21
  51:18 72:25
  73:18 76:5
  98:17 102:20
  118:14 119:4
  135:15
  189:19 245:3

topic
  93:9 94:19
tore
  40:14
total
  79:3 255:1
touched
  257:21
tough
  30:4 45:6
  83:17,25
tour
  106:10
toured
  106:20
town
  24:4 59:20
  95:9 113:24
  224:4
track
  186:7
tracked
  122:25
tracking
  177:11
trademark
  200:5
tradition
  16:21 23:10
traffic
  44:24
trafficking
  43:24
trail
  11:22,24
  12:13 64:4
  174:25
train
  213:24
trainee
  149:7 212:9
training
  119:7 149:8,
  13,17,21
  178:16,22
  179:22
  180:2,10,11,

14,15,24,25
  181:5 212:20
  213:12,17,
  18,21 214:3,
  12 215:4
  217:5,8,11
  220:5,8,10,
  13,17,25
  222:21 223:1
trait
  57:15
transcript
  260:13
transfer
  113:16
transferred
  105:16
transfusions
  40:17
transgender
  63:13 94:14,
  15
transition
  20:21 35:7
  88:21 89:14
  91:24
transitional
  122:11
transitioned
  12:24 46:12
  59:15 109:11
translator
  48:25
  154:21,22
trauma-
trained
  62:5
traumatic
  40:20 41:19
travel
  134:11
treading
  241:9
treat
  13:5 15:4
  56:13 110:12

treated
  56:14 93:25
  98:17 99:9
  182:24
treating
  15:4 46:24
treatment
  58:11 59:3
  60:2,5 61:3,
  9 62:17
  105:11
  108:20
  122:1,6,14,
  15 252:4
treats
  98:23 99:3
tree
  50:14 67:5
tribal
  47:7
triggering
  108:22
trimester
  136:3
trinity
  171:6,13,22
trip
  13:11,12,24
  31:22 32:2,
  13 44:8,10,
  13,15 47:9,
  13,21 48:1
  51:1 111:17
  154:6 192:9
triplet
  24:16,17,18
  25:16 93:3
  106:8 111:19
  224:2
triplets
  25:3 109:15
  110:1,4,13
  111:4,22
  123:20
triplets'
  110:10

Aubry McMahon
February 24, 2023

trips
  31:23 50:18
  51:5,19 52:4
trouble
  118:1 202:15
troubled
  83:22
trucks
  103:25
true
  6:18,24 7:3
  44:1 74:20
  76:10 80:5
  85:1 120:22
  129:6 165:8
  186:10
  188:16
  219:5,13
Trunk
  13:5
trunks
  102:20,22
trust
  223:4 248:4
truthfully
  4:24
try
  9:7 13:6
  17:16 37:8,
  24 50:15
  64:1,8,14
  68:2 69:14
  147:22
  150:19
  162:25
  171:19
  202:16
  242:25
trying
  37:13 44:25
  50:2 52:19
  55:2,6 70:2
  71:7 72:1
  78:6 118:12
  123:23
  127:12 161:5
  167:8 170:12
  171:16,17

  177:4 218:15
  225:4
Tuesday
  218:24 223:8
turn
  138:17
  202:14
turned
  19:7 51:22
  100:17
turning
  29:23 94:24
  127:7 134:2
twice
  136:10
  216:13
twin
  25:3
twins
  110:5,17
two
  9:4 14:14
  28:1 39:2,16
  40:12 55:13
  62:14 65:13
  71:5 79:21
  80:2 81:15
  85:13 90:8
  91:22 99:1
  104:15 110:9
  113:15
  121:12 132:1
  134:7 135:2
  136:18
  145:22 146:9
  179:25
  186:23
  202:23
  238:18 257:2
  258:23
two-week
  73:14
Tyler
  36:14
type
  11:7 27:24
  50:14 51:11

  56:9 63:12
  67:5 68:19
  106:23 107:7
  118:7 132:22
  134:5 143:12
  159:8 192:23
  195:20 214:3
typed
  220:3
typical
  93:19 107:22
typing
  191:11,12

_____

U

U.S.C.
  245:12
Uganda
  13:10 44:5,
  16,20 46:18
  48:13 50:17
  51:2 52:5
  54:17 192:9
uh-huh
  5:6 48:5
  70:5 105:6
  111:25
  115:20
  147:17 154:2
  156:24
  176:12
  200:12
  219:18
  259:12
Uh-hum
  227:25 244:5
Ukraine
  66:16 84:20
ultimate
  17:3 164:24
ultimately
  21:21 168:18
  242:1
ultrasound
  39:6,8

ultrasounds
  38:25 39:3,
  15,16,19
um-hum
  6:1
Um-um
  194:3,6
umbrella
  164:8
  165:15,24
  166:1,2,5,6,
  7,8,11,19,
  21,22 167:9,
  12,15,16,18
  175:25
un-un
  138:21 253:2
unable
  256:13
unacceptable
  195:5
unclear
  143:19
  147:10,11
uncomfortable
  92:6 136:11
unconditional
  182:6,12,15,
  19 183:3,9,
  13,14,15,18,
  24 184:8,13,
  18,21,22
  185:5
undergo
  38:16
undergrad
  30:12 44:8
undergraduate
  14:5 54:21
understand
  5:3 10:20
  26:22 38:4
  79:11 80:24
  88:23 89:3,4
  97:16 98:18
  103:16
  110:16 137:8

Aubry McMahon
February 24, 2023

151:4,10
152:7 153:1
155:1,16
156:4 158:16
161:6 162:4,
13 165:24
170:12 172:8
177:10,17
178:5 179:25
181:15
183:12,22
197:14,20,24
200:24 201:9
203:21
207:20
212:22
213:11,15
214:9,11,15
218:23
239:10,17
240:22
243:18 251:7
252:20
**understandable**
8:18 35:24
109:4 126:11
182:2,3
222:13
**understanding**
8:9 11:15
15:25 22:2
35:9 76:21
91:4 98:1
101:13,17
102:5 145:8
148:22 149:6
152:23
153:23
154:24
156:17,25
157:17 160:1
162:22
163:20 166:3
167:13 169:9
172:14
176:20
181:13 182:8

183:9,24
184:13 199:8
200:7 203:19
212:10
221:20
244:21
**understandings**
184:8
**understood**
66:10 89:2
152:14,20
156:15
158:11
162:25
181:19
200:8,13
245:20
254:23
**unemployed**
129:2
**unemployment**
126:14,16,19
128:8,11,17,
23 129:6
253:21 254:4
**uneventful**
38:10
**Union**
67:22
**unique**
32:18 215:25
**uniquely**
107:22
**unisex**
79:19
**United**
18:2,10,14
49:14 50:14
52:4
**unites**
244:19
**university**
14:5 58:24
105:9,13,17
106:7 112:3,
4,17 113:13

115:18
121:22
**unloveable**
95:16
**unpack**
15:12 102:4
141:14
**untrue**
162:15
**upload**
9:7 72:5
187:22
188:19
211:10
217:15
234:25
243:21
**uploaded**
235:13
**ups**
175:2
**upset**
238:20 239:3
**uptown**
12:1 134:12
**urgency**
224:6
**urgent**
227:3
**urgently**
227:1
**USA**
181:10
**usual**
72:16

---

## V

**vagina**
101:23
**validate**
98:18 126:24
162:3
**validated**
59:17
**validation**
56:12

**valued**
30:19
**values**
171:19
194:13 196:2
**van**
44:19,21,24
**Vancouver**
115:21
**vanilla**
82:1
**varied**
64:4 163:25
**various**
13:8 28:22
45:15 49:20
50:15 52:3
53:3 58:4
64:6 65:1
67:20 68:4
72:23 107:4,
7 117:23
122:9 144:23
**vastly**
171:25
**vegetables**
47:20
**vendor**
55:23
**venue**
33:9
**verification**
122:21
**verses**
22:17
**version**
69:9 79:21
145:12
224:25
**versus**
33:18 86:25
106:22 108:9
145:14,24
159:11
160:13
163:14
220:15

vial
  78:23
vibes
  50:14
video
  62:13 205:12
  207:3 209:25
  210:3
videos
  242:22
view
  15:9 61:5
  98:8,20
  165:15
  169:15 171:2
  198:18 202:4
viewpoint
  82:8 98:19
views
  115:6 192:4
  199:6 209:18
vigorously
  16:13
village
  44:16 45:19
  46:15 49:20
  50:8 154:22
violence
  127:8
violent
  119:8
Virginia
  115:19
virtual
  13:2
vision
  13:14 45:24
  52:24 53:3,
  5,11,20
  120:21 121:1
  137:4,7,11,
  15,19,22,25
  138:2,10,22
  139:7,9,13,
  15,19 140:5,
  9,17 141:7,
  12,15,18,24

142:5,6,13,
24 143:23
144:22
145:21
146:16,17,
21,22,25
147:4,19
148:14
151:2,13,15,
20,24 152:3,
4,19 153:13
155:6,18
156:5,7,16
158:10,12
159:10
160:7,15,23
162:15,19
163:2,5,12
164:1,7
165:6,25
166:10,18,22
167:14
168:10,19
169:3,11,16
170:4,14
171:2,5
172:6,9,18
173:7,12
175:17
176:14 178:6
179:25
181:9,10,14,
20 182:8,18
183:2,5,10,
23 184:4,7
185:3
186:12,21
187:16,20
188:14
191:25
192:11,25
193:9 194:12
195:9
196:11,21
198:9 199:9,
17 200:10
201:1,8,13,
14,16 202:5
207:12,24

208:15
209:2,17
212:1 214:13
215:5,22
236:13,16
237:4,7
239:11,18
241:10 242:7
244:10,22
245:13,18,21
246:3 247:16
248:13
250:16
251:14
252:1,5
253:1,5
254:1,3
255:4
257:20,22
258:15
259:10,16
260:1,6
Vision's
  138:4 144:17
  155:22 162:4
  172:21
  175:11,15
  184:12 196:7
  197:16
  198:1,11,18,
  19 203:19
  208:22 209:5
  217:2 236:11
  238:6 243:21
  245:14
  247:25 258:9
  259:20
Visions'
  202:4
visit
  49:14 131:1,
  5
visited
  115:22
visits
  39:13
visual
  71:12 113:17

167:11
voice
  56:11
voiced
  93:7
volunteer
  49:11
volunteered
  51:24
volunteering
  64:21
volunteers
  63:16 153:17
  154:9,18,23
vomit
  136:12
vomiting
  38:17 130:25
  135:19
  136:10
  216:11


W

W-I-N-G-A-T-E
  105:17
wages
  253:3,17
  254:14
wait
  72:9 155:19
  175:13 211:7
  222:20
waited
  186:24
waiting
  33:18 117:17
  129:25
walk
  70:15,16,17
  83:4 86:7
  105:2 121:5
  136:24
  219:16
  221:18
  238:16
  256:18

walking
  95:8
walks
  43:25 83:3
wall
  45:8
Walmart
  83:17
want
  5:19 7:22
  8:11 12:9
  13:11 21:19
  23:13 24:24
  27:2,9 41:8
  43:16 47:22
  49:3 50:20,
  21 53:16,18
  56:13 60:14
  63:11 64:19
  67:19 70:9
  71:2 74:19
  83:6 84:10
  89:13 90:19
  91:6 93:17
  94:21 95:12,
  17 97:1
  103:1,17,22
  104:12
  107:24
  112:24 113:3
  115:8
  117:10,19,22
  118:5 119:12
  121:7,8
  125:12 127:5
  128:6 129:22
  132:25 133:5
  134:12 135:7
  136:13
  137:6,8
  139:20 144:7
  145:4 150:19
  152:16 156:6
  157:12,15
  158:24
  163:25
  165:16
  167:13,22

168:19
174:13
176:17,22
177:24 178:7
179:13
202:14,15
204:2,5,9
205:15
208:11 213:4
214:21,22
235:14
236:13
237:17 242:5
243:11
245:25
250:20
257:4,20,22
wanted
  31:21 33:9
  36:10,15
  38:21 39:9,
  11,14 44:8
  53:8 54:14
  55:7,8 56:7,
  9 63:25
  69:19 73:22
  79:2 88:16
  94:11,12
  104:24
  106:17
  107:21
  108:2,13
  109:20 112:7
  113:2,5
  114:8 116:4
  117:7 125:24
  126:10
  131:13 133:2
  134:17
  136:21
  143:11,20
  174:12
  178:24 181:7
  187:11
  202:25
  204:18
  216:18
  233:21,23
  239:9 242:1,

19 243:6
246:21
wanting
  31:5 70:24
  86:16 112:16
  113:10,20
  137:23 138:3
  141:8 212:1
Ward
  4:8 9:9,18
  20:1 54:7,
  11,13 72:3,
  15 74:14
  77:14 80:16
  91:7,10
  101:11
  104:10,11,
  17,21,23
  116:8,14,16
  118:16,22
  120:10 128:1
  148:4 161:8,
  24 162:21
  163:19
  166:15,17
  167:4,6
  170:20
  173:21 174:1
  185:21
  186:1,2
  188:5 189:2
  206:2 208:1
  211:18
  217:22
  227:19,20
  232:21,22
  235:9,19,24
  237:2,12
  240:4,8,15,
  19 241:1
  243:10 244:3
  247:13
  248:22
  249:4,6,21
  250:4,6,11
  254:22
  255:17 256:7
  257:10,16

260:8,14,16
warning
  214:21
washing
  135:8
washy
  202:13
waste
  144:8
watched
  132:1
water
  45:1,7 47:19
waterfall
  59:5
waterfalls
  59:6
wavelength
  32:5
way
  16:12 27:8
  30:17,25
  47:1 56:13
  57:5 61:4
  67:7 79:2
  81:9 84:24
  85:24 87:13
  90:24 91:5
  92:7 93:17
  95:18 101:24
  102:12,14
  103:6 107:13
  117:2 138:24
  139:4 144:9,
  15 153:2
  154:25
  160:15 164:9
  165:5 168:3
  170:4,5
  179:17
  187:14 200:3
  203:18
  213:14
  217:10 220:3
  229:4 241:18
  246:16 255:9
ways

Aubry McMahon
February 24, 2023

13:8 16:2,6,
9 64:9
91:13,21
260:4
**wear**
5:20 70:19
79:13,14,22
83:15,16
102:16,23
103:1,8
165:4
**wearing**
19:16 49:24
97:16 103:10
165:10
**web**
72:20 80:6
85:2
**Webb**
14:5 58:24
59:2,17
105:9 106:6,
8,16,21,25
107:2,10,13
108:4,17,21
109:18
112:16 113:1
114:3 121:22
165:3
**website**
72:21 79:6
111:2
133:15,18
138:5 143:23
144:17,24
145:9,12,17,
18 146:25
147:4,19,20
148:17
179:24
186:22
239:11
244:10
**wedding**
22:20,24
25:15,24
26:8 33:2,9,
15,19 34:2

98:16 224:3
226:22
227:10,12
**Wednesday**
223:20
226:12
**week**
62:23 85:14
107:6 114:4
126:23 131:4
149:13,20
159:7 164:3
220:5
**weekend**
31:22
**weekends**
122:10,13
**weekly**
158:4,8,13,
21 159:3,22
160:2,4,9,
13,20 161:2
**weeks**
40:2 43:19
136:4 181:5
212:22,23,24
213:6,12,16
217:7 220:7
221:10
222:11
**weird**
20:21 32:3
45:21 81:25
92:13 95:7
112:22
122:11 133:3
160:12
193:21 231:1
**weirdly**
114:11
116:6,7
**wellbeing**
250:21 255:3
**wellness**
121:13,23
123:15 125:9
**went**

13:4,6 14:4
31:17 40:24
41:12 44:14
51:7 52:25
57:18 59:3
61:3 70:17
72:2 102:18
105:9,21,22
108:3 111:5
114:11
121:25
145:16 232:7
238:12
249:19
**West**
11:22 18:2,
14
**whatnot**
37:20 56:12
60:10 64:2
100:14
103:11
117:20
126:23
199:13 216:7
226:8 248:8
**whatsoever**
209:12
**white**
75:23
**wholehearted1
y**
244:17
**wife**
7:22 11:9,16
12:15 20:16
27:4,7,14
34:18 39:1
40:22 55:6
63:15 64:10,
20 68:22
73:5,6 76:19
92:9,12
97:11
140:14,19
141:2 142:10
203:1 208:16
218:11

219:20,22,25
220:1 221:7
231:19,21
232:1,23
236:9,14
237:7
238:17,22,23
239:23
240:13 241:3
243:19 247:7
259:2
**wife's**
26:16 35:10
95:10
**wiggle**
150:20
163:17,22
176:5 183:20
216:1
**wild**
96:9
**window**
72:9
**windows**
10:6
**Wingate**
105:16
113:22,23
114:6,11,15,
21 117:5,9
**Winter**
53:1 141:19
**wishy**
202:13
**witness**
9:17 19:2
71:22 72:13
74:13 101:4
127:24 148:8
161:14,20
163:8 170:19
188:9 189:5
207:22 218:3
236:19
237:11
240:20,24
241:6 243:3
244:5 247:12

249:18 250:3
254:20
255:8,23
260:19
**witnessed**
203:14
**witnessing**
155:6,18
**Wolnowski**
5:11 18:25
54:6 90:19
101:2 104:9,
15 161:7
162:18 163:7
166:12,16
167:3 170:17
173:18,24
207:17
227:14
232:19
235:12
236:17 237:9
240:1,5,12,
18,22 241:5
242:25
247:10
248:21,25
249:15
250:1,8
254:18
255:7,22
260:14
**woman**
64:13 87:8
195:10
198:21,23
199:19 202:6
203:20
209:20
238:8,12
259:1
**women**
87:8 89:16
259:17
**wonderful**
25:4
**wondering**
61:19

**word**
14:20 15:11,
12,18,23
16:2 30:21
47:11 62:8
67:18 78:22
88:3 93:9
144:10 149:4
152:6 155:7
156:1 165:7,
9 180:11
181:15,17,
23,24 183:19
187:13
201:23
224:18
246:12,13
256:11
**words**
6:2 18:23
96:14 128:22
155:14
173:22 202:5
**wore**
102:19
**work**
7:16 13:18
29:16 37:15
42:3 48:25
58:5 68:13
90:17 109:20
120:1 121:11
122:12,14
125:20
127:4,12
129:20 135:4
136:13,22
139:5
144:12,22
150:13
151:20
152:15,21
154:11 156:1
157:9
158:24,25
159:1 164:1
166:10 167:8
173:5 179:17

189:19
192:17
194:14 199:7
201:12
215:16
216:18,20
217:4 220:13
221:17
226:17
237:16
252:11
256:13 258:2
259:16
**work-from-
home**
216:21
**work-related**
154:19
**worked**
44:11 58:10,
13 65:2,3
66:17 70:22
91:21 121:23
122:7,9,15,
24 123:2
125:21
126:18
131:16 142:1
144:3 146:4
154:10 179:2
213:9
**working**
30:12 42:2
49:6 51:9,10
55:21
119:21,23
123:4,8,19
124:1 128:19
142:19,24
159:10 221:3
236:12,15
237:4
**works**
5:14 9:8
142:4 220:22
**world**
13:14 17:16
45:24 48:10

52:24 53:3,
5,11,20 84:6
120:21 121:1
137:4,7,11,
15,18,22,24,
25 138:2,4,
6,10,22
139:7,9,13,
15,19 140:5,
9,17 141:6,
12,15,17,24
142:4,5,6,
13,24 143:23
144:17,22
145:20
146:15,16,
17,21,22,24,
25 147:4,19
148:14
151:13,15,
19,24 152:3,
4,19 153:13
154:14
155:6,18,22
156:5,7,16
158:10,12
159:10
160:7,15,23
162:4,15,19
163:2,5,12
164:1,7
165:6,25
166:18,22
167:14
168:9,19
169:2,11,16
170:4,14
171:2,5
172:6,9,18,
21 173:7,12
175:10,15,
17,22 176:14
178:6 179:25
181:9,10,14,
19 182:8,18
183:1,5,10,
23 184:4,7,
12 185:3
186:12,21

Aubry McMahon
February 24, 2023

187:15
188:14
191:24
192:10,25
193:8 194:12
195:9 196:7,
11,21 197:16
198:1,9,11,
18,19 199:9,
16 200:10
201:1,8,13,
14,16 202:3,
5 203:19
207:11,24
208:15,22
209:1,5,17
212:1 214:13
215:5,22
217:2
236:11,12,16
237:4,7
238:6
239:10,18
241:9 242:7
243:20
244:10,21
245:12,14,
17,21 246:3
247:15,24
248:13
250:16
251:13
252:1,5
253:1,4,25
254:3 255:4
257:20,22
258:9,15
259:10,16,20
260:1,5
Worldvision.
org
147:5
worried
68:4 208:6
214:18
worries
222:2

worry
40:10 93:11,
15,18 214:16
260:7
worse
40:1
worship
13:20 19:15
worth
83:8
wow
83:18 139:16
wrap
92:4 186:8
wrapping
257:3
write
60:1,8,19
61:2 225:18
writing
60:19 154:21
writings
22:11
wrong
169:22
183:23
184:14 185:3
190:9 202:14
204:3
wrote
58:20 59:13,
14,23 62:13
WWJD
17:19

X

XYZ
146:5

Y

ya
80:20 152:13
ya'll
53:13

Yahoo
62:15
Yakumara
47:7
yeah
8:21 10:11
12:1,16
14:16 16:12,
16,22 18:14
20:6 23:1,8
24:3,13
25:19 26:9,
25 28:17
29:10 32:17,
24 33:4
34:6,8
35:13,19
36:20 37:6,
18 39:1,22,
24 41:14
42:4 43:5,20
44:7 47:13
48:2,9,16
49:13 50:1,
20 51:6
52:10,13
53:6,21,25
56:6 57:17
58:18,23
61:1,11,16
62:20 63:9
64:19 65:6,
12,24 66:5
69:3 70:5,11
71:10,23
72:18 73:3,6
74:3,23
75:1,10,18
76:18,20,21
77:5,23
78:2,10,21
79:15,17
80:3 81:5,
11,16,19
82:23 84:1,
7,20 85:11
88:11,18
90:13,18

91:16,19
92:24 96:8,
10,15 98:4
99:23 101:1,
5,10 103:5,
12 107:11,
15,21 108:15
109:3,7,24
110:3,13,14
111:25
112:12
113:16
114:20
115:20 116:6
118:13
120:24 121:4
123:13 124:5
125:5,19
126:7 129:1,
19 130:6,7,
19 132:12
133:13
134:22
135:13,21
136:25
138:24 140:6
146:20
147:14
148:18
149:5,10,14,
24 151:6,10,
17 152:20
153:20 154:2
155:15
156:13,18
158:6,15
159:19
164:19 166:4
167:10,21,22
169:5,17
171:4 172:3,
7 173:2,10,
16 175:16
176:12,16
177:10,20,
23,24 181:2
182:9,25
183:1,11,17,
25 185:17

Aubry McMahon
February 24, 2023

188:11,18
189:7 190:1,
22 191:22
194:16
195:6,11,23
196:13,17,
18,22,24
197:3,7
198:11
200:17
201:3,21
202:1,24
203:24 205:1
206:10,24
207:7 208:20
210:24
211:7,22
212:5,11,15,
16 213:10,18
215:6 216:12
217:1 219:15
228:6,8
230:4 231:16
232:12
233:19
234:18 236:8
238:15
244:13
245:7,10,22
249:11
251:22
252:14
253:2,20
255:14,16
257:25
259:12

**year**
29:1,5 33:3
42:24 44:7
53:16 59:2
68:21 74:24
76:1 109:5
111:17,18
123:24
124:10,11
127:11
159:24 256:1
259:10

**years**
18:6 20:17
27:21 29:8
35:11 46:12
53:14,22
56:20 65:13
248:1 251:17

**yellow**
81:12

**York**
35:22

**younger**
52:24 53:5,
16 83:9

**youth**
63:10 64:18
65:7,15
67:15 68:2,
22 69:9 94:6
107:3

---

**Z**

---

**ZIP**
190:7,12

**zone**
110:18
114:19

**Zoom**
10:4 204:19
206:24 207:7
245:6 260:21

**Zoom-in**
80:10