# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
-----------------------------------------------------x

AUBRY MCMAHON,

       Plaintiff,    Case No.:  2:21-cv-00920

   -against-

WORLD VISION, INC.,

       Defendant.

-----------------------------------------------x

      VIDEO CONFERENCE
      DEPOSITION

      March 10, 2023
      12:00 p.m.

      EXAMINATION BEFORE TRIAL of

MELANIE FREIBERG, a 30(b)(6) witness on behalf

of the Defendant herein, taken by the attorney(s)

for the Plaintiff, pursuant to Notice, held at

the above-mentioned time and place, before

THERESA RATIGAN, a shorthand reporter and Notary

Public within and for the State of New York.

Melanie Freiberg 30(b)(6)
March 10, 2023

## Page 2

APPEARANCES:

NISAR LAW GROUP, PC
  Attorneys for Plaintiff
  60 East 42nd Street, Suite 4600
  New York, New York 10165

BY: CASEY WOLNOWSKI, ESQ.
  cwolnowski@nisarlaw.com

GAMMON & GRANGE, PC
  Attorneys for Defendant
  1945 Old Gallows Road, Suite 650
  Tysons, Virginia 22182

BY: SCOTT J. WARD, ESQ.
  sjw@gg-law.com
  J. MATTHEW SZYMANSKI, ESQ.
  jms@gg-law.com

ALSO PRESENT:
  STEVE McFARLAND, Chief Legal Officer for
  World Vision Incorporated

## Page 3

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the certification, sealing, and filing of the within examination will be, and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, will be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within examination may be signed before any Notary Public with the same force and effect as if signed and sworn to before this Court.

## Page 4

  M. Freiberg

(Time noted: 12:06 p.m.)

THE REPORTER: Good afternoon. My name is Theresa Ratigan. I'm with U.S. Legal Support, and I am the court reporter this afternoon.

The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely.

They further acknowledge that, in lieu of an oath administered in person, I will administer the oath remotely under penalty of perjury.

The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

Please indicate your agreement by stating your name and your agreement on the record; counsels only, please.

MR. WOLNOWSKI: Casey Wolnowski, I agree.

MR. WARD: Scott Ward, I agree.

MR. SZYMANSKI: Matthew Szymanski, I agree.

## Page 5

  M. Freiberg

(Identification of witness verified)

MELANIE FREIBERG, a 30(b)(6) for the Defendant herein, after having first been duly sworn by a Notary Public of the State of New York, upon being examined, testified as follows:

BY THE REPORTER:
  Q  Please state your name for the record.
  A  Melanie Freiberg.
  Q  And your address, please?
  A  34834 Weyerhaeuser Way South, Federal Way, Washington 98001.

EXAMINATION BY MR. WOLNOWSKI:
  Q  Good afternoon, Ms. Freiberg. Let me go some -- go over some of the general ground rules. My name is Casey Wolnowski. I represent the plaintiff, Aubry McMahon, with respect to her lawsuit against World Vision Incorporated.

Do you understand?
  A  I do.
  Q  Do you understand that you are not being personally sued by Ms. McMahon in this lawsuit?
  A  I do.
  Q  For the sake of brevity, I will refer to "World Vision Incorporated" as simply "World Vision"

Melanie Freiberg 30(b)(6)
March 10, 2023

Page 6

1        M. Freiberg
2   going forward.
3        Do you understand that?
4   A   I do.
5   Q   Are you okay with that?
6   A   I'm okay with that.
7   Q   I'm going to ask you a series of
8   questions today. If you do not understand a question
9   that I ask you, please tell me that you don't
10  understand or ask me to rephrase the question and I
11  will do my best to do that.
12       In other words, unless you tell me, I'll
13  assume that by you answering the question, you had no
14  problem understanding the question; is that okay?
15  A   That is okay.
16  Q   You are being called here today to give
17  testimony as a witness pursuant to Rule 30 of the
18  Federal Rules of Civil Procedure, specifically
19  Rule 30(b)(6). In brief, as a Rule 30(b)(6) witness,
20  you are a witness designated to speak on behalf of a
21  corporation regarding certain specific topics on
22  which the company must be prepared to answer
23  questions.
24       Do you understand?
25  A   I understand.

Page 7

1        M. Freiberg
2   Q   The topics at issue today are as follows.
3   Note these topics I'm about to discuss are taken
4   verbatim from the Notice of Deposition previously
5   supplied to your attorneys.
6        "Defendant's policies and procedures as
7   of January 2021 concerning all required tasks and
8   responsibilities for individuals employed by World
9   Vision Incorporated in the position of customer
10  service representative and/or donor/customer service
11  trainee, including, but not limited to, all essential
12  functions of the job, as well as those requirements
13  related to attending and participating in the
14  leadership of devotions, weekly chapel services, and
15  regular prayer, learn and effectively communicate
16  World Vision's involvement in ministries and projects
17  around the world, being sensitive to a donor's needs
18  and pray with them when appropriate, and performing
19  other duties as assigned."
20       Are you prepared to discuss these topics
21  today?
22  A   I am.
23  Q   Are you knowledgeable in these areas?
24  A   Yes, I believe so.
25  Q   Given that you're a Rule 30(b)(6)

Page 8

1        M. Freiberg
2   designee, I will being asking you questions in your
3   capacity as a Rule 30(b)(6) witness speaking on
4   behalf of World Vision. Not you personally.
5   Accordingly, please remember that you are speaking on
6   behalf of World Vision.
7        If you want to take a break, we can do
8   that; however, all I ask is that if there's a pending
9   question, please answer it before we take a break.
10       Do you understand?
11  A   I understand.
12  Q   Please verbalize your answers. Shaking
13  of the head or answers such as "uh-huh" may not
14  necessarily be clear for the court reporter who is
15  typing down your answers. Also, please wait until I
16  finish my question before you answer.
17       Is that okay?
18  A   Yes, that's okay.
19  Q   Given that we are conducting this
20  deposition via video, there are a few questions that
21  I wanted to ask.
22       Where are you physically located right
23  now?
24  A   I'm physically --
25  Q   You --

Page 9

1        M. Freiberg
2   A   Sorry?
3   Q   You can just tell me the city and the
4   state. You don't have to tell me the exact address.
5   A   La Paz, Mexico.
6   Q   Is there anyone else in the room where
7   you are currently sitting?
8   A   There is no one in the room with me.
9   Q   If anyone enters the room where you are
10  sitting during the deposition, I kindly ask that you
11  please identify that person for me.
12       Do you have any papers or documents in
13  front of you or anything viewable on your computer
14  screen aside from this video platform?
15  A   I do not.
16  Q   If at any point that changes, please
17  inform me what documents you have in front of you or
18  what is on your screen.
19       I also kindly ask you not to communicate
20  with your attorney or any other individual when
21  testifying on the record. This includes
22  communication via text, e-mail, instant messaging,
23  GChat, WhatsApp, or any other electronic chat
24  function.
25       You were previously sworn in by the court

Melanie Freiberg 30(b)(6)
March 10, 2023

Page 10

1    M. Freiberg
2    reporter; thus, are you aware that you are under
3    oath?
4    A   I do.
5    Q   Do you understand that the oath you just
6    took is the same oath you would take if this were a
7    trial before a judge?
8    A   I understand.
9    Q   The questions that I am about to ask you
10   are routine that I ask every person that I am
11   deposing.
12       Are you under the influence of drugs or
13   alcohol today?
14   A   I am not.
15   Q   Are you under the influence of any
16   medication which may impair your ability to
17   understand my questions or to tell the truth?
18   A   I am not.
19   Q   Can you think of any reason why you
20   cannot provide truthful testimony here today?
21   A   I cannot.
22   Q   Has anybody told you not to give truthful
23   testimony here today?
24   A   No.
25   Q   Ms. Freiberg, what is the present title

Page 11

1    M. Freiberg
2    that you currently hold with World Vision?
3    A   My title is senior director of talent
4    management.
5    Q   Ms. Freiberg, I will represent to you
6    that during the discovery phase of the lawsuit
7    involving Aubry McMahon and World Vision, I requested
8    a written job posting for the specific position for
9    which Ms. McMahon had submitted employment
10   application materials.  I'll provide you with the
11   relevant document I received in response.
12   A   Are you sharing a screen?
13   Q   No, not sharing a screen, just uploading
14   a document into the chat function.
15       MR. WOLNOWSKI:  Let's go off the record.
16       (Discussion held off the record)
17   Q   Ms. Freiberg, the document that I've
18   showed you, which has been previously marked
19   Plaintiff's Exhibit 1, is a document bearing
20   Bates-stamped Numbers WV 48 through WV 50.
21       Do you recognize this document?
22   A   I do.
23   Q   Have you ever seen it before?
24   A   I have seen it before.
25   Q   I have a few questions for you before I

Page 12

1    M. Freiberg
2    ask you about the contents of this document.
3        Does this document represent a job
4    posting for the position of customer service
5    representative with World Vision that was in
6    existence in November of 2020 for the job itself to
7    commence in February of 2021?
8    A   Yes, it does.
9    Q   Does this document represent the complete
10   written job posting for the position of customer
11   service representative with World Vision that was in
12   existence in November of 2020?
13   A   It rem- -- you know, it re- -- represents
14   the -- the primary job duties.  There are others, as
15   you see in number 12 where it has other duties as
16   assigned, so there may be other tasks as well, but it
17   is a comprehensive view of this role.
18   Q   Sounds good.
19       I think, perhaps, you misunderstood my
20   question.
21       I was asking you whether this document
22   represents the complete written job posting.
23   A   Oh, yes, it does.  My apologies.
24   Q   Ms. Freiberg, in your capacity as senior
25   director of talent management, are you familiar with

Page 13

1    M. Freiberg
2    this job posting?
3    A   Yes, I am familiar with the job posting.
4    Q   Before we dive into the contents of this
5    document, I'd first like to ask you a few questions
6    about the position of customer service representative
7    and/or donor/customer service trainee, and
8    specifically the tasks and responsibilities required
9    for this position.
10       For starters, the training for this
11   position is nine to 11 weeks; is that correct?
12   A   That is correct.
13   Q   To your knowledge, for consideration to
14   be in either position, the customer service
15   representative position or the donor/customer service
16   trainee position, is there a requirement for a
17   candidate to have had a former religious educational
18   training?
19       MR. WARD:  Objection as to form.
20       You may answer.
21   A   No, there is not.
22   Q   In fact, as for any formal education, all
23   that is required for either position is for the
24   applicant to be a high school graduate or GED
25   equivalent; correct?

Page 14

1      M. Freiberg
2   A   That is the correct educational
3   requirement.
4   Q   Is it fair to say that the main
5   responsibilities of this job are to acquire and
6   maintain donor relations, serve as a liaison between
7   donors in the general public, and provide basic
8   levels of customer service?
9   A   That is not the complete main functions
10  of the role. There are also the other pieces such as
11  helping to carry out our Christian organization's
12  mission, vision, and strategies, and to personify the
13  ministry of World Vision by witnessing to Christ and
14  ministering to others through life, deed, word, and
15  sign.
16  Q   So aside from what you just mentioned and
17  the responsibilities that I had asked you about, are
18  there any other main duties and responsibilities for
19  this job?
20  A   The items that are listed in 1 through 13
21  are also responsibilities in the role.
22  Q   To your knowledge, for consideration to
23  be in the customer service representative position,
24  is there a requirement for a candidate to have had
25  any religious educational training?

Page 15

1      M. Freiberg
2   A   That -- there is no requirement to have
3   religious training. It's simply to be a Christian.
4   Q   As part of the onboarding or the training
5   process associated with customer service
6   representative, is there any religious training?
7   A   There is training surrounding our
8   organization, which is a religious organization, so
9   that is found- -- founded on the -- the Bible and
10  Scripture, so there is training about who we are and
11  who we are in Christ. There is support for how to
12  pray, how to pray with donors, attending chapel,
13  leading and participating in devotions. And while
14  they're not, you know, formal religious -- like in
15  terms of a -- of a -- an educational degree, they are
16  part of spiritual formation.
17  Q   Anything else, Ms. Freiberg?
18  A   No.
19  Q   At the conclusion of the onboarding or
20  training process, is there a process for a
21  commissioning for customer service representatives?
22      MR. WARD: Objection as to form.
23      You may answer.
24  A   There is not a commissioning, but there
25  is a moving from a trainee into a DSR, donor services

Page 16

1      M. Freiberg
2   representatives, but it's not a religious
3   commissioning.
4   Q   Is one of the duties of a customer
5   service representative to teach the word of the Lord?
6      MR. WARD: Objection as to form.
7      You may answer.
8   A   There is indirectly, in the sense that
9   through leading of devotions, an individual may be
10  sharing, they may be sharing Scripture, they may be
11  sharing things that they have heard with- -- within
12  their church; so there is an element of teaching in
13  that regard. They may also be quoting Scripture in
14  prayer with donors. They may also lead chapel, in
15  which case they may also be leading that on behalf of
16  all of World Vision U.S. employees.
17  Q   Is teaching the word of the Lord, whether
18  it be directly or indirectly, the main responsibility
19  of the customer service representative position?
20      MR. WARD: Objection as to form.
21      You may answer.
22  A   I would say ministering to people is an
23  essential function of the job. So being a
24  representative of Christ and teaching about the
25  witness of Jesus Christ. So that -- I would consider

Page 17

1      M. Freiberg
2   those as being essential functions of the role.
3   Q   So I'm not sure that answers my question.
4   My question, which I'll have Ms. Ratigan read back, I
5   don't believe the response you gave was responsive.
6      MR. WOLNOWSKI: Ms. Ratigan, could you
7   please read that back?
8      (WHEREUPON, the previous question was
9   read by the court reporter.)
10     MR. WARD: Same objection as to form and
11  ask- -- asked and answered.
12     You may answer.
13  A   Well, I think I believe that I am
14  answering the question, because reading and sharing
15  Scripture is the word of the Lord. So I believe that
16  there are essential functions of the role that
17  require -- as a result of being in a Christian
18  organization and bearing witness to Christ, the
19  sharing of Scripture is a component of that as is
20  prayer, and so I -- I -- I believe I am answering the
21  question.
22  Q   So in my understanding of your response
23  is that you are answering what are essential
24  functions of the job, and I asked you if teaching the
25  word of the Lord either directly or indirectly was

Page 18

1  M. Freiberg
2  the main duty of the position, and you're responding
3  in telling me what essential functions are.
4      So I will ask you again because I don't
5  think your answer was responsive, and maybe, perhaps,
6  you understand my question better now.
7      Is teaching the word of the Lord, either
8  directly or indirectly, the main duty of a customer
9  service representative?
10     MR. WARD: Same objection as to form and
11     asked and answered.
12     You may answer.
13  A   Yeah, perhaps I am not understanding your
14  question well. There are different -- different ways
15  to teach the word of the Lord. There is through
16  formal instruction, as in a sermon, there is sharing
17  in prayer, there is sharing Scripture. So in a
18  Christian organization and in this role, that is --
19  it -- it -- a main function of the role, is to be
20  Christian, and what you're describing is one way of
21  being Christian.
22  Q   Let me ask you a different way.
23      Is there a main duty that a customer
24  service representative performed in January of 2021?
25     MR. WARD: Objection as to form.

Page 19

1  M. Freiberg
2      You may answer.
3  A   Well, I'm --
4  Q   Okay. Let's start with yes or no. Maybe
5  that's the easiest way to start.
6      MR. WARD: Counsel, don't tell the
7  witness how to answer the question. Let her
8  answer the question.
9  Q   You can answer the question if you --
10     MR. WARD: You do not --
11 Q   -- understand it.
12     MR. WARD: You do not have to give a
13     yes-or-no answer if your answer is not a
14     yes-or-no answer.
15     Counselor, do not tell --
16     MR. WOLNOWSKI: Thank you --
17     MR. WARD: -- the witness --
18     MR. WOLNOWSKI: -- Counselor.
19     Thank you --
20     MR. WARD: Counsel --
21     MR. WOLNOWSKI: -- Counselor.
22     MR. WARD: Counsel --
23     MR. WOLNOWSKI: Thank you.
24     MR. WARD: -- please do not instruct the
25     witness what her answer must be. Ask a

Page 20

1  M. Freiberg
2  question and she will answer it.
3      MR. WOLNOWSKI: Nice smirk, by the way,
4  Mr. Szymanski.
5      Thank you, Counselor. Your objection has
6  been noted. Multiple times, I might add.
7  A   Okay.
8  Q   Ms. Freiberg, if you understand the
9  question, you may answer.
10 A   Okay. So it -- it is very difficult to
11 outline the main, you know, responsibility of the
12 role, because as with all roles, there are multiple.
13 But what I'd like to do is maybe point to one that I
14 would see as the most significant, and that is to
15 help carry out our Christian mission -- our Christian
16 organization's mission, vision, and strategies, and
17 personifying the -- the -- the witnessing to Christ.
18 That those are the main functions, most essential
19 responsibilities of this role.
20 Q   Would you agree that the main duty of the
21 job of customer service representative is to acquire
22 and maintain donor relationships through the basic
23 inbound and outbound calls?
24 A   I believe that those are tasks, but in
25 terms of the importance of the role, the main

Page 21

1  M. Freiberg
2  functions are to represent our Christian identity.
3  Q   Upon completion of the nine-to-11-week
4  training program, how does a customer service
5  representative learn about potential donors?
6  A   Can you clarify the question in terms of
7  how they learn about the donors, what -- what you
8  mean by that?
9  Q   Sure.
10     The customer service representatives
11 speak to donors about potentially donating money to
12 World Vision; correct?
13 A   That is one of the things that they speak
14 to them about, yes.
15 Q   And these donors are extensively human
16 beings; correct?
17 A   That is correct.
18 Q   How does a customer service
19 representative learn who and who are not potential
20 donors with whom they may communicate?
21 A   Well, these -- they are speaking to
22 individuals who are existing donors of World Vision
23 and they are responding to questions that they have
24 or ministering to needs that they may have. They may
25 also, in conjunction with that, ask for extra

Page 22

1        M. Freiberg
2    blessings or may be speaking to them about other
3    needs, but they are not -- they are not like -- out
4    like doing -- what's the right word? -- like they're
5    not sales reps out to solicit new donors.
6        Q    With respect to customer service
7    representatives, are lists of potentials don- --
8    donors disseminated to them by World Vision?
9        A    I'm not aware of that.
10       Q    Okay. So how does a customer service
11   representative, at least in January of 2021, come to
12   learn who they are supposed to contact?
13       A    They will receive inbound calls from
14   individuals who are potentially existing donors or
15   may be looking to donate, so they'll receive inbound
16   calls, or they will make outbound calls to existing
17   donors, for example, to see if they would need
18   prayer, so they may do outbound calls in that way.
19       Q    And from your recollection, how would
20   these customer service representatives learn of the
21   identity of these existing donors?
22       A    It's through access to a database where
23   that information is contained.
24       Q    To your knowledge, in 2021, were the
25   donors predominately of the Christian faith?

Page 23

1        M. Freiberg
2        A    My understanding is that they are
3    predominately, but they are not exclusively
4    Christian, but they are predominately.
5        Q    In 2021, approximately what percentage of
6    potential donors were not of the Christian faith, if
7    you know?
8        A    I don't know the answer to that question.
9        Q    Would you say it was more than
10   50 percent?
11           MR. WARD:  Objection to form.
12           You may answer.
13       A    I would be speculating.
14       Q    So you have no idea, it could be
15   1 percent, it could be 99 percent; is that fair to
16   say?
17       A    I don't -- I don't think the range is
18   that broad. I do think most of our donors are
19   Christian, but I don't know what the percentage is.
20   I -- I -- I don't know that that's a metric that we
21   track either. I -- so I'm -- I'm just not sure.
22       Q    I'd like to focus your attention on
23   number 11, which appears on the second page of
24   Plaintiff's Exhibit 1.
25       A    Yes.

Page 24

1        M. Freiberg
2        Q    It states, "Be sensitive to donors' needs
3    and pray with them when appropriate."
4            Would you agree that per this number 11,
5    praying with donors is encouraged, rather than
6    mandated?
7            MR. WARD:  Objection as to form.
8            You may answer.
9        A    Yes. It is our encouragement that our
10   representatives pray or ask if donors need prayer,
11   but it's not a requirement.
12       Q    Do you know who determines when it is and
13   is not appropriate to pray with donors?
14           MR. WARD:  Objection as to form.
15           You may answer.
16       A    It's part of the training where the
17   representatives use their judgment and their -- use
18   their judgment to determine how and when to ask the
19   donors about prayer. And as part of the training,
20   the representatives are -- the trainees are coached,
21   and calls are reviewed, and conversations occur about
22   where training could be offered, and ways in which to
23   offer that.
24       Q    Would you agree that ultimately, though,
25   who determines when and -- it is and is not

Page 25

1        M. Freiberg
2    appropriate to pray with donors is in the discretion
3    of the customer service representative?
4        A    It isn't mandatory, so I just would want
5    to say that it is encouraged, and throughout the
6    training, the representatives are practicing prayer,
7    they are exposed to prayer, they listen to calls and
8    listen to prayers. So they are encouraged to as an
9    expression of our Christian identity.
10       Q    But it's not required, is my
11   understanding; is that correct?
12       A    It is correct that it is not required.
13       Q    Ms. Freiberg, we're going to revisit this
14   document, so I would ask you kindly to keep it handy.
15           I'd like to show you what will be marked
16   Plaintiff's Exhibit Number 19. It's a document
17   that's Bates-stamped WV 6113 to 6114.
18           MR. WOLNOWSKI:  Let's go off the record.
19           (Discussion held off the record)
20           (WHEREUPON, the above-referred-to
21   document, Bates-stamped WV-006113 through
22   WV-006114, was marked as Plaintiff's
23   Exhibit 19, for identification, as of this
24   date.)
25           MR. WOLNOWSKI:  Back on.

Page 26

1      M. Freiberg
2   Q   Ms. Freiberg, I will represent that this
3   document was exchanged during the discovery phase of
4   litigation in this matter.
5       Have you had a chance to review this
6   document?
7   A   Yes, I have.
8       Can I take a few minutes to just refresh
9   myself --
10  Q   Yes, please.
11  A   -- and read it?
12      (Perusing a document)
13      Okay. Thank you. I've had a chance to
14  review it.
15  Q   Ms. Freiberg, do you recognize this
16  document?
17  A   I do.
18  Q   Have you ever seen it before?
19  A   I have.
20  Q   Can you explain to me what this document
21  is?
22  A   It is a guidance document to assist
23  agents to respond to donor needs, and as you can see,
24  the title references showing empathy, and so that is
25  one of the areas that is important to the donor

Page 27

1      M. Freiberg
2   contacts team, to -- to show empathy, and so this is
3   a guidance document to provide some scriptural
4   reference so that as the agent prays with donors,
5   they are able to utilize some prayer -- some
6   Scripture -- sorry, some Scripture in conjunction
7   with praying for the donors.
8   Q   Is this part of the written training
9   documents relating to customer service
10  representatives?
11  A   It is part of the resourcing for them, so
12  it is available for them to use.
13  Q   Is it utilized for the purposes of
14  helping train customer service representatives?
15  A   I know that it's a tool that is utilized,
16  so it is available for all -- all reps to utilize.
17  Q   Is this disseminated to all customer
18  service representatives?
19  A   It's a tool that is available to ev- --
20  for everyone to use, so it's part of the
21  documentation that they can access for use. So it is
22  accessible to all.
23  Q   Is it fair to say that customer service
24  representatives are advised as to how to access --
25  access it if they'd like?

Page 28

1      M. Freiberg
2   A   It would be available for all to use, so
3   they -- they would know where to access it.
4   Q   And this is told by somebody who's
5   employed with World Vision; correct?
6   A   It would be, yes, provided by the
7   leadership at DCS.
8   Q   The heading of this document reads,
9   "Showing empathy on a call during a crisis (talking
10  points)."
11      Do you see that?
12  A   I do.
13  Q   Now, under this heading, there appear to
14  be subheadings which regard certain topics.
15      Do you see them?
16  A   I do.
17  Q   Were these common topics that were being
18  raised by callers with customer service
19  representatives in 2020?
20  A   Yes.
21  Q   I see that some of the subheadings regard
22  the topic of COVID-19.
23      Surely those wouldn't have been in the
24  talking points training documents, say, in 2018 or
25  before; would you agree?

Page 29

1      M. Freiberg
2   A   That's correct.
3   Q   There are a number of times, six to be
4   specific, that the following appears in italics below
5   a subheading, "Ask the donor how we can specifically
6   be praying. If comfortable, offer to pray with the
7   donor over the phone."
8       Do you see that?
9   A   I do.
10  Q   Do you know why these two sentences
11  appear six times in this training document?
12      MR. WARD: Objection as to form.
13      You may answer.
14  A   I believe that they appear there because
15  the donor contact services management wants the
16  representatives to be praying, and then provides
17  guidance that, if comfortable, that they pray with
18  them over the phone. And I -- just for further
19  clarification, the donor contact representatives may
20  request prayer, and then document the prayer which
21  then will be prayed over -- to be prayed over by
22  other members of the organization, or they may pray
23  directly with the donor at the time that they're on
24  the call with them.
25  Q   Would you agree that the purpose of these

Page 30

1  M. Freiberg
2  two sentences' appearances in this document is to
3  provide the customer service representative with
4  guidance as to what to say to a donor?
5  A   It's to provide scriptural references,
6  but the prayer itself would be, you know,
7  personalized, contextualized, and impacted by the
8  movement of the Holy Spirit during the prayer.
9  Q   I'd like to focus on the second sentence,
10 which states, "If comfortable, offer to pray with the
11 donor over the phone."
12     Do you see that?
13 A   I do.
14 Q   Would you agree that this sentence gives
15 the customer service representative a choice to offer
16 to pray with a donor over the phone, rather than
17 making it mandatory?
18 A   It is correct that it is not mandatory
19 for the service -- the donor services representative
20 to pray. They are encouraged to pray and they are
21 equipped to pray, but they are -- there is not a
22 requirement or a disciplinary action if they don't
23 pray.
24 Q   Would you agree that if a customer
25 service representative is not comfortable with

Page 31

1  M. Freiberg
2  praying with a donor, he or she is not obligated to
3  do so?
4  A   I would say if the individual is not
5  comfortable to pray, that the supervisor will
6  continue to work with them to encourage them to
7  become comfortable.
8  Q   So I don't believe that that answers the
9  question.
10     MR. WOLNOWSKI: Ms. Ratigan, could you
11 read the question back, please?
12     (WHEREUPON, the previous question was
13 read by the court reporter.)
14     MR. WARD: I'll object as to form.
15     You may answer.
16 A   I am agreeing that they're not obligated
17 to pray, and I'm adding to that the reality that they
18 are encouraged to pray and would continue to be
19 coached to become comfortable to pray.
20 Q   But ultimately, if he or she refused,
21 would that result in a job loss, generally speaking?
22     MR. WARD: Objection as to form.
23     You may answer.
24 A   In decisions with DCS leadership, they've
25 not had to ever discipline anyone or terminate anyone

Page 32

1  M. Freiberg
2  as a result of not praying. That generally the
3  opposite happens, people are excited to pray over
4  time.
5  Q   Are you familiar with the Giving Word to
6  Our Faith framework?
7  A   Yes, I am.
8  Q   What is it?
9  A   It is a framework that references our
10 beliefs in terms of what we believe, what we
11 experience in the world, and how we guide messaging
12 around our Christian faith.
13 Q   Is it fair to say that the Giving Word to
14 Our Faith framework is a framework that customer
15 service representatives are asked to utilized to
16 create messages about how the Christian faith informs
17 World Vision's work?
18 A   I'm not sure if that's the -- the purpose
19 of the document.
20 Q   Is it all -- also referred to shorthand
21 as the GWF framework?
22 A   I've seen that acronym, yes.
23 Q   Is the GWF framework a tool for customer
24 service representatives to teach the Christian faith
25 from a theological standpoint?

Page 33

1  M. Freiberg
2  MR. WARD: Objection as to form.
3  You may answer.
4  A   Would it be possible for us to access the
5  document?
6  Q   Well, why don't we try to answer these
7  questions from the best of your recollection, and
8  then momentarily, I'll -- I'll show you some
9  documents.
10 A   I'm -- I'm just not sure I can answer
11 that.
12 Q   If you could, please tell me the training
13 the World Vision implements for customer service
14 representatives as to the GWF framework?
15     MR. WARD: I'm going to object as to
16 form.
17     You may answer.
18 A   Yeah, the -- the focus of my
19 conversations with members of DCS leadership has been
20 around -- related to prayer and how we teach and
21 equip our DCS agents regarding prayer. We did not
22 specifically speak about the GWF.
23 Q   Okay. Let me maybe ask the question a
24 different way.
25     How is the GWF framework implemented

Page 34

1  M. Freiberg
2  during the training program with respect to customer
3  service representatives?
4  MR. WARD: I'm going to object as to
5  form.
6  You may answer.
7  A  Yeah, I don't know the details of how
8  that framework is utilized in the DCS training.
9  Q  Okay. I'd like to show you a document
10 which will be marked Plaintiff's Exhibit Number 20.
11 It is documents bearing Bates-stamped Numbers WV 6119
12 to 6128. I will represent that this document was
13 exchanged during the discovery phase of litigation in
14 this matter.
15 Please review this document and let me
16 know once you've completed doing so.
17 (WHEREUPON, the above-referred-to
18 document, Bates-stamped WV-006119 through
19 WV-006128, was marked as Plaintiff's
20 Exhibit 20, for identification, as of this
21 date.)
22 A  (Perusing a document)
23 Okay. I've read it.
24 Q  Do you recognize this document?
25 A  Yes, I recognize it.

Page 35

1  M. Freiberg
2  Q  Have you ever seen it before?
3  A  Yes.
4  Q  I'd like to direct your attention to
5  first page of this document, the one marked WV 6119.
6  Specifically the part of the third bullet down which
7  reads, "Use only the ideas that apply to your
8  communication piece in your target audience."
9  Do you see that?
10 A  Yes, it is the second bullet -- no.
11 Q  The third?
12 A  Third bullet, "Do not be afraid to say
13 more than what is in the document. Make sure that
14 you communicate what does not violate any of these
15 points" -- oh, sorry, I'm miscounting. He's on
16 the -- yes.
17 MR. WOLNOWSKI: Let's go off for a
18 moment.
19 (Discussion held off the record)
20 MR. WOLNOWSKI: Back on.
21 Q  I'd like to direct your attention to the
22 third bullet on the first page which reads, "Use only
23 the ideas that apply to your communication piece and
24 your target audience."
25 Do you see that?

Page 36

1  M. Freiberg
2  A  Yes, I do.
3  Q  Would you agree that this bullet advises
4  customer service representatives that they have
5  discretion as to the ideas that they can use to
6  communicate to his or her target audience?
7  MR. WARD: Objection as to form.
8  You may answer.
9  A  But I think what I was stating earlier is
10 that I'm not sure how this document or tool is used
11 by the DCR -- the DSR reps or trainees, but I agree
12 that this bullet does offer discretion on how to
13 communicate using this as a framework.
14 Q  I'd like to direct your attention to the
15 fifth bullet on page WV 6119 where it states, "Where
16 possible, use supporting Scripture, stories, photos,
17 and examples of how these messages are evident in
18 your context to make your communications compelling
19 and relevant."
20 Do you see that?
21 A  I do.
22 Q  Would you agree that this section
23 encourages customer service representatives to use
24 supporting Scripture where possible, but does not
25 necessarily mandate it?

Page 37

1  M. Freiberg
2  A  I believe that the intent is to
3  supplement the key messaging on the -- in the
4  framework tool with additional pieces to personalize,
5  conceptualize, or make more specific through
6  Scripture, stories, so it's intended to supplement.
7  Q  Is there a different document that states
8  that it's mandatory that a customer service
9  representative uses Scripture in their
10 communications?
11 MR. WARD: Objection as to form.
12 You may answer.
13 A  Well, customer service agents are
14 encouraged to pray with -- with donors, and in
15 praying, may reference Scripture, but they aren't
16 required to reference Scripture.
17 Q  Is the GWF framework a policy document?
18 MR. WARD: Objection as to form.
19 You may answer.
20 A  It is not a policy, but rather, a
21 framework document.
22 Q  So it's fair to say that it does not
23 reflect any specific policy of World Vision; correct?
24 MR. WARD: Objection as to form.
25 You may answer.

Page 38

1      M. Freiberg
2      A   Well, this document would work in concert
3   with other policies such as our Christian witness
4   policy, which is part of our Christian identity. So
5   this is in support -- this is a tool and support of
6   who we are as an organization.
7      Q   Is it correct that the GWF framework does
8   not have to be strictly followed by a customer
9   service representative?
10     A   Just repeating what I said earlier in
11  that I'm not exactly sure how this tool and this
12  document is used by a DCS agent.
13     Q   I'd like to show you what will be marked
14  Plaintiff's Exhibit Number 21. Ms. Freiberg, I can
15  represent that this is a document that was exchanged
16  during discovery and is marked Bates-stamped WV 6164.
17         Please review this document and let me
18  know once you've completed doing so.
19     A   Okay.
20         MR. WOLNOWSKI: Let's go off.
21         (Discussion held off the record)
22         (WHEREUPON, the above-referred-to
23         document, Bates-stamped WV-006164, was marked
24         as Plaintiff's Exhibit 21, for identification,
25         as of this date.)

Page 39

1      M. Freiberg
2      Q   The top heading reads -- well, let me
3   take a step back.
4          Do you recognize this document?
5      A   I have actually not seen this document
6   before.
7      Q   Do you know what this document is?
8      A   In reading it, it describes how to
9   utilize the Giving Word to Our Faith.
10     Q   The top heading reads, "Contextual
11  guidance and examples."
12         Do you see that?
13     A   I do.
14     Q   In January of 2021, were customer service
15  representatives advised to utilize this document?
16         MR. WARD: I'm going to object as to
17         form.
18     A   I cannot confirm that.
19         MR. WARD: Counsel, I'm -- I'm going to
20         object as to form.
21         While this document is part of a much
22         larger document, but you're asking about it as
23         though it's a standalone, and so I'm going to
24         object to the best-evidence rule that you're
25         not introducing a full document.

Page 40

1      M. Freiberg
2          MR. WOLNOWSKI: If you wish to ask her
3          about the full document at the close of my
4          deposition, you will have plenty of time to do
5          so, Counselor.
6          Thank you.
7      Q   There is a section at the top in italics
8   which states, "The examples provided below are
9   indicative only and based on insights about
10  contextual audiences gathered during workshops. End
11  users will need to articulate their own insights for
12  their audiences and apply the framework accordingly."
13         Do you see that?
14     A   Yes.
15     Q   Is it fair to say that this section of
16  the GWF framework gives examples, but nevertheless,
17  it is the choice of users whether to implement them?
18     A   I think it -- it provides some discretion
19  on how to utilize it, so that the intent is to draw
20  on certain tools to be able to communicate more about
21  who we are.
22     Q   I'd like to direct your attention to the
23  section marked number 2, the heading which reads,
24  "What do we want to communicate to this audience?"
25         Do you see that?

Page 41

1      M. Freiberg
2      A   Yes.
3      Q   There are five bullets under that
4   heading.
5          Do you see that?
6      A   Yes.
7      Q   Isn't it true that none of them states
8   "Teaching Christianity"?
9          MR. WARD: Objection as to form.
10         You may answer.
11     A   So, I'm sorry, just reading over some of
12  these bullets.
13         So there is not any bullet that -- that
14  is in a section to -- that speaks specifically to --
15  to teaching, but there are other pieces; right? If
16  you take a look at the relative -- relevant messaging
17  points, "We believe that God can work through all
18  people and achieve his purposes." So there are --
19  I -- I -- I'll just leave my answer at that because
20  I'm -- I'm not sure if I'm answering what you're
21  looking for or if maybe I need more clarification.
22     Q   Sure. I'll -- I'll try to make the
23  answer a little more simplistic.
24         Under this Section 2 which reads, "What
25  do we want to communicate to this audience?"

Page 42

1  M. Freiberg
2  There are five bullets; would you agree?
3  A  Yes.
4  Q  Does the word "teaching" appear after any
5  one of those bullets?
6  A  The word "teaching" does not appear.
7  Q  Does the word "Christianity" appear after
8  any one of those five bullets?
9  A  The word "Christianity" does not appear,
10 but there are other words that appear that represent
11 our faith, that speak about our calling, that speak
12 about other people's faith, that speak to
13 partnership, and that speak to human transformation,
14 which is another core element of our mission.
15 Q  Do the two words "teaching Christianity,"
16 with the word "Christianity" directly following the
17 word "teaching," appear after any of the five bullets
18 under this Section 2?
19 A  No, they do not.
20 Q  Thank you.
21    I'd like to go back to Plaintiff's
22 Exhibit Number 1. I had asked you to keep it handy
23 before.
24    Ms. Freiberg, please let me know when you
25 have that in front of you.

Page 43

1  M. Freiberg
2  A  I have the job posting in front of me.
3  Q  I'd like to direct your attention to
4  number 1, which appears at the top of the second
5  page, the one marked Plaintiff's Exhibit 1. It
6  reads, "Keep Christ central in our individual and
7  corporate lives. Attend and participate in the
8  leadership of devotions, weekly chapel services, and
9  regular prayer."
10    Do you see that?
11 A  I do.
12 Q  Please explain to me the requirements of
13 a customer service representative to attend and
14 participate in the leadership of devotions, weekly
15 chapel services, and regular player. And for
16 clarity, Ms. Freiberg, this is limited to
17 February 1st, 2021 and thereafter.
18 A  Okay. So every DSR or trainee is
19 required to attend devotions and to ultimately lead
20 devotions. So during the training, in the training
21 class, there are devotions that are done, and also,
22 the trainees attend a department-wide devotion, and
23 ultimately, they become embedded into a team and will
24 be leading devotions within that team.
25    The entire donor contact center shuts

Page 44

1  M. Freiberg
2  down during chapel, and every representative attends
3  chapel. And there is regular prayer embedded
4  throughout. The agent's work and work experience
5  either through prayer with the donor or through
6  prayer with their manager, with their team on team
7  chats, just -- those are some examples of how the --
8  the prayer is established, and those are ways in
9  which we keep Christ central in our lives.
10 Q  In February of 2021, was it a requirement
11 that participation, as per this document, required an
12 obligation to lead devotions?
13    MR. WARD: Objection as to form.
14    You may answer.
15 A  The -- so the representatives are -- are
16 equipped to be able to lead devotion. And in
17 discussions with management at the DCS, she described
18 how the leading of devotions is rotated throughout
19 members of her team. So there is an expectation, but
20 there is support to provide help to get there.
21 Q  So in the rotation, is it mandatory that
22 at some point, every customer service representative
23 is required to lead devotion as part of their job?
24 A  Yes. On that team that I described, that
25 is the case.

Page 45

1  M. Freiberg
2  Q  Are there any -- I'm sorry.
3  A  I was just going to say that it's -- you
4  know, it's encouraged and expected to lead the
5  devotions.
6  Q  Are there any documentations -- is there
7  any -- are there any documents that outline these
8  requirements as it regards customer service
9  representatives leading devotions?
10 A  Well, just what's in the job description.
11 Q  I'm sorry, but I don't see it stating
12 specifically that it's a requirement to lead
13 devotions. It just states "participate."
14    And I guess my question now is that, are
15 there any documents of which you're aware that
16 outline the requirements to lead devotion for
17 customer service representatives?
18    MR. WARD: Objection as to form.
19    You may answer.
20 A  I'm -- I'm just looking at the words, and
21 it says, "Attend and participate in the leadership of
22 devotions."
23 Q  And I'm asking you, are there any
24 document beyond this Plaintiff's Exhibit 1 which
25 outline the requirements for leading a devotion by a

Page 46

1     M. Freiberg
2  customer service representative?
3     MR. WARD: Objection as to form.
4     You may answer.
5  A  Well, I recall seeing a document that was
6  submitted that was around guidance for devotions. We
7  could -- we could take a look at that document.
8  Q  Which document are you referring to?
9  A  It was referenced or titled something
10 along the lines of guidance for devotions.
11 Q  Is it something you've seen today?
12 A  No.
13 Q  Okay. Now, one of the requirements of a
14 customer service representative is to attend and
15 participate in weekly chapel services; correct?
16 A  Yes.
17 Q  In February of 2021, was it a requirement
18 that customer service representatives lead weekly
19 chapel services?
20 A  No.
21 Q  To your knowledge, were there ever
22 training materials disseminated to customer service
23 representatives with respect to leading chapel
24 services?
25 A  There is an opportunity for individuals

Page 47

1     M. Freiberg
2  to volunteer to lead chapel, and there is support to
3  do that, but it's not in the form of a training
4  program, it's in the form of equipping by other
5  members of DCS.
6  Q  So is it correct to say that there are no
7  training manuals that are -- written training manuals
8  that are disseminated?
9     MR. WARD: Objection as to form.
10    You may answer.
11 A  Correct. The manner in which that
12 information is transmitted is not from a manual, but
13 rather from training.
14 Q  Going back to this language in number 1
15 where it states, "Attend and participate in the
16 leadership of devotions, weekly chapel services, and
17 regular prayer," does this participate component
18 contemplate a requirement for customer service
19 representatives to lead regular prayer?
20 A  Well, they would do so by virtue of
21 asking donors if they can pray for them, and in doing
22 so, they would be leading prayer. And they also do
23 so with one another and lead one another in prayer.
24 Q  But if a donor never asks a -- excuse me,
25 but if a customer service representative never asks a

Page 48

1     M. Freiberg
2  donor to pray with him or her, then there's no
3  requirement to lead prayer; is that fair to say?
4     MR. WARD: Objection as to form.
5  A  Well, it isn't fair to say because the
6  supervisor would be coaching that donor service
7  representative or trainee to identify opportunities
8  or provide coaching on when prayer could be offered.
9  Q  But if that customer service
10 representative was just not comfortable in praying
11 with a donor, that would not be the cause for
12 termination; is that correct?
13    MR. WARD: Objection as to form.
14    You may answer.
15 A  I'm not saying that it's not a cause for
16 termination. I'm just saying that that -- I had
17 stated earlier that that's never happened, but what
18 would happen is that a supervisor would be coaching
19 the individual to get them comfortable, and at a
20 minimum, to be requesting for prayer -- requesting
21 for prayers, but they would be encouraging them to
22 pray.
23 Q  As opposed to mandating, though; correct?
24 A  Yes.
25 Q  With respect to number 12, it states,

Page 49

1     M. Freiberg
2  "Perform other duties as assigned."
3     If you could, please explain to me what
4  those other duties as assigned entailed in February
5  of 2021 for customer service representatives.
6  A  Well, not working in the donor contact
7  center, I don't know specifically, but I would
8  suggest that it could include things like maybe
9  filling in; if somebody was sick, there was extra
10 work that needed -- that needed to occur, maybe there
11 was a campaign to do outbound calls, and so they
12 might spend more time doing outbound calls to ask,
13 you know, donors if they want prayer or if they have
14 any specific needs or communicating about a program
15 that we have. Those would be examples of just
16 performing other duties.
17 Q  But you're just speculating right now;
18 correct?
19 A  I --
20    MR. WARD: Objection to form.
21    You may answer.
22 A  Yeah. I'm -- I'm suggesting those might
23 be ideas of what that could be, but I don't work in
24 the donor contact services area, so there -- there
25 might be other things.

Page 50

M. Freiberg

1
2  Q   So it's fair to say that you don't
3  know --
4       MR. WARD:  I'm going to object --
5  Q   -- what the other -- performing other
6  duties as assigned entailed in February of 2021; is
7  that correct?
8       MR. WARD:  Objection as to form.
9  A   Yeah, I'm su- -- I'm -- yes, I'm telling
10 you I don't work there, so I -- I can't say with
11 certainty here's a list of items.
12 Q   Okay.
13      MR. WARD:  Counsel, we've been going for
14 about an hour and 15 minutes.
15      Can we take a restroom break, please?
16      MR. WOLNOWSKI:  Yes.  Let's take a
17 five-minute break.
18      Thank you.
19      (WHEREUPON, a brief recess was taken,
20 after which the following transpired:)
21      (Time noted: 1:22 p.m.)
22      MR. WOLNOWSKI:  I have no further
23 questions.
24      Do you have any questions, Counselor?
25      MR. WARD:  I do not.

Page 51

M. Freiberg

1
2       Thank you.
3       MR. WOLNOWSKI:  Okay.  Ms. Freiberg,
4  enjoy your time in Mexico, stay safe --
5       THE WITNESS:  Thank you for your time.
6       MR. WOLNOWSKI:  -- and thank you very
7  much for your time.
8       THE WITNESS:  Okay.  Thank you.
9       (WHEREUPON, the examination of this
10 witness was concluded at 1:22 p.m.)
11
12      _____
13             MELANIE FREIBERG
14
15   Subscribed and sworn to before me
    this ___ day of _____ 2023.
16
17   _____
18           NOTARY PUBLIC
19
20
21
22
23
24
25

Page 52

M. Freiberg

1
2
3              I N D E X
4
5  WITNESS           EXAMINATION BY        PAGE
6  Melanie Freiberg    Mr. Wolnowski         5
7
8
9              EXHIBITS
10
11 PLAINTIFF'S
   EXHIBITS   DESCRIPTION                  PAGE
12
    19      Bates-stamped WV-006113 through
13          WV-006114                        25
14  20      Bates-stamped WV-006119 through
            WV-006128                        34
15
    21      Bates-stamped WV-006164          38
16
17
18      (WHEREUPON, original exhibits marked
19   during today's deposition were retained by
20   U.S. Legal Support.)
21
22
23
24
25

Page 53

1           M. Freiberg
2  ERRATA SHEET FOR THE TRANSCRIPT OF:
   Case Name:  AUBRY MCMAHON v WORLD VISION, INC.
3  Proceeding Date:  March 10, 2023
   Deponent:  MELANIE FREIBERG
4  Place:  Remote Video Conference
5   * PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND
       NOTE THE REASON FOR SAME *
6
7  PG / LN /  NOW READS _/  SHOULD READ  / REASON
   ___/____/_____/_____/_____
8  ___/____/_____/_____/_____
   ___/____/_____/_____/_____
9  ___/____/_____/_____/_____
   ___/____/_____/_____/_____
10 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
11 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
12 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
13 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
14 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
15 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
16 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
17 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
18 ___/____/_____/_____/_____
   ___/____/_____/_____/_____
19  Under penalties of perjury, I declare that I have
    read the foregoing transcript and that the facts
20  stated in it are true.
21  _____
    MELANIE FREIBERG          DATE
22
    Subscribed and sworn to before me
23   this ___ day of _____ 2023.
24
    _____
25         NOTARY PUBLIC

Page 54

1  M. Freiberg
2
3      C E R T I F I C A T E
4
5    I, THERESA RATIGAN, a Shorthand Reporter and
6  Notary Public of the State of New York, do hereby
7  certify:
8      That the witness whose examination is
9  hereinbefore set forth, was duly sworn, and that such
10  examination is a true record of the testimony given
11  by such witness.
12      I further certify that I am not related to any
13  of the parties to this action by blood or marriage;
14  and that I am in no way interested in the outcome of
15  this matter.
16        IN WITNESS WHEREOF, I have hereunto set my
17  hand this 22nd day of March 2023.
18
19
20      _____
           THERESA RATIGAN
21
22
23
24
25