# EXHIBIT 14

## Showing Empathy on a Call During a Crisis (Talking Points)

 Donors covet emotional support and empathy from us during a time of crisis, and when the needs are so great, it can be hard to know how to respond over the phone. Below are a few talking points that point toward God's love, scripture, and the offer for prayer. Thank you for supporting our donors and partners so faithfully during this season!

### This has been so hard for our family / This is such a scary time / I'm so lonely

We want you to know that we're praying for you. When we face situations that seem impossible, it's helpful to remember that we serve a living and powerful God through whom all things are possible. He knows the challenges we face, and He is present with us. As David reminds us in Psalm 55, "Cast your cares on the Lord and he will sustain you; he will never let the righteous be shaken" (Psalm 55:22, NIV). May God's presence and His peace be a comfort to you during this difficult time.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

### I am sick / One of my loved ones is sick

We're so sorry to hear that this illness has touched you (your family), and we want you to know that we've lifted <<Illness/Person>> in prayer. May God's gentle presence be a comfort at this difficult time as you remember His words in John 16, "I have told you these things, so that in me you may have peace. In this world you will have trouble. But take heart! I have overcome the world" (John 16:33, NIV). We pray that God will meet your every need and fill you with the joy of His presence.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

### I am out of work / My family is now struggling financially

We're so sorry to learn of your financial difficulties, and we're grateful for all you've done to encourage and support our ministry. During difficult times it can be helpful to remember what the Bible assures us: The Lord is good, a refuge in times of trouble. He cares for those who trust in him (Nahum 1:7, NIV). We pray that God will meet your every need and fill you with the joy of His presence.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

### Can you be praying for me/my family?

Thank you for sharing your prayer request. It's wonderful to know we serve a loving and merciful God whom we can boldly approach at any time.

We're glad to support you in prayer as it's a vital part of our ministry. We're confident in approaching God, knowing "...that if we ask anything according to his will, he hears us. And if we know that he hears us we know that we have what we asked of him" (1 John 5:14-15, NIV).

We pray that God will comfort you, and that His peace be present in your life.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

### Someone I know / A family member has died of COVID-19

We're so sorry to hear of your loss and extend our sincere sympathy at this difficult time. Psalm 147 reminds us, He heals the brokenhearted and binds up their wounds. He determines the number of the stars and calls them each by name. Great is our Lord and mighty in power; his understanding has no limit (Psalm 147:3-5, NIV). We pray that God comforts you and gives you peace.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

### What is World Vision doing in the US to fight COVID-19?

World Vision has mobilized to stock our network of partners with resources:

### Bible Verses

**Psalm 46:1-2, 7, 10 (NIV)**
God is our refuge and strength, an ever-present help in trouble. Therefore we will not fear ... The LORD
Almighty is with us; the God of Jacob is our fortress. ... He says, "Be still, and know that I am God; I will be exalted among the nations, I will be exalted in the earth."

**Psalm 91:1,4 (NIV)**
Whoever dwells in the shelter of the Most High will rest in the shadow of the Almighty. ... He will cover you with
his feathers, and under his wings you will find refuge; his faithfulness will be your shield and rampart.

**1 John 4:18 (NIV)**
There is no fear in love. But perfect love drives out fear ...

**2 Timothy 1:7 (NIV)**
For the Spirit God gave us does not make us timid, but gives us power, love and self-discipline.

**2 Corinthians 1:10 (NIV)**
He has delivered us from such a deadly peril, and he will deliver us again. On him we have set our hope that he will
continue to deliver us ...

**Psalm 57:1 (NIV)**
Have mercy on me, my God, have mercy on me, for in you I take refuge. I will take refuge in the shadow of your
wings until the disaster has passed.

World Vision warehouses in Washington state, New York City, Chicago, Texas, West Virginia, and Connecticut are stocking up on items that its partner network of churches, schools, community- and other faith-based organizations can use to prevent infections. These supplies include liquid and bar soap, hand sanitizer, disinfecting wipes, face masks, and disposable bed sheets. Staff members are working on procuring additional supplies for which the demand is highest, such as disinfectant wipes and hand sanitizer.

(See the COVID-19 Response page for more details)

### I need help / assistance / food / supplies

We're so sorry to learn about your current situation and we want you to know that we're praying for you.

World Vision warehouses are stocking up on necessities for distribution through our network of partners. Although we can't guarantee we'll be able to help, you're welcome to inquire after the availability of supplies at the location closest to you:

Online directory: https://www.worldvision.org/our-work/country-profiles/united-states/us-programs-contact

### I'm not near a WV warehouse

You might consider contacting your local social service agencies or churches within your community. A ministry that you may be interested in is Love in the Name of Christ (Love INC). They were founded in 1977 as a way to encourage churches to become more engaged with those in need and to inspire a greater number of Christians to put their faith in action. To learn more and to see if there's an office in your area, call them at 1.651.315.7580 or submit a Get In Touch form on their website (https://www.loveinc.org/contact/ ).

We can't guarantee that they'll be able to help, but we're glad to provide you with their information as an option to consider. We hope you find the assistance you need.

### I hope this virus takes me / I wish Jesus would come back / I wish I could just be in Heaven so I could be happy with Jesus *(caller has not expressed suicidal intention)*

**This response is not intended for a suicide call. For calls in which the speaker expresses an intention to take their life, please follow the Suicide Caller protocols.**

We're so sorry. We know this season has brought many new and difficult challenges that are hitting families hard. We want you to know that we care about you, and we're praying for you.

When we face situations that seem impossible, it's helpful to remember that we serve a living and powerful God through whom all things are possible. He knows the challenges we face, and He is present with us. As David reminds us in Psalm 55, "Cast your cares on the Lord and he will sustain you; he will never let the righteous be shaken" (Psalm 55:22, NIV). May God's presence and His peace be a comfort to you during this difficult time.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

WV-006114