1

2

3

4

5

6

7

8

9

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

AUBRY MCMAHON,

        Plaintiff,

    vs.

WORLD VISION, INC.

        Defendant.

CASE NO. 2:21-CV-00920-JLR

[PROPOSED] ORDER ON CROSS-
MOTIONS FOR SUMMARY
JUDGMENT

17    THIS MATTER having come for hearing on cross motions for summary

18  judgment, and the Court having considered the briefing of the parties and supporting

19  evidence, including:

20    1.    Defendant's motion for summary judgment and evidence submitted

21        therewith (including declarations of Shannon Osborne, Melanie

22        Freiberg, and Scott Ward, all with exhibits attached thereto);

23    2.    Plaintiff's motion for summary judgment and evidence submitted

24        therewith;

25    3.    The opposition briefs of both parties;

26    4.    The reply briefs of both parties; and

27    5.    The pleadings and any other matters of record in this case;

ORDER ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

1        The Court finds that there are no disputes of material fact and Defendant World

2   Vision, Inc. is entitled to judgment as a matter of law.

3

4        Therefore, it is ORDERED that:

5

6        1.     Defendant's Motion for Summary Judgment is GRANTED;

7        2.     Plaintiff's Motion for Summary Judgment is DENIED; and

8        3.     Plaintiff's Complaint and all claims therein are dismissed with prejudice.

9

10       DATED: _____

11                                              _____

                                               James L. Robart
12                                             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27