# EXHIBIT SW-01

Aubry McMahon
February 24, 2023

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON

                        * * *


AUBRY McMAHON,                  :   NO. 2:21-CV-00920
              Plaintiff  :
                                :
          vs.                   :
                                :
WORLD VISION, INC.,             :
              Defendant  :

                        * * *

          Zoom deposition of AUBRY McMAHON,

beginning at 10:08 a.m. Eastern Time, on Friday,

February 24, 2023, before Karen A. Stevens, Court

Reporter and Notary Public, there being remotely

present:
```

Aubry McMahon
February 24, 2023

```
 1     A P P E A R A N C E S :

 2

            CASEY WOLNOWSKI, ESQ.
 3          NISAR LAW GROUP, P.C.
            60 East 42nd Street, Suite 4600
 4          New York, New York  10165
            cwolnowski@nisarlaw.com
 5          -- Representing the Plaintiff

 6

 7

 8          SCOTT J. WARD, ESQ.
            J. MATTHEW SZYMANSKI, ESQ.
 9          GAMMON & GRANGE, P.C.
            1945 Old Gallows Road, #650
10          Tysons, Virginia  22182
            sjw@gg-law.com
11          jms@gg-law.com

12          -- Representing the Defendant

13

14

15

16       ALSO PRESENT: Steve McFarland

17

18

19

20

21

22

23

24

25
```

Aubry McMahon
February 24, 2023

```
 1   grew up in that church.  It's about a 45-minute
 2   drive, but they do virtual sermons and things like
 3   that.  And then they also have a lot of community
 4   events that they do.  So Halloween we went for a fun
 5   thing.  Trunk or Treat, that's what it's called.  We
 6   went to that for Halloween.  So we always try to do
 7   not only just, you know, church every Sunday, but
 8   also get involved in other various ways with this
 9   church.
10              I did go to Uganda, Africa on a
11   mission trip with them back in I want to say it was
12   2012 or 2013.  But it was a mission trip to an
13   orphanage and they were kind of actually taking the
14   World Vision approach, if you will, to have people
15   sponsor the orphans there and that would allow them
16   to live in a house with they called them a house
17   mom, but a mom and I believe eight other kids.  So
18   we did a lot of work with helping build those
19   houses, but also growing and communicating with the
20   kids, doing fellowship, worship and things like that
21   while we were there, as well as at the time I was a
22   certified nurse's assistant.  So I did a lot of
23   basic medical care that was needed alongside a nurse
24   that was also on the trip.
25        Q    Sounds like an amazing experience.  I
```

Aubry McMahon
February 24, 2023

1   probably will ask more about that in a few minutes.

2   Would you describe yourself as a Methodist?  Would

3   that be your religious identification?

4        A    Yes, sir.  I went to -- I attended Gardner

5   Webb University for part of my undergraduate.  I

6   believe they are Baptist, but I still remained in

7   the Methodist section if you will.

8        Q    Is it fair to say more broadly you would

9   describe yourself as Christian in your religious

10  faith?

11       A    Yes, sir.

12       Q    Can you tell me a little bit about what

13  being a Christian entails for you?  Sort of what's

14  your two or three minute summary of what you believe

15  as a person?

16       A    Yeah.  So I think growing up you're

17  obviously taught the basics, if you will, about

18  God's story and all of that and, you know, kind of

19  how to live as a giving human, someone that has

20  empathy, helps others, you know, teaches the word of

21  God in a sense of in your community and just

22  exemplifies yourself as a Christian.  The definition

23  of Christianity is different for each person, I

24  believe, and that's something that I believe you

25  have to decide for yourself.

Aubry McMahon
February 24, 2023

1          And it's also I think just as a
2   whole, in my opinion, being overall the best person
3   that you could be with I guess I'm huge on empathy,
4   treating someone how you wish they would treat you,
5   helping people when you can, attending church,
6   praying if that's something that you do or
7   meditating or whatever gives you that internal peace
8   and connection.  So that's kind of I guess my own or
9   how I view Christianity.
10     Q    Thank you.  I appreciate that.  You talked
11  about the word of God.  What do you believe about
12  the word of God?  Could you unpack that a little bit
13  please?
14     A    Sure.  The Bible is definitely something
15  that I grew up, you know, reading and studying.  I
16  was involved in confirmation and I guess I was
17  confirmed around the age of 12, I believe.  And so
18  that had a lot to do with learning the word of God
19  and also reading the Bible.  I loved to highlight in
20  the Bible, which some people probably wouldn't love
21  that, but highlight in the Bible, take little notes
22  and things like that.  But it was a lot of -- I
23  guess the word of God in simple terms the Bible is
24  also a place some people go for comfort or for
25  understanding and I think that each people, just

Aubry McMahon
February 24, 2023

```
 1   like with Christianity, they interpret it in

 2   different ways.  So that's the gist of the word of

 3   God to me.

 4        Q    Thank you.  And the thing you just said a

 5   minute ago, I take it it's fair to say people do

 6   interpret the Bible in different ways is part of

 7   your belief?

 8        A    Yes, sir.

 9        Q    And is it fair to say sometimes in ways

10   that can be a fairly strong disagreement?

11        A    Can you rephrase that?

12        Q    Yeah.  Maybe a better way to say it is

13   sometimes people can disagree pretty vigorously

14   about what the Bible means or what it says.  Is that

15   fair?

16        A    Yeah, I would agree with that.

17        Q    Let me ask you a little bit, then, about

18   sometimes I hear religious faith as a Christian as

19   having a relationship with God or relationship with

20   Jesus.  Is that something you would use in your

21   faith tradition?

22        A    Yeah, I believe so.

23        Q    Could you tell me what that relationship

24   would look like?

25        A    I think it's almost like to me I would say
```

Aubry McMahon
February 24, 2023

1    more so, you know, like the angel on your side,

2    almost like a conscience.  So my relationship with

3    God is more so like thinking of God as the ultimate,

4    if you will, I don't know a lot -- excuse me for not

5    being poetic, but a nice person, somebody like I

6    mentioned earlier that is just giving.  So if I go

7    into a situation, you know, for example if I'm at

8    the grocery store and somebody is not able to pay

9    for their groceries in front of me and I have a

10   little bit of extra money, then I think back or

11   think in my head or my own conscience like what is

12   something good that I can do that's Christian-like

13   that, you know, would almost exemplify God and who I

14   see him and how I believe that he would act.

15              So it's almost like a moral check if

16   that makes sense.  I try to see the world through

17   the lens of being a Christian and having that

18   relationship with God.  And you know the famous

19   saying WWJD, What Would Jesus Do.  So it's something

20   that I've always thought of and something that I've

21   always tried to live from a place of.

22       Q    Thank you.  That's helpful.  You mentioned

23   I think that you're still a part of the church that

24   you grew up in.

25       A    Yes.

Aubry McMahon
February 24, 2023

1    Q    What's the name of that church?

2    A    It's called West United Methodist Church.

3    Q    And you mentioned it's a Methodist church?

4    A    Yes, sir.

5    Q    When you say Methodist one of the things

6    I've learned over the years is most denominations

7    have multiple branches.  Is it part of a larger

8    association or denomination of Methodists?

9    A    I'm not sure.

10   Q    The one I'm familiar with is the United

11   Methodist Church which is the big largest

12   denomination.  Could it be part of that

13   denomination?

14   A    Yeah.  It is referred to as West United

15   Methodist Church.  However, to be honest, I don't

16   know what principles and teaching that they talk

17   about.  However, they are huge on inclusivity and

18   diversity within their church, so I don't know if

19   that falls under any of the Methodist denominations,

20   if you will, but that's as far as I kind of know

21   with them.

22   Q    Thank you.  That's helpful.  You mentioned

23   the words inclusivity and diversity.  Could you

24   explain what your church believes about inclusivity?

25        MR. WOLNOWSKI:  Objection to form.  Aubry,

Aubry McMahon
February 24, 2023

 1      you can answer.
 2          THE WITNESS:  So they believe that, just
 3      in the sense of my own interpretation, very
 4      many of the church attendees or congregation
 5      are part of either homelessness, minority
 6      groups, people who have been past criminals or
 7      I guess people that generally may be turned
 8      away from churches or church members, including
 9      people that are gay, as well as the pastor's
10      husband is gay.  And so there is definitely
11      that safe space for people that -- and that's
12      one of the things that they pride themselves
13      on, is being a safe place for people.  You can
14      show up in your pajamas and they don't care,
15      because you're there to worship God and to them
16      that's more important than what you're wearing,
17      who you love or where you come from, what your
18      background is and things like that.
19          So I think inclusivity to them is
20      basically just kind of like that, you know, we
21      don't essentially care who you are or where
22      you've been, but you're here today to, you
23      know, better your relationship with God and
24      learn and grow, so, you know, we take you as
25      you are, essentially.

Aubry McMahon
February 24, 2023

1  BY MR. WARD:

2      Q    And my question had asked what your church

3  believed.  Let me ask it of you individually.  Is

4  that what you believe or -- let me leave it there.

5  Is that what you believe as well?

6      A    Yeah.  Yeah, I think so.  I think I

7  definitely align with them, which is why I choose to

8  go and attend that church for sure.

9      Q    Thank you.  Just to clarify one thing,

10  you've mentioned that the pastor's husband is gay.

11  Are they -- is the pastor and the husband, are they

12  in a same sex marriage as well or is it some other

13  arrangement?

14      A    So they are not.  The main pastor is a

15  female and her husband, they are now divorced.  But

16  we grew up knowing them as husband and wife.  They

17  got divorced a couple years ago and the ex-husband,

18  if you will, is now with another man and that is

19  something that the church as a whole has just kind

20  of accepted and, you know, been okay with.  It was a

21  weird transition for the pastor and her own family,

22  but it's something that he's still involved in the

23  church, so is his current fiance.  So that's -- that

24  was a little confusing when I said that, so I

25  apologize.

Aubry McMahon
February 24, 2023

```
 1        Q     No apology needed.  I'm less confused now.
 2   Thank you.
 3        A     Okay.
 4        Q     So if you wouldn't mind, can you explain
 5   for me, please, what you believe as part of your
 6   religious faith about marriage?
 7        A     So I think marriage in a religious
 8   standpoint is -- I don't know.  To me it's who you
 9   love.  Marriage is a commitment to a person that you
10   will be at their side through thick and thin for the
11   rest of their life.  So to me it's whoever that
12   person may be, as long as it's legal I would say.
13   That's definitely a marriage to me.  I even know
14   people who, you know, don't -- have been together
15   forever and aren't marriage -- married because they
16   don't see the need for a piece of paper.
17             So I think for myself in a religious
18   standpoint and personal standpoint marriage is just
19   finding that person who you want to be by for the
20   rest of your life, who you could see yourself
21   raising kids with or not.  But ultimately a person
22   that supports you the most and also exemplifies God
23   through their actions and, you know, beliefs as
24   well.  So hopefully that makes sense.
25        Q     That does.  Thank you.  And let me ask a
```

Aubry McMahon
February 24, 2023

1   little more focused question.  Does your religious

2   understanding of marriage involve the idea of sexual

3   exclusivity within marriage, that sexual conduct

4   should only occur within a marriage?

5       A    Can you rephrase that?

6       Q    Sure.  Do you believe as part of your

7   Christian faith that sexual conduct should be

8   limited to marriage only?

9       A    No.

10      Q    Thank you.  Let me ask this.  Are there

11  particular religious writings or teachings that you

12  found helpful in deciding about what you believe as

13  part of your religious faith about marriage?

14      A    There really aren't.  I think growing up

15  you're told certain things and then it's kind of, in

16  my opinion, up for you to decide.  But there is no

17  Bible verses or teachings that I can think of around

18  marriage, to be honest.

19      Q    Thank you.  Just I'm a little bit curious.

20  At your wedding did you have any particular

21  religious texts or readings that were shared?

22      A    We did not, no.

23      Q    Did someone from your church officiate at

24  your wedding or did you have someone else officiate

25  it?

Aubry McMahon
February 24, 2023

1    Errata Sheet

2

3    NAME OF CASE: AUBRY MCMAHON, -against- WORLD VISION, INC.,

4    DATE OF DEPOSITION: 02/24/2023

5    NAME OF WITNESS: Aubry McMahon

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page __22__ Line __9__ Reason __1*__

11   From __"No"__ to __"Yes"__

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   *In review of the transcript, I realized that I misunderstood the question. I
     thought the question was asking whether I believed sexual conduct between partners should occur
     before marriage, to which I responded "No." I realize now that the question asked was whether I
19   believed married partners should be monogamous with one another, and to that my answer is "Yes."

20

21

22

23

24   _____  2/28/23

25

Aubry McMahon
February 24, 2023

```
 1   counselor but graduate school is very expensive.  So
 2   I'm trying to find that right time, if there ever is
 3   a right time, to possibly go back to grad school or
 4   go back and begin grad school to become a therapist.
 5   So definitely mental health.  I love animals.  I'm
 6   trying to get my wife to let us get chickens.  I've
 7   always wanted chickens.  It doesn't have anything to
 8   do with the egg shortage, but I've always wanted
 9   chickens.  Growing up I had a baby raccoon for a
10   while.  My dad did landscaping and found it.
11              So I've always been a lover of
12   animals and helping nurture them back to health, if
13   you will.  We have two dogs.  I would have a cat if
14   I wasn't allergic.  So that's also something.  And
15   then just the LGBT community in and of itself.  We
16   always go to Charlotte has pride events.  They are
17   very -- most of Charlotte is pride friendly, if you
18   will, as well as Ashville, North Carolina where we
19   like to go a lot.  So just doing things -- those are
20   just a couple of my interests, I guess.  But mostly
21   it's, you know, working and taking care of E█████.
22   And then we really love to be outside.  So like if
23   there is any local vendor events or small business
24   things we love to go to those as well.  So hopefully
25   that answers it.
```

Aubry McMahon
February 24, 2023

1   something that I'll always be proud of.

2       Q    Thank you for sharing about that.  Let me

3   ask.  You mentioned another area where you're active

4   and involved and that's advocacy for LGBTQ issues;

5   is that right?

6       A    Yes, sir.

7       Q    Can you tell me a little about what you do

8   in that area, please?

9       A    Yeah.  So there is an organization in

10  Charlotte called Timeout Youth.  They are -- I don't

11  want to call it a boys and girls club, but that sort

12  of type feel where kids can go after school, they

13  can get resources if someone may be transgender or

14  may be questioning their gender identity or their

15  sexuality they can go and get support.  My wife is a

16  teacher, so in the summers she volunteers there when

17  she has time off.  So we do a lot of things to stay

18  active in that community as well as like attending

19  the Charlotte Pride.

20              There is another group in Charlotte.

21  It's called CALM, but it stands for Charlotte Area

22  Liberal Moms.  And it's a lot about moms helping

23  moms, but also supporting businesses that are LGBTQ

24  friendly and inclusive.  And some people will post,

25  Hey, we are a same-sex couple.  Wanted to see what

Aubry McMahon
February 24, 2023

```
 1   church you think may be good for us to try out, or,
 2   you know, what school or restaurant or whatnot.  So
 3   it's a lot of just in our community as it is.
 4   Indian Trail is, you know, very politically varied.
 5   So we have a Pride flag that hangs outside of our
 6   house.  I have various bumper stickers.  One's from
 7   the CALM group and it's a rainbow flag.  So we
 8   have -- you know, try to support -- try to show our
 9   support in those ways.
10                 And my wife being a teacher, all
11   of -- or most of her students, I can't speak for
12   them, but as far as I know they know that she's
13   married to a woman and, you know, that she's a safe
14   spot for them.  So we try in our day-to-day lives
15   even to show that we are supportive of the LGBTQ
16   community and things like that.  So....
17       Q    When did you get involved with Timeout
18   Youth?  When did that start?
19       A    That was I want to say 2018?  Yeah, I'd
20   say it was summer of 2018.  Jaclyn, my wife, had
21   started volunteering there on her summers off.  So a
22   lot of times if I -- and I was at school at the
23   time, so if I had a break from class I would bring
24   her lunch or whatever and get to, you know, talk
25   with people there and kind of see how it functioned,
```

Aubry McMahon
February 24, 2023

1    if you will.  And with various other places that

2    I've worked the LGBTQ community for everywhere that

3    I've worked so far has been acknowledged and

4    accepted, so that is also something that's

5    important.

6                    But, yeah, so in terms of Timeout

7    Youth, I believe it was the summer of 2018 when we

8    started kind of immersing ourselves with them and

9    what they do.

10        Q    And you continue to be involved with them,

11   it sounds like?

12        A    Yeah.  Yeah.  I will say with COVID, like

13   Charlotte didn't hold their Pride for two years I

14   believe because of COVID.  So there were breaks in

15   between when either with Pride or with Timeout Youth

16   with lockdowns and things like that.  But, you know,

17   it may not have been consistent, but we are still,

18   you know, I wouldn't say part of their community,

19   because it's an organization and we are not hired by

20   them or anything, but we still donate to them and

21   things like that.

22        Q    You've mentioned I think I got CALM, but

23   Charlotte Area Liberal Moms --

24        A    Yeah.

25        Q    When did you start getting involved with

1    CALM?

2        A    With them, I believe I can look -- well, I

3    can't look now, but if you need it I can give you

4    the date when I joined the Facebook group.  But I do

5    believe it was around 2020, I believe, yeah.

6        Q    Do you remember when in 2020; spring,

7    fall?

8        A    I'd say fall of 2020, maybe August,

9    November-ish.

10       Q    Thank you.  I'm not sure I understood

11   fully what they do.  Can you tell me just a little

12   bit more about what sort of activities CALM engages

13   in, please?

14       A    Yep.  So they do a lot of donation kind of

15   coordination in the community.  So, for example,

16   when Charlotte had a lot of refugees from Ukraine

17   come, we all worked to get them donated supplies,

18   you know, find places to live, so, you know -- or a

19   lot of them needed medical care.  So if anyone in

20   the group was a doctor or could offer any services

21   such as that, it was a lot about -- or it is a lot

22   about networking and helping people in the

23   community, whether it be refugees or sometimes there

24   will be they will put -- they call it a call to

25   action.  But, you know, if a single mom is about to

Aubry McMahon
February 24, 2023

1    be evicted and needs some sort of clothing, housing,

2    monetary donations, then they will ask for those

3    kinds of things.

4                    For Christmas they do like an angel

5    tree type thing that you can sign up for and donate

6    to or adopt a family.  So it's a lot about

7    networking in the community, but also in a way that

8    may -- some people may not agree with, for example,

9    like helping the refugees find housing and be safe

10   and things such as that.

11       Q    Can you tell me in particular, what did

12   they do with regard to LBGTQ issues?  What's their

13   activity there?

14       A    They always attend Pride, they're huge

15   with helping Timeout Youth, they're huge supporters

16   of businesses that are involved with the LGBTQ

17   community or inclusive of things such as that.  So

18   I'd say mostly just -- what's the word?  I don't

19   want to say advertise, but mostly just putting out I

20   guess to the community, you know, various issues.

21   In the Charlotte area, the county that we live in

22   right now, the Union County School Board has a lot

23   of LGBTQ opinions.

24                    So a lot of what CALM does is I

25   wouldn't say protest, because it's not like a --

Aubry McMahon
February 24, 2023

```
1    peacefully protest or show up to the board members
2    and try to advocate for the LGBTQ youth and their
3    rights and things like that or, you know, with
4    various laws that they have been worried about being
5    passed, you know, making sure people have
6    protection.
7                    Or, you know, for us when we were
8    going through the legal process of Jaclyn adopting
9    E███████ we had just posted I think in CALM and asked
10   like, Hey, does anybody have any resources for an
11   LGBTQ-friendly lawyer.  So that was something -- or
12   somebody that had experience with that.  So I guess
13   just finding resources.  And they do work, like I
14   said, a lot with the Charlotte Pride events, but
15   also helping with LGBTQ rights and things like that.
16        Q    And what's your personal involvement,
17   then, on those sort of issues?  Let me rephrase that
18   to be a little bit clearer.  How have you personally
19   been involved in LGBTQ type issues?
20        A    I mean we are -- we go to Pride every
21   year, we help out -- not help out, but donate our
22   time and money to Timeout Youth, to Pride.  My wife
23   is always a huge safe spot, if you will, emotionally
24   I guess to her students just in a sense of giving
25   them that sign of relief when they see her little
```

Aubry McMahon
February 24, 2023

```
 1   Pride flag or her desk, that she's a safe person, if
 2   you will.
 3                 But, yeah, so in terms of LGBTQ, like
 4   the human rights campaign, we donated to them for a
 5   while, we do help a lot when we can just like with
 6   sponsoring kids through church organizations, but
 7   also helping with organizations that support the
 8   LGBTQ community.  So monetary donations, Timeout
 9   Youth, kind of like the smaller version of Goodwill
10   where you can give old clothes, housing items and
11   those are all given to either teens that may have
12   been kicked out of the house because their family
13   doesn't agree with their sexuality or things like
14   that.  So we do try to give a lot to those
15   communities.
16                 And I think also huge for me
17   personally it is scary sometimes to have a Pride
18   flag in front of our house.  I wouldn't -- I'd be
19   lying if I said that I hadn't wanted to take it down
20   at points because I've been afraid, especially
21   during elections and things such as that.  So I
22   think even just standing firm in our acceptance and
23   allied-ship, if you will, with the LGBTQ community
24   is something that it's scary, but it's also what we
25   feel like we need to do, if you will.
```

Aubry McMahon
February 24, 2023

```
 1        Q     Thank you.  When I was Googling around and
 2    trying to find things I found something called
 3    Bonfire where it looks like you have some artwork
 4    that you do?
 5        A     Yeah, uh-huh.
 6        Q     Can you tell me a little bit about that?
 7    I've got a couple printouts that I can bring in as
 8    exhibits if that's helpful.  Let me go ahead and do
 9    that.  So go ahead if you want to start talking a
10    little bit.
11        A     Yeah.  I don't remember exactly when I
12    started it.  I remember one design it says Stay
13    Alive and it has a floral decoration on it.  I
14    honestly cannot remember what -- I think that was
15    for an Out Of Darkness walk or either that or the
16    Charlotte National Eating Disorder Walk, some
17    awareness walk that we went to.  For the Charlotte
18    North Carolina Mental Health Support Group we were
19    all going to wear T shirts.  So I had dabbled, if
20    you will, in graphic design and marketing previously
21    for a company -- well, actually a couple companies,
22    including the counseling place that I worked at.  So
23    it's something that I enjoy.
24              And at the time of us wanting to
25    conceive E███████, it's very expensive, so we did
```

Aubry McMahon
February 24, 2023

```
 1   do -- or I did some designs, if you will, on
 2   Bonfire.  Bonfire is like I don't want to say a
 3   charity, because it's not.  It's like a fundraising
 4   kind of platform.  So we started it with -- it was
 5   kind of in two sections.  We started it for the
 6   Charlotte North Carolina Mental Health Support Group
 7   and also used it again when we were trying to pay
 8   for everything to conceive E ███████.  So I just kind
 9   of made designs that I felt exemplified me as a
10   person my beliefs, my -- things like that, yeah.
11       Q    It may be the schoolteacher in me, but I
12   like visual aids.  Let me suggest that we introduce
13   as Exhibit 2 something that's I believe a printout
14   on Bonfire.  It should be in the chat for everyone
15   to look at.  So please go ahead and take a look at
16   that.
17                         * * *
18            (Whereupon, the above-mentioned
19          document was marked for
20          identification as  Exhibit-2.)
21                         * * *
22            THE WITNESS:  My computer might make a
23          noise when I do.  Yep.  Oh, yeah.  Okay.  Can I
24          also add that we did do some merchandise, if
25          you will, for CALM, which is what you can see
```

Aubry McMahon
February 24, 2023

1          the logo.  Sorry, I'm still trying to pull it
2          up.  I don't know where it went.
3     BY MR. WARD:
4          Q    No problem.  This is your entry page.
5     I'll upload a couple individual pages so it's easier
6     to see them.  Sometimes these printouts are too
7     small.
8          A    Okay.  Is it popping up in a different
9     window?  Oh, wait.  I found it.  Okay.
10              MR. SZYMANSKI:  Aubry, I had to click save
11         before it would open on my computer.  I had to
12         save it first.
13              THE WITNESS:  Okay.  I got it open.  Sorry
14         about that.
15    BY MR. WARD:
16         Q    No problem.  Let me do the usual lawyer
17    questions on these things.  Do you recognize this?
18         A    Yeah, for sure.
19         Q    What is it?
20         A    This is -- looks like the Bonfire web
21    page, Bonfire being the website I guess you could
22    say, or company, that we used to sell or list the
23    designs of various -- for various projects, if you
24    will.
25         Q    Am I right the banner at the top of this

Aubry McMahon
February 24, 2023

```
 1   page, is that a picture of you on the right?  It's a
 2   little bit obscured by the log-in.
 3       A    Yeah, I'm the orange one.
 4       Q    Who is the other person?  Is that your
 5   wife?
 6       A    Yeah, that's my wife.
 7       Q    That's Jaclyn Foreman?
 8       A    Yes.
 9       Q    Then I take it on all of these pages these
10   are all the products that you're selling through
11   Bonfire?
12       A    Yes.  I don't sell them anymore, because
13   you have to list them for like a certain like
14   one-week, two-week kind of thing.  So none of them
15   are live as far as I know.  And you also have to
16   sell like a minimum amount in order for them to be
17   printed.  So I have not sold anything.  The last one
18   we had done was the one on top, the CALM, for that
19   Charlotte Area Liberal Moms.
20               We had sold merchandise, which they
21   sell car magnets that are the circle, through a
22   different person.  So they wanted T-shirts and other
23   things, so we created on here and all of those
24   proceeds go to the CALM group, if you will, for
25   things like I mentioned before, like donations to
```

Aubry McMahon
February 24, 2023

 1  moms or Christmas, whatever.  But that was the last

 2  one that we had done and I don't remember when the

 3  last product or, if you will, had sold, but, yeah.

 4      Q     Let me go ahead and send to everyone what

 5  we can mark as Exhibit 3, because I think we have

 6  got a Printout of the CALM page in particular.  That

 7  may be a little easier for us to look at.

 8                       * * *

 9              (Whereupon, the above-mentioned

10          document was marked for

11          identification as Exhibit-3.)

12                       * * *

13              THE WITNESS:  Did you all hear that noise?

14  BY MR. WARD:

15      Q     I did.

16      A     Okay.  That was just letting you know that

17  was the CALM mug that popped up.

18      Q     I've sent you Exhibit 3, but on Exhibit 2

19  just want to do something that we lawyers do a lot,

20  and confirm.  So is that a true and correct printout

21  of your main page on the Bonfire site?

22      A     As far as -- since the last time I saw it

23  it looks just like it did, yeah.  I've not been on

24  there in at least a year, so I wouldn't know right

25  from the getgo, but as far as the last time I've

Aubry McMahon
February 24, 2023

```
 1   seen it, that looks like it's right, yeah.
 2        Q    Thank you.  On this thing we have marked
 3   as Exhibit 3, is this what you were referring to
 4   before, the materials that you created for Charlotte
 5   Area Liberal Moms?
 6        A    Yes.
 7        Q    So you're talking about I guess the logo,
 8   the circle with the rainbow flag and then the CALM
 9   insignia inside it?
10        A    Yeah.  The -- Charlotte, North Carolina is
11   referred to as the Queen City, which is kind of
12   where crowns and Queen City Counseling comes from,
13   if that clarifies it for anybody.
14        Q    It does.  A whole lot of things make
15   sense, Queen City Counseling and the crowns there.
16   Is that a design you created or is that a design
17   CALM already had?
18        A    Yeah, they already had that one.  I will
19   say beforehand, at least for the magnets that they
20   give for the car, for cars, right now if you
21   literally took that circle, that's what the magnet
22   looks like.  However, before it was just black and
23   white.
24        Q    That's helpful.  Thank you.  Do you
25   remember -- you were saying you haven't gone on the
```

Aubry McMahon
February 24, 2023

1    Bonfire site for about a year.  Do you remember what

2    time period you had this CALM material available on

3    the Bonfire site?

4         A    I don't, to be honest.  I could guess, but

5    I don't remember off the top of my head.

6         Q    Just your best recollection is fine.

7         A    I'd say at some -- 2021, maybe.

8         Q    That's helpful.  And again, that same

9    thing to make sure I've got accurate information, is

10   this a true and correct copy of the particular part

11   on the Bonfire site?  Is that right?

12        A    Yes, sir.

13        Q    And the rainbow colors in the CALM logo,

14   is that intentionally designed to be a LGBTQ

15   community symbol?

16        A    I believe so.  I didn't create the logo,

17   but I would assume with CALM's mission, if you will,

18   that that would be it, yeah.  And that's, you know,

19   why we have it on the car and my wife and I both of

20   the magnet.  So, yeah, that's as far as my

21   understanding is, yeah.

22        Q    I think I may not have asked you this.

23   When did you first become involved with CALM?

24        A    So I believe I think you asked, but I

25   think I was around -- like I said, I could look at

Aubry McMahon
February 24, 2023

```
 1   the Facebook group of when I joined it, but I do

 2   believe it was around 2020, in the fall of 2020.

 3        Q    And you're reminding me, sorry.  I think

 4   you did say August to November-ish.  Sorry.

 5        A    Yeah.

 6        Q    That's my bad memory kicking in.  Let me

 7   send around what we can mark as Exhibit 4 to your

 8   deposition.  This is another Bonfire printout.

 9                          * * *

10             (Whereupon, the above-mentioned

11         document was marked for

12         identification as Exhibit-4.)

13                          * * *

14   BY MR. WARD:

15        Q    I'll ask you, do you recognize this?

16        A    Yes.

17        Q    What is it?

18        A    That is a T shirt design that we did, or

19   that we made just of a quote that I like.  I had

20   previously had a shirt that had that quote, Love is

21   a terrible thing to hate, on it, because I feel like

22   it exemplifies almost like you asked earlier my

23   definition of marriage.  So, yeah, that is one of

24   the shirts that we had made.

25        Q    Do you remember when you made these?
```

Aubry McMahon
February 24, 2023

```
 1        A     Oh, geez.  I believe it would have been

 2     2020.  I believe it was 2020, yeah.

 3        Q     Do you remember about what month you would

 4     have put them out?

 5        A     I don't remember.  I will assume, though,

 6     it was around the time we were trying to conceive

 7     E█████, so about May to July of 2020.

 8        Q     So at least pre-E█████'s conception, they

 9     were out by then?

10        A     Yeah.

11        Q     That's helpful.  I take it again that the

12     rainbow design is indicating your support for the

13     LGBTQ community?

14        A     Yes.

15        Q     You had a posting on the first page that

16     says, We are a same-sex couple that is raising funds

17     to start our family.

18        A     Yes.

19        Q     I'm curious, did you receive donations or

20     purchases out of this?  Were the funds helpful?

21        A     Yeah, for sure.  A lot of it did go to the

22     cost of, for lack of a better word, sperm.  We had

23     ordered -- each vial you order is about $800,

24     shipping is I think about 250.  So all in all it

25     took about $4,000 to conceive E█████, so those
```

Aubry McMahon
February 24, 2023

1   funds were used towards that and, you know, for

2   people that wanted to support us in that way.

3        Q    And do you know about how many total you

4   sold?

5        A    I do not.  But I could get you that

6   number.  I'm sure it's on the -- not the website,

7   but the portal, on the owner portal, if you will.

8   So I'm happy to get those numbers if you need, but

9   I'm not sure.

10        Q    Thank you.  Not particularly important,

11   more my curiosity.  I always like to understand

12   things.  Did you keep any copies of this?  Do you

13   still have ones that you wear or child-size ones for

14   E██████ to wear?

15        A    Yeah.  We had the Stay Alive one, which I

16   don't know if it was in the Exhibit 2.  I can pull

17   it.  I'm looking on Exhibit 2.  Yeah, so if you

18   scroll to page three, about halfway down you'll see

19   a premium unisex T and a classic long sleeve T, both

20   have that Stay Alive.  We have that but in the gray

21   sweatshirt version.  We have two of those we still

22   wear.  And then we have if you go up to the second

23   page, that's floral design, we have one of those

24   sweatshirts as well, but in the red, the maroon

25   color.  And then for E██████, we don't have it

Aubry McMahon
February 24, 2023

1   anymore.  We donated it, but the rainbow onesie on

2   the bottom of Page two, we had a gray one of those.

3   And I think that's it, yeah.

4        Q    Just again confirming, so Exhibit 4 is a

5   true and correct copy of that section of the Bonfire

6   web page that you set up; is that right?

7        A    Yes, sir.

8        Q    Thank you.  Let me send around one more.

9   We can mark this as Exhibit 5.  This is another

10  Zoom-in on the site.

11                        * * *

12            (Whereupon, the above-mentioned

13        document was marked for

14        identification as Exhibit-5.)

15                        * * *

16  BY MR. WARD:

17       Q    If you would take a look at that, please?

18       A    The rainbow one?

19       Q    Yes.

20       A    Okay, got ya.

21       Q    Can you explain to me what the rainbow

22  design is?

23       A    I would describe my style, if you will, as

24  almost bohemian if you understand, light and airy,

25  lot of florals.  And the rainbow is also significant

Aubry McMahon
February 24, 2023

1    to me just like in the logo, the Just Be logo,

2    rainbows are -- also I love them just for their

3    meaning in the LGBTQ community, but also I love

4    those pastel boho kind of colors.  So that one I

5    just, you know, made because -- yeah, because I like

6    the design and the colors and rainbows.

7        Q    It sounds like it's fair to say, then,

8    that rainbow has sort of a double purpose for you.

9    It's both a way to advocate for the LGBTQ

10   perspective, but also it's got an aesthetic appeal?

11       A    Yeah.  I'd say, yeah.  I'm not a very bold

12   color, like the red, orange, yellow green blue.

13   That's kind of the more aggressive colors.  I like

14   the more calming tones, so that would be the only

15   distinguishing factor, if you will, of those two for

16   me, yeah.

17       Q    You referred several times to the Just Be

18   phrase?

19       A    Yeah.

20       Q    What's the meaning of Just Be?

21       A    To me it's just -- it's a lot about

22   mindfulness in that moment.  Just be kind of who you

23   are, where you are.  I think it's a huge almost

24   slogan, if you will, for me as a person and how I go

25   about things.  If you think I'm weird for liking

Aubry McMahon
February 24, 2023

```
 1   French vanilla creamer, then just be, that's fine.

 2   Almost like it is what it is.  You know, you do you,

 3   you know, just be.  Just be who you are and, you

 4   know, it's like a mindful kind of reminder to myself

 5   and, you know, to others that who you are in that

 6   moment is exactly who you need to be and to not feel

 7   shame for that or things like that.  Just also in,

 8   you know, really any viewpoint I feel like you could

 9   take it from.  So if -- with raising toddlers, if

10   E.▮▮▮▮ wants pizza for breakfast, that's what we

11   are going to do, because you've got bigger battles.

12   So it's kind of a mantra for me, if you will, and

13   how I go about my life.

14        Q    So you should send it to Dr. Phil.  It

15   might --

16        A    I actually did have a -- I took a picture

17   of a shirt, as sweatshirt with his face on it in

18   floral and he featured it on his show, which was

19   cool.

20        Q    That's very cool.  You also referred to --

21   there is another one that says Stay Alive.  I was

22   curious what that means to you?

23        A    Yeah.  I think just with my own personal

24   struggles with like an eating disorder and I've had

25   struggles with self harm, suicidal ideation, as well
```

Aubry McMahon
February 24, 2023

1  as almost everybody in the mental health support

2  group that I ran did as well.  And at for one of the

3  walks we did that was called the Out Of Darkness

4  Walk, it's a suicide prevention walk or, you know

5  it's to raise awareness for those that have died by

6  suicide.  So it's definitely a, I don't want to keep

7  saying slogan, but, you know, Stay Alive, you know,

8  it is worth it.

9           When I was younger I never thought I

10  would make it to 16, but, you know, here I am.  I

11  never thought that, you know, because of

12  complications from my eating disorder that I would

13  be able to have a child, but I stayed alive and, you

14  know, persevered.  And so it's just something that

15  everybody needs and I like to wear it as a reminder

16  to other people, purposely wear it.  If I'm passing

17  someone in Walmart and they're having a tough time,

18  if they see Stay Alive, it's a little bit of, wow,

19  that person -- that's a good reminder.  So hopefully

20  that makes sense.

21     Q    It does, and thank you for sharing that.

22  I'm troubled to hear you didn't know if you'd make

23  it to 16.  I hope that's resolved.  I hope that

24  there's been healing there, but that sounds like a

25  pretty tough stretch.

Aubry McMahon
February 24, 2023

1      A     Yeah.

2      Q     It sounds like this has been helpful.

3   These are both personal statements and public

4   statements mixed together.  They have a lot of

5   meaning for you but they have a lot of meaning to

6   speak them out in the world as well.

7      A     Yeah.  I'm very much so -- I'm not a very

8   superficial person just in a sense of if people ask

9   me, How was your pregnancy.  I'm not going to be

10  like, It was fine, because I want to raise awareness

11  about those things.  Especially with post-partum

12  depression and anxiety and things like that, it's

13  not talked about.  And I know there was a news story

14  recently where a mother had taken the lives of her

15  children because of something like post-partum

16  psychosis.  So definitely knowing those things in

17  terms of the mental health community, as well as the

18  LGBTQ community and really Black Lives Matter and

19  any minority group, like I'm not ashamed to say,

20  Yeah, we donated to help people from Ukraine come

21  here, because everyone deserves a right to be safe

22  and feel safe and, you know, happy.  You know, so

23  it's just also something that is important to me in

24  that way too.

25      Q     That makes a lot of sense.  Thank you.  I

Aubry McMahon
February 24, 2023

 1   don't remember asking.  So Exhibit 5 is also a true

 2   and accurate copy of a portion of your Bonfire web

 3   page.  Is that fair?

 4        A    Yes, sir.

 5        Q    Thank you.  What was the earliest that you

 6   put any of these things up on Bonfire?  You

 7   mentioned for one of them I think that it had been

 8   before E ████████ was conceived.  Was that the earliest

 9   or were there things you posted even before then?

10        A    I think that was the earliest as far as

11   I'm remembering, yeah.  I know I did them all -- I'm

12   pretty positive I did them all around the same

13   period.  It might have been two or three days or a

14   week push out for me to make the designs and such,

15   but -- and list them, but I would say it was all

16   around the same time.

17        Q    This has been helpful.  And clearly you're

18   a talented artist.  You shouldn't give up that

19   calling as well.

20        A    Thank you.

21        Q    I'd like to ask you some about how you

22   came to decide that you are same-sex attracted as it

23   were.  Can you kind of let me know -- let me do this

24   in a little more orderly way.  I take it it's fair

25   to say that you are same-sex attracted?

Aubry McMahon
February 24, 2023

1      defenses in this action.  If we are going to go

2      down a road where we are talking about Ms.

3      McMahon's dating history, I think it's going to

4      be prudent to have an understanding as to how

5      this is in any way, shape or form relevant.  I

6      just want to put that on the record.

7           MR. WARD:  Thank you, Counsel.  I think

8      the question had been answered, so I will move

9      with my next question.

10  BY MR. WARD:

11      Q    It sounds like Jaclyn was kind of a

12  significant change in your life experience in many

13  ways.  It sounds like at that point, is it fair to

14  say, you decided that you identified specifically as

15  lesbian?

16      A    Yeah, I'd say so.

17      Q    I take it you still identify as lesbian,

18  obviously?

19      A    Yeah.

20      Q    At what point did your self identification

21  feed into the ways that you've worked to raise

22  awareness?  Can you connect those two pieces for me?

23      A    I think just kind of like I said.  For me

24  it was a transition, or a journey, if you will, of

25  finding where I was -- not where I was, but who I

Aubry McMahon
February 24, 2023

```
 1   was.  And I will say just to backtrack on the last
 2   one.  I do generally refer to myself more so as gay.
 3   I personally feel like the term lesbian gets a bad
 4   wrap.  I don't know if I'm allowed to say this, but
 5   you hear about it a lot in pornography and it's a
 6   very I feel sexualized in kind of an uncomfortable
 7   way for me.  So I do refer to myself -- I will never
 8   be like, Hey, I'm Aubry and I'm a lesbian.  It's
 9   more so, Hey, I'm Aubry and my wife is this, or I
10   am -- I'll never just, you know, say, Hey, I'm a
11   lesbian.  It's more so, I'm gay or I'm in a same-sex
12   marriage or I have a wife.  The term lesbian for me
13   is just a weird one.  But, sorry, so could you
14   repeat that question?
15       Q    I appreciate you clarifying that.  That's
16   really helpful.  And I apologize if my use of
17   lesbian was --
18       A    That's okay.
19       Q    -- not picking up on what you were saying.
20   I think my question was, can you explain to me how
21   your increasing awareness of how you identified that
22   you were gay connects with your efforts to raise
23   awareness about LGBTQ issues?
24       A    Yeah.  So I think even just for I lost
25   friends when I came out, if you will, and my family
```

Aubry McMahon
February 24, 2023

```
 1  at first was not as supportive as I would have
 2  hoped.  My one older sister was.  My older sister,
 3  Morgan, she was supportive.  My triplet sister was
 4  as well.  My brother was -- my siblings were all
 5  pretty supportive.  They're all very, you know,
 6  they're very faithful and have their own definitions
 7  of their Christianity.  So it was never voiced to me
 8  that it was an issue for them, but I know for lack
 9  of a better word it's a hot topic in religious
10  places.
11           So I did worry when I came out to
12  them, because my brother especially is very
13  religious in a sense of he really clings to his
14  relationship, has a strong relationship, if you
15  will, with his faith.  So I did worry, but he
16  absolutely loves Jaclyn and E█████ and wouldn't
17  want it any other way.  My mom and dad, same thing.
18  At first my mom's first worry was she wasn't going
19  to have grandchildren.  But I think that's typical
20  for any parent that wants to be a grandma or
21  grandpa.  But there is also -- I think that was her
22  major, what she's seen or believed, whether that be
23  from the media or a religious aspect.  Nobody in my
24  family shunned me or said they wouldn't love me or
25  wouldn't accept me or treated me any differently.  I
```

Aubry McMahon
February 24, 2023

1   think it was just everybody had to go through their

2   own process of it.

3                   So I think just knowing that and

4   hearing stories of other people in the LGBTQ

5   community coming out, if you will.  And oftentimes

6   like we see at Timeout Youth or CALM people,

7   teenagers, do get kicked out of their house or

8   shunned from their families.  So just my own

9   personal experience, as well as the experiences of

10  other friends that I've had or what I've seen, I

11  always wanted to be an advocate, or as I mentioned

12  with Jaclyn also wanted to be in a safe space for

13  people to come and say, If you're straight, fine

14  with me.  If you're transgender, that's fine.  We

15  have some friends that are transgender.  If you're

16  gay or you don't know, that's fine too.  If you

17  think you're gay and then you're not, that's okay

18  too.

19                  So I think it's a hot topic because

20  you hear a lot about it in the media and there's a

21  lot of opinions around it, but I think I just want

22  people to know that they're safe and loved and I'm

23  at least not going to judge them.  So that's

24  something that I grew up with a fear of turning out

25  gay, if you will, based off of religion, and was

Aubry McMahon
February 24, 2023

1  afraid to be referred to, you know, as the lesbian

2  of the family or whatever, you know.

3              So I definitely think that there is a

4  lot of fear as being part of the LGBTQ community and

5  I even do -- like I mentioned with the flag, I still

6  have fear.  And a lot of times, even when Jaclyn and

7  I are out in public, if I get a weird feeling from

8  people walking by me or if we are in a more

9  less-accepting area of town I'm afraid to, you know,

10  hold my wife's hand.  So it's like knowing those

11  experiences -- sorry.  Sorry.

12              But I'd never want somebody to feel

13  like they're less than because of who they love.

14  Like that shirt, "Love is a terrible thing to hate,"

15  so from my own experiencing feeling like I'm not

16  deserving or I'm unloveable because of something I

17  can't control or change, I'd never want anybody to

18  feel that way.  So that's kind of why and how my own

19  sexuality and coming to know it and accept it is

20  something that -- and why I'm so big on advocating

21  for mental health.  Because I think a lot of mental

22  health plays into people in the LGBTQ community,

23  because it is scary.  There is a lot of anxiety,

24  there is depression, there's fear of abandonment.

25  There's a lot of things that come up.  Hopefully

Aubry McMahon
February 24, 2023

```
 1   that answers at least a little bit of the question.
 2        Q    Thank you for sharing that and sharing
 3   some of the pain that you experienced from that.  I
 4   was thinking that I imagine E ██████ must answer a
 5   lot of your mom's questions or concerns that she
 6   wouldn't have grandchildren.  That must make her
 7   very happy?
 8        A    Yeah.  She wants us to have another, but
 9   E ██████, she's wild, so we'll see.  She's enough for
10   now.  But, yeah, she's great.
11        Q    You mentioned at one point that there is
12   something that made you fearful that being gay would
13   be a problem in your religious community.  That's
14   not the exact words you used.
15        A    Oh, yeah.  I know.
16        Q    What was it that led you to have that
17   fear?  What was it about your religious community
18   that led you to have that fear?
19        A    Like to be blunt, it's just teaching, if
20   you will, or an interpretation that some people have
21   of the Bible that, you know, that being gay is a sin
22   and you're going to go to hell.  And that's just
23   something -- there is a lot of other things, you
24   know, that I think that people have just -- I've
25   learned that have picked and chosen parts of the
```

Aubry McMahon
February 24, 2023

1   Bible that they want to disagree with, and so that

2   being one of them.  But it's the same people that

3   say, you know, you're going to go to hell if you

4   marry someone of the same sex aren't also taking

5   into consideration parts of the Bible that state

6   like, you know, if your daughter has her menstrual

7   period then you're supposed to stone her, things

8   like that.

9              And I've learned a lot about the

10  bible's teaching, if you will, of sins and things

11  like that through my wife, my wife Jaclyn.  So that

12  example that I gave of, you know, you should stone

13  your -- I think it's like stone your first-born

14  daughter once she has her menstrual period or, you

15  know, committing adultery or things like that I

16  don't understand, or wearing blended clothing.

17  Those are just examples that people don't get

18  persecuted, if you will, for, but something such as

19  love, if you will, has been engrained in some faith

20  communities that will send you to hell.  So that's

21  just I think growing up I'd heard that and I don't

22  remember where from.  It could have been school.  I

23  don't know.  But it was definitely a fear that I

24  had.

25       Q    Thank you.  It sounds like you have a very

1   different understanding what the Bible says than

2   whatever the source was that was giving you that

3   fear?

4           A     Yeah.

5           Q     You mentioned your brother in particular,

6   that he's very religious and I think you said he has

7   a strong relationship with his faith.  Does he have

8   a different view about issues of being gay or not?

9           A     To be honest, I don't know.  I've never

10  asked him.  I do know that his fiancee is a -- is

11  probably one of the most religious, if you will,

12  people that I've ever met, which has caused anxiety

13  for us, us as in Jaclyn and me.  However, she has

14  never, you know -- she talks with us normally, if

15  you will, loves E█████, you know, I'm in her

16  wedding.  E█████'s going to be the flower girl.

17  She's never treated us any differently, and on top

18  of that, I can validate and understand that if that

19  is her viewpoint or opinion on marriage or

20  relationships, according to her view of the Bible,

21  then that's okay.

22                 It doesn't impact us day-to-day.  She

23  still treats me like a human.  She's -- I've never

24  asked her like, Hey, are you supportive or does it

25  bother you that we are gay or whatever or that

Aubry McMahon
February 24, 2023

```
 1    E.████ has two moms or things like that.  And it's
 2    never come up, but it's never had to, because, one,
 3    it doesn't really matter to me, because she treats
 4    me just as if I'm in a, not same-sex marriage, but
 5    in an opposite-sex marriage, I don't know, just in a
 6    normal marriage.  Hopefully that makes sense.
 7              But my brother as well, it's never
 8    come up in terms of like, Hey, do you support me?
 9    But he's never treated me as if he didn't, and so
10    I've never, you know, pushed on the subject, because
11    he's allowed to believe what he wants to believe and
12    we go about our day.  Just kind of like, I hate to
13    bring it up again, but just be.  He's just being in
14    his beliefs and I'll just be in mine and we can
15    still -- I love him to death.  So hopefully -- it's
16    kind of confusing, but hopefully that answers it.
17       Q    That is helpful and your reference back to
18    just be I think is helpful.  I've been thinking like
19    your shirts that say Love Is A Terrible Thing To
20    Hate, you've got some principles that seem like
21    they're fairly significant in guiding you and you're
22    pretty much up front about them.
23       A    Yeah.
24       Q    Thank you.  You mentioned Jaclyn was
25    helpful with you on some biblical interpretation
```

Aubry McMahon
February 24, 2023

1    questions.  I haven't even thought to ask.  What's

2    Jaclyn's religious background?

3         A    She also did grow up in the church, if you

4    will.  I don't know what denomination, but

5    Christianity, but I don't know like what part of the

6    church, if you will.  But her parents -- well, all

7    of her family still goes to church and things like

8    that.  So she grew up religious and she's still

9    supportive of it.  She's definitely not as strong,

10   if you will, in her faith as me or my family, but

11   that's also, you know, okay with me.

12             We still go to church, she's still

13   fine to do that, she's still fine to support me and

14   whatnot.  But I just know that she's got a lot of

15   hate, if you will, when she came out about being --

16   like about being gay with her family and that, so it

17   kind of turned her away from the church.  But I

18   would say since meeting me and going to our church

19   she's definitely a lot more open to it, because they

20   are a lot more, like I mentioned, inclusive and

21   diverse and things where she feels more accepted and

22   comfortable.

23        Q    So is it fair to say your faith is very

24   important to you and her faith is probably not as

25   important to her?

Aubry McMahon
February 24, 2023

1   they have other learning opportunities, even if you

2   just commute, which is what I did.  They had a lot

3   of different almost like the Gardner Webb feel,

4   where I mentioned how once a week they would have

5   that devotion time where they had a speaker or a

6   band or whatever, Wingate also had that and they did

7   require you to go to it.  And you could go to extra

8   ones if you wanted to.

9               So I applied there and applied for

10  financial aid and I got a good scholarship for

11  Wingate, so it felt right.  And when I went, weirdly

12  enough I didn't feel judged by them for being older,

13  if you will, than I should have been, as well as the

14  fact that at that time -- for part of the time I was

15  at Wingate I was engaged, so conversations would

16  come up about like Jaclyn or that I was in a

17  same-sex relationship.  And I never felt judged

18  there about that.  So that was good.  It felt like a

19  very judgment free zone, if you will.  And all the

20  professors were great, very supportive, so yeah.

21      Q    Do you know if Wingate had any sort of

22  official position on things like that?  Like how

23  affirming were they?

24      A    I don't know actually, but I -- there was

25  a class I took.  I don't remember the exact name of

Aubry McMahon
February 24, 2023

```
 1   it, but it was taught by a religion professor and
 2   also a psychology professor and a lot of that class
 3   was about learning about different religions, what
 4   they believe, kind of comparing them, that sort of
 5   thing.  And in that class there were people that
 6   were very strict on their biblical views and also
 7   people like me that were like, you know, more fluid,
 8   if you will, and if you want to believe that, sure,
 9   that sort of thing.  So like that was the only
10   experience that I got from people or students or
11   staff or whatever being more religious in the
12   classroom setting, but nothing that I know of beyond
13   that.
14        Q    That's helpful.  Thanks.  Let me just ask
15   a couple clarifying questions and then we may be at
16   a point to take our lunch break for everybody's
17   sake.  I've been assuming that you've been referring
18   to when you say Regent University that that's the
19   one in Virginia Beach; is that right?
20        A    Uh-huh, yeah.
21        Q    There is a Regent College in Vancouver,
22   Canada that I've visited a few times, but opposite
23   coasts.  I started you with high school, but I
24   forgot to ask you.  Your early education, so
25   elementary school through high school, were they in
```

Aubry McMahon
February 24, 2023

```
 1      Q    Thank you.  I think I understand your
 2  thinking better, so this has been helpful for me.
 3  If I can point you back to the same page we were
 4  looking at, the next sentence says that the job
 5  duties for the position include to personify the
 6  ministry of World Vision by witnessing to Christ and
 7  administering to others through life, deed, word and
 8  sign.  Do you remember seeing that when you looked
 9  at the job description?
10      A    I probably did see it and read it, but to
11  be honest, and I hate to admit this, but I'm like
12  a -- can you dumb that down for me?  So personify is
13  confusing for me.  Personify.  It's kind of like big
14  sciencey words, but -- so I probably did read it,
15  yeah.
16      Q    What would you understand that to say?
17      A    I think personify I still don't really --
18  personify the ministry of World Vision by witnessing
19  to Christ administering -- wait.  Administering
20  others through -- to me that kind of just, I think,
21  even just reading it now says we hope that you -- or
22  one of World Vision's hopes is that you are a
23  Christian, either yourself in that you are proud to
24  talk about it, proud to, you know, tell others about
25  it, but that also you either read the Bible or the
```

Aubry McMahon
February 24, 2023

 1   Word of God and through deeds, so do charity work

 2   and things like that in terms of life, living your

 3   life in the eyes of God or for the eyes of God.  And

 4   Sign, I don't understand that one.  So I think

 5   generally it sums it up as World Vision hopes that

 6   you will also almost, I don't want to say market,

 7   but also help say, Hey, we are World Vision.  We are

 8   Christians.  We love God.  He's the center of our

 9   lives.  We do good for other people and we hope that

10   you do too and all of our employees do as well.  I

11   can't obviously speak from when I read it for the

12   first time, because I honestly don't remember.  But,

13   yeah.

14        Q    Thank you.  That's helpful.  I've got a

15   better sense of what you understood from it.  Would

16   you agree World Vision would have the most accurate

17   understanding of what's meant by this language?

18        A    Probably, yeah.

19        Q    Let's look at the next part down on the

20   page.  There is a bullet point and the very first

21   bullet point has a sentence that says, Keep Christ

22   central in our individual and corporate lives.  Do

23   you remember seeing that?

24        A    Uh-huh.

25        Q    What's your understanding of what that

Aubry McMahon
February 24, 2023

```
 1   means?
 2        A    I think kind of as in my opinion most
 3   Christians should, you know, like I said living
 4   almost through the lens of God, or Christ, and
 5   keeping almost like that internal central, if you
 6   will, conscience that I talked about.  So in your
 7   personal life, you know, going to church, doing
 8   those Christian things, as well as in your corporate
 9   or in your work life.  You know, saying that -- or
10   having people know that you're a Christian and that
11   you believe in God and such and such and being
12   willing and able to, I don't want to say prove that
13   to others, but being willing and able and not
14   shunning people away if a donor calls but they
15   really want to make a difference but they don't
16   quite have a relationship with God, but being
17   understanding that, you know, I'm strong in my faith
18   and so I hope that you can be too or whatever.
19               So I think to keep Christ central in
20   our individual and corporate lives just means as a
21   whole in your personal, mental career-wise realm, or
22   you as just a being in general, to keep your faith
23   and spirituality and Christ, like I said, through
24   the eyes of him and not let that falter.  So
25   hopefully that kind of answers it.
```

Aubry McMahon
February 24, 2023

```
 1        Q    Let's look at the next sentence.  This
 2   says that anybody in this job would be required to
 3   attend and participate in the leadership of
 4   devotions, weekly chapel services and regular
 5   prayer.  Do you remember seeing that sentence?
 6        A    Yeah.  I don't remember seeing the
 7   sentence, but I remember it at least being talked
 8   about for the weekly chapel, services, devotions and
 9   prayer.  I do remember that being talked about as
10   offered by World Vision for employees.
11        Q    So you understood that if you were
12   employed by World Vision you would be required to
13   attend weekly chapel services and devotions; is that
14   correct?
15        A    Yeah.
16        Q    And did you understand that you would be
17   required to participate in leading any of those
18   devotions and chapel services?
19        A    No.  I thought of it more of -- to me that
20   felt almost like what we did in college, like I told
21   you about the weekly -- I thought back to sitting in
22   the college gym, you know, listening to a speaker.
23   I thought it was more like a perk for the employees
24   as like a, you know, We want you to have a work
25   faith balance.  You know how you hear of a work life
```

1    balance, but also like a work faith balance.  Like

2    we offer you a time to grow as employees together at

3    a weekly chapel service where we -- I don't know.  I

4    guess I just had this thought in my head that maybe

5    we would do like prayer requests.  Like if anybody

6    had something on their mind, like, Hey, guys I'm

7    struggling with my daughter this week, so keep us in

8    your prayers, that type of thing.  I thought it was,

9    like I said, an employee perk, almost like a benefit

10   of working for World Vision, like what World Vision

11   was giving to their employees versus what employees

12   were expected to do, if that makes sense.

13        Q    I'm not sure it does.  I'm intrigued,

14   because you're describing it as a perk or a benefit

15   and I thought in the job description it's presented

16   as a job responsibility or duty.  So can you explain

17   to me how you sort of see that as a perk or a

18   benefit?

19        A    Yeah.  So like I really -- like I feel

20   like I thought of it in almost like a sense of what

21   I've experienced in college.  Like I said, we had --

22   we were expected to participate in the weekly it was

23   called dimensions, and we had to get a certain

24   amount every year.  So while it was a requirement,

25   it still was required for the benefit of the

Aubry McMahon
February 24, 2023

1   students.  So I'm not understanding if it was a

2   weekly chapel service for donors or was it for

3   employees?  To me that I took it -- because to me it

4   was a weekly chapel service or a time for employees

5   to have I guess a little bit of a break and to

6   refocus themselves on their faith and their

7   community within, if you will, within World Vision.

8   So I think I thought of it -- I've never heard of a

9   company or organization doing like a weekly chapel

10  service with people that -- I mean unless you're a

11  church.  I don't know.  I guess I was confused

12  because, to be blunt, it seemed weird to me for it

13  to be a weekly chapel service for strangers versus

14  something that would benefit employees and, you

15  know, I thought it was a way for World Vision to

16  insure that their employees were, you know, standing

17  strong in their faith like it says in the sentence

18  before, like keeping Christ central in our

19  individual and corporate lives and by attending

20  weekly chapel services together we can all do that.

21  Does that make more sense?

22       Q    I think so.  So based on what you just

23  said, would you agree with me that World Vision has

24  the right to expect its employees to agree with its

25  religious beliefs?

Aubry McMahon
February 24, 2023

```
 1      A    What do you -- I don't know.  What does

 2   that have to do with the devotions, weekly chapel --

 3   are we still talking about that?

 4      Q    Well, you just said something that sounded

 5   like you were saying that.  So I was just trying to

 6   understand you.

 7           MR. WOLNOWSKI:  Is there a question?

 8           MR. WARD:  Yes.  Karen, would you read it

 9      back, please?

10                        * * *

11              (Whereupon, the Court Reporter

12           read from the record.)

13                        * * *

14           THE WITNESS:  Okay.  So can you repeat it

15      one more time?

16                        * * *

17              (Whereupon, the Court Reporter

18           read from the record.)

19                        * * *

20           THE WITNESS:  I feel like as long as

21      they're -- I think you can have the employees

22      agree to agree, but also still have their own

23      beliefs, if that makes sense.

24   BY MR. WARD:

25      Q    I'm not sure that does make sense.  Can
```

1    you explain to me what that means, please?

2         A    Kind of like what we talked about with

3    Just Be.  Like I can validate and hear and

4    understand World Vision's definition of religion, if

5    you will, and agree with them having that kind of

6    belief or those definitions or whatever of religion

7    and on the flip side of that I can also have my own,

8    if that makes sense.  So like agree that they have

9    those beliefs of Christianity and what that means to

10   them while also hoping they would agree that I have

11   my beliefs of Christianity and what that means to

12   me.  Does that make more sense?

13        Q    I'm not sure it does.  Help me understand.

14   Suppose an employee said, I believe Christianity is

15   false.  It's untrue.  Would World Vision be able to

16   say that's not acceptable for an employee or would

17   they have to say you can just be, and believe that?

18             MR. WOLNOWSKI:  Objection to form.  You're

19        asking what World Vision thinks about

20        something?

21             MR. WARD:  No.  I'm asking her her

22        understanding.

23        Q    So, please, you may answer.

24        A    Can you repeat it?

25        Q    Let me try it again.  If I understood what

Aubry McMahon
February 24, 2023

```
 1    you were saying, you're pointing to what you shared
 2    about Just Be and the idea that World Vision would
 3    have its beliefs and employees would have their
 4    beliefs.  So I ask the question, does that mean that
 5    World Vision can't require that its employees
 6    believe in Christianity?
 7              MR. WOLNOWSKI:  Same objection.
 8              THE WITNESS:  I think from -- I don't know
 9         from like a legal standpoint.  From a personal
10         standpoint I think if someone identified as
11         like atheist, for example, I don't think that
12         World Vision would be a good fit for them for
13         an employer, especially because there are -- I
14         don't know, atheism versus Christianity, if you
15         will, or saying they don't believe in God, I
16         don't think there is compromise there, if that
17         makes sense, or wiggle room at all.  Does that
18         make sense?
19    BY MR. WARD:
20         Q    I'm not sure I'm fully understanding it.
21    Is the dividing line that you would see the
22    requirement of a compromise or wiggle room?
23         A    No.  But I feel like -- I just feel like
24    as a whole what someone defines as Christianity to
25    them is so varied that if you said if you want to
```

Aubry McMahon
February 24, 2023

1   work for World Vision you have to say that you're a

2   Christian, believe in the Apostle's Creed, you need

3   to pray at least once a week or whatever.  I think

4   those are all fine, because I believe that those are

5   things that most and almost all, if not all,

6   Christians would agree with and abide by and live

7   by.  So to me I think like saying that World Vision,

8   you must be a Christian, I think is just an umbrella

9   statement in a way.  Because it's like a Christian

10  or Christianity I feel like -- or the definition of

11  Christianity I feel like is different for everybody.

12  Because kind of like I mentioned before, people pick

13  and choose what parts of Christianity and the

14  teachings that they strongly agree with or do not.

15  Does that make more sense?

16      Q    Well, I'm not sure.  So is what you're

17  saying that each employee would get to say what they

18  think Christianity means?

19      A    I mean I guess if they were asked, yeah.

20  Or just in being asked if, you know, do you keep

21  Christ central?  Kind of like what it says above, Do

22  you keep Christ central in our individual and

23  corporate lives, that's a huge important aspect.  I

24  think that Christianity, the ultimate goal of

25  Christianity is for a person to have a relationship

Aubry McMahon
February 24, 2023

```
 1   with God and for that relationship to guide them
 2   throughout life.  So whether that looks a little bit
 3   different for people -- even at Gardner Webb there
 4   were some Christians that would only wear long
 5   skirts or were moderate in that way.
 6                  So if World Vision employed, for lack
 7   of a better word, somebody such as that, that
 8   believed that, you know, modesty was a true sign of
 9   Christianity and you were going against God's word
10   by wearing short shorts, then that's definitely
11   something that I feel like they're allowed to define
12   for themselves, with also still they're Christian
13   and they believe that -- I feel like as long as you
14   have, kind of like I said, as long as you have that
15   umbrella, if you will, view that, you know, God is
16   my creator.  He died to forgive my sins and I want
17   to live for him, do good for him, keep him as the
18   center of my life, I think that is the most
19   important part.  And then whatever, if you will,
20   kind of spreads out from there is up to that
21   individual, if you will, to decide.  Does that make
22   sense?
23       Q    A little bit more.  Let me see if I
24   understand it.  You referred to the umbrella.  Are
25   you saying that World Vision could say here's what
```

Aubry McMahon
February 24, 2023

1  the umbrella is and then the things that flow from

2  the umbrella, the employee would get to say?  Is

3  that your understanding?

4       A    Yeah.  Yeah.

5       Q    So how do you decide what the umbrella is?

6       A    What's under the umbrella or what the

7  actual umbrella is?

8       Q    The actual umbrella itself.  Let me

9  rephrase that.  I think -- are you and I in

10 agreement that Work Vision gets to decide what the

11 umbrella is?

12           MR. WOLNOWSKI:  Objection.  You're asking

13      whether or not she agrees with you in

14      something?

15           MR. WARD:  I'm happy to rephrase it.

16           MR. WOLNOWSKI:  Please rephrase.

17 BY MR. WARD:

18      Q    Would you agree that World Vision gets to

19 decide what the umbrella is?

20      A    I've -- yes, but I feel like in my sense

21 I'm talking as the umbrella, the base of the

22 umbrella, which World Vision gets to decide is that

23 their employees define themselves as Christians.

24 Does that make sense?

25      Q    So it doesn't make sense to me, because I

Aubry McMahon
February 24, 2023

1    guess I'm confused about what it means to define

2    themselves as Christians.

3              MR. WOLNOWSKI:  Is there a question?

4              MR. WARD:  I'm getting there, Counsel, if

5         you'll be patient.

6    BY MR. WARD:

7         Q    I'm not getting that from your analogy.

8    I'm trying to work with your analogy here.  The

9    umbrella --

10        A    Yeah.  I'm sorry.  Like I said, I'm more

11   of a visual -- sorry.

12        Q    The umbrella may be a useful metaphor.  I

13   want to make sure I'm understanding you.  I hear you

14   saying that World Vision gets to define the base of

15   the umbrella.  And then when I asked you can it

16   define whatever the base of the umbrella is and I

17   think you answered that by saying they get to define

18   the base of the umbrella as the employees identify

19   as Christians.  Is that a fair summary of what you

20   said?

21        A    Yeah, in a sense that they get to say

22   that -- yeah, that the employees they want to hire

23   in their company are Christians.

24        Q    And how do they figure out what it means

25   for their employees to be Christians, in your

Aubry McMahon
February 24, 2023

 1   opinion?

 2        A     I think just asking kind of like -- or

 3   almost like a filtering in a way process of, you

 4   know, asking questions.  Like does this person in

 5   Exhibit A Page 2, does that person agree to keep

 6   Christ central in their individual and corporate

 7   lives, and if the answer is yes, then cool.  You

 8   know, but I think -- I don't know.  I didn't really

 9   think that far into it.  I just thought that World

10   Vision is, yes, allowed to say we only hire

11   Christians or people that define and live their

12   religion as Christians.

13                    However, like I mentioned before,

14   because Christianity is so fluid, in my opinion, and

15   like there's different sides of Christianity and

16   what people cling to and don't cling to that it's

17   too hard to set like definite rules that employees

18   have to follow.  So I think ultimately saying like

19   World Vision can say, We want all of our employees

20   to be Christians.  And then from there I think that,

21   you know, your definition of Christian is different

22   than mine, Casey's is different than mine,

23   everybody's different than mine.  However, we still

24   identify our religious belief as Christianity, so

25   that's okay.  Does that make more sense?

Aubry McMahon
February 24, 2023

1      Q     I think so, but let me ask a question to

2  clarify it.  I think you said you agree that World

3  Vision can require that all of its employees be

4  Christians; is that correct?

5      A     Yeah.

6      Q     Then you said when it comes to defining

7  what it means to be a Christian, that that's left to

8  the individual employee.  Is that your

9  understanding?

10      A     Yes.

11      Q     And so if World Vision said, for example,

12  we believe that being a Christian means believing

13  Jesus Christ rose from the dead, an employee could

14  say, Well, I'm a Christian but I don't believe Jesus

15  Christ rose from the dead.  In your view, would

16  World Vision have to hire that employee?

17      A     Yeah.  Because I don't think that it's

18  fair if somebody has that belief to shun them.  Just

19  like with other religions, like other religions

20  believe there is more than one god, but that's for

21  them to believe and I guess personally don't think

22  there is anything wrong with that.  That's why there

23  are different religions and beliefs.  Nobody I feel

24  like has the exact same beliefs on everything.  So

25  if that person was to say, I don't believe that, you

Aubry McMahon
February 24, 2023

1    know, he rose from the dead.  I believe that he came

2    down from heaven, or they have some alternative

3    belief, I think that that's irrelevant to their job

4    at World Vision in a way.  I personally feel that

5    way.  And especially if it's something like a

6    customer service job.  I don't think their beliefs

7    on whether or not someone rose from the dead -- or

8    God rose from the dead is -- like relates to that,

9    if that makes sense.

10        Q    Well, I'm not sure it does.  That's why

11   I'm curious.  I appreciate you indulging me.  I'm

12   trying to understand where the lines are drawn and

13   so let me ask maybe a different angle on the same

14   question.  Could World Vision decline to hire

15   someone who was a committed Muslim, someone of

16   Islamic faith?

17            MR. WOLNOWSKI:  Objection to form.  You

18       can answer.

19            THE WITNESS:  Well, is it -- oh, sorry.

20   BY MR. WARD:

21        Q    He's objected.  You can answer now.

22        A    I think personally for me, I don't know

23   enough about the Muslim faith, but I feel like --

24   and this is just me talking from what I think, I

25   feel like it's rooted in Christianity, but I don't

Aubry McMahon
February 24, 2023

1    know, to be honest.

2          Q     In your view could World Vision require

3    that its employees believe in the Bible?

4          A     Yeah.

5          Q     Could World Vision require that its

6    employees believe in the Trinity, Father, Son and

7    Holy Spirit?

8          A     I think so.

9          Q     So going back to what you said earlier,

10   what if an employee said, I identify as Christian

11   but I only believe in God the Father.  I don't

12   believe in Jesus Christ or the Holy Spirit as part

13   of the trinity?

14         A     Personally I feel that like that would be

15   okay, because they're still defining themselves as a

16   Christian and trying to live their life in that

17   light, if you will, and trying to live against -- or

18   live among others with those still Christian beliefs

19   and values and I assume that they would try to live

20   as a Christian would, but just maybe have that

21   little bit of a difference.  And to be honest, even

22   myself, I'm not fully familiar with the Holy Trinity

23   despite growing up in the church.  It's not -- it

24   might be taught a lot, but it's not something that

25   I'm vastly familiar with.  I'm not saying it's not

Aubry McMahon
February 24, 2023

```
 1   important, but it's not what I generally think about
 2   when I hear of Christianity.  I don't know if that's
 3   important at all, but, yeah.
 4        Q    Is it fair to say that what you're saying
 5   is as long as a person identifies as Christian, that
 6   World Vision ought to be required to hire them?
 7        A    Yeah.
 8        Q    Help me understand.  Where would you draw
 9   the line to say that World Vision could rightfully
10   refuse to hire someone?
11        A    I think when it falls under the law.  I
12   don't know -- I don't know much about or anything
13   about employment law, but I don't think -- as far as
14   my understanding is you're not allowed to not hire
15   somebody.  I don't know where that falls in terms of
16   legally if someone has a felony or misdemeanor, I
17   don't know about that part.  But in my opinion I
18   don't think, as far as anywhere besides World Vision
19   that I've applied, I don't think anywhere -- I don't
20   know what's legal and what's not legal in that
21   sense.  Especially with World Vision's claim to be
22   an EEOC employer, I thought that there was
23   protection there as well.
24        Q    Let me ask a question and maybe root it
25   back in this job description.  If you look at the
```

Aubry McMahon
February 24, 2023

1    page we were looking at --

2        A    Yeah.

3        Q    -- the second bullet on that page says the

4    duties of the job require, Maintaining reliable

5    regular attendance, report to work on time and

6    return from breaks and lunches on time.  Would you

7    agree that World Vision could terminate someone's

8    employment if they didn't maintain reliable, regular

9    attendance?

10       A    Yeah, I believe so.

11       Q    Okay.  Look at the bullet above that.

12   Would you agree that World Vision could terminate

13   someone if they didn't keep Christ central in our

14   individual and corporate lives?

15       A    I think if they were able to prove it,

16   yeah.

17       Q    How would they prove it?

18            MR. WOLNOWSKI:  I'm going to object to

19       form.  You're asking how a company would prove

20       something?

21            MR. WARD:  I'm literally just repeating

22       her words back to her.  She said if they could

23       prove it and I said how could they prove it.

24            MR. WOLNOWSKI:  Objection.

25

Aubry McMahon
February 24, 2023

```
 1    BY MR. WARD:
 2         Q    Please, answer.
 3         A    I think personally, to be blunt, it's none
 4    of their business.  Because I think that keeping
 5    Christ central in our lives is important and
 6    especially also in the corporate life.  However,
 7    there's definitely times where Christ may not be
 8    central in your life for maybe a short period of
 9    time or you may be questioning, you know, why
10    something has happened to you.  Or I could easily
11    bring up the pregnancy.  Like why did God -- he's
12    known that I've wanted children all my life.  That's
13    all I've dreamed of.  I want to be a surrogate like
14    so much so that that was something I really would
15    have loved to do and why is it -- why did he punish
16    me for like, you know, not allowing those things.
17    Like I feel like in that time Christ wasn't central
18    in my life.  I was angry, I was confused, I was sad,
19    that sort of thing.
20              So I think in the sense of me saying
21    that they have to prove it, like if -- maybe if they
22    see an employee posting on social media, you know,
23    free posts of, you know, things about atheism or
24    something like that, something where there is a
25    paper trail, if you will, or proof that -- you know,
```

Aubry McMahon
February 24, 2023

1   that sort of thing.  But I think that it's

2   definitely normal in any faith to have your ups and

3   downs in your relationship with God or whoever it

4   may be and for God to not always to be central in

5   your life, but to have in it your mint that this

6   will pass and you will get back to that place.  Does

7   that kind of answer it?

8       Q    It does help.  You referred to social

9   media, that if someone posted on social media that

10  their beliefs were very different from World

11  Vision's Beliefs that it would be appropriate to

12  terminate them.  Is that right?

13      A    Wait.  If they're different from -- say it

14  again.

15      Q    World Vision's beliefs.

16      A    Yeah, I think when it comes to like in a

17  sense of if someone claims to World Vision that they

18  are a Christian, but then they see on their social

19  media that they claim to be an atheist, then I think

20  that's fair ground for termination.  Just like if

21  somebody was -- called out sick, but then on social

22  media posted that they were at Disney World, I think

23  that's also grounds for termination, because you're

24  lying straight up.  Because that's I think why -- to

25  me it's like Christianity as an umbrella term

Aubry McMahon
February 24, 2023

1 | because Christianity, just like sexuality or any

2 | religion, is fluid.  So I identify as gay where

3 | someone else identifies as bisexual.  But if I

4 | identify as a Christian and somebody identifies as

5 | an atheist, there is no wiggle room in that, if that

6 | makes sense.

7 |     Q    I think that does make some sense.  Let me

8 | relate it back to something you said earlier.  You

9 | talked about when you looked at the EEO statement

10 | there was some reference to the Apostles' Creed,

11 | believing the Apostles' Creed; is that right?

12 |     A    Yeah.  Uh-huh.

13 |     Q    So if somebody said, I don't believe the

14 | Apostles' Creed anymore, do you believe World Vision

15 | could terminate their employment?

16 |     A    Yeah, I guess so.  Because they state that

17 | they want their employees to believe in the

18 | Apostles' Creed, right?

19 |     Q    Yes, I think that's right.  That's

20 | helpful.  I think I'm understanding more what you

21 | were saying.  Can I go back to something you said

22 | before I ask this last question?  I want to make

23 | sure I heard it correctly.  You said that -- I think

24 | you said, and this won't be an exact quote, that

25 | just as sexuality is fluid, religion is fluid.  Is

Aubry McMahon
February 24, 2023

1   that correct?

2        A    I didn't mean religion.  That was kind of

3   a bad example.  I meant Christianity is fluid.  I

4   was trying to explain it as like you may identify as

5   a lesbian, but I -- you still like more masculine

6   females, kind of like me.  You can be -- identify as

7   a Christian, but maybe not have the same feelings as

8   somebody else that also identifies as Christian.

9   Does that make sense?

10       Q    Yeah, I think I understand you.  I think

11  I'm tracking you.

12       A    Okay.

13       Q    Let me draw your attention back to the job

14  description.  If you would be so kind as to look at

15  the next page, there's the third bullet from the

16  bottom.  It says, Be sensitive to donors' needs and

17  pray with them when appropriate.  Did you understand

18  that that was part of the job requirements for the

19  position you were applying for?

20       A    Yeah.

21       Q    So you knew that you'd need to pray with

22  donors at times?

23       A    Yeah.  I think like based off of the

24  donor's need or want to pray, yeah.  I didn't know

25  or -- I didn't think that it was a requirement per

Aubry McMahon
February 24, 2023

1   se of the job, like you have to pray every single

2   call you take or whatever it may be.  But if the

3   donor asks if you'll pray with them, you'll be

4   willing to pray with them.  Does that make sense?

5        Q    I think it does.  But help me understand.

6   Suppose World Vision said to its employees in this

7   position, When a donor call, we want you to pray for

8   that donor.  Could it require that as part of the

9   position?

10       A    You said pray with that donor or for that

11   donor?

12       Q    Either.

13       A    I think -- I mean to me at least I

14   would -- I mean I think that if I -- if it was a

15   requirement for every single call you took, then I

16   think there would maybe need to be training on that,

17   just in my opinion.  Because everybody prays

18   differently, everybody uses different terminology

19   when praying, whether they're referring to God or

20   Jesus.  I've heard some people refer to God as their

21   dad.  So I think definitely there would need to be

22   some stipulations or training around that.

23            But I think if that was something

24   that the company wanted their employees to pray with

25   every single donor, I think it would also need to be

Aubry McMahon
February 24, 2023

1   in maybe the script.  I'm not sure how the customer

2   service employees worked there, but let's say you're

3   told to open up asking if you can help them with

4   anything and before you hang up ask if they would

5   like to pray or something.  But to me, when I read

6   that as like be sensitive to donors' needs and pray

7   with them when appropriate, when appropriate doesn't

8   to me signify it's going to be every single time or

9   it's a requirement.  To me it's the donor's need, so

10  when the donor asks if they can pray and you just

11  kind of pray along or listen to them and then when

12  appropriate, which I think is also appropriate to

13  pray when they want to pray, not necessarily every

14  single phone call.

15              Because I think it's important to be

16  mindful of those people's personal lives and they

17  may be calling quickly on their way to work or on

18  their lunch break and may not have time to pray or

19  may just not need that.  So I don't think it should

20  be forced as a requirement to somebody that calls or

21  like is in that situation.

22       Q    Thank you.  You mentioned training.  Let

23  me ask you a question.  It's a little different

24  direction.  You mentioned looking at the website for

25  two or three minutes to understand World Vision and

Aubry McMahon
February 24, 2023

1        Q     There may be.  You're right.  And that's I
2    think understandable.  Christian is more
3    understandable than humanitarian for me, too.  That
4    makes sense.  A little further down it says, Jesus
5    loved at the center always.  We are Christian and
6    follow Jesus' example to show unconditional love to
7    the poor and oppressed.  Is that consistent with
8    your understanding of who World Vision is?
9        A     At that time, yeah.  But now, no.
10       Q     So what do you mean by now no?
11       A     I think Jesus shows, you know,
12   unconditional love to the poor and oppressed.  I
13   think that in this example, being part of the LGBTQ
14   community doesn't necessarily mean I'm poor and
15   oppressed, but I feel like unconditional love that
16   Jesus would have given was not given to me in
17   this -- this job interview or in this process.
18   Because if World Vision claims to keep Jesus' love
19   at the center, which is unconditional love, I guess
20   for me personally I didn't feel that.  I felt
21   shunned and less than.  And I don't really know what
22   oppressed means, but oppressed in my meaning means
23   less than or looked down on or like you're a bad
24   person, and that's how I felt I was treated.
25                   So I think beforehand, yeah,

Aubry McMahon
February 24, 2023

1   absolutely.  I would have said, heck, yeah, World

2   Vision definitely exemplifies God and his

3   unconditional love and they help so many people.

4   But after being on the inside or partially on the

5   inside of World Vision and this whole experience, I

6   would definitely say that I don't -- I don't agree

7   with that anymore.

8       Q    Is it accurate to say that you have a

9   different understanding of what the unconditional

10  love of Jesus means than World Vision has?

11      A    Yeah.  I just -- I don't -- I guess I just

12  don't understand how there is any different

13  definition of unconditional love.  If it's not

14  unconditional then there is some sort of condition

15  to it, so it's not unconditional.  Does that make

16  sense?

17      Q    Yeah.

18      A    So I don't -- to me unconditional is a

19  very cut and dry word.  It means what it is or it

20  says and there is no wiggle room, if you will, in

21  that.  Hopefully that didn't confuse you.

22      Q    No.  I think I understand it.  Is it fair

23  to say that you think World Vision has a wrong

24  understanding of the unconditional love of Jesus?

25      A    Yeah.  Yeah, I think that -- yeah, because

Aubry McMahon
February 24, 2023

1   they're putting conditions on it.

2        Q    And from what you just described it sounds

3   like that's pretty central to your disagreement with

4   World Vision that's at issue in this lawsuit.  Is

5   that fair?

6        A    What part?

7        Q    The idea that you and World Vision have

8   different understandings of the unconditional love

9   of Jesus.

10        A    Now, yes.

11        Q    Fairly central to the lawsuit we are in

12   the middle of now is your sense that World Vision's

13   understanding of the unconditional love of Jesus is

14   wrong.  Is that fair?

15        A    I don't agree with it, but -- I don't

16   agree with it, but it is what it is.  I think that

17   anyone that reads that or is told that they believe

18   in God's -- or Jesus' unconditional love, they think

19   that God loves everybody regardless of where you've

20   been or -- I mean people talk about dogs and their

21   unconditional love for their owners and that's kind

22   of what I think about when I think of unconditional

23   love, is there's no conditions.

24             You can be a terrible person and do

25   terrible things, but God will still love you and

Aubry McMahon
February 24, 2023

1   forgive you and so, you know, that's I guess --

2   sorry I got emotional.  But I think for me it seems

3   very wrong that World Vision is claiming to -- or

4   hiding behind saying, you know, Oh, we believe in

5   Jesus' unconditional love, but then won't hire

6   somebody based off of who they love.  So -- which

7   I'm not hurting anybody by loving Jaclyn.  So

8   anyways, I'm sorry.  I feel like I'm getting on a

9   rant, but I didn't mean to get emotional.  Sorry, I

10  forgot the question.

11      Q    I think you've answered it and, please, no

12  need to apologize.  I am very grateful for your

13  authenticity.  I appreciate the conversation we have

14  had.  Don't feel any need to apologize.

15              Are we at a point where you'd like to

16  take a break for a few minutes?

17      A    Yeah.

18      Q    Is five minutes enough or would you like a

19  little bit longer?

20      A    No.  That's good.

21              MR. WARD:  Very good.  Off the record at

22      3:42 Eastern Time.  Thank you.

23                      * * *

24              (Whereupon, a brief recess was taken.)

25                      * * *

Aubry McMahon
February 24, 2023

1      Q      Did you ask any questions pushing back on

2   it at all?

3      A      Um-um, not that I can think of.

4      Q      Did you say anything to indicate that you

5   were currently in a same-sex marriage at that time?

6      A      Um-um.

7      Q      I'm sorry --

8      A      No.

9      Q      Thank you.  So the records that we have

10  says that you were asked the question -- actually,

11  let me back up a step.  That you were told that

12  World Vision seeks individuals who not only share

13  our Christian faith and values but also live them

14  out both in at and outside of work.  Do you

15  remembered that being said?

16     A      I think briefly, yeah.

17     Q      And do you remember them talking about the

18  lens for determining biblically based behavior would

19  be to ask, does the behavior glorify God, does it

20  build up other Christians and encourage love and

21  good deeds, is it good stewardship, meaning

22  responsible use of his resources, and is the

23  behavior consistent with the teachings of scripture?

24  Do you remember that being shared?

25     A      I don't remember that, but I'm sure it

Aubry McMahon
February 24, 2023

1    was.

2         Q    And then do you remember them talking

3    about examples of behaviors that we believe are not

4    in alignment with our standards of conduct and,

5    therefore, unacceptable behavior for employees?

6         A    Yeah, I remember that.

7         Q    And do you remember them saying that that

8    includes any sexual conduct outside of a marriage,

9    World Vision defines marriage as between a man and a

10   woman?

11        A    Yeah, I remember them saying that.

12        Q    There were several other examples I

13   believe they mentioned.  Do you recall other

14   examples as well being discussed?

15        A    I believe there were some in reference to

16   using like illegal substances.  That's all I can

17   really think of.

18        Q    I'm happy to list some of them.  For

19   example, ongoing substance or alcohol abuse,

20   harassment of any type, malicious gossip, fighting,

21   et cetera.  Do those sounds familiar?  Are those

22   what they said?

23        A    Yeah.

24        Q    Now, they asked a question, Do you have

25   any questions about our standards of conduct, the

Aubry McMahon
February 24, 2023

1  expectations we have of employee compliance with

2  them or of our organizational culture and values,

3  and your answer was, No, not at all; is that

4  correct?

5      A   Yes.

6      Q   Then they asked a question saying that,

7  It's important that you know of World Vision's

8  expectations so that you can decide if we are the

9  right organization for you.  Are you willing and

10  able to comply with the standards of conduct if

11  employed by World Vision?  Do you remember being

12  asked that question?

13      A   Yeah.

14      Q   And your answer was, I'm aligned, yes.

15  And these notes have an explanation point after the

16  yes.  Is that how you answered that question?

17      A   Yeah.  But I would assume that meant it

18  was a confident yes.  So, yeah.

19      Q   Seems like a fair assumption.  And the

20  question was asked, Based on our conversation today

21  do you feel that World Vision seems like a good fit

22  for you?  And the answer recorded is, Yeah,

23  absolutely; is that correct?

24      A   Yeah.

25      Q   So overall is this an accurate reflection

Aubry McMahon
February 24, 2023

1   of what you talked about during that call on

2   December 4th, 2020?

3         A     Yeah.  Yes.

4         Q     Thank you.  Was there a reason that you

5   didn't at that time mention that you were in a

6   same-sex marriage?

7         A     Yeah, because I didn't think that at that

8   point it was -- I mean, I guess I didn't think it

9   was important, because I've never been asked that or

10  about my marriage in a job interview or never

11  brought it up.  So that I guess it just didn't

12  really come to my -- come to my mind, if that makes

13  sense.

14        Q     At that time did you understand being in a

15  same-sex marriage to be consistent with or

16  inconsistent with World Vision's standards of

17  conduct as they were explained to you on that call?

18        A     Can you rephrase that?

19        Q     Is there something about it you don't

20  understand?

21        A     Like what -- can you repeat it?  Sorry.

22        Q     I'll take another run at it.  Let me see

23  if this is more comprehensible.  At the time you

24  answered those questions did you understand that

25  your being in a same-sex marriage was inconsistent

Aubry McMahon
February 24, 2023

1   with World Vision's standards of conduct?

2       A    I didn't think that -- I knew -- well, I

3   didn't -- I thought more so that kind of like I

4   mentioned before, like I thought of it more of like

5   an agree to disagree kind of situation -- or not

6   situation, but like, for example -- I don't know.

7   Like kind of -- I hate to put it in terms of

8   marketing, but almost like if a donor calls and

9   says, Hey, does World Vision do drug tests on their

10  employees, then that would be something where I

11  would say like, Yeah, as part of World Vision's code

12  of conduct, I think it's called, they believe -- or

13  we stand by our employees being drug free, you know,

14  alcohol free, so we can best help serve you and

15  serve God.  So I would think of it more as like

16  that.

17              Or if somebody called and said, Hey,

18  what is World Vision's view on marriage, then I

19  would state the one about World Vision's belief

20  that, you know, marriage is between a man and a

21  woman and I think anything outside of it is --

22  something.  I don't remember exactly.  Or just that

23  marriage is between a man and a woman.  So I thought

24  of it more as would I be fine with explaining these

25  things to, you know, donors, people calling in to

Aubry McMahon
February 24, 2023

1  the call center, or I guess maybe other employees if

2  they asked or anyone that I was, you know -- friends

3  or family that asked.

4              So I think -- so I think I agreed

5  with them in a sense that like I agreed that they --

6  and was okay with them having these views, because I

7  didn't feel like it involved the work that I was

8  going to be doing.  And from my understanding they

9  were an EE -- they as in World Vision is an EEOC

10  employer, so I thought that that meant that there

11  was no threat of if I said that, you know, I didn't

12  agree with that or whatever, that I would be fired

13  or, you know, or whatnot.  So I think hopefully

14  that's not confusing.

15              But I think all in all, I thought I

16  had the protection of the law for them -- for World

17  Vision, sorry, to not be able to say, you know, If

18  you tell us that you're gay we are not going to hire

19  you, or if you tell us you're married to a woman we

20  are not going to hire you.  Because I didn't think

21  it was legally allowed, so that's why I thought of

22  the code of conduct more as like a what we tell

23  people in a sense.

24              Kind of like Chick-Fil-A.  Everybody

25  knows their drive-throughs are great, so I feel like

Aubry McMahon
February 24, 2023

1   not that it's their code of conduct, but they always

2   have to say, you know, Have a blessed day or It's my

3   pleasure.  So I thought of it almost as a way that

4   they, as I kind of mentioned, market themselves to

5   others as their trademark or -- does that kind of

6   make sense what I'm saying?

7       Q    I think I'm understanding what you're

8   saying.  Just to make sure, you understood at this

9   time that you might be required in this position you

10  were applying for to tell donors what World Vision

11  believed; is that correct?

12      A    Uh-huh.

13      Q    And you understood at this time in the

14  position you were applying for you'd be required to

15  pray with donors in appropriate circumstances; is

16  that correct?

17      A    Yeah.  Like I knew that if they -- like to

18  pray with them if they asked, but like I said

19  before, I didn't think it was a requirement or

20  something that was -- they just -- the application

21  made it seem like it was just like a here and there,

22  if it's asked about kind of thing, not that it was a

23  requirement.

24      Q    So did you understand that customer

25  service representatives would be required to speak

Aubry McMahon
February 24, 2023

1    on behalf of World Vision about what World Vision

2    believed?

3         A    Yeah, I think so.

4         Q    So let me ask you a little bit about your

5    answer to this question, because the question that

6    was recorded as you've affirmed it was in fact

7    asked, Are you willing and able to comply with the

8    standards of conduct if employed by World Vision?

9    What did you understand comply to mean?

10        A    I think comply means to be in agreement

11   with, to me.  To comply, to be in agreement with, to

12   advocate for like while you're at work or in a sense

13   of for World Vision, almost like you're the sounding

14   board, if you will, for World Vision.  So to comply

15   was that you are in agreement and fine with saying,

16   you know -- stating what World Vision believed, kind

17   of like I mentioned before, like if they believed it

18   even if I didn't personally believe it, I'm okay

19   with them believing it because that's their choice

20   and their definition of their own Christianity and

21   what it means to them.  So, yeah.

22        Q    So you believed you were able to I think

23   you used the word advocate, to advocate their

24   position on marriage if anyone called and you were

25   talking to them about that; is that correct?

Aubry McMahon
February 24, 2023

1        A    Yeah.  I mean I don't feel like, me

2    personally, I would be comfortable saying much about

3    it.  But just stating if they said, What's World

4    Visions' view on marriage, I would respond with

5    their exact words of World Vision defines marriage

6    between a man and a woman.  And if they asked

7    questions or there was any pushback with that, I

8    think at that point I would either seek direction

9    from somebody like higher up or just say that I

10   wasn't sure how to answer that.  Because I think

11   that does get a little bit -- that's something I

12   wouldn't be comfortable answering, because I feel

13   like that gets a little wishy washy and I wouldn't

14   want to say the wrong thing and turn somebody away

15   or I wouldn't want to get in trouble.  So I would

16   try to stick to the script, if you will.

17        Q    So you would not have been comfortable

18   talking with a donor beyond the initial script.  Is

19   that fair?

20        A    No.  I would about like superficial things

21   for sure.  Like -- but in terms of controversial

22   things like that, one, I would hope they wouldn't

23   come up in a donor customer service job.  And two,

24   I -- yeah, I would just -- I'd be fine with talking

25   about them if they wanted to talk about their

Aubry McMahon
February 24, 2023

 1   husband or their wife, sure, fine.  Or if they were

 2   in a same-sex relationship, sure, fine.  I wouldn't

 3   be like, Oh, sorry we are not going to help you or

 4   we are not going to let you sponsor a child.  I

 5   would stay as professional as I could, because I

 6   don't feel like my personal life and marriage, one,

 7   is the donor's business and also not really relevant

 8   to the job.  So I don't think it should come in up

 9   in that sense.

10              But I don't really know what the

11   customer service job is like really and, you know,

12   how people talk or what they do exactly.  But this

13   is just me speaking from experience of like what

14   I've witnessed, if you will, in customer service or

15   jobs I've done that are similar to that.

16        Q    Thank you.  My last question may have been

17   a little on the broad side.  Let me ask it in a very

18   focused way.  With regard specifically to the issue

19   of World Vision's understanding that the biblical

20   covenant of marriage is between a man and a woman,

21   did I understand correctly that you would not have

22   felt comfortable talking with a donor beyond the

23   first level of communication on that?

24        A    Yeah, because I don't -- I think, then,

25   that gets -- for me personally that gets more so

Aubry McMahon
February 24, 2023

1    political and that's a gray area, if you will.  So I

2    wouldn't -- like I said, I wouldn't want to say the

3    wrong thing.  So I would only feel comfortable

4    saying, Our code of conduct is this.  If you have

5    any questions or want to talk about it more with

6    somebody, I'd love to direct you to somebody that

7    has more information regarding that.  That would

8    definitely be something that I would give them an

9    answer, but also say, If you want more, let me put

10   it in somebody else's hands.

11       Q    Thank you.  Let me ask about a different

12   document now.  Make sure I'm getting the right

13   document.  Before I give you this document to look

14   at there is the October 4th interview -- I'm sorry.

15   There is the December 4th interview that you did

16   with Catherine Miolla, there is the assessment that

17   you completed.  What happened next in the process?

18       A    So I think after the assessment she wanted

19   me to do I believe it was a Zoom call with -- I

20   don't remember if she was on the call, but it was

21   with the manager, I believe, of the customer service

22   call center.  I believe he was a male.  I don't

23   remember his name, though.

24       Q    If I said it was Anthony, would that sound

25   familiar?

Aubry McMahon
February 24, 2023

1  BY MR. WARD:

2      Q    Yes, specifically with regard to the

3  position on marriage.

4      A    No.  At that point it didn't, like I

5  mentioned before, it didn't seem like a threat to me

6  or anything I needed to be worried about.  So I

7  don't recall bringing it up to anybody.

8      Q    I'm a little bit confused in part because

9  your counsel objected on the basis of

10 attorney/client privilege, which makes me think

11 there was a conversation with counsel.  I don't want

12 to know the contents about that conversation, but

13 can you please tell me the first date on which you

14 spoke with anyone about a possible legal matter

15 involving World Vision?

16     A    Okay.  So I did talk with my wife when the

17 job was rescinded about why it was rescinded.

18     Q    So that would have been on or about

19 January 8th, 2021; is that correct?

20     A    Yeah, I believe so.

21     Q    So prior to January 8th, 2021 did you talk

22 with anyone about World Vision's position on

23 marriage?

24     A    Not that I can remember.

25     Q    Prior to January 8th, 2021 did you talk to

Aubry McMahon
February 24, 2023

1   anyone about possible legal action against World

2   Vision?

3        A    No.

4        Q    So prior to January 8th you didn't talk to

5   a single human being about World Vision's position

6   on marriage; is that correct?

7        A    Correct, not that I'm familiar with, no.

8   It was only after the job offer was rescinded that I

9   had seeked -- sought out legal help and had

10  expressed that to other people.

11       Q    To be clear, my question is not just about

12  legal help.  I'm asking about anyone whatsoever.

13       A    Before the January 8th?

14       Q    Before January 8th.

15       A    No, not that I can remember.  Because like

16  I said, it didn't feel like a threat to me, because

17  I knew World Vision was an EEOC employer, so them

18  not believing -- or them having the Christian views,

19  if you will, that marriage is between a man and a

20  woman was just -- that's what it was, you know,

21  that's what they thought and that was it.  It was

22  almost like a just little like part of the

23  application and then we move on.

24       Q    Let's go from you complete the online

25  application, you have the video interview.  And I'm

Aubry McMahon
February 24, 2023

```
 1      A    No.  I thought it was like for a
 2  probationary period.  Like most jobs have the 90-day
 3  or set probationary period where they see how you're
 4  doing and if they want to continue on with you as
 5  their employee.  But I didn't know this job was only
 6  9 to 11 weeks long.
 7      Q    Do you see the last sentence of that
 8  paragraph, Should a separation occur you'll be
 9  eligible for payment for hours worked only?
10      A    Yeah, I see that.
11      Q    So did you understand that to relate to
12  the training program of 9 to 11 weeks?
13      A    I guess.
14      Q    Let me ask it a different way.  Did you
15  understand at the time of receiving this offer
16  letter that you had to go through 9 to 11 weeks of
17  training?
18      A    Yeah, I knew there had to be training.
19  But I still considered being hired as an employee,
20  because I think for most jobs you have to have a
21  training or most jobs -- like my current job -- or
22  my past and current job has had -- most of them have
23  had the 90 days probationary period where they see
24  how you do, they train you, see if you'll be a good
25  fit and then go from there and either continue to
```

Aubry McMahon
February 24, 2023

1   have you as an employee or I guess fire you.  So

2   that's kind of how I interpreted it, as all jobs

3   need training, especially a call center type job

4   with different software, different scripts and

5   things like that.  So I think I interpreted it more

6   as like a, You're hired as an employee, however, we

7   will have like a 90-days followup to see how you're

8   doing and go from there kind of thing.

9        Q    Did you understand -- go ahead.

10       A    Did that answer the question?

11       Q    I think so.  Did you understand that if

12  you didn't complete the training successfully you

13  would no longer be employed with World Vision?

14       A    I guess at that point, no, I didn't

15  understand that.  I thought of it -- I mean, I

16  guess.  I guess I didn't really worry about it,

17  because I've never not done well in one of the

18  probationary periods.  So I've never worried about,

19  you know, being fired after that 90 days.  So for me

20  I felt like it was more of just like a, I don't

21  know, I don't want to say warning, but just a, Hey,

22  we want to make sure all our employees do a great

23  job, so for 90 days we have you on our radar and

24  then if we feel like you're doing great then you'll

25  move on.  So that's how I interpreted it, I think.

Aubry McMahon
February 24, 2023

```
 1    I don't know if that answered your question.  I'm
 2    sorry.
 3         Q    Would you agree this offer letter is clear
 4    that you have to complete the training in order to
 5    remain employed by World Vision?
 6         A    Yeah.
 7         Q    Thank you.  Let's keep moving.  What is
 8    the next thing that occurs after you receive this
 9    offer letter dated January 5th, 2021?
10         A    At that point I did -- I know I looked
11    back at the offer letter to see if there were any
12    mentions of like employee perks, if you will, or
13    benefits.  So at that point I had E-mailed Catherine
14    Miolla asking if, because I was pregnant, if -- and
15    so I was referencing the 90-day probationary period
16    in my head of like a lot of employers that you work
17    for you're not eligible for benefits until after
18    that probationary period.  So I E-mailed her because
19    I knew if my start date was in January -- I mean,
20    sorry, February 1st of 2021, that by the time I was
21    supposed to have E█████ I wouldn't be eligible for
22    full benefits, if you will, if World Vision offered
23    anything.
24                   So I asked Catherine, because I felt
25    like it was kind of a unique situation, if there
```

Aubry McMahon
February 24, 2023

1   apologized to her and then I referenced -- or said

2   that my sister, my triplet sister was getting

3   married and I was in the wedding.  We also had

4   family in town, so I was dealing with that.  So I

5   was busy with that and I didn't know -- or assumed

6   there was any urgency in her needing to talk to me,

7   because I had already had the offer letter.  So

8   that's why I think if I knew that she needed to talk

9   to me right away then I would have called or she

10  would have called me.  So I think mostly just the

11  fact that my sister was getting married, so I was

12  tied up with that and I didn't think it was anything

13  that needed to be answered right away.

14      Q    At this point you had received the offer

15  letter.  You had not communicated back an acceptance

16  of it, had you?

17      A    I remember I believe I signed it and

18  then -- on the Word document and then sent it back

19  to Catherine.

20      Q    Thank you.  So let's go back to Exhibit

21  12, if you don't mind.  I'm seeing something with

22  a -- on the second page it looks like a blank for

23  Docu-sign and a date of January 9th, 2021.  I'm not

24  seeing what you're referring to as having signed the

25  offer letter.  Since this is the version that your

Aubry McMahon
February 24, 2023

1  counsel produced to us in discovery I would think

2  this would be the most meaningful one.  Are you

3  thinking of some other document?

4       A    No.  But I do remember trying -- when I

5  was sending this to Casey I do remember having to go

6  look back in my E-mail to see if I had the offer

7  letter.  And I believe it was a link that you had to

8  click on to open the offer letter, which might be

9  why it wasn't signed in the one I screen-shotted to

10  him.  But I don't -- I don't know why I wouldn't

11  have signed it.  So I may have just not -- I don't

12  know if I have a copy of the signed one, because I

13  think once you sign it it just like goes away and

14  says like, Thank you for signing it and it was sent

15  back to Catherine.

16            So I honestly feel like I signed it,

17  because it was just a quick little insert thing.

18  You can do it either on your phone, write it out, or

19  you can choose a font.  And I do remember that, but

20  I don't -- so I don't know if this was the actual --

21  obviously it's not I guess the actual one that I had

22  assumed I signed.  But I would assume I would have

23  signed it as soon as I got it.

24       Q    During this time between getting the offer

25  letter and it being rescinded on Friday, January 8,

Aubry McMahon
February 24, 2023

```
 1  generally -- during my pregnancy taking baths was my
 2  like comfort.  So I always would eat dinner and then
 3  get in the bath.  So I know I was in the bath most
 4  likely on my phone at that point, yeah.
 5      Q    So what happened next in this process
 6  after this exchange of E-mails?
 7      A    As far as I remember I was -- I remember
 8  opening the E-mail and being shocked, because I was
 9  confused why -- like why Catherine was pulling back
10  or rescinding the job offer so quickly, because I
11  had been communicating with her as much as I could,
12  when I could.  And then I wasn't sure what
13  discrepancy she was referencing.  So I immediately
14  was shocked and so I believe she called me or I may
15  have called her job.  I don't remember.  But after
16  that E-mail that same night we had talked on the
17  phone.
18      Q    Do you remember about what time you
19  talked?
20      A    I don't.  But it was pretty immediate,
21  immediately, within an hour I would say.  Within an
22  hour after that, because like I said, I was in the
23  bath I believe when I got that E-mail.  And our
24  phone call I was -- in the beginning of our phone
25  call I was also in the bath, which is a little
```

Aubry McMahon
February 24, 2023

1   weird, but....

2        Q    So about how long did that phone call

3   last?

4        A    I believe it was about five minutes, five

5   ten minutes maybe.

6        Q    So five to ten minutes.  Who was in that

7   phone call?

8        A    I remember answering the phone and it was

9   Catherine and she said that somebody else with HR

10  was on the phone with me, maybe her supervisor or

11  something, but I don't remember exactly who.  I did

12  find out later from Casey that it was Melony.  But

13  at the time I think she introduced herself real

14  quick and that was it, so....

15       Q    So did you record a part of that call?

16       A    Yeah, I did.

17       Q    Why did you record it?

18       A    So I did not -- well, okay.  So I did not

19  record part of that call, my wife Jaclyn did.

20  Sorry.  But part of that phone call on my behalf, if

21  you will, was recorded.  It was recorded by my wife,

22  though.

23       Q    So just to clarify, when I asked who was

24  involved in that call you referred to Catherine

25  Miolla and to someone who has since been identified

Aubry McMahon
February 24, 2023

1   as Melony.  You didn't mention your wife was part of

2   that call.  But I take it she was also part of that

3   call?

4        A    So when Catherine initially called me it

5   was just Catherine and Melony and I was in the bath.

6   So I started to panic I guess internally, got very

7   anxious and so I got out of the bath and went and

8   sat on the couch next to Jaclyn.  And I did have the

9   phone on speaker phone.  So I was sitting with

10  Jaclyn and I had the phone on speaker phone.  But

11  when you asked that question I thought you meant

12  when the call was made.  But, yeah, Jaclyn was on

13  the phone call about like halfway through the

14  phone -- about halfway through the phone call.

15       Q    Thank you for clarifying.  You recorded a

16  short amount of the call it sounds like.  Let me

17  rephrase that actually.  How much of the call did

18  you record?

19            MR. WOLNOWSKI:  Objection.  Misconstrues

20       prior testimony.

21            MR. WARD:  I'm happy to rephrase it.

22  BY MR. WARD:

23       Q    You testified that your wife Jaclyn

24  recorded the call.  How much of the call did Jaclyn

25  record?

Aubry McMahon
February 24, 2023

1        A     So at the time I didn't know but -- and I

2   didn't know that she had recorded it until after the

3   fact.  And I believe -- I still don't know how long

4   that recording is.  I believe Casey has spoken to me

5   about like 35 seconds or something, 37 seconds.  But

6   that was all I knew in terms of how long it was.  I

7   found out throughout this process with talking with

8   Casey.

9        Q     Did you disclose at any point to Catherine

10   Miolla or Melony that part of the call was being

11   recorded?

12        A     No.  Because I didn't even myself know

13   that it was being recorded.  And I guess speaking

14   for Jaclyn, she didn't say anything either.

15        Q     Thank you.  That's helpful.  So Jaclyn

16   recorded it without your knowledge at the time that

17   she was recording it?  Is that what you just

18   testified?

19        A     Yeah.  But so it was like we were sitting

20   on the couch and she was sitting next to me and I

21   did not -- I wanted her to be there more so because

22   I couldn't believe what I was hearing and I was

23   anxious, kind of panicking.  So I wanted her for

24   moral support and also to hear what was happening,

25   because I was very shocked.  And so I guess she had

Aubry McMahon
February 24, 2023

1    started recording.  I didn't know at the time she

2    was recording until after the phone call ended, in

3    which she told me that she did record it.  So at the

4    time she didn't communicate it with me, but

5    afterwards, like after the call ended, she told me

6    she did.

7                    And just with my prior experience

8    with my dad, he's a commercial real estate agent, so

9    he's done -- he knows a lot of legal stuff, not a

10   lot, but I did know that North Carolina was a

11   one-person kind of -- I don't know the correct

12   terminology, but basically you just needed one

13   person to know that you were recording something and

14   then that was okay.  Because we were in North

15   Carolina when the phone call took place.

16        Q    So did you listen to the recording on that

17   same day?

18        A    Yeah.  Yeah, I listened to it right after

19   the phone call.

20        Q    And was any other part of the call

21   recorded other than the 35 seconds that you just

22   referred to?

23        A    Not that I'm aware of or have ever been

24   aware of, no.

25        Q    Let me go ahead and upload that recording

Aubry McMahon
February 24, 2023

1   just so we can all listen to the same thing

2   together.  I believe we are on Exhibit 14.  Give me

3   one second.

4                          * * *

5              (Whereupon, the above-mentioned

6         recording was marked for

7         identification as Exhibit-14.)

8                          * * *

9   BY MR. WARD:

10     Q    I'll represent to you that this is the

11  recording that was produced to us by your counsel,

12  Mr. Wolnowski.  If you would, please listen to that

13  35 seconds after it's uploaded.

14     A    You want me to listen to it?

15     Q    Yes, please.

16     A    Is it going to play so everybody else can

17  hear it?  I don't mind.  Can everybody hear that?

18          MR. SZYMANSKI:  Yes.

19  BY MR. WARD:

20     Q    Yes.

21     A    Sorry.  Can I play it?

22     Q    Please.

23              (Whereupon, a recording was played.)

24  BY MR. WARD:

25     Q    Thank you.  Is that an accurate recording

Aubry McMahon
February 24, 2023

 1      it would be her parents if I didn't tell them.

 2  BY MR. WARD:

 3      Q    My question had been specific to the

 4  possibility of your working at World Vision.  I'm

 5  going to ask the same question with a different

 6  focus.  Prior to January 9th, 2021 who, if anyone,

 7  did your wife talk to about the World Vision

 8  standards of conduct?

 9          MR. WOLNOWSKI:  Object to form.  Aubry,

10      you can answer.

11          THE WITNESS:  Nobody that I know of.

12  BY MR. WARD:

13      Q    I'm still a little confused, because

14  earlier when I limited my question to up to

15  January 5th it evoked a privilege assertion from

16  your counsel.  And I tried to work around that and

17  respect the privilege.  I just want to confirm, did

18  you have any discussions with any legal counsel

19  prior to January 9th, 2021?

20      A    No -- prior to January 9th, I think maybe

21  January 8th after the job offer was rescinded I may

22  have done some Googling and may have contacted Casey

23  and them.  I don't think so, but if it was before

24  January 9th it would have been the night of

25  January 8th.  But that would have been only after

Aubry McMahon
February 24, 2023

1    the job offer was rescinded because of them --

2    because of the marriage discrepancy was -- did I

3    contact anybody for legal help or for any reason

4    regarding that.

5        Q    Thank you.  I appreciate you clarifying

6    that.  Is it fair to say World Vision's policy on

7    marriage as a biblical covenant between a man and a

8    woman was the sole reason that the offer of

9    employment was rescinded?

10       A    I think that it was rescinded because they

11   found out that I was gay and that I was married to a

12   woman, which went against their beliefs.

13       Q    So their beliefs were the reason that the

14   offer was rescinded?

15       A    Yeah.

16       Q    So walk me through the conversations that

17   you had with your wife after that phone call.  What

18   did you two talk about?

19       A    I know after that phone call I was very

20   upset.  I felt defeated, I felt less than.  I

21   absolutely regretted sending that E-mail that

22   referenced my wife, because I felt like if I hadn't

23   said "my wife" I would have continued on with the

24   job.  And I was very frustrated that this great

25   opportunity that I was looking forward to got taken

Aubry McMahon
February 24, 2023

1   away from me or rescinded from me because of

2   something that I felt like was a really terrible

3   reason.  So I know that I was definitely upset.  I

4   definitely was confused.

5              Like I've referenced before, Jaclyn

6   knows a lot more about biblical things as well as

7   about legal things when it comes to the LGBTQ

8   community, whether that be marriage laws and things

9   like that.  So at that point I just wanted to

10   understand, because like I mentioned before, World

11   Vision stated on their -- they state on the website

12   that they're an EEOC employer and I knew the EEOC

13   protects LGBTQ rights, if you will, or

14   discrimination based off of sex and things like

15   that.

16              So at first I was really confused and

17   I didn't understand why or how they could -- why or

18   how World Vision could rescind the job offer,

19   because in my eyes it's illegal because it's

20   discriminating against me because I'm gay and

21   because I was in a same-sex marriage and happened to

22   mention it.

23     Q    So what did you and your wife talk about

24   doing next in light of the job offer being

25   rescinded?

Aubry McMahon
February 24, 2023

1          MR. WOLNOWSKI:  I object on the grounds

2     that this request calls for spousal-privileged

3     materials and I --

4          MR. WARD:  Please complete your sentence.

5          MR. WOLNOWSKI:  Under the circumstances

6     I'll direct my client not to answer those

7     questions.

8          MR. WARD:  Counsel, I'd like to make my

9     record on the spousal privilege.  What is it

10    you're asserting is covered by the spousal

11    privilege?

12         MR. WOLNOWSKI:  The communications with

13    respect to her wife as it relates to the

14    question interposed.

15         MR. WARD:  What's the foundation for the

16    spousal privilege?  Are you referring to a

17    state law privilege, a common law privilege?

18         MR. WOLNOWSKI:  I've made my objection.

19         MR. WARD:  You've also instructed the

20    witness not to answer, so I have a right to

21    make my record.

22         MR. WOLNOWSKI:  Aubry, do you understand

23    the question?

24         THE WITNESS:  No.

25

Aubry McMahon
February 24, 2023

```
 1   BY MR. WARD:
 2       Q    So my question was simply what did you and
 3   your wife talk about doing next after the job offer
 4   was rescinded.
 5            MR. WOLNOWSKI:  You can answer.
 6            THE WITNESS:  At that point we talked
 7            about seeking legal action, we talked about not
 8            seeking legal action.  However, from my Google
 9            search, you know, treading lightly, World
10            Vision has at least 30,000 employees, I
11            believe.  Odds are there are other employees
12            that are either -- gay in marriages with
13            same-sex partners, so I found it very, very,
14            very hard to believe that out of 30,000
15            employees at least -- and I'm using 30,000 just
16            from what I remember.  It could be different.
17            There could be more or less.  But from that
18            many people there, in my opinion, is no way
19            there is not another employee that is in a
20            same-sex relationship.
21            And I thought about -- or we thought about
22            we were scared to take legal action, because I
23            mean we are half the time in fear of being gay
24            as it is.  But with legal action comes opening
25            your lives into something like this.  So
```

Aubry McMahon
February 24, 2023

1        anyways, ultimately we wanted to take legal

2        action because we felt as advocates, if you

3        will, and supporters of the LGBTQ community

4        that we would be doing a disfavor, dishonor,

5        whatever you want to call it, to the LGBTQ

6        community if we did not pursue this.

7            And even so much so when World Vision

8        offered us a settlement I believe maybe to not

9        take -- a settlement to not do something legal,

10       I don't know what the settlement was for, but

11       when they offered us a settlement we said we

12       are not taking it.  Because if we take it and

13       run with it that's not fair to the other LGBTQ

14       community, you know, people who may be in this

15       same situation but may not be able to take

16       legal action or may not have known that they

17       could take legal action or things like that.  I

18       think for a while we did juggle with whether or

19       not we wanted to take legal action and I

20       actually found Nisar Law Group off of TikTok.

21       It's a social media platform where you post

22       videos and such.  I had seen Casey's --

23            I don't know if, Casey, if he's your boss.

24       Do you know who I'm referring to?

25            MR. WOLNOWSKI:  Ms. McMahon, just try to

Aubry McMahon
February 24, 2023

```
 1        answer the question to the best of your
 2        recollection.
 3              THE WITNESS:  Okay.  So I found them off
 4        of TikTok and I knew they did a lot with
 5        employee/employer discrimination.  So I decided
 6        to contact them and they had wanted to help.
 7        So from there they made me feel confident and
 8        like I was doing the right thing, so we decided
 9        to pursue it.
10   BY MR. WARD:
11        Q    Thank you, Ms. McMahon.  I do want to be
12   clear.  I'm not asking you to tell me anything about
13   your conversations with your counsel.  That is
14   absolutely something that we respect the privilege
15   on.  So if my question seems like it's asking that,
16   it's not and that is an area where your counsel -- I
17   support the invocation of privilege.  But that's
18   helpful.  I understand little bit more about what
19   you and your wife were thinking.
20              You mentioned several times World
21   Vision's EEO statement.  I'm going to upload and
22   mark Exhibit number 15 to your deposition.
23                      * * *
24              (Whereupon, the above-mentioned
25        document was marked for
```

Aubry McMahon
February 24, 2023

1          identification as Exhibit-15.)

2                            * * *

3     BY MR. WARD:

4          Q    If you would, please take a look at that.

5          A    (Witness complies.)  Uh-hum.

6          Q    I'm going to represent to you that this is

7     a document that we produced to your counsel in

8     discovery.  You'll see it's got the markings on the

9     bottom of the page 000045 and following.  This is

10    the EEO statement from the World Vision website.  Is

11    this the EEO statement that you were referring to

12    previously?

13         A    Yeah, I believe so.

14         Q    Very good.  Thank you.  Can I draw your

15    attention to the very first page on the far left

16    where the EEO statement says, Are a Christian.  You

17    follow Jesus and agree wholeheartedly with our

18    statement of faith or the Apostles' Creed.  Simply

19    put, God's great love is what unites our staff.

20    It's the reason for all we do.  Did that shape your

21    understanding of what the EEO obligations of World

22    Vision were?

23         A    I don't know, but I think so.  Because in

24    both of those there is no reference to like gay

25    marriage, so I felt like as a Christian, if you

Aubry McMahon
February 24, 2023

1    will, that I was in alliance with that part as well.

2        Q    And if I can direct your attention to the

3    top of page three, the last page, where they

4    actually set forth the Equal Opportunity Employer

5    statement, it's very small print, so you'll have to

6    probably Zoom in.

7        A    Yeah.

8        Q    But do you see the second paragraph of

9    that statement?

10       A    Yeah.

11       Q    That says, Pursuant to the Civil Rights

12   Act of 1964, Section 702 42 U.S.C. 2000e(1)a, World

13   Vision has the right to, and does, hire candidates

14   who agree with World Vision's statement of faith or

15   the Apostles' Creed and conduct themselves in

16   accordance with our religious beliefs.  Did you see

17   that at the time you were looking at the World

18   Vision EEO statement?

19       A    Yes.

20       Q    So you understood that that was part of

21   what World Vision required of its employees?

22       A    Yeah, I guess.

23       Q    Thank you.  Let me take us back a little

24   bit to the timeframe after the rescission.  I just

25   want to know the date, I don't want to know the

Aubry McMahon
February 24, 2023

1    content.  At what point -- at what date did you

2    first contact anyone about legal representation

3    against World Vision?

4         A    I believe it was probably that same night

5    that the job offer was rescinded, which was January

6    8th, 2021.

7         Q    Other than legal counsel who else did you

8    talk with about the rescission of the job offer?

9         A    I talked with Jaclyn that night and then

10   beyond that date my family, Jaclyn's family, a

11   couple close friends and I think that's it.

12        Q    I used the word talk.  Same question with

13   a broader word, just to be sure I'm not

14   misunderstanding or being misunderstood.  Other than

15   legal counsel with whom did you communicate in any

16   way about the rescission of the job offer?

17        A    The people I had previously listed.  I did

18   also tell the managers of the Queen City Counseling

19   job that I was given -- or that I took on in May, I

20   did tell them I wasn't aware of how long the legal

21   process was, so I did just say, as I wanted them to

22   know, that I was currently in a lawsuit for a job

23   position that was rescinded from me when they found

24   out I was gay.

25              I only told my current employer when

1    I found out that the deposition was coming.  I just

2    said that I needed time off to do a deposition for a

3    lawsuit that I was in.  I didn't say really what it

4    was about, but those were the only ones -- or other

5    people I believe I've had communication with beyond

6    family members, some friends and employers.

7        Q    Did your wife, Jaclyn, have any

8    communication beyond what you've just identified for

9    yourself about the same subject matter?

10            MR. WOLNOWSKI:  Object to form.

11       Ms. McMahon, you can answer.

12            THE WITNESS:  Not that I'm aware of.

13   BY MR. WARD:

14       Q    Did you post anything to social media

15   related to the rescission of the job offer of World

16   Vision?

17       A    Not that I'm aware of.

18       Q    If I told you you posted to Facebook

19   following the rescission of the job offer, would

20   that refresh your recollection?

21       A    The only thing I would have remembered

22   posting would be in that CALM group where I asked

23   for -- if anybody had like legal, a legal person I

24   could talk with.  But I don't feel like I used World

25   Vision's name or anything, because I had been taught

Aubry McMahon
February 24, 2023

1    or heard throughout the years that in legal matters

2    you're supposed to stay quiet, if you will, and not

3    talk about it, post about it unless it's with close

4    people that you trust.  So that would be the only

5    thing, would be just asking for any lawyer

6    recommendations or just like a job situation or the

7    fact that I got a job offer rescinded or fired or

8    whatnot because the employer found out that I was

9    gay.

10        Q    If I told you that your Facebook page had

11   more than 100 comments and --100 responses and 80

12   comments to a post about the rescission of your job

13   offer by World Vision, would that surprise you or

14   would that refresh your recollection?

15        A    I don't remember that, honestly.  Do you

16   have it?

17        Q    At any point did you remove a posting from

18   Facebook about this?

19        A    Not that I'm aware of.

20        Q    Interesting.

21             MR. WOLNOWSKI:  Is that a question?

22             MR. WARD:  Interesting is not a question.

23        Did you at any point remove anything is a

24        question.

25             MR. WOLNOWSKI:  I believe Ms. McMahon is

Aubry McMahon
February 24, 2023

1        here to answer questions, not to listen to your

2        opinions on whether she did or didn't do

3        something.

4             MR. WARD:  I'll continue asking questions,

5        Counsel.

6   BY MR. WARD:

7        Q    So just to be clear, you have no

8   recollection of posting anything to Facebook other

9   than possibly something in the -- was it the CALM

10  Facebook page?

11       A    Yeah, the CALM Facebook page.  And I do

12  remember posting that, but I don't remember anything

13  beyond that.  I do remember Casey advised me not to

14  post anything.

15            MR. WOLNOWSKI:  Objection.  Please answer

16       his question.  What we discuss is privileged by

17       attorney/client privilege.

18            THE WITNESS:  Okay.  So there may have

19       been a time I went back and deleted that post,

20       but I don't remember.

21  BY MR. WARD:

22       Q    Would you have retained a copy of that

23  post in some form?

24       A    No.

25       Q    Would the CALM group be able to obtain it?

Aubry McMahon
February 24, 2023

```
 1            MR. WOLNOWSKI:  Object to form.  You can
 2       answer.
 3            THE WITNESS:  I could ask.
 4   BY MR. WARD:
 5       Q    That would be great.  Thank you.
 6            MR. WARD:  Counsel, we'll probably serve a
 7       follow-up discovery request on that front.
 8            MR. WOLNOWSKI:  Sounds like a subpoena
 9       would be a better thing to serve, but I'll take
10       it under advisement.
11   BY MR. WARD:
12       Q    Miss McMahon, do you remember any other
13   communications about this lawsuit -- pardon me, let
14   me rephrase that.  Do you recall any other
15   communications about the rescission of your job
16   offer by World Vision beyond what you just testified
17   to?
18       A    No.
19       Q    Let me ask you few more questions, if I
20   may.  I did want to explore a little bit the impacts
21   on your health and wellbeing following the
22   rescission of the job offer.  Can you tell me --
23   you've alleged damages for both physical injury and
24   other injuries.  Can you please tell me, what's the
25   basis for those claims of damages?
```

Aubry McMahon
February 24, 2023

```
 1       A    I'm not sure what you mean by basis, but I
 2   think emotional damages for sure.  Even during this
 3   deposition you can obviously tell that it still
 4   affects me to this day.  So definitely emotional
 5   damages.
 6       Q    When you say emotional damages, I
 7   understand emotional distress.  Can you tell me, has
 8   that somehow converted into a physical injury of any
 9   sort?
10       A    No.
11       Q    Have you seen any medical professionals
12   for any harm that you think you've suffered as a
13   result of the rescission of the job offer by World
14   Vision?
15       A    Physical harm?  No.  Emotional harm, I've
16   been consistently in therapy for the past seven
17   years, so it's definitely something that has come up
18   with my therapist.
19       Q    So you've discussed it with a therapist
20   you were already seeing for other reasons; is that
21   right?
22       A    Yeah.
23       Q    Have you seen any psychological or mental
24   health professionals beyond your existing therapist
25   for any harm related to the rescission of your job
```

Aubry McMahon
February 24, 2023

1  offer by World Vision?

2      A    No.

3      Q    Have you had to obtain any sort of

4  treatment for any harm related to the rescission of

5  your job offer by World Vision?

6      A    No.

7      Q    And when you refer to the emotional

8  impact, has that manifested in any financial expense

9  to you?

10     A    I mean definitely taking on -- having to

11 take off time for work to do these things, legal

12 things, if you will.  Beyond that, not that I can

13 think of.  I mean except for, you know, therapy.

14 But, yeah.

15     Q    If I may ask, what is the rate you pay for

16 the therapy sessions, just so I know that number,

17 please?

18     A    I do have health insurance, but I know

19 that my therapist rate I believe is $150 an hour.

20     Q    Did I understand correctly you don't pay

21 that out of pocket because it's covered by your

22 health insurance; is that right?

23     A    Right.

24     Q    Can you identify for me any medications

25 that you've been prescribed related to the

Aubry McMahon
February 24, 2023

1   rescission of your job offer by World Vision?

2        A    Un-un.  No.  Yeah, there is none.

3        Q    And have you had any lost wages as a

4   result of the rescission of your job offer by World

5   Vision?

6        A    I mean I would say up until, if this

7   counts, from the time the job offer was rescinded or

8   supposed to start to the time that I was able to get

9   another job.  I don't know if that counts.

10       Q    Forgive me, I think you testified to this

11  earlier, but what was the date that you got another

12  job?

13       A    I don't remember the exact date, but it

14  was in May of 2021.  But I could get you that date

15  if you need it.

16       Q    Thank you.  At the outside you would be

17  claiming, at most, lost wages related to January

18  8th, 2021 to some point in May 2021; is that

19  correct?

20       A    Yeah.

21       Q    Did you receive any unemployment

22  compensation during that period between January 8th,

23  2021 and May of 2021?

24       A    I did, whatever was shown on the Exhibit.

25  However, if I would have been employed by World

Aubry McMahon
February 24, 2023

1   Vision I would have no longer qualified for those

2   benefits.  So they would have stopped immediately as

3   I started the World Vision position.

4        Q    On that unemployment compensation, if you

5   don't mind, let's all quickly look back.  I believe

6   it was Exhibit 7.  It looks to me like that stopped

7   as of March 13th, 2021.  What was the reason that

8   that stopped?

9        A    It was the COVID benefit, I believe, was

10  when that was cut off.

11       Q    Thank you, yes.  I appreciate that.  I had

12  forgotten that.  Is it fair to say that the only

13  compensatory damages of any form that you're

14  claiming are the lost wages you think you would have

15  earned from the rescission of the job offer on

16  January 8th, 2021 until you obtained new employment

17  in May of 2021?

18            MR. WOLNOWSKI:  Object to form.  You can

19       answer.

20            THE WITNESS:  I don't know what

21       compensatory means.

22  BY MR. WARD:

23       Q    Understood.  Compensatory usually refers

24  to compensation for the injury that you've suffered.

25  Let me put it in a different phrase.  Is it fair to

Aubry McMahon
February 24, 2023

1  say that the sum total of any lost economic benefit,

2  medical expense, mental health expense or similar

3  wellbeing expense is limited to the compensation you

4  would have received from World Vision between the

5  rescission of the job offer on January 8th, 2021 and

6  your obtaining new employment in May 2021?

7        MR. WOLNOWSKI:  Object to form.

8        THE WITNESS:  I mean I personally don't

9        feel that way.  I think that emotionally it

10       definitely took an impact.  And I feel like I

11       am in therapy longer than I would like to be

12       and more than I would like to be because of it,

13       because it's taken away from other important

14       things I'm in therapy for.  So, yeah, that's in

15       my opinion.  I don't know if that's allowed,

16       but, yeah.

17  BY MR. WARD:

18    Q    So is it fair to say, then, that whatever

19  that additional damage is, it would essentially be

20  the cost of the additional therapy that you've been

21  receiving from your regular mental health counselor?

22       MR. WOLNOWSKI:  Object to form.

23       THE WITNESS:  Yes.  And just speaking in

24       terms of payment as of right now, the rate that

25       I told you in terms of insurance and such is

Aubry McMahon
February 24, 2023

```
 1        based off of this year.  So I'm always -- I can
 2        look back and see what I was paying for my
 3        therapist at the time between, either like a
 4        copay or deductible or whatever.  I can, you
 5        know, look back if that's something you guys
 6        need as well.
 7   BY MR. WARD:
 8        Q    Thank you.  One more question and I hate
 9   to bring back painful memory, but you testified
10   earlier that the delivery with E▇▇▇▇ was -- I
11   believe your word was terrible.  And based on what
12   you described that sounds like a good description.
13   Was there a time when you were unable to work
14   because of the terrible experience that you had and
15   the damage that that inflicted on you?
16        A    You know, like you said, it was terrible
17   as an emotional situation.  However, physically I
18   was still able to walk around as best I could, go to
19   the grocery store, care for E▇▇▇▇, but just with a
20   catheter.  So it didn't stop me from being able to
21   live day-to-day life, if you will, thankfully.  It
22   just took me longer than I had anticipated to
23   physically recover.  But like I said, I was fine to
24   take care of E▇▇▇▇ and do day-to-day duties, if
25   you will.
```

Aubry McMahon
February 24, 2023

```
 1        Q    Thank you.  That's helpful.  Let me ask
 2   another question or two, then it might be time for
 3   us to take a brief break and move towards wrapping
 4   thing up.  I just want to be very clear on this.
 5   The first point at which you engaged any sort of
 6   legal counsel related to this matter would have been
 7   January 8th, 2021 at the earliest; is that right?
 8        A    Yes, after the job offer was rescinded.
 9        Q    Okay.  Thank you.
10        MR. WARD:  Why don't we take a five-minute
11        break and come back on and I'm hopeful that we
12        are just about done here.
13                          * * *
14             (Whereupon, a brief recess was taken.)
15                          * * *
16   BY MR. WARD:
17        Q    Ms. McMahon, I think I've covered what I
18   need to cover and I'd love to let you go before we
19   hit the time limit.  If I may just ask one more
20   question, why do you want to sue World Vision?
21        A     I touched on it a little bit before, but I
22   want to sue World Vision because I feel like I was
23   discriminated against based off of being in a
24   same-sex relationship or being gay or married or,
25   you know, in a same-sex marriage because -- yeah, I
```

Aubry McMahon
February 24, 2023

1  felt or feel discriminated against.  And I really

2  would have loved to work in that position and I feel

3  like I really would have obviously, based off of how

4  just being offered the job, I felt like I would have

5  been a great employee.  And even talking about

6  probationary periods, at the job I'm at now, after

7  their probationary period I was promoted.  So I

8  think that I would have hopefully done the same and

9  exceeded World Vision's expectations.

10              But in terms of deciding to sue them,

11  it was because I felt discriminated against.  And

12  also, like I mentioned, we juggled with it, but I

13  felt I would be doing a disservice to any other

14  LGBTQ community members, if you will, that were

15  either employed already by World Vision and have to

16  keep their marriage a secret because they're in a

17  same-sex marriage or because they're gay.  So for

18  those people, but also from other people that are

19  scared to stand up for themselves and seek -- or

20  just say, Hey, this isn't fair.  This is illegal.

21  And I feel like I deserve better and so does

22  everybody else.

23              So main thing -- main two points, I

24  guess, was because I was discriminated against based

25  off of my sexual orientation, you know, being

Aubry McMahon
February 24, 2023

1   married to another woman and also because, as I've

2   mentioned, my wife and I are huge advocates for

3   different causes, one being the LGBTQ community and,

4   you know, advocating for them and standing up for

5   them is something that I feel I'm doing by taking

6   this action.

7        Q    Thank you.  I realize I said one more

8   question.  That's not entirely right, but I'll be

9   quick.  I assume you did see the settlement letter

10  that World Vision sent back over a year ago and were

11  able to consider that?

12       A    Yeah, uh-huh.

13       Q    Does it change your perspective at all to

14  think about the funds that are the being spent for

15  this lawsuit are funds that are not going to the

16  work that World Vision does in caring for children

17  and protecting women in situations where they are

18  being disempowered?

19       A    No, I don't feel bad at all.  I feel that

20  was World Vision's choice.  Although I chose to take

21  legal action, it was their choice to rescind the

22  offer knowing that it was illegal.  So I really

23  don't feel bad.  I feel like, you know, whatever

24  happens, happens with this lawsuit.  But I feel like

25  good things could come from it, so I'm hopeful.  And

Aubry McMahon
February 24, 2023

1   World Vision has 30,000 employees and, you know,

2   they have moved on in that sense without me and I

3   have moved on without them, so I don't feel bad at

4   all.  And I have other ways that, myself personally,

5   I'm doing my own good for the world.  So what World

6   Vision chooses -- or is losing because of me is not,

7   you know, in my realm of worry.

8           MR. WARD:  Ms. McMahon, thank you for all

9       of your time today.  I appreciated the chance

10      to speak with you.  Thank you very much.  I'm

11      all done.

12          THE COURT REPORTER:  Would you both like a

13      copy of the transcript?

14          MR. WOLNOWSKI:  Mr. Ward, will you be

15      providing us a copy?

16          MR. WARD:  Yes, we'll provide a copy to

17      Casey.

18                      * * *

19                  (Witness excused.)

20                      * * *

21          (Whereupon, the Zoom deposition concluded

22       at 5:50 p.m. EST)

23                      * * *

24

25

Aubry McMahon
February 24, 2023

```
 1                    I N D E X

 2                      * * *

 3   WITNESS:  Aubry McMahon

 4   QUESTIONED BY:                      PAGE

 5   Mr. Ward                             4

 6

 7

 8                  E X H I B I T S

 9                      * * *

10

11   NUMBER            DESCRIPTION          MK'D.

12   Exhibit-1         Notice Of Deposition    9
     Exhibit-2         Bonfire Printout       71
13   Exhibit-3         CALM printout          73
     Exhibit-4         Bonfire Printout       76
14   Exhibit-5         Bonfire Printout       80
     Exhibit-6         Resume                120
15   Exhibit-7         Employee Benefits     127
     Exhibit-8         Job Posting           147
16   Exhibit-9         Confirmation E-mail   188
     Exhibit-10        E-Mail Thread         188
17   Exhibit-11        E-mail                205
     Exhibit-12        Job Offer Letter      211
18   Exhibit-13        E-mail                217
     Exhibit-14        Recording             235
19   Exhibit-15        EEO Statement         243

20

21

22

23

24

25
```

Aubry McMahon
February 24, 2023

1                       C E R T I F I C A T I O N

2

3

4          I, Karen A. Stevens, a Court Reporter
        and Notary Public, do hereby certify the
        foregoing to be a true and accurate transcript
5       of the proceedings in this matter, as
        transcribed from the stenographic notes taken
6       by me.

7                                    _____

8                                    Karen A. Stevens
                                     Court Reporter
9                                    Notary Public

10                                   2/28/23

11

12

13

14          (The foregoing certification of this
        transcript does not apply to any reproduction
15      of the same by any means, unless under the
        direct control and/or supervision of the
16      certifying reporter.)

17

18

19

20

21

22

23

24

25