# EXHIBIT SW-02

[https://www.bonfire.com/store/just-be](https://www.bonfire.com/store/just-be) **(accessed 2/23/2023)**





**ABOUT**

We are a same-sex couple that is raising funds to start our family.

**CALM Shirt**



| Premium Unisex Tee | Premium Unisex Tank | Pullover Hoodie |
|---|---|---|
| $26.99 | $25.99 | $34.99 |

**CALM Mug**







**ABOUT**

We are a same-sex couple that is raising funds to start our family.

**CALM Shirt**





EXHIBIT

0002

Aubry McMahon

02.23.2023



**ABOUT**

We are a same-sex couple that is
raising funds to start our family.

### Floral Design

  



| Crewneck Sweatshirt | Premium Unisex Tank | Premium Long Sleeve Tee |
|---|---|---|
| $29.99 | $25.99 | $26.99 |

### Floral Onesie






Infant Onesie
$26.49



**ABOUT**

We are a same-sex couple that is
raising funds to start our family.

### Rainbow Design

  

 

| Premium Unisex Tee | Premium Unisex Tank | Premium Long Sleeve Tee |
|---|---|---|
| $26.99 | $25.99 | $26.99 |

### Rainbow Onesie       ### Rainbow Mug

 



| Infant Onesie | Coffee Mug |
|---|---|
| $26.49 | $17.99 |



**ABOUT**

We are a same-sex couple that is
raising funds to start our family.

### Black Lives Matter







| Premium Unisex Tee | Premium Unisex Tank | Premium Long Sleeve Tee |
|---|---|---|
| $26.99 | $25.99 | $26.99 |

### Stay Alive





| Premium Unisex Tee | Classic Long Sleeve Tee |
|---|---|
| $26.99 | $26.49 |



**ABOUT**

We are a same-sex couple that is
raising funds to start our family.

### Colorful Floral Adult







| Premium Long Sleeve Tee | Premium Unisex Tank | Premium Unisex Tee |
|---|---|---|
| $24.99 | $24.99 | $24.99 |

### Colorful Floral T-Shirt

### Colorful Floral Onesie

### Colorful Floral Mug







| Toddler Tee | Infant Onesie | Coffee Mug |
|---|---|---|
| $20.99 | $23.49 | $17.99 |



JUST BE

ABOUT

We are a same-sex couple that is
raising funds to start our family.

Toddler Tee
$20.99

Infant Onesie
$23.49

Coffee Mug
$17.99

Love Design

Premium Unisex Tee
$26.99

Premium Unisex Tank
$25.99

Premium Youth Tee
$26.99

Self-Care

Premium Unisex Tee
$26.99

Premium Unisex Tank
$25.99

Crewneck Sweatshirt
$29.99

Share this store