# EXHIBIT SW-03

[https://www.bonfire.com/calm-mug-2/?productType=5761a9e5-ea59-4b8f-a6dc-198ecb105faa](https://www.bonfire.com/calm-mug-2/?productType=5761a9e5-ea59-4b8f-a6dc-198ecb105faa) **(accessed 2/23/2023)**





