# EXHIBIT SW-04

https://www.bonfire.com/store/just-be (accessed 2/23/2023)



https://www.bonfire.com/love-design-6/?productType=bacf6cd6-b53d-469c-ab96-02afe5b15f71



EXHIBIT
0004
Aubry McMahon
02.23.2023