# EXHIBIT SW-05

[https://www.bonfire.com/store/just-be](https://www.bonfire.com/store/just-be) **(accessed 2/23/2023)**




[Note: Some Individual Products Next Pages]



https://www.bonfire.com/rainbow-design/?productType=bacf6cd6-b53d-469c-ab96-02afe5b15f71



https://www.bonfire.com/rainbow-onesie/?productType=b7c2bdfb-f5d6-41cb-9011-6a4a312aa69e





https://www.bonfire.com/rainbow-mug-2/?productType=5761a9e5-ea59-4b8f-a6dc-198ecb105faa


