# EXHIBIT SW-07

# WVUS Operational Policy


World Vision

Section: Human Resources
Owner: Human Resources

| Document # Title |
|---|
| O-200.00 Standards of Conduct |

Effective Date: 21 Mar 2007

**PURPOSE:** This policy guides you in how to conduct yourself in a manner consistent with WVUS's religious beliefs and organizational practices. Your conduct should positively benefit the organization; respect others' needs; uphold and maintain WVUS's Core Values, Mission Statement, and Christian Witness; and enhance WVUS's reputation and stance as a Christian organization.

This policy outlines acceptable, appropriate behavior within our corporate culture. We seek to honor staff members' privacy and personal convictions. But when your behavior (whether in private or at work) disrupts the workplace and discredits our witness, we may take appropriate action through counsel and discipline.

**BOARD STANDING POLICIES:** Section 3.6

**STATEMENT OF POLICY:** We seek to value and honor our staff and abide by biblically sound standards and expectations that seek to bring honor to God, ourselves, and one another. We desire to model Christ-like behavior, at and away from work, so that people will be drawn to placing their personal faith in Him and follow His compassionate Lordship. Effective Christian witness is first expressed in the lives of staff and how we love and serve one another. Because all staff share a common Statement of Faith, because we seek to be an organization that is "Christian" in every sense of the word, and because all staff represent WVUS – and more importantly, the Gospel of Jesus Christ – in their work as well as in their private lives, we expect our staff to consistently conduct themselves with honesty and integrity.

I. **Expected standards of conduct:** It is impossible to list all the forms of acceptable behavior, but here is a partial list of the standards of conduct expected:
   - A. Treating others with respect, dignity, and impartiality
   - B. Behaving in a trusting and trustworthy manner
   - C. Adhering to WVUS policies
   - D. Adhering to safety, security, and health rules
   - E. Wearing appropriate attire that respects local custom and policy
   - F. Using WVUS equipment appropriately

II. **Inappropriate conduct:** Some forms of behavior that are considered unacceptable or inappropriate, and contrary to our responsibilities as Christians, may result in corrective action up to, and including, termination. The partial list below is not all inclusive:

    A. Theft, fraud, embezzlement, corruption, bribery, misappropriation, or inappropriate removal or possession of property belonging to WVUS, a co-worker, or a vendor.
    B. Showing favoritism.
    C. Hiring relatives, friends, or members of one's own racial or ethnic group to the exclusion of other qualified persons or without following established organizational protocols.
    D. Falsifying records or documents.
    E. Being on WVUS premises or at a WVUS project or activity under the influence of alcohol or drugs such that it impairs your ability to function or has the potential to negatively affect WVUS as an organization.
    F. Use or possession of any illegal substances.
    G. Fighting or threatening violence in the workplace.
    H. Negligence or improper conduct leading to damage of others' property.
    I. Criminal activity.
    J. Harassment of any type.
    K. Sexual conduct outside of a monogamous heterosexual marriage relationship.
    L. Any sexual misconduct, in any form, including:

        1. Lewd, obscene, coercive, or otherwise inappropriate sexual behavior (either verbal or physical) with or affecting another person, whether of the same or the opposite gender.
        2. Using a position of trust or power to engage in sexual conduct, with or without consent, involving a person who is subject to the authority or the implicit trust relationship that the position conveys.
        3. Any behavior that creates an improper sexual environment, such as the use of obscene, pornographic, or otherwise inappropriate sexual material.

While World Vision generally refrains from involvement in the private lives of staff, there are clearly some circumstances when it is necessary for World Vision to counsel or caution where private conduct is clearly in violation of policy, or where such private conduct may reflect negatively on World Vision. Some behavior could be construed as harassment and thereby subject to the Harassment or Sexual Harassment policy. So you must behave discreetly and in good conscience at all times.

**III. Principles for protecting children:** The following principles outline both international and domestic standards for protecting children. They are an integral part of World Vision policy, and must be upheld by all board members, employees, volunteers, interns, independent contractors, and anyone else visiting field locations (domestically or internationally) under World Vision's auspices.

World Vision personnel should immediately report evidence of conduct that violates or is inconsistent with the standards described in these guidelines. All World Vision offices shall adopt and adhere to written policies and practices to guide their investigation of reported

conduct and any resulting corrective action. Such policies and procedures shall assure that this reporting can be done confidentially and without retaliation to the reporting person.

*Violations of the following standards constitute acts of gross misconduct and are therefore grounds for immediate termination of employment and/or referral to appropriate prosecuting authorities.* World Vision or other humanitarian workers must not:

- A. Sexually exploit or abuse any beneficiaries (adult or child).
- B. Engage in sexual activity with a child (person under the age of 18), regardless of the local age of majority or age of consent. Mistaken belief as to a child's age is not a defense against corrective action or termination of employment.
- C. Exchange money, employment, goods, or services for sex (including sexual favors or other forms of humiliating, degrading, or exploitative behavior). This includes exchange of assistance that is already due to beneficiaries.
- D. Engage in sexual relationships with other WVUS or humanitarian workers or beneficiaries. Such relationships undermine our humanitarian work's credibility and integrity.

A WVUS or humanitarian worker who develop concerns or suspicions regarding sexual abuse or exploitation by a fellow worker, whether in the same agency or not, must report such concerns via WVUS-established reporting mechanisms.

All WVUS and humanitarian workers must create and maintain an environment that prevents sexual exploitation and abuse and promotes the implementation of WVUS's Code of Conduct. WVUS managers at all levels have particular responsibilities to support and develop systems that maintain this environment.

WVUS will perform a security screening of all staff, board of directors, interns, and volunteers (see Note below regarding volunteers). WVUS will also screen all donors, constituents, vendors, and consultants going to the field. Screenings will include a police background check for criminal convictions. Each individual to be screened will complete a form providing written authorization for WVUS to initiate the check. All individuals will be advised that any past, present, or future convictions for child abuse, pedophilia, or related offenses will result in non-selection for a staff position or prohibition from field/project visits. The WVUS Employment Department will coordinate the screening process. The Sr. Vice President of Human Resources or his/her will handle any convictions for child abuse, pedophilia, or related offenses appropriate designee. Normally, WVUS will not perform background checks on a person more frequently than once every 12 months. The general process for contract staff members will be to obtain new background checks whenever there is a break in service or once every three years, whichever first occurs.

WVUS reserves the right to determine, at its sole discretion, whether an employee has engaged in inappropriate conduct or behavior that may warrant corrective and disciplinary action, up to and including termination. Employment with WVUS is at the mutual consent

of WVUS and the employee, and either party may terminate that relationship at any time, with or without cause and with or without advance notice.

**Note on volunteers**: We will not perform background screening for volunteers assisting at Artist Associate events. Instead, those volunteers will be asked to review WVUS's Statement on the Protection of Children and sign a Disclosure of Child Protection Standards and Volunteer Agreement form. The text of the agreement form shall state:

> Thank you so much for supporting World Vision's efforts to improve the lives of disadvantaged children around the world. We appreciate your desire to volunteer at a World Vision-sponsored Artist Associate event in your area. As an international partnership, World Vision is committed to the physical, mental, emotional, and spiritual well-being of children everywhere. World Vision opposes and works to prevent all forms of child exploitation and child abuse, including child sexual abuse. World Vision takes seriously its responsibility to ensure children's security and well-being.
>
> We believe that our staff, donors, sponsors, and volunteers have a calling from God to support and protect children, and we strive to set the highest standard of behavior when working for those we are called to serve. So we require all World Vision staff and volunteers to agree to our established standards of behavior and responsibility. Volunteers at events where children may be present are required to read, sign, and return the *Statement of Responsibility for the Protection of Children* below. Because there may be children at the event at which you will volunteer, we are taking this opportunity to inform you of our standard of conduct surrounding the protection of all children. Please read, sign, and return this statement to your volunteer coordinator.
>
> Once again, thank you for your support and service to World Vision.

**STATEMENT OF RESPONSIBILITY FOR THE PROTECTION OF CHILDREN**

As a World Vision volunteer, I hereby agree with the statements in this document regarding the protection of children. I place myself under the authority of God and World Vision to be responsible for my behavior as it relates to children. I accept World Vision's role to set a standard of excellence and to call me into accountability where needed.

I affirm and commit to the following:
- Children are God's precious gifts, including those with whom World Vision works. The welfare of these children is a trust to World Vision. In my role, I will respect this trust.
- I will do all in my role with World Vision and as a Christian to interact with children honorably and respectfully, in word and action.
- I will use World Vision's resources only in ways that promote health and welfare of children spiritually, physically, emotionally, and intellectually.
- I will live out this respect for children in my life outside of my role with World Vision so that, in my community, church, family, and friendships, I exemplify a life that treats children with respect.