THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

        Plaintiff,

    vs.

WORLD VISION, INC.

        Defendant.

CASE NO. 2:21-CV-00920-JLR

DECLARATION OF
MELANIE FREIBERG

Melanie Freiberg declares:

1.    I have personal knowledge of the facts stated in this Declaration and am competent to testify to those facts.

2.    I am the Senior Director of Talent Management at World Vision, Inc. ("World Vision" or "WV") and have been so employed since May 29, 2018.

3.    As such, I am personally familiar with all documents and media referenced in this Declaration, all of which were provided to Plaintiff during discovery and bear a "WV___" citation number (or in the few cases of Plaintiff's production, a

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

"P___" citation number). I attest to the authenticity and accuracy of these documents and media at appropriate places throughout this Declaration.

4.     My responsibilities at World Vision include overseeing two teams: Talent Acquisition (recruiters) and Human Resource (HR) Business Partners (advisers to World Vision's internal divisions). I report directly to the Senior Vice President of HR at World Vision.

5.     Among other things, I guide and supervise the hiring process for various divisions at World Vision, including for Donor Contact Services ("DCS"). DCS also can refer to "Donor/Customer Service," as is typical in our offer letters to DCS job candidates. As used in this Declaration, "DCSR" means a DCS Representative (or a "DSRT" while in Training). All these titles refer to the same role and career path at World Vision.

6.     When issues surface during the hiring process, those issues generally escalate to me. So I am familiar with the issues surrounding the rescission of the job offer to Plaintiff Aubry McMahon in January 2021.

7.     Ms. McMahon's application process began in late 2020. Attached to this Declaration as Exhibit MF-01 is a true and correct copy of the Worldvision.org Careers Page on our web site in effect during that period (WV0045-0047), which includes, among other things, (a) our expectations of wholehearted agreement with our Christian faith and (b) our Equal Employment Opportunity statement. Also attached to this Declaration as Exhibit MF-02 are true and correct copies of documents related to this application process (P0001-08; P0079).

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

8.      On January 5, 2021, World Vision extended to her a written offer of at-will employment for the role of "DSR Trainee," "dependent upon successful completion of the training and evaluation program (predicted to be between 9 and 11 weeks)." Offer Letter (WV0078-0079; P0009-10). Attached to this Declaration as Exhibit MF-03 is a true and correct copy of this Offer Letter to Aubry McMahon dated January 5, 2021 (WV0078-0079; P0009-10).

9.      Also on January 5, 2021, Ms. McMahon emailed a recruiter whom I supervise (Catherine Miolla), noting that Ms. McMahon and her wife were having a baby. Attached to this Declaration as Exhibit MF-04 is a true and correct copy of this email from Aubry McMahon dated January 5, 2021 (WV0080; P0080-81).

10.      Catherine properly brought this communication from Ms. McMahon to my attention because it indicated potential noncompliance with World Vision's Standards of Conduct and related policies surrounding World Vision's deeply held religious conviction that sexual conduct should not be outside of marriage and that marriage is a Biblical covenant between a man and a woman. In World Vision's view, the Biblical covenant of marriage between a man and a woman is the only form of marriage approved by God in His Word (the Bible) and thus the only approved place for the sexual expression of human love. These Biblical views of marriage and sexuality, as held by World Vision, are explained carefully later in this Declaration.

11.      The January 5, 2021 email from Ms. McMahon conflicted with her previous representations that she could and would comply with this standard of conduct about marriage and sexual conduct. See DSRT Phone Screening (WV0067-

DECLARATION OF MELANIE FREIBERG      Page 3
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

0070). Attached to this Declaration as Exhibit MF-05 is a true and correct copy of this

DSRT Phone Screening (WV0067-0070). Given Ms. McMahon's responses to this Phone

Screening, her January 5, 2021 email indicating a same-sex marriage was unexpected.

12.     On January 8, 2021, after several attempts by World Vision to discuss this

matter further with Ms. McMahon, World Vision decided to rescind its offer to Ms.

McMahon. Attached to this Declaration as Exhibit MF-06 are true and correct copies

of these emails (WV0081-0082; P0080-81).

13.     Later that day (January 8, 2021), Ms. McMahon indicated in a phone call

with me and Catherine that she (Ms. McMahon) was in fact in a same-sex marriage but

should not be disqualified for the job. See the contemporaneous Notes of 1/8/2021 call

(WV4697). Attached to this Declaration as Exhibit MF-07 is a true and correct copy of

those Notes (WV4697). I later learned from the materials provided by Ms. McMahon

in this lawsuit that she possessed a recording of a short excerpt from this call. A copy

of this recording as provided by Ms. McMahon is being filed with this Declaration as

Exhibit MF-08.

14.     In April 2021, Ms. McMahon filed a claim with the EEOC. In July 2021,

Ms. McMahon filed this lawsuit.

15.     On February 16, 2023, I testified by deposition as a fact witness, as called

by Ms. McMahon. On March 10, 2023, I testified by deposition as the Rule 30(b)(6)

designee on behalf of World Vision.

16.     In preparation for my 30(b)(6) deposition, I studied and reviewed many corporate and organizational materials of World Vision (many of which I was already familiar with), including materials that I am authenticating in this Declaration.

17.     Following now is a short summary of World Vision and then various materials that I will explain and authenticate.

18.     World Vision was founded in 1950 by Robert Pierce as a Christian ministry dedicated to sharing the gospel of Jesus Christ, primarily through humanitarian outreach to children and families around the world who are poor and underserved. It operates in many ways like a Christian church and implements its programs through and as supported by local churches in the United States and around the world.

19.     Under its Articles of Incorporation, "[t]he primary, exclusive and only purposes for which this corporation is organized are religious ones, to wit: To perform the functions of the Christian church including, without limitation, the following functions[:] to conduct Christian religious and missionary services, to disseminate, teach and preach the Gospel and teachings of Jesus Christ, to encourage and aid the growth, [nurture] and spread of the Christian religion and to render Christian service, both material and spiritual to the sick, the aged, the homeless and the needy. The recital of these purposes as contained in this paragraph is intended to be exclusive of any and all other purposes, this corporation being formed for such religious purposes only." Articles of Incorporation, as Amended, at WV0017-18. See also WV0012 (paragraph "Second"). Attached to this Declaration as Exhibit MF-09 is a true and

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

correct copy of World Vision's Article of Incorporation, as Amended (WV0001-20). This same "Purpose" provision is included in World Vision's Bylaws.

20.     The Articles of Incorporation also require World Vision "[t]o continually and steadfastly uphold and maintain the following statement of faith of this corporation, to wit: (a) We believe the Bible to be the inspired, the only infallible, authoritative Word of God; (b) We believe that there is one God, eternally existent in three persons: Father, Son, and Holy Spirit; (c) We believe in the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father, and in His personal return in power and glory; (d) We believe that for the salvation of lost and sinful man regeneration by the Holy Spirit is absolutely essential; (e) We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life; (f) We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life and they that are lost unto the resurrection of damnation. We believe in the spiritual unity of believers in our Lord Jesus Christ." Exhibit MF-09, Articles of Incorporation at 6-7 (WV0007-0008). See also Articles of Amendment  at 2 (WV0013). This Statement of Faith is posted to our website (https://www.worldvision.org/statement-of-faith) as is the Apostles' Creed (https://www.worldvision.org/the-apostles-creed).

21.     Immediately following the above Statement of Faith is this requirement: "That the aforesaid doctrinal statement is the basic Spiritual foundation for this corporation, and the same shall not be amended, or deleted from these Articles of

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Incorporation except by vote or written consent of all of the members." Exhibit MF-09, Articles of Incorporation at 7 (WV0008).

22.     The above stated religious beliefs of World Vision reflect its ultimate foundation as a Christian ministry. Everything else World Vision does or aspires to do is built on this foundation. It is the reason and guidance for World Vision's ministry.

23.     The Job Posting for the position that Ms. McMahon sought at World Vision reflects this spiritual foundation. That Job Posting required her to "Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign [and k]eep Christ central in our individual and corporate lives." Attached to this Declaration as Exhibit MF-10 is a true and correct copy of this Job Posting, 2020 (P0011-20; P0072-77; WV0048-0050). Our individual and corporate "witness to Jesus Christ" is vital to World Vision, as discussed further below.

24.     Ms. McMahon brought this lawsuit to dispute World Vision's hiring rights. This is not the first time World Vision faced litigation over its hiring rights. In *Spencer v. World Vision*, former employees sued World Vision in this same court in litigation that lasted from about 2007 to 2011. I have reviewed factual statements about World Vision, its Christian beliefs, its policies and requirements for employees, and similar factual matters from the court opinions in that litigation to verify whether they remain true and accurate statements about World Vision.

25.     I confirm that the following statements of fact (in this paragraph), taken from the court opinions in the *Spencer v. World Vision* litigation, have remained true at all times of my World Vision tenure: World Vision's "overt Christianity is especially

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

evident to" job seekers because it permeates the World Vision workplace. It does so because World Vision exists "only" to "spread" its "Christian faith" as "infallibl[y]" and "authoritative[ly]" established by "the Bible." This faith dwells "at the heart of all" World Vision does, including its "relief efforts," which "flow from [its] profound sense of religious mission." Since World Vision "believes the key" to this mission "lies first in the hearts and minds of [its] staff," its workforce consists "only [of] Christians for all positions." From each member of this Christian workforce, World Vision requires a "commitment to [this] shared faith [and] a common understanding of how that faith is lived out day-to-day."

26.    I also confirm that the following statements of fact (in this paragraph), taken from the court opinions in the *Spencer v. World Vision* litigation, have remained true at all times of my World Vision tenure: All World Vision staff (including DCSRs) are responsible for: (a) confessing they are committed Christians; (b) agreeing "wholeheartedly" with World Vision's core religious principles; (c) "communicating [World Vision's] Christian faith [and] witness," which is "integrated [into] everything [it] does," "accurately and with integrity"; and (d) participating "regularly" in "prayer activities, devotionals, and weekly chapel services." A core job responsibility of all staff is prayer, which "is a component of [World Vision's] work." To begin each work year, "an entire work day is set aside each year for prayer," which all staff must attend.

27.    I further confirm that the statements of fact (in the succeeding subparagraphs), taken from the court opinions in the *Spencer v. World Vision* litigation, have remained true at all times of my World Vision tenure.

DECLARATION OF MELANIE FREIBERG    Page 8
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

a.   "The primary, exclusive and only purposes for which [World Vision] is organized are religious ones, to wit: to perform the functions of the Christian church including, without limitation, the following functions[:] to conduct Christian religious and missionary services, to disseminate, teach and preach the Gospel and teachings of Jesus Christ, to encourage and aid the growth, [nurture,] and spread of the Christian religion[,] and to render Christian service, both material and spiritual to the sick, the aged, the homeless and the needy. [T]his corporation [is] formed for such religious purposes only."

b.   The IRS classified World Vision as a 501(c)(3) tax-exempt nonprofit organization designated as a church.

c.   "[P]rospective employees are informed" that "'our faith in Jesus [is] at the heart of all we do,'" and "'[f]oundational to our work is the commitment to a shared faith by staff [and] a common understanding of how that faith is lived out day-to-day.'"

d.   "[Most donations come] from churches and individuals 'who share the religious vision of [World Vision].' Fundraising letters to donors contain Bible verses and reference[ its] Christian[ity]. [It] holds itself out to the public as a religious organization. Its website, job application form, mailings, instruction materials, and business cards all reference [that it is] 'Christian[,]' that '[its] faith [in Jesus] is at the heart of all [it does].' [R]eligious art [is] displayed throughout [its] campuses and buildings.

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

[Work life] regularly includes prayers and other forms of worship such as chapel services, devotionals led by [staff], prayer chains, an annual day of prayer, and Scriptural themes. ['It] coordinates Christian employee programming[' and] prayer is a component of [its] work. [Its] membership is comprised of coreligionists; ['It] hires only Christians for all positions.'"

e.   "Even a cursory review of World Vision's [foundational documents] reveal explicit and overt references to a religious purpose. [This includes] the commitment to 'continually and steadfastly uphold and maintain the following statement of faith,' which begins: 'We believe the Bible to be the inspired, the only infallible, authoritative Word of God.'"

f.   All of World Vision's core "principles are avowedly religious."

g.   "World Vision ['expresses its] Christian faith accurately and with integrity' [and] 'always identifies itself [as] Christian[.]' [E]mployees are to ask themselves, 'Would anyone who read this know that World Vision is a Christian organization?' ['Our witness is] NOT AN ADD-ON. Because we demonstrate our faith through life, deed, word, and sign, our Christian witness is integrated into [and] communicated as part of everything [we do].'"

h.   "This overt Christianity is especially evident to those applying for employment" at World Vision. Its "prospective employees [are]

specifically requested to describe their 'relationship with Jesus Christ'"
and are "informed that employment is contingent upon" their faithfully
following Christ.

i. "[B]ecause it 'believes the key to faithfully following Christ lies first in
the hearts and minds of [its] staff and only then in program activities,'
religion pervades the workplace at World Vision. New employees
participate in a [multi]-day orientation which begins with … devotionals
and 'focuses on serving Christ as the motivation for serving the poor.'
[They] are 'strongly encouraged' to attend weekly chapel services[;]
devotional activities are held [several times a week] within each
department; prayer requests are circulated amongst coworkers; Biblical
'themes' are emphasized [continually]; and an entire work day is set
aside each year for prayer."

j. World Vision's "relief efforts flow from a profound sense of religious
mission [and] it explicitly and intentionally holds itself out to the public
as [such]."

k. World Vision's "services are made available to people of all faiths or of
no faith."

l. World Vision (i) is organized for a religious purpose, (ii) is engaged
primarily in carrying out that religious purpose, (iii) holds itself out to
the public as an entity for carrying out that religious purpose, and (iv)

1    does not engage primarily or substantially in the exchange of goods or

2    services for money beyond nominal amounts.

3        28.    Additional explanation and authentication of World Vision policies,

4    expectations, and employment actions now follow.

5

6        29.    World Vision's understanding of the infallible, authoritative nature of

7    the Bible as God's Word is embodied in the World Vision Faith in Action Study Bible

8    (Zondervan 2005) (an illustrated Bible featuring World Vision's work as a response to

9    Scripture) ("WV Study Bible"). This 2,315-page WV Study Bible contains many photos

10   and marginal study notes with emphasis on topics important to World Vision. A true

11   and correct hardbound WV Study Bible is being filed with this Declaration as Exhibit

12   MF-11.[1] Attached to this Declaration as Exhibit MF-12 are true and correct copies of

13   the front and back cover and sample pages from this WV Study Bible (WV2794-2804).

14

15       30.    Our Job Postings require "witnessing to Christ and ministering to others

16   through life, deed, word and sign." See, for example, Exhibit MF-10, Job Posting, 2020

17   (P0011-20; P0072-77; WV0048-0050). For World Vision, its individual and corporate

18   "witness" is vital to its existence. "We believe [all our] efforts are a witness to Jesus

19   Christ through life, word, sign, and deed, and encourage individuals to respond to the

20   gospel." Exhibit MF-11, WV Study Bible at ix.

21

22       31.    The phrase "witness to Jesus Christ," and doctrines about being a faithful

23   witness to, for, and about Jesus Christ, appear throughout World Vision's core

24

25

26

27

---

[1] Hardbound WV Study Bibles were provided to Ms. McMahon's counsel in 2022, and presumably to this Court during the *Spencer* litigation in 2008.

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

principles and policies. For example, our Mission Statement (WV0023) says our mission as a ministry is to "Witness to Jesus Christ by life, deed, word and sign that encourages people to respond to the Gospel." Attached to this Declaration as Exhibit MF-13 is a true and correct copy of this World Vision Mission Statement (WV0023).

32.     World Vision also has several policies that charge the ministry and all of us who carry out that ministry to maintain this Christian commitment and Christian witness. The entire Christian Commitment & Witness Policy (WV0027-0030) does this. Attached to this Declaration as Exhibit MF-14 is a true and correct copy of this Christian Commitment & Witness Policy ("CCW Policy") (WV0027-0030).

33.     The Business Ethics and Christian Conduct Policy ("BECC Policy") (WV0031-0034) also does this. For example, the BECC Policy explains that "Effective Christian witness is first expressed in the conduct of staff and how we love and share a common Statement of Faith. WVUS seeks to be an organization that is 'Christian' in every sense of the word; therefore, all staff represent WVUS and, more importantly, the Gospel of Jesus Christ, in their work as well as in their private lives." Attached to this Declaration as Exhibit MF-15 is a true and correct copy of this World Vision Business Ethics and Christian Conduct Policy ("BECC Policy") (WV0031-0034).

34.     As part of the regular onboarding and training process for DCSR Trainees, World Vision requires that they expressly affirm the World Vision Statement of Faith and/or Apostle's Creed, the Business Ethics and Christian Conduct Policy ("BECC Policy"), the Christian Commitment and Witness Policy ("CCW Policy"), and the World Vision Standards of Conduct ("SOC"). Attached to this Declaration as

Exhibit MF-16 is a true and correct copy of this required affirmation process in effect in January 2021 (WV6115-6118).

35.     World Vision's Christian witness is so foundational to our ministry that we train our staff on living it and communicating it. Just as one example, World Vision's Christian Witness Messaging presentation urges World Vision's goal that "Every current and potential donor and partner will clearly understand our mission to bear witness to Jesus Christ—through life, deed, word, and sign—in ways that encourage people to respond to the gospel of Jesus Christ." (WV1125) Attached to this Declaration as Exhibit MF-17 is a true and correct copy of these WV Christian Witness Messaging materials (WV1124-1141).

36.     Indeed, as accurately described by the courts in *Spencer*, our Christian "witness" is "NOT AN ADD-ON," but instead: "Because we demonstrate our faith through life, deed, word, and sign, our Christian witness is integrated into [and] communicated as part of everything [we do]."

37.     Consequently, our corporate and individual behavior witnesses, reflects, and testifies about what we believe as a ministry and as individual believers. That behavior either honors our triune God, or it dishonors Him.

38.     Because World Vision believes this, it seeks to honor God by requiring all staff to "[f]ollow the living Christ, individually and corporately in faith and conduct, publicly and privately, in accord with the teaching in His Word (the Bible)." CCW Policy at 1 (WV0027).

DECLARATION OF MELANIE FREIBERG         Page 14
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

39.     Thus, World Vision requires that staff "behavior [be] consistent with the teachings of Scripture." BECC Policy, §2.6.6 (WV0032). Behavior that is consistent with the teachings of Scripture honors and glorifies God. Behavior that is inconsistent with the teachings of Scripture has the opposite effect and requires repentance.

40.     Because it is "impossible … to identify every form of behavior that we understand the Bible defines as acceptable and unacceptable to God," World Vision provides Standards of Conduct to "clarify expectations and assist candidates /employees in deciding whether or not WVUS is the right place for them to serve the Lord." WVUS Standards of Conduct for Employees, 1 (WV0035). Attached to this Declaration as Exhibit MF-18 is a true and correct copy of Standards of Conduct for Employees ("Standards of Conduct" or "SOC") (WV0035-0039). The SOC are part of, and an attachment to, the BECC Policy, Exhibit MF-15 (WV0032-0034), and are included in the BECC Policy as an embedded document (WV0033). The SOC at the time of *Spencer* were included in the materials that World Vision provided to the Court.

41.     One of the forms of behavior identified by the SOC is sexual conduct. World Vision understands *marriage*, which it defines as the "Biblical covenant … between a man and a woman," SOC at 2 (WV0036), as the exclusive space for human sexual conduct, i.e., the sexual expression of human love. See Christian Commitment & Witness/Standards of Conduct FAQ 1(F) (WV4694). Attached to this Declaration as Exhibit MF-19 is a true and correct copy of this "CCW/SOC FAQ" (WV4694-4696).

42.     Stated another way, World Vision defines *marriage* as the "Biblical covenant … between a man and a woman," SOC at 2 (WV0036), and in World Vision's

DECLARATION OF MELANIE FREIBERG     Page 15
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

view, the Bible confines the "express[ion of] sexuality solely within a faithful marriage between a man and a woman," CCW/SOC FAQ 1(F) (WV4694). Thus, World Vision seeks to "honor this Biblical model of a monogamous heterosexual marriage." *Id*. at FAQ 3 (WV4695). This Biblical model, based on a covenant ordained by God, is a matter of great importance, in World Vision's view.

43.     The above understanding or definition of World Vision of the Biblical covenant of marriage may be referred to in this Declaration as its "marriage policy."

44.     For World Vision, any sexual conduct outside this "Biblical covenant," such as "being sexually active with someone other than your spouse of the opposite sex," *id*. at FAQ 3 (WV4694), is a sin and, like any other sin, requires "repentance when we fail." CCW Policy, 2.2 (WV0028). World Vision believes that "all have sinned," BECC Policy, 2.2 (WV0031), due to human sin orientation, but that Christians, when they sin, must "return" to God "in repentance." CCW Policy, 2.2 (WV0028). To World Vision, same-sex marriage represents "open, ongoing, unrepentant" sexual misconduct contrary to its "deeply held belief that marriage is a Biblical covenant between a man and a woman." *Do you hire LGBTQ individuals?* (WV0731). Attached to this Declaration as Exhibit MF-20 is a true and correct copy of this *Do You Hire LGBTQ Individuals?* document (WV0731).

45.     "People of any sexual orientation can work at World Vision as long as they agree with our statement of faith and abide by our conduct policy. [We hire] people who live out biblical standards of conduct. We expect all employees, regardless of sexual orientation, to live by these standards, outlined in our conduct policy,

DECLARATION OF MELANIE FREIBERG     Page 16
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

including remaining celibate outside of marriage. It's our deeply held belief that marriage is a Biblical covenant between a man and a woman. This is made clear to people applying to work at World Vision. [O]ur stance [reflects] our interpretation of Scripture." Exhibit MF-20 (WV0731). This understanding is also reflected in the CCW/SOC FAQs 1-3 (WV4694-4695); in the Hiring Practices (WV2849) and Hiring Practices: Employment & Sexual Orientation (WV2853); and in the World Vision Christian Compatibility document (WV1390). Attached to this Declaration as Exhibit MF-21 is a true and correct copy of the Hiring Practices document (WV2849-2851, WV2852-2854) and attached to this Declaration as Exhibit MF-22 is a true and correct copy of the WV Christian Compatibility Screening/Christian Commitment & SOC (WV1389-1394).

46.     Out of humble obedience to God's Word, World Vision forbids "sexual conduct outside the Biblical covenant of marriage between a man and a woman." Exhibit MF-18, SOC #3 at p. 2 (WV0036). Board Standing Policy requires: "All staff shall be required to agree to and comply with [this] policy. (John 14:15-21; I John 2:3-6 and 3:4-6; Galatians 5:22-25). Failure to do so may require disciplinary action or termination." Board Standing Policy, §3.7.1 (WV0668). Attached to this Declaration as Exhibit MF-23 is a true and correct copy of this Board Standing Policy (WV0659-0678).

47.     This policy embodies World Vision's deeply held belief in the "Biblical model of a monogamous heterosexual marriage." Exhibit MF-19, CCW/SOC FAQ 3 (WV4695). World Vision strives to apply this policy consistently, even-handedly,

DECLARATION OF MELANIE FREIBERG          Page 17
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

lovingly, humbly, and, above all, faithfully to its understanding of the requirements of Scripture.

48.    At World Vision, this Biblical "stance" on marriage, including its exclusive role for the expression of human sexuality, reflects "our interpretation of Scripture." Exhibit MF-20 (WV0731). This stance is part of our individual and collective "witness to Jesus Christ." This stance (witness) is integral to what World Vision means when we charge our staff to "Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign [and k]eep Christ central in our individual and corporate lives." Exhibit MF-10, Job Posting, 2020 (P0011-20; P0072-77; WV0048-0050).

49.    World Vision believes that same-sex marriage contradicts its Biblical policy and witness in several ways. First, entering into and living in a same-sex marriage defies World Vision's religious understanding of and policy regarding Biblical marriage. Second, living openly in a same-sex marriage embodies an ongoing public stance promoting such conduct. Third, a same-sex marriage indicates sexual conduct that does not comply with World Vision's religious beliefs and Standards of Conduct for its employees.

50.    Following Ms. McMahon's January 5, 2021 email indicating her same-sex marriage, Exhibit MF-04 (WV0080; P0080-0081), World Vision engaged in internal discussions about the application of its Biblical marriage policy, and the Scriptural truths on which it is based, to Ms. McMahon's situation. I was involved in most of these discussions, as were other managers. As Christians trying to be faithful to God

DECLARATION OF MELANIE FREIBERG     Page 18
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

and to World Vision, we sought to apply internal religious policies, requirements, and doctrine correctly and lovingly. The result of these internal deliberations was a decision to rescind the job offer.

51.     Our decision to rescind Ms. McMahon's offer consisted of internal management-level discussions of World Vision's Biblical marriage policy, the Scriptures and doctrines underlying it (such as SOC, Exhibit MF-18 (WV0035-0039)), and the Biblically faithful way to apply these religious requirements for all World Vision employees and for this specific position.

52.     I regularly attend organization-wide chapel services and am personally familiar with chapel services led by DCS and DCS team members. In the regular course of business, HR archives chapels, including those that predate my employment at WV. I viewed video recordings of the DCS-led chapel services on June 11, 2008, September 1, 2010, January 22, 2013, June 26, 2019, and August 4, 2021. True and correct video recordings of these five DCS-led organization-wide chapel services are being filed with this Declaration as Exhibits MF-24, MF-25, MF-26, MF-27, and MF-28.

53.     World Vision' s key foundational and operational documents reflect its religious character and purpose. World Vision includes its mission, vision, and core values in the "Orange Book: Living Out Our Values," an employee guidebook. World Vision's Mission Statement is "to follow our Lord and Savior Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice, and bear witness to the good news of the kingdom of God." Orange Book at 4 (WV0711). This Orange Book is made available to all World Vision employees during their initial

DECLARATION OF MELANIE FREIBERG     Page 19
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

onboarding or training, and remains available to all employees, to help them better understand, comply with, and carry out World Vision's mission, vision, and core values. Attached to this Declaration as Exhibit MF-29 is a true and correct copy of this World Vision Orange Book: Living Out Our Values (WV0708-0730).

54.     World Vision trains our staff, including DCSRs, about World Vision's Christian mission, vision, core values, and statement of faith, and their Scriptural foundations, through a number of training programs and materials, such as the Mission Immersion Program. Attached to this Declaration as Exhibit MF-30 are true and correct copies of some Mission Immersion Program materials (WV6129-6157).

55.     Some examples of World Vision's commitment to prayer by its staff, including DCSRs, include the following: the real-time invitation to prayer–"How can we pray for you?"–on the World Vision Facebook page (WV5244); the *Hope Over Fear* prayer chain that World Vision began in 2020 for staff to pray in a focused regular way for prayer requests specifically elicited from or requested by donors and others through calls from DCSRs (WV3114-3119, 4845, 4931-4934, 6063); the *Keys to a More Powerful Prayer Life* resources for staff (WV3509-3516); and the *Devotion Guidelines* to guide staff in leading and participating in the regular devotions that each World Vision department (including DCS) gathers for several times each week (WV2813-2815). Attached to this Declaration as Exhibit MF-31 are true and correct copies of these prayer-related materials.

56.     Some examples of World Vision's Christian spiritual formation of its staff include the *Living Out Our Faith at Work* materials that World Vision provides to

DECLARATION OF MELANIE FREIBERG     Page 20
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

guide staff in how to live out their faith and be committed to Christian conduct throughout their lives (WV2829-2830); the *Making a difference–We are World Vision* devotional materials for staff (WV5258-5263); and the *Vision Conversation* resources for staff spiritual formation (WV6065-6070). Attached to this Declaration as Exhibit MF-32 are true and correct copies of these spiritual formation and Christian commitment materials for staff.

57.    Additional examples of World Vision's Christian spiritual formation of its staff include the *Believe Belong Become* program and resources to create a thriving, Christ-centered employee experience that reinvigorates its employees to be committed to World Vision's Christ-centered mission and to fulfilling it with the donors and children World Vision serves, to witness to Christ, to belong to World Vision's diverse community of Christian believers, and to fulfill World Vision's mission. Attached to this Declaration as Exhibit MF-33 are true and correct copies of these *Believe Belong Become* materials (WV6016-6044).

58.    Additional examples of World Vision's Christian spiritual formation of its staff include the *Witness to Jesus Christ Council* (or "W2JCC") resources to support their spiritual nurture. Attached to this Declaration as Exhibit MF-34 are true and correct copies of these *Witness to Jesus Christ Council* materials (WV6077-6086).

59.    The deep Christian commitment of World Vision and its staff is also evident in the many forms of Christian religious artwork displayed throughout World Vision's offices, as the court noted in the *Spencer* case. Attached to this Declaration as

DECLARATION OF MELANIE FREIBERG       Page 21
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Exhibit MF-35 are true and correct copies of some of this religious artwork (WV3120-3162).

60.     A short list of examples of religious programming and training at World Vision includes: (a) New Employee Orientation: Living Out Our Faith @ Work; (b) Faith At Work (Faith@Work) program; (c) Mission Immersion Program; (d) Management Essentials Training ("MET"): Spiritual Leadership & Spiritual Nurture of Staff; (e) MET1: Becoming a Spiritual Leadership; (f) MET2: Spiritually Leading your Teams; (g) Witness to Jesus Christ Council; (h) Believe Belong Become; (i) Annual Day of Prayer; (j) Prayer Masters: Learning to Pray; (k) Hope Over Fear Prayer Chain; (l) Weekly Chapel (organization-wide); (m) Devotions (department-wide, several times per week); and (n) How To Lead a Devotion.

61.     World Vision does not charge beneficiaries for any of its goods or services.

****** **Signature Page Follows** ******

Declaration of Melanie Freiberg          Page 22
Case No. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this ___10___ day of April, 2023, at ___Auburn___, Washington.

_____
MELANIE FREIBERG

DECLARATION OF MELANIE FREIBERG    Page 23
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052