# EXHIBIT MF-01

CONFIDENTIAL

## Worldvision.org Careers Page





WV-000045

CONFIDENTIAL





WV-000046

CONFIDENTIAL



WV-000047