# EXHIBIT MF-02

From: Catherine Miolla - US <cmiolla@worldvision.org>
Date: Fri, Dec 18, 2020 at 9:13 PM
Subject: RE: World Vision Phone Interview Request
To: Aubry McMahon <aubrymcmahon@gmail.com>

Hi Aubry,

Thank you again for all of your time and effort in interviewing so far. I wanted to follow-up and let you that I just sent over to you the links for the background check and reference checks/extended application that I mentioned on our last call. These are both pretty quick tasks, but if you could just make sure to have them completed by Saturday, Dec. 26th that would be great.

I look forward to following up with you sometime the week of Dec. 28th.

Thank you and wishing you blessed and Merry Christmas!

-Catherine

From: Catherine Miolla - US
Sent: Monday, December 14, 2020 4:25 PM
To: Aubry McMahon <aubrymcmahon@gmail.com>
Subject: RE: World Vision Phone Interview Request

Hi Aubry,

I appreciate your honesty and flexibility. I was able to adjust the other meeting, so let's go ahead and stick with our original time of 2pm EST. Again I apologize for the back and forth.

We'll talk with you tomorrow.

Thank you,

Catherine

P0001

**From:** Aubry McMahon <aubrymcmahon@gmail.com>
**Sent** Monday, December 14, 2020 4 13 PM
**To:** Catherine Miolla - US <cmiolla@worldvision.org>
**Subject:** Re: World Vision Phone Interview Request

Unfortunately I have another interview at 11:30 and I'm not sure how long that will take. Would you be able to do earlier in the morning or after 3? If not, I am also available Wednesday and Thursday if you have any availability.

Sent from my iPhone

On Dec 14, 2020, at 6:04 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:

Thanks Aubry,

We had something unexpected come up at 2pm EST that I'm hoping to see if we can finish our interview before then. What about starting at noon or 12:30 EST? Would one of those options work for you?

---

**From:** Aubry McMahon <aubrymcmahon@gmail.com>
**Sent:** Monday, December 14, 2020 4:01 PM
**To:** Catherine Miolla - US <cmiolla@worldvision.org>
**Subject:** Re: World Vision Phone Interview Request

I could meet at 1:30 if you would be available!

Sent from my iPhone

On Dec 14, 2020, at 5:56 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:

Hi Aubry,

I apologize for the back and forth, but I was wondering if you might be available to meet just one hour earlier tomorrow, at 1pm EST?

Thank you so much!

Catherine

---

**From:** Catherine Miolla - US
**Sent:** Monday, December 14, 2020 10:53 AM
**To:** Aubry McMahon <aubrymcmahon@gmail.com>
**Subject:** RE: World Vision Phone Interview Request

Hi Aubry,

Sounds good, thank you so much for making tomorrow work in your schedule. We are looking forward to talking with you at 2pm EST! Below is the link that you will use to connect with us over video. It will probably work best if you can do so from a computer, but you should be able to use your phone as well, I think it would just have you download the RingCentral app first.

Let me know if you have any questions and we'll see you tomorrow!

Join from PC, Mac, Linux, iOS or Android: https://meetings.ringcentral.com/j/1492840805

Meeting ID: 149 284 0805

---

**From:** Aubry McMahon <aubrymcmahon@gmail.com>
**Sent:** Monday, December 14, 2020 9:35 AM
**To:** Catherine Miolla - US <cmiolla@worldvision.org>
**Subject:** Re: World Vision Phone Interview Request

Tomorrow still works, no worries :)

Sent from my iPhone

> On Dec 14, 2020, at 10:35 AM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>
> Good morning Aubry,
>
> At this time we don't have any earlier time slots than tomorrow at 2pm EST. If this time no longer works for you, we do have an option on Thursday afternoon. If you could please let me know as soon as you can if the time tomorrow will still work for you, or if we need to move to Thursday that would be great.
>
> Thank you,
>
> Catherine

---

**From:** Aubry McMahon <aubrymcmahon@gmail.com>
**Sent:** Sunday, December 13, 2020 5:54 PM
**To:** Catherine Miolla - US <cmiolla@worldvision.org>
**Subject:** Re: World Vision Phone Interview Request

Hey Catherine,

Any chance you would be able to "meet" for the interview tomorrow or a bit earlier on Tuesday? If not, no worries at all but I wanted to check.

Thanks so much!

> On Dec 11, 2020, at 12:16 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>
> Hi Aubry,

Wonderful, we have you confirmed for Tuesday at 2pm EST. You will be interviewing via video with my elf and Anthony (the director of the call center) and we have the interview scheduled for about 45 minutes to an hour. I will follow-up on Monday with the link you will use to connect with us through RingCentral video (a conferencing system powered by Zoom).

Let me know if you have any questions. We look forward to meeting with you next week. Have a wonderful weekend!

-Catherine

**From:** Aubry McMahon <aubrymcmahon@gmail.com>
**Sent:** Thursday, December 10, 2020 10:47 AM
**To:** Catherine Miolla - US <cmiolla@worldvision.org>
**Subject:** Re: World Vision Phone Interview Request

Hey there,

2pm that day would be perfect!

> On Dec 10, 2020, at 12:45 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>
> Hi Aubry,
>
> Great! The interview team has some availability on Tuesday, Dec. 15th. Would you be available for the video interview that day either at 2pm EST or 4pm EST?
>
> Thank you so much,
>
> Catherine
>
> **From:** Aubry McMahon <aubrymcmahon@gmail.com>
> **Sent:** Wednesday, December 9, 2020 2:04 PM
> **To:** Catherine Miolla - US <cmiolla@worldvision.org>
> **Subject:** Re: World Vision Phone Interview Request
>
> Thank you so much! And any day next week is great for me!
>
> Sent from my iPhone
>
>> On Dec 9, 2020, at 3:51 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>>
>> Hi Aubry,

P0004

I hope you are having a good week so far. Thank you so much for completing the online assessment that I sent over. Your results look great, and the team and I would love to invite you to the next phase of the interview process, which as I mentioned will be a video interview with myself and a leader in the call center. We are working on getting these scheduled for next week.

I will reach out to you soon to confirm getting this scheduled, but are there any days or times that may work better for you?

Thank you so much,

Catherine

**From:** Catherine Miolla - US
**Sent:** Friday, December 4, 2020 5:21 PM
**To:** Aubry McMahon <aubrymcmahon@gmail.com>
**Subject:** RE: World Vision Phone Interview Request

Hi Aubry,

Thank you so much for taking the time to talk with me earlier today regarding our Customer Service position here at World Vision. I wanted to let you know that I just initiated the online assessment that I mentioned, so you should be getting an email from the system (EASy simulation) hopefully to your inbox, but if you don't see it you may want to check your junk or clutter folder.

Let me know if you have any questions and have a wonderful weekend!

-Catherine

**From:** Aubry McMahon <aubrymcmahon@gmail.com>
**Sent:** Thursday, December 3, 2020 6:18 PM
**To:** Catherine Miolla - US <cmiolla@worldvision.org>
**Subject:** Re: World Vision Phone Interview Request

That's perfect! You can reach me at (980) 275-1670. Thanks so much!

> On Dec 3, 2020, at 8:00 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>
> Hi Aubry,
>
> Great, thank you for getting back to me with your availability. How about tomorrow (Friday) at 3:30pm EST? If that works for you, I'll plan to give you a call at that time.
>
> Thank you,
>
> Catherine
>
> ---
>
> **From:** Aubry McMahon <aubrymcmahon@gmail.com>
> **Sent:** Thursday, December 3, 2020 5:26 PM
> **To:** Catherine Miolla - US <cmiolla@worldvision.org>
> **Subject:** Re: World Vision Phone Interview Request
>
> [External Sender]
>
> That's great news! I would love to set up a call with you. I am available anytime Friday after 2pm EST, anytime this weekend, or next week. Let me know what works best for you. Thanks so much!
>
> Aubry
>
>> On Dec 1, 2020, at 12:35 PM, World Vision Inc. <openhire_generated@silkroadtech.com> wrote:
>>
>> Aubry,
>>
>> Thank you for your interest in our Donor Svcs Rep Trainee (6267) position here at

P0006

World Vision. As a reminder, this position includes the following details:

This position will begin on Feb.1
Work from home, full-time position
Pay of $12 or $15 per hour depending on location

I have reviewed your profile, and if all of these details work for you, I would appreciate the chance to speak with you further about the role. If you could please let me know your availability to connect later this week, and I will follow-up to confirm our time.

Again, thank you for your interest in World Vision US where people are called to a life-changing commitment to serve the poor in the name of Christ. I look forward to talking with you.

Best Regards,

Catherine Miolla
Talent Acquisition Partner
World Vision USA

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

 Aubry Atwood <aubrymcmahon@gmail.com>

## Please complete World Vision extended application
1 message

**World Vision Inc.** <openhire_generated@silkroadtech.com>  Fri, Dec 18, 2020 at 9:12 PM
Reply-To: cmiolla@worldvision.org
To: aubry.mcmahon@gmail.com

Hi Aubry,

As we move to the end of our interview process for the Customer Service Representative (6267) position we are requesting that you complete our supplemental application found at https://worldvision.silkroad.com/epostings/?enc=60999E7EEE935ECDEB9D0543BE1D5B4EDC. Please be prepared to provide information regarding your previous employers, your Christian commitment, and professional and spiritual/pastoral references. For your references in particular, please read the following brief instructions:

Please list a minimum of 3 professional references with at least 1 of them being a recent manager. In addition, please provide at least 1 spiritual/pastoral reference and indicate which reference(s) will serve in this capacity. For example, type "(spiritual/reference)" next to their name. Please also let your references know that we will be contacting them for a short 10-15 minutes conversation.

As a side note, you will have approximately 59 minutes to complete this application before it times out. The application itself takes an estimated 20 minutes. Please let me know if you have any questions.

Thank you,

Catherine Miolla
Talent Acquisition Partner
World Vision USA

P0079