# EXHIBIT MF-07

CONFIDENTIAL

- Melanie asked Aubry if we were understanding the email she sent correctly, that she and her wife were having a baby soon.

    Aubry's response: Yes- referencing her wife. Correct

- Melanie went back over the standards of conduct that was shared with Aubry during her phone interview, and asked if Aubry remembered hearing this and confirming that she was in alignment.

    Aubry's response- Yes she remembered that. Said she knew that WV is Christian- and knew that marriage being between a man and a woman was a common belief. I meant that I was okay with that belief in general. She then asked, am I not being offered the position because I am in a same sex relationship?

- Melanie said no and - re-emphasized the standard of conduct.

Aubry brought up title 9- and said: I want to clarify that I am not being hired because I am gay. Said that is against the supreme court.

Melanie explained our right to hire based on conduct as a religious organization and wished her the best, then the call ended.

WV-004697