# EXHIBIT MF-08

Exhibit MF-08 to the Declaration of Melanie Freiberg is an audio recording of part of a January 5, 2021 telephone conversation, as produced by Plaintiff Aubry McMahon, that has been filed with the Clerk. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.