# EXHIBIT MF-11

Exhibit MF-11 to the Declaration of Melanie Freiberg is a hardbound World Vision Faith in Action Study Bible (Zondervan 2005) ("WV Study Bible") that has been filed with the Clerk. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.