# EXHIBIT MF-12

RE: [External] Addresses for USB Drive Delivery



Matthew Szymanski
To  Casey Wolnowski
Cc  Michael Subit; Scott Ward; Sarah Gunderson



5/6/2022

No, you should not expect anything else by mail/carrier. Other material will be transmitted via email later today. Have a great day. – Matthew

**From:** Casey Wolnowski <cwolnowski@nisarlaw.com>
**Sent:** Friday, May 6, 2022 1:59 PM
**To:** Matthew Szymanski <jms@gg-law.com>
**Cc:** Michael Subit <msubit@frankfreed.com>; Scott Ward <sjw@gg-law.com>; Sarah Gunderson <SGunderson@frankfreed.com>
**Subject:** Re: [External] Addresses for USB Drive Delivery

Hi Matthew, this afternoon I received a UPS package, containing a USB with five MP4 video files, along with a hardbound WorldVision "Faith in Action" Study Bible. Kindly advise at your convenience if there are any other materials which I should expect to receive via mail or common carrier.

Thank you.

Casey Wolnowski

| Name | Type | Date modified | Size |
|---|---|---|---|
| 2008 World Chapel | MP4 File | 5/5/2022 5:42 PM | 587,677 KB |
| 2010 World VIsion Chapel | MP4 File | 5/5/2022 5:40 PM | 447,883 KB |
| 2013 World Vision Chapel | MP4 File | 5/5/2022 5:47 PM | 428,563 KB |
| 2019 World Vision Chapel | MP4 File | 5/5/2022 5:45 PM | 237,868 KB |
| 2021 World Vision Chapel | MP4 File | 5/5/2022 5:48 PM | 314,192 KB |



WV-002794





World Vision
FAITH in ACTION
STUDY BIBLE
NIV
ZONDERVAN
World Vision
ZONDERVAN
NEW INTERNATIONAL VERSION
LIVING GOD'S WORD IN A CHANGING WORLD
FAITH in ACTION
STUDY BIBLE

World Vision
Building a better world for children
"We always thank God for all of you . . .
We continually remember . . .
your work produced by faith,
your labor prompted by love,
and your endurance inspired
by hope in our Lord Jesus Christ."
1 THESSALONIANS 1:2-3
PRESENTED TO
PRESENTED BY
ON

WV-002795



World Vision
our faith in action

"Let my heart be broken by the things that break the heart of God."
BOB PIERCE, FOUNDER, WORLD VISION



"For God so loved the world that he gave his one and only Son…" JOHN 3:16

World Vision

Dear Friend:

I believe the key verse in all of Scripture is John 3:16. In one sentence, the expansive Judeo-Christian history is given meaning, the love of a proactive God is unfurled, and a startling future hope—free to all who believe—is revealed. God did not stand at a distance, idly observing a world broken by sin. He reached out to humankind, and, at great personal expense, offered new life to all who would believe.

The Bible is God's love letter to the world and, ultimately, it is a call to action for those who have received His gift. A call to love others in the same manner that God has loved us—actively and unconditionally. A call to care for the orphans and widows, to pursue justice, to extend the hand of mercy.

This unique study Bible brings these critical aspects of faith into sharp focus—to breathe new life into what it means to put our faith into action and become salt and light in the world.

The message of the Bible remains absolutely relevant and critical. The message is love. And our response is obedience. In Jesus' words, the fullest expression of our love can be dealt and felt in something as simple as giving a thirsty child a cup of cold water.

For more than 50 years, World Vision has provided ways for Christians all over the world to put their faith into action. We pray that the photos and verses on the following pages will inspire you to see the world through God's eyes, and love others in the same manner that He has loved us.

Sincerely,

Richard Stearns
President
World Vision, United States office

www.worldvision.org | 5

"'Here am I. Send me!'" ISAIAH 6:8

Dr. Robert Pierce, founder of World Vision

As a young man, Bob Pierce answered the calling he felt to preach the gospel. But during a trip to China in 1947, he discovered that his listeners needed more than words to understand and respond to God's love. He saw that the power of the gospel was demonstrated in the actions of those who fed, clothed, and cared for the hurting.

After sharing the gospel with Chinese schoolchildren on the island of Amoy (now Xiamen), Bob discovered that one of his young listeners—a girl named White Jade—had received Christ only to be cast out by her family. A local missionary challenged Bob to support White Jade with food and clothing, and money for school. He offered five dollars—all he had in his pocket—and promised to send more each month.

That singular act of compassion—one person reaching out to one child in need—is still at the heart of World Vision. Since 1950, the year Bob Pierce founded World Vision, millions of people the world over have acted in faith to make a difference, one child at a time.

**Top right** Bob Pierce often prayed, "Let my heart be broken by the things that break the heart of God."
**Bottom left and right** Bob Pierce with orphaned boys and girls.

6 | World Vision





"Let us not love with words or tongue but with actions and in truth." 1 JOHN 3:18
Faith in action
When World Vision is at its best, it is simply a bridge between the materially rich and those with very little. For more than 50 years, World Vision has had the privilege of helping millions of compassionate people cross the bridge to help those in need. As people put their faith into action, their own lives are transformed. They see hope shining in the eyes of children, mothers, and fathers. And the wonderful irony of Christ's words awes their hearts: "It is more blessed to give than to receive" (Acts 20:35).
Below The authenticity of a World Vision worker's love is felt by an orphaned boy.
Opposite One man's faith in action sees a frightened young boy across floodwaters in the Dominican Republic.
Opposite bottom left Tai Anderson, of the band Third Day, dances with children from Lesotho.
Opposite bottom right Children in Chicago receive tangible help.
28 | World Vision

"Whoever heard me spoke well of me . . .
because I rescued the poor who cried for help,
and the fatherless who had none to assist him.
The man who was dying blessed me;
I made the widow's heart sing.
I put on righteousness as my clothing;
justice was my robe and my turban.
I was eyes to the blind and feet to the lame.
I was a father to the needy;
I took up the case of the stranger."
Job 29:11-16
World Vision
FAITH in ACTION STUDY BIBLE
LIVING GOD'S WORD IN A CHANGING WORLD

WV-002798



*The Holy Bible, New International Version* ®
Copyright © 1973, 1978, 1984 by International Bible Society

ZONDERVAN®

Faith in Action Study Bible: Living God's Word in a Changing World

Copyright © 2005 by The Zondervan Corporation

All rights reserved

Published by Zondervan
*Grand Rapids, Michigan 49530, U.S.A.*

www.zondervan.com

In Partnership With
World Vision
Federal Way, WA 98063-9716, U.S.A.

www.worldvision.org

Library of Congress Catalog Card Number 2004109577

Many study notes were adapted from NIV Application Commentary volumes (copyrights 1995 – 2005) and Expositor's Bible Commentary volumes (copyrights 1977 – 2005)

Color Time Line, copyright © 1995 by Zondervan

The NIV Side-Column Reference System, copyright © 1984 by Zondervan

The NIV Concordance, copyright © 1982, 1984 by Zondervan

The "NIV" and "New International Version" trademarks are registered in the United States Patent and Trademark Office by International Bible Society. Use of either trademark requires the permission of International Bible Society.

The NIV text may be quoted in any form (written, visual, electronic or audio), up to and inclusive of five hundred (500) verses without express written permission of the publisher, providing the verses quoted do not amount to a complete book of the Bible nor do the verses quoted account for 25 percent or more of the total text of the work in which they are quoted.

Notice of copyright must appear on the title or copyright page of the work as follows:

Scripture taken from the HOLY BIBLE, NEW INTERNATIONAL VERSION ®. Copyright © 1973, 1978, 1984 by International Bible Society. Used by permission of Zondervan. All rights reserved.

When quotations from the NIV text are used in non-saleable media, such as church bulletins, orders of service, posters, transparencies or similar media, a complete copyright notice is not required, but the initials (NIV) must appear at the end of each quotation.

Any commentary or other Biblical reference work produced for commercial sale that uses the New International Version must obtain written permission for use of the NIV text.

Permission requests for commercial use within the U.S. and Canada that exceed the above guidelines must be directed to, and approved in writing by, Zondervan, 5300 Patterson Avenue, S.E., Grand Rapids, MI 49530.

Permission requests for commercial use within the U.K., EEC, and EFTA countries that exceed the above guidelines must be directed to, and approved in writing by, Hodder & Stoughton Ltd., a member of the Hodder Headline Plc. Group, 338 Euston Road, London NW1 3BH, England.

Permission requests for non-commercial use that exceed the above guidelines must be directed to, and approved in writing by, International Bible Society, 1820 Jet Stream Drive, Colorado Springs, CO 80921.

*Printed in United States of America*

06 07 08 09 10 /♦ DC/ 10 9 8 7 6 5 4 3 2

You will be pleased to know that a portion of the purchase price of your new NIV Bible has been provided to International Bible Society to help spread the gospel of Jesus Christ around the world!

International Bible Society
www.ibs.org

The purpose and passion of International Bible Society is to faithfully translate, publish and reach out with God's Word so that people around the world may become disciples of Jesus Christ and members of his Body.

# Table of Contents

Alphabetical Order of the Books of the Bible, vi
Abbreviations, vii
Introduction by Richard Stearns of World Vision, viii
About World Vision, ix
About This Bible, x
Acknowledgements, xii
Preface to the NIV, xv
THE OLD TESTAMENT, 1
THE NEW TESTAMENT, 1553
Table of Weights and Measures, 2111
Reading Tracks, 2112
Study Guides, 2120
Subject Index, 2132
Index to Charts, 2141
Index to Articles, 2144
Index to Snapshots, 2146
Bibliography, 2148
Concordance, 2150
Colophon, 2316

THE OLD TESTAMENT
Genesis ..... 1
Exodus ..... 82
Leviticus ..... 151
Numbers ..... 195
Deuteronomy ..... 258
Joshua ..... 315
Judges ..... 353
Ruth ..... 390
1 Samuel ..... 398
2 Samuel ..... 444
1 Kings ..... 487
2 Kings ..... 537
1 Chronicles ..... 585
2 Chronicles ..... 639
Ezra ..... 691
Nehemiah ..... 711
Esther ..... 736
Job ..... 751
Psalms ..... 808
Proverbs ..... 974
Ecclesiastes ..... 1032
Song of Songs ..... 1054
Isaiah ..... 1070
Jeremiah ..... 1194
Lamentations ..... 1295
Ezekiel ..... 1310
Daniel ..... 1387
Hosea ..... 1413
Joel ..... 1434
Amos ..... 1445
Obadiah ..... 1464
Jonah ..... 1468
Micah ..... 1475
Nahum ..... 1491
Habakkuk ..... 1498
Zephaniah ..... 1506
Haggai ..... 1516
Zechariah ..... 1522
Malachi ..... 1542

THE NEW TESTAMENT
Matthew ..... 1553
Mark ..... 1624
Luke ..... 1668
John ..... 1737
Acts ..... 1787
Romans ..... 1845
1 Corinthians ..... 1874
2 Corinthians ..... 1900
Galatians ..... 1918
Ephesians ..... 1929
Philippians ..... 1941
Colossians ..... 1952
1 Thessalonians ..... 1961
2 Thessalonians ..... 1969
1 Timothy ..... 1975
2 Timothy ..... 1985
Titus ..... 1993
Philemon ..... 1999
Hebrews ..... 2004
James ..... 2027
1 Peter ..... 2037
2 Peter ..... 2048
1 John ..... 2054
2 John ..... 2064
3 John ..... 2067
Jude ..... 2070
Revelation ..... 2074

# Introduction

Dear Friend,

A friend of mine once said he had seen a Bible from which all of the passages that related to helping the poor, standing up for justice, and giving generously had been removed with a razor blade. The result, he said, was a book in tatters, barely held together, because so much had been slashed out. That is because the faith described in the Bible is inseparable from the actions that flow naturally from it. The Christian faith is a faith of bold and revolutionary action. It was revolutionary in Jesus' time, and it is still revolutionary in ours.

In today's world, wracked by terrorism, poverty, lawlessness, disease, and violence, the message of the gospel and the need for Christians who put their faith into action has never been more acute. We, the followers of Jesus Christ, are an integral part of God's plan for the world—the same world that God loved so much "that he gave his one and only Son, that whoever believes in him shall not perish but have everlasting life" (John 3:16). In this famous verse we see the depth of God's love for our world. It was not a passive and sentimental love but rather a dynamic, active, and sacrificial love. For God so loved the world *that he acted!*

It was with this spirit that *World Vision* sought to partner with *Zondervan* to produce a truly unique study Bible, one that would amplify God's love for the world and energize followers of Jesus Christ to put their faith into action. The result is a Bible that ignites in our hearts the desire to follow Christ with our faith and with our deeds.

The Christian life is a journey of faith that begins when we accept God's free gift of salvation.

"For it is by grace you have been saved, through faith—and this not from yourselves, it is the gift of God—not by works, so that no one can boast."

Ephesians 2:8–9

But after our salvation we begin our journey of discipleship as we seek to become fully committed followers of Jesus Christ.

"For we are God's workmanship, created in Christ Jesus to do good works, which God prepared in advance for us to do."

Ephesians 2:10

The *Faith in Action Study Bible* is dedicated to helping us in this journey of discipleship. It amplifies with commentary the great passages of discipleship and lays out study tracks on issues like poverty, justice, stewardship, and evangelism. It is filled with essays by leading Christian thinkers who wrestle with the great questions of what it means to be a Christian in our 21st-century world, and it offers up real-life stories of men, women, and children who have put their faith into action in dynamic ways.

More than 50 years ago Bob Pierce, the founder of World Vision, wrote a prayer in the flyleaf of his Bible that has motivated our organization ever since: "*Let my heart be broken by the things that break the heart of God.*" World Vision is nothing more than a partnership of Christians worldwide who are committed wholeheartedly to demonstrating God's love to a hurting world. We are grateful for all who have joined us on this journey. It is our prayer that the *Faith in Action Study Bible* will better equip all of us to love our neighbors as ourselves and will motivate a new generation of Christians in their journey of discipleship.

Rich Stearns
President, World Vision United States
October 2004

# About World Vision

## WORLD VISION—BUILDING A BETTER WORLD FOR CHILDREN

World Vision is a Christian relief and development organization dedicated to helping children and their communities worldwide reach their full potential by tackling the causes of poverty. Motivated by our faith in Jesus, we seek to serve the poor as a demonstration of God's unconditional love for all people. We provide emergency assistance to those affected by natural disasters and civil conflict, work with communities to develop long-term solutions to poverty, and advocate for justice on behalf of the poor.

The ability of children to reach their God-given potential depends on the physical, social, and spiritual strength of their families and communities. To help secure a better future for each child we focus on lasting, community-based access to clean water, food supplies, spiritual nurture, health care, education, and economic opportunities. We believe these efforts are a witness to Jesus Christ through life, word, sign, and deed, and encourage individuals to respond to the gospel.

## IT IS OUR FATHER'S WORLD

As Christians, we believe we are caretakers of all that God has created and are committed to use his gifts responsibly, being good stewards of the resources that are entrusted to us. World Vision strives to keep overhead low and optimizes and distributes resources where they are needed most.

We use donations and grants for their intended purposes and look for ways to leverage every dollar entrusted to World Vision, monitoring project progress and evaluating our performance in order to ensure that programs are having the maximum benefit for the children and families we serve. These practices have earned the trust and support of more than one million donors, thousands of churches, and hundreds of corporations, institutions, and government agencies around the globe.

## WITH GOD, ALL THINGS ARE POSSIBLE

World Vision cares for the well-being of poor and distressed people in difficult places in the world—partnering with churches and other Christian organizations for the glory of God. Our staff includes experts in child-related issues, community development, and business operations. These extraordinary individuals—the majority of whom work in their native regions—seek to demonstrate the example set by Jesus, living side-by-side with those they serve. We believe that by working hand-in-hand with community members we can effectively tackle the devastating effects as well as the causes of poverty.

With God, all things are possible. So even in the face of difficult circumstances, our ongoing grassroots development work and community partnerships allow us to achieve what might seem impossible without God's undergirding strength and help.

*www.worldvision.org*





# About This Bible

*The Faith in Action Study Bible* is a complete, comprehensive study Bible with a strong central message: We're not here for ourselves. Its goal is to help Christians better understand the Bible and discover how their faith can impact their family, community, and world. This Bible focuses on the question "What is God doing?" with the intention that the reader will enter in and join him there. As James 1:22 puts it, "Do not merely listen to the word, and so deceive yourselves. Do what it says." Humanitarian content in the notes and features appears in conjunction with the many passages from which it naturally flows.

The following descriptions will help familiarize you with the features of this Bible:

**STUDY NOTES**

"Commentary style" notes, divided into "There and Then" and "Here and Now" segments (denoted by scroll and laptop icons), cover not individual verses but sections between NIV sectional headings. "There and Then" notes supply background information and/or explain some aspect of the passage. "Here and Now" application notes explore a variety of contexts, both personal and social/cultural, in which the passage may be applied today. Their goal is to coach, encourage, and inspire. Many include open-ended questions and invitations for reflection. While an important focus of this Bible is the working out of faith through action to alleviate the plight of the least, last, and lost, notes cover many other issues, as the text invites.

**FULL-PAGE ARTICLES**

Interspersed throughout the text are full-page articles from a wide variety of contemporary and classic authors (see indexes to charts, articles, and Snapshots on pages 2145–2150 at the back of this Bible). These fall into three categories: (1) thematic articles tied to relevant passages, (2) profiles of well-known people who have moved from looking at Christianity as a view of life to embracing it as a way of life, and (3) classic material applicable to a particular Scripture portion.

**BOOK INTRODUCTIONS**

Introductions provide detail regarding the background and content of each book, including at-a-glance style timelines and outlines. Included are thought-provoking discussions of themes and Biblical role models from the book, as well as action-oriented challenges for the reader.

x

ABOUT THIS BIBLE

**CHARTS AND GRAPHS**

Individually designed, eye-catching charts and graphs are scattered throughout the text. "Thumbtacks" tie in the topics to particular texts. Many of these were inspired directly by Scripture, but the tie-in for others is indirect but equally relevant (e.g., statistical or other information of a psycho-social nature, most often related to a humanitarian theme).

**SNAPSHOTS**

The content for many of the brief inspirational stories and profiles ("Snapshots") sprinkled throughout the Bible was selected from the extensive World Vision archives. These snippets, focusing on well-known or anonymous "heroes" and "heroines" of the faith, as well as of recipients of their assistance from various continents and cultures, aim straight for the heart.

**SIDE-COLUMN CROSS REFERENCES**

This feature helps you locate with a minimum of effort other Biblical material related to the passage or subject matter at hand.

**READING TRACKS**

Approximately 30 sets of reading tracks under the categories of "heart shaping," "mind building," "action producing," and "building tools," lead the reader through the stages of the Christian life, beginning with God and ending with his followers acting on his behalf in the world.

**STUDY GUIDES**

Short, suggestive study guides based on the material in the reading tracks are ideal for use in church school classes, small group discussions, and personal Bible study.

**SUBJECT INDEX**

This handy resource allows you to locate articles, stories, charts, and graphs related to specific themes.

**INDEX TO CHARTS, ARTICLES, AND SNAPSHOTS**

This location-finder for all charts, articles, and stories provides a broad picture of the scope of their subject matter and allows for easy location of articles by favorite authors.

**CONCORDANCE**

Complementary to the side-column cross-reference system described above, this feature provides an alternate approach for locating texts and passages (1) by featuring key words to help the reader pinpoint specific texts and (2) by identifying key passages related to particular themes.

xi

The Old Testament

WV-002800



1:31 "GOD SAW ALL THAT HE HAD MADE, AND IT WAS VERY GOOD."

INTRODUCTION TO

# Genesis

**AUTHOR**
Though Genesis doesn't identify its author, Scripture and church tradition ascribe authorship to Moses. Moses, using some earlier written sources and oral traditions, as well as material directly revealed to him by God, gave Genesis its essential form and content. But like the rest of the Pentateuch (the first five books of the OT), there is evidence of some later editorial updating with regard to grammar and place-name modernizations (see also the list of kings in 36:31–43).

**DATE WRITTEN**
Genesis was probably written between 1446 and 1406 B.C.

**ORIGINAL READERS**
Genesis was written to the Israelites to show that though God created a good world, sin corrupted that creation, and God initiated a plan of salvation to restore it.

**TIMELINE**

2200 B.C. 2100 2000 1900 1800 1700 1600 1500 1400
Creation, Fall
The Flood
The Tower of Babel
Abraham's life (c. 2166-1991 B.C.)
Isaac's life (c. 2066-1886 B.C.)
Jacob's life (c. 2006-1859 B.C.)
Joseph's life (c. 1915-1805 B.C.)
Book of Genesis written (c. 1446-1406 B.C.)

**THEMES**
Genesis is the book of beginnings—the beginning of the cosmos and the beginning of humanity. It includes the following themes:

1. *Creation.* God created the world "very good" (1:31). There was harmony between God and his human creatures and between human beings. Indeed, all of creation was whole and at peace.

2. *Sin.* Sin entered the world through one man, Adam (3:1–19; Rom. 5:12). Unbelief, human conflict, sickness, and environmental degradation are its result. The present condition of the planet isn't the result of creation but of sin's corrupting effects.

3. *The image of God.* All human beings are created in the image of God; each person is God's likeness as a personal, rational, creative, moral being. Accordingly, everyone is to be treated with respect. Men and women were created equal, as both were made in God's image. The fact that Eve was created second, as a "helper" to man (2:18–23), doesn't indicate her subservience. In fact, in other contexts God himself is called the "helper" of Israel (Ex. 18:4; Deut. 33:29; Hos. 13:9), as is the Holy Spirit (John 14:16; 16:7).

1

Introduction to Genesis

4. *God's global plan of redemption.* Though God chose to work through one ethnic group in the Old Testament, his divine intention from the beginning was that all nations would come to know him through Abraham's descendants (Gen. 12:1–3). Abraham was chosen because of his faith, making him the father of all who come to God on the same basis. Genesis shows God's concern not just for Abraham, Isaac, and Jacob, but also for Ishmael and Esau, who fathered other family groups.

**FAITH IN ACTION**
The pages of Genesis are filled with life lessons and role models of faith—people who challenge believers to put their faith in action.

**Role Models**

- NOAH (6:22) obeyed God by building an ark in an area where the threat of a flood seemed ludicrous. Is God calling you to do something that seems absurd?
- ABRAHAM (12:1–4) obeyed God by leaving his home and family to travel to a foreign country. Is God asking you to do something difficult or risky?
- REBEKAH (24:1–67) practiced unusually generous hospitality to a stranger, thereby showing her "fit-ness" to be a wife for Isaac. Would people describe you as generous or hospitable? Do you go the "extra mile"?
- JACOB (32:22–30) was a deceptive, manipulative man whom God graciously transformed into "Israel" (32:28), the namesake of God's people. Is there an improbable or impossible case in your life—someone you feel is unlikely to become a person of faith? Is it difficult for you to put your faith into action? Are the changes slow in coming?
- JOSEPH (50:15–21) chose forgiveness, not revenge. Is there someone you need to forgive?

**Challenges**

- As a steward of God's creation, you do well to periodically review your lifestyle. What can you do to protect and nurture what God has made?
- Treat every individual with dignity and respect because each person reflects God's image.
- Seek God's guidance, asking him to help you choose his ways. Resist the temptation to take matters into your own hands (16:1–6), but trust God to accomplish his purpose in his own time.
- Study the family conflicts mentioned in Genesis (e.g., Abraham and Lot, Sarah and Hagar, Jacob and Esau, Rachel and Leah, Joseph and his brothers). Determine to live at peace with your relatives, and be responsive to God if he calls you to initiate reconciliation.
- Don't foster family turmoil by favoring one child over another (25:27; 37:3).
- The next time you are tempted to pass judgment on someone else, remember Judah (38:1–30), as well as Jesus' words (Matt. 7:3–5). Seek God's mercy for those who deserve judgment, as Abraham did (18:16–32).
- Your status or position is irrelevant when it comes to serving God. God can use you whether you are a prisoner (39:20—40:8) or a national leader (41:39–49).
- Resolve to be a blessing to the hungry (47:13–26), meeting their need from the abundance you possess.

**OUTLINE**

I. Primeval History: Four Great Events (1:1—11:26)
   A. The Creation of the Universe; Adam and Eve (1–2)
   B. The Fall and the Results of Sin (3–5)
   C. The Flood (6–9)
   D. The Scattering of the Nations (10:1—11:26)

2

GENESIS 1:5

II. Patriarchal History: Four Great Characters (11:27—50:26)
   A. Abraham (11:27—20:18)
   B. Isaac (21–26)
   C. Jacob (27:1—37:1)
   D. Joseph (37:2—50:26)

*The Beginning*

1 In the beginning[a] God created the heavens and the earth.[b] 2 Now the earth was[a] formless and empty,[c] darkness was over the surface of the deep, and the Spirit of God[d] was hovering over the waters.

3 And God said,[e] "Let there be light," and there was light.[f] 4 God saw that the light was good, and he separated the light from the darkness. 5 God called the light

a 2 Or possibly *became*

1:1 a Jn 1:1-2 b Job 38:4; Ps 90:2; Isa 42:5; 44:24; 45:12,18; Ac 17:24; Heb 11:3; Rev 4:11 1:2 c Jer 4:23 d Ps 104:30 1:3 e Ps 33:6,9; 148:5; Heb 11:3 f 2Co 4:6*

**Genesis 1:1—2:3**

The Scriptures begin with the bold affirmation that the entire creation is purposeful, intentional, and ordered. Rather than creation having been a random accident, God created the matter of which the cosmos is composed (Col. 1:16–17; Heb. 11:3). That which God has made is good, is owned by him, and is to be guarded by people. God is referred to in the plural, "Let us," believed by the church to refer to his triune nature. He's relational in his inner being, and people are made in his image. We are most fully human when we live in intimate community with God and with each other.

TURKEY*
Mountains of Ararat
Caspian Sea
Haran
SYRIA*
Tigris
Euphrates
IRAN*
Mediterranean Sea
LEBANON*
IRAQ*
Babel
Shechem
Bethel
ISRAEL*
Jerusalem
Hebron
EGYPT*
Beersheba
JORDAN*
Ur of the Chaldeans
Nile
SAUDI ARABIA*
KUWAIT*
Persian Gulf
Red Sea
0 300 Mi.
0 300 Km.
Modern names indicated by asterisk

**Setting of Genesis (1:1)**
Then: The events of Genesis took place in Eden, Babel, the region only much later known as Palestine, and Egypt.
Now: The Garden of Eden was probably located at the head of the Persian Gulf, at the confluence of the Tigris and Euphrates Rivers in modern Iraq.

3





WV-002802





WV-002803


Faith in Action Study Bible

General Editor Terry C. Muck

Project Management and Editorial Donna L. Huisjen

Editorial Development Denise Cavinee Koenig, Natalie J. Block

Theological Review Andrew Sloan, Tim Dearborn, Mike Klassen, Brian Sellers-Petersen

Production Management Phil Herich

Art Direction and Cover Design Jamie DeBruyn

Interior Design Sharon VanLoozenoord, Belmont, MI

Interior Proofreading Peachtree Editorial and Proofreading Service, Atlanta, GA

Interior Typesetting Blue Heron Bookcraft, Battle Ground, WA

GUARANTEE

Thank you for choosing a Zondervan product. We want to be sure you're satisfied with the quality of your purchase. We stand behind every product we make; that's why we guarantee each one for a lifetime against manufacturing defects. For more information on our quality guarantee and product care instructions, visit us at www.zondervan.com/guarantee.

# The World in the 21st Century

## Understanding today's world

Putting your faith into action in today's world requires an understanding of the needs around the globe. This section of the *Faith in Action Study Bible* will give you insight into the daily life of billions of people. You'll also gain a new perspective on your place in this world.

**There are more than 6 billion people in the world.**

One in two lives on less than $2 a day
One in three claims to be a Christian
One in four is under 14 years old
One in five is Chinese
One in six does not have access to health care
One in seven does not get enough to eat