# EXHIBIT MF-14

CONFIDENTIAL

**WVUS Policy Manual**



| | |
|---|---|
| | Christian Commitment & Witness |
| | Effective: 08 Aug 2011 |
| | |

**1.0 Purpose**

To affirm World Vision United States (WVUS) commitment to:

•Follow the living Christ, individually and corporately in faith and conduct, publicly and privately, in accord with the teaching in His Word (the Bible);

•Witness to the revelation of God (Father, Son, Holy Spirit) and the redemptive work of Jesus Christ in all aspects of ministry; and

•Adhere to our Statement of Faith or the Apostles Creed, our Core Values, and the Partnership Policy on Witness to Jesus Christ.

**2.0 Policy**

2.1 **Christian Commitment by our Staff**

All World Vision staff must subscribe to World Vision's Statement of Faith and/or Apostle's Creed in Jesus Christ.  Staff members include full-time, part-time, on-call, and limited term employees, as well as volunteers and interns (but not vendors, contractors, or agency temporaries).

2.2 **Christian Witness in Life, Word, Deed & Sign**

Through word and deed, WVUS staff must be committed to glorify God and witness to His love in the person of His Son Jesus Christ in all aspects of their lives and work, calling others to a life-changing commitment to serve the poor in the name of Christ.  Based on the model of Jesus Christ, a staff member's life, deed, and word and the signs of God's action, are inseparable means of conveying the gospel message and obeying the biblical mandate to serve the poor in the name of Christ.  God's love for us motivates our lifelong commitment of WVUS staff to follow Christ and integrates and motivates all aspects of the rest of WVUS' ministry: transformational development, emergency relief, the promotion of justice, strategic initiatives, and public awareness.  Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say.  We

CONFIDENTIAL

cannot separate who we are from what we do as we aim to work in a manner that encourages people to be life-long followers of Christ.

The following are indispensable elements of being a credible witness to Jesus Christ. Individually and corporately, we acknowledge that we may fall short of the standards stated in this Christian Witness policy, but they serve as goals, by which we hold each other accountable and to which we will return in repentance when we fail.

*Christian Witness and…*

2.2.1 **Personal commitment to Christ**

WVUS claims the revelation of God in Jesus Christ as truth and will yield to His lordship over all creation – persons, communities, structures and nature.  Our desire is to model Christ-like behavior at and away from work, so that people will be drawn to placing their personal faith in Him and follow His Compassionate Lordship.  As stated in the World Vision Partnership Policy on Witness to Jesus Christ:  "World Vision believes that being Christians, living as Christians, doing Christian service and verbally sharing the good news about Jesus Christ are inseparable aspects of the gospel."  WVUS recognizes that effective Christian witness is first expressed in the lives of staff and how we love and serve one another.  WVUS affirms the central importance of such things as prayer, worship, bible study, fellowship, and regular introspection and repentance in maturing our relationship with Christ.

The WVUS staff represents many Christian traditions and expressions.  A common commitment to what WVUS believes concerning faithfulness in biblical belief and conduct, despite this diversity of biblically faithful backgrounds, strengthens WVUS and helps us better understand those we serve.

2.2.2 **The workplace**

The workplace reflects our Christian unity and love for each other.  WVUS will ever pursue a greater integration and obedience- individually and corporately- of the teachings of Jesus Christ and the biblical principles that underlie its mission.  While acknowledging each individual's personal responsibility for spiritual enrichment, WVUS will enhance the spiritual development of its staff by providing them devotions, prayer, chapel, biblical reflection, and other opportunities to mature in their relationship with Christ.

 2.2.3 **Communications & external relations**

WVUS will be clear about its Christian identity in all communications pieces and relationships with government bodies, partner organizations, and donors.

By holistically serving those in physical and spiritual need, WVUS will: encourage people to embrace a deeper personal relationship with Jesus Christ; use language and methods that are God-honoring and truthful as measured against the standards of Scripture; and be sensitive to culture and audience and seek to unify, not divide.

2.2.4 **Relationships with churches and Christian organizations**

CONFIDENTIAL

WVUS will cooperate and ally with Biblically-faithful Christian churches and organizations locally, nationally, and internationally, to help them serve the poor and to help WVUS more fully understand the breadth and depth of its gospel mandate.  Ministry to the poor and to donors will be done in a way that promotes Christian unity and serves, supports, and encourages the Biblically-faithful Christian church.

2.2.5 **Cultural awareness**

WVUS will practice and communicate its faith in ways that are sensitive to and appropriate for the audience and the cultural context in which it works and that center upon the teaching and work of Jesus Christ, so that the wide spectrum of Christ's followers can partner around a common allegiance to and obedience of Him.

2.2.6 **Programs**

In agreement with the Partnership Policy on Witness To Jesus Christ, WVUS encourages each national office to develop and implement an overall Christian Witness program and to allocate a portion of WVUS sponsorship funding (up to 10%) for such programming in sponsorship communities. WVUS will fund programs that clearly complement each national office's Christian Witness program and those that help assure appropriate long-term Christian Witness, staff spiritual nature, and Church relations programming. WVUS's programs are offered to people in need, regardless of their religious beliefs and without proselytism.

2.2.7 **The promotion of justice**

On behalf of the poor, neglected, and marginalized people of the world, WVUS will advocate for the biblical justice modeled by Jesus Christ as it interacts with individuals, communities, and institutions (churches, businesses, and governments).

2.3 **Periodic Review**

Senior Management will periodically review WVUS' progress in fulfilling the purpose and goals of this policy.

2.4 **RELATED POLICIES:**

2.4.1 WVUS Board Standing Policy

•Sections 1.3.1, 3.6.1, 4.1, 4.3

2.4.1 WVUS Related Policies

•Business Ethics and Christian Conduct

**3.0 Persons Affected/Scope**

Reserved

**4.0 Policy Owner**

WV-000029

CONFIDENTIAL

4.1 All operational policies are developed, approved, and owned by the CEO/President as stated in the Board Standing Policy.

4.2 Human Resources is responsible for appropriately vetting any substantive changes to this policy before recommending changes for the President's approval.

**5.0 Definitions**

Reserved

**6.0 Procedures**

Reserved

**7. 0 Appendices/Forms**

Reserved

| | |
|---|---|
| Effective Date: | 08 Aug 2011 |
| Approved By: | Richard E. Stearns, President |
| Approved By: | Julie Regnier, Sr. Vice President, Human Resources |
| Document History: | Administrative revision deleting section 4.0 and inserting approved language per CEO/President mandate for consistent language in section 4.0 for all operational policies |