# EXHIBIT MF-16

CONFIDENTIAL

DCS Trainee Onboarding January 1, 2021



WV-006115

CONFIDENTIAL

DCS Trainee Onboarding January 1, 2021



WV-006116

CONFIDENTIAL

DCS Trainee Onboarding January 1, 2021



WV-006117

CONFIDENTIAL

DCS Trainee Onboarding January 1, 2021



WV-006118