EXHIBIT MF-18

CONFIDENTIAL

### World Vision United States' Standards of Conduct -for Employees -

The purpose of this document is to clarify World Vision United States' (WVUS) expectations of conduct for individuals considering employment with WVUS and for its employees.

WVUS is a faith based organization comprised of Christian employees from a variety of many church traditions and denominations including Anglican, Evangelical, Historic Protestant, Orthodox, Pentecostal, Roman Catholic, Wesleyan and other Trinitarian churches. As such, our employee population is a multi-denominational fellowship of Christians united by a shared doctrine described in the Apostles' Creed and/or WV's statement of faith.  We seek to be an organization that is "Christian" in every sense of the word; therefore, all staff represent WVUS – and more importantly, the Gospel of Jesus Christ – in their work as well as in their private lives.  While WVUS offers our programs to people in need, regardless of their religious beliefs and without proselytism, WVUS employees cannot separate who we are from what we do as we aim to work in a manner that draws people to Christ.  Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say

Through life, word and deed, WVUS staff must be committed to glorifying God and witnessing to His love in the person of His Son Jesus Christ in all aspects of their lives and work, calling others to a life-changing commitment to serve the poor in the name of Christ. We seek to value and honor our staff and abide by biblically-sound standards that bring honor to God and one another. We desire to model Christ-like behavior at and away from work so that people will be drawn to placing their personal faith in Him and will follow His compassionate Lordship.

It is impossible for World Vision to identify every form of behavior that we understand the Bible defines as acceptable and unacceptable to God.  Therefore, we have provided the following guidelines.  Our hope is that this information will help clarify expectations and assist candidates/employees in deciding whether or not WVUS is the right place for them to serve the Lord.  If further clarity on our conduct policy is needed, candidates/employees are encouraged to talk with their recruiter and/or HR Business Partner.

1.  **How can I know what WVUS considers "biblically-sound standards" and behavior "consistent with our Christian commitment and witness"?**

    *World Vision acknowledges that "all have sinned and fall short of the glory of God, and are justified freely by His grace through the redemption that came by Christ Jesus." (Romans 3:23-24)  WVUS is not looking for "perfect" human beings, but repentant followers of Jesus.  Open, ongoing, unrepentant sin is not acceptable at World Vision. We recognize that singling out certain behaviors as unacceptable requires drawing a line based on the determination of whether that particular behavior is: disruptive in the workplace, reflects poorly on the name of Christ or WVUS' reputation, distracts us from our core mission, compromises the safety of oneself or others or is likely to be offensive or off-putting to our donors and/or church partners.  Christians may sincerely reach different conclusions on some behaviors; but for this private organization, the Board of Directors and senior management of WVUS discern and establish the standards to be upheld by employees. Rather than trying to itemize behavioral do's and don'ts, consider the following Biblical guidelines:*

    A.  ***Does this behavior, wherever engaged in, glorify God?  Does it cause others to praise your Heavenly Father?  Is it worthy of Jesus Christ?*** [See Matthew 5:16; Colossians 1:9-12; I Corinthians 10:31-11:1; Ephesians 4:22-24]

CONFIDENTIAL

B. ***Does it build up other Christians and encourage love and good deeds?*** [See Hebrews 10:23-25; Ephesians 4:1-3; 15-16; Ephesians 5:3-4; Colossians 3:15-17]

C. ***Is it loving?*** [See John 13.34-35; Ephesians 5:1-2; Galatians 5:13]

D. ***Does it advance truth and truthfulness?*** [See I John 1:5-7; 3:18; Ephesians 4:25; 2 Timothy 2:15]

E. ***Is it good stewardship, i.e., a responsible way to use God-given time, talent and resources?*** [See I Peter 4:10; Ephesians 2:10; Colossians 3:23-24]

F. ***Is this behavior consistent with the teachings of scripture?*** [See Philippians 1:27; Titus 2:11-12; Galatians 5:22-25; Romans 13:13-14; Matthew 19:4-5; Proverbs 26:20; I Corinthians 6:9-10; 6:12-13; 6:17-19; Philippians 4:8]

Note:  Scripture verses mentioned above can be found in Attachment I of this document.  Unless otherwise noted, Scripture is quoted from Today's New International Version (TNIV)

## 2. Does WVUS have the right to have such standards that address my behavior outside as well as during my work hours?

*Yes, it does under decades of well-established law. The religious freedom guaranteed in the First Amendment to the U.S. Constitution as well as a number of federal statutes (including the Civil Rights Act of 1964) guarantee that a church or religious association such as WVUS has the right to consider religious criteria in employment matters.  This includes the right to set and apply to job applicants and employees standards of conduct that are based on sincere religious belief.*

## 3. Do WVUS's standards apply to my private relationships or conduct outside of the workplace?

*Yes. We are Christian 24/7, not just while we are in the office.  While WVUS seeks to respect the privacy of its employees, one's life away from work is an important component of one's witness as a Christian.  As a Christian organization WVUS expects biblically-faithful conduct both within and outside the workplace to ensure that conduct of our employees reinforces, and does not divert our focus from, our core mission: to serve the poor in the name of Christ.*

*Any behavior inside or outside the workplace which becomes: disruptive in the workplace, reflects poorly on the name of Christ or WVUS's  reputation, distracts us from our core mission, compromises the safety of oneself or others, or is likely to be offensive or off-putting to our donors and/or church partners, may be grounds for discipline or dismissal.*

*Examples of these behaviors include, but are not limited to:*

- *substance or alcohol over use or abuse;*
- *harassment of any type;*
- *child or spousal abuse or neglect;*
- *sexual exploitation and trafficking in persons (human trafficking)*
- *theft, fraud, embezzlement, corruption, bribery, misappropriations, or inappropriate removal or possession of property belonging to WVUS, a co-worker, or a vendor;*
- *greed and indifference to the needs of the poor;*
- *sexual conduct outside the Biblical covenant of marriage between a man and a woman;*
- *malicious gossip;*
- *fighting or threatening violence; etc.*

WVUS expects that all individuals who accept an offer of employment with WVUS will try to the best of their abilities to conduct themselves according to these expectations.  WVUS reserves the right to define acceptable conduct for WVUS staff and to end the employment of an individual who fails to comply with these expectations.

WV-000036

CONFIDENTIAL

**ATTACHMENT I**
**SCRIPTURE QUOTES**

### A.  DOES IT GLORIFY GOD? DOES IT CAUSE OTHERS TO PRAISE YOUR HEAVENLY FATHER? IS IT WORTHY OF JESUS CHRIST?

- Matthew 5:16:  "In the same way, let your light shine before others, that they may see your good deeds and glorify your Father in heaven."

- Colossians 1:9-12: "We continually ask God to fill you with the knowledge of his will through all the wisdom and understanding that the Spirit gives,  so that you may live a life worthy of the Lord and please Him in every way: bearing fruit in every good work, growing in the knowledge of God,  being strengthened with all power according to his glorious might so that you may have great endurance and patience,  and giving joyful thanks to the Father, who has qualified you to share in the inheritance of his people in the kingdom of light."

-  1 Corinthians 10:31–11:1: "So whether you eat or drink or whatever you do, do it all for the glory of God. Do not cause anyone to stumble, whether Jews, Greeks or the church of God— even as I try to please everybody in every way.  For I am not seeking my own good, but the good of many, so that they may be saved.  Follow my example, as I follow the example of Christ."

- Ephesians 4:22–24:  "You were taught, with regard to your former way of life, to put off your old self, which is being corrupted by its deceitful desires; to be made new in the attitude of your minds;  and to put on the new self, created to be like God in true righteousness and holiness."

### B.  DOES IT BUILD UP OTHER CHRISTIANS AND ENCOURAGE LOVE AND GOOD DEEDS?

- Hebrews 10:23-25: "Let us hold unswervingly to the hope we profess, for he who promised is faithful. And let us consider how we may spur one another on toward love and good deeds,  not giving up meeting together, as some are in the habit of doing, but encouraging one another—and all the more as you see the Day approaching."

- Ephesians 4:1-3; 15-16: ". . . I urge you to live a life worthy of the calling you have received.  Be completely humble and gentle; be patient, bearing with one another in love.  Make every effort to keep the unity of the Spirit through the bond of peace."   ". . . speaking the truth in love, we will in all things grow up into Him who is the head, that is, Christ.  From Him the whole body, joined and held together by every supporting ligament, grows and builds itself up in love, as each part does its work."

- Ephesians 5:3-4:"But among you there must not be even a hint of sexual immorality, or of any kind of impurity, or of greed, because these are improper for the Lord's people. Nor should there be obscenity, foolish talk or coarse joking, which are out of place, but rather thanksgiving."

- Colossians 3:15-17: "Let the peace of Christ rule in your hearts, since as members of one body you were called to peace. And be thankful.  Let the message of Christ dwell among you richly as you teach and admonish one another with all wisdom through psalms, hymns and songs from the Spirit, singing to God

3

with gratitude in your hearts. And whatever you do, whether in word or deed, do it all in the name of the
Lord Jesus, giving thanks to God the Father through him."

## C.  IS IT LOVING?

- John 13:34-35:  "A new command I give you:  Love one another.  As I have loved you, so you must
  love one another.  By this everyone will know that you are my disciples, if you love one another."

- Ephesians 5:12:  "Follow God's example, therefore, as dearly loved children and walk in the way of love,
  just as Christ loved us and gave himself up for us as a fragrant offering and sacrifice to God."

- Galatians 5:13: "You, my brothers and sisters, were called to be free. But do not use your freedom to
  indulge the sinful nature; rather, serve one another humbly in love."

## D.  DOES IT ADVANCE TRUTH AND TRUTHFULNESS?

- 1 John 3:18:  "Dear children, let us not love with words or tongue but with actions and in truth."

- Ephesians 4:25: "Therefore each of you must put off falsehood and speak truthfully to your neighbor, for
  we are all members of one body."

- 2 Timothy 2:15: "Do your best to present yourself to God as one approved, a worker who does not need
  to be ashamed and who correctly handles the word of truth."

- 1 John 1:5-7: "This is the message we have heard from Him and declare to you: God is light; in Him
  there is no darkness at all.  If we claim to have fellowship with Him and yet walk in the darkness, we lie
  and do not live out the truth.  But if we walk in the light, as he is in the light, we have fellowship with
  one another, and the blood of Jesus, his Son, purifies us from all sin."

## E.  IS IT GOOD STEWARDSHIP (i.e., A RESPONSIBLE WAY TO USE GOD-GIVEN TIME, TALENT AND TREASURE/RESOURCES?

- 1 Peter 4:10:  "Each of you should use whatever gift you have received to serve others, as faithful
  stewards of God's grace in its various forms."

- Ephesians 2:10:  "For we are God's workmanship, created in Christ Jesus to do good works, which God
  prepared in advance for us to do."

- Colossians 3:23-24: "Whatever you do, work at it with all your heart, as working for the Lord, not for
  human masters,  since you know that you will receive an inheritance from the Lord as a reward. It is the
  Lord Christ you are serving."

## F.      IS THIS BEHAVIOR CONSISTENT WITH THE TEACHINGS OF SCRIPTURE?

- Philippians 1:27:  "Whatever happens, as citizens of heaven live in a manner worthy of the gospel of
  Christ.  Then, whether I come and see you or only hear about you in my absence, I will know that you
  stand firm in the one Spirit, striving together with one accord for the faith of the gospel."

4

WV-000038

CONFIDENTIAL

- Titus 2:11-12:  "For the grace of God has appeared that offers salvation to all people.  It teaches us to say 'No' to ungodliness and worldly passions, and to live self-controlled, upright and godly lives in this present age."

- Galatians 5:22-25: "But the fruit of the Spirit is love, joy, peace, patience, kindness, goodness, faithfulness, gentleness and self-control.  Against such things there is no law.  Those who belong to Christ Jesus have crucified the sinful nature with its passions and desires.  Since we live by the Spirit, let us keep in step with the Spirit."

- Romans 13:13-14: "Let us behave decently, as in the daytime, not in carousing and drunkenness, not in sexual immorality and debauchery, not in dissension and jealousy. Rather, clothe yourselves with the Lord Jesus Christ, and do not think about how to gratify the desires of the sinful nature."

- Matthew 19:4-5: "Haven't you read, he replied, "that at the beginning the Creator 'made them male and female,' and said, 'For this reason a man will leave his father and mother and be united to his wife, and the two will become one flesh'?"

- Proverbs 26:20: "Without wood a fire goes out; without a gossip a quarrel dies down."

- I Corinthians: 6:9-10; 6:12-13; 6:17-19: "Do you not know that the wicked will not inherit the kingdom of God?  Do not be deceived: neither the sexually immoral nor idolaters nor adulterers nor male prostitutes nor homosexual offenders….will inherit the kingdom of God. 'I have the right to do anything', you say— but not everything is beneficial. 'I have the right to do anything'—but I will not be mastered by anything. You say, 'Food for the stomach and the stomach for food, and God will destroy them both.' The body, however, is not meant for sexual immorality but for the Lord, and the Lord for the body.  But whoever is united with the Lord is one with Him in spirit. Flee from sexual immorality. All other sins people commit are outside their bodies, but those who sin sexually sin against their own bodies.  Do you not know that your bodies are temples of the Holy Spirit, who is in you, whom you have received from God? You are not your own . . ."

- Philippians 4:8:  "Finally, brothers and sisters, whatever is true, whatever is noble, whatever is right, whatever is pure, whatever is lovely, whatever is admirable – if anything is excellent or praiseworthy – think about such things."

WV-000039