# EXHIBIT MF-19

CONFIDENTIAL

**FREQUENTLY ASKED QUESTIONS**
**Christian Commitment and Witness**
**Standards of Conduct**

The purpose of this document is to provide a resource for clarity to employees and employment candidates regarding World Vision's expectations for Christian Commitment and Witness related to the words that we use, and how we conduct our lives.

Through word and deed, WVUS staff must be committed to glorifying God and witness to His love in the person of His Son Jesus Christ in all aspects of their lives and work, calling others to a life-changing commitment to serve the poor in the name of Christ. We seek to value and honor our staff and abide by biblically-sound standards and expectations that bring honor to God and one another. We desire to model Christ-like behavior, at and away from work, so that people will be drawn to placing their personal faith in Him and follow His compassionate Lordship. Effective Christian witness is first expressed in the lives of staff and how we love and serve. We are Christians from a variety of over 35 church traditions including Anglican, Evangelical, Historic Protestant, Orthodox, Pentecostal, Roman Catholic, Wesleyan and other Trinitarian churches. Because all staff share a common Statement of Faith, because we seek to be an organization that is "Christian" in every sense of the word, and because all staff represent WVUS – and more importantly, the Gospel of Jesus Christ – in their work as well as in their private lives, we expect our staff to consistently conduct themselves with honesty and integrity. As our programs are offered to people in need, regardless of their religious beliefs and without proselytism, we cannot separate who we are from what we do as we aim to work in a manner that draws people to Christ. Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say.

It is impossible for World Vision to list all forms of acceptable and unacceptable behavior. Therefore, we have provided answers to some frequently asked questions. It is our hope that this information will help clarify expectations. If further clarity is needed, employees are encouraged to talk with their managers and/or their HR generalists; employment candidates are encouraged to talk with the recruiter.

## FAQs:
Note: Scripture references are provided within the FAQ's. The scripture is written out at the end of this document.

1. **How can I know what WVUS considers "biblically-sound standards" and behavior "consistent with our Christian commitment and witness"?**

   *Christians may sincerely reach different conclusions on some behaviors. But for this private organization, the Board of Directors of WVUS discerns the standards to be upheld by employees. World Vision acknowledges that "all have sinned and fall short of the glory of God, and are justified freely by His grace through the redemption that came by Christ Jesus." (Romans 3:23-24) Open, ongoing, unrepentant sin is not acceptable at World Vision. Rather than trying to itemize behavioral do's and don'ts, consider the following Biblical guidelines:*

   A. **Does it glorify God? Does it cause others to praise your Heavenly Father? Is it worthy of Jesus Christ?** [See Colossians 1:9-12; I Corinthians 10:31-11:1; Ephesians 4:22-24]
   B. **Does it build up other Christians and encourage love and good deeds?** [See Hebrews 10:23-25; Ephesians 4:1-3; 15-16; Ephesians 5:3-4; Colossians 3:15-17]
   C. **Is it loving?** [See Galatians 5:13; 22-26; John 13.34-35; Ephesians 5:1-2]
   D. **Does it advance truth and truthfulness?** [See I John 1:5-7; 3:18; Ephesians 4:25; 2 Timothy 2:15]
   E. **Is it good stewardship, i.e., a responsible way to use God-given time, talent and resources?** [See I Peter 4:10; Ephesians 2:10; Colossians 3:23-24]
   F. **Does it express sexuality solely within a faithful marriage between a man and a woman?** [See Hebrews 13:4; Romans 13:13-14; I Corinthians 6:9-10; 12-13; 17-19; I Thessalonians 4:3-5]

2. **Does WV have the right to have such standards that address my behavior outside as well as during my work hours?**
   *Yes, it does under long and well-established law. The religious freedom guarantee in the First Amendment to the U.S. Constitution as well as a number of federal statutes (including the Civil Rights Act of 1964) guarantee that a church or religious association like WVUS has the right to consider religious criteria in employment matters. This includes the right to set and apply to job applicants and employees standards of conduct that are based on sincere religious belief.*

3. **DoWV's standards apply to my private relationships?**

   *Yes. WVUS seeks to respect the privacy of its employees. However, even your life away from work is an important component of your witness as a Christian and it is subject to WVUS's Standards of Conduct. For example, being sexually active with someone other than your spouse of the opposite sex fails WVUS' Standard of Conduct. If that behavior becomes known to WVUS it can result in adverse employment action, up to and including termination. Any action taken by WVUS will be consistent with the*

WV-004694

CONFIDENTIAL

*principles described in Section 1 above (i.e. open, ongoing and unrepentant sin is not acceptable). By adhering to this Standard, WVUS seeks to honor the Biblical model of a monogamous heterosexual marriage.*

### SCRIPTURE QUOTES
Note: Scripture is quoted from Today's New International Version (TNIV) unless noted otherwise.

A. **DOES IT GLORIFY GOD? DOES IT CAUSE OTHERS TO PRAISE YOUR HEAVENLY FATHER? IS IT WORTHY OF JESUS CHRIST?**

- Colossians 1:9-12: "We continually ask God to fill you with the knowledge of his will through all the wisdom and understanding that the Spirit gives, so that you may live a life worthy of the Lord and please Him in every way: bearing fruit in every good work, growing in the knowledge of God, being strengthened with all power according to his glorious might so that you may have great endurance and patience, and giving joyful thanks to the Father, who has qualified you to share in the inheritance of his people in the kingdom of light."

- 1 Corinthians 10:31–11:1: "So whether you eat or drink or whatever you do, do it all for the glory of God. Do not cause anyone to stumble, whether Jews, Greeks or the church of God— even as I try to please everybody in every way. For I am not seeking my own good, but the good of many, so that they may be saved. Follow my example, as I follow the example of Christ."

- Ephesians 4:22–24: "You were taught, with regard to your former way of life, to put off your old self, which is being corrupted by its deceitful desires; to be made new in the attitude of your minds; and to put on the new self, created to be like God in true righteousness and holiness."

B. **DOES IT BUILD UP OTHER CHRISTIANS AND ENCOURAGE LOVE AND GOOD DEEDS?**

- Hebrews 10:23-25: "Let us hold unswervingly to the hope we profess, for he who promised is faithful. And let us consider how we may spur one another on toward love and good deeds, not giving up meeting together, as some are in the habit of doing, but encouraging one another—and all the more as you see the Day approaching."

- Ephesians 4:1-3; 15-16: ". . . I urge you to live a life worthy of the calling you have received. Be completely humble and gentle; be patient, bearing with one another in love. Make every effort to keep the unity of the Spirit through the bond of peace." ". . . speaking the truth in love, we will in all things grow up into Him who is the head, that is, Christ. From Him the whole body, joined and held together by every supporting ligament, grows and builds itself up in love, as each part does its work."

- Ephesians 5:3-4: "But among you there must not be even a hint of sexual immorality, or of any kind of impurity, or of greed, because these are improper for the Lord's people. Nor should there be obscenity, foolish talk or coarse joking, which are out of place, but rather thanksgiving."

- Colossians 3:15-17: "Let the peace of Christ rule in your hearts, since as members of one body you were called to peace. And be thankful. Let the message of Christ dwell among you richly as you teach and admonish one another with all wisdom through psalms, hymns and songs from the Spirit, singing to God with gratitude in your hearts. And whatever you do, whether in word or deed, do it all in the name of the Lord Jesus, giving thanks to God the Father through him."

C. **IS IT LOVING?**

- Galatians 5:22-26: "But the fruit of the Spirit is love, joy, peace, patience, kindness, goodness, faithfulness, gentleness and self-control. Against such things there is no law. Those who belong to Christ Jesus have crucified the sinful nature with its passions and desires. Since we live by the Spirit, let us keep in step with the Spirit. Let us not become conceited, provoking and envying each other."

- Ephesians 5:12: "Follow God's example, therefore, as dearly loved children and walk in the way of love, just as Christ loved us and gave himself up for us as a fragrant offering and sacrifice to God."

- Galatians 5:13: "You, my brothers and sisters, were called to be free. But do not use your freedom to indulge the sinful nature; rather, serve one another humbly in love."

2

WV-004695

**D. DOES IT ADVANCE TRUTH AND TRUTHFULNESS?**

- 1 John 3:18: "Dear children, let us not love with words or tongue but with actions and in truth."

- Ephesians 4:25: "Therefore each of you must put off falsehood and speak truthfully to your neighbor, for we are all members of one body."

- 2 Timothy 2:15: "Do your best to present yourself to God as one approved, a worker who does not need to be ashamed and who correctly handles the word of truth."

- 1 John 1:5-7: "This is the message we have heard from Him and declare to you: God is light; in Him there is no darkness at all.  If we claim to have fellowship with Him and yet walk in the darkness, we lie and do not live out the truth.  But if we walk in the light, as he is in the light, we have fellowship with one another, and the blood of Jesus, his Son, purifies us from all sin."

**E. IS IT GOOD STEWARDSHIP (i.e., A RESPONSIBLE WAY TO USE GOD-GIVEN TIME, TALENT AND TREASURE/RESOURCES?**

- 1 Peter 4:10:  "Each of you should use whatever gift you have received to serve others, as faithful stewards of God's grace in its various forms."

- Ephesians 2:10:  "For we are God's workmanship, created in Christ Jesus to do good works, which God prepared in advance for us to do."

- Colossians 3:23-24: "Whatever you do, work at it with all your heart, as working for the Lord, not for human masters,  since you know that you will receive an inheritance from the Lord as a reward. It is the Lord Christ you are serving."

**F.     DOES IT EXPRESS SEXUALITY SOLELY WITHIN A FAITHFUL MARRIAGE BETWEEN A MAN AND A WOMAN?**

- Hebrews 13:4:  "Marriage should be honored by all, and the marriage bed kept pure, for God will judge the adulterer and all the sexually immoral."

- Romans 13:13-14: "Let us behave decently, as in the daytime, not in carousing and drunkenness, not in sexual immorality and debauchery, not in dissension and jealousy. Rather, clothe yourselves with the Lord Jesus Christ, and do not think about how to gratify the desires of the sinful nature."

- 1 Corinthians 6:9-10; 6:12-13; 17-19: "Do you not know that the wicked will not inherit the kingdom of God?  Do not be deceived: neither the sexually immoral nor idolaters nor adulterers nor male prostitutes nor homosexual offenders….will inherit the kingdom of God. 'I have the right to do anything,' you say—but not everything is beneficial. 'I have the right to do anything'—but I will not be mastered by anything.  You say, 'Food for the stomach and the stomach for food, and God will destroy them both.' The body, however, is not meant for sexual immorality but for the Lord, and the Lord for the body.  But whoever is united with the Lord is one with Him in spirit. Flee from sexual immorality. All other sins people commit are outside their bodies, but those who sin sexually sin against their own bodies.  Do you not know that your bodies are temples of the Holy Spirit, who is in you, whom you have received from God? You are not your own; . . ."

- I Thessalonians 4:3-5: "It is God's will that you should be sanctified: that you should avoid sexual immorality;  that each of you should learn to control your own body  in a way that is holy and honorable,  not in passionate lust like the pagans, who do not know God;. . .."

NOTE: According to Strong's Concordance, the Greek word for "sexual immorality" ("fornication" in the King James Version) means illicit sexual intercourse" to include adultery, homosexuality and fornication.

The dictionary definition of "Fornication" refers to "voluntary sexual intercourse between two unmarried persons or two persons not married to each other." (www.dictionary.com)

3

WV-004696