# EXHIBIT MF-20

CONFIDENTIAL



COMMONLY ASKED QUESTIONS

# Do you hire LGBTQ individuals?

Published 2/18/2022

*People of any sexual orientation can work at World Vision as long as they agree with our statement of faith and abide by our conduct policy.*

World Vision has the freedom to hire people who live out biblical standards of conduct. We expect all employees, regardless of sexual orientation, to live by these standards, outlined in our conduct policy, including remaining celibate outside of marriage. It's our deeply held belief that marriage is a Biblical covenant between a man and a woman. This is made clear to people applying to work at World Vision.

We understand that some Christians might not agree with our stance, but our standards reflect our interpretation of Scripture. Working at World Vision may not be for everyone.