# EXHIBIT MF-21

**CONFIDENTIAL**

Donor Contact Services / References / Escalated Topics

# Hiring Practices

Created by Cleo Lujan-Eckhart
Last updated: Mar 11, 2022 • 8 min read

**General Statement**

World Vision exists to bring life in all its fullness to children and their communities (John 10:10). At the core of our mission and identity is our faith. Who we hire determines what we do, how we do it, and where we go as an organization. This unanimity of foundational creed and conduct is essential to our mission to serve the poor, as well as our Christian witness to the world.

View our Statement of Faith and the Apostles' Creed.

**Employees Must be Christian**

World Vision U.S. is both an equal opportunity employer and a faith-based religious organization. This means that we conduct hiring without regard to race, color, ancestry, national origin, citizenship, age, sex, marital status, parental status, membership in any labor organization, political ideology, or disability of an otherwise qualified individual. The status of World Vision U.S. as faith-based equal opportunity employer permits us to hire staff based on their Christian religious beliefs so that all staff share the same religious commitment.

The Civil Rights Act of 1964, Section 702 42 USC 2000E-1(A) provides World Vision U.S. the right to hire only candidates who agree with World Vision's Statement of Faith and/or the Apostles' Creed which is found under the Equal Opportunity Employer section on our website at http://www.worldvision.org/about-us/job-opportunities/working-for-world-vision .

**Hiring of Christians may be Viewed as Discrimination**

The Civil Rights Act of 1964 allows religious groups to maintain their faith-based identities by limiting their hiring to those who share their faith. No faith-based organization - Muslim, Jewish, Hindu, Buddhist, or Christian - should be forced to change its organizational identity and culture in order to receive public funds, so long as those funds are used as they are intended: to deliver effective social services and not promote any religious beliefs. World Vision has been receiving federal funds for our work serving the poor for more than 25 years - not because we are Christian, but because of the quality of our programs.

**Hiring Outside the U.S.**

Regarding World Vision's hiring practices, it is our policy that, whenever and wherever possible, staff are selected based on their skills for the position and their faith in Jesus Christ. However, because God calls us to work in places where the practice of Christianity may be illegal or where other religions are predominant, there may not be qualified local Christians. As a result, exceptions to our policy may be made. In countries where Christians are a minority, we do employ people of other faiths - or people of no faith. Those in senior leadership roles, however, are required to meet World Vision's standards of Christian commitment and professional competence.

For additional information, we encourage you to visit https://www.worldvision.org/about-us/job-opportunities

Employment information, both here and abroad, can be found at https://www.worldvision.org/about-us/job-opportunities/jobs

**Employment and Sexual Orientation**

We don't ask pre-employment questions surrounding one's sexual orientation during the applicant process. We don't exclude from employment those with a same-sex orientation; we do expect that all employees, regardless of orientation, abide by our standards of conduct, which among other things requires employees to remain abstinent outside of marriage between a man and a woman.

We honor employees' privacy, assume the best about their commitments to abide by our standards of conduct, and don't look for involvement in the private lives of individuals. We take employees at their word in matters of their private lives, unless we have facts to the contrary. Our response to potential violations of our standards of conduct that come to our attention is to first ask employees about the situation and treat our employees with sensitivity, discretion, and care, along with providing an opportunity to align with our standards of conduct.

**Benefits to Spouses of Employees in Same-Sex Marriages**

*The statement below was provided by Risk with approval from HR and Legal:*

No, we do not offer benefits to someone in a same-sex marriage as we believe in the Biblical covenant of marriage between a man and a woman.

**Media Coverage**

▾ 2010 Court of Appeals Ruling over lawsuit by former World Vision Employees

WV-002849

We applaud the August 23, 2010, ruling by the U.S. Court of Appeals for the Ninth Circuit, upholding our legally protected practice of hiring people of like-minded faith. The tenets of the faith at issue in this case are foundational to the definition of a Christian.

The ruling affirmed that World Vision, U.S. qualifies as a religious organization under the 1964 Civil Rights Act. Our Christian faith has been the foundation of our work since the organization was established in 1950, and our hiring policy is vital to the integrity of our mission to serve the poor as followers of Jesus Christ.

World Vision's Statement of Faith, or the alternative, the Apostles' Creed, is consistent with all orthodox expressions of the Christian faith. Belief in the Trinity and the divinity of Christ is what unites Roman Catholics and Protestants, including evangelicals and Pentecostals, as well as Russian Orthodox Christians, and others.

World Vision U.S. is both an equal opportunity employer and a faith-based religious organization. This means that we conduct hiring without regard to race, color, ancestry, national origin, citizenship, age, sex, marital status, parental status, membership in any labor organization, political ideology, or disability of an otherwise qualified individual. The status of World Vision U.S. as a faith-based equal opportunity employer permits the organization to hire staff based on their Christian religious beliefs so that all staff share the same religious commitment.

Pursuant to the Civil Rights Act of 1964, Section 702 42 USC 2000E-1(A) World Vision U.S. has the right to, and does, hire only candidates who agree with World Vision's Statement of Faith and/or the Apostles' Creed (http://www.worldvision.org/about-us/job-opportunities/working-for-world-vision ), which can be found under the Equal Opportunity Employer section.

To learn more about our Christian identity and hiring practices, please visit our website (http://www.worldvision.org/about-us/job-opportunities/who-we-are ).

World Vision does not discriminate on the basis of religion when it comes to distributing aid. In fact, we work in many countries where there are few, if any, Christians, and where Christian teaching is not welcome. In all cases, we abide by local laws and respect local customs. Where we have a common goal such as preventing the spread of HIV or helping survivors of a disaster we work with local religion leaders of many faiths.

We'll continue to vigorously defend our organization's freedom to hire employees who share our faith, as do other religious organizations, whether Muslim, Buddhist, Jewish, or Christian.

### April 2012 Christianity Today article on USAID grantee policy on sexual orientation

An article in the April 2012 issue of Christianity Today magazine highlights USAID asking grantees to develop anti-discrimination policies regarding sexual orientation. Here is a link to the story: http://www.christianitytoday.com/ct/2012/april/USAID-policy-hiring.html .

Please use the following points to respond to any donor inquiries about the article:

- Because our faith is so central to our work and our identity, all employees of World Vision in the US are asked to affirm our shared statement of faith and also to abide by the standards of conduct which our board of directors has established as important for our faith community.
- World Vision does not discriminate in our hiring based on race, gender, age, nationality or sexual orientation. However, we do set a high standard of expected conduct for our employees- both inside and outside of the workplace - which is derived from our understanding of biblically based principles and teachings.
- With regard to the issue of sexuality, we expect celibacy for all unmarried employees whether heterosexual or homosexual in orientation. World Vision accepts the traditional teaching of scripture that sexuality was intended to be expressed only within marriage and that marriage is a God ordained covenant between a man and a woman.
- World Vision expects all of our employees to act with love and kindness toward all people. As a result, through our work we equally serve all people regardless of sexual orientation, race, religion, ethnicity, or gender.

If you are unable to address questions using the talking points provided or the call is from a journalist/reporter, please email the caller's questions and contact info to DCSCommunications.

### June 2015 Supreme Court's Decision on Gay Marriage

The Supreme Court ruling does not affect faith-based organizations like World Vision US. Our Christian faith is central to our work and identity and we maintain a practice of hiring those who share our faith in religious belief, observance and practice. The right of World Vision US to practice hiring only Christians was affirmed in 2010 in the federal appeals court under the Civil Rights Act of 1964, which protects the practice of hiring people who share the same religious beliefs and conduct standards.

**Q&A**

**What is World Vision US's opinion of the Supreme Court's decision to recognize SSM as a constitutional right?**
World Vision US believes marriage is a biblical covenant between a man and a woman and will continue to uphold our standards of conduct reflecting that belief.

**Does this ruling impact World Vision US's hiring practice?**
The ruling does not affect faith-based organizations like World Vision US. Our Christian faith is central to our work and identity and we maintain a practice of hiring those who share our faith and conduct standards. The right of World Vision US to practice hiring only Christians was affirmed in 2010 in the federal appeals court under the Civil Rights Act of 1964, which protects the practice of hiring people who share the same religious beliefs and conduct standards.

**Does the decision have any impact on World Vision US's work globally or in the U.S.?**
No.

**Will the WVUS President and Board of Directors have to rescind last year's employee conduct policy reversal?**
No, the decision made last March 26, 2014, remains in effect.

**Where does your organization stand on same-sex unions?**
World Vision US believes the bible is clear that marriage is a covenant between a man and a woman.

CONFIDENTIAL

**Does this ruling affect World Vision US's tax-exempt status?**

No, it does not affect our tax-exempt status. Contributions to World Vision US remain fully deductible by donors and its revenue fully exempt from government taxation.

**Does this ruling affect World Vision US's eligibility for federal grants?**

No.

**Does World Vision US consider hiring people unwilling to comply with the standards of conduct policy?**

No. A part of the candidate qualifying process includes screening for willingness to comply with the standards of conduct, which will not change as a result of the ruling. Those candidates whom meet both the job criteria and biblical conduct criteria are considered fully qualified according to our hiring standards.

**Has World Vision US fired people for being either practicing or celibate homosexuals?**

No. However, World Vision US does have sexual conduct expectations, delineated in our conduct policy, which impact both heterosexual and same-sex attracted individuals. World Vision US does not ask applicants or employees about their sexual orientation and that has never been grounds for termination.

**Would World Vision US fire an employee for admitting to an active homosexual lifestyle?**

Yes, if the employee is unwilling to bring his or her conduct into compliance with World Vision's conduct policy. If we became aware of such a situation, we would discuss the matter with him or her, point out that this is not consistent with the standards of conduct, and note that further employment would not be possible should they be unwilling to bring their conduct that falls outside our policy back in alignment.

**Would World Vision US recognize the legal same-sex marriage of one of its staff members?**

World Vision US does not ask about its staff's sexual behavior, but each employee is informed of our conduct policy and signs a statement that he or she is willing to abide by it. If an employee disclosed that he or she is married to a person of the same sex, or if World Vision US became aware of such a situation, we would discuss the matter with him or her and point out that this is not consistent with the standards of conduct. At the point of confirming such a marriage exists, further employment of this individual would not be possible.

Be the first to add a reaction     No labels

WV-002851

4/11/22, 1:33 PM                              Hiring Practices - Donor Contact Services - Confluence                              **CONFIDENTIAL**

Donor Contact Services  /  References  /  Escalated Topics

# Hiring Practices

Created by Cleo Lujan-Eckhart
Last updated: **Mar 11, 2022** • 8 min read

**General Statement**

World Vision exists to bring life in all its fullness to children and their communities (John 10:10). At the core of our mission and identity is our faith. Who we hire determines what we do, how we do it, and where we go as an organization. This unanimity of foundational creed and conduct is essential to our mission to serve the poor, as well as our Christian witness to the world.

View our Statement of Faith and the Apostles' Creed.

**Employees Must be Christian**

World Vision U.S. is both an equal opportunity employer and a faith-based religious organization. This means that we conduct hiring without regard to race, color, ancestry, national origin, citizenship, age, sex, marital status, parental status, membership in any labor organization, political ideology, or disability of an otherwise qualified individual. The status of World Vision U.S. as faith-based equal opportunity employer permits us to hire staff based on their Christian religious beliefs so that all staff share the same religious commitment.

The Civil Rights Act of 1964, Section 702 42 USC 2000E-1(A) provides World Vision U.S. the right to hire only candidates who agree with World Vision's Statement of Faith and/or the Apostles' Creed which is found under the Equal Opportunity Employer section on our website at http://www.worldvision.org/about-us/job-opportunities/working-for-world-vision .

**Hiring of Christians may be Viewed as Discrimination**

The Civil Rights Act of 1964 allows religious groups to maintain their faith-based identities by limiting their hiring to those who share their faith. No faith-based organization - Muslim, Jewish, Hindu, Buddhist, or Christian - should be forced to change its organizational identity and culture in order to receive public funds, so long as those funds are used as they are intended: to deliver effective social services and not promote any religious beliefs. World Vision has been receiving federal funds for our work serving the poor for more than 25 years - not because we are Christian, but because of the quality of our programs.

wV-002852

### Hiring Outside the U.S.

Regarding World Vision's hiring practices, it is our policy that, whenever and wherever possible, staff are selected based on their skills for the position and their faith in Jesus Christ. However, because God calls us to work in places where the practice of Christianity may be illegal or where other religions are predominant, there may not be qualified local Christians. As a result, exceptions to our policy may be made. In countries where Christians are a minority, we do employ people of other faiths - or people of no faith. Those in senior leadership roles, however, are required to meet World Vision's standards of Christian commitment and professional competence.

For additional information, we encourage you to visit https://www.worldvision.org/about-us/job-opportunities

Employment information, both here and abroad, can be found at https://www.worldvision.org/about-us/job-opportunities/jobs

### Employment and Sexual Orientation

We don't ask pre-employment questions surrounding one's sexual orientation during the applicant process. We don't exclude from employment those with a same-sex orientation; we do expect that all employees, regardless of orientation, abide by our standards of conduct, which among other things requires employees to remain abstinent outside of marriage between a man and a woman.

We honor employees' privacy, assume the best about their commitments to abide by our standards of conduct, and don't look for involvement in the private lives of individuals. We take employees at their word in matters of their private lives, unless we have facts to the contrary. Our response to potential violations of our standards of conduct that come to our attention is to first ask employees about the situation and treat our employees with sensitivity, discretion, and care, along with providing an opportunity to align with our standards of conduct.

### Benefits to Spouses of Employees in Same-Sex Marriages

*The statement below was provided by Risk with approval from HR and Legal:*

No, we do not offer benefits to someone in a same-sex marriage as we believe in the Biblical covenant of marriage between a man and a woman.

### Media Coverage

> 2010 Court of Appeals Ruling over lawsuit by former World Vision Employees

> April 2012 Christianity Today article on USAID grantee policy on sexual orientation

> June 2015 Supreme Court's Decision on Gay Marriage

WV-002853

Be the first to add a reaction                                                                                      No labels

wV-002854