# EXHIBIT MF-22

CONFIDENTIAL

## World Vision Christian Compatibility

**Christian Compatibility Screening (Christian Commitment and Standards of Conduct)**

Let's shift our conversation to an important discussion around how your Christian beliefs align with World Vision's. First, it may surprise you that all WVUS staff are Christian. We have each wholeheartedly agreed with either our Statement of Faith or The Apostles Creed. Both of those documents are found on our careers page. What many people don't realize is that US law for a long time has protected the right of faith groups like World Vision to decide whether a potential employee would align with our organization based on questions around personal faith and a person's conduct. That's why you see questions on our formal job application that ask whether you are a Christian or not, are a committed believer of Jesus Christ, attend a church, and ask you to describe your faith in Jesus.

Now, as we know, denominations have differing interpretations of scripture which can cause some challenges within the Christian community. It's even quite possible you and I may not share the same exact beliefs. And that's ok. I am not here to judge your beliefs. With all this in mind, I am going to walk you through a few questions that will help ensure for both of us that you are able to meet the conditions of employment for working at World Vision.

To begin, I'd like to learn more about your spiritual journey and then follow that by sharing with you some key highlights from our standards of conduct. We require employees to faithfully follow these standards at home and at the office while employed at World Vision. Along the way, I will also mention a couple things we do to formally integrate our faith with our work that will give you a sense of some the unique aspects of our workplace culture. Would that be ok?

| |
|---|
| Please share with me a brief summary of your faith journey as a Christian. |
| |
| Describe for me who you believe Jesus Christ is and what influence or impact he has had on your life? |
| |
| We have a diverse Christian staff comprised of employees from over 40 different Christian denominations. What does regular Christian fellowship and church involvement look like to you? |
| |
| I wanted to share a couple of ways we formally integrate our Christian faith into the weekly rhythm of our work: (1) weekly chapel services that include prayer, worship music, and a keynote speakers who delivers a Biblical message to staff and (2), teams are given time each week to participate in staff-led Bible devotions and fellowship. In addition, each employee has the opportunity to lead and participate in devotions. Do you have any questions about either of these activities? Would you be willing to actively participate in these expressions of group worship and instruction? |
| |

WV-001389

CONFIDENTIAL

II. Script to be Read to Candidate regarding our Standards of Conduct and Expectations for Employee Compliance

Thank you so much for being willing to share about your spiritual background. I now want to move into more information about World Vision's Standards of Conduct.

- At World Vision our aim is to hire employees who not only share our Christian faith and values, but also live them out both in and outside of work.
- Our employees are expected to conduct themselves in a manner consistent and compliant with the expectations outlined in our standards of conduct, which are Biblically-based.
- The lens we ask staff to use for determining whether or not their conduct is Biblically-based behavior would be to ask questions such as:
    - Does my behavior glorify God?
    - Does it build up other Christians and encourage love and good deeds?
    - Is it wise stewardship or use of the money, time, and opportunities I've been entrusted with?
    - Is my behavior consistent with the teachings of the Bible and World Vision's interpretation and application of it?
- As part of the standards of conduct,
    - World Vision does not accept any abusive behavior or neglect of a child.
    - We do not tolerate harassment of any type.
    - World Vision also expects all unmarried employees to be abstinent until marriage.
- World Vision sincerely believes that biblical marriage is intended to be between one man and one woman.   We understand that not everyone shares this same interpretation of scripture about a marriage being intended only for opposite sexes. World Vision does not judge your faith values or religious convictions nor are we trying to change them. I genuinely respect your right to hold to whatever religious belief you have. We do, however, want to be transparent about our beliefs as an organization, ensure you can adhere to the standards of conduct with your behavior, and give you the opportunity to decide if World Vision is right for you.

| |
|---|
| Do you have any questions about our expectations of employee beliefs and conduct ? |
| |
| It's important that you know of World Vision's expectations so that you can decide if we are the right organization for you.  By God's grace, are you committed to complying with our Standards of Conduct inside and outside of the workplace if employed by World Vision? |
| |
| Do you feel that World Vision is a good fit for you? |
| |

WV-001390

CONFIDENTIAL

**Christian Compatibility Screening (Christian Commitment and Standards of Conduct)**
WV is a Christian organization and because of that, I want to spend some time today talking with you about how we integrate our faith and work, about our religious values as an organization.
I want to begin with hearing a little about your personal faith journey. How does that sound?

Christian Commitment

| |
|---|
| Share with me your spiritual journey. |
| |
| How is God involved in your life right now?  What are you learning and discovering about God? |
| |
| Describe for me who you believe Jesus Christ is and what influence or impact he has had on your personal life? |
| |
| According to your profile you are attending church at….  Can I ask how long you've been attending there?  Are you involved in church activities? |
| |
| How do you feel about working in a diverse Christian environment where over 40 different Christian denominations are represented? |
| |


II. Key Points in Christian Conduct Conversation
At World Vision, we seek individuals who not only share our Christian faith and values, but also live them out both in and outside of work.  Our employees are expected to be in alignment with behaviors described in our standards of conduct, which are biblically based.  The lens for determining Biblically based behavior would be to ask:
- Does the behavior glorify God?
- Does it build up other Christians and encourage love and good deeds?
- Is it good stewardship (responsible use of His resources)?
- Is the behavior consistent with the teachings of Scripture?

Examples of behaviors that we believe are not in alignment with our standards of conduct and therefore unacceptable behavior for employees include:
- Child or spousal abuse or neglect
- Ongoing substance or alcohol abuse
- Harassment of any type
- Any sexual conduct outside of a marriage between a man and a woman
- Theft, fraud, embezzlement, bribery, gossip, slander, etc

| |
|---|
| Do you have any questions about our standards of conduct, the expectations we have of employee compliance with them or of our organizational culture and values? |
| |
| It's important that you know of World Vision's expectations so that you can decide if we are the right organization for you.  Are you willing and able to comply with the Standards of Conduct if employed by WV? |
| |
| Based on our conversation today, do you feel that WV seems like a good fit for you? |
| |

WV-001391

CONFIDENTIAL

## World Vision Christian Compatibility

**Christian Compatibility Screening (Christian Commitment and Standards of Conduct)**

Let's shift our conversation to an important discussion around how your Christian beliefs align with World Vision's. First, it may surprise you that all WVUS staff are Christian. They have each wholeheartedly agreed with either our Statement of Faith or Apostles Creed documents found on our careers page. What many people don't realize is that US law has given groups including World Vision the freedom to decide whether a potential employee would be a good fit with our organization based on questions around personal faith and a person's conduct. That's why you see questions on our formal job application that ask whether you are a Christian or not, are a committed believer of Jesus Christ, attend a church, and ask you to describe your faith in Jesus.

Now, as we know, denominations have differing interpretations of scripture which can cause some challenges within the Christian community. It's even quite possible you and I may not share the same exact beliefs. And that's ok. I am not here to judge your beliefs. With all this in mind, I am going to walk you through a few questions that will help ensure for both of us that working at World Vision is a good fit.

To begin, I'd like to learn more about your spiritual journey and then follow that by sharing with you some key highlights from our standards of conduct that we require employees to faithfully adhere to while working here. Along the way, I will also mention a couple things we do to formally integrate our faith with our work that will give you a sense of some the unique aspects of our workplace culture. Would that be ok?

| |
|---|
| Please share with me a brief summary of your faith journey as a Christian. |
| |
| How is God working in your life as you go through this current season? What are you learning and discovering about God? |
| |
| Describe for me who you believe Jesus Christ is and what influence or impact he has had on your life? |
| |
| Are you regularly attending a church at this time? What church? Can I ask how long you have been attending there? For the sake of conversation, are you involved in any church activities outside of attending worship services (e.g. serving/volunteering, participating in small groups or studies)? |
| |
| We have a diverse Christian staff comprised of employees from over 40 different Christian denominations. In light of that, do you feel comfortable about the prospect of integrating well into our work environment? |
| |

CONFIDENTIAL

> I wanted to share a couple of ways we formally integrate our Christian faith into the weekly rhythm of our work: (1) weekly chapel services that include announcements, prayer, worship music, and a keynote speakers who deliver a message to staff and (2), teams are given time each week to participate in staff-led Bible devotions and fellowship. In addition, each employee has the opportunity to lead and participate in devotions. Do you have any questions about either of these activities? Would you be willing to actively participate in these expressions of group worship and instruction?

II. Script to be Read to Candidate regarding our Standards of Conduct and Expectations for Employee Compliance

Thank you so much for being willing to share about your spiritual background. I now want to move into more information about World Vision's Standards of Conduct.

- At World Vision our aim is to hire employees who not only share our Christian faith and values, but also live them out both in and outside of work.
- Our employees are expected to conduct themselves in a manner consistent and compliant with the expectations outlined in our standards of conduct, which are Biblically-based.
- The lens we ask staff to use for determining whether or not their conduct is Biblically-based behavior would be to ask questions such as:
    - Does my behavior glorify God?
    - Does it build up other Christians and encourage love and good deeds?
    - Is it wise stewardship or use of the money, time, and opportunities I've been entrusted with?
    - Is my behavior consistent with the teachings of the Bible and World Vision's interpretation and application of it?
- As part of the standards of conduct, World Vision does not accept any abusive behavior or neglect of a child or to one's spouse. We do not tolerate harassment of any type. World Vision also expects all non-married employees to be celibate and all married employees to be faithful within a Biblically-based marriage covenant between a man and a woman.
- We understand that not everyone shares this same interpretation of scripture. World Vision does not judge your faith values or religious convictions nor are we trying to change them. I genuinely respect your right to hold to whatever religious belief you have. We do, however, want to be transparent about our beliefs as an organization, and give you the opportunity to decide if this is a good fit for you.

> Do you have any questions about the expectations we have of employee compliance with our standard of conduct or our organization cultural and values in general?

WV-001393

| |
|---|
| It's important that you know of World Vision's expectations so that you can decide if we are the right organization for you.  By God's grace, are you committed to complying with our Standards of Conduct inside and outside of the workplace if employed by World Vision? |
| |
| Based on our conversation today, do you feel that World Vision is a good fit for you? |
| |

WV-001394