# EXHIBIT MF-24

Exhibit MF-24 to the Declaration of Melanie Freiberg is a video recording of a DCS-led chapel service on June 11, 2008 that has been filed with the Clerk. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.