# EXHIBIT MF-25

Exhibit MF-25 to the Declaration of Melanie Freiberg is a video recording of a DCS-led chapel service on Sept. 1, 2010 that has been filed with the Clerk. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.