# EXHIBIT MF-26

Exhibit MF-26 to the Declaration of Melanie Freiberg is a video recording of a DCS-led chapel service on January 22, 2013 that has been filed with the Clerk. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.