# EXHIBIT MF-27

Exhibit MF-27 to the Declaration of Melanie Freiberg is a video recording of a DCS-led chapel service on June 26, 2019 that has been filed with the Clerk. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.