# EXHIBIT MF-28

Exhibit MF-28 to the Declaration of Melanie Freiberg is a video recording of a DCS-led chapel service on August 4, 2021 that has been filed with the Clerk. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.