# EXHIBIT MF-30



WV-006129



WV-006130



WV-006131



WV-006132



WV-006133







WV-006136



WV-006137



WV-006138

CONFIDENTIAL



WV-006139

CONFIDENTIAL



WV-006140

CONFIDENTIAL



WV-006141



WV-006142

CONFIDENTIAL



WV-006143



WV-006144



WV-006145

CONFIDENTIAL



CONFIDENTIAL



WV-006147

CONFIDENTIAL



WV-006148

CONFIDENTIAL



WV-006149

CONFIDENTIAL



WV-006150

CONFIDENTIAL



WV-006151

CONFIDENTIAL



WV-006152



WV-006153

CONFIDENTIAL



WV-006154

CONFIDENTIAL



World Vision   eCAMPUS      Home / Course List   Help ▾   English (en) ▾

Search 🔍      🔔 💬 Kyle Whitcomb

⚙ ▾

EXIT

**Question 3 / 6**

True or false?
Our faith and beliefs are not important to our identity as a Partnership.

◯ True

◯ False

Submit

◀ Suggested starter questions for the get-together          Jump to...          A Prayer from Archbishop Oscar Romero ▶

World Vision   eCAMPUS      Home / Course List   Help ▾   English (en) ▾

Search 🔍      🔔 💬 Kyle Whitcomb

⚙ ▾

EXIT

**Question 4 / 6**

True or false?
The Our Promise global strategy is an expression of our faith and calling.

◯ True

◯ False

Submit

◀ Suggested starter questions for the get-together          Jump to...          A Prayer from Archbishop Oscar Romero ▶

WV-006155

CONFIDENTIAL



WV-006156

CONFIDENTIAL



WV-006157