# EXHIBIT MF-31



WV-005244

Hope Over Fear Article on the Vine from March 23, 2020



### Hope over Fear Donor Prayer Requests



Last week at chapel, we had the opportunity to hear from our donors and pray over some of their requests. This was just a fraction of the thousands of requests we received. Many donors have asked for prayer over fear, anxiety, uncertainty, finances, health, and for leadership decisions in light of COVID-19. We know we serve a powerful God who hears our prayers and that we can be bold in our requests, pleas, and cries to Him during this challenging time.

### We invite all staff to join us in prayer.

Once you have prayed for a donor, simply click the checkbox and close the browser window. This is very similar to the donor prayer time that during the Day of Prayer. **Important: Prayer request are confidential and for internal use only.**

*Published on March 23, 2020*

Not only are our donors grateful to have World Vision pray for them, but it's such a blessing for us to be able to! Thank you for taking time to pray for them during such a time as this.

WV-003114



↩ Reply all ⌄ | 🗑 Delete | ⊘ Junk | Block sender | ⋯

# Join the World Vision Hope Over Fear Prayer Chain

 **SendAll**
Mon 4/27/2020 10:58 AM
👍 ↩ ↩ → 🎁 ⋯

Bcc: **Sendall WVUS All Locations**

Dear World Vision Family,

I would like to invite you to join the World Vision Hope Over Fear Prayer Chain.The scripture tells us in 2 Timothy 1:7 that as Christians, "God gave us a spirit not of fear but of power and love and self-control." Join your fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, and to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?
A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! *We will seek the Lord's face and ask Him for direction, strength, encouragement and favor.* (Exodus 33)

## Prayer Warriors: Please sign up for a day and time to pray each week for World Vision, our partners, and our donors. We are receiving prayer requests daily from our donors, and we ask that you join us in praying.

## What do you need to do to join the movement?
Please follow this **link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then, go to the **Hope Over Fear Prayer Chain article** on the Vine to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for. We'll be adding more prayers each week, as donors have submitted more than **5,000** prayers to us.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff, and for the children, families, and communities that we serve.

Seeking His Face in Grace and Peace,

**Michael Sieber**
Vice President, Channel Development and Management

Reply | Reply all | Forward

about:blank
WV-003115



# UPDATE: Hope Over Fear prayer chain

 Michael Sieber - US

Sign Up for a Prayer Time

Hope over Fear Prayer Requests

## UPDATE: January 22, 2021

The Hope Over Fear prayer chain launched last April with more than **5,000 donor prayer requests** waiting to be lifted in prayer. On launch day, Michael Sieber posted a passionate appeal to World Vision employees in the U.S. to commit to praying over donor prayer requests at least 15 minutes a week. Prayer requests were also distributed at the Day of Prayer virtual event. **Because of the amazing efforts from WVUS employees, every single donor prayer request on the list had been prayed for!** It was a huge accomplishment, and one that had never been reached!

Since October 2, an **additional 2,578 prayer requests** were posted on Hope Over Fear and were prayed for.

DCS agents continue logging donor prayer requests daily in the Voice of the Donor database and they are shared on the Hope Over Fear prayer list. There are currently **510 prayer requests** dating back to December 29.

WV-003116

Let's continue our commitment to praying for our donors at least 15 minutes a week. New sign-ups are always welcome, or you can simply click the Hope over Prayer Requests button above whenever the Spirit prompts you. Additional details below.

**PREVIOUSLY POSTED**

Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement and favor. (Exod. 33)

## What do you need to do to join the movement?

Please follow **this link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff and for the children, families and communities that we serve.

WV-003117

4/20/22, 10:14 AM
Case 2:21-cv-00920-JLR   Document 28-31   Filed 04/11/23   Page 7 of 25
Donors continue to share their prayer requests



# Donors continue to share their prayer requests

 Michael Sieber - US

Sign Up for a Prayer Time

Hope over Fear Prayer Requests

## UPDATE: June 1, 2021

Since the last update in January, an additional 2,709 donor prayer requests were lifted up to our Lord.

DCS enters an average of 150-200 donor prayer requests daily into the Voice of the Donor system. There are currently 927 prayer requests that date back to April 23 waiting to be prayed over.

Let's revive our commitment to praying for our donors. You can sign up for 15 minutes a week (same time and day) or simply visit the prayer list whenever you feel led to a time of prayer.

And pray in the Spirit on all occasions with all kinds of prayers and requests. With this in mind, be alert and always keep on praying for all the Lord's people. Eph 6:18 NIV

## PREVIOUSLY POSTED

WV 003118

Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement and favor. (Exod. 33)

## What do you need to do to join the movement?

Please follow **this link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff and for the children, families and communities that we serve.

WV-003119



↩ Reply all  ∨   🗑 Delete   ⊘ Junk   Block sender   ⋯

# Join the World Vision Hope Over Fear Prayer Chain

✦ **SendAll**                                👍 ↩ ↩ → 🎁 ⋯
   Mon 4/27/2020 10:58 AM
   Bcc: **Sendall WVUS All Locations**

Dear World Vision Family,

I would like to invite you to join the World Vision Hope Over Fear Prayer Chain.The scripture tells us in 2 Timothy 1:7 that as Christians, "God gave us a spirit not of fear but of power and love and self-control." Join your fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, and to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?
A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! *We will seek the Lord's face and ask Him for direction, strength, encouragement and favor.* (Exodus 33)

## Prayer Warriors: Please sign up for a day and time to pray each week for World Vision, our partners, and our donors. We are receiving prayer requests daily from our donors, and we ask that you join us in praying.

## What do you need to do to join the movement?
Please follow this **link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then, go to the **Hope Over Fear Prayer Chain article** on the Vine to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for. We'll be adding more prayers each week, as donors have submitted more than **5,000** prayers to us.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff, and for the children, families, and communities that we serve.

Seeking His Face in Grace and Peace,

**Michael Sieber**
Vice President, Channel Development and Management

Reply  |  Reply all  |  Forward

WV-004845

4/20/22, 10:20 AM
UPDATE: Hope Over Fear prayer chain
Case 2:21-cv-00920-JLR   Document 28-31   Filed 04/11/23   Page 10 of 25



# UPDATE: Hope Over Fear prayer chain

 Michael Sieber - US

Sign Up for a Prayer Time

Hope over Fear Prayer Requests

## UPDATE: January 22, 2021

The Hope Over Fear prayer chain launched last April with more than **5,000 donor prayer requests** waiting to be lifted in prayer. On launch day, Michael Sieber posted a passionate appeal to World Vision employees in the U.S. to commit to praying over donor prayer requests at least 15 minutes a week. Prayer requests were also distributed at the Day of Prayer virtual event. **Because of the amazing efforts from WVUS employees, every single donor prayer request on the list had been prayed for!** It was a huge accomplishment, and one that had never been reached!

Since October 2, an **additional 2,578 prayer requests** were posted on Hope Over Fear and were prayed for.

DCS agents continue logging donor prayer requests daily in the Voice of the Donor database and they are shared on the Hope Over Fear prayer list. There are currently **510 prayer requests** dating back to December 29.

Let's continue our commitment to praying for our donors at least 15 minutes a week. New sign-ups are always welcome, or you can simply click the Hope over Prayer Requests button above whenever the Spirit prompts you. Additional details below.

**PREVIOUSLY POSTED**

Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement and favor. (Exod. 33)

## What do you need to do to join the movement?

Please follow **this link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff and for the children, families and communities that we serve.

WV-004932

4/20/22, 10:14 AM
Case 2:21-cv-00920-JLR   Document 28-31   Filed 04/11/23   Page 12 of 25
Donors continue to share their prayer requests



# Donors continue to share their prayer requests

 Michael Sieber - US

<div style="border:1px solid #ccc">Sign Up for a Prayer Time</div>

<div style="border:1px solid #ccc">Hope over Fear Prayer Requests</div>

## UPDATE: June 1, 2021

Since the last update in January, an additional 2,709 donor prayer requests were lifted up to our Lord.

DCS enters an average of 150-200 donor prayer requests daily into the Voice of the Donor system. There are currently 927 prayer requests that date back to April 23 waiting to be prayed over.

Let's revive our commitment to praying for our donors. You can sign up for 15 minutes a week (same time and day) or simply visit the prayer list whenever you feel led to a time of prayer.

And pray in the Spirit on all occasions with all kinds of prayers and requests. With this in mind, be alert and always keep on praying for all the Lord's people. Eph 6:18 NIV

## PREVIOUSLY POSTED

WV-004933

Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement and favor. (Exod. 33)

## What do you need to do to join the movement?

Please follow **this link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff and for the children, families and communities that we serve.

WV-004934



# Hope over Fear donor prayer requests

<div align="center">JOIN US IN PRAYING FOR OUR DONORS</div>

*And pray in the Spirit on all occasions with all kinds of prayers and requests. With this in mind, be alert and always keep on praying for all the Lord's people. Eph 6:18 NIV*

Let's revive our commitment to praying for our donors! Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement, and favor. (Exod. 33)

## What do you need to do to join the movement?

Go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff, and for the children, families, and communities that we serve.

WV-006063

**World Vision**®

(https://www.worldvision.org)

PRAYERS (HTTPS://WWW.WORLDVISION.ORG/FILTER/PRAYERS)

# 8 keys to a more powerful prayer life in 2022



I love Luke 5:16 because it shows that just like you and me, Jesus needed a break from the demands of his busy life to recharge his batteries and spend time with his Heavenly Father. The life of Christ is intended to give us examples we can follow and learn from (/christian-faith-news-stories/matthew-25-prayer-reflection). So, even though he was God incarnate, Jesus didn't draw on his superpowers as the Son of God when it came to facing life's challenges. Instead, when he was exhausted or burdened or in need of spiritual refreshment, he would "slip away" to pray — plugging into the power, perception, and purpose that can only be found in God's presence.

> But Jesus Himself would often slip away to the wilderness and pray.

*—Luke 5:16, AMP*

WV-003509

Prayer is one of the most powerful weapons God has given us, and looking ahead at 2022, I believe it has never been more important for God's people to be on our knees. But knowing how to pray is not always easy. Jesus' disciples felt the same confusion. They were familiar with the oft-repeated prayers of the Torah. But Jesus prayed with a kind of authority and power they had never seen before — as though God was listening! So when they came to Jesus, as told in Matthew 6, they didn't say, "Teach us another prayer." They said, "Lord, teach us to pray."

The Lord's Prayer (Matthew 6:9–13) is Christ's response. It is a beautiful prayer and one that every Christian should hide in their heart — I challenged my granddaughter to memorize it. But elegant as the words are, I do not believe Jesus intended it to become another ritualistic prayer. Rather, it was to be an example of *how* to pray.

This, then, is how you should pray:
'Our Father in heaven,
hallowed be your name,
your kingdom come,
your will be done,
on earth as it is in heaven.
Give us today our daily bread.
And forgive us our debts,
as we also have forgiven our debtors.
And lead us not into temptation,
but deliver us from the evil one.'

—*Matthew* 6:9–13, NIV

Here are eight keys that have helped me develop a more powerful and effective prayer life. I hope they will encourage you to make 2022 a year of prayer.

## 1. Know to whom you are speaking.

WV-003510

Prayer is a conversation with God, and every conversation begins by addressing the person to whom you are speaking by name. Jesus begins with "Our Father in heaven." He focuses on a distinct person — the Heavenly Father with whom he has a personal relationship. We share the same right to call God "Father," and there are times when we need to talk with our Abba Father, Daddy God. But God is three distinct persons in One: the Father, the Son, and the Holy Spirit.

I find it helpful in my prayer times to focus on which of the Holy Trinity I need to talk to. Often I talk to Jesus, the friend who is closer than a brother and the Savior of my soul. Other times I cry out to the Holy Spirit, who fills and empowers me to do the tasks Father God has called me to do. Having a distinct sense of who I am speaking to helps me formulate what I want to say and how I want to say it.

## 2. Thank him.

A heartfelt thank you is always a great conversation starter. Like any parent, God loves to see that we have grateful hearts. But more importantly, as we take the time to praise God for all He has done in the past — the answered prayers, the impossible situations overcome, the healings and grace — our faith to believe for even greater answers to prayer grows stronger and more confident. Praise opens the gates of heaven and should always be part of our alone time with God.

## 3. Ask for God's will.

The Lord's Prayer is not the only place where Jesus role-modeled a heart of obedience and submission to the will of God over his own desires and needs. In the Garden of Gethsemane, only hours before Jesus' crucifixion, he would once again pray, "not my will, but yours be done." In a world where right and wrong are frequently confused and the future is so uncertain, it can be hard to know how to pray or what to ask for when difficult circumstances arise. But the one thing we can know with absolute certainty is that God's plan for those who love him is good, and the safest place we can be is in the center of his divine will.

## 4. Say what you need.

In Jesus' time, bread was a staple — one of the most basic needs of life — and he did not hesitate to ask God to provide it. But we often hesitate to bother God with the little things we need, thinking he shouldn't be bothered. And when the big problems come, we try everything we can to solve the problem *before* we think to pray. The Bible says, "You do not have because you do not ask God." So never hesitate to ask God for what you need in 2022. Your Father in heaven delights to give you good gifts.

WV-003511

## 5. Ask for forgiveness.

James 5:16 reminds us that if we want our prayers to be heard, our hearts need to be right with God and with one another. If you feel your prayers are bouncing off the ceiling, take some time to check your heart.

## 6. Pray with a friend.

There is power in agreement when we pray in Jesus' name.  When I have an urgent need to take before the throne of God, I will often call a friend to pray with me.  If you don't already have one, make finding a trusted prayer partner one of your goals in 2022.

## 7. Pray the Word.

My mother was a spiritual prayer warrior, and much that I know about prayer I learned from her. I loved to listen to her pray because for every need or situation, she would claim a scripture of promise. "The Word of God has power and is our great spiritual weapon," Mama would say. "Pray the Word, Marilee. Pray the Word."

Jesus did the same when he was tempted by Satan in the wilderness (see Luke 4:1-12). He was the Son of God, but he did not use his divine authority. Instead, he used the authority of the Scriptures.

## 8. Memorize Scripture.

The most important key to a vibrant prayer life is to understand our spiritual authority in Christ as explained in the Scriptures. The only way to do that is to become intimately familiar with the Bible. Even a few minutes a day in the Word of God will add strength and authority to your prayers in 2022.

Pray with us for World Vision's work around the world.

✉ (/#email)   f (/#facebook)   ᵖ (/#pinterest)   🐦 (/#twit

PRAY NOW (HTTPS://WWW.WORLDVISION.ORG/FILTER/PRAYERS?CAMPAIGN=310

WV-003512

(https://www.addtoany.com/share#url=https%3A%2F
faith-news-stories%2Fkeys-powerful-prayer-life-
2022&title=8%20keys%20to%20a%20more%20pow

OUR WORK :

*Christian Faith (https://www.worldvision.org/category/christian-faith-news-stories)*

WRITTEN BY:

*Marilee Pierce Dunker (https://www.worldvision.org/author/marilee_pierce_dunker)*

UPDATED ON:

*December 27, 2021*

## Get the Hope Over Fear Prayer Guide

TELL ME MORE (HTTPS://WORLDVISION

---

## Christian Faith

*View All Stories (https://www.worldvision.org/category/christian-faith-news-stories)*

In Uganda, Angelo prioritizes daily Bible reading, prayer, and worship to grow his family's belief in God.

CHANGE MAKERS

### Stir your faith: 6 ways to put faith into action
(https://www.worldvision.org/christian-faith-news-stories/stir-your-faith-6-ways-put-faith-into-action)

Children laugh while sitting on a stoop.

FROM THE FIELD

WV-003513

# 12 reasons to have hope in 2022
(https://www.worldvision.org/christian-faith-news-stories/12-reasons-hope-2022)



In 2021, 90% of World Vision's total operating expenses were used for programs that benefit children, families, and communities in need. Learn More ›
(https://www.worldvision.org/about-us/financial-accountability)

every single penny counts
(https://www.worldvision.org/about-us/financial-accountability)

we're an open book
(https://www.worldvision.org/about-us/financial-accountability)

we maximize your impact
(https://www.worldvision.org/about-us/financial-accountability)

| DONATE | › |
| ABOUT US | › |
| MEDIA CENTER | › |

**BACK TO TOP**

WV-003514

NEWS & STORIES >

MY WORLD VISION (SIGN IN)

MY BASKET >

CAREERS & INTERNSHIPS >

SITE MAP >

CHANGE COUNTRY/REGION >

WORLD VISION INTERNATIONAL >

REPORT A CONCERN >

한국어 >

中文 >

CONTACT US

f

(https://www.facebook.com/worldvision)        (https://twitter.co

Featured Sponsorships:    Africa (https://www.worldvision.org/sponsor-a-child/sponsor-a-child-in-africa)

Girls (https://www.worldvision.org/sponsor-a-child?view=grid&CG=F&search=Girls)

Boys (https://www.worldvision.org/sponsor-a-child?view=grid&CG=M&search=Boys)

Select a child for me (https://donate.worldvision.org/chooseachild?dest=detail)



WV-003515

Charity Navigator

(https://www.charitynavigator.org/index.cfm?
bay=search.summary&orgid=4768)



Better Business Bureau

(https://www.give.org/charity-reviews/national/child-
sponsorship/world-vision-in-federal-way-wa-12791)



Evangelical Council for Financial Accountability

We are proud to be reviewed and held
accountable by these independent third-
party organizations:

(https://www.ecfa.org/MemberProfile.aspx?ID=5968)



GuideStar

(https://www.guidestar.org/profile/95-1922279)



CharityWatch

(https://www.charitywatch.org/ratings-and-metrics/world-
vision/176)

World Vision Inc. is a registered 501(c)3 nonprofit organization. All donations are tax deductible in full or in part.
(https://www.worldvision.org/donating-to-world-vision)

| Security | Privacy Policy | Terms of Use |
|---|---|---|
| (https://www.worldvision.org/security) | (https://www.worldvision.org/privacy-policy) | (https://www.worldvision.org/terms-of-use) |

© 2022 World Vision, Inc. All rights reserved.

WV-003516

## WVUS DEVOTION GUIDELINES

### STATEMENT ON THE PURPOSE OF CORPORATE WORSHIP, DEVOTIONS AND PRAYER

World Vision is a diverse partnership of followers of Jesus Christ committed to serving God through the ministry of World Vision (WV). The main purpose of our corporate worship, devotions and prayer is to draw us closer to God and to be encouraged to serve God in the fulfillment of our unique organizational calling.

Through our corporate worship, Bible study and prayer, we pray that God humbles, encourages, refreshes, unites and empowers us to be faithful in the mission to which we are called. We pray that God will be glorified, that those in poverty and oppression will experience justice and release, and that God's kingdom will indeed come on earth as it is in heaven. (*Common Mission, Common Lord, Tim Dearborn*)

### DEVOTIONS

We draw closer to God and are encouraged as we serve God through regular department/divisional devotions. Devotions are a time for staff to gather to:

- ❖ Entrust our work and ourselves to God.
- ❖ Pray for the work of World Vision: to prepare our hearts and our team for the work of the day; to remember those we serve – the children, the vulnerable, the suffering; and to remember our donors and ministry partners.
- ❖ Pray for our staff: our co-workers working alongside of us; our staff throughout the world – especially those working in difficult places; and personal concerns/work challenges of staff.
- ❖ Build closer relationships with one another.

### LENGTH OF DEVOTIONS

The intent of devotion is for departments to meet fours times a week (excluding the day of Chapel) for 10 minutes. This provides time for reading of Scripture and prayer for the daily work. However, leadership is allowing each department to determine the day(s) and time for devotions that is best for their departments, with a maximum time of 45 minutes per week.

### LEADERSHIP OF DEVOTIONS

In addition to being a part of every WVUS job description, rotating leadership among staff provides an excellent opportunity to experience the many and diverse spiritual expressions and faith traditions represented at World Vision.

- ❖ We encourage leaders to present devotions in the spirit of Paul's exhortation to "*be completely humble and gentle; be patient, bearing with one another in love. Make every effort to keep the unity of the Spirit through the bond of peace.*" (Ephesians 4:2-3, NIV)
  - o We especially encourage restraint from any comments that may be perceived as judgmental, divisive or alienating towards any specific faith tradition(s). For additional information see *Kingdom Connectors/Kingdom Dividers* in Appendix A.
- ❖ For staff members who are not comfortable leading devotions, we suggest asking another staff member to co-lead with them.
  - o In addition, training is available titled "How to Lead Devotions" which may be offered to teams, or individuals may view a webinar version of the training. For information on this training, contact the Spiritual Formation Coordinator.

### DEVOTION CONTENT

Appropriate devotional materials will:

- ❖ Be Christ-centered.
- ❖ Be consistent with the teaching of Scripture.
- ❖ Be based on biblical principles.
- ❖ Address issues faced in the context of our work.
- ❖ Apply to the spiritual nurture of our staff

For a list of suggested materials, please see Appendix B.

APPENDIX A

*KINGDOM CONNECTORS AND KINGDOM DIVIDERS*

[1]As a prisoner for the Lord, then, I urge you to live a life worthy of the calling you have received.
[2]Be completely humble and gentle; be patient, bearing with one another in love.
[3]Make every effort to keep the unity of the Spirit through the bond of peace.
Ephesians 4:1-3, NIV

As we seek to obey the biblical mandate to serve the poor in the name of Christ and to bear witness to God's love for all people, our effectiveness is enhanced when we model Christ-like characteristics towards one another within the workplace. Focusing on Christ's character and love enables us to emphasize what unites us, rather than what divides us.
Devotions are an opportunity to unite us in the midst of our cultural and spiritual diversity as we focus on our One Lord and Savior, Jesus Christ.

World Vision recognizes that there are shared beliefs within the community of Christian faith. KINGDOM CONNECTORS represent these uniting beliefs.

Authority of Scripture
Christ's uniqueness
Jesus as Savior and Lord
Life "in Christ" through personal faith
Love for neighbors through social action
Worship, Prayer and Sacraments
Presence of God's Spirit
Power of good and evil
Community and Belonging
Witness and Mission

KINGDOM DIVIDERS represent beliefs where differing views exist.

Views of Scripture*
Modes of Baptism
Worship Styles
Women in Leadership
Personal Faith or Social Action
Charismatic or Non Speaking in Tongues
Born Again Salvation or Sacramental Salvation
Decision or Process Evangelism
Eucharistic Diversity
Lifestyle Standards
Social Ethics

*"In the essentials unity, in the nonessentials liberty, and in all things charity."*
Rupertus Meldenius

* Christians are in agreement that the Bible (including both testaments) is the highest authority for our beliefs and practices. However, differing views exist with regards to the extent of its inspiration and inerrancy.

Reviewed and affirmed by WVUS Senior Leadership Team February 2010
WVUS Capacity Development

WV-002814

APPENDIX B

*Devotional Resources*

1. Resources that focus on the mission of World Vision.
- **Current WVI Bible Study:** Available on Intranet/Faith at Work/Devotions
- Previous studies may be found on the Christian Commitments section of the WVI Global Centre website. You may access the WVI Global Centre website from the home page of the WVUS intranet.
  - Available studies include: 2001 Discipleship Bible Study; 2002 Peace building Bible Study: 2003 Vision Statement Bible Study; 2005 Women in Leadership Bible Study; 2006 Micro-enterprise Development Bible Study Workbook; 2006 Transformational Development Bible Study; 2007 God's Purpose for our lives; 2008 Doing Justice and Advocacy Bible Study; 2009 Discernment Bible Study.

2. **Fiscal Year Scripture verse – quarterly and monthly themes:** A devotional on the current fiscal year scripture verse is available on the Intranet/Faith at Work/Devotions.

3. **A testimony of faith**

4. **A passage from a devotional** –
   Resources for on-line devotionals:
   - www.crosswalk.com/faith/devotionals;
   - www.catholic.org/bible;
   - www.thehighcalling.org

5. **A passage from a book** that has impacted your life
   - Share why/how the book impacted you.
   - Read only small portions, key passages.

6. **Prayer led devotions**
   - Use regularly the WVI monthly prayer guide  – available on the Prayer Connection (Intranet/Prayer Connection)
   - Pray for current projects and work your team is engaged in.
   - Pray for the children we work with and our donors

7. **A passage of Scripture**
   - When using a passage of Scripture, it is helpful to begin your time with prayer, asking the Holy Spirit to teach and provide wisdom and understanding.
   - Read through the passage several times slowly; pay attention to words, phrases that speak to you.   If possible, read in several translations.   What does God seem to be saying in this passage?
   - Look for:
     - Different names, titles, pronouns used for God (or Christ, or Holy Spirit). Make a list of everything you learn about God (or Christ, or Holy Spirit).
     - Repeated words or phrases?  What do you learn about these words/phrases?
     - Promises from God
     - Instructions for us to follow
   - Prayerfully, reflect on the passage considering the items above – or others that come to your mind.
   - Consider a couple of key findings that are important for our work and ministry and/or for our spiritual nurture.

8. **Music**
   - Play an inspiring song on a CD – have copies of the words available.
   - Lead worship by playing an instrument