# EXHIBIT MF-32



# Living Out Our Faith at Work

## Christ-Centered Life and Work

The norm within World Vision is that all staff are committed followers of Jesus Christ. This includes living out a compassionate approach to witness and service, as well as seeking to develop spiritual maturity and supporting corporate spirituality. We do this by:

- Linking personal mission and work to spirituality
- Affirming and explaining the basic beliefs of the Christian faith
- Reflecting Christ-like values in work and life
- Seeking spiritual growth for self and others
- Demonstrating a growing understanding of and respect for Christian diversity
- Respecting and relating appropriately to people of other faiths
- Contributing to corporate spirituality

## Corporate Spirituality

While our staff reflect a wide variety of faith traditions and backgrounds, we are unified in our Christian identity as followers of Jesus Christ. We celebrate and express that identity corporately in three significant ways:

**Corporate Worship:** *Attendance at weekly Chapel services every Wednesday at 11:00am PST. Staff located in the Federal Way, WA and Washington, DC offices should attend in person, and other offices may connect by VTC or video stream. We worship through music, reading of the Word, and rejoicing in what God is doing through our work, and messages of encouragement and reflection. What a privilege we have to worship together!*

**Corporate Devotions:** *Attending and leading regular team devotions. Teams are expected to meet together for 45 minutes each week for team devotions, and all staff are expected to participate by attending and taking turns leading the devotional time. This is an important aspect of worshiping in God's word and praying for our work. Devotional guidelines and resources are available on the intranet.*

**Corporate Prayer:** *Praying regularly for our colleagues and our work. Prayer should infuse every aspect of our work as an acknowledgement of our dependence upon the Lord for wisdom, guidance, effectiveness and outcomes. Our colleagues working in difficult places are counting on us to pray for them as well. Prayer is an integral part of our regular Chapel serves and devotion times.*

WV-002829



# Our Faith at Work

## Committed to Christian Conduct

Effective Christian witness is first expressed in the conduct of our staff and unity around our Statement of Faith. Behavior consistent with our profession of Christian commitment is expected in our both work and personal lives. We are not looking for perfect human beings, but repentant followers of Christ.

**Singling out certain behaviors as unacceptable requires drawing a line based on determination of whether or not the particular behavior is:**

- Disruptive in the workplace
- Reflects poorly on the name of Christ or World Vision's reputation
- Distracts us from our core mission
- Compromises the safety of oneself or others
- Is likely to be offensive or off-putting to our donors and/or church partners

**Rather than itemizing a list of do's and don'ts, we are committed to using the following guidelines:**

- Does the behavior glorify God? Cause others to praise our Heavenly Father? Is it worthy of Jesus Christ?
- Does it build up other Christians and encourage love and good deeds?
- Is it loving?
- Does it advance truth and truthfulness?
- Is it good stewardship—a responsible way to use God-given time, talent and resources?
- Is the behavior consistent with the teachings of scripture?

WV-002830

CONFIDENTIAL



# Making a difference – We are World Vision

## Devotion for individual reflection



1

WV-005258

# Making a Difference – We are World Vision

## Devotion

## INTRODUCTION

We are World Vision, a global community of people committed to improving the lives and futures of children everywhere by empowering them, their families, communities and supporters to overcome the challenges of poverty and injustice.

Our Christian faith teaches us that all children, regardless of gender, faith or race, are a precious gift to the entire world - and that their well-being concerns us all. We serve others because of their unique worth as human beings created by God.  We are inspired by the example of our Lord Jesus Christ who commands us to love our neighbours and to honour all people.

This devotion, which can be used for personal or group reflection, helps us to recognise who we are in God's eyes, what He has called us to do and ultimately, what God is expecting of us. Through prayer and reflection, we can come to a shared understanding of how our individual and collective actions help to make a difference in the world for all God's children.

## WHO WE ARE

*Our vision and mission*

We are a Partnership of Christians with a vision of a different world -- a world free of poverty, full of justice and one in which every child thrives.  That vision also compels us to engage with donors and supporters in a way that contributes to transformation of their values, beliefs, and behaviours so that they give, act and pray for the well-being of vulnerable children and help us overcome causes of poverty and injustice.

**Prayer**
We come to you for help, our God, to ask that your light might shine on our eyes and that the darkness of our hearts will not hinder us from seeing you at each step.
We want to discern your face in the faces of those who suffer, recognise your voice in the voices of those who have been silenced, perceive your hand in the outstretched hand
of the hungry. Holy Spirit, give us your light, that we might see the Son and fulfill the Father's will. Amen.


**James 1:27 NRSV**
Religion that is pure and undefiled before God, the Father, is this: to care for orphans and widows in their distress, and to keep oneself unstained by the world.

2

WV-005259

**1 Samuel 2:8 NRSV**
He raises up the poor from the dust;
he lifts the needy from the ash heap,
to make them sit with princes
and inherit a seat of honour.
For the pillars of the earth are the Lord's,
and on them he has set the world.

**Reflection:**
How am I/are we seeing God's face in those whom we serve?

In what ways am I/are we struggling to carry out this vision and mission from God?

In what ways can I/we express my reliance on God to bring life in all its fullness to those we serve?

# WHERE WE ARE GOING

*Doing our part to bring about God's kingdom*

Our path has been defined: we are united in the quest to improve the well-being of children. To help live out our vision, we have set for ourselves a challenging goal: to strive to achieve the well-being of 150 million of the world's most vulnerable children by 2016. This goal inspires and motivates us, guiding our leaders to invest time and resources in areas that make the greatest contribution to the well-being of children and communities, and helping staff members know that no matter their role or area of work, their efforts are making a difference.

**Prayer**
God, we ask you today to fill us with courage to announce your kingdom, which is a kingdom of justice, love, and faith. We want to discern and obey your voice—we want to obey it even if trials and difficulties come. Don't leave us alone. Don't let us be dismayed. May your Spirit strengthen us and may your friendly hand lead us always. May the example of Jesus inspire us, so that, in the end, we may be useful servants. Amen.
O Lord, father of all children,
Watch over your little ones
Who are poor and abandoned
They cry, for they hunger for food,
For the cold chills their bones,
For their bodies suffer with disease,
For they never know the tenderness of love
Lord, grant that these little ones come to you!
Warm their tender hearts,
Gather them under your wings,
That they may feel the care of your heart

3

WV-005260

And ever enjoy your kindness as their Father.
*A prayer for orphans, Xaverian Missionary Society, Burundi*

**Matthew 19:14 NRSV**
but Jesus said, 'Let the little children come to me, and do not stop them; for it is to such as these that the kingdom of heaven belongs.'

**Matthew 18:10 NRSV**
Take care that you do not despise one of these little ones; for, I tell you, in heaven their angels continually see the face of my Father in heaven.

**Reflection:**
What type of organisation do I/we think God wants World Vision to be as we focus our collective efforts on child well-being?

What is God's dream for the impoverished and oppressed and in particular for the children of our country/region?

What new things does God hope we will do?

What things does God want us to stop doing?

# HOW WE WILL GET THERE

*Using the gifts and resources God has provided*

Working together day-by-day, our combined efforts achieve what none of us could do alone -- a substantial and sustained difference in the lives of the world's most vulnerable children. Our strategies put children first and we are working to ensure they are aligned.
Each part of our Partnership – ADPs, national offices and regions, ministries, as well as support offices and departments in the Global Centre – makes choices on how to use time and resources to contribute to the well-being of children.

Every national office has developed a strategy; every region has identified its master goal or regional strategy. These national and regional strategies combine to create the overall strategy for our Partnership.

By passionately focusing on child well-being, and cutting out activities and inefficiencies that do not contribute, every day we can get a little closer to our vision. Our challenge is to work as though *every* task we carry out makes a significant difference in children's well-being. Because when you add up all that we do -- all our rewarding, life-changing contributions and even our routine activities -- we *are* making a difference…every day…in the lives of millions of children and their communities.

**Prayer**
In the midst of physical pain, in the midst of the soul's
tears, in the midst of dreadful darkness,
in the midst of the violent
whirlwind of conflicting passions,
in the midst of the cries for
help from abandoned children,
in the midst of the hut made
of tin and cardboard, in the
midst of the homeless,
in the midst of dehumanised
metropolis, …in the midst of
everything!
I know for sure that you are there, O God!
Yes! Bringing comfort, wiping away the tears, bringing forth light
in the darkness, refreshing as the soft breeze refreshes,
extending a strong and sweet hand as necessary,
offering hope, peace, life, dreams and laughter, guiding, advising
and admonishing…
Thanks, O Lord, for this all!
I realise that, in order to carry out your work, you need each one
of us!
Thanks because we are your instruments, your tools,
to serve and to shed love and peace!
That's beautiful, isn't it? Come on! Let's not waste our time. ~ Elisa de Bulmes

**Psalm 40:5 NRSV**
You have multiplied, O Lord my God,
your wondrous deeds and your thoughts towards us;
none can compare with you.
Were I to proclaim and tell of them,
they would be more than can be counted.

**Isaiah 58:6-10 NRSV**
Is not this the fast that I choose:
to loose the bonds of injustice,
to undo the thongs of the yoke,
to let the oppressed go free,
and to break every yoke?
Is it not to share your bread with the hungry,
and bring the homeless poor into your house;
when you see the naked, to cover them,
and not to hide yourself from your own kin?
Then your light shall break forth like the dawn,
and your healing shall spring up quickly;
your vindicator shall go before you,
the glory of the Lord shall be your rearguard.
Then you shall call, and the Lord will answer;
you shall cry for help, and he will say, Here I am.

5

If you remove the yoke from among you,
the pointing of the finger, the speaking of evil,
if you offer your food to the hungry
and satisfy the needs of the afflicted,
then your light shall rise in the darkness
and your gloom be like the noonday.

**Reflection**
How is God working through my/our office's initiatives and strategy to bring forth light in the darkness?

What resources is he providing? What choices can we make to use them wisely?

What is God saying to me/us about being His instrument for change?

What is one thing that God could do through me/us or through World Vision in this coming year to make a difference in multiplying His Kingdom and contributing to child well-being?

**Resources**
For more information, visit **Making a Difference – We Are World Vision** on wvcentral

https://www.wvcentral.org/weareworldvision/

For additional prayer resources, visit **Christian Commitments** on wvcentral at

https://www.wvcentral.org/cc/

2014 - Making a Difference Deovtional -



# A Vision Conversation

Faith@Work, Spiritual Formation, Godly Discernment

WV-006065

# Where we currently focus

- **Biblical theology of work:** (In fulfilling our mission, we understand that our dependence is primarily on God – not on ourselves or our own abilities. There is no sacred/secular split in life.  For Christians *all work* is done as unto the Lord.)

- **World Vision's Unique call – Witness to Christ:** (Motivated by our faith in Jesus, we serve the poor as a demonstration of God's unconditional love for all people.)

- **Staff Spiritual Formation:** (We are not the church, we are on mission with the church. We seek to address particular spiritual challenges we face in our work with the poor, for example: developing a biblical perspective on suffering, biblical holism and serving in pluralistic contexts.)

- **Christian work ethic in our life together/Spiritual Unity & Diversity:** (…with a mix of different church traditions, job responsibilities, and levels of authority and power – we want to be people in whom Christ-like behaviors and Christ-honoring actions are evident)

WV-006066

# Chapel

- Speakers Scheduling & Consulting
- Weekly Content Design
- Special Chapels design and delivery (Advent, Easter)
- Virtual Tech Arrangements & Rehearsals
- Musicians/Music
- Power Points & video

- Moderator Notes
- Render & post Chapels on Vine

**Additionally when live:**

- Ushers
- Overhead Announcements
- Run-thru's w/SR.Team
- Set up w/Facilities

WV-006067

# Trainings

- MET1: Becoming a Spiritual Leadership
- MET2: Spiritually Leading your teams
- Mission Immersion Program
- NEO: Living Out Our Faith@Work
- Prayer Masters: (learning to pray)
- How to Lead a Devotion
- Other trainings as assigned by W2JCC (CW101)

WV-006068

# Other

- Day of Prayer (2 months F/T) & Qtrly Activities (Love Ball Challenge)
- Assignments from W2JCC
- Faith@Work Vine Resources
- Prayer Rooms & Prayer Vigils
- Devotional writings (e.g., SLT Strategies)
- F@W Letter for New Employees
- Market Monthly WVI resources
- Market WVI Annual Bible Studies (2x p/w)
- Liaison w/WVI F&D
- Memorial Services

WV-006069

**Question: Where would you like the spiritual focus of World Vision to grow/change in the next 1-3 years for staff? Stay the same? Be less?**

## Current Focus:

- Biblical Theology of Work
- World Vision's Unique Call – Witness to Christ
- Staff Spiritual Formation
- Christian Work ethic in our life together: Spiritual Unity & Diversity

## Possible Future Focus:

- Building Spiritual Community
- Building Biblical knowledge
- Building a stronger Biblical World View
- Other

WV-006070