# EXHIBIT MF-33





# WVUS Organization Health Strategy FY22-FY24

## Believe Belong Become

Our objective is to create a thriving, Christ Centered employee experience that re-invigorates, fosters connections virtually and in-person, and inspires employees to fulfill the WVUS Strategy.

2

WV-006017



World Vision

**Live a life worthy of *the calling***

"As a prisoner for the Lord, then, I urge you to live a life worthy of the calling you have received...There is one body and one Spirit, just as you were called to one hope when you were called; one Lord, one faith, one baptism; one God and Father of all, who is over all and through all and in all."

– Ephesians 4:1, 4-6 (NIV)

3

WV-008018


World Vision

# GOALS



## BELIEVE

We are committed to our Christ-centered mission and united to fulfilling it with the donors and children we serve, witnessing to Christ.



## BELONG

We are fostering unity within a diverse community of believers, where everyone feels valued, respected and contributing to their fullest potential.



## BECOME

We are fulfilling our mission as we pursue individual and corporate growth, overcoming the challenges of our time, and bringing excellence to our work for optimal impact.

4

WV-006019



World Vision

# WHERE TO FOCUS?

1. Teams

2. Making org. health a key theme in our transition to our new workforce culture of hybrid and flexible working

3. Equipping managers and leaders to model the way

5

WV-0016248



# HOW TO SUCCEED

1. **<u>Remain united in Christ</u>**
2. Create **community** in the new normal
3. Foster **connection** to our mission.
4. Living our **values** so that staff feel connected, trusted, and heard.
5. Fostering **learning and development** that inspires growth.
6. Keep chipping away at **simplifying work** and becoming more **agile**
7. Managers and employees value personal **wellness and safety** as the new normal.

WV-006021

# KEY CAPABILITIES

1. **Christ Centered leadership** down through manager level leadership.
2. Manager **coaching** for development.
3. Continuous **process improvement** at the team level.
4. Building **community** at the team level.
5. Creating psychological **safety** so everyone contributes perspectives and knowledge.

6



# FY22 ORG. WIDE ACTIVITIES

### Activities to **fuel** Believe Belong Become

1. Vine Stories: Senior Leader and Employee Interviews (highlighting our stories of calling and commitment)

2. Quarterly mailing to homes to build visual reminders (Q1: postcard (DONE), Q2: calendar (DONE), Q3 / Q4: TBD)

3. Casual visual interactive experience in lobby/lunchrooms areas at all sites, i.e. comment boards, other

4. Vine site with shared core messaging/scripts, strategy outline, manager resources, poll results, and visual templates

5. Incorporating Believe Belong Become ideas into DEI strategy implementation

6. BBB Devotions and Chapel

7. Integrate BBB content into New Employee Orientation, Manager Essential Training and Cultural Competency Training



*Model*
*the way*

World Vision

# MANAGER'S ROLE

Managers can begin living into Believe Belong Become by taking the following actions:

**ADOPT** and reinforce Believe, Belong, Become.

**CONNECT** the dots with Division OVS plans.

**CHECK** on progress and perceptions with polls, groups and check-in's

**OPTIMIZE** existing resources and efforts underway (resist the temptation to introduce new initiatives)

**LEAD** where you can uniquely have the greatest impact.

**ENROLL** all employees to contribute.

8

WV-006023



# MEASUREMENTS

**OUR VOICE SURVEY**
Focus on the Our Voice Survey eight categories and Our Promise (increase FY21 scores 60% or lower to above 70%; and increase scores between 70-79% to above 80%)

**INCLUSION INDEX**
Inclusion Index as a subset of Our Voice Survey statements at organization level to help focus on belonging efforts.

**PULSE CHECKS**
Ongoing pulse checks around elements of Believe Belong Become.

World Vision

EMPLOYEE OPINION

INCLUSION INDEX

PULSE CHECKS

TEAM INDEX

**TEAM INDEX REPORTS**

Focus on the Team Index to improve overall manager effectiveness.

9

WV-006024



WV-006025

# Believe Belong Become: Strategy

The Believe Belong Become Strategy is the WVUS Organizational Health Plan for FY22-FY24.

## Objective

**Create a thriving, Christ Centered employee experience that re-invigorates, fosters connections virtually and in-person, and inspires employees to fulfill the WVUS Strategy.**

## Goals

### Believe

We are committed to our Christ-centered mission and united to fulfilling it with the donors and children we serve, witnessing to Christ.

### Belong

We are fostering unity within a diverse community of believers, where everyone feels valued, respected and contributing to their fullest potential.

### Become

We are fulfilling our mission as we pursue individual and corporate growth, overcoming the challenges of our time, and bringing excellence to our work for optimal impact.

WV-006026

## Where to Focus

1. Teams
2. Making org. health a key theme in our transition to our new. workforce culture of hybrid and flexible working.
3. Equipping managers and leaders to model the way.

## How to Succeed

1. Remain united in Christ
2. Create community in the new normal
3. Foster connection to our mission.
4. Living our values so that staff feel connected, trusted, and heard.
5. Fostering learning and development that inspires growth.
6. Keep chipping away at simplifying work and becoming more agile.
7. Managers and employees value personal wellness and safety as the new normal.

## Key Capabilities

1. Christ Centered leadership down through manager level leadership.
2. Manager coaching for development.
3. Continuous process improvement at the team level.
4. Building community at the team level.
5. Creating psychological safety so everyone contributes perspectives and knowledge.

## Measures

1. OVS eight categories and Our Promise *(increase FY21 scores 60% or lower to above 70%; and increase scores between 70-79% to above 80%)*
2. Manager Effectiveness Index within OVS Reports (new in 2022)
3. Inclusion Index as subset of OVS statements at organization level – help focus belonging efforts
4. Pulse Checks (polling) around elements of Believe, Belong, Become

WV-006027

## Additional Resources



Resources for "Believe"



Resources for "Belong"



Resources for "Become"



Believe Belong Become: Scripture

Edit     **Vine Homepage**

WV-006028



**Aligning with Our Promise**

Learn more →

**FY20-FY24 WVUS Objective, Goals, Strategy, and Measurements**

Learn more →

**Believe Belong Become**

**Printable Strategy Brochure**

### FY20-FY24 WVUS Strategy Objective:

Motivated by our **faith in Jesus Christ**, we invite people to positively impact the lives of the world's **most vulnerable children**. We serve and partner with beneficiaries and supporters, so that **we all experience Jesus Christ's transforming** love, grace, and power.

### Video of All Staff on September 2019



### Quick Links

 Printable Strategy Brochure - Internal Use Only (8.5x11 paper)

 Our Promise

 OUR VOICE  Our Voice Survey

### Questions? Contact:

 **Kathy Evans - US**
VP Strategy & Operations 4360

WV-006029

You are part of the World Vision legacy.

Motivated by our faith in Jesus Christ, we invite people to positively impact the lives of the world's most vulnerable children.  We serve and partner with beneficiaries and supporters, so that we all experience Jesus Christ's transforming love, grace, and power.



WV-006030



# BBB News

## News

+ Add ⌄



**Believe Belong Become: Strategy**

Click here to learn about the objective, goals, and details of the Believe Belong Become...



**Believe Belong Become: Scripture**

Our approach to organization health is rooted in Scriptural principles applied to our...



**Resources for "BECOME" of Believe Belong Become**

You belong here to share your unique talents, experiences, and spiritual gifts with your colleague...



**Resources for "BELONG" of Believe Belong Become**

You are encouraged to live into what God as planned for you and all of us, both in your career and...



**Resources for "BELIEVE" of Believe Belong Become**

You've been called here to be Christ's hands and feet for the donors and children we serve....



**Believe Belong Become: Get Involved**

New resources will be launching soon. Check back for more information.



**Believe Belong Become: Manager Resources**

Believe Belong Become: Resources for Managers

Edit    Vine Homepage

WV-006031

WV-006032



# Resources for "BECOME" of Believe Belong Become

*You are encouraged to live into what God as planned for you and all of us, both in your career and who you are in Christ.*

We are fostering unity within a diverse community of believers, where everyone feels valued, respected and contributing to their fullest potential. Below are resources related to "Become."

## Quick Links



Learning and Development



Leverage Learning with WV University



Affirming your purpose while working virtually

WV-006033



Careers at WVUS



Manager Resources: Staff Development & Coaching



Edgar Sandoval's Imperatives as WVUS President



WVUS Strategy and connection with Our Promise

## Headlines related to "Become"

See all

+ Add ⌄

WV-006034



News

Hope over Fear donor prayer requests



News

12 reasons to have hope in 2022

Edit    Vine Homepage



Click here to learn about the objective, goals, and details of the Believe Belong Become Organizational Health Strategy for FY22-FY24.



your life – and your projects too!



THE VINE

WV wins USAID's Competition on Organizational Learning

Margaret Schuler announces big win for World Vision.



THE VINE

A reflection on hope by Cory Trenda

WV-006035



# Resources for "BELIEVE" of Believe Belong Become

*You've been called here to be Christ's hands and feet for the donors and children we serve.*

We are committed to our Christ-centered mission and united to fulfilling it with the donors and children we serve, witnessing to Christ.  Below are resources related to "Believe."

## Quick Links



Mission, Vision, and Core Values



New: WVUS Christian Witness Messaging Guide



Faith at Work

WV-006036



Chapel information and connection details



Praying for our work



Unleashing our Passion for Witnessing to Jesus Christ



Witness to Jesus Christ Resources



Mission Immersion Program



WVUS Devotions Guidelines



Understanding our Christian Witness work in the field



WVUS Pastor Resource Hub



World Vision History

WV-006037

## Headlines Related to "Believe"

See all

+ Add ⌄



News

### Pray for Peace in Ukraine

March 25



News

### Volunteers needed for Asian American Pacific Islander Heritage...

Help us celebrate AAPI culture, traditions,...

March 16



News

### International Women's Day: Chapel Videos Available

WVUS marks 2022 International Women's...

March 8



News

### WVUS Policy Acknowledgements and Christian Faith Affirmation

Complete this organizational requirement...

January 30



News

### Chapel information and connection details

Chapel will be led by the World Vision...

January 21



News

### Devotion: Joy in Obedience

Additional resource for your personal or...

January 19

Edit    Vine Homepage

WV-006038



# Resources for "BELONG" of Believe Belong Become

*You belong here to share your unique talents, experiences, and spiritual gifts with your colleagues and the world.*

We are fulfilling our mission as we pursue individual and corporate growth, overcoming the challenges of our time, and bringing excellence to our work for optimal impact. Below are resources related to "Belong."

## Quick Links



Building Your Virtual Work Community



Diversity & Inclusion (D&I) Resources



Corinthians Council - Embracing Diversity, and Unity in Christ

WV-006039



Parent and Caregiver Community Hub



Employee Recognition



Looking to virtually recognize your team?



We Value People Policy



Staff Care Resources

## Headlines related to "Belong"

See all

＋ Add ⌄

WV-006040



### Awardco years of service email

News

Did you receive an email from Awardco today? You can ignore the email.



Believe Belong Become

### Believe Belong Become: Scripture

Our approach to organization health is rooted in Scriptural principles applied to our workplace. Click here to learn more.

Edit    Vine Homepage



experiences, and spiritual gifts with your colleagues and the world. Click here to find out more.



for you and all of us, both in your career and who you are in Christ. Click her to find out more.



Believe Belong Become

### Resources for "BELIEVE" of Believe Belong Become

You've been called here to be Christ's hands and feet for the donors and children we serve. Click here to find out more.



Believe Belong Become

### Believe Belong Become: Get Involved

New resources will be launching soon. Check back for more information.

WV-006041

4/5/2022, 3:14 PM

# Believe Belong Become: Manager Resources

## Resource Highlight:

[Details about Connecting Conversations](#)

Includes a full set of questions fit to work with Believe Belong Become for you to share with your teams and in your 1:1s.

## Manager's Role

Managers can begin living into Believe Belong Become by taking the following actions:

**Adopt** and reinforce Believe, Belong, Become.

**Connect** the dots with Division OVS plans.

**Check** on progress and perceptions with polls, groups and check-in's

**Optimize** existing resources and efforts underway (resist the temptation to introduce new initiatives)

**Lead** where you can uniquely have the greatest impact.

**Enroll** all employees to contribute.



## BELIEVE

WV-006042

- Spiritual Leadership for Managers
- Mission, Vision, & Core Values
- Faith at Work

Click *here* for more resources on Believe.



# BELONG

- Diversity and Inclusion Site
- Staff Engagement & Recognition
- Recognizing Staff for Managers
- Recognizing Great Work Virtually
- Best Practices for Virtual Teams
- Building Your Virtual Work Community

Click *here* for more resources on Belong.



# BECOME

- Staff Development & Coaching Resources
- Career Coaching Guide for Managers
- Leading & Coaching

WV-006043

- Developing Staff
- WVUS Leadership Programs
- Affirming Your Purpose Working Virtually

Edit     Vine Homepage

WV-006044