# EXHIBIT MF-34

# Early W2JCC: Objectives for Spiritual Nurture of staff

- Enable and nurture spiritual growth…for oneself and every employee……

  - Staff communicate a growing relationship in knowing and experiencing Christ in their life as they work at World Vision.
  - Staff recognize and are able to share how God called them to World Vision and how God continues to transform through them in their work and life.
  - Staff celebrate all expressions of Christian faith – adopting an inclusive and respectful approach to different church traditions.
  - Leaders understand their responsibility to model spiritual growth and prioritize the spiritual care and nurture of their staff

*Believe   Belong   Become*

1

WV-006077

# Spiritual Truths

*Believe   Belong   Become*



Assignment: what are the 2 truths, and what 2 things do we want staff to say for each section?

### Work Event/Ongoing
› We represent ourselves as a Christian organization in all things
› We seek community with one other to encourage and spur others on to good deeds.

"My work is a calling, not a job
"I am committed to working with other followers of Christ"
"I am valued at World Vision for my story and my experience"

### Worship & Prayer
› We acknowledge World Vision is God's work and we are the servants to this end
› We worship together
› We devote our work in prayer
› We intercede for each other in prayer
› We deepen our own spiritual maturity through prayer & study
› We also believe our work is our worship

"I practice spiritual disciplines"
"I demonstrate Godly Character"
"I see God in our work-here and there"
"My life and my work is guided by the word of God"

### Offboarding
› We acknowledging our staffs' legacy of faithfulness
› Spiritually Mentoring others
› Commissioning to next Call

"I have served the Lord well"
"God commissions us to new territory"

      

### Pre-Hire, At Hire & Onboarding
› Belief in Christ seen clearly in external career sites
› Hiring & Interview process steeped in deep faith questions & discussion
› Resources/onboarding clarifies our faith mission and commitments

**Emphasis is on God's Call to WVUS**
"I am called to World Vision"
"I belong here"
"My faith in Jesus will be a priority at work"
"I am passionate for serving the poor"
"All of my work is done unto the Lord"

### Equipping
› We strive to model biblical principles in actions, our work & our decisions.
› We prioritize spiritual nurture of staff

"I understand that my spiritual formation requires active effort on my part."
I know what my spiritual gifts are"
"I am becoming more like Christ"
"I am growing in the relationship w Christ
"I am prepared for works of service – Eph 4:12

### Leadership
› Leaders are expected to be spiritual leaders
› We strive for unity in Christ amid denominational variety
› Leaders are conscientious about work productivity AND support balance that honors health & the Sabbath
› Leaders demonstrate spiritual maturity & model servant leadership

"I develop my team spiritually"
"I am growing as a spiritual leader"
"I hear from God then I discern what do?
"I lead with Godly Courage" Josh 1:9a
"I lead with Integrity" Eph 4:1
"I model biblical principals"
"I model timely truth telling with love"
"I grow in Christ as I live for others"

2

WV-006078

**Slide 2**

SU0     Could we say "We represent ourselves as Christ's ambassadors in all things" instead of a Christian organization? Feels more personal/individual accountability...
Sunita Groth - US, 2022-01-14T15:59:49.692

WV-006079

# Ideal Spiritual Journey Map



| Onboarding | Work Events/Ongoing | Equipping | Worship & Prayer | Leadership | Offboarding |
|---|---|---|---|---|---|
| › Interview/deeper dive into faith & calling | › Vine Communications – 'God is at work' | › NEO | › Weekly Chapel | › MET: Becoming a Spiritual Leader | › Acknowledging Legacy of Faithfulness |
| › Clear overview of Statement of Faith | › Service Years- affirming Call | › MIP Course & Cohort | › Team Devotions | › CORE: Spiritually Leading Teams | › Spiritually Mentoring others |
| › Candidate Calling & Discernment resource | › Milestone recognition: (life events, etc) | › Our Core Values Course | › Corporate Prayer | › Masterclass series: Spiritual Leadership | › Commissioning to next Call |
| › Faith@Work overview letter | › Employees participate in seasonal marketing campaigns & org-events (ie., Sponsorship, TWV) | › Spiritual Gifts Inventory | › Annual Day of Prayer | › New Leader Mentoring: Transitioning to a Christian Org. | |
| › Commissioning at Chapel | | › Resource: "Sharing My Faith/ Bearing Witness Resource" | › Prayer Initiatives (eg. Hope over Fear) | › Lead Devotions | |
| | | | › Advent/Lent/Holy Week Resources & events | › Discernment & Leading Resource | |

Assignment: if these are core to all employees, part of every employee's journey….what should be added/taken off? And if you limited each column to five each, what would they be?

*Believe   Belong   Become*

3

WV-006080

# 'On the Journey' Electives

| Onboarding | Work Events/Ongoing | Equipping | Worship & Prayer | Leadership | Offboarding |
|---|---|---|---|---|---|
| • Career Pages & LinkedIn highlight our faith commitment<br><br>• Vision" conversation with a Council member or other faith leader at WVUS (personal, informal) | • ALPHA Groups<br>• Service Projects<br>• Employees sharing stories of faith<br>• "Discipleship Week"<br>• Vine memory verses<br>• Hiring Anniversary<br>• Annual Report Letter –"God used you to make this happen" | • Bible Studies<br>• Discipleship Groups<br>• How to Lead Devotions Class<br>• Prayer Masters Class<br>• 'Discernment' Training<br>• Life/work Rhythms course/exercises<br>• Biblical Worldview course (SLT 1st)<br>• Rev: Giving Word to Our Faith Resource?<br>• Crucial Conversations | • Ongoing Prayer Alerts<br>• Rethinking Devotions @WVUS<br>• Intercessory Prayer Groups<br>• 2nd Day of prayer<br>• Elevating/Req. Chapel 3 questions<br>• Listening to God Sessions<br>• Daily Quiet time (IJM)<br>• Corporate Prayer Times<br>• Annual Day of Solitude or Retreat<br>• Accountability Groups (Jaya's suggestions)<br>• EE's lead in chapel – bring gifts to the community | • Spiritual Leadership Newsletter<br>• SLT expectations for chapel attendance<br>• Lead Like Jesus Course<br>• Christian Leadership Alliance Member<br>• Course: Spiritual nurture of staff<br>• Attending portions of Pastors Gathering or create one for WVUS<br>• Greater Sharing of Gifts Corporately | • TBD |



Assignment: if we were to offer only 3 in each column, electives for staff – what should they be?

*Believe   Belong   Become*

4

WV-006081

# Appendix Documents

WV-006082




WV-006083

### Stage 2: The Life of Discipleship

**Thesis:** Faith is learning about God.

**Characteristics of Stage 2:**
- Meaning from Belonging
- Answers found in a Leader, Cause or Belief System
- Sense of Rightness
- Security in Our Faith

**Caged at Stage 2:**
- Rigid in Righteousness
- We against Them
- Switchers
- Searchers

**Moving from Stage 2 to Stage 3:**
- Recognize Uniqueness
- Identify Gifts
- Recognize Contributions
- Seek Responsibility

**Catalyst for Movement:**
- Risk Taking
- Acceptance of Gifts

**Reflection**
- What was your experience of discipleship and of group life?



### Stage 3: The Productive Life

**Thesis:** Faith is working for God. *(Doing stage) \*often decades long*

**Characteristics of Stage 3:**
- Uniqueness in the Community
- Responsibility — *Being in the world FOR God (instead of with Him).*
- Values Placed on Symbols
- A Spiritual Goal Reached

**Caged at Stage 3**
- Overly Zealous
- Weary in Well Doing
- Self-Centered
- Life as Performance

**Moving from Stage 3 to Stage 4:**
- Lost Sense of Certainty
- Experience Faith/Personal Crisis
- Feel Abandoned
- Look for Direction

**Catalyst for Movement:**
- Letting go of Success
- Accepting Vulnerability

*Reflection:*
*How were your gifts named and developed?*
*What do you feel good about in that regard?*



7

WV-006084




WV-006085

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

<tr>
<tbody>
</tbody>
</tr>

## Stage 5: The Journey Outward

**Thesis:** Faith is Surrendering to God.

**Characteristics of Stage 5:**
- A Renewed Sense of God's Acceptance
- A New Sense of the Horizontal Life
- Sense of Calling, Vocation, or Ministry
- Concern and Focus on Other's Best Interests
- A deep Calm or Stillness

**Caged at Stage 5:**
- Seemingly Out of Touch with Practical Concerns
- Apparently Careless about Important Things

**Moving from Stage 5 to Stage 6:**
- No Striving, Just Evolving—Growing Deeper
- Seeing God in All of Life
- Being God's Person

**Catalyst for Movement:**
- Vocation is Satisfying
- Being Whole Seems Enough

*Reflection:*
*Do you have a Glimpse of God's Calling in your Life?*
*Do you know someone who you sense might be in Stage 5 and find yourself drawn to them and curious?*

## Stage 6: The Life of Love

**Thesis:** Faith is Reflecting God

[handwritten: 7 gives us what we did not know we had]

**Characteristics of Stage 6:**
- Christ-like Living in Total Obedience to God
- Wisdom Gained from Life's Struggles
- Compassionate Living for Others
- Detachment from Things and Stress
- Life Underneath or on Top
- Life Abandoned

**Caged at Stage 6:**
- Separation from the World
- Neglect of Self
- Apparent Waste of Life

*Reflection:*
*If God were everything to you what would need to be left behind and what might be gained for others?*

WV-006086