# EXHIBIT MF-35









"Whoever welcomes one of these little children in my name welcomes me; and whoever welcomes me does not welcome me but the one who sent me."

Mark 9:37



For I know the plans I have for you," declares the Lord, "plans to prosper you and not to harm you, plans to give you hope and a future.

Jeremiah 29:11







WV-003124













"For where two or three come together in my name, there am I with them."

Matthew 18:20











# Faith

## Christian faith

Beginning with our founder's passion for sharing God's heart for the world, our faith remains central to our work today. We seek to know Jesus and to share His love through the transforming power of the Holy Spirit. Our prayer is that all may come to experience life to its fullest measure.



World Vision   our foundation

WV-003236



Child Sponsorship gives us
credibility and influence
to strengthen communities
and improve children's lives,
so they can reach their
God-given potential.

STRENGTH



Child Sponsorship
positively impacts
children's lives —
independent, external
research proves it.

PROGRESS



Child Sponsorship
empowers and amplifies
the voices of children as
agents of change within
their communities.

POWERFUL



Child Sponsorship
creates a unique personal
connection inspired by the
desire to see a vulnerable
child thrive, that is
perpetuated by generosity,
faith and love, with the
power to transform
everyone involved.

LOVE



Child Sponsorship holds us
accountable to our promise
to improve the lives of
the world's most vulnerable
children, whose names
we know and stories we tell.

PROMISE





















# The Pierce Family Chapel













Let my heart
be broken with
the things that
break the heart
of God.

—Bob Pierce
World Vision founder

















"So the poor have hope,
and injustice shuts its mouth."
—Job 5:16 (NIV)

**Hope**

World Vision





*Our vision
for every child,
life in all its fullness.*

*Our prayer
for every heart,
the will to make it so.*

—World Vision's
vision statement



Clap your hands, all you nations;
shout to God with cries of joy.
—Psalm 47:1 (NIV)

**Joy**

World Vision

















*e Becomes a Legacy*

**The World Vision Society**

"But store up for yourselves treasures in heaven,
where moth and rust do not destroy, and where
thieves do not break in and steal. For where
your treasure is, there your heart will be also."

— Matthew 6:20-21 (NIV)



