THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WORLD VISION, INC.<br><br>　　　　Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>DECLARATION OF<br>SHANNON OSBORNE |

Shannon Osborne declares:

1. I have personal knowledge of the facts stated in this declaration and am competent to testify to those facts.

2. I am the Director – Contact Center Operations at World Vision, Inc. ("World Vision" or "WV") and have been so employed since January 4, 2012.

3. World Vision is a Christian ministry dedicated to spreading the gospel of Jesus Christ, primarily through humanitarian outreach to poor and underserved children and families around the world. It operates in many ways like a Christian

DECLARATION OF SHANNON OSBORNE　　Page 1
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

church and implements its programs through and as supported by local churches in the United States and around the world.

4. The job posting for the role that Plaintiff Aubry McMahon sought at World Vision would have required her to "Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign [and k]eep Christ central in our individual and corporate lives." Attached to this Declaration as Exhibit SO-01 is a true and correct copy of this Job Posting, 2020 (P0011-20; P0072-77; WV0048-50).

5. My responsibilities include Managing the Quality Coach team, Supervisor/Manager Team(s), Communications and Research in Donor Contact Services ("DCS").

6. DCS also can refer to "Donor/Customer Service," as is typical in our offer letters to prospective DCS representatives such as the Plaintiff Aubry McMahon. *See* Offer Letter (WV0078-79; P0009-10). Attached to this Declaration as Exhibit SO-02 is a true and correct copy of this Offer Letter to Aubry McMahon dated January 5, 2021 (WV0078-79; P0009-10).

7. As used in this Declaration, "DCSR" means a DCS Representative (or a "DSRT" while in Training). All these titles refer to the same role/career path at World Vision.

8. I am personally familiar with all documents and media referenced in this Declaration, all of which were provided to Plaintiff during discovery and bear a "WV___" citation number (or in the few cases of Plaintiff's production, a "P___"

DECLARATION OF SHANNON OSBORNE    Page 2
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

citation number). I attest to the authenticity and accuracy of these documents and media at appropriate places throughout this Declaration.

9. I daily work with and supervise DCS Quality Coaches, Communications, Research and Managers/Supervisors and their Direct Reports in DCS, the World Vision department that Aubry McMahon sought to join as a DCSR if she successfully completed the 9 to 11 weeks of training and evaluation as a DSRT (trainee).

10. I have direct detailed personal knowledge of the day-to-day responsibilities of DCSRs.

11. I confirm that the following statements of fact (in this paragraph), taken from the court opinions in the *Spencer v. World Vision* litigation (2008-2011), have remained true at all times of my World Vision tenure: World Vision's "overt Christianity is especially evident to those applying for employment at World Vision" because it permeates the World Vision workplace. It does so because World Vision exists "only" to "spread" its "Christian faith" as "infallibl[y]" and "authoritative[ly]" established by "the Bible." This faith dwells "at the heart of all" World Vision does, including its "relief efforts," which "flow from [its] profound sense of religious mission." Since World Vision "believes the key" to this mission "lies first in the hearts and minds of [its] staff," its workforce consists "only [of] Christians for all positions." From each member of this Christian workforce, World Vision requires a "commitment to [this] shared faith [and] a common understanding of how that faith is lived out day-to-day."

DECLARATION OF SHANNON OSBORNE   Page 3
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

12. I also confirm that the following statements of fact (in this paragraph), taken from the court opinions in the *Spencer v. World Vision* litigation, have remained true at all times of my World Vision tenure:: All World Vision staff, including DCSRs, are responsible for: (a) confessing they are committed Christians; (b) agreeing "wholeheartedly" with World Vision's core religious principles; (c) "communicating [World Vision's] Christian faith [and] witness," which is "integrated [into] everything [it] does," "accurately and with integrity"; and (d) participating "regularly" in "prayer activities, devotionals, and weekly chapel services." A core job responsibility of all staff is prayer, which "is a component of [World Vision's] work." To begin each work year, "an entire work day is set aside each year for prayer," which all staff must attend.

13. World Vision's annual Day of Prayer ("DOP"), which marks the beginning of each fiscal year in October, is a unique role for all our staff in our uniquely Christian ministry. DOP 2020 occurred remotely on October 1, 2020, eight weeks before Aubry McMahon applied to join our Christian ministry. A key theme for DOP 2020 was seeking God's Kingdom *first*, as required by Scripture. Attached to this Declaration as Exhibit SO-03 is a true and correct copy of an October 1, 2020 Email from the World Vision Faith at Work Manager for DOP 2020 and the related PowerPoint slides and "2020 Master Showflow" script materials for DOP 2020 (WV1772-1817).

14. These DOP 2020 materials provide a few (of many) examples that prayer is a core "component of [World Vision's] work" and a core job responsibility of all WV staff. They illustrate that a core job responsibility of DCSRs is praying for and with the

DECLARATION OF SHANNON OSBORNE   Page 4
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

persons with whom they talk. "[This coming year] we must 'seek first the kingdom [of God]' through prayer." DOP 2020, at 5 (WV1778). "Key Goals [include] praying for our work, our donors and our staff." *Id*. at 4. "[Expect your] unique packet of donor prayer requests." Faith at Work Manager (WV1772). "Have that document handy for the Donor Prayer Request session!" *Id*. at 1773. "Well, we've arrived at one of the most treasured parts of our day—Donor Prayer Requests. [W]e have the great honor of praying for our donors. [P]lease be sure that you honor them by praying for each one." DOP 2020 Script at 11:43 (WV1805). *See id*. at 11:46 (20-minute Donor Prayer Request Video). "It never ceases to amaze me how faithful God's people are even when they may be facing many difficulties in their own life. I just feel honored to have a small part in their faith journey." *Id*. at 12:31. *See also id*. at 1:36 (President's Address).

15. Prayer is critical to World Vision's ministry. All World Vision staff, including DCSRs, are responsible for participating in and helping to foster a "Prayer-Centered Work Environment," as stated in our Orange Book: Living Out Our Values, 11 (WV718). Attached to this Declaration as Exhibit SO-04 is a true and correct copy of this World Vision Orange Book: Living Out Our Values (WV0708-0730). "Prayer plays a central role in [World Vision's mission, which] is not only commanded by God but also resourced by Him." (WV718). Thus, staff are encouraged to "begin and end [each] meeting in prayer." *Id*. "With God's Help, we will [p]ray, pray again, and pray some more." Core Values: We Are Christian (WV0740, 4700). Attached to this Declaration as Exhibit SO-05 is a true and correct copy of this World Vision Core Values: We Are Christian presentation document (WV0738-0752).

DECLARATION OF SHANNON OSBORNE    Page 5
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

16. Prayer is pivotal for many reasons at World Vision. The following statements of fact (in this paragraph) accurately reflect World Vision's policies, expectations, and beliefs during my tenure at World Vision. Prayer unquestionably constitutes the exercise of religion at World Vision. It is plainly part of World Vision's religious worship and integral to its free exercise. Like all religious exercise, prayer begins with religious beliefs held inwardly and secretly. But it does not stop there. World Vision, like many of America's founders, has faith in the power of prayer—including prayer that is silent, aloud, private, and corporate—to release the power and Providence of God. Partly for that reason, World Vision believes the guarantee of religious freedom does perhaps its most important work by protecting the ability of those who hold religious beliefs of all kinds to live out their faiths in daily life through the performance of (or abstention from) physical acts.

17. All the above is expected of all World Vision staff, but is uniquely expected of DCSRs, who serve as World Vision's "voice, face, and heart." This is why 9-11 weeks of training are required to join DCS. As stated in her offer letter, Aubry McMahon would have had to pass 9-11 weeks of such "training and evaluation" in order to join the DCS team. *See* Offer Letter, Exhibit SO-02 (WV0078-79; P0009-10).

18. There are many good reasons for these rigorous religious requirements for the DCSR role.

19. The DCS "Mission Statement" begins, "***Consumed and called by Jesus Christ***." Donor Contact Services: DCS Policies, 5 (WV425). "Being a part of DCS means you are the ***Voice, Face*** and ***Heart*** of World Vision." *Id.* Attached to this Declaration

DECLARATION OF SHANNON OSBORNE   Page 6
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

as Exhibit SO-07 is a true and correct copy of this World Vision Donor Contact Services: DCS Policies document (WV0421-0429).

20. "Expectations in DCS [include:] Attend & participate in Devos and Chapel—part of your workday, an essential function of your job. You are the face of WV and play an invaluable role!" DSRT Training: HR Introduction, 1 (WV0430). "Key policies [include] Standards of Christian Ethics and Business Conduct—Appropriate behavior in/out of the workplace[.]" *Id*. at 2 (WV0431). Attached to this Declaration as Exhibit SO-08 is a true and correct copy of this World Vision Donor DSRT Training: HR Introduction document (WV0430-0433).

21. As part of their DCSR training, DCSRs trainees are quizzed on their ability to recognize the correct DCS Mission Statement. WV5269 (New Employee Orientation quiz) ("Which of the following is the correct DCS Mission Statement?"). Attached to this Declaration as Exhibit SO-09 is a true and correct copy of this New Employee Orientation Quiz (WV5264-5269).

22. According to the job posting for Aubry McMahon's role, which she read and responded to, she would be required to do the following: "Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. [K]eep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer." Job Posting, 2020, Exh. SO-01 (P0011-20, P0072-77; WV0048-50).

DECLARATION OF SHANNON OSBORNE Page 7
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565 Fax: 206.625.1052

23. As a DCSR, Aubry McMahon would interact all day with the ministry's donors, its lifeblood, striving to be "sensitive to [their] needs and pray[ing] with them." *Id*. Transformation of donors is just as vital to World Vision as that of the children they sponsor. Why Focus on Donor Transformation? (WV2805-12) (so that they may "experience Jesus Christ's transforming love, grace, and power"). Variations of the word "transform" appear throughout World Vision documents concerning donors. Attached to this Declaration as Exhibit SO-10 is a true and correct copy of this Why Focus on Donor Transformation? document (WV2805-12).

24. As a DCSR, Aubry McMahon would be a "crucial member" of the DCS team and "key liaison and 'voice of World Vision.'" Job Posting, 2022 (WV184).[1] She would need to carry out her role "persuasively and convincingly," DSRT Job Description (WV181), requiring her to believe it and live it—all of it. In summary, her job did, and would have continued to, include important ministerial duties. Attached to this Declaration as Exhibit SO-11 is a true and correct copy of this Job Posting, 2022 (WV0180-0188).

25. These ministerial duties of a DCSR are traditional Christian ones, as shown by the five companywide chapel services led by DCS produced in discovery. These include the DCS-led chapel services on June 11, 2008; September 1, 2010; January 22, 2013; June 26, 2019; and August 4, 2021. Each lasts up to an hour.

---

[1] These phrases are from the job posting for a DSRT "class" in 2022, but they describe accurately the role that McMahon sought in 2020, consistently with the job posting for her DSRT class. *See* Job Posting, 2020 (P0011-20; P0072-77; WV0048-50).

DECLARATION OF SHANNON OSBORNE          Page 8
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

26. I am personally familiar with DCS-led services and have participated in preparing, attending, and implementing them since I joined DCS in January of 2012, including, specifically, attending the DCS-led chapel service on January 22, 2013, and preparing, attending, and implementing the DCS-led chapel services on June 26, 2019, and August 4, 2021. True and correct video recordings of these three DCS-led companywide chapel service are being filed with this Declaration as Exhibits SO-12, SO-13, and SO-14.

27. I co-organized, attended, and opened the June 26, 2019 chapel service. I also recently viewed the entire video recording of this service. It is representative of DCS-led chapel services during my tenure at World Vision. This June 26, 2019 chapel service timely portrays the environment and role that Aubry McMahon sought to join in 2020.

28. DCS opened this service with prayer and Bible reading (0:07-5:04) followed by DCSR messages (5:05-9:35), praise and worship time (9:36-20:45), DCSR testimonials (20:46-23:26), DCSR panel discussion (23:27-48:26), more testimonials (48:28-50:44), and closing prayer (50:45-53:05). Transcriptions of some excerpts from this chapel service are provided below and speak for themselves.

29. "[G]od brought us here [to DCS] to be the voice, face, and heart of World Vision [to serve] our donors in the name of Jesus…. In the last year, donors called us over 210,000 times. We also called them over 100,000 times … and ministered to our donors through prayer. [We] replied to 51,000 emails and letters and prayed for nearly 10,000 prayer requests." (6:04-6:37)

DECLARATION OF SHANNON OSBORNE   Page 9
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

30. "I have been in call centers for 11 years, but nothing prepares you for [the] prayer requests. One man said his sister-in-law passed away that very morning. Several women just lost their husbands. Many people have health and financial issues. However, the Lord cares for each one. I am grateful and blessed for a chance to tell them how good the Lord is. I'm grateful they trust me to share, and I'm blessed by how much appreciation and love they give to myself and World Vision[.]" (22:00-22:30) (Video testimonial by a DCSR).

31. During the panel discussion, the moderator asked this question: "How has working [in] DCS impacted your faith and walk with Christ?" Below are some of the responses from DCSRs. "So, from Day One, I've always felt like working in DCS [really] puts us on the front lines of World Vision. [We] openly discuss our stories, give our testimonies, both to each other as friends, coworkers, and also to donors and have them share their testimonies with us. [It] has been an incredible way to witness Christ and everything that he's done for us as people, as an organization, and for our donors." (24:35-25:29) "Fellowship that we have with coworkers and donors, it's so amazing. We're praying with each other. We're praying with the donors." (27:26-27:33) "[I]t's a calling to come to World Vision [where we] actually pray for people all over the world when we answer [the phone] and ask, Can I pray for you? And the requests are just amazing. And then God gets to use us in a mighty way to pray for our donors[.] When you work in a place that's also a ministry, it just opens this fire for Jesus within you." (27:51-28:49) "[I] believe the Lord placed me [here for most] of the last decade [and] simply remind[s] me to look around and see his faithfulness[.] To see it in our donors

DECLARATION OF SHANNON OSBORNE   Page 10
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

[and] in the countless stories of redemption that we hear from around the world. We have opportunity to pray with our donors, as you have heard from most every testimony from DCS today. We have opportunity to pray for one another and we have the opportunity to pray together for those who have experienced devastation[.]" (29:47-30:49)

32.     So, DCS is no common call center. "[I]n prayer, the donors share so many things with us, as you've heard already. One family called [after a] terrible car accident[. T]he mother and the son were injured very badly, and they called us for prayer. Well, four months later, they called us back [and] were just in joy. They were healed [and] really believed that our prayers for them helped them heal [and] put their lives back together, and they just couldn't wait to share [what] God had done in their lives. So, God is everywhere in our work and he's in our donors[.]" (39:16-39:58)

33.     DCSRs explained their personal "ministry" to World Vision's ministry in various but interconnected ways. "[Talking to donors is] an opportunity to share what's on our hearts and to be a mouthpiece for our ministry." (40:45-40:54) "I'm glad I get to be the mouthpiece[.] I know that by opening up my mouth and allowing for the Holy Spirit to flow like living water, this allows room for the donor to know more about how they can actually help[.] Now, not everyone can actually give, but [the] Lord puts a calling in each and everybody's heart, and how they can serve. [I] also take mental notes [from] our chapels and glean information that may be useful for when I'm talking to the donors. Next, I pour out my heart to every [caller] because we just don't know [what they are] going through[.]" (41:02-42:30) "I love sharing World

DECLARATION OF SHANNON OSBORNE     Page 11
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Vision's needs [with] our donors[. They] just love World Vision [and] I always [tell] them what our need is. [They can] lift our need in prayer and if they are able [to donate]. I thank them whether it's monetary or prayer. And at this time I usually hear lovely stories of how God has called them to be prayer warriors or intercessor[s] and it's [a]mazing to be able to open my mouth and allow for the Holy Spirit to work." (42:46-43:42)

34. When DCSRs visit World Vision field offices around the world, they often experience what they as Christians view as taking their place in the Body of Christ. "[I] had the life changing opportunity, like many of [us in DCS] have had, to visit our colleagues in Kenya. [Our] staff in the field [say] how thankful they are—and the heroes we are to the children. [And] we protest and say, How can you say that: you are the heroes; [you are] literally serving the children. And they say, But we wouldn't be able to do any of that work if you weren't sending gifts halfway around the [world]. And we say, But we wouldn't have anything to ask for if it wasn't for [the] incredible things [you are doing] with those funds. And they say, But we wouldn't be able to do anything if not for your generous donors. And we say, But you are the hands and feet of this organization. [And] they say, But you are the ears and mouths of this organization. And *that* is what it looks like for World Vision to be the body of Christ." (46:53-48:05)

35. "Being in DCS has been a faith-building experience because you can see God moving everywhere you look, from the obvious events in the field to the miracles of every day…. The miraculous is part of our culture and something that gives us hope

DECLARATION OF SHANNON OSBORNE     Page 12
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

daily." (48:26-48:51) "Working in DCS has impacted my faith [and] I'm constantly reminded of the privilege I have to be the voice for those who are unable to speak up for themselves [whom] we serve in Christ." (50:27-40)

36. Anthony Williams, the Director of DCS (at that time and now), closed this "DCS Chapel," referencing *Luke* 9:48 and 19:17. "We represent each one of you as we provide the highest level of service [to] our donors. But most of all, we obey God's calling to be the voice for the children, the families, that we care so much about. In my 14 and half years here, there has never been a day … that I didn't know why God called me to this place. [And when] that day comes [and] each of you is standing before [God], I pray that He looks at each one of you in your faces and says, Well done, good and faithful servant: you did *exactly* what I asked you to do. I will now close us in prayer …." (51:14-52:21)

37. As a DCSR, Aubry McMahon's responsibilities would have included praying faithfully with donors, as illustrated by ten representative donor calls from the year 2020. True and correct audio recordings of these DCSR donor calls are being filed with this Declaration as Exhibit SO-15. *See* 2020Call1–2020Call10 (private info redacted). These ten samples reflect the more than 15,000 prayer requests recorded during calendar year 2020.

38. In each of these 2020 calls, DCSRs prayed with donors about their needs and the needs of the children they sponsor. These donor needs included an elderly man's constant pain, a wife's kidney infection, a mother's biopsy, a recent widow's troubled daughter, a father's broken hip, a husband's safety as a doctor responding to

DECLARATION OF SHANNON OSBORNE    Page 13
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Covid, a brother-in-law's wife going to hospice, a family dairy farm's fate, a church's desire to rebuild its youth ministry, and an emotional young woman "really worried that I'm going to lose my job."

39. Here is one example with a female donor, in April 2020, early into the COVID-19 pandemic:

> **Donor**: "My uncle … contracted the virus [and my mom] had to make the decision today to remove life support. So, please pray for my mom. [I]t's her big brother [and] it was sudden…. [I]f you guys could pray for my mom, I'd appreciate that very much."
> **DCSR**: "[I]f you're comfortable, would you be okay if I prayed right now over the phone?"
> **Donor**: "Yes. Definitely. That would be great."
> **DCSR**: "Dear Lord, I just want to lift up [donor] and her family as well as her uncle specifically…. I pray for comfort and for healing for the family, specifically for [her] mother as she goes through this time with her big brother…. [W]e pray for comfort and for support for this entire family…. So, thank you so much for your comfort, dear Lord, and we thank you for loving us, in Jesus' name. Amen."
> **Donor**: "Amen. Thank you so much for that. I really appreciate that. Thank you."
> **DCSR**: "Of course. And … don't hesitate to give us a call…. to reach out …. Okay?"
> **Donor**: "Okay. Thank you so much. And I really—I really appreciate you calling. It was really well timed. So, thank you." [DCS Prayer Call, April 1, 2020, at 0:53-3:50.]

40. The following representative examples of encouraging "shout outs" from DCS managers to their staff also show how important prayer is to the work of DCSRs. *See* WV3103-10 (donor identifying information redacted). "Mr. [Donor was] overwhelmed when he shared [that female DCSR] prayed for him and showed him the love of the Lord on their phone call amidst his own personal trials he shared with her. He said he has never had such an amazing experience with an organization."

DECLARATION OF SHANNON OSBORNE — Page 14
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

WV3103. "Michael [Donor] was blown away [by DCSR, who] offered prayer [that] deeply touched [him.] Thank you [DCSR] for reminding donors we are a ministry ready to be God's hands and feet!" *Id*. at 3105. "Ms. [Donor called] leadership this morning to share [her] incredible [call with DCSR, who] prayed the most beautiful prayer over [her,] straight from the heart of Jesus." *Id*. at 3106. "Mrs. [Donor said she] was touched by [DCSR's] prayer [and] is incredibly thankful for [our] ministry." *Id*. at 3107. Attached to this Declaration as Exhibit SO-16 are true and correct copies of these DCS manager "shout outs" to DCSRs (WV3103-3110) (donor identifying information redacted).

41. The sample shout-outs continue as follows. "Susanna [Donor] wanted us to know how amazing [DCSR] is. She said [he] was compassionate, kind and so very caring. As she [described] how [he prayed] for her she got choked up and started to cry…. This [is] pure ministry [and] you understand what is truly important." *Id*. at 3108-09. "Mrs. [Donor called] to say: '[female DCSR] was amazing [and such] a blessing today for me because I asked for prayer and [she] encourage[d] me and lifted me to the Lord and I feel amazing. She is a beautiful human being and she praises GOD! She is in the *right position*.'" *Id*. at 3110 (emphasis added). "Mrs. [Donor] called to [commend DCSR for praying for her] daughter [which] touched [her] heart. She said she believes [in] World Vision [and that DCSR] is in the *right place* in the kingdom of God." *Id*. at 3112 (emphasis added).

42. As detailed above, Aubry McMahon, to be qualified as a DCSR, would need to fit the DCSR's ministerial role and duties in many ways. First, she would need

DECLARATION OF SHANNON OSBORNE    Page 15
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

to be a "key" "messenger" and "voice of World Vision." Second, she would need to "personify its ministry" to its lifeblood of donors. Third, she would need to support donor transformation via "Christ's transforming love, grace, and power." Fourth, she would need to combine with likeminded colleagues to be "God's hands and feet" in the "body of Christ." Fifth, she would need to perform "ministry" through outbound and inbound calls being able to explain World Vision's ministry, its programs and how World Vision witnesses to Christ in its work and through fundraising itself.

43. As part of our Christian faith, World Vision understands the activity of fundraising and the role of the DCS staff in fundraising to be not only part of World Vision's ministry but also a form of ministry in itself. "Done right, fund-raising is ministry," Christian Witness/Ministry of Fundraising, ¶4.1 (WV1363), just "as spiritual as giving a sermon, entering a time of prayer, visiting the sick, or feeding the hungry." *Id*. This tenet of fundraising-as-ministry is reinforced by twenty-six slides included as part of World Vision's Christian Witness Immersion Program materials. *See id*. (WV1361-87). Attached to this Declaration as Exhibit SO-17 is a true and correct copy of this Christian Witness/Ministry of Fundraising document (WV1360-1388).

44. This tenet of fundraising-as-ministry is also illustrated throughout World Vision's donor-focused materials. *See, e.g.*, Reflections on Marketing & Fundraising (WV1515-56); Why Focus on Donor Transformation? (WV2805-12). Attached to this Declaration as Exhibit SO-18 are true and correct copies of these donor transformation and fundraising materials (WV1515-1556; WV2805-2812).

DECLARATION OF SHANNON OSBORNE   Page 16
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

45.     As explained above, all these ministry activities need to be performed daily by DCSRs "convincingly" to advance the Christian "mission, vision, and strategies" of World Vision. All day they must speak with donors and colleagues amid opportunities to "[p]ray, pray again, and pray some more," seeking God's power and blessings on World Vision, its donors, and its programs, as "resourced by Him." Orange Book: Living Out Our Values, Exh. SO-04, 11 (WV0718).

46.     The latter point is essential, because prayer moves God's hand. As explained in our Orange Book: "**A PRAYER-CENTERED WORK ENVIRONMENT**. Prayer plays a central role in World Vision's ministry. We recognize that our mission is not only commanded by God but also resourced by God. We place such a high value on prayer that we begin each fiscal year with an entire day dedicated to prayer, thanksgiving, and reflection. In addition, we provide prayer rooms with special emphases throughout the year and encourage employees to begin and end each work or project meeting in prayer." *Id*.

47.     We pray for God's help to meet donor needs and facilitate their transformation. We pray for God's help to meet the physical, emotional, and spiritual needs of the children and families the donors sponsor. Most of all, we pray to advance God's kingdom through our Lord and Savior Jesus Christ. None of these goals are achievable through purely earthly powers or means. World Vision believes God, and His Word, and believes in the power of prayer described in God's Word. That is why: "With God's Help, we will: … Pray, pray again, and pray some more." Core Values: We Are Christian (citing Scriptures), Exh. SO-05 (WV0740).

DECLARATION OF SHANNON OSBORNE          Page 17
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

48. To perform the role described in detail above, Aubry McMahon would need to believe it, and live it, each day, in both her professional and personal lives.

49. The DCSR role is not just about fundraising (as vital as that is). In the words of the courts in *Spencer*, a primary goal of World Vision is to promote the "child sponsorship program" that "pair[s]" donors with children; some of these donors may wish to "learn about the Christian faith."

50. The DCSR role is not just about the children (as vital as they are). DCSRs support donor transformation, by inspiring those donors who share World Vision's faith and by sharing that faith with those who don't.

51. The DCSR role is not just about the donors. DCSRs grow World Vision's ministry by sharing its mission, vision, and strategies.

52. The DCSR role is not just about World Vision's programs. DCSRs are to be likeminded colleagues and witnesses to Jesus Christ at work and elsewhere.

53. The DCSR role, most importantly, is not just about this world. DCSRs play a key role fulfilling World Vision's core purpose of advancing by all means "the Gospel [of] Jesus Christ."

54. The DCSR role, the one sought by Aubry McMahon, is about all of these things. Ms. McMahon would have needed to further the goal that "[e]very current and potential donor and partner will clearly understand our mission to bear witness to Jesus Christ—through life, deed, word, and sign—in ways that encourage people to respond to the gospel of Jesus Christ." WV Christian Witness Messaging (WV1125).

DECLARATION OF SHANNON OSBORNE   Page 18
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Attached to this Declaration as Exhibit SO-19 are true and correct copies of these WV Christian Witness Messaging materials (WV1124-1141).

55. World Vision can accomplish its Christian mission only to the extent it remains free to determine which hires fill the "right position" or "right place" in its Christian ministry.

56. In my view, there is no World Vision without: (a) the donors (most of whom share its faith and thus sponsor, pray for, write to, and sustain the children out of common purpose); (b) the children (many of whom learn about this faith); and (c) the staff (whose shared faith kindles internal synergies and garners God's providence).

57. In the role that she sought, Aubry McMahon was to "personify," be a "voice" for, and be a "messenger" for World Vision's faith. That role required her wholehearted assent—sharing World Vision's faith—to perform and promote it "accurately and with integrity," "persuasively and convincingly," to donors, supporters, colleagues, and the public. She was to "live[ it] out day-to-day." Those were her responsibilities. They were religious. They were important. And they were key to World Vision's mission.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 6th day of April, 2023, at Seattle, Washington.

_____
SHANNON OSBORNE

DECLARATION OF SHANNON OSBORNE    Page 19
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052