# EXHIBIT SO-03

CONFIDENTIAL

**Dear Managers:** Please review the following Day of Prayer reminders with your staff.  You may also refer to the DOP FAQ's to find more information to share with your staff.

**Date:**   October 1, 2020
Please note that World Vision offices and operations in all locations will be closed on October 1.

**Location:** This is an all virtual event.  Registration details will be posted on the Vine.  Once registered, staff will receive a link to join the event platform.  Please encourage your team to register early (registration will be open approximately 2 weeks prior to the event).  All registered staff will have access to the platform a few days prior to the event to familiarize themselves with navigating around and to review the schedule and breakout session offerings.  All employees registered before Sept 30 will receive a unique packet of donor prayer requests. Employees who register Sept 30 or later will participate in donor prayer requests that will be shared on DOP.  **Again, early registration is encouraged!**

**Time:** The virtual event will take place between 8:00 a.m. PT (11 a.m. ET) to 2:00 p.m. PT (5 pm ET).  Division leaders and/or Team Managers may use the hours before or after the virtual event to gather with your teams to participate in prayer or devotion activities.  Or you may encourage your team to use this time for personal prayer and devotion.  Resources will be provided on the Vine that can be used for team or individual activities.

This is a regular work day and **all staff will be paid for 8 hours and are expected to stay for the full day** unless they have a supervisor approved absence (illness, travel, FMLA, etc.).  Please encourage your staff to honor and be faithful stewards of our Day of Prayer time and stay engaged for the full day.  Managers should communicate with employees who have flexible work schedules due to family responsibilities resulting from COVID-19 school closures as to alternate schedules and participation expectations.  Please see DOP FAQ's for information regarding family participation.

---

# Very Important -  Please Read:

**Time keeping in Dayforce and Day of Prayer**
All employees will have a preloaded 8 hours of regular pay in their Dayforce timesheet for October 1. Additionally, for all managers: If an employee has an unplanned absence and will not be present at Day of Prayer for the full day for any of the reasons below,  you will need to adjust your employees timesheet in DayForce accordingly:
- You are a part-time employee and have pre-arranged with your manager to participate in Day of Prayer according to your regular part-time schedule (if less than 8 hours)
- You have approval from your manager to arrive late or leave early from Day of Prayer
- You miss Day of Prayer due to illness

If you have questions, please contact Payroll at 253-815-3399  for instructions on how to adjust the employee's pay for that day so the correct time is reflected.

---

**Staff who are expected to attend include:** Full time, part time, limited term; DCS trainees.

**Temporary employees, volunteers, and outside guests:**
- ❖ Regrettably, volunteers, temporary employees and external guests are unable to attend.  Only WVUS employees with a World Vision email will be able to register.  Please see the DOP FAQ's for information on participation of family members in the same household.  Please contact Lyanna Young if you have questions regarding this.

CONFIDENTIAL

## How should we prepare for Day of Prayer?

- ❖ Begin now to prepare your heart to receive what God has for you at Day of Prayer! You might consider setting aside a time each day or week to specifically pray and fast for God to ready your heart.
- ❖ Check the Day of Prayer page on the Vine often for new devotional and prayer resources and Day of Prayer updates.
- ❖ Watch for registration instructions on the Vine and register early!
- ❖ Plan to have your Bible and pen and notebook available during Day of Prayer.
- ❖ Watch your email a few days prior to Day of Prayer for your unique Donor Prayer Request document. Have that document handy for the Donor Prayer Request session!
- ❖ Consider having lunch and snacks prepared ahead of time for you and your family so you won't miss any of the content.

## More Questions?  Please see DOP FAQ's and/or check the Vine

We look forward to giving praise for the Lord's faithfulness in FY20, and to corporately commit our work and our service to Him this next year. I encourage you to be in prayer for your own staff and that God will encourage their hearts for service as we celebrate the Kingdom work we have been given called World Vision.

**Lyanna Young**
**Faith at Work Manager**

WV-001773

CONFIDENTIAL



# Day of Prayer

October 1, 2020

---

"But seek first his kingdom and his righteousness, and all these things will be given to you as well."

—*Matthew 6:33 (NIV)*

WV-001774

CONFIDENTIAL



# LEVEL SET FY21

- First year all-virtual – shortening day to allow all time zones to participate
- Covid-19 Pandemic - no travel for speakers or staff
- Summer of racial divide
- 1 week following RIFF/ERP Staff  'last day of work'
- Election in one month
- 1 Year into WVUS Strategy



WV-001775

CONFIDENTIAL



# PURPOSE

The purpose of the Day of Prayer event, considered a highlight of the year, is to allow leadership and staff to gather together as one family in the body of Christ to <u>prayerfully</u>:

- **EXAMINE** and praise & worship God for the work that has been accomplished,

- **ENCOURAGE** staff in their current work and the mission of World Vision to witness to Jesus Christ, and

- **EXHORT** the organization to understand with clarity the vision of God's plan moving forward.



CONFIDENTIAL



# KEY GOALS

Staff will experience:

- Deeper understanding and **appreciation of God** in the midst of our work

- **Unity:** seeking oneness but not sameness

- **Diversity:** theologically, ethnically, gender, age and racially line up of speakers and staff

- **Uplifting Worship**: variety of artists with diverse worship styles

- Multiple & rich **prayer experiences** focused on praying for our work, our donors and our staff

- **Interactivity:** through chats, breakouts, polling, mixed media, discussion, reflection, etc



CONFIDENTIAL



# KEY MESSAGES

**Theme:**  Seeking First the Kingdom of God

**Scripture:**     'But seek first his kingdom and his righteousness, and all these things will be given to you as well.' -Matthew 6:33 (NIV)

**Focus:**      God's kingly rule –His reign, actions, and governance over all of creation (Psalm 103:19)—has established and guides His kingdom. We bear witness to God's kingdom                 that offers fullness of life for all people and renewal of creation through a crucified                         and risen king (John 10:10, Colossians 1:20). God as king does not rule by force or                     imposition, but through love. God graciously invites us to play a critical role in working                     towards present manifestations of this love, pointing to His future vision of a restored                     world. As we look forward to shining God's light to the darkest corners of the world             in FY21, we must 'seek first the kingdom' through prayer.



WV-001778

CONFIDENTIAL

# EVENT at a GLANCE



| Session 1 | Session 2 | Session 3 | Session 4 |
|---|---|---|---|
| 8:00-9:35 PT<br><br>11:00 – 12:35 ET | 9:50 – 10:50 PT<br><br>12:50 – 1:50 ET | 10:50-11:55 PT<br><br>1:50 – 2:55 ET | 12:20 – 2:00 PT<br><br>3:20 – 5:00 ET |
| Welcome/ Housekeeping | Welcome Back/ Interactive Fun | Welcome Back/ Interactive Fun | Worship |
| Worship | Worship | Intro Speaker | Emcee/Fun |
| Presidents Opening Remarks/Look Back | Prayer by Faculty of Elders | Guest Speaker: Dr. Barry Black | Messania's Story |
| Prayer by Faculty of Elders | Andrew Morley Video | Testimony Video | Prayer Breakout #3 |
| Prayer Breakout #1 | Corp Prayer Activity w/ Jayakumar Christian | Corp Prayer Activity – Liturgical Prayer | Insta-Survey |
| Testimony Video | Remembrance Bell | Donor Prayer Requests | President's Address/ Exhortation |
| Guest Speaker Danielle Strickland | Prayer Breakout #2 | | Prayer/Reflection Activity/ Closing Worship |
| Break (15) | | Break (25) | |
| Total Time (95) | Total Time (60) | Total Time (65) | Total Time (100) |

WV-001779

CONFIDENTIAL



# KEYNOTE Speakers

## Edgar Sandoval, President & CEO, WVUS

Born in Los Angeles, Edgar grew up in Latin America, where he first witnessed poverty. At age 18 he returned alone to the U.S. and worked minimum-wage jobs while pursuing his education, eventually graduating from Rutgers University and earning an MBA from the Wharton School at the University of Pennsylvania. Edgar held various leadership positions over two decades at Procter & Gamble before responding to God's call to join World Vision U.S. as chief operating officer in 2015. Three years later, he was appointed World Vision U.S. president, beginning his tenure on Oct. 1, 2018.



Big Message: TBD

WV-001780

CONFIDENTIAL



# KEYNOTE Speakers

## Barry C. Black, Chaplain of the US Senate



**Barry C. Black** is the 62nd chaplain of the United States Senate. He began serving as Senate chaplain on June 27, 2003, becoming the first African American and the first Seventh-day Adventist to hold the office. He served for over 27 years in the United States Navy Chaplain Corps, rising to the rank of rear admiral (upper half) and ending his career as the Chief of Chaplains of the United States Navy. As a rear admiral, his personal decorations included the Navy Distinguished Service Medal, the Legion of Merit Medal, twice awarded the Defense Meritorious Service Medal, twice awarded the Meritorious Service Medal, and twice received the Navy Commendation Medal, and the Marine Corps Commendation Medal, and numerous unit awards, campaign, and service medals. He retired from the Navy on August 15, 2003.

Big Message: TBD

WV-001781

CONFIDENTIAL



# KEYNOTE Speakers

## Danielle Strickland, Spiritual Leader, Justice Advocate, Peacemaker

Her aggressive compassion has served people firsthand in countries all over the world. From establishing justice departments and church plants, to launching global anti-trafficking initiatives, to creating new initiatives to mobilize people towards transformational living. Danielle trains, advocates, and inspires people to live differently through initiatives like Amplify Peace, Brave Global, Infinitum, Woman Speaking Collective. Her latest book released in 2020, "Better Together: How Women and Men Can Heal the Divide and Work Together to Transform the Future", her podcast is listened to by thousands globally, and closer to home, she's on the teaching team at The Meeting House.



Big Message: TBD

CONFIDENTIAL



# MUSICIANS

## Maverick City Music

UNORTHODOX, FREE SPIRIT, RULE BREAKER, ONE THAT BREAKS

AWAY FROM THE HERD.



In 2018, after hosting 17 writing camps, accommodating over 100 artists and writers, creating and shaping 100s of songs; Maverick City Music as born. With a goal not to be a song factory but rather to create a space where worship expression takes precedence over proficiency. Their dream is that the worship genre would be a place where diversity thrives, and the hope of every tribe united with their voices raised wouldn't just be a vision of the future but would capture the prophetic imaginations of the church in our day.

WV-001783

CONFIDENTIAL



# MUSICIAN

## Rita Springer – Singer/Song Writer



Making Christ famous through the art, act and physical sound of our worship is Rita's anthem and her deepest desire is to see this arise in the body of Christ. Born out of that deep desire and to see women free through the tools of the Word, Worship and Prayer, she started her own women's conference in 2000 called 'Fragrant Oil.' It was an incredible season of 7 years watching God use worship powerfully to transform lives across the globe.  In 2008 she began a worship school called DIVE. (Deep - Innovative - Vertical - Expression) The School trains and encourages upcoming worship leaders all over the world with weeklong intensive one-on-one courses. Staying true to her calling, Rita continues to write new songs and leads worship at churches, conferences and events around the country. Rita released her first book in 2013, Finding Eve.

WV-001784

CONFIDENTIAL

# Breakouts & Corporate Prayer Sessions

**Corporate Prayer Session 1:**

Scripture led time of prayer focusing on seeking first His kingdom with Jayakumar Christian.

**Corporate Prayer Session 2:**

WVI Liturgy Prayer using Psalm 136 & Matthew 5 led by Margaret Schuler.

**Time with Jayakumar Christian**

Extension of his corporate prayer session focusing on seeking first His kingdom through scripture and prayer.

**Hosted Session with Danielle Strickland**

Reflection or Q&A with Danielle after main session.

**Intercessory Prayer Experience  - Details TBD**

**Listening to God – A Guided Prayer Experience**

Time of prayer focusing on listening to God led by Sunita Groth and Amanda Bowman.

**Messania's Story**

Immediately following the screening, Dan Berggren will share specific ways we can pray for this film.

**Corinthian's Council**

Prayer around opportunities and efforts with diversity and inclusion within our work. Will be led by the Corinthian's Council.

**US Programs**

Overviews of Fresh Food Boxes, Family Emergency Kits, and PPE followed by sharing of 6 different prayer requests and time to pray together. Will be led by Reed Slattery & the US Programs team.



CONFIDENTIAL

# Breakouts & Corporate Prayer Sessions, continued

**Praying Over…. *calendars, work, church, news, friends and family***

Self-guided intentional prayer for those in our circle of influence.

**Prayer for our Work**

Intercessory prayer over our work all over the world (might be pre-recorded).

**Adopt an Office – Prayer Over a Sister-Office**

WVUS has partnered with Haiti and Bolivia; we'll lift their work and pray for staff, colleagues, and children we serve.

**Worship Reflection**

Self-guided worship reflection with accompanying inspirational videos.

**Journaling Activity**

Responding to guided journal questions highlighting global prayer opportunities.

**The Lord's Prayer Exercise**

WVI Lord's Prayer self-guided video.

**\*\*Creative Prayer**

Prayer while coloring, drawing with music.

**\*\*Inward Family Devotion**

Families spend time praying for one another.

**\*\*Outward Family Devotion**

Families spend time praying for their community and World Vision's work.

**Guided Prayer Walk**

Self-guided prayer walk with music and scripture based on our FY21 Theme Verse.

**\*\* Breakouts esp. designed for families**



WV-001786

CONFIDENTIAL

# Virtual Engagement & Testimonies

**"We Will Pray!" Video**

Video montage of our staff in all our various locations to get everyone excited about Day of Prayer. Will post on The Vine 2 weeks prior.

**Photo Booth**

Take a Day of Prayer photo with a customized frame! Staff can include their family in the picture to share what their Day of Prayer looked like this year. Will have access to the entire Gallery post event.

**See our New "Co-Workers"**

Photos of our staff's children or pets.

**See our New "Normal"**

Photos of teams connecting in new and creative ways.

**Vote on the Best Quarantine Hair and Beard**

Utilize the polling feature and allow staff to vote!

**"I Spy"**

Ask speakers to place a certain object in their background and provide staff with the list so they can check off every item they "spy."

**Optional Group Lunch/Break Time**

Colleagues can eat lunch/break together in a breakout rooms. There will be a host to help facilitate conversation throughout lunch.

**(2) Testimonies**

We will hear 5-minute testimonies of how God is moving through our work from the Church Team and IPG.

World Vision

WV-001787

CONFIDENTIAL

# Desktop FY21

HRI5033 Day of Prayer Desktop Wallpaper











CONFIDENTIAL



# Questions?

_____

"But seek first his kingdom and his righteousness, and all these things will be given to you as well."

—*Matthew 6:33 (NIV)*

WV-001789

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
2020 MASTER SHOWFLOW – 10.01.2020

| Time | Length | Program Content | Speaker | Video Feed |
|------|--------|-----------------|---------|------------|
| PACIFIC TIME | | | | |
| 7:30 am | | **JAVY, LYANNA, AND CHAPEL TECHS JOIN STREAMYARD LINK** | | |
| | | **General Session I** | | |
| 7:30 | | **Welcome Slide** | | PPT Slide |
| 7:55 | 5 mins | **Countdown Clock #1** [Redacted] <br>[Redacted] | | VIDEO CLIP |
| 8:00 | 4 mins | Welcome/Housekeeping <br><br>**LYANNA**  Good morning World Vision!  And Good Morning, Javy! <br><br>**JAVY**  Good morning, Lyanna!  And Good Morning everyone! <br><br>**LYANNA**  The day is finally here, Javy.  A year ago, who would have thought we would be having a VIRTUAL Day of Prayer! <br><br>**JAVY**  Well who would have thought a LOT of things would be virtual! <br><br>**LYANNA**  Well, what that means is that we are having Day of Prayer all across the United States today.  That's a pretty cool thing to think that prayers are going up from every corner of our nation from our staff.  Where are you broadcasting from, Javy? | Javy Diaz & Lyanna Young | Javy & Lyanna Live <br><br>*PPT - Lyanna Young, Faith at Work Manager Javy Diaz, Sr Church Advisor and Area Director* |

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | **JAVY**  I'm in Delaware.  And I was looking at the list of where people are at and we have fill in #_____ states covered!  Pretty amazing!<br><br>**LYANNA**  Well we have a really full and exciting day planned today, don't we?<br><br>**JAVY**  We sure do.  I don't think anyone will be able to walk away saying they didn't have ways to stay engaged!  Hey everyone, have you checked out the Staff Engagement Area on your left nav bar?  There's some really awesome things there like videos and photos that our staff sent in of their COVID hair and their new 'co-workers.'  There's a VIRTUAL PHOTO BOOTH that we hope everyone will go and visit – and don't forget to take a photo with your family or pets that are sharing Day of Prayer with you!  And, you will also find the links to our 'virtual lunch rooms' where you can interact with colleagues during our mid-day break.  Also, you will find opportunity to submit your own prayer requests throughout the day – we have intercessory prayer volunteers who will lift you in prayer today!<br><br>**LYANNA**  I love that tab!  A couple of other places on the platform that you will want to pay attention to today is the home page and the notification button.  Both of those areas will have important updates and directions throughout the day, so be sure to watch those.  Also, the Agenda button will be important – as you click on that, pull down menus will come up that give you more information about the session or give you the breakout session options.  Be sure you take a look at the breakout sessions and choose what ones you want to attend – not all of them will be offered at all three breakout times!<br><br>**JAVY**  And, don't forget to participate in the chat during our mainstage sessions!  We want to hear how God is speaking to you today through our speakers, worship, and prayer times!<br><br>**LYANNA**  Yes, and we have an opportunity for that right now.  As we get going today, we thought it only appropriate that we acknowledge and celebrate our 70 year anniversary.  It's amazing to think about the giants whose shoulders we stand on.<br><br>**JAVY**  Yes, those hidden heroes are incredibly inspiring.  I can think of people who I work with right now who I would consider Hidden Heroes. I know you can too. You know Lyanna, I've always said that it wouldn't be a World Vision gathering without some sort of epic video.  So as we play this beautiful piece, I want to invite you to think about those who you consider Hidden Heroes and put their name in the chat box.  Let's watch this great video… | | *Spot Me: Banner  - Who is your World Vision HIdden Hero?*<br><br>*Wayne:  chat box – Who is your World Vision Hidden Hero?*<br><br>*Wayne: Moderate Chat* |
| 8:04 | 4 mins | **Hidden Heroes 70 Yrs Video**<br>[Redacted] ███████████████████████ | | VIDEO CLIP |

WV-001791

CONFIDENTIAL

WORLD VISION DAY OF PRAYER
2020 MASTER SHOWFLOW – 10.01.2020

| 8:08 | 4 mins | **Seek First the Kingdom/Opening Prayer**<br><br>**LYANNA** Wow, It's videos like that make us stop and say, "All of this hard work is worth it!"  We love seeing all of the people who have inspired you in your great kingdom work.<br>So Javy, our theme is Seek First the Kingdom of God… we will do a lot of unpacking of that today.  But as you've been thinking about that theme, how has God been speaking to you personally?<br><br>**JAVY**  During this season, I've been doing a lot of thinking, and praying, reading His word, spending good chunks of time in silence and solitude; asking God what my role in His Kingdom is – where is He leading me? I guess you could say, that I've been pursuing the KING, of the KINGdom. So as I think about what it means to Seek the Kingdom of God, I can't help recall the power of Luke 4 – Jesus's. the King's inaugural address if you may – where He reads from Isaiah –<br><br>"The Spirit of the Lord is on me, because he has anointed me to preach good news to the poor. He has sent me to proclaim freedom for the prisoners and recovery of sight for the blind, to release the oppressed, to proclaim the year of the Lord's favor."<br><br>To Seek the Kingdom of God is unlike seeking any other kingdom. To seek this kingdom, you build up instead of tear down. To seek this kingdom, you empower the oppressed and the marginalized. To seek this kingdom, you call on the power structures that perpetuate injustice with truth and grace. To seek this kingdom, we lay down our lives to save them.<br><br>This Kingdom is an upside-down kingdom – headed up by a King who addressed the physical and the spiritual needs of God's children – and who has called, equipped, and sent World Vision to do the same.<br><br>**LYANNA**  That's so rich, Javy!  I've also been soaking in this theme and scripture as well for many months now.  And I have to say that it has changed my perspective in a lot of ways.  Especially with all of the things that are happening in our world over the last several months, I can't tell you how often I've gone back to that phrase of "Seek Him FIRST."  And as I've done that, God has been so faithful to me!  He has shown me how many things I let capture my mind and thoughts and my time and energy that really don't have KINGDOM importance.  Or that I can't do anything about anyway.  He has helped to bring clarity for me around things I should give up that aren't mine to carry anyway, and to focus in on those things that He has specifically and uniquely assigned to me.  He has helped me to more fully discover my identity and to courageously step into that identity.  And, that is really my prayer for all of us for this Day of Prayer.  That perhaps today would be a start for someone to refocus and refresh their vision and realign themselves to Seeking Him First. | Javy Diaz & Lyanna Young | Javy & Lyanna Live<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>SPOT ME:  BANNER:  Up next:  Worship with Maverick City Music |

WV-001792

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | **JAVY** I love that, friend. But as you know, you and I could do this all day and well, I think we better get things moving. Lyanna, would you open our day in prayer?  And then after that, we get to hear from one of our incredible Worship Artists, Maverick City Music to kick our day off.<br><br>**LYANNA** Please join me in prayer... | | |
| 8:12 | | **EDGAR JOIN STREAMYARD LINK** | | |
| 8:12 | 7 mins | **Worship – Maverick City Music #1**<br>[Redacted] | | Video Clip |
| 8:19 | 1 min | **Intro Edgar and video:**<br><br>Today we have the opportunity to hear from Edgar for two sessions. We are looking forward to how God will speak to us through our President!  But to begin, let's watch this video about Edgar. | Lyanna Young | Lyanna Live |
| 8:20 | 5 mins | **Edgar's Story Video**<br>[Redacted] | | |
| 8:25 | 15 mins | I can't believe the creative team at the Global Leadership Network condensed my story into just 5 minutes! I especially love that it clearly shows my wife Leiza's role in my story. First, I would probably still have that moustache if it weren't for her! And her faith and courage played a key role in my coming to World Vision. She's a model of what it means to surrender to Christ. What would your video look like? One of the key elements that would emerge is your calling. When did God call you, how did you answer, and where did that lead?<br>Day of Prayer is our opportunity to pause and listen for cues of where He is leading us next.<br>Are we ready for what lies ahead? I don't think it's possible to answer that without taking stock of where we are now and the shockwaves of the past year.<br>This pandemic is like nothing else we've all faced. And it became clear early on that it would bring us pain and uncertainty. But early on I also saw unity and hope.<br>The second week into our remote work situation, the Senior Leadership Team prayed for one another and took turns sharing what was on our hearts, what was troubling us. One leader said, "My child is wondering, 'Will I see my teacher again?'" Another, "My father-in-law is very ill and only has a few months to live." Another said they had family members who were rejecting Christ and he wanted prayers for their salvation. And on and on, we each shared our cares, many in tears, and we joined in prayer. | Edgar Sandoval | Edgar Live<br><br>*PPT – Edgar Sandoval, SR – WVUS President & CEO* |

CONFIDENTIAL

**WORLD VISION DAY OF PRAYER**
2020 MASTER SHOWFLOW – 10.01.2020

Through this pandemic God brought us together in a way no team-building exercise ever could. I felt these leaders holding up my arms like Moses when he was growing weary in battle.

We didn't feel ready. And didn't know what lay ahead. But the Lord used three ways to help me discern how to move forward: through a book, a song, and a warning.

You have heard me talk about Ruth Haley Barton's book before, *Strengthening the Soul of Your Leadership*. I believe God was thinking about me, about this season when she wrote that book*[smile/chuckle].* It inspired me for how to lead through troubled waters. But it also unsurfaced some doubts.

Maybe you've asked questions like this in your own life when you encounter troubled waters. "Lord, really? This hard, unpredictable, scary, stressful, divisive, explosive world we live in today – You want me to lead in the middle of this? Why me? Can you not find someone else, someone more experienced, someone stronger, someone with more faith?"

As I wrestled with these questions I read this: *"any authentic calling takes us to a place where we have serious objections of some sort, places where we feel inadequate, where we confront our pre-conceived ideas of what we thought our life should be. But one of the ways we recognize calling is that it has come in a way that could not have been humanly orchestrated, so it cannot be easily dismissed."*

This jolted me back to mine and Leiza's decision to accept the offer from World Vision. We did not know what the future looked like, but we knew it could not be humanly orchestrated, and it has not been!

As Ruth Haley Barton says: *"somehow, we know that moment is different, it is not about making a brilliant career move... It is about the Spirit of God setting us on our feet and telling us 'this is yours to do whether it feels like you are failing or succeeding.'* God's calling gives us the courage to put aside what is important to us and pursue what is important to Him. You see, the knowledge that you have been chosen by God gives you the courage to surrender... to His will.

God also spoke to me through a song – through the beautiful worship of his people. You'll remember at the February All-Staff, we had celebrated our best year ever! I had asked for a lot with Go Green, the Big Idea and Every Last One, and with the Lord's hand behind us, you had worked hard and delivered in spades. On stage at that meeting, I even marched and saluted you, quite appropriate in that moment but, also quite out of character for me!

Fast forward 4 months to mid-June. I was alone in my 4th floor conference room in our mostly empty building, about to start a virtual All Staff meeting. And I was getting ready to share some very bad news about expense cuts and layoffs. I had prayed the whole way on my drive to the office that the Lord would be with me and with us. Earlier that week, my son Edgar Jr had sent me a song from a group I had never heard before, "Promises" by Maverick City. I decided to play the song at the end of my remarks. I was hoping it would ease the bad news, reminding us that our circumstances don't determine our faith. At the end of my message, you know what happened – a holy moment that will forever live in my heart*[slide]*. The chat box exploded in praises of faithfulness *[slide]*. While I was unsettled *[slide]* and disappointed, *[slide]* YOU were worshipping the Creator, *[slide]* thanking him for his faithfulness, *[slide]* even in the valley of bad news. *[slide]* Your faithful worship *[slide]* and chat box *[slide]* comments were

WV-001794

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

like a choir of angels filling that lonely and cold office, [No slides – only speaker view] you were saying to me "Edgar, we have peace, so peace be with you."

At that moment I felt all of you holding up my arms. And the Spirit of God washed over me, first breaking me down, then lifting me up. And I left the building with a strong sense that God was with us, and He was leading the way.

But then … a warning! I came across the latest grim predictions of the long-term effects of COVID-19 in the communities we serve. These are the COVID Aftershocks.

- Over 70 million more people could be pushed back into extreme poverty – the first rise in global poverty since 1998.
- The number of people on the brink of starvation, is now expected to **double** to 270 million. An additional 10,000 children will die from starvation every month.
- And as if that is not bad enough, many of the children we serve will be pushed into child labor, child marriage, and child trafficking.

These realities haunted me. All I could think was [stern tone], "We can't let that happen!"

[Pause]

None of those challenges in my story could have fully prepared me for this past year. But God was not taken by surprise. And He is calling me to overcome the sense of uncertainty and doubt with a sense of urgency. I am ready. I am ready to go.

But, like runners in the starting position, we need to wait. The word "Go!" doesn't come before "Ready and Get set!" My calling and your calling come together in a God-orchestrated way as we pause and listen together. In unity, we waited on God and He did things in and through us we never thought possible. We had no idea on October 1st, 2019 what "Going further than we imagined," would mean. Yet God did bring us further than we asked or imagined, all while navigating an economic and health crisis that many generations and World Vision had never seen before. Listen to this…

- We served as many people here in the US in six months as we did in all of 2019, and we partnered with a record number of churches, more than 700.
- We served close to 50 million around the world, including 20 million children in our largest ever global response in our 70-year history!
- Behind a tremendous effort by all of you, from June to September, we added over $200 million dollars in revenue.
- We secured another record year of public grants.
- We created an award-wining documentary film, "Messania's Story" *[slide]* in which a Kenyan woman tells her own story of redemption after the damaging effects of child marriage and FGM. We'll watch this film later today. [No slides – only speaker view].
- We came together with Compassion and Food for the Hungry for a relief concert for COVID-19, and it was an unprecedented show of unity to let the world know that we are the body of Christ.

WV-001795

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | But there were also challenges. First, the difficult decisions facing our own WVUS family. Some of our staff were called to other assignments. Some who had their roles eliminated found other roles with us, and others moved on. Some retired early. All of them, I believe, are in God's will. The assignment may change, but the calling remains. Let us continue to pray for them.<br>In the US, political divisions and racial tensions escalated. We came together in a time of lament, deep lament in my soul because my African-American brothers and sisters in Christ were hurting, are hurting, and when one part of the body suffers the whole body suffers. And in the midst of the pain a beacon of light started to shine, like a light on a hill, calling the divided church to be a bridge building church, a reconciling church, a repentant church, a forgiving church, a church that extends grace both ways. That beacon of light is called May We Be One, *[slide]* and World Vision is the convener. I know the Lord is using World Vision, our leaders and our partners for such a time of this. [No slides – only speaker view].<br>And more challenges … After the Lord gave us Chosen, this virus took it away. We had prayed and toiled in the desert for 3 years in search of a big idea, and there we were again, in dry land for another 6 months that felt like 6 years. But in late August, we re-started Chosen with our indispensable partners: pastors and churches. Chosen 2.0, with blended audiences, virtual and in-person. And listen to this, our response rate is now higher than it was before the pandemic. Yes, really! Our response rate is now higher than it was before the pandemic! More than we asked or imagined. Seriously, we asked for 15%, we are getting 40%. Get behind us virus!<br>And an overwhelming challenge … The impact of the global pandemic on the most vulnerable children and families around the world.<br>Friends, we cannot let this threat, these mind-boggling numbers of suffering children tempt us to surrender to despair! No! We are called to surrender to something greater, Someone greater. As we listen and follow God into His calling, He will create in us the modern expression of Matthew 25.<br>Yes, it is a daunting challenge, but if God is for us, who is against us? Amid all the uncertainty and pain, I am hopeful, because we serve a God of the impossible – the Miracle Worker!<br>I am ready!<br>Are you? Are you ready?<br>Before you answer … Let's use today to remember why you came to World Vision. Remember your calling. Remember where you were and what you were doing. Think about what you left behind, or what you did not pursue because of that calling.<br>Let's get ready! Here we are, Lord, send us! Here we are.<br>Thank you and enjoy the rest of the morning. | | *SPOT ME: BANNER:  Up Next: Prayer with Rev John Jenkins and Breakout Session I* |
| 8:35 | | **BREAKOUT SESSION 1 LEADS GO TO RING CENTRAL BREAKOUT LINK** | | |
| 8:40 | 4 mins | **Board Member Prayer – John Jenkins Video**<br>[Redacted] | | Video Clip |

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

| 8:44 | 1 min | **Breakout instructions**<br>We've come to our first breakout session.  Hopefully you've had a chance to take a look at the breakout sessions that will be offered throughout the day and add your choices to "My Agenda".  So now go ahead and go to the agenda tab or to your "My Agenda" and click on your choice and you will be routed to the breakout room or to the resource.  Remember that a few of the live breakouts are being held on the Ring Central webinar so when you click the link it will open a different tab in your browser.  At the end of the breakout, you will just need to close that tab and come back to the main event platform.  See you back in about 25 minutes! | Lyanna Young | Lyanna Live |
|---|---|---|---|---|
| 8:45 | 25 mins | **Breakout Session I** | Various | DOP Slide |
| | | **General Session II** | | |
| 9:05 | 5 min | **Countdown Clock #2**<br><br>[Redacted]<br><br>**Send 5 min notification to all attendees – Breakouts will close in 5 mins!** | | Video Clip<br><br>*SpotMe send Notification to all attendees* |
| 9:05 | | **DANIELLE JOIN STREAMYARD GENERAL SESSION LINK** | | |
| 9:10 | 2 min | **Transition – Intro Video**<br>So good. Next up we are going to hear from a few of our staff on an amazing team, we all know and love, IPG – the International Programs Group.<br><br>I can't wait to hear some of their highlight from this fiscal/commitment year. Truly, God is a work in and through World Vision. Let's roll that video! | Javy Diaz | Javy Live |
| 9:12 | 5 mins | **IPG Testimony Video**<br>[Redacted] | | Video Clip |

WV-001797

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| 9:17 | 5 mins | **Speaker Intro**<br>It is my pleasure to introduce our first keynote speaker today.  Danielle Strickland… As a life-long justice advocate, Danielle's heart beats for the same things that we at World Vision are about! In fact, one of her more recent ventures is a season of her podcast created with World Vision all about living the Beatitudes – or The Right Side Up Kingdom. She's a true friend and blessing to World Vision.  Please welcome all the way from Toronto, Canada, Danielle Strickland… | Lyanna Young | Lyanna Live<br><br>SPOTME BANNER:  Up Next:  Keynote Danielle Strickland |
|---|---|---|---|---|
| 9:22 | 25 mins | **Guest Keynote – Danielle Strickland**<br><br><br><br><br><br><br><br><br>**Wayne –questions in chat** | Danielle Strickland | Danielle Live<br><br>*PPT **Danielle Strickland**, Spiritual Leader, Justice Advocate, Peacemaker*<br><br> *"The First & Last Thing"*<br><br><br>*Wayne:  questions for chat response and moderate chat*<br><br>*Techs give 5 minute warning at 9:36* |
| 9:47 | 2 mins | **Thank you/Break instructions**<br>Thank you Danielle (add comments about talk here)<br>Alright friends, it's time for a quick 15 minute break!  Be sure to visit the Staff Engagement area, grab your lunch or a snack, and we will see you in about 15 minutes! | Lyanna Young | Lyanna Live |
| 9:49 | 15 mins | **BREAK** | | DOP Slide<br> |

WV-001798

CONFIDENTIAL

**WORLD VISION DAY OF PRAYER**
2020 MASTER SHOWFLOW – 10.01.2020

| | | General Session III | | |
|---|---|---|---|---|
| 9:59 | 5 min | **Countdown Clock #3**<br>[Redacted] | | Video Clip |
| 10:04 | 1 min | **Welcome Back**<br>**LYANNA** Don't you love all of the photos and videos our colleagues have sent it?<br><br>**JAVY** They are so great!<br><br>**LYANNA** Have you had a chance to go to the Staff Engagement Area?  Did you see Tom and Kari's COVID hair photo?!<br><br>**JAVY** Oh man!  That is the best!  Hey guys, let's show that!  (*Photo of Tom and Kari*) That is classic!  I think we have another familiar face who's got some COVID hair going on, don't we?<br><br>**LYANNA** Oh yeah… wait till you see this one!  Let's roll the video team. | | Javy and Lyanna Live<br><br><br>PPT Costanza photo |
| 10:05 | 2 mins | **Edgar COVID hair video**<br>[Redacted] | | Video Clip |
| 10:07 | 1 min | **JAVY** Man Edgar…you know I love you brother. But seriously, what's the plan here!? Everyone wants to know!? This whole John the Baptist, long hair thing is getting a little out of hand…what's next? Locusts, honey? Are you going to bring back the camel hair robe and leather belt look? No, no wait.  Is this some sort of social experiment? Did I just fail the experiment? Perhaps a new fundraising opportunity? Cause if it is brother, I will be the first to donate!<br><br>**LYANNA** Ok, Ok, Javy… I think we better move on before you get yourself in trouble!  Let's enter into another time of worship with another of our WV Artists – Rita Springer.  Rita is a long time artist partner and we are so grateful for her willingness to provide us with worship for our day today.  Join us as we worship our Lord together… | Javy &<br>Lyanna | Javy & Lyanna Live<br><br><br>SPOTME BANNER:  Up Next:  Worship with Rita Springer, Message from Andrew Morley, and Prayer Time with Jayakumar Christian |

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| 10:08 | | **EDGAR AND JAYAKUMAR JOIN STREAMYARD GENERAL SESSION LINK** | | |
| 10:08 | 7 mins | **Worship – Rita Springer Video #1** [Redacted] | | Video Clip |
| 10:15 | 2 mins | Intro Andrew Morley video | Edgar Sandoval | Edgar Live<br><br>*PPT – Edgar Sandoval, SR – WVUS President & CEO* |
| 10:17 | 6 mins | **Andrew Morley Video** [Redacted] | | Video Clip |
| 10:23 | | **BREAKOUT SESSION 2 LEADS GO TO RING CENTRAL BREAKOUT LINK**<br>**STREAMYARD BREAKOUT PRODUCTION TEAM GO TO STREAMYARD LINKS** | | |
| 10:23 | 2 Mins | **Corp Prayer with Jayakumar** | Jayakumar Christian | Jayakumar Live<br><br>*PPT – Jayakumar Christian, WVUS Faculty of Elders, Live from India*<br><br>PPT slides w/ split screen of speaker |
| 10:25 | 2 mins | **Jayakumar Christian main session audio clip Is He Worthy** [Redacted] | | Audio Clip |

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| 10:27 | 6 mins | **Corp prayer with Jayakumar continues** | Jayakumar Christian | Jayakumar Live <br><br> PPT slides w/ Split screen of live speaker <br><br> Techs give speaker 5 min warning @ 10:27 |
| 10:33 | | **JAYAKUMAR JOIN STREAMYARD BREAKOUT SESSION LINK** | | |
| 10:33 | 4 Mins | **Thank speaker – Time of Remembrance** <br><br> Thank you Jayakumar.  What an honor it is to have you join our Day of Prayer today!  Just a quick reminder that both Danielle and Jayakumar will be leading a breakout session in our next breakout segment. <br> Before we go to that, we've come to the portion of our day that is always hard – a time of remembrance for WV staff that we have lost in the past year.  Today we remember three dear colleagues (slide) <br> Dorothy Scheffel, WVUS,  Mr. Harsh from WV India, and Mr. Mathieu Musharhamina Chengangu who worked at World Vision in the DRC. <br><br> (slide) <br> Our dear sister, Dorothy Scheffel, 'Dort', went to be with the Lord on Friday, May 8. <br><br> Dort was a beloved member of the IPG Team, where she served as Vice President, Program Quality & Impact. Prior to this role, Dort spent a quarter of a century in service with World Vision International in Somalia, South Sudan, the United States, Thailand, and Taiwan. <br><br> She devoted her life to serving the poor in Christ's name, with humility and generosity of spirit. She will be remembered for her many contributions to the World Vision Partnership. <br><br> (slide) <br><br> Mr. Harsh served in a project area in Pauri, Garwal, India.  Although our information on Mr. Harsh is limited, we know in Luke 12:7 that "Indeed, the very hairs of your head are all numbered.  Don't be afraid, you are worth more than many sparrows."  Mr. Harsh will be remembered for his service and contributions in the World Vision family. | Lyanna Young | Lyanna Live <br><br> PPT Slides w/ split screen of live speaker |

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | (slide)<br><br>Following an attack on a World Vision convoy traveling in the Lubero territory of the Democratic Republic of Congo, on September 19, 2020, our brother in Christ, Mr. Chengangu was tragically killed.<br>Mr. Chengangu joined World Vision in 2019.  He leaves behind a wife and 5 children and is greatly missed by his colleagues who are mourning this tragic and brutal loss.   Mr. Chengangu will be remembered for his commitment and service with World Vision.<br><br>May the families and colleagues find comfort from the Word of the Lord,<br><br>Psalm 34:18 The Lord is close to the brokenhearted, he rescues those whose spirits are crushed"<br><br>Please join me in silence as we remember these 3 colleagues and honor their lives signified by the ringing of the remembrance bell.<br><br>(slide w/ bell sounds)<br><br>Amen<br><br><br>At this time, I'd like to invite you to make your way to your second breakout session.  We will see you back on the livestream mainstage in about 25 minutes. | | |
| 10:37 | 30 secs | **Bell Audio Clip**<br><br>**Sent in email** | | Audio Clip |
| 10:37 | 30 secs | Amen<br><br><br>At this time, I'd like to invite you to make your way to your second breakout session.  We will see you back on the livestream mainstage in about 25 minutes. | Lyanna Young | Lyanna Live |

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| 10:38 | 25 mins | Breakout Session 2 | Various | DOP Slide |
|---|---|---|---|---|
| | | General Session IV | | |
| 10:50 | | DR. BLACK JOIN STREAMYARD GENERAL SESSION LINK | | |
| 10:58 | 5 min | **Countdown Clock #4**<br>[Redacted]<br><br>Send 5 min notification to all attendees – Breakouts will close in 5 mins! | | Video Clip<br><br>SpotMe send Notification to all attendees<br><br>SPOTME BANNER: Up Next: Dr. Barry Black |
| 11:03 | 2 mins | **Intro Speaker**<br><br>We are honored to have the Dr. Barry Black with us today.<br><br>Chaplain Black is the 62nd chaplain of the United States Senate. He began serving as Senate chaplain on June 27, 2003, becoming the first African American and the first Seventh-day Adventist to hold the office. He served for over 27 years in the United States Navy Chaplain Corps, rising to the rank of rear admiral (upper half) and ending his career as the Chief of Chaplains of the United States Navy.<br><br>As a rear admiral, his personal decorations included the Navy Distinguished Service Medal, the Legion of Merit Medal, twice awarded the Defense Meritorious Service Medal, twice awarded the Meritorious Service Medal, and twice received the Navy Commendation Medal, and the Marine Corps Commendation Medal, and numerous unit awards, campaign, and service medals. He retired from the Navy on August 15, 2003. | Javy Diaz | Javy Live |

WV-001803

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | We are thankful for your service Chaplain Black to this country, our government and its leaders, but most importantly to the Kingdom of God – for which you have been a voice of truth and grace. World Vision, please join me in welcoming Chaplain Barry Black. | | |
| 11:05 | 25 mins | **Guest Keynote – Dr. Barry Black** | Dr. Barry Black | Dr. Black Live w PPT split screen *PPT– Dr. Barry Black, Chaplain United States Congress* *PPT Slides* SPOTME BANNER:  Up Next: Testimony  video and Prayer Time with Margaret Schuler |
| 11:30 | | **MARGARET SCHULER JOIN STREAMYARD GENERAL SESSION LINK** | | |
| 11:30 | 2 mins | **Thank you and Intro Testimony video** **Javy:** Chaplain Black – there is never a time that I hear you speak that I don't walk away without a page of notes and a bucket of encouragement. The one thing that stuck out to me as you spoke was  1. Insert Quote here --- man that is SO good.  Thank you for you witness, your friendship, and for joining us today!  Up next we get to hear a brief Chosen testimonial video from my friend, Reward Sibanda & Rebel Church in San Antonio, Texas. Although we on the church team get to share a lot about Chosen, we all know that it wouldn't be possible without the hard work of the entire World Vision team. I hope you can get a sense of the part you play in this ministry program and the gift it is to partners like Rebel Church. Let's check it out now! | Javy Diaz | Javy Live |
| 11:32 | 6 mins | **Church Testimony Video** [Redacted] | | Video Clip |

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

| 11:38 | 5 mins | **Corporate Prayer Activity w/ Margaret** | Margaret Schuler | Margaret Live w PPT split screen<br><br>*Lower thirds title graphic – Margaret Schuler, Sr Vice President Int'l Programs Group*<br><br>*PPT Slides*<br><br>*SPOTME BANNER:  Up Next: Donor Prayer Requests* |
|---|---|---|---|---|
| 11:43 | 3 mins | **Donor Prayer Requests & Lunch Break Instructions**<br><br>**LYANNA**  Well, we've arrived at one of the most treasured parts of our day – Donor Prayer Requests.  But before we get to that, I wanted to give a few instructions about our mid-day break:<br><br> If you'd like to join some of your colleagues for your lunch or snack break, be sure and visit the Staff Engagement area and join one of the Lunch Chat rooms.  Also, if you'd like prayer, you can also find the Intercessory Prayer link there.<br><br>But before we get to our mid-day break, we have the great honor of praying for our donors.  As you might imagine, our donors have faced some pretty difficult circumstances this year.  What a privilege it is to lift them to our faithful God during this time.<br><br>You should have received a Donor Prayer Request document in your email in the last few days.  Those donor prayer requests have gone only to you, so please be sure that you honor them by praying for each one.  Also, just a reminder that donor prayer requests are only to be viewed by World Vision staff.  If you have a family member viewing with you, or if you did not receive a document in your email,  stay here in the General Session area and there will be donor prayer requests displayed on the screen. | | Lyanna Live |

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | We have scheduled approximately 20 mins for this activity, however, if you'd like to continue to stay in prayer for a longer period, we will go right into the mid-day break for approximately 25 minutes and you can use some or all of that time to continue to pray.<br><br>The Lunch Chat rooms will open at approximately 12 noon PT<br><br>Let's move into a posture of prayer as we lift our faithful donors to our faithful God. | | |
| 11:46 | 20 mins | **Donor Prayer Request Video** [Redacted] | | Video Clip |
| 12:06 | 30 mins | **MIDDAY BREAK** | | **Break slide**<br><br>**Break** |
| | | **General Session V** | | |
| 12:26 | 5 mins | **Countdown Clock #5** [Redacted] | | Video Clip |
| 12:31 | 3 mins | **Welcome Back**<br>**LYANNA** Hey Javy – how was your break?  Did you get a snack or lunch in?<br><br>**JAVY** I had a quick bite!  Seems like I do a lot of eating at my screen nowadays!  Hey, I'm wondering what kind of snacks or lunch everyone loves to have handy in their remote workspaces. Use the chat to let us know your favorite work-at-home foods!<br><br>**LYANNA** That's a great idea!  Maybe we will get some ideas for snack shopping!<br>On a different note, how has God been speaking to you so far today, Javy?<br><br>**JAVY** I love how quickly we can go from snack talk to soul talk, my friend! God has been working a few things in me. First the power of prayer. The power of individual prayer, that becomes corporate prayer, and global prayer. I don't know about you, but | Javy Diaz & Lyanna Young | Javy and Lyanna Live<br><br>*Wayne Moderate Chat*<br><br>*SPOTME BANNER:  Up next:  Worship with Rita* |

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | I truly believe that God is calling us to deeper prayer life with him. He wants to hear from us. He wants to be with us. He wants to speak with us. Sometimes he uses words and sometimes its his presence. I find that prayer, not the actual supplication or the answer to the prayer is powerful, but the gift of prayer is his presence.<br><br>**LYANNA** I love that.  I'm always so moved by the time we get to spend praying for our donors.  It never ceases to amaze me how faithful God's people are even when they may be facing many difficulties in their own life. I just feel honored to have a small part in their faith journey.<br><br>**JAVY** I agree.  We are going to step into another time of worship with Rita Springer. Hey, as we enter into His presence through worship, how about if you share how God has been speaking to you today in the chat.  It would be a blessing for all of us to see God's fingerprints on our day.  Let's join Rita as she leads us in worship.  Right after our worship time, we will roll right into the premier of Messania's Story. There may be a few second delay after worship. |  | *Springer and Premier of Messania's Story*<br><br><br><br><br><br><br><br>*Wayne Moderate Chat* |
| 12:34 | 6 mins | **Rita Springer Worship Video 2**<br>[Redacted] |  | Video Clip |
| 12:40 | 25 mins | **Messania's Story Video**<br>[Redacted] |  | Video Clip<br><br>SPOTME BANNER:  Up next: Breakout session 3 |
| 1:05 |  | **BREAKOUT SESSION 3 LEADS GO TO RING CENTRAL BREAKOUT LINK** |  |  |
| 1:05 | 1 min | **Intro Breakouts**<br>Wow, wow, wow.  That was incredibly inspiring!  Thank  you to the team who produced that.  It is time for our last breakout session – please go ahead and choose your last breakout and enjoy your time.  We will see you back in about 25 minutes! (mention Messania breakout) | Javy Diaz | Javy Live |
| 1:06 | 25 mins | **Breakout Session 3** | Various | DOP Slide |

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | **General Session VI** | | |
| 1:26 | 5 mins | **Countdown Clock #6**<br><br>[Redacted] ██████████████████████<br><br>**Send 5 min notification to all attendees – Breakouts will close in 5 mins!** | | Video Clip<br><br>SpotMe send Notification to all attendees |
| 1:26 | | **EDGAR JOIN STREAMYARD LINK** | | |
| 1:31 | 5 mins | **Transition/Intro Edgar**<br><br>**JAVY** Hey Lyanna, I don't know about you, but I can't believe we are heading into our last session of the day!  Time has seemed to fly by!<br><br>**LYANNA** I know!  And you won't want to miss this last session.  So if you need to take a quick stretch, now would be a good time.<br><br>**JAVY** Let's all take a stretch together.  Come on now, everybody stand up and stretch your hands and back and as I used to tell my kids, shake the sillies out! (Javy – you can change this up however you want to!)  Okay.  Now let's settle back in because you are going to be blessed as we charge to the end of the day.<br><br>**LYANNA** That's right.  Edgar's got a powerful message to share with us.  So to prepare us for what God has for us, let's spend a little bit of time immersing ourselves in God's Word.<br><br> **JAVY**  (READ) So today before we hear from Edgar I want to center us on the truth of God's word. And one of the ways we do that is by letting His word pour over us.<br><br>2 Tim 3:16 tells us that – "All Scripture is God-breathed (inspired) and is useful for teaching, rebuking, correcting and training in righteousness, 17 so that the servant of God (that's us) may be thoroughly equipped for every good work. | Lyanna Young and Javy Diaz | Lyanna and Javy Live<br><br><br><br>SPOTME BANNER:  Up Next: President's Address Part 2 |

CONFIDENTIAL

WORLD VISION DAY OF PRAYER
2020 MASTER SHOWFLOW – 10.01.2020

As we read Is 43, we'll invite you to Reflect, to respond and to rest, in God's word. Lyanna, let's go to the Lord through His word 😊

**LYANNA**  (REFLECT) I invite you to reflect on the scripture.
Isaiah 43: 10-11, 18-19  "You are my witnesses"  - this is the Lord's declaration – "and My servant whom I have chosen, so that you may know and believe Me and understand that I am He.  No god was formed before ME, and there will be none after Me.  I – I am the Lord.  Besides Me, there is no Savior.  Do not remember the past events; pay no attention to things of old.  Look, I am about to do something new: even now it is coming.  Do you not see it?  Indeed, I will make a way in the wilderness, rivers in the desert."

**JAVY**  (RESPOND) I invite you to respond to God's word for you.
"You are my witnesses"  - this is the Lord's declaration – "and My servant whom I have chosen, so that you may know and believe Me and understand that I am He.  No god was formed before ME, and there will be none after Me.  I – I am the Lord.  Besides Me, there is no Savior.  Do not remember the past events; pay no attention to things of old.  Look, I am about to do something new: even now it is coming.  Do you not see it?  Indeed, I will make a way in the wilderness, rivers in the desert."

**LYANNA**  (REST) I invite you to rest as I read.
"You are my witnesses"  - this is the Lord's declaration – "and My servant whom I have chosen, so that you may know and believe Me and understand that I am He.  No god was formed before ME, and there will be none after Me.  I – I am the Lord.  Besides Me, there is no Savior.  Do not remember the past events; pay no attention to things of old.  Look, I am about to do something new: even now it is coming.  Do you not see it?  Indeed, I will make a way in the wilderness, rivers in the desert."

**JAVY**  Our hope is that as we slowly read that passage over you, you would recognize the depth of God's love for you, in providing his written word for us, that we might be equipped for every good work as we Seek His Kingdom and His Righteousness.

Amen.

Alright Edgar, we are ready for you. Let 's welcome Edgar back.

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| 1:36 | 25 mins | **President's Address**<br>This morning I asked you to remember your calling. To remember **why** you came. I now want us to think carefully about the ones we are serving and what we offer them. This is a critical message to me, so fair warning that I might take a little more time than I've been given...<br>Let's start with a reminder of our aspiration statement in our strategy. *Motivated by our faith in Jesus Christ, we invite people to positively impact the lives of the world's most vulnerable children. We serve and partner with beneficiaries and supporters, so that we all experience Jesus Christ's transforming love, grace and power.*<br>I think it is safe to say that everyone at WVUS is either directly or indirectly helping with fundraising. And that is a good thing, as more revenue and yield to ministry is needed to reach more of the most vulnerable.<br>But here are some wise words from one of my favorite people, Tim Dearborn, formerly WVI's Partnership Leader for Faith & Development. He said: "by itself revenue and income [are] too small a target and inadequate as a scorecard for our fundraising." I agree. Our mission statement does not say that we are followers of Jesus Christ working to raise funds. It says we are followers of Jesus Christ promoting human transformation, seeking justice, and bearing witness to the Kingdom of God.<br>Well then, we should be on the hunt for ways to measure those areas – human transformation, justice, and the fruits of our witness. Our marketing should not only be measured by a financial Return on Investment, but also by proof that as a result of engaging with World Vision, donors and partners are growing in their love for what God cares about. That they're breaking strongholds of wealth accumulation, falling out of love with storing treasures on earth, and becoming more actively engaged in seeking justice with us. When we prioritize out spiritual ROI then we can trust that our financial ROI will follow.<br>Listen to this from Tim: *"Our marketing succeeds when those rich in community but starving for commodities are connected to those rich in commodities but starving in community."* In a real community you have love, a love that Tim says "includes the vulnerability caused by entering into other's lives." It's no wonder the National Leadership Council keeps growing year after year, and Vision Trips are our most effective experience for prospective donors. And if there is a beating heart in there, there is no way to come back home the same person you were when you left.<br>I know this from experience. *[Slide]* This is a photo from my first Vision Trip to Zambia. I am trying to comfort a grandmother, Rachel, who cares for 8 grandchildren, including one in a wheelchair, all by herself. She invited me into her life, and my life has never been the same. [No slides – only speaker view].<br>Or listen to the words of Jacob Troyer, a donor from Montana who saw firsthand one of our Christian Witness programs called Empowered Worldview and the impact it was having on a farmer in Tanzania. *"I've been successful in life from a worldly standpoint, but I've always been afraid. You see, I'm not motivated by freedom and hope. Instead, I'm motivated by an intense fear of failure. Being afraid to fail can lead to a lot of success in this world, but it's a garbage way to live."* Jacob goes on to say | Edgar Sandoval | Edgar Live<br><br>Lower thirds title graphic – Edgar Sandoval, SR – WVUS President & CEO<br><br>PPT Slides |

WV–001810

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

that through his engagement with World Vision he learned, *"what it would be like to live life according to who God is and who He says I am. I no longer have to live in fear because if I am in Christ, I can't fail."*

Fundraising without this donor transformation it not complete. That is why measuring and understanding donor transformation is a task we are going to bring back into greater focus at WVUS. I know many of you are passionate about this. We don't have all the answers yet, but the Witness to Jesus Christ Council is working on this, and they will solicit your ideas and suggestions.

The other part of our aspiration statement is about our ministry to the world's most vulnerable people.

For 70 years, World Vision has gone to the hardest places, and we're not done! Our Promise is a recommitment to keep going, to do more to serve the most vulnerable.

Did you know that World Vision is the only Christian organization serving in 12 of the 13 places designated as extremely fragile by the Organization for Economic Co-operation and Development (OECD)? And of the total 57 countries considered fragile, we serve in 38. These are the places that don't have coping capacities to deal with the impact of disasters, climate change, extreme poverty, conflict, and disease.

**The most vulnerable children live in those high fragility contexts**. It's not too much to say they live in "hell on earth." Children are trapped in war and famine … deprived of basics like clean drinking water and sanitation … forced into combat, dangerous labor, and early marriage. Preventable death is all too often the result. That's what Shaima witnessed. *[Slide]* First, this 13-year-old refugee watched the bombing of her village in Syria. Then, when she and her family escaped their country on foot, walking for miles with no water or protection from the scorching sun, she watched her sister die of sunstroke. Shaima now lives in Azraq refugee camp in Jordan, where life isn't so much better. [No slides – only speaker view].

And while children in fragile places are all very vulnerable, they are not all equally vulnerable. **Girls are even more vulnerable.** This fact continues to strike me as one of the most under-addressed issues in our world. It was the inspiration that fueled my desire to launch the breakthrough Like A Girl campaign at P&G in 2014, and it is the inspiration that fuels my desire to achieve gender equality everywhere World Vision works.

But the issues are significant. A report by the Gates Foundation published in 2019 states that *"No matter where you are born, your life will be harder if you are born a girl. If you are born in a poor country, it will be even harder."* *[Slide]* This graphic tells the inequality story in Sub Saharan Africa: for girls, fewer years of schooling, early marriage, and more unpaid work all conspire to create a gap and a lot less opportunity.

While all girls are more vulnerable, even they are not all equally vulnerable. [No slides – only speaker view]. **Girls with disabilities are even more vulnerable.** Leiza and I have some experience with this.

At 18 months old, our daughter Andrea could not even move an inch on her own. She was legally blind, deaf on one side, and completely absent and disconnected from her surroundings. After many futile searches for promising medical options – including visits with the best neurosurgeons available – we stumbled upon a rigorous training program. It was based on the theory that

CONFIDENTIAL

**WORLD VISION DAY OF PRAYER**
2020 MASTER SHOWFLOW – 10.01.2020

some of the dead brain cell functions can be programmed into those remaining healthy cells, and some functions can be restored to the body. It was a long shot, but there is nothing parents won't do for their babies, right?

There was only one catch: the program was 24 hours per day, 7 days a week, 52 weeks a year. It required the help of 12 people per day. And so off we went to recruit volunteers to help us rehabilitate our little girl. Leiza diligently wrote and distributed flyers in churches and schools. And we waited. Would anyone call? People are too busy. They don't even know us. What will we do if we don't find enough people?

And then the calls started to come in. And with each call, with each appointment, life was pumped back into our hearts. At one point, we had over 100 volunteers coming into our home. An army of angels. The therapy was very demanding. Patterning exercises to show the brain what it feels like to crawl, masking for better oxygenation, rolling for improved depth perception and cortical opposition, and frictionless incline planes to encourage the pursuit of whatever is in front – especially if what is in front is a honey nut Cheerio!

And little by little she started to come alive. *[Slide]* Today, Andrea is a fully engaged member of our family. *[Slide]* Despite the challenges she still faces every day, she is a joyful young lady whose resolve in life inspires me to reach higher, every day.

But Andrea's story is not common in the places we work. There, being a child with a disability is a lot harder. These kids are literally put aside and left behind. On my first visit to Zambia that I mentioned earlier, I met Rachel's grandson Alex. [Slide] When his physical problems started to surface at 5 months old, his parents couldn't deal with it, and they neglected him. Rachel said, "If I left him there, he would suffer." So she took her grandson and raised him herself. Thanks to World Vision sponsorship, Alex has a wheelchair. [No slides – only speaker view].

So, if we are going to serve the most vulnerable, we need to keep going to the hardest places, making sure the girls also get a fair shot at life and doing more for those with disabilities. These kids need an army of angels around them.

I hope I have made a strong case that the very vulnerable are those who _don't know_ peace and joy because they live in the highest fragility contexts, girls who _don't know_ the same opportunities as boys simply because they are trapped in a system of disadvantage, and those beautiful children with disabilities who _don't know_ what it feels like to see, to hear, to walk. However, I would like to propose to you that even those are not the most vulnerable.

This is the point I've been building to, so please listen. I've been talking about the most vulnerable, and I see concentric circles – from the children in fragile contexts, to the girls in those contexts, and to the girls with disabilities in those contexts. But even they are not the MOST vulnerable.

For the last seven months, as I've watched the COVID-19 crisis claim now more than one million people, I have had something burning in my heart.   It is profound in its simplicity.

**The most vulnerable are those who don't know Jesus.**

WV-001812

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

Those who don't know Jesus are in danger of a lot worse than the so-called hell-holes on earth.

In Matthew 25, the King not only speaks to the sheep on the right, He has a stern message for where the goats on His left will go.

In Matthew 13, Jesus talks about that place that is like a fiery furnace, and in Mark 9 He refers to the place "where the fire never goes out." Yes, Jesus is talking about Hell.

But Jesus was not talking about a fragile country, a metaphorical Hell on Earth. He was talking about Hell in Hell. This is what's to come for all people who choose to live apart from God, who refuse to surrender.

Ensuring people have the opportunity to hear and respond to the gospel is core to our mission.

And this includes a direct call to witness in life, deed, word, and sign to encourage people to respond to the gospel, because in that response lies not only a better life on earth, but a much better eternal future.

In his book "Beyond Duty," Tim Dearborn writes: *"If we live out a biblical faith, we will extend both hands of the gospel. The hand inviting individuals to repentance, faith, and eternal reconciliation with God through Christ Jesus; AND the hand embracing others' physical and emotional well-being, the hand of social justice, mercy, and compassion, embodying the good news of God's Kingdom on earth."*

But in an increasingly secular world around us, we can become timid about extending both hands. Somehow, when it comes to sharing our faith, extending the hand that feeds the hungry feels safer than extending the hand that saves souls.

That is understandable. We don't want to offend anyone. But we don't want to lose our passion for witnessing to the saving grace of Jesus Christ. This is a tension I am very familiar with. I don't think I have fully resolved it, and I am always looking for inspiration and the prompting of the Holy Spirit to show me the way forward. I also look for perspective from those who lived in that tension longer than me.

In my search, I came across the Manila Manifesto. It was written in 1989 by the participants of the Lausanne Second International Congress on World Evangelism – one of a series of gatherings of evangelical Christians starting in 1974 to advance world missions and the spread of the gospel. I'm happy to say that World Vision has been involved with this movement for more than 40 years.

Many different churches and denominations affirmed the Manila Manifesto, which included powerful declarations like this: "The authentic gospel must become visible in the transformed lives of men and women. As we proclaim the love of God we must be involved in loving service, AND as we preach the Kingdom of God we must be committed to its demands of justice and peace."

There was only one statement that fell short, in my opinion. It said that in sharing our faith we are to "make an open and honest statement of the gospel, which leaves the hearers entirely free to make up their own minds about it."

WV-001813

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

I don't want to be critical, especially in the context of the rest of this wonderful manifesto. But to me, making an open and honest statement does not go far enough.

A recent Pew Research study found that a majority, 52% of American Christians believe that at least some other non-Christian faiths can lead to eternal life. The Bible, and Jesus Himself, is very clear on that: "I am the way and the truth and the life. No one comes to the Father except through me" (John 14:6).

So no, I am not OK with only an open and honest statement. I want an impassioned testimony! I want to tell the story of what Jesus has done in my life. I want to compel people to seek the truth. I want to make myself available. I want to step into relationship with them. I want them to experience the unconditional love of Christ through my words and deeds. I want to be on my knees daily praying that the Holy Spirit will lead them to Jesus – the way, the truth and the life.

You see, I have experienced both. The open and honest statement, and the relationship, and I know that relationship works best. Many years ago on a plane, I began chatting with my seatmate, who revealed himself to be a pastor. During the flight, he tried to get me to accept Jesus Christ right there and then, at 30,000 feet! When I said I was not ready, he closed his Bible and did not say a word to me for the next two hours.

In contrast, there was my boss at P&G, Steve. Watching him over the years, I saw humility and love. He didn't use profanity or sarcasm. He never put anyone down. He showed me a different way of living. And I wanted what he had.

My favorite story about Steve was during a stressful time. Leiza was in distress at the hospital around Andrea's birth, and I rushed from work to be with her. Steve knew that we didn't know many people in the area, so he came to the hospital to see if he could help. At one point I went to the waiting room to check on Junior, who was 18 months old at the time. I saw him in the corner, sitting at a children's table playing with Legos. And sitting next to him was my boss, Steve. In a little child's chair. Steve provoked a yearning that led me into the arms of Jesus.

No, I don't want to only make an open and honest statement of the gospel like that hard-selling pastor on the plane. I want to unleash my passion for witnessing to Jesus Christ! Yes, with plenty of sensitivity, respect, and gentleness, and plenty of room for the exercise of free will – but also with a lot of passion, because there is too much at stake for the world's most vulnerable.

Listen to this urgent message from our founder, Bob Pierce. These were his words just before going to be with the Lord: *"On my deathbed in the City of Hope, I have one message only. I don't care what you have attempted, what you have succeeded at, or what has been your work in Christ's name while you are here on earth – only one thing matters when you have reached the last step before you go to stand before Christ: Did you tell men and women who Jesus is? Did you make it plain to them that He alone can pay their way to heaven through His atoning death on the cross?"*

This is the motivation that has fueled this ministry for 70 years.

Today we witness in both Christian majority and non-Christian contexts. And we witness everywhere we work to the fullest extent possible.

WV-001814

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | In Christian contexts, places like Guatemala, Honduras, Philippines, and Zambia, we witness through proclamation of the good news of Jesus Christ through biblically based programs, in partnership with other Christian organizations like Youth for Christ and Young Life and others. | | |
| | | But this approach is not always possible. In restricted contexts, like those 12 extremely fragile places where World Vision is one of the few Christian organizations allowed to enter, it is often against the law or culturally forbidden to outwardly proclaim the gospel. So we seek to find common ground, and we confidently witness to the truth of the gospel in ways that are appropriate, with the hope that people will see Jesus in us and be drawn to Him. Provoke the question, and as the Apostle Peter said in First Peter 3:15, "… always be ready with the answer." | | |
| | | But, where do we start? I encourage you to always start with **you**. Your personal testimony. Your story is a beautiful and powerful story of how God has worked in your life. Write it, share it, and above all else, give all glory to God. Share your faith with gentleness and respect, but with the kind of intentionality that provokes the question of the hope that lives in you, and always be ready with the answer because that hope has a name: Jesus Christ, the Miracle Worker. | | |
| | | And remember that we can't do anything on our own strength. But we can do all things in Jesus Christ. | | |
| | | So, let's press in to the miraculous, yielding to the power of the Holy Spirit to do his transformative work in each of us, our teams, our donors and partners and in the children and communities we serve. | | |
| | | Allow the Spirit of the Miracle Worker to take hold of you, and to make you an instrument for his perfect and loving will. | | |
| | | Only the Miracle Worker can end over 400 years of racism in America. | | |
| | | Only the Miracle Worker can give migrants and refugees a true sense of home. | | |
| | | Only the Miracle Worker can end the suffering of boys and girls living in extreme poverty in the hardest places. | | |
| | | Only the Miracle Worker can give a severely disabled girl a life of promise and joy. | | |
| | | And only the Miracle Worker can rip the veil that keeps people from seeing Jesus as the only way, the only truth, and the best life, here on earth and for eternity. | | |
| | | Let us pray that the Lord would light a fire in us to share our testimonies, that by the power of His Spirit He would *unleash our passion to witness* to the Miracle Worker, the alpha and the omega, our counselor and friend, the lion and the lamb, healer and redeemer, the Name above all names: Yesu Cristo, Yesu Jidu, Eesa Maseeh, Lesu Kirisuto, Jesus Cristo, Jesus Christ! | | |
| | | Thank you and God Bless You. | | |
| 2:01 | 8 mins | Thank you's and Prayer Activity<br><br>**JAVY** We warned you that you wouldn't want to miss that! Thank you Edgar for that awesome word! Javy – script this however you want | Javy Diaz & Lyanna Young | Javy & Lyanna Live |

WV-001815

CONFIDENTIAL

# WORLD VISION DAY OF PRAYER
## 2020 MASTER SHOWFLOW – 10.01.2020

**LYANNA**  I agree, Javy.  Thank you Edgar.  We have one last worship set from our friends, Maverick City Music.  But before we get to that, I wanted to take a few minutes to review the day and thank all those who contributed.
Danielle's message about fill in...

**JAVY**  Dr. Black... fill in...
And what a blessing it has been to hear from our Artist Partners, Maverick City Music and Rita Springer... fill in...

**LYANNA**  The Corporate prayer sessions with Jayakumar and Margaret Schuler were so inspiring.  And the breakout options were incredible!  Thank you to Jayakumar, Tarn Cross, Corinthians Council, and Amanda Bowman and Sunita Groth for leading our live breakouts today.  And thank you to all of the other people and teams who contributed breakout session content.  What a blessing!

**JAVY**  We can't forget our incredible tech team who have worked behind the scenes all day long, and for many hours before today to make this all happen!  And to all of the planning team.  What a great day you have created.
So, as we move into our final time of worship before we sign off from our live Day of Prayer event, we especially want to thank YOU.  Thank you for staying engaged and participating.  We would love to hear from you one last time in the chat.  Surely, there's been at least one thing that God has spoken to your heart today.  What is it that you want to hold onto as we head into our new fiscal year?  If you are willing, would you share that in the chat as we worship together?

**LYANNA**  Well Javy, it's time for you and I to sign off.  It's been a blessing emceeing with you today all the way from opposite sides of the US!  Before we hear Maverick City Music share their last worship song with us, would you pray for us?

**JAVY**  Heavenly father, our friend.

Thank you for being with us as we have prayed, As we have heard your word. And in the moments of silence. Thank you for the ministers of your good news that you've used to minister to us today – for Danielle,  Chaplain Black, and for Edgar. Thank you for Maverick City – how they lead us to worship you in spirit and truth. Thank you for our colleagues, Lyanna, Jayakumar, Margaret, and all the teams they represent – thank you for their witness and the constant reminder that you choose to work in and through US, your servants. That is humbling and empowering.

We are broken. And we are tired. We are hopeful and expectant. And yet, through it all the fact remains...**we are your children...and if children, then we are heirs of God, and co-heirs with Christ.**

PPT Slides

*Spot Me banner – What is one thing from today that you want to take with you into the new fiscal year?*

*Wayne add question to chat box  and moderate chat*

CONFIDENTIAL

## WORLD VISION DAY OF PRAYER
### 2020 MASTER SHOWFLOW – 10.01.2020

| | | | | |
|---|---|---|---|---|
| | | Help us to remain faithful to your calling upon us as individuals, as teams, and as a ministry with a function and purpose in the body of Christ and the Kingdom of God.<br><br>Help us to more fully love the last, the least, and the lost as you would. Here we are Lord. Send us.<br><br>Amen. | | |
| 2:09 | 8 mins | **Worship – Maverick City Music Video 2**<br>[Redacted] | | Video Clip |
| 2:17 | | FINAL SLIDE | | PPT SLIDE<br> |

WV-001817