# EXHIBIT SO-04



CONFIDENTIAL

# THE ORANGE BOOK:
## LIVING OUT OUR VALUES



WV-000708

Building a better world for children

CONFIDENTIAL

# Table of contents

**THE ORANGE BOOK**

Message from Edgar Sandoval ................................................................................................ 3

Our mission statement ........................................................................................................... 4

Our vision statement ............................................................................................................. 5

Our cultural characteristics .................................................................................................... 6

Overview of our core values .................................................................................................. 7

Our core values and key supporting policies ....................................................................... 8

   • We are Christian ............................................................................................................. 9

   • We are committed to the poor ................................................................................... 12

   • We value people ......................................................................................................... 13

   • We are stewards ......................................................................................................... 15

   • We are partners .......................................................................................................... 18

   • We are responsive ...................................................................................................... 20

IMPORTANT ....................................................................................................................... 21

Additional resources ........................................................................................................... 22

*"Let my heart be broken with the things that break the heart of God."*

—Bob Pierce, World Vision founder





WV-000709

CONFIDENTIAL

# Message from Edgar Sandoval

Dear colleagues:

It is my pleasure to provide you with this resource, The Orange Book: Living Out Our Values. I trust it will equip you for this season in which God has called you to take part in His miraculous impact for kids and families worldwide.

In my corporate career before coming to World Vision, I learned valuable lessons about the importance of accountability, trust, and mission focus. In a Christ-centered organization such as World Vision, the stakes are much higher, and these qualities take on a greater significance.

Every organization needs to know why it exists, what drives it, and where it is going. For World Vision, our key documents provide these answers—answers we need to *be* the best and *do* the best we can in witnessing to the incredible love of Jesus Christ through our work.

Our mission and vision statements and core values provide the inspiration and foundation for how and why we operate with accountability and transparency. We are committed to doing the right thing, which means complying with both the spirit and the letter of the laws that govern our ministry. Conducting ourselves according to our Christian values helps us earn and keep the public trust and the respect of those we serve.

I ask that you review this employee guidebook and familiarize yourself with essential employee resources, especially the WVUS Policy Manual. These resources outline WVUS policies and set forth expectations for us, as employees and volunteers, on how we do business with others. It is important that you understand the implications of your decisions in the workplace and comply with policies and procedures relevant to your work. Policies help us put our values into practice as we continue to allow the Holy Spirit to transform us from within.

Living out our Christian values requires each of us to give our full commitment. The responsibility lies with all of us—it's mine, it's yours, it's ours. This organization has a strong reputation around the world, and I am counting on you to help protect it, and to always act in the best interests of World Vision with a high degree of integrity and Christian ethics.

Thank you for embracing and implementing our core values, for committing to the high standards that define who we are, and for your partnership in working toward our mission and vision.

Sincerely,

Edgar Sandoval Sr.
President, World Vision U.S.

CONFIDENTIAL

# Our mission statement

World Vision is an international partnership of Christians whose mission is to follow our Lord and Savior Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice, and bear witness to the good news of the kingdom of God.

More on our mission statement



CONFIDENTIAL

# Our vision statement

Our vision for every child, life in all its fullness. Our prayer for every heart, the will to make it so.

More on our vision statement






WV-000712

CONFIDENTIAL

# Our cultural characteristics



**URGENCY**

"Whoever heard me spoke well of me, and those who saw me commended me, because I rescued the poor who cried for help, and the fatherless who had none to assist them."

*—Job 29:11–12 (NIV)*

**EXCELLENCE**

Whatever you do, work at it with all your heart, as working for the Lord, not for human masters, since you know that you will receive an inheritance from the Lord as a reward. It is the Lord Christ you are serving.

*—Colossians 3:23–24*

**INTEGRITY**

For we are taking pains to do what is right, not only in the eyes of the Lord but also in the eyes of man.

*—2 Corinthians 8:21*

**HUMILITY**

But we have this treasure in jars of clay to show that this all-surpassing power is from God and not from us.

*—2 Corinthians 4:7*

**UNITY**

So Christ himself gave the apostles, the prophets, the evangelists, the pastors and teachers, to equip his people for works of service, so that the body of Christ may be built up until we all reach unity in the faith and in the knowledge of the Son of God and become mature, attaining to the whole measure of the fullness of Christ.

*—Ephesians 4:11–13*

WV-000713

CONFIDENTIAL

## Overview of our core values

**WE ARE CHRISTIAN**

We acknowledge one God: Father, Son, and Holy Spirit. In Jesus Christ the love, mercy, and grace of God are made known to us and all people. From this overflowing abundance of God's love we find our call to ministry. We proclaim together, "Jesus lived, died, and rose again. Jesus is Lord." We desire Him to be central in our individual and corporate life.

**WE ARE COMMITTED TO THE POOR**

We are called to serve those in greatest need around the world, to relieve their suffering and to promote the transformation of their condition of life. We stand in solidarity in a common search for justice. We seek to understand the situation of the poor and work alongside them toward fullness of life.

**WE VALUE PEOPLE**

We regard all people as created and loved by God. We give priority to people before money, structure, systems, and other institutional machinery. We act in ways that respect the dignity, uniqueness, and intrinsic worth of every person—the poor, our donors, our staff and their families, our boards, and our volunteers. We celebrate the richness of diversity in human personality, culture, and contribution.

**WE ARE STEWARDS**

The resources at our disposal are not our own. They are a sacred trust from God through our donors on behalf of the poor. We are faithful to the purpose for which those resources are given and manage them in a manner that brings maximum benefit to the poor.

**WE ARE PARTNERS**

We are members of the international World Vision Partnership, which transcends legal, structural, and cultural boundaries. We accept the obligations of joint participation, shared goals, and mutual accountability that true partnership requires. We affirm our interdependence and our willingness to yield autonomy as necessary for the common good. We commit ourselves to know, understand, and love each other.

**WE ARE RESPONSIVE**

We are responsive to life-threatening emergencies where our involvement is needed and appropriate. We are willing to take intelligent risks and act quickly. We do this from a foundation of experience and sensitivity to what the situation requires. We also recognize that even in the midst of crisis, the destitute have a contribution to make from their experience.

More on our core values

WV-000714

CONFIDENTIAL

## Our core values and key supporting policies

Our mission, vision, and core values are put into action through policies that govern our work and our conduct. Policies help act as our guide to conducting ourselves in a manner befitting an organization that is committed to serving the poor and following Christ.

This section of The Orange Book links to the key policies that undergird our core values.

The integrity of the upright guides them …

—*Proverbs 11:3*







WV-000715

8

CONFIDENTIAL

# We are Christian

## OUR WITNESS

World Vision staff are committed to glorifying God and to witnessing, through both word and deed, to His redemptive work and love in the person of His Son, Jesus Christ.

Our lives, our deeds, our words, and the signs of God's action are inseparable means of conveying the gospel and obeying the biblical mandate to serve the poor. Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say. We cannot separate who we are from what we do as we aim to work in a manner that encourages people to be lifelong followers of Christ.

Our desire is to model Christ-like behavior at and away from work, at all times, so that people will be drawn to placing their faith in Him and following His compassionate lordship. World Vision recognizes that effective Christian witness is first expressed in the personal lives of staff and how we love and serve one another.

## OUR ONENESS IN DIVERSITY

World Vision's staff represent many Christian traditions and expressions. Despite this diversity, we share a common commitment to what World Vision states about faithfulness in biblical belief and conduct. This commonality strengthens World Vision and helps us better understand the diversity among those we serve.

## OUR FAITH AT WORK

Our workplace should reflect our unity and love for each other in Christ. World Vision staff, both individually and corporately, are called to pursue an ever greater integration of and obedience to the teachings of Jesus Christ and the biblical principles that underlie our organization's mission. While acknowledging each individual's personal responsibility for spiritual enrichment, World Vision seeks to enhance the spiritual development of its staff through the provision of time and structure for devotions, prayer, chapel, biblical reflection, and other opportunities to mature in relationship with Christ.

## OUR SERVICE

As we holistically serve those in physical and spiritual need, World Vision encourages staff to embrace a deeper relationship with Jesus Christ, to use language and methods that are God-honoring and truthful as measured against the standards of Scripture, and to be sensitive to culture and audience, seeking to unify rather than divide.

"We are therefore Christ's ambassadors." His kingdom is one of "kindness, justice and righteousness."

*(2 Corinthians 5:20, Jeremiah 9:24)*

WV-000716

CONFIDENTIAL

# We are Christian (cont.)

World Vision offers assistance to those in need regardless of their religious beliefs and without taking advantage of people's vulnerability or making any attempt to coerce a change in their faith.

On behalf of the poor, neglected, and marginalized, World Vision advocates for the biblical justice modeled by Jesus Christ in our interactions with individuals, communities, and institutions such as churches, businesses, and governments.

### Christian Commitment and Witness Policy

As the foundation for all we do, our Christian faith is a uniting factor among staff. All World Vision U.S. staff are asked and expected to affirm belief in World Vision's Statement of Faith and/or the Apostles' Creed.

### STATEMENT OF FAITH

*We believe the Bible to be the inspired, the only infallible, authoritative Word of God.*

*We believe that there is one God, eternally existent in three persons: Father, Son, and Holy Spirit.*

*We believe in the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father, and in His personal return in power and glory.*

*We believe that for the salvation of lost and sinful man, regeneration of the Holy Spirit is absolutely essential.*

*We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life.*

*We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life and they that are lost unto the resurrection of damnation.*

*We believe in the spiritual unity of believers in our Lord Jesus Christ.*

### THE APOSTLES' CREED

*I believe in God, the Father almighty, creator of heaven and earth.*

*I believe in Jesus Christ, his only Son, our Lord, who was conceived by the Holy Spirit, born of the Virgin Mary, suffered under Pontius Pilate, was crucified, died, and was buried; he descended to the dead. On the third day he rose again; he ascended into heaven, he is seated at the right hand of the Father, and he will come again to judge the living and the dead.*

*I believe in the Holy Spirit, the holy catholic church, the communion of saints, the forgiveness of sins, the resurrection of the body, and the life everlasting. Amen.*

CONFIDENTIAL

# We are Christian (cont.)

## FAITH AT WORK

One of the primary objectives of World Vision is to follow Christ in serving the poor by demonstrating God's love through our interactions with each other and those we serve. Faith exhibiting itself at work means Christ and His love are at the center of all we do.

## WEEKLY CHAPEL

World Vision staff are invited and expected to worship every week (usually Wednesday) in an organization-wide chapel in Federal Way (or in the Washington, D.C. office). Employees working in other locations may stream the live broadcast of the Federal Way service. Each week's chapel service is intended to encourage employees and to remind us that our mission is focused on the work of Christ to the poor.

## TEAM DEVOTIONS

Each World Vision team is expected to spend one additional hour each week in team devotions. Teams have the flexibility to schedule these devotions as fits best in their weekly schedules. Devotions are an excellent way for each team to pray for and focus their labors on the overall mission of God.

## A PRAYER-CENTERED WORK ENVIRONMENT

Prayer plays a central role in World Vision's ministry. We recognize that our mission is not only commanded by God but also resourced by Him. We place such a high value on prayer that we begin each fiscal year with an entire day dedicated to prayer, thanksgiving, and reflection. In addition, we provide prayer rooms with special emphases throughout the year and encourage employees to begin and end each work or project meeting in prayer.

## EXPECTATIONS OF BEHAVIOR

World Vision staff are committed to glorifying God and to witnessing, through life, word, and deed, to His redemptive work and love in the person of His Son, Jesus Christ. We do this by following Him individually and corporately, in accord with our understanding of the teachings in His Word, the Bible. By doing so in all aspects of our lives and work, we call others to a life-changing commitment to serve the poor in the name of Christ.

World Vision staff members are expected to comply with the Business Ethics and Christian Conduct policy, adhere to all U.S. laws and World Vision policies, and conduct themselves with uncompromising honesty and integrity.

Business Ethics and Christian Conduct Policy

CONFIDENTIAL

# We are committed to the poor

**CHILD PROTECTION**

What is child protection? It encompasses all measures taken to prevent and respond to exploitation, neglect, abuse, and all other forms of violence affecting children. Guided by Christ's teaching, World Vision seeks to enable the fulfillment of children's rights to protection from all forms of abuse and violence.

World Vision has specific child protection behavior expectations of staff, standards for the protection of children, and steps staff members are to take should they ever become aware of inappropriate treatment of a child.

<u>Child Protection Policy</u>

**PROMOTING TRUTHFULNESS AND ACCURACY IN FUNDRAISING AND MARKETING**

World Vision is committed to marketing and promotion practices that reflect the character of Jesus Christ and elevate His reputation among those who see and/or hear our materials or media. World Vision does not employ or condone deceptive or inappropriate fundraising, marketing, or promotion practices. This is a vital tenet of our dedication to Jesus Christ and our donors as well as essential to securing and maintaining our Christian brand and reputation.

The Resource Development Policy provides detailed guidelines and resources that impact staff behavior and practice in raising ministry funds.

In addition to multiple state charitable registration and solicitation laws and regulations with which World Vision must comply, the organization must show, annually or bi-annually, that all our communications and fundraising practices abide by and meet the fundraising principles and standards for the following association, certification, and watchdog agencies:

- Evangelical Council for Financial Accountability (ECFA)
- Better Business Bureau Wise Giving Alliance (BBB WGA)
- InterAction

<u>Resource Development Policy</u>

Defend the weak and the fatherless; uphold the cause of the poor and the oppressed.

*—Psalm 82:3*





CONFIDENTIAL

# We value people

## OUR COMMITMENT TO VALUING PEOPLE

World Vision is committed to valuing our employees. The We Value People policy describes our commitment to valuing people and recognizes our shared responsibility to ensure an environment in which our employees can realize their full, God-given potential and which enhances the well-being of our staff. We celebrate the richness of diversity in human personality, culture, and contribution. We focus on leadership, engagement, accountability, talent, inclusion, execution, and rigor.

## EQUAL OPPORTUNITY, NON-DISCRIMINATION, ANTI-HARASSMENT, AND REASONABLE ACCOMMODATION

World Vision provides equal employment and advancement opportunities to all individuals. As such, employment decisions at World Vision are based on merit qualifications and abilities of applicants and employees and on the operational needs of the organization.

World Vision does not discriminate in employment opportunities or practices on the basis of race, color, sex, national origin, age, disability, or any other characteristic protected by law. World Vision is a religious organization, exempt from Title VII as to discrimination based on religion. World Vision will make reasonable accommodations for any qualified employees and/or job applicants with respect to terms, privileges, or conditions of employment because of an individual's disability.

World Vision is committed to providing an environment free from hostility and unlawful harassment in any form, e.g., sexual harassment or unlawful harassment based on any protected status.

Employees with questions or concerns about any type of discrimination or harassment in the workplace are encouraged to bring these issues to the attention of their immediate supervisor or Human Resources.

(1) Equal Opportunity Policy;
(2) Anti-Harassment Policy;
(3) Reasonable Accommodation Policy

## COMPENSATION AND BENEFITS

World Vision maintains a compensation and benefits program which comprises elements that:

- Attract and retain qualified employees at all levels of responsibility

- Reflect the value of jobs in the labor market

- Are externally competitive, while being internally consistent and fair

- Provide the flexibility to reward employees on the basis of individual performance and contribution to the achievement of the organization's goals

- Comply with World Vision U.S. Board of Directors' directives

- Comply with state and federal laws and regulations, including all applicable minimum wage, overtime, and wage and hours laws

CONFIDENTIAL

## We value people (cont.)

World Vision is committed to providing a compensation and benefits program that is valued by employees and is competitive, while reflecting our stewardship of donor funds. At the same time, the organization's mission and core values will guide us to:

• Remember we serve the poor

• Be good stewards

• Value employees

• Focus on performance

• Drive efficiency, effectiveness, and quality

• Be flexible and fair

(1) Salary Administration Policy; (2) Work Hours Policy; (3) Overtime Policy

**SAFETY AND PREVENTING VIOLENCE IN THE WORKPLACE**

World Vision is committed to providing a healthy, drug-free, safe, and secure work environment.

World Vision is a drug-free environment. The use of drugs (excluding the proper use of prescription drugs and over-the-counter medications) and the unlawful possession of controlled substances on World Vision premises constitute a health and safety hazard and will not be tolerated. Both are also prohibited while conducting World Vision business off company premises.

World Vision has a zero-tolerance policy for actual or threatened violence against co-workers, visitors, or any other persons who either are on our premises or have contact with employees in the course of their duties.

"Workplace Violence/Do's and Don'ts" provides suggestions of how to de-escalate potentially violent situations. Immediately report—to your supervisor and/or HR business partner—when an employee is threatened or is the victim of a violent act in the workplace, or when behavior is observed to be violent or potentially violent.

(1) Safety Policy; (2) Drug-Free Workplace Policy; (3) Preventing Violence in the Workplace Policy

My brothers and sisters, believers in our glorious Lord Jesus Christ must not show favoritism.

*—James 2:1*





CONFIDENTIAL

# We are stewards

## CONFLICTS OF INTEREST

When engaged in World Vision operations, officers, staff, and volunteers are required to act in World Vision's best interests and to ensure that business and financial dealings and/or relationships do not cause situations where they may appear biased.

A conflict of interest arises when a staff member has a personal relationship or a financial or other interest that could interfere with their obligation to act in the best interests of World Vision, or when they use their position with the organization for personal gain. Please refer to the Conflict of Interest Policy to review common situations where potential or actual conflicts of interest might arise.

Conflict of Interest Policy

## FRAUD, ILLEGAL ACTIVITIES, WASTE, AND ABUSE

Our continued success depends on all staff members conducting World Vision business with the utmost integrity and transparency. Prioritizing the organization's best interests ensures that fraud and wasteful spending do not impair our ability to achieve our mission.

Each staff member, regardless of tenure or position, plays an important role in the stewardship of World Vision resources. It is not acceptable to turn a blind eye to fraud, wasteful spending, or internal control violations. Any suspicions or concerns are to be raised through the appropriate channels. If an occurrence of fraud, illegal activities, waste, or abuse within World Vision is observed or suspected, the observer is expected to report the concern to management or confidentially, as provided in the Integrity Hotline Policy.

(1) Fraud, Illegal Activities, Waste, and Abuse Policy; (2) Integrity Hotline Policy

## INFORMATION SECURITY

Appropriate use of technology is founded on professional, honest, and ethical behavior that demonstrates consideration for others, respect for data privacy and intellectual property rights, and concern for confidentiality, integrity, and availability of the data entrusted to us by our constituents.

The Information Security General Policy outlines World Vision's expectations on the handling of data of all classifications, including personally identifiable information. World Vision provides the utmost care and security in the handling of donor funds and personal financial information, including adherence to regulatory and legal requirements, to honor our supporters' trust in the organization as outlined in our Donor Funds and Personal Financial Information Policy.

At World Vision, we believe that information security is a shared responsibility. The Technology Acceptable Use Policy contains examples of allowed and disallowed uses for World Vision computing resources. We all

CONFIDENTIAL

# We are stewards (cont.)

help protect the organization's donor data, confidential information, and World Vision systems and networks to avoid compromising information integrity or security.

(1) Information Security General Policy;
(2) Technology Acceptable Use Policy;
(3) Donor Funds and Personal Financial Information Policy

## ACCURACY OF REPORTING AND RECORDS

World Vision corporate records are to be true, accurate, and complete, and data is to be promptly and accurately entered into our accounting books in accordance with Generally Accepted Accounting Principles (GAAP). World Vision's Record Retention and Destruction Policy is administered in accordance with applicable state and federal laws.

Record Retention and Destruction Policy

## APPROPRIATE USE OF SOCIAL MEDIA

World Vision engages people through a variety of communication tools, including the use of social media.

World Vision approaches social media opportunities with the intent to build our brand equity in order to bring social and economic justice to the poor and the marginalized in the name of Jesus Christ. Employees are expected to approach their online conduct with the same ethics and

standards they apply to their offline conduct.

As such, World Vision's social media policy works alongside, not in place of, other existing policies and protocols. Please refer to the Social Media Policy to gain a thorough understanding of the general principles that World Vision employees are expected to follow when engaging in the social media sphere.

How a staff member communicates through social media depends on whether they are doing so on behalf of World Vision in their role, or whether their use is of a personal nature. Before posting or engaging in online comments, the following should be considered:

- How does this statement elevate the name of Christ?

- How will this statement build World Vision's brand equity?

- Do I completely understand the implications of my statement for my organization and for the rest of the World Vision Partnership?

- How will the statement enhance my credibility when read by others?

- Is my statement in compliance with World Vision's child protection standards and protocols?

- Am I sharing any confidential, restricted, proprietary, or private World Vision information?

Social Media Policy

WV-000723

CONFIDENTIAL

# We are stewards (cont.)

**TRAVEL AND HOSPITALITY**

World Vision has established travel and hospitality guidelines and practices that embody our corporate philosophy and are in alignment and compliance with limits set by government regulations. As stewards of the public trust, employees are responsible to ensure that their spending is modest and in keeping with our ministry goals and objectives.

Staff should travel only when objectives cannot be met by using other forms of communication. Issues such as employee safety, cost efficiency, reasonable time efficiency, and personal work/life balance, along with World Vision's public image, should all be taken into consideration. In addition, the organization is committed to promoting the safety of, and mitigating risk for, staff travelers. Please refer to the Promoting Safety for WVUS International Travelers Policy and the Travel Portal (see The Vine) for valuable staff resources.

Employee claims for travel and hospitality reimbursement must be accurate and related only to legitimate World Vision business. Expenses are to be submitted in a timely manner through the Concur system. Employees who travel or incur expenses on behalf of WVUS should be familiar with, and comply with, the Travel and Hospitality

Policy. Corporate credit cards are issued for World Vision travel and non-travel expenses, and must not be used for personal expenses, per the Corporate Card Program Policy.

<u>(1) Promoting Safety for WVUS International Travelers Policy; (2) Travel and Hospitality Policy; (3) Corporate Card Program Policy</u>

**ACCEPTANCE OF GIFTS FROM VENDORS**

World Vision makes decisions based on legitimate business considerations. Accepting gifts or entertainment may limit our ability to make an objective business decision and must be in accordance with our Acceptance of Gifts from Vendors Policy. In addition, gifts and business entertainment of government officials must be in accordance with our Anti-Bribery and Corruption Policy.

While performing their role with World Vision, an employee may develop relationships with donors, vendors, advisory board members, and others in which a gift, monetary or otherwise, is offered. They are to be cautious when giving gifts or entertainment to, or accepting gifts or entertainment from, anyone who does or seeks to do business with World Vision.

<u>(1) Acceptance of Gifts from Vendors Policy; (2) Anti-Bribery and Corruption Policy</u>




WV-000724

17

CONFIDENTIAL

## We are partners

**WORLD VISION PARTNERSHIP**

World Vision is an international partnership of Christians. Guided by the Holy Spirit, our corporate pilgrimage brought the Partnership to an understanding of what it means to be in relationship and ministry together. Sensing the need to express these shared understandings as a framework for joint global action, the World Vision Partnership formulated a Covenant of Partnership. The Covenant is based on the principle of interdependent national entities held together, under God, by voluntary commitment.

We affirm the spirit of citizenship in the kingdom of God described in Ephesians: "… fellow citizens with God's people and also members of his household, built on the foundation of the apostles and prophets, with Christ Jesus himself as the chief cornerstone" (Ephesians 2:19–20).

World Vision protects the shared World Vision trademark; learn more in the WVUS Trademark and Logo Policy.

WVUS Trademark and Logo Policy

**FAIR DEALING WITH VENDORS AND DONORS**

World Vision's success depends on building productive relationships with vendors and donors based on ethical behavior and mutual trust.

Our vendors are valued partners in the success of our organization. Employees' relationships with them are to be characterized by honesty and fairness. Vendors are selected on a competitive basis, when required, according to the Contracting and Purchasing Policy and established procedures. Terms and conditions defining our relationship with vendors are communicated early in the vendor selection process, and signed agreements to such terms and conditions, or any acceptable modifications, are reached before work begins. Included in these agreements are World Vision's standard terms and conditions regarding payment, confidentiality, child protection protocols, and the use of intellectual property.

World Vision works with governments that are donors. World Vision's policies and procedures require strict observance of the laws and regulations which govern grants by governmental entities, whether in the United States or in any other country. It is World Vision's policy that all statements to government officials, including grant officials, are accurate and truthful, including financial data.

World Vision does not knowingly, unless in possession of a government license to do so, engage in transactions with "blocked parties" (individuals and entities to whom the U.S. or other countries—in order to prevent terrorism, narcotics trafficking, weapons

CONFIDENTIAL

## We are partners (cont.)

proliferation, etc.—prohibit any transfer of any item or transaction of economic value). World Vision follows our Blocked Parties Screening Policy.

(1) Contracting and Purchasing Policy;
(2) Signature and Approval Policy;
(3) Blocked Parties Screening Policy and Procedures

### MEDIA RELATIONS

Providing accurate and consistent information to the media and general public maintains integrity in our relationships. To ensure that accurate and consistent information about World Vision is provided to the news media or other interested parties, all calls or inquiries from or to journalists or the news media are to originate from the Office of Public Engagement, per the Media Relations Policy and Social Media Policy.

(1) Media Relations Policy;
(2) Social Media Policy

I pray that your partnership with us in the faith may be effective in deepening your understanding of every good thing we share for the sake of Christ.

—*Philemon 1:6*






WV-000726

CONFIDENTIAL

## We are responsive

### INTEGRITY HOTLINE

World Vision provides a process to ensure that employees may confidentially and anonymously submit concerns regarding incidents of unethical conduct, illegal activities, fraud, waste, or abuse. Each employee plays a crucial role in the reporting of integrity or compliance concerns.

When an employee believes that World Vision's integrity is being compromised by unethical behavior or actions that violate World Vision's standards, they are encouraged to talk with their manager. If they are more comfortable reporting the concerns anonymously to a neutral third party, they may do so by calling the Integrity Hotline.

All good-faith reports will be kept confidential. To the extent allowed by law, World Vision will take reasonable precautions to maintain the confidentiality of those reporting an integrity or compliance concern. Please refer to the Integrity Hotline Policy for examples of the types of issues that should be reported.

Contact the Integrity Hotline at **1.866.885.5883** (toll free, 24 hours a day) or **https://worldvision.alertline.com**.

Integrity Hotline Policy

### NON-RETALIATION

World Vision strives to provide a safe, healthful, productive, and Christ-like work environment. Inappropriate behavior, discrimination, harassment, or violence in the workplace is not tolerated. World Vision will protect employees from harassment or retaliation for reporting to World Vision, in good faith, any reportable incident or risk, per the Non-Retaliation Policy.

Non-Retaliation Policy

For we are taking pains to do what is right, not only in the eyes of the Lord but also in the eyes of man.

*—2 Corinthians 8:21*





WV-000727

CONFIDENTIAL

# IMPORTANT

The Orange Book: Living Out Our Values is a resource guide for employees. It is not intended to describe every policy that may apply to you while working at World Vision (WVUS/World Vision). All current corporate WVUS policies are available on The Vine (WVUS intranet) under the left-hand blue Policies and Procedures tab.

You should periodically review all WVUS policies, as we are all responsible for complying with them. If you have questions, ask your supervisor; HR Business Partner; or staff in the Audit and Risk Management Services, Legal, or Office of Accountability, Compliance, and Ethics (ACE) departments.

This guidebook and our policies are not a contract, express or implied. Nothing in the guidebook or policies changes your right, or the right of WVUS, to separate and end employment at any time with or without cause ("at will"). WVUS can change and revise this guidebook at any time without notice.

<u>WVUS Policy Hub</u>

WV-000728

CONFIDENTIAL

# Additional resources

**ON THE VINE (WVUS INTRANET)**

Resources

- Faith at Work
- Orange Pages
- Help Desks
- Organizational Charts
- My Life. My Benefits.
- Forms
- Integrity Hotline
- Crisis and Closure
- Policies and Procedures (WVUS Policy Manual)

Support

- Audit and Risk Management Services (ARMS)
- Corporate Services
- Finance
- Grant Solutions
- Human Resources
- Information Systems
- Legal
- Security
- Travel
- Vendor and Contract Services

WV-000729

CONFIDENTIAL







34834 Weyerhaeuser Way S.
P.O. Box 9716
Federal Way, WA 98063-9716

**worldvision.org**

World Vision is a Christian humanitarian
organization dedicated to working with children,
families, and their communities worldwide to
reach their full potential by tackling the causes
of poverty and injustice. Motivated by our faith
in Jesus Christ, we serve alongside the poor
and oppressed as a demonstration of God's
unconditional love for all people. World Vision
serves all people, regardless of religion, race,
ethnicity, or gender.



Scripture taken from the Holy Bible, New International
Version®, NIV®. Copyright © 1973, 1978, 1984, 2011
by Biblica, Inc.™ Used by permission of Zondervan.
All rights reserved worldwide. www.zondervan.com
The "NIV" and "New International Version" are
trademarks registered in the United States Patent
and Trademark Office by Biblica, Inc.™

WV-000730

165_0519 © 2019 World Vision, Inc.