# EXHIBIT SO-05



Core Values

# We are Christian

We acknowledge one God: Father, Son, and Holy Spirit. In Jesus Christ the love, mercy, and grace of God are made known to us and all people.  From this overflowing abundance of God's love we find our call to ministry.  We proclaim together, "Jesus lived, died, and rose again.  Jesus is Lord."  We desire Him to be central in our individual and corporate life.



WV-000739

# With God's Help, we will:

- Seek God with all my heart, and celebrate Christian community.

- Be in the world, but not of the world.

- Relate to others in humility and love at all times; when trust is broken for whatever reason, take the initiative for reconciliation.

- Not let the sun go down on my anger.

- Pray, pray again, and pray some more.

*Scripture: Mark 12:29;  John 17:15-18; Ephes. 4:2; Ephes. 4:26; Col. 4:2; 2 Cor. 10:4; Ephes. 6:18*

In your daily work, how do you live out your Christian faith? How can we do this as a team?



World Vision

We are Christian

# We are Committed to the Poor

We are called to serve the neediest people of the earth, to relieve their suffering and to promote the transformation of their condition of life. We stand in solidarity in a common search for justice. We seek to understand the situation of the poor and work alongside them toward fullness of life.

WV-000741



# With God's Help, we will:

- Seek to follow Jesus Christ in his identification with the poor.

- Advocate for the poor at all times, with wisdom and humility.

- Embrace simplicity - "observing and practicing at all levels a modest lifestyle."

- Journey with the poor, in partnership.

*Scripture: Matt. 9:36; Ps. 140:12; Prov. 22:2*

On our team, what are examples of behaviors and/or decisions that show our commitment to the poor?

WV-000742

World Vision

CONFIDENTIAL

**We are committed to the poor**

# We are Partners

We are members of an international World Vision Partnership that transcends legal, structural, and cultural boundaries. We accept the obligations of joint participation, shared goals, and mutual accountability that true partnership requires. We affirm our interdependence and our willingness to yield autonomy as necessary for the common good. We commit ourselves to know, understand, and love each other.

WV-000743



# With God's Help, we will:

- Conduct myself so that the common good prevails.  Seek the common good of the Partnership as well as my office.

- Seek out opportunities to partner whenever beneficial.

- Earn the trust of all partners with words used and deeds done.

*Scripture: Phil. 2:4,21; Gal. 6:2; Eccles. 4:12; 1 John 3:18*

What can we do to build stronger partnerships with the colleagues/vendors/donors we work with?

World Vision CONFIDENTIAL

We are partners

WV-000744

# We are Responsive

We are responsive to life-threatening emergencies where our involvement is needed and appropriate. We are willing to take intelligent risks and act quickly. We do this from a foundation of experience and sensitivity to what the situation requires. We also recognize that even in the midst of crisis, the destitute have a contribution to make from their experience.

WV-000745



# With God's Help, we will:

- Understand that I may be asked to do new things so that World Vision can bring Kingdom resources to alleviate suffering as quickly as possible.

- Provide appropriate information readily to others to facilitate our Mission.

- Act with courage when circumstances are extreme

*Scripture: Isaiah 6:8; 2 Cor. 11:27; 2 Cor. 4:2; Hebr. 4:13; Phil. 4:6,13*

How can we be more responsive in the work we do?
Where can we challenge ourselves to be more agile?

World Vision

CONFIDENTIAL

**We are responsive**

WV-000746

# We are Stewards

The resources at our disposal are not our own. They are a sacred trust from God through donors on behalf of the poor. We are faithful to the purpose for which those resources are given and manage them in a manner that brings maximum benefit to the poor.



WV-000747

# With God's Help, we will:

- Steward my own time well, celebrating work, family, community and the Sabbath in a balanced way.

- Do all tasks to the best of my God given ability, for God's glory.

- Conduct myself with honesty, love and integrity at all times.

- Use authority/power as a sacred trust for the benefit of the poor.

*Scripture: Ex. 31:14; Col. 3:23; Col. 3:9; Prov. 31:9*

In your individual role, how can you be an excellent steward of donor dollars?



CONFIDENTIAL

World Vision

**We are stewards**

WV-000348

# We Value People

We regard all people as created and loved by God. We give priority to people before money, structure, systems, and other institutional machinery. We act in ways that respect the dignity, uniqueness, and intrinsic worth of every person—the poor, the donors, our staff and their families, boards, and volunteers. We celebrate the richness of diversity in human personality, culture, and contribution.

WV-000749



# With God's Help, we will:



- Celebrate the value and dignity of every person and culture. Seek to communicate and understand from other cultural perspectives, and celebrate my participation in God's global family.

- Joyfully contribute to a healthy work environment by:
  - Speaking/receiving the truth in love.
  - Being quick to listen, slow to speak and slow to become angry.
  - Being a servant follower or leader, as appropriate.
  - Having my "Yes" mean "Yes," and my "No" mean "No."
  - Repenting and asking forgiveness when appropriate.
  - Making every effort to keep the unity of the Spirit.

*Scripture: Gen. 1:27; Ephes. 3:14; Ephes. 4:15; James 1:19;  Matt. 20:25; Matt. 5:37;  Acts 3:19; Ephes. 4:3*

On our team, how do we show that we value each other, clients, vendors, donors, etc.?

WV-000759

World Vision

CONFIDENTIAL

## We value people

## Core Values



What is **<u>one thing</u>** you can do today to incorporate the WVUS Core Values the way you make decisions and your behavior at work?

WV-000751

CONFIDENTIAL



For more information, visit
'Life at WVUS' and click on
'Living out our Core Values.'

WV-000752