# EXHIBIT SO-06

Exhibit SO-06 to the Declaration of Shannon Osborne is a blank placeholding page, to correct inadvertent misnumbering of these Exhibits.