# EXHIBIT SO-08

CONFIDENTIAL
5/14/18

**DSRT:   HR Introduction / Initial On-Boarding Meeting**          (allow 1.5 hours)

Notes:  Vine, Dayforce, Policy Hub, & Wiki links all loaded on tabs

Talking Points

**Manager** - Kick off meeting / Intros / Manager's Role/ Any Supervisor remarks ( **25 minutes max**)

- **DCS Policies / Wiki --**
    - Attendance and punctuality:
    - Working in the contact center is more stringent than other areas.  Any idea why?  DCS is directly connected to the donor and why staff need to arrive to work on time each day and be ready to take calls versus other areas in the organization.  When you are late or call out sick it also impacts your team members who have to step up and cover the workload.  This also includes break and lunch periods.
    - As a Trainee, it is important to be here every day and on time.
    - DCS Attendance Policy – questions?
  - Timekeeping process
  - Donor Mistreat / DCS conduct policy.
  - As a Trainee you are being evaluated weekly.  It is not just WV evaluating you but you should be evaluating WV as well.  Is this the right work environment/culture for you?
  - During the fall/winter, busy season, DCS is open on Saturday and may have extended operating hours which differ from the rest of the Federal Way campus.  Sometimes employees have to work following a holiday which at times may feel different from the rest of the organization.  Nature of the work.
  - Faith will send out notifications regarding open positions in DCS.  Not eligible to apply as a Trainee.  Once you are full-time and fully meeting job requirements (6 months) then you can apply if you are qualified.  Your primary task is to focus on successfully completing the Trainee training period at this time.
  - WV policy "Employees Applying for a New Position".  Guideline states be in position for at least 12 months.
  - Expectations in DCS
    - Be to work every day
    - Arrive to work on time including from breaks and lunch periods
    - Attend & participate in Devos and Chapel – part of your work day, an essential function of your job
    - You are the face of WV and play an invaluable role!
    - Issue resolution – if you have an issue with another person, go to them first (Matthew 18:15).  Can utilize Lisa, me or Shannon Osborne for guidance in how to work an issue.
  - Questions??

WV-000430

CONFIDENTIAL

**Lisa**:   **General Talking Points (25 minutes)**
- My role as a HR BP
- We provide business unit specific strategic and consultative services to leadership.  I support Anthony Williams and Shannon Osborne who are the Directors of DCS, and to the supervisors of DCS as well.
  Examples:  layoffs, discipline, disabilities, security, training, employee relations issues.
- HR also looks out for and supports our employees – all of you.
- HR Help Desk x5555
- Faith's role as a recruiter versus my role as BP.  Faith can assist with resume review/interviewing coaching.  Contact me for other questions/issues you have.

- **Information Resources**
  - Intranet / "The VINE" – check the headlines daily for updated WV news (check with your supervisor on appropriate times to check)
  - Dayforce is where you can update your personal information (phone and home address, emergency contacts, direct deposit, W-4).

- **Miscellaneous**
  - Pay date – every other week:
    - Friday, June 1 is first pay day – Covers pay period of May 14 - 25
    - Questions:  Any idea what the number 1 most frequently observed unethical behavior in the US workplace is? Answer:  Misuse of company time.  This includes covering for someone who shows up late, clocking for someone else, misuse of log-in credentials or carving a little time off your work day here.
    - Don't do it – misrepresentation of time worked violates WVUS policy and serious and may be subject to corrective action, up to and including termination.
    - Chapel and team devotions – Paid time to gather with one another and worship.
  - Opportunity to get involved / lead devos or help at Chapel (work with you supervisor).
  - Required Trainings – Outlined in Red Carpet Tasks.  Taken in World Vision University.
  - Questions?

- **Policies and Procedures**

  Encourage you to visit the WVUS Policies and Procedures page -- it is your responsibility as an employee to read and understand WV's policies.  Contact me or the HR Help Desk if you have any questions.

- Key policies / other areas we want to address today:
  - Standards of Christian Ethics and Business Conduct -
    - Appropriate behavior in / out of the workplace adhering to WV's Core Value and Mission Statement
  - Harassment policy -
    - Establishes World Vision's commitment to providing an environment free from hostility and unlawful harassment in any form.  (Will complete this training after onboarding – need to check as completed in RC)
  - Violence in the Workplace -
    - World Vision is committed to providing a workplace that is free from acts of violence or threats of violence. Possession of weapons of any kind on WVUS premises, including in vehicles, while conducting WVUS business is strictly prohibited.

WV-000431

CONFIDENTIAL

- Integrity Hotline -
    - When an employee observes or suspects any violation of law, regulation, or World Vision principles of integrity, honesty, and truthfulness such employee is expected to report the concern to the appropriate party(ies)
- Non-retaliation -
    - World Vision will protect any employee, director, volunteer, outside vendor, or contractor from harassment, retaliation or adverse action, for reporting to World Vision or law enforcement in good faith, any reportable Incident or Risk
- Employee Grievance -
    - How WV handles disputes or complaints within workplace
- Safety policy –
    - establishes World Vision's commitment to providing a healthy and safe workplace
- At Will Employment –
    - Employment with World Vision is not for a specified term and is at the mutual consent of the employee and the organization. Accordingly, either the employee or World Vision may end the employment relationship *at will,* with or without cause, at any time.
- Political Expression -
    - While this is not a presidential election year; politics is still in the air.  WV is a tax-exempt organization and is strictly prohibited from supporting or opposing any public campaign or candidate.  Limit conversations and activities to off-duty hours, such as breaks or before or after work.
- Drug Free Workplace -
    - establishes World Vision's commitment to a Drug Free Workplace
- Unemployment Compensation – World Vision is self-insured (not eligible through WV)
- Work references -
    - describe World Vision's response to a prospective employer's request for reference information about a current/former employee

- **Benefits  (35 minutes)**
    - "Benefits at a Glance"
    - In addition to being eligible for EAP, you are also eligible for Workers' Compensation.
    - As Trainees you are eligible for all legally mandated benefits which includes:
        - Health
        - Dental
        - Vision
        - Prescription
        - Wellness
        - FSA
        - State Paid Sick Leave Accrues – 90 waiting period
    - Once you successfully complete the 13 week Trainee program, you are eligible to participate in all other applicable WV benefits such as
        - Life insurance
        - 403(b)
        - Cash balance plan
        - STD / LTD
        - Vacation, sick leave
        - I'll meet a second time to review these benefits, policies, etc.
    - Onboarding tasks are assigned in Red Carpet – check your personal email for Red Carpet.
    - Benefit Enrollments via Dayforce.  NOTE:  If you don't complete the health benefits election within 31 days, you will be considered to have elected WAIVED and will not be eligible to enroll in a health plan until Open Enrollment or unless you have a Qualifying Life Event.

WV-000432

CONFIDENTIAL

- If you don't want the WV benefit plan, you can elect "Market Place" through the State of Washington but you still need to waive the WV plan. If you are already on Market Place, you can switch to the WV plan. Compare the premiums and coverage.
- You have 31 days to complete your benefit enrollment. Your legally mandated benefits are effective the date you became a Trainee. Don't wait till the 31st day to elect benefits as Payroll will go back to the prior pay periods to collect the plan premiums. The sooner you complete, the easier it is on your paycheck. The Flex Plan is not retroed back.
- If you are enrolling dependents, you will need to include the SSN numbers (state requirement).
- Employee Benefits homepage / excellent resource
- Specific questions regarding medical/benefit information, contact HR Helpdesk x5555
- Aetna & Delta Dental administers our benefits plan – Will send links to
    - Health Plan Summary and vision and dental
    - Premium rates
    - Wellness Program – it is a requirement that you complete the health history and biometric screening (screening will be in the August/September timeframe for 2018 – you will be notified.
    - MCM
- Flexible Spending Account
    - FSA, right now, has a grace / carryover period. If you have funds that you did not use in 2018, you can carryover up to $500 of these funds to 2019. This carryover does not impact the maximum amount of your 2019 election.
    - You don't have to be enrolled in the benefits plan to participate in the FSA.
- Open enrollment is every November if you miss deadline. If you want the same benefits, you do nothing as the same benefits you elected carry over into the next year. EXCEPT FSA. OE is managed in DF
- State Paid Sick Leave – earn 1 hour for every 30 hours worked. Has a 90 day waiting period. Will be available to use when transition to DSR 1.
- Reasonable Accommodation –if you have a medical condition that needs an accommodation call HR BP versus sharing medical condition with your supervisor (confidentiality) - please reach out to me. (Example: employee who is diabetic and needs their break and lunch at the same time each day.
- Questions?

WV-000433