# EXHIBIT SO-09

CONFIDENTIAL



## Knowledge Check


Kyle Whitcomb

Time for a check on these tools we've been collecting.

**A couple of important notes before you begin:**

1. Following, is a short knowledge check. This knowledge check will include ten questions about what's been covered.

2. After the quiz concludes, this section of your New Employee Orientation program will end after achieving an 80% or better.

3. **Once you've completed the quiz, exit out of the program and double check in your learning dashboard that your NEO program is showing complete.**

WV-005264

CONFIDENTIAL



WV-005265

CONFIDENTIAL



WV-005266

CONFIDENTIAL



WV-005267

**CONFIDENTIAL**

## Title Screen

### QUESTION ORDER

- What is the quote depicted at the end of the 70 year video (at the beginning of...
- Which of the following is NOT an element of our mission statement?
- Which of the following elements of our work would the "design" phase...
- Which statement is not suitable when thinking about how we work with...
- What are the three main goals outlined in our strategy?
- Fundraising mobilizes our efforts, enabling WVUS to get dollars...
- **Which of the following is NOT a focus area for Corporate Engagement?**
- Which of the following statements does not belong in ways we witness:
- Which of the following is the correct DCS Mission Statement?
- Which of the following is not included in the Mathew 25 prayer activity?

ADD QUESTION

**07  Which of the following is NOT a focus area for Corporate Engagement?**

| Correct | Choice Text | Multiple Choice |
|---|---|---|
| ○ | Product donation (known as "Gifts-In-Kind" or GIK)- free up warehousing space and is a cost-effective alternative to disposal, recycling or liquidation of product. | |
| ○ | Cause Related Marketing – as the title would imply we provide programs to assist corporations to build their business, increase sales, or improve customer loyalty while providing funding to World Vision through their marketing efforts. | |
| ○ | Humanitarian Emergency Aid or "HEA" – We provide corporations the ability to participate in humanitarian emergency relief through cash fundraising as well as cash donations. | |
| ● | Transformational Engagement is responsible for the high net worth donor segments, corporations and foundations, and US Programs (and products offered to these unique segments). | |
| ○ | Add a choice (optional)... | |

## Title Screen

### QUESTION ORDER

- What is the quote depicted at the end of the 70 year video (at the beginning of...
- Which of the following is NOT an element of our mission statement?
- Which of the following elements of our work would the "design" phase...
- Which statement is not suitable when thinking about how we work with...
- What are the three main goals outlined in our strategy?
- Fundraising mobilizes our efforts, enabling WVUS to get dollars...
- Which of the following is NOT a focus area for Corporate Engagement?
- **Which of the following statements does not belong in ways we witness:**
- Which of the following is the correct DCS Mission Statement?
- Which of the following is not included in the Mathew 25 prayer activity?

ADD QUESTION

**08  Which of the following statements does not belong in ways we witness:**

| Correct | Choice Text | Multiple Choice |
|---|---|---|
| ○ | Intentional - but never using proselytism | |
| ○ | Holistic - following Christ's model | |
| ● | Integrated - into some aspects of our work | |
| ○ | Contextual – to needs of place and time | |
| ○ | Add a choice (optional)... | |

Feedback                                    Any Response

We witness in ways that are integrated into all aspects of our work.

CONFIDENTIAL

| | Title Screen | | 09 | Which of the following is the correct DCS Mission Statement? | |
|---|---|---|---|---|---|
| | QUESTION ORDER | | | | |
| | | | | Correct | Choice Text | Multiple Choice ⌄ |
| | What is the quote depicted at the end of the 70 year video (at the beginning of... | | | ○ | "Consumed and called by Jesus Christ, we act in urgency, excellence, integrity, and humility. We joyfully provide unprecedented service with our partners on behalf of those in need around the world." |
| | Which of the following is NOT an element of our mission statement? | | | | |
| | Which of the following elements of our work would the "design" phase... | | | ○ | "Consumed and called by Jesus Christ, we passionately act in urgency, excellence, integrity, humility, and unity. We joyfully provide unprecedented service with our partners on behalf of those in need around the world." |
| | Which statement is not suitable when thinking about how we work with... | | | | |
| | What are the three main goals outlined in our strategy? | | | ● | "Consumed and called by Jesus Christ, we passionately act in urgency, excellence, integrity, and humility. We joyfully provide unprecedented service with our partners on behalf of those in need around the world." |
| | Fundraising mobilizes our efforts, enabling WVUS to get dollars... | | | | |
| | Which of the following is NOT a focus area for Corporate Engagement? | | | | |
| | Which of the following statements does not belong in ways we witness: | | | ○ | "Consumed and called by Jesus Christ, we passionately act in urgency, excellence, integrity, and humility. We provide unprecedented service with our partners on behalf of those in need around the world." |
| | Which of the following is the correct DCS Mission Statement? | | | | |
| | Which of the following is not included in the Mathew 25 prayer activity? | | | | |

| | Title Screen | | 10 | Which of the following is not included in the Mathew 25 prayer activity? | |
|---|---|---|---|---|---|
| | QUESTION ORDER | | | | |
| | | | | Correct | Choice Text | Multiple Choice ⌄ |
| | What is the quote depicted at the end of the 70 year video (at the beginning of... | | | ○ | Prayer for children's education |
| | Which of the following is NOT an element of our mission statement? | | | | |
| | Which of the following elements of our work would the "design" phase... | | | ○ | Prayer for children's faith |
| | Which statement is not suitable when thinking about how we work with... | | | | |
| | What are the three main goals outlined in our strategy? | | | ● | Prayer for mobilization |
| | Fundraising mobilizes our efforts, enabling WVUS to get dollars... | | | | |
| | Which of the following is NOT a focus area for Corporate Engagement? | | | ○ | Prayer for U.S. children and families in need |
| | Which of the following statements does not belong in ways we witness: | | | | |
| | Which of the following is the correct DCS Mission Statement? | | | ○ | Add a choice (optional)... |
| | Which of the following is not included in the Mathew 25 prayer activity? | | | | |

Feedback                                                                                           Any Response ⌄

Enter answer feedback (optional) ...

WV-005269