# EXHIBIT SO-10



# Why Focus on Donor & Partner Transformation?

## It is core to our Mission:

*World Vision is an international partnership of Christians whose mission is to follow our Lord and Saviour Jesus Christ in working with the poor and oppressed to promote human ==transformation==, seek justice and bear witness to the good news of the Kingdom of God.*



WV-002805



# Why Focus on Donor & Partner Transformation?

## It's an objective in the WVUS Strategy:

*"We <mark>serve and partner</mark> with beneficiaries and supporters so that we all experience Jesus Christ's <mark>transforming</mark> love, grace, and power."*



WV-002806



# Why Focus on Donor & Partner Transformation?

## It's an objective in the WVUS Strategy:

*"We serve and partner with beneficiaries and supporters so that we all experience Jesus Christ's transforming love, grace, and power."*

## It's in our definition of success:

*"Inspire over 1 million individual donors to a transformative journey that also increases their understanding of God's love for the poor."*



WV-002807



# Why Focus on Donor & Partner Transformation?

### It's an objective in the WVUS Strategy:

*"We serve and partner with beneficiaries and supporters so that we all experience Jesus Christ's transforming love, grace, and power."*

### It's in our definition of success:

*"Inspire over 1 million individual donors to a transformative journey that also increases their understanding of God's love for the poor."*

### We each have a role to play:

*Every employee has an active role to play in our donors & partners journey to increase their understanding of God's love for the poor and to be more like Christ.*



WV-002808



# Goal activities will differ by your role

Three Categories:

1.  Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners



WV-002809



# Goal activities will differ by your role

Three Categories:

1.  Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners

2.  Marketing/Program Support – Witnessing to Christ via marketing, program and messaging materials



WV-002810



# Goal activities will differ by your role

Three Categories:

1. Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners

2. Marketing/Program Support – Witnessing to Christ via marketing, program and messaging materials

3. Ops/Admin – Witnessing to Christ via contact with employees, vendors and volunteers

World Vision

WV-002811

*For unto us a Child is born,*
*Unto us a Son is given;*
*And the government will be upon His shoulder.*
*And His name will be called*
*Wonderful, Counselor, Mighty God,*
*Everlasting Father, Prince of Peace.*

*Isaiah 9:6*

WV-002812