# EXHIBIT SO-11



3/16/2022

CONFIDENTIAL

| **Job Title:** | **Donor Services Representative Trainee** | | |
|---|---|---|---|
| **Job Code** | 4402 | **Job Family** | Donor Services |
| **Division** | Mass Segment and Product Marketing | **Effective Date** | 12/7/2006 |
| **Department** | 0275-DCS Donor Services | **OT Status** | Non-Exempt |
| **Supervisor** | Team Leader | **Grade** | 213 |

### Job Purpose
Participate in a training program to gain a working knowledge and understanding of the Donor Services Representative position and to perform the essential functions of the job at a level of performance that consistently meets expectations. To learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign.

### Core Values
These principles and related behaviors are essential for all roles at World Vision:

**We are Christian:**
Follow the teachings of Jesus who calls us to love our neighbors, care for children and challenge injustice.
**We are Committed to the Poor:**
Serve the neediest people of the earth, to relieve their suffering and to promote the transformation of their well-being.
**We Value People:**
Act in ways that respect the dignity, uniqueness, and intrinsic worth of every person.
**We are Stewards:**
Manage resources in a manner that brings maximum benefit to the poor.
**We are Partners:**
Work together with all those who care, recognizing that more is achieved through cooperation than competition.
**We are Responsive:**
Take intelligent risks and act quickly.

### Essential Functions
1. Keep Christ central in individual and corporate life. Actively participate in and contribute to the spiritual disciplines of the organization (Christian conduct, devotions, chapel, prayer, worship); incorporate WV Core Values into decisions within scope of role.
2. Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
3. Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.
    - Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
    - Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
    - Develop skills to utilize technology for maintaining and updating donor information as appropriate.
    - Accepts constructive feedback and welcomes instruction and direction.
4. Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
5. Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
6. Be sensitive to Donor's needs and pray with them when appropriate.
7. Work collaboratively with team members when assigned to work as a member of a team.
8. Perform other duties as assigned.
9. Maintain awareness of corporate goals, objectives, organizational announcements, and activities. Reference and follow organizational policies and procedures, seeking clarity as needed.

WV-000180

CONFIDENTIAL

3/16/2022



| Behavioral Competencies | |
|---|---|
| Persuasive Communication: Asserts ideas and persuades others, gaining support and commitment from them. Influences donors and prospects to take action in support of WVUS, using creative approaches to motivate them. | Developing |
| Customer Service Orientation: Demonstrates concern for meeting customer needs in a manner that provides satisfaction for the customer using available resources. | Developing |
| Problem Solving: Identifies and analyzes situations and/or issues, considers options, develops and decides on solutions, recommends and/or implements and monitors appropriate solutions. | Developing |
| Flexibility/Adaptability: Demonstrates ability to adapt to new ways of doing things; is willing to attempt new ways to solve problems and maximizes performance and opportunity in a constantly changing work environment. | Proficient |
| Professional Maturity: Maintains a positive outlook, works constructively under pressure. Responds resourcefully when challenges arise and accepts responsibility for actions, learning and change. Arrives at work and appointments on time. | Developing |
| Relationship Building: Easily establishes a professional rapport, growing and maintaining a network of contacts. Offers compromises as necessary to gain support and participation. Proactively contacts others, despite the risk of possible rejection. | Developing |
| Communication: Presents ideas articulately. Uses effective listening skills to promote the free flow of information. Shows consistency between words and actions. Works collaboratively with others to promote consistent communication across the department. | Proficient |
| Attention to Detail: Accomplishes tasks thoroughly, showing concern for all the areas involved no matter how small, at the appropriate level for the task. | Proficient |
| Balancing Multiple Priorities: Balances the needs and interests of various stakeholders and makes decisions involving competing goals, objectives and alternatives. Prioritizes tasks and redirects work effort in response to changes in priorities. | Developing |
| Attention to Accuracy: Through the process of interviewing, fact checking, and proofreading demonstrates a concern and commitment to accuracy and an attention to detail. | Proficient |

| Technical Competencies | |
|---|---|
| Organizational Awareness: Understands business operations and the mission, work and priorities of the organization. Applies understanding of organization's informal structure, culture and climate in achieving goals. | Developing |
| Computer Skills: Demonstrates effective computer skills, including use of Microsoft Office Suite, Lotus Notes, intranet and Internet, and various software applications and databases used in work efforts. | Proficient |
| Foreign Language Skills: Understands, speaks and writes fluently a language other than English (i.e., such that speech and written communication is easily understood by native speakers). | Proficient |
| Fundraising Knowledge: Demonstrates thorough knowledge of fundraising. Knows what it takes to develop and/or support a successful fundraising campaign, appeal or program. Understands fundraising sources and competition for funds. | Developing |
| Oral Communication: Effectively transfers thoughts and expresses ideas verbally in individual or group situations. Speaks persuasively and convincingly. | Developing |
| Research Skills: Defines parameters of task; gathers and synthesizes data; applies reasoning to determine relationships of variables and develop recommendations. Tests assumptions, observes trends and results, and incorporates revisions or corrections. | Developing |
| English Language Proficiency: The ability to speak, understand and write fluently in English. | Proficient |

| Minimum Education/Experience |
|---|
| High school graduate/GED or equivalent. Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. |

| Working Environment/Conditions |
|---|
| Required to sit in front of a computer and type and talk on the phone for the vast majority of the work day. Involves repetitive motion to type continuously, use the mouse, and/or scan documents. Indoor work environment with low |

WV-000181



CONFIDENTIAL

3/16/2022

walled desks that is moderately noisy with staff continuously on the phones. Use of standard office equipment. Must wear headset. Daily interaction with donors including some contact with those who may be frustrated.

WV-000182

CONFIDENTIAL



WV-000183

CONFIDENTIAL

average upload speed of 6 mpbs. To check your internet download/upload speed, visit Fast.com or search "Internet speed test" in a search engine.

**Required Experience:** High school graduate/GED or equivalent required, as well as basic routine work experience. Minimum of 1 year previous customer service/sales work experience or call center experience preferred.

**Call Center Hours:**
- Required 11-week (projected) Training Program:
  - Tuesday, April 19 – Friday, July 1, 2022, from 7:30 AM PST – 4:30 PM PST
- Standard Operating Hours:
  - 6:00 AM - 6:00 PM PST (9:00 AM – 9:00 PM EST).
  - After Training, Customer Service Representatives will be assigned an 8-hour shift within standard operating hours.

## 02 About World Vision

When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For over 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child, we can regardless of faith. Are you feeling called to explore joining us? We hope so.

## 03 Let your work be your faith in action

Every day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every interaction you have on the phone with a current or prospective donor can help influence the our global community. If not you, then who?

## 04 The Job:

To become a Customer Service Representative (also known as a Donor Services Representative) within the Donor Contact Services Call Center, you will first participate in an 11-week Training Program to gain a working knowledge and understanding of the position and to perform the essential functions of the job at a level of performance that consistently meets expectations. Within the hands-on and intensive training program, you will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls in a high-volume call center environment.

As a crucial member of the Donor Contact Services team, you will serve as the key liaison and "voice of World Vision" to our donors and the general public, and provide excellent customer service for all World Vision special programs. Through this role, you will help carry out our Christian organization's mission, vision, and strategies. You will also personify the

WV-000184

CONFIDENTIAL

- Menu
- Dashboards
- Jobs
  - Advanced Search
  - Create Job Posting
  - Manage Requisitions
  - **Track All Jobs**
  - View Job Offers
- Candidates
- Reports
- Administration
- Help

ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign.

Your responsibilities will include:

- Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
- Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.
    1. Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
    2. Achieve and maintain an acceptable level of individual metrics to accomplish Call Center business goals.
    3. Develop skills to utilize technology for maintaining and updating donor information as appropriate.
    4. Accept constructive feedback and welcomes instruction and direction.
- Be sensitive to Donor's needs and pray with them when appropriate.
- Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
- Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
- Work collaboratively with team members.
- Perform other duties as assigned.
- Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
- Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.

**05 Your Experience and Skills:**

- High school graduate/GED or equivalent required, as well as basic routine work experience. Minimum of 1 year previous customer service/sales work experience or call center experience preferred.
- Access to a reliable, high speed internet connection, with an average minimum download speed of 25 mbps, and an average upload speed of 6 mpbs.

  *To check your internet download/upload speed, visit Fast.com or search "Internet speed test" in a search engine.*

- Ability to multi-task in a fast paced environment
- Strong technical skills with Microsoft 365 products (Outlook, Word, Teams) and ability to learn other software platforms
- Ability to type at a minimum of 20 wpm or faster
- A positive, can-do attitude, and a passion for sharing God's love to others
- **Availability to start training on Tuesday, April 19th and commitment to working 40 hours a week during the required ~11-week training program**

**06 Salary Range and Benefits:** Customer Service Representatives will earn between $15.50/hour up to $17.00/hour, depending on work

WV-000185

| | |
|---|---|
| Menu | |
| Dashboards | |
| Jobs | |
| Advanced Search | |
| Create Job Posting | |
| Manage Requisitions | |
| Track All Jobs | |
| View Job Offers | |
| Candidates | |
| Reports | |
| Administration | |
| Help | |

location. We have a robust and comprehensive benefits package that includes medical, vision and dental coverage. Click here to learn more.

**07** **To Apply** Click the orange Apply box below. If you have questions about the role, contact Melissa DiFrancesco in Talent Acquisition at mdifrancesco@worldvision.org.

**08** **What happens next?** Short-listed candidates are contacted for an initial phone conversation with our recruiting staff. Selected candidates will be asked to participate in a data entry skills test. Moving deeper into our selection process you can expect to participate in a final interview with members of the Donor Contact Services team.

| | |
|---|---|
| Required Skills: | |
| Job Location Code: | () |
| Job Location: | Remote. U.S. Role can be based in 35+ states., United States |
| Additional Locations | |
| Job Type: | Full-Time/Regular |
| Posted Date: | 3/7/22 |
| Original Posting Date: | 3/7/22 |
| Required Experience: | |
| Years Of Experience: | Not Applicable |
| Level of Education: | Not Applicable |
| Starting Date: | |
| Job Duration: | Regular/At-Will |
| Per Diem Included: | No |
| Salary Type: | Annually |
| Salary Currency: | USD |
| Minimum Salary: | |
| Maximum Salary: | |

CONFIDENTIAL

WV-000186

CONFIDENTIAL

| | | |
|---|---|---|
| ☰ | Menu | |
| | Travel: | No Travel Required |
| ▦ | Dashboards | |
| | Assigned Recruiter: | Melissa DiFrancesco |
| 💼 | **Jobs** | |
| | Recruiting Manager: | HR Recruiting Team |
| | Advanced Search | |
| | Hiring Manager: | Tara Rockey |
| | Create Job Posting | |
| | Business Unit: | General Employee |
| | Manage Requisitions | |
| | Department/Division | DCS Donor Services (275) |
| | **Track All Jobs** | |
| | Business Function: | Select Business Function |
| | View Job Offers | |
| 👥 | Candidates | |
| | Industry: | Select Industry |
| 📊 | Reports | |
| | Budget Currency: | USD |
| ⚙ | Administration | |
| | Budgeted Salary: | |
| ❓ | Help | |
| | Budgeted Quarter: | 2nd Quarter 2022 |
| | Internal Notes: | |
| | Add Note: click to add 📄 | [text box] |
| | Internal Skills: | |
| | Finance Location Code (required) | 001 |
| | Function Number (required) | 0000 |
| | Division (required) | Channel Development and Marketing |
| | New Position / Replacement (required) | Replacement |
| | Employee Vacating Position | |

WV-000187

CONFIDENTIAL

| | |
|---|---|
| Grant Funded? (required) | No |
| Relocation Budget Available? (required) | No |
| Supervisor (required) | Shannon Osborne |
| Grade - Do not change this field; leave as is | 213 |
| FLSA Status (required) - Do not change this field; leave as is | Non-exempt |
| Working Environment / Conditions | Required to sit in front of a computer, wear a headset, and type and talk on the phone for the vast majority of the work day. Involves repetitive motion to type continuously, use the mouse, and/or scan documents. |
| Original Job Number | 4402.0 |
| Employee ID (to be completed by Recruiter) | |
| Vacating Employee's Job Title | Donor Svcs Rep Trainee |
| Vacating Employee's Pay Grade | 213 |
| Change in Job Title or Pay Grade? | No |
| Select which career site to post to (required) | General Employee |

Menu
Dashboards
Jobs
  Advanced Search
  Create Job Posting
  Manage Requisitions
  Track All Jobs
  View Job Offers
Candidates
Reports
Administration
Help

WV-000188