# EXHIBIT SO-12

Exhibit SO-12 to the Declaration of Shannon Osborne is a video recording of a DCS-led chapel service on January 22, 2013. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.