# EXHIBIT SO-13

Exhibit SO-13 to the Declaration of Shannon Osborne is a video recording of a DCS-led chapel service on June 26, 2019. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.