# EXHIBIT SO-14

Exhibit SO-14 to the Declaration of Shannon Osborne is a video recording of a DCS-led chapel service on August 4, 2021. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.