# EXHIBIT SO-15

Exhibit SO-15 to the Declaration of Shannon Osborne are ten (10) audio recordings of DCSR donor calls. A Notice of Filing Paper or Physical Materials with the Clerk has been filed in the ECF system.