# EXHIBIT SO-16

CONFIDENTIAL

**From:** Kaitlin Clark - US <kaclark@WorldVision.org> on behalf of Kaitlin Clark - US
**Sent on:** Friday, February 12, 2021 7:12:13 PM
**To:** [redacted]
**Subject:** Shout out! Amazing donor experience

Hi DCS Team,

I had to share this amazing shout out from a donor for [redacted]! Mr. [redacted] was simply overwhelmed when he shared with me that [redacted] prayed for him and showed him the love of the Lord on their phone call amidst his own personal trials he shared with her. He said he has never had such an amazing experience with an organization. Thank YOU, [redacted] for ministering to our donors, and BEING the light. ❤️



**Kaitlin Clark (Coutts)**
Team Lead. Donor Contact Services. Channel Development & Management

Phone 253.815.5858. : kaclark@worldvision.org
Mail Stop 320 : P.O. Box 9716 : Federal Way, WA 98063-9716 USA

WE BELIEVE IN CHILDREN

www.WorldVision.org

World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

WV-003103

CONFIDENTIAL

| | |
|---|---|
| **From:** | Vanessa Rodriguez - US <VRodrigu@WorldVision.org> on behalf of Vanessa Rodriguez - US |
| **Sent on:** | Wednesday, February 17, 2021 4:36:12 PM |
| **To:** | DCSDEPT <dcsdept@worldvision.org> |
| **CC:** | |
| **Subject:** | Shout out to |

Hello DCS Family,

Sharing the deepest of gratitude's from one our donor's for our wonderful ▮! Ms. ▮ could not say enough of her amazing experience this morning and expressed she could sense the love of God through ▮'s sweet, kind, and humble heart.  She shared how much she loves her and each one of us, and is so grateful to be partnering with WV. Thank you, ▮ for allowing God to use you to bless our donors!



Vanessa Rodriguez
Team Lead. Donor Contact Services. Branding and Communications

Phone 253.815.5884 : vrodrigu@worldvision.org : Skype – v.r.wv

Mail Stop 600: P.O. Box 9716 : Federal Way, WA 98063-9716 USA

WE BELIEVE IN CHILDREN

www.WorldVision.org

World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

WV-003104

Share | Copy link | Download | … | Shout Out to ███...msg | ⓘ | | ◁ | 30 / 201 | ▷ | | ✕

**From:** Brandilee Lovell - US <blovell@WorldVision.org> on behalf of Brandilee Lovell - US
**Sent on:** Thursday, May 6, 2021 8:56:29 PM
**To:** DCSDEPT <dcsdept@worldvision.org>
**Subject:** Shout Out to ███



We got word for one of our donors, Michael ███, called in today and was blown away with the interaction with ███ ███!

She handled everything with fantastic customer service and connected throughout the call. At the end of the call ███ offered prayer and it deeply touched the donor, meeting him where he was at. Once off the call, Michael contacted ███ ███ to praise ███'s amazing prayer and service!

Thank you, ███, for provide over the top service and even more importantly for reminding donors we are a ministry ready to be God's hands and feet! You and all our fantastic agents are the heartbeat that bring so much light and hope to everyone we talk to.

Amazing job, Team! We are so proud and honored to work with you all!
God bless!

---

**Brandilee Lovell**

**Contact Center Supervisor, DCS Management, Channel Development and Management**

Phone 253.815.5851 : Fax 253.815.3495 : blovell@worldvision.org : Skype – WV.Brandilee.Lovell

Mail Stop 704 : P.O. Box 9716 : Federal Way, WA 98063-9716 USA

**WE BELIEVE IN CHILDREN**

www.WorldVision.org

World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

CONFIDENTIAL

**From:** Vanessa Rodriguez - US <VRodrigu@WorldVision.org> on behalf of Vanessa Rodriguez - US
**Sent on:** Tuesday, May 18, 2021 3:03:01 PM
**To:** DCSDEPT <dcsdept@worldvision.org>
**Subject:** Shout Out to ▇▇▇!



Ms. ▇▇▇ asked to speak with leadership this morning to share the incredible donor experience ▇▇▇ provided. She shared her health struggles and reason she was not able to go forth with the replacement child and in response, ▇▇▇ prayed the most beautiful prayer over the donor straight from the heart of Jesus. Donor was extremely thankful for her kindness, spirit, and beautiful heart.

Thank you ▇▇▇ for allowing the holy spirit to lead you and use your words this morning to refresh the donor's spirit!


Vanessa Rodriguez
Team Lead. Donor Contact Services. Branding and Communications

Phone 253.815.5884 : vrodrigu@worldvision.org : Skype – v.r.wv

Mail Stop 600: P.O. Box 9716 : Federal Way, WA 98063-9716 USA

WE BELIEVE IN CHILDREN

www.WorldVision.org

World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

WV-003106

CONFIDENTIAL

**From:** Sunnie Gardenhire - US <sgardenh@WorldVision.org> on behalf of Sunnie Gardenhire - US
**Sent on:** Thursday, September 30, 2021 1:07:33 PM
**To:** Renee Stone - US <RStone@worldvision.org>; DCSDEPT <dcsdept@worldvision.org>
**CC:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: Shout Out for ▓▓▓▓▓!

▓▓▓▓▓! Thank You for encouraging our donors and for always going above and beyond to meet donor requests!!



**From:** Renee Stone - US <RStone@worldvision.org>
**Sent:** Wednesday, September 29, 2021 1:30 PM
**To:** DCSDEPT <dcsdept@worldvision.org>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Shout Out for ▓▓▓▓▓!

Thank you so much ▓▓▓▓▓ for being such a blessing and joy for Mrs. ▓▓▓▓▓ to speak with today! Mrs. ▓▓▓▓▓ asked to speak with a supervisor so she could share that ▓▓▓▓ fully resolved the reason for her call but most importantly, made her and her family feel encouraged and sincerely thanked for their support of three sponsor children. She was touched by ▓▓▓▓'s prayer and said that she is incredibly thankful for WV's work and ministry.

**Renee Stone**
Supervisor | Donor Contact Services | Channel Development and Management

Phone 253.815.5855 : Fax 253.815.3495 : Rstone@worldvision.org
Mail Stop 600 : P.O. Box 9716 : Federal Way, WA 98063-9716 USA

WE BELIEVE IN CHILDREN
www.WorldVision.org
World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

WV-003107

| | |
|---|---|
| **From:** | Diane Mendez - US |
| **Sent:** | Tuesday, December 21, 2021 5:13 PM |
| **To:** | DCSDEPT |
| **Subject:** | Shout out to [DCS Rep name redacted] |

[Photograph of People Redacted]

Susanna [donor surname redacted] wanted us to know how amazing [DCS Rep] is.  She said [he] was compassionate, kind and so very caring. As she spoke about how [he] took the time to pray for her she got choked up and started to cry. We never will know how much we touch our donors when we stop for just a moment and lift them up before God.  This is the part of our business that is pure ministry and freeing.  I can imagine our

1

WV-003108

God so pleased and heart filled with delight because you understand what is truly important. Thank you so much [DCS Rep]. You are amazing.

**Diane Mendez**
**Mgr Contact Center | Donor Contact Service | Channel Development and Management**

Phone 253.815.5853 | Fax 253.815.3498 | dmendez@worldvision.org
Mail Stop 600 | PO Box 9716 | Federal Way, WA 98063-9716 USA
**World Vision | Building a better world for children | www.worldvision.org |**
World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

WV-003109

CONFIDENTIAL

| | |
|---|---|
| **From:** | Diane Mendez - US |
| **Sent:** | Thursday, March 3, 2022 4:26 PM |
| **To:** | DCSDEPT |
| **Subject:** | Shout out for [DCS Rep name redacted] |



Listen to what Mrs. [donor name redacted] had to say: [DCS Rep] was amazing and did a fantastic job. Such a blessing today for me because I asked for prayer and [female DCS Rep] encourage me and lifted me to the Lord and I feel amazing. She is a beautiful human being and she praises GOD! She is in the right position. Thank you

**Diane Mendez**
Mgr Contact Center | Donor Contact Service | Channel Development and Management

Phone 253.815.5853 | Fax 253.815.3498 | dmendez@worldvision.org
Mail Stop 600 | PO Box 9716 | Federal Way, WA 98063-9716 USA
World Vision | Building a better world for children | www.worldvision.org |

1

WV-003110