# EXHIBIT SO-17

CONFIDENTIAL



# Christian Witness Immersion Program

*for World Vision US*

**Our Promise:** Living out our Christian Faith & Calling with boldness & Humility

WV-001360

CONFIDENTIAL



# SESSION 4:
## Ministry of Fundraising

WV-001361

CONFIDENTIAL

# Fundraising



## Impact

**What difference Christian faith makes in how we engage in fundraising**



## Response

**Helpful responses to frequently asked questions about WV's fundraising**



## Approach

**Clarify a personal approach to fundraising**

WV-001362

CONFIDENTIAL

## 4.1 Affirming our role



**Fund-raising isn't merely a means to make ministry possible.**

**Done right, fund-raising is ministry.**

*"Fund-raising is as spiritual as giving a sermon, entering a time of prayer, visiting the sick, or feeding the hungry."* (Henri Nouwen, "The Spirituality of Fund-raising" (pp. 6-7).

WV-001363

CONFIDENTIAL

## 4.1 Affirming our role

**Similarly, giving isn't an optional expression of discipleship.**

**Giving is integral to our life as followers of Christ.**

*"I am testing the genuineness of your love…For you know the generosity of our Lord Jesus Christ, that though he was rich, yet for your sakes he became poor, so that by his poverty you might become rich."*

**2 Cor 8. 8-9**



CONFIDENTIAL

# Discussion Questions

**01**     **What is one way this conviction shapes how I speak to my partners?**

**02**     **What are the challenges abut being a fundraiser IN ministry?**

**03**     **What are some ways I (or in my opinion, World Vision) risk witnessing to the power of money rather than the power of the Spirit, and the generosity of donors rather than to the grace of God**

CONFIDENTIAL

# 4.2 Fund-raising as a form of Witness

## ACTION

**To what do we bear witness in our fundraising?**

Only to human need?—or also to the presence of the Kingdom?

Only to our effectiveness?—or also to the power of the Spirit?

To the impact of donors?—or also to the dignity and action of people in poverty?

## IMPACT

**What is the result of our fundraising on donors?**

Are they more hopeful or discouraged?

Do they see people in poverty as pathetic or as with dignity?

Are they drawn closer to Jesus Christ?

WV-001366

CONFIDENTIAL

# Fundraisers are surrounded by the sacred



CONFIDENTIAL

## Fundraisers are surrounded by the sacred

Fundraising is **not just about money**

When we seek to raise money, we are on **holy ground**—in the name of God, responding to the tears of God and the tears of people

There are no "ordinary" people or people with a higher net worth than others

No one owns what they possess or what they give away



WV-001368

CONFIDENTIAL

## Discussion



In pairs, share one way this perspective shapes how you do your work.

Are there things that inhibit you from living this out more fully?

Share one frustration or concern.

CONFIDENTIAL

## 4.3 The Spirituality of Fundraisers



**Evangelists**

**Priests**

**Prophets**

**(but not kings…)**

WV-001370

CONFIDENTIAL

## 4.3 The Spirituality of Fundraisers



**We engage in fund-raising with the mindset of a minister—an <u>evangelist</u>, a <u>priest</u>, and a <u>prophet</u>.**

**We do not come with our begging bowls, seeking alms. We come with bold humility and gentle confidence.**

WV-001371

CONFIDENTIAL

# The Spirituality of Fund-raising



**Effective Christian fund-raising is an act of worship**

Romans 12:1-2 *"…by the mercies of God, present your bodies as a living sacrifice, holy and acceptable to God…Do not be conformed to this world, but be transformed by the renewing of your minds, so that you may prove what is the will of God, what is good, acceptable and perfect."*

WV-001372

CONFIDENTIAL

# The Spirituality of Fund-raisers

**Daily dying to selves**

**Living by mercy of God**

**Entering a lifetime journey of transformation**

**God loves us so much that God accepts us the way we are.**

**God loves us too much to leave us that way.**

WV-001373

CONFIDENTIAL

# The Spirituality of Fund-raisers



**In a new pair, discuss:**

**How does this perspective impact your attitude toward:**

- **Yourself?**
- **Donors?**
- **People living in poverty?**
- **Money? What you're asking people to give toward?**

WV-001374

CONFIDENTIAL

# 4.4. Fundraising as an Act of Justice



**Justice**

*"to make right"*

**Charity**

*"grace in action"*

**Philanthropy**

*"love for people"*

**Alms**

*"mercy and compassion"*

WV-001375

CONFIDENTIAL

# Fundraising Enables Justice

We give because it's the right thing to do. We are born into situations that are unfair.

## In 2018

**1%**
of people owned
**88%**
of the world's wealth

**99%**
of people owned
**12%**
of the world's wealth

**3.8**
BILLION people's wealth decreased by
**11%**

The wealth of the
**26**
richest increased by
**12%**

**No wonder many are desperate, mad, and migrating**

WV-001376

CONFIDENTIAL

# Biblical Economics 101

## 4 Principles of Biblical Economics:



**01** God owns everything

**02** Once a lifetime everyone gets an equal opportunity

**03** Those who cannot compete or provide get special help in ways that guard their dignity

**04** Everyone gives to ensure fairness

WV-001377

CONFIDENTIAL

# Seeking deep change in our economic system



We don't seek quick charity, but:

**deep change.**

We seek change not just in majority world countries, not just in our field programs, but in SOs.

Our call is to steward influence that enhances the credibility of the gospel and moves our world towards God's fair balance."

*(Reflections on Marketing and Fund-raising*, p. 18)

WV-001378

CONFIDENTIAL

## The Apostle Paul's fund-raising pitch



**2 Corinthians 8** "We want you to know about the grace of God that has been granted to the churches of Macedonia; for during a severe ordeal of affliction, their abundant joy and their extreme poverty have overflowed in a wealth of generosity…They voluntarily gave beyond their means, begging for the privilege of giving…They gave themselves first to the Lord, and then to us…I am testing the genuineness of your love…For you know the generous act of our Lord Jesus, that though he was rich, yet for your sakes he became poor…

WV-001379

CONFIDENTIAL

## "to create a fair balance"

"…I do not mean that there should be relief for others and pressure on you, but it is a question of a fair balance between your present abundance and their need, so that their abundance may be for your need, in order that there may be a fair balance. As it is written, 'The one who had much did not have too much, and the one who had little did not have too little.'"

- What in this passage strikes you about giving?

- Paul is fundraising as a 'priest, evangelist, prophet' in this conversation. What strikes you about his approach?

- What are some implications for our work?

WV-001380

CONFIDENTIAL



WV-001381

CONFIDENTIAL

## 4.5 Fundraising as bridge-building



**Seeing one another through the eyes of God**
"Affluence can blind us from seeing and being open to the dignity of the poor.
Poverty can convince us that no one sees us, and that we have no worth or future…
Therefore, our marketing is more vision casting than resource raising."
*(Reflections on Marketing and Fund-raising , p. 11, 15)*

WV-001382

CONFIDENTIAL

**In an age of isolationism, xenophobia, desperation, mass migration—God calls us to nourish a World Vision**

**Both poverty and affluence can destroy connections**

Affluence can blind us from seeing those who are poor as our neighbors or to guard their dignity

Poverty can blind us from seeing ourselves as people of worth, with agency and dignity

**Helping people see and connect to love one another**
*(Mark 12:31; John 13:34)*

WV-001383

CONFIDENTIAL

World Vision is called by God to build bridges between people in affluence and those in poverty with each doing their part to build a world in which all our children experience life in all its fullness and inherit a world worth living in.



WV-001384

CONFIDENTIAL



- All people need for life to be made <u>right.</u>

- All people need for relationships to be <u>restored.</u>

- All people need to see the future <u>filled with promise</u>

- *"The Kingdom of God is not food and drink, but justice (life being made right), peace (relationships being restored), and joy in the Holy Spirit." Romans 14.17*

WV-001385

CONFIDENTIAL

# Ministering to our Donors & Partners

*Michael Sieber*

WV-001386

CONFIDENTIAL

# Personal reflection: drafting personal commitments



In your participants guide, you will find a final reflection page:

Take some time to personally reflect on your own personal <u>commitments</u> and their <u>integration</u> in your world in World Vision and your faith in God.

WV-001387

CONFIDENTIAL



God, may you bless us with discomfort at easy answers, half-truths, and superficial relationships so that we may live deep within your heart.

May you bless us with anger at injustice, oppression, and exploitation of people, so that we may work for justice, freedom, and peace.

Bless us with tears to shed for those who suffer pain, rejection, hunger, and war, so that we reach out together with others to comfort them and end the causes of their pain.

Dear Father, bless us with enough foolishness to believe that by your grace and Spirit we can make a difference in the world, so that we do what others claim cannot be done to bring justice and kindness to all our children and the poor.   *- Adapted from a Franciscan Benediction*

WV-001388