# EXHIBIT SO-19



CONFIDENTIAL

World Vision

**WVUS CHRISTIAN WITNESS MESSAGING**

Approved July 2021 by the WVUS president and CEO
CONFIDENTIAL: Document not for external distribution but to guide external conversations.

Guiding framework

WV-001124



CONFIDENTIAL

# INTRODUCTION

How does World Vision witness to the gospel of Jesus Christ?

**1. COMMUNICATION GOAL**

Every current and potential donor and partner will clearly understand our mission to bear witness to Jesus Christ—through life, deed, word, and sign—in ways that encourage people to respond to the gospel of Jesus Christ.

**2. OUR BASIS**

**3. THE CHALLENGE**

 LIFE    DEED    WORD    SIGN

**4. OUR RESPONSE**

*Witness to Jesus Christ by life, deed, word, and sign that encourages people to respond to the gospel.*

—From World Vision's mission statement

**5. OUR MESSAGE**



# INTRODUCTION ❯ How does World Vision witness to the gospel of Jesus Christ?

**1** COMMUNICATION GOAL

**WHY** We bear witness to the gospel as an expression of our obedience to the biblical call to love God, love our neighbors, and make disciples (Matthew 22:37–40; 28:19–20). Showing people the love of Christ draws them to the cross of Christ.

**2** **OUR BASIS**

**WHAT** We believe that the good news of Jesus Christ is His offer of fullness of life in the kingdom of God through His death and resurrection. This fullness of life is to be experienced both here on earth and in heaven (John 10:10). We believe that poverty is both physical and spiritual, and that it is rooted in broken relationships with God, self, others, and the rest of creation. Fullness of life is not possible when such broken relationships and marred identities exist. These broken relationships are often caused by mindsets such as arrogance, racism, sexism, and tribalism and/or hopelessness, fear, ignorance, and lack of self-respect. These attitudes can in turn lead to personal and institutional injustice, violence, marginalization, passivity, and abuse of power.

**3** THE CHALLENGE

**4** OUR RESPONSE

**HOW** We witness to the good news of restoration in the kingdom of God through life, deed, word, and sign to all people—donors and the children and families we serve. We seek to see God restore broken relationships as we take up the ministry of reconciliation. We strive to create mutually transforming connections that meet physical and spiritual needs wherever they exist. We desire that all people respond to the good news and grow in their faith in Jesus Christ.

**5** OUR MESSAGE



## INTRODUCTION  How does World Vision witness to the gospel of Jesus Christ?

**1** COMMUNICATION GOAL

**2** OUR BASIS

**3** THE CHALLENGE

**4** OUR RESPONSE

**5** OUR MESSAGE

As we've experienced for ourselves, fullness of life is not possible where broken relationships and marred identities have led to physical and spiritual poverty. We were created to glorify God, reflect His image, love one another, and steward creation. But the devil and our own sinful nature have corrupted what God originally created as good (Romans 1:20–25).

> We believe that the world's most vulnerable children—those living in extreme poverty or fragile contexts—disproportionately bear the brunt of evil and broken relationships.

World Vision intentionally serves these highly vulnerable children, knowing that sustainable solutions to deep-rooted poverty require spiritual solutions and are only achievable when the child is the focus of development efforts and measurements of effectiveness. In many countries where World Vision serves, barriers such as marred identity, lack of opportunity, dependency, and fragility of governance limit people's ability to envision—and work toward—restored relationships and success in breaking the generational cycle of poverty.



# INTRODUCTION

## How does World Vision witness to the gospel of Jesus Christ?

**1** COMMUNICATION GOAL

**2** OUR BASIS

**3** THE CHALLENGE

**4** OUR RESPONSE

**5** OUR MESSAGE

All people—regardless of the context in which they were born—deserve the chance to know the love of God, learn about Jesus' offer of salvation, and experience fullness of life in God's kingdom. This is why World Vision chooses to work not only in contexts where Christianity is welcomed (Christian-majority and Christian-minority contexts) but ALSO in contexts where it is not (Restricted contexts). Our approach to witnessing to the gospel through the incarnational witness of our staff varies in each context—from simply shining the light of Christ's presence in Restricted contexts to fostering Christian discipleship in a Christian-majority context (1 Corinthians 9:19–23). It is our prayer that all people would experience healing from broken relationships, restoration of their identity in Christ, and movement toward a personal and ever-growing relationship with Jesus.

**This witness is done through:**

 **LIFE** — *Demonstrating Christ's love and mercy with humility and grace*

 **DEED** — *Acts of service through our programs that focus on emergency response, education, food security, economic empowerment, advocacy, and more*

 **WORD** — *Our life testimonies, responding to questions, sharing the gospel and biblical truths where possible, and partnerships with churches*

 **SIGN** — *Praying for and expecting answers to prayer, and pointing to God's miraculous provision*



# INTRODUCTION

## How does World Vision witness to the gospel of Jesus Christ?

1. COMMUNICATION GOAL
2. OUR BASIS
3. THE CHALLENGE
4. OUR RESPONSE
5. **OUR MESSAGE**



> God is at work restoring broken relationships around the world. We are participants in and witnesses to this miraculous work. Jesus' promise of fullness of life is for everyone—donors, partners, staff, and the most vulnerable children and families, who are near to the heart of God. Join us in this transformational mission.


CONFIDENTIAL

## FRAMEWORK

### How we witness in different contexts



**World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.**

**MINISTRY CONTEXT** | HOW WE WITNESS | OUR OBJECTIVE

 **Restricted**

These are places where overt witness to the good news of Christ is against the law or is politically sensitive. Very few Christian organizations operate in these contexts. Examples: Afghanistan, Syria, Iraq, Somalia (full list of countries available upon request).

 **Christian-majority and Christian-minority**

These are places where Christian witness is welcome, yet physical and spiritual poverty keep people from experiencing the fullness of life that Jesus offers. Examples: Guatemala, Kenya, Mexico, the Philippines, the United States, Zambia (full list of countries available upon request).



## FRAMEWORK

# How we witness in different contexts



**World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.**

|  MINISTRY CONTEXT  |  **HOW WE WITNESS**  |  OUR OBJECTIVE  |

 **Restricted**

In Restricted contexts, we witness by our Christian identity and presence; through life, deed, and sign (words more rarely and when advisable); and through biblical, faith-based approaches that are sensitively adapted to the specific context.

 **Christian-majority and Christian-minority**

In these contexts, we bear witness to the good news of Jesus Christ through biblically based approaches, often in partnership with local church and ministry organizations.



**World Vision has two categories of programs for children and youth:**

 Christian discipleship

 Spiritual nurture

WV-001131


CONFIDENTIAL
World Vision

**FRAMEWORK** How we witness in different contexts



**World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.**

| MINISTRY CONTEXT | HOW WE WITNESS | **OUR OBJECTIVE** |



**Christian presence\*** (*Restricted*)
Children develop curiosity about Jesus Christ as they see our witness through life, deed, and sign and experience our Christian presence. We pray that children would have opportunities to discover and experience God's love in Jesus.

**Spiritual nurture** (*Christian-minority*)
Children experience and learn about God's love and the restoration of broken relationships through Jesus Christ.

**Christian discipleship** (*Christian-majority*)
Broken relationships are restored and children grow in their knowledge and experience of God's love in Jesus Christ.

*\*Bearing witness through a life of Christian presence encompasses our work in every context. In most places (Christian-majority or Christian-minority), we also witness through deed, word, and sign.*


CONFIDENTIAL

## FRAMEWORK : How we witness in different contexts

| PROGRAMMING CONTEXT | Christian presence (Restricted) | Spiritual nurture (Christian-minority) | Christian discipleship (Christian-majority) |
|---|---|---|---|
| **Faith program examples** | Biblically based values education and programs such as Channels of Hope, Celebrating Families, and Empowered Worldview | Biblically based programs such as Channels of Hope, Celebrating Families, and Empowered Worldview (definitions on page 15) | Vacation Bible School, Sunday school, Bible clubs, afterschool and teen clubs, and summer camps in addition to the biblically based programs described in the previous contexts |
| **Direct target of programs** | • Children and families<br>• Other faith leaders<br>• Christian pastors where possible | • Children and families<br>• Pastors and church leaders | |
| **Who carries out the program** | Our Christian staff shine the light of Christ's presence as they conduct our programs, build trust with staff and partners of other faiths, and guide our faith-based work with local partners. | Our Christian staff demonstrate Christ's love through all our relief and development programs and through our partnerships with churches and other Christian ministries such as Awana, Child Evangelism Fellowship, Young Life, Youth For Christ, and Bible societies. | |


CONFIDENTIAL

## FRAMEWORK  Summary statements



- LIFE
- DEED
- WORD
- SIGN

### Restricted contexts

📍 **In Restricted contexts,** World Vision shines the light of Christ where we are often one of the few Christian organizations allowed to work. We work with "gentleness and respect" as 1 Peter 3:15 asks believers to do among people of other faiths. We consider it an honor to represent the love of Christ to everyone. We witness by our **Christian presence** through faith-based approaches in life, deed, and sign, sensitively adapted to the context to help children be aware of and develop curiosity about Jesus Christ. This ministry can be either directly to children and families by World Vision staff or in partnership with other leaders and partners.

### Christian-majority and Christian-minority contexts

📍 **In Christian-majority and Christian-minority contexts,** World Vision bears witness to Jesus Christ through biblically based approaches. Sometimes this is through **Christian discipleship** programs done in collaboration with other ministries that help children come to know Christ and grow in their faith. Sometimes it's through **spiritual nurture** programs, in which children experience and learn about God's love through Jesus. This ministry can be directly to children and their families or through pastors, church leaders, and even public school teachers as they prepare for afterschool Bible clubs. This is done either by World Vision staff or in partnership with other Christian churches or ministries, such as Awana, Child Evangelism Fellowship, Young Life, and Youth For Christ.



CONFIDENTIAL

## FRAMEWORK  ›  Impact statements

Each year* around **2.8 million children** participate in our **Christian discipleship** programs.[1]

*Between 2015 and 2019*

Each year* around **3.5 million children** around the globe take part in World Vision–supported **spiritual nurture activities** that strengthen their faith and help them learn about God's love for them.

Each year* World Vision trains more than **100,000 pastors, youth workers, and other Christian faith leaders** associated with the churches we support.

World Vision shows God's love through our **Christian identity and presence** in **38 of the 57 countries** listed as fragile or violence-affected,** where extreme poverty has a firm grip—the margins of our world.

***Organisation for Economic Cooperation and Development*

Based on research done by World Vision, children of all faiths develop curiosity about the love of God as they experience (1) acts of love and kindness starting in their own families, (2) inexplicable blessings, or (3) God's work revealed in creation. Curiosity leads to awareness and eventually, we pray, to a knowledge of God in Jesus.

✉ *For additional impact statements not approved for print, please contact Torrey Olsen with the WVUS Faith & Development team in IPG.*

WV-001135



# FRAMEWORK  Context background

### Christian presence
(*Restricted*)



- In some areas, it's against the law or culturally forbidden to proclaim the gospel through word and distribution of Scripture. In these contexts, opposition to the gospel comes from those in power, not from the poor.

- We seek to find common ground but don't waver from our biblical beliefs.

- We collaborate with leaders and groups of different faiths, but we don't use our resources to promote other religions. Our work with those of other faiths focuses on shared values that are appropriate to the context and embraced by their faith traditions.

### Spiritual nurture
(*Christian-minority*)



- World Vision's spiritual nurture programming empowers children to grow in awareness of, knowledge of, and relationship with God.

- World Vision's biblically based approaches effectively help people address the broken relationships that keep them trapped in a cycle of poverty.

- World Vision believes that seeking justice and peace through restoring broken relationships—with God, self, others, and creation—is essential in ending spiritual and physical poverty.

### Christian discipleship
(*Christian-majority*)



- Many Christian faith leaders in developing countries lack resources and training, especially for teaching and discipling kids.

- In many developing countries, people operate out of fear of evil spirits, curses, and long-held beliefs in fatalism and superstition.

- While Christians make up nearly one third of the world's population, more than 3.2 billion people have never heard the good news of Jesus.[2]



# FRAMEWORK › Programmatic information

| Christian presence (Restricted) | Spiritual nurture (Christian-minority) | Christian discipleship (Christian-majority) |



Through our **Christian identity and presence**, we confidently witness to the truth of the gospel in ways that are appropriate to each context, with the hope that people will see Jesus in us and be drawn to Him (Matthew 5:16).

› We respect the God-given dignity and right to self-determination of all people. We will never exploit the vulnerability of those we serve by coercing conversions.

› We know that God is already at work among all people, and we therefore relate to them with compassion and without discrimination. We do this with neither hesitation nor aggression, through life, deed, sign, and word where appropriate.

**PROGRAMS**

In many Restricted contexts, we are able to carry out our biblically based programs for adults: **Channels of Hope, Celebrating Families,** and **Empowered Worldview.**\*

### Channels of Hope
A biblically based program that integrates Scripture to engage and equip church and faith leaders to tackle specific issues in their community that affect child well-being.

### Celebrating Families
A biblically based program that integrates Scripture to teach parents and caregivers how to be loving spouses and contributors to their children's faith and spiritual development.

### Empowered Worldview
A biblically based program that integrates Scripture to help people restore their true identity in Christ, recognize their God-given value, and use their talents and resources to change their lives.

**CAUTION IN RESTRICTED CONTEXTS**

› *In places where the government will not license us to work unless we hire local staff, we may hire people of other faiths. In these cases, our global policies ensure that leadership roles are filled by Christians.*

› *Our local non-Christian staff offer invaluable knowledge about development work, local languages, cultures, roads, and authorities. They also serve as trusted liaisons with communities and government offices. As they work closely with World Vision's Christian leaders, many are drawn to Christ by seeing Him in the leaders' lives.*

› *We work in the most challenging places because we believe that God loves all people, is already at work everywhere, and wants every child to experience the fullness of life Jesus offers.*





# FRAMEWORK  Programmatic information

| Christian presence |  Spiritual nurture | Christian discipleship |
|---|---|---|
| (*Restricted*) | (*Christian-minority*) | (*Christian-majority*) |

Between 2015 and 2019, a yearly average of **3.5 million children** participated in our **spiritual nurture** activities that helped them grow in their awareness and knowledge of God's love and, where possible, a relationship with Jesus.

**PARTNERING WITH CHURCHES**

› Between 2015 and 2019, World Vision annually trained more than 100,000 pastors, priests, youth workers, and other Christian faith leaders, many of whom are associated with the churches we support.

› World Vision celebrates the church's role in sustaining spiritual and social transformation in their communities both while World Vision is present and after we leave an area.

**PROGRAMS**

Our three most important biblically based programs for adults are **Channels of Hope, Celebrating Families,** and **Empowered Worldview.**[*]

These programs mobilize pastors to apply scriptural truths to the key issues their communities face regarding marriage, health, economic empowerment, gender, and child protection:

**Channels of Hope**

A biblically based program that integrates Scripture to engage and equip church and faith leaders to tackle specific issues in their community that affect child well-being.

**Celebrating Families**

A biblically based program that integrates Scripture to teach parents and caregivers how to be loving spouses and contributors to their children's faith and spiritual development.

**Empowered Worldview**

A biblically based program that integrates Scripture to help people restore their true identity in Christ, recognize their God-given value, and use their talents and resources to change their lives.

*[*]A fuller description of these programs is provided through the Christian Witness messaging training.*

WV-001138


CONFIDENTIAL
World Vision

# FRAMEWORK  >  Programmatic information

| Christian presence<br>(*Restricted*) | Spiritual nurture<br>(*Christian-minority*) |  Christian discipleship<br>(*Christian-majority*) |

Between 2015 and 2019, a yearly average of **2.8 million children** participated in **Christian discipleship** programs supported by World Vision. In contexts where it's possible to openly share the good news of Jesus' love, World Vision staff and our Christian child-ministry partners explain to interested children and youth how they can start and grow in a relationship with Jesus. They then aim to strengthen children's faith and apply it to each area of their lives by teaching about their identity in Christ, the power of prayer, and how to follow Jesus and bless others.

**PARTNERING WITH CHURCHES**

> Between 2015 and 2019, World Vision annually trained or supported the ministry of more than 100,000 churches in over 60 countries.

> World Vision also partners with local churches and organizations like Young Life and Youth for Christ to reach and empower more young people with the good news. We do this by providing resources and support for programs like Vacation Bible School, Sunday school, Bible-based afterschool kids' and teens' clubs, church-based summer camps, community Bible reading, and WASH clubs based on the biblical curriculum created by World Vision called Jesus: The Source of Living Water.

> In partnership with Biblica, Tyndale, One Hope, and local Bible societies, World Vision facilitates access to at least 50,000 Bibles or New Testaments a year to those who desire to grow in their Christian faith.

**TRACKING DISCIPLESHIP, NOT CONVERSIONS**

> While we consistently track the number of children in our discipleship programs, we rarely track first-time decisions for Christ. Information regarding conversions is rarely shared due to risks to staff and program security in sensitive contexts. If this information is absolutely required, World Vision will refer the request to or directly quote reports from church or Christian ministry partners.


CONFIDENTIAL

# FRAMEWORK > Stories of impact

### Christian presence (*Restricted*)



## VIET NAM

**In Viet Nam,** the Living Values Development curriculum helps children understand how values such as honesty, humility, and responsibility can be expressed through attitudes and behaviors. This training for children and youth is paired with Celebrating Families workshops to help moms and dads learn positive parenting techniques. Because the government has seen the positive impact of this training on family relationships and child protection, they have allowed its use in communities.

### Spiritual nurture (*Christian-minority*)



## BANGLADESH

**In Bangladesh**, we're equipping faith leaders to become stronger advocates for kids. Through working with mostly Muslim faith leaders, we've helped prevent child marriages, secure the release of child laborers, and ensure birth registration for children who would otherwise lack a legal identity.

### Christian discipleship (*Christian-majority*)

## ZAMBIA

**In Zambia**, millions of people have no choice but to live with contaminated water. [Water provides an ideal way for World Vision staff to share our faith.](#) It opens doors to talk with community members about good health and Christ's character by using our biblical curriculum, Jesus: The Source of Living Water.

CONFIDENTIAL


## CONCLUSION  Our invitation



God is at work restoring broken relationships around the world, and we are participants in and witnesses to this miraculous work. Jesus' promise of fullness of life is for everyone—donors, partners, and the most vulnerable children and families in some of the world's toughest places. God is already in these places. Join us in this transformational mission.

[1] *Statistics on pages 12, 15, and 16 referencing "Between 2015 and 2019" reflect averages from FY15 through FY19, as shown in the WVI Power Claims document.*

[2] reachbeyond.org

 With questions or for more information, please contact Torrey Olsen with the WVUS Faith & Development team in IPG.

WVUS CHRISTIAN WITNESS MESSAGING FRAMEWORK | **18**

WV-001141