THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON, | |
| Plaintiff, | Case No.: 2:21-cv-00920-JLR |
| v. | **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY** |
| WORLD VISION, INC., | |
| Defendant. | |
| | NOTE ON MOTION CALENDAR: May 5, 2023 |

Upon consideration of the Defendant World Vision, INC.'s Motion for Summary Judgment, Plaintiff's Opposition thereto, Defendant's Reply, and the entire record of this case, it is hereby ORDERED that Defendant's Motion for Summary Judgment is DENIED.

Entered this 1st day of May 2023.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER - 1
Case No. 2:21-cv-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1  Presented By:

2

3  NISAR LAW GROUP, P.C.

4  By:  /s/ Casimir Wolnowski
5  Casimir Wolnowski
   One Grand Central Place
6  60 East 42nd Street, Suite 4600
   New York, New York 10165
7  Phone: (646) 889-1007
   Fax:  (516) 604-0157
8  Email : cwolnowski@nisarlaw.com
9  *Admitted Pro Hac Vice*

10

11  FRANK FREED SUBIT & THOMAS LLP

12  By:  /s/ Michael C. Subit
    Michael C. Subit, WSBA No. 29189
13  705 Second Avenue, Suite 1200
14  Seattle, Washington 98104
    Phone: (206) 682-6711
15  Fax:  (206) 682-0401
    Email:  msubit@frankfreed.com
16  *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER - 2
Case No. 2:21-cv-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711