# EXHIBIT 1

☰ Menu

# Job Posting Details

▦ Dashboards

📋 Jobs

🔍 Advanced Search

➕ Create Job Posting

🗂 Manage Requisitions

📊 Track All Jobs

📄 View Job Offers

👥 Candidates

📈 Reports

⚙ Administration

❓ Help

| | |
|---|---|
| Resumes | Reviews Requested (Completed) | Interviews Requested (Completed) | Recruiter |
| 130 | 0 (0) | 0 (0) | Melissa DiFrancesco |

| | |
|---|---|
| Posted Job Title: | Call Center Customer Service Representative |
| Internal Job Title: | Donor Svcs Rep Trainee 4402 |
| Tracking Code: | 6552 |
| Hiring Workflow: | Default Workflow |
| Job Category: | Call Center |
| Job Template: | Donor Svcs Rep Trainee 4402 (4402) |
| EEOC Job Category: | Administrative Support Workers |
| Posting Status: | Normal - Int./Ext. Applicants |
| Number of Positions: | 5 |
| Number of Positions Filled: | 0 |
| Job ID: | 288309 |
| Job Description: | **The Intersection of Calling and Career**<br><br>World Vision is hiring **Customer Service Representatives** to join the Donor Contact Services team.<br><br>**01 At a Glance**<br>**Role:** Customer Service Representatives, Donor Contact Services<br>**Location:** Remote options possible from 35+ U.S. States. Candidates must have access to a reliable, high speed internet connection, with an average minimum download speed of 25 mbps, and an |

WV-000183

| | |
|---|---|
| ☰ Menu | ← |
| ▦ Dashboards | ‹ |
| 💼 Jobs | ⌄ |
| Advanced Search | |
| Create Job Posting | |
| Manage Requisitions | |
| **Track All Jobs** | |
| View Job Offers | |
| 👥 Candidates | ‹ |
| ◐ Reports | ‹ |
| ⚙ Administration | ‹ |
| ❓ Help | |

average upload speed of 1 mbps. To check your internet download/upload speed, visit Fast.com or search "Internet speed test" in a search engine.

**Required Experience:** High school graduate/GED or equivalent required, as well as basic routine work experience. Minimum of 1 year previous customer service/sales work experience or call center experience preferred.

**Call Center Hours:**
- Required 11-week (projected) Training Program:
  - Tuesday, April 19 – Friday, July 1, 2022, from 7:30 AM PST – 4:30 PM PST
- Standard Operating Hours:
  - 6:00 AM - 6:00 PM PST (9:00 AM – 9:00 PM EST).
  - After Training, Customer Service Representatives will be assigned an 8-hour shift within standard operating hours.

## 02  About World Vision

When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For over 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child, we can regardless of faith. Are you feeling called to explore joining us? We hope so.

## 03  Let your work be your faith in action

Every day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every interaction you have on the phone with a current or prospective donor can help influence the our global community. If not you, then who?

## 04  The Job:

To become a Customer Service Representative (also known as a Donor Services Representative) within the Donor Contact Services Call Center, you will first participate in an 11-week Training Program to gain a working knowledge and understanding of the position and to perform the essential functions of the job at a level of performance that consistently meets expectations. Within the hands-on and intensive training program, you will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls in a high-volume call center environment.

As a crucial member of the Donor Contact Services team, you will serve as the key liaison and "voice of World Vision" to our donors and the general public, and provide excellent customer service for all World Vision special programs. Through this role, you will help carry out our Christian organization's mission, vision, and strategies. You will also personify the

CONFIDENTIAL

| | |
|---|---|
| ☰ Menu | ⊖ |
| ▦ Dashboards ‹ | |
| 💼 **Jobs** ⌄ | |
|    Advanced Search | |
|    Create Job Posting | |
|    Manage Requisitions | |
|    **Track All Jobs** | |
|    View Job Offers | |
| 👥 Candidates ‹ | |
| ◐ Reports ‹ | |
| ⚙ Administration ‹ | |
| ❓ Help | |

to World Vision by witnessing to and ministering to others through life, deed, word and sign.

Your responsibilities will include:

- Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
- Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.
    1. Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
    2. Achieve and maintain an acceptable level of individual metrics to accomplish Call Center business goals.
    3. Develop skills to utilize technology for maintaining and updating donor information as appropriate.
    4. Accept constructive feedback and welcomes instruction and direction.
- Be sensitive to Donor's needs and pray with them when appropriate.
- Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
- Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
- Work collaboratively with team members.
- Perform other duties as assigned.
- Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
- Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.

## 05 Your Experience and Skills:

- High school graduate/GED or equivalent required, as well as basic routine work experience. Minimum of 1 year previous customer service/sales work experience or call center experience preferred.
- Access to a reliable, high speed internet connection, with an average minimum download speed of 25 mbps, and an average upload speed of 6 mpbs.

    *To check your internet download/upload speed, visit Fast.com or search "Internet speed test" in a search engine.*

- Ability to multi-task in a fast paced environment
- Strong technical skills with Microsoft 365 products (Outlook, Word, Teams) and ability to learn other software platforms
- Ability to type at a minimum of 20 wpm or faster
- A positive, can-do attitude, and a passion for sharing God's love to others
- **Availability to start training on Tuesday, April 19th and commitment to working 40 hours a week during the required ~11-week training program**

## 06 Salary Range and Benefits:
Customer Service Representatives will earn between $15.50/hour up to $17.00/hour, depending on work

WV-000185

CONFIDENTIAL

| | |
|---|---|
| Menu | |
| Dashboards | |
| Jobs | |
| Advanced Search | |
| Create Job Posting | |
| Manage Requisitions | |
| Track All Jobs | |
| View Job Offers | |
| Candidates | |
| Reports | |
| Administration | |
| Help | |

benefits package that includes medical, vision and dental coverage. <u>Click here</u> to learn more.

**07 To Apply** Click the orange Apply box below. If you have questions about the role, contact Melissa DiFrancesco in Talent Acquisition at <u>mdifrancesco@worldvision.org</u>.

**08 What happens next?** Short-listed candidates are contacted for an initial phone conversation with our recruiting staff. Selected candidates will be asked to participate in a data entry skills test. Moving deeper into our selection process you can expect to participate in a final interview with members of the Donor Contact Services team.

| | |
|---|---|
| Required Skills: | |
| Job Location Code: | () |
| Job Location: | Remote. U.S. Role can be based in 35+ states., United States |
| Additional Locations | |
| Job Type: | Full-Time/Regular |
| Posted Date: | 3/7/22 |
| Original Posting Date: | 3/7/22 |
| Required Experience: | |
| Years Of Experience: | Not Applicable |
| Level of Education: | Not Applicable |
| Starting Date: | |
| Job Duration: | Regular/At-Will |
| Per Diem Included: | No |
| Salary Type: | Annually |
| Salary Currency: | USD |
| Minimum Salary: | |
| Maximum Salary: | |

WV-000186

CONFIDENTIAL

| | |
|---|---|
| ☰ Menu | |
| Dashboards | |
| 💼 **Jobs** | |
| Advanced Search | |
| Create Job Posting | |
| Manage Requisitions | |
| **Track All Jobs** | |
| View Job Offers | |
| 👥 Candidates | |
| Reports | |
| ⚙ Administration | |
| ❓ Help | |

| | |
|---|---|
| Travel: | No Travel Required |
| Assigned Recruiter: | Melissa DiFrancesco |
| Recruiting Manager: | HR Recruiting Team |
| Hiring Manager: | Tara Rockey |
| Business Unit: | General Employee |
| Department/Division | DCS Donor Services (275) |
| Business Function: | Select Business Function |
| Industry: | Select Industry |
| Budget Currency: | USD |
| Budgeted Salary: | |
| Budgeted Quarter: | 2nd Quarter 2022 |
| Internal Notes: | |
| Add Note: click to add 📄 | |
| Internal Skills: | |
| Finance Location Code (required) | 001 |
| Function Number (required) | 0000 |
| Division (required) | Channel Development and Marketing |
| New Position / Replacement (required) | Replacement |
| Employee Vacating Position | |

WV-000187

CONFIDENTIAL

| | |
|---|---|
| Menu | |
| Dashboards | |
| Jobs | |
| Advanced Search | |
| Create Job Posting | |
| Manage Requisitions | |
| Track All Jobs | |
| View Job Offers | |
| Candidates | |
| Reports | |
| Administration | |
| Help | |

| | |
|---|---|
| Grant Funded? (required) | No |
| Relocation Budget Available? (required) | No |
| Supervisor (required) | Shannon Osborne |
| Grade - Do not change this field; leave as is | 213 |
| FLSA Status (required) - Do not change this field; leave as is | Non-exempt |
| Working Environment / Conditions | Required to sit in front of a computer, wear a headset, and type and talk on the phone for the vast majority of the work day. Involves repetitive motion to type continuously, use the mouse, and/or scan documents. |
| Original Job Number | 4402.0 |
| Employee ID (to be completed by Recruiter) | |
| Vacating Employee's Job Title | Donor Svcs Rep Trainee |
| Vacating Employee's Pay Grade | 213 |
| Change in Job Title or Pay Grade? | No |
| Select which career site to post to (required) | General Employee |

WV-000188