# EXHIBIT 2

# The Intersection of Calling and Career

World Vision is hiring **Customer Service Representatives**

## 01 At a Glance

**Start date:** Training for this position will begin February 1st (training is estimated to be between 9 and 11 weeks long)

**Hours:** Call center hours are 6am - 6pm PST (or 9am – 9pm EST) Monday-Friday. We are closed on weekends! You will work a fulltime shift within this timeframe.

**Salary/Compensation**: $13 - $15 per hour depending on location/cost of living, as well as a comprehensive benefits package.

**Location:** US remote (work remotely from your own home!)

**Required Experience:** High school graduate/GED or equivalent. Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. Must have access to a reliable, high speed internet connection.

## 01 The Job

As a Customer Service Representative, you will participate in a training program to gain a working knowledge and understanding of the position and to perform the essential functions of the job at a level of performance that consistently meets expectations. You will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. You will also…

1. Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
2. Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
3. Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.
4. Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
5. Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
6. Develop skills to utilize technology for maintaining and updating donor information as appropriate.
7. Accepts constructive feedback and welcomes instruction and direction.
8. Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
9. Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
10. Work collaboratively with team members.
11. Be sensitive to Donor's needs and pray with them when appropriate.
12. Perform other duties as assigned.
13. Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.

**03 About World Vision USA** When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For nearly the last 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child we can regardless of faith. Are you feeling called to explore joining us? We hope so.

WV-000049

**04 Let your work be your faith in action** Every day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every stroke of the keyboard, shift in strategy, and innovation in our marketing of fundraising initiatives can help influence whether someone chooses to help today or not. If not you, then who?

**05 Salary Range & Benefits** Your salary is important to you so it's important to us. As mentioned above, the hourly rate for this role will range from $13 to $15, depending on location. We have a robust and comprehensive benefits package as well, with health, vision and dental coverage offered during training. [Click here](#) to learn more.

**06 To Apply** See the Apply box in the lower left corner.

**07 You bring**

- High school graduate/GED or equivalent. Basic routine work experience
- Prefer a minimum of 1 year previous customer service/sales work experience
- Must have access to a reliable, high speed internet connection
- The ability to multi-task in a fast pace environment
- Must be able to train and work 40 hours a week
- Have strong technical skills with all Microsoft Office Suite
- The ability to type 20 wpm or more
- Enjoys making a difference in the world!
- **Must be available to start training on February 1st**

**\*\*Candidates selected for this position will have a probationary period during the estimated 9-11 week training program.**