# EXHIBIT 3

# WVUS DEVOTION GUIDELINES

## STATEMENT ON THE PURPOSE OF CORPORATE WORSHIP, DEVOTIONS AND PRAYER

World Vision is a diverse partnership of followers of Jesus Christ committed to serving God through the ministry of World Vision (WV). The main purpose of our corporate worship, devotions and prayer is to draw us closer to God and to be encouraged to serve God in the fulfillment of our unique organizational calling.

Through our corporate worship, Bible study and prayer, we pray that God humbles, encourages, refreshes, unites and empowers us to be faithful in the mission to which we are called. We pray that God will be glorified, that those in poverty and oppression will experience justice and release, and that God's kingdom will indeed come on earth as it is in heaven. (*Common Mission, Common Lord*, Tim Dearborn)

## DEVOTIONS

We draw closer to God and are encouraged as we serve God through regular department/divisional devotions. Devotions are a time for staff to gather to:
- Entrust our work and ourselves to God.
- Pray for the work of World Vision: to prepare our hearts and our team for the work of the day; to remember those we serve – the children, the vulnerable, the suffering; and to remember our donors and ministry partners.
- Pray for our staff: our co-workers working alongside of us; our staff throughout the world – especially those working in difficult places; and personal concerns/work challenges of staff.
- Build closer relationships with one another.

## LENGTH OF DEVOTIONS

The intent of devotion is for departments to meet fours times a week (excluding the day of Chapel) for 10 minutes. This provides time for reading of Scripture and prayer for the daily work. However, leadership is allowing each department to determine the day(s) and time for devotions that is best for their departments, with a maximum time of 45 minutes per week.

## LEADERSHIP OF DEVOTIONS

In addition to being a part of every WVUS job description, rotating leadership among staff provides an excellent opportunity to experience the many and diverse spiritual expressions and faith traditions represented at World Vision.
- We encourage leaders to present devotions in the spirit of Paul's exhortation to "*be completely humble and gentle; be patient, bearing with one another in love. Make every effort to keep the unity of the Spirit through the bond of peace.*" (Ephesians 4:2-3, NIV)
    - We especially encourage restraint from any comments that may be perceived as judgmental, divisive or alienating towards any specific faith tradition(s). For additional information see *Kingdom Connectors/Kingdom Dividers* in Appendix A.
- For staff members who are not comfortable leading devotions, we suggest asking another staff member to co-lead with them.
    - In addition, training is available titled "How to Lead Devotions" which may be offered to teams, or individuals may view a webinar version of the training. For information on this training, contact the Spiritual Formation Coordinator.

## DEVOTION CONTENT

Appropriate devotional materials will:
- Be Christ-centered.
- Be consistent with the teaching of Scripture.
- Be based on biblical principles.
- Address issues faced in the context of our work.
- Apply to the spiritual nurture of our staff

For a list of suggested materials, please see Appendix B.