1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

          Plaintiff,

   vs.

WORLD VISION, INC.

          Defendant.

CASE NO. 2:21-CV-00920-JLR

[PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

THIS MATTER having come for hearing on cross motions for summary judgment, and the Court having considered the briefing of the parties and supporting evidence, including:

    1.    Defendant's motion for summary judgment and evidence submitted therewith (including declarations of Shannon Osborne, Melanie Freiberg, and Scott Ward, all with exhibits attached thereto);

    2.    Plaintiff's motion for summary judgment and evidence submitted therewith;

    3.    The opposition briefs of both parties;

    4.    The reply briefs of both parties; and

    5.    The pleadings and any other matters of record in this case;

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

The Court finds that there are no disputes of material fact and Defendant World Vision, Inc. is entitled to judgment as a matter of law.

Therefore, it is ORDERED that:

1.      Defendant's Motion for Summary Judgment is GRANTED;

2.      Plaintiff's Motion for Summary Judgment is DENIED; and

3.      Plaintiff's Complaint and all claims therein are dismissed with prejudice.

DATED: _____

_____
James L. Robart
United States District Judge

ORDER ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052