THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AUBRY MCMAHON,<br><br>  Plaintiff,<br><br>  v.<br><br>WORLD VISION, INC.,<br><br>  Defendant. | Case No.: 2:21-cv-00920-JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE**<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 16, 2023 |

**ORDER**

The Court has reviewed Plaintiff's Motions *in Limine*, response and any reply thereto, and hereby orders:

Motion *In Limine* #1     [  ] Grant     [  ] Deny

Motion *In Limine* #2     [  ] Grant     [  ] Deny

Motion *In Limine* #3     [  ] Grant     [  ] Deny

Motion *In Limine* #4     [  ] Grant     [  ] Deny

Entered this ____ day of _____, 2023.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER - 1
Case No. 2:21-cv-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

Presented By:

NISAR LAW GROUP, P.C.

By:  /s/ Casimir Wolnowski
Casimir Wolnowski
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (646) 889-1007
Fax:  (516) 604-0157
Email : cwolnowski@nisarlaw.com
*Admitted Pro Hac Vice*


FRANK FREED SUBIT & THOMAS LLP

By:  /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax:  (206) 682-0401
Email:  msubit@frankfreed.com
*Attorneys for Plaintiff*

[PROPOSED] ORDER - 2
Case No. 2:21-cv-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711