THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>  Plaintiff,<br><br>vs.<br><br>WORLD VISION, INC.<br><br>  Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>[PROPOSED] ORDER ON PLAINTIFF'S MOTIONS IN LIMINE |

THIS MATTER having come before the Court on Plaintiff's Motions *In Limine* and Defendant's Opposition thereto, and the Court having considered the briefing of the parties and supporting evidence, it is hereby ORDERED that:

Plaintiff's Motions in Limine are denied in full.

DATED: _____

_____
James L. Robart
United States District Judge

ORDER ON PLAINTIFF'S
MOTIONS *IN LIMINE*
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052