# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON, <br><br> Plaintiff, <br><br> v. <br><br> WORLD VISION, INC., <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C21-0920JLR |

\_\_\_   **Jury Verdict**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion for summary judgment (Dkt. # 26) is GRANTED.  (*See* Order (Dkt. # 38).)

Filed this 13th day of June, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk