THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AUBRY MCMAHON,

        Plaintiff,

    v.

WORLD VISION, INC.,

        Defendant.

Case No.: 2:21-cv-00920-JLR

**[PROPOSED] ORDER**

NOTE ON MOTION CALENDAR:
June 27, 2023

    Upon consideration of Plaintiff Aubry McMahon's Motion for Reconsideration and Defendant's response, this Court GRANTS Plaintiff's Motion for Reconsideration, vacates the judgment entered in favor of Defendant, and GRANTS Plaintiff's Motion for Summary Judgment.

        Entered this ___ day of ___2023.

        _____
        The Honorable James L. Robart
        UNITED STATES DISTRICT COURT JUDGE

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1 Presented By:

2

3 NISAR LAW GROUP, P.C.

4 By: /s/ Casimir Wolnowski
5 Casimir Wolnowski
One Grand Central Place
6 60 East 42nd Street, Suite 4600
New York, New York 10165
7 Phone: (646) 889-1007
Fax: (516) 604-0157
8 Email : cwolnowski@nisarlaw.com
9 *Admitted Pro Hac Vice*

10

11 FRANK FREED SUBIT & THOMAS LLP

12 By: /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
13 705 Second Avenue, Suite 1200
14 Seattle, Washington 98104
Phone: (206) 682-6711
15 Fax: (206) 682-0401
Email: msubit@frankfreed.com
16 *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER - 2
Case No. 2:21-cv-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711