UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>   Plaintiff,<br><br>   v.<br><br>WORLD VISION, INC.,<br><br>   Defendant. | CASE NO. C21-0920JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Aubry McMahon's motion for reconsideration of the court's June 12, 2023 order granting Defendant World Vision, Inc.'s ("World Vision") motion for summary judgment. (MFR (Dkt. # 40); 6/12/23 Order (Dkt. # 38).) Pursuant to Local Civil Rule 7(h)(3), the court DIRECTS World Vision to respond to Ms. McMahon's motion for reconsideration by no later than Friday, July 7, 2023. *See* Local Rules W.D. Wash. LCR 7(h)(3). World Vision's response shall be no longer than 2,100

MINUTE ORDER - 1

words. Ms. McMahon may file an optional reply of no more than 1,100 words by no later than Friday July 14, 2023. The Clerk is DIRECTED to re-note Ms. McMahon's motion for reconsideration for July 14, 2023.

Filed and entered this 27th day of June, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2