THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WORLD VISION, INC.<br><br>　　　　　Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>[PROPOSED] ORDER DENYING MOTION FOR RECONSIDERATION |

The Court, having considered Plaintiff's Motion for Reconsideration, Defendant's Response, and Plaintiff's Reply, and finding Plaintiff's exceptional burden to justify reconsideration unmet, hereby DENIES the Motion for Reconsideration.

DATED: This _____ day of July 2023.

_____
James L. Robart
United States District Judge

[PROPOSED] ORDER DENYING RECONSIDERATION
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Copies to all counsel of record via the ECF system.

| *Attorneys for Defendant:* | *Attorneys for Plaintiff:* |
|---|---|
| ELLIS, LI & McKINSTRY PLLC<br>Nathaniel L. Taylor, WSBA No. 27174<br>Abigail J. St. Hilaire, WSBA No. 48194<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101-1820<br>Telephone: (206) 682-0565<br>Fax: (206) 625-1052<br>Email: ntaylor@elmlaw.com<br>Email: asthilaire@elmlaw.com | NISAR LAW GROUP, P.C.<br>Casimir Wolnowski, admitted pro hac vice<br>One Grand Central Place<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Direct: (646) 889-1007<br>Fax: (516) 604-0157<br>Email: cwolnowski@nisarlaw.com |
| GAMMON & GRANGE, P.C.<br>Scott J. Ward, VSB No. 37758<br>   (admitted pro hac vice)<br>J. Matthew Szymanski, VSB No. 33150<br>   (admitted pro hac vice)<br>8280 Greensboro Drive, # 140<br>McLean, Virginia 22102<br>Telephone: (703) 761-5012<br>Fax: (703) 761-5030<br>Email: SJW@gg-law.com<br>Email: JMS@gg-law.com | FRANK FREED SUBIT & THOMAS LLP<br>Michael C. Subit, WSBA No. 29189<br>705 Second Avenue, Suite 1200<br>Seattle, Washington 98104<br>Phone: (206) 682-6711<br>Fax: (206) 682-0401<br>Email: msubit@frankfreed.com |

[PROPOSED] ORDER DENYING RECONSIDERATION
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

1 Presented by:

2

3 ELLIS, LI & McKINSTRY PLLC

4 By: *s/ Nathaniel L. Taylor*

5 Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
6 1700 Seventh Avenue, Suite 1810
7 Seattle, WA 98101-1820
Telephone: (206) 682-0565
8 Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
9 Email: asthilaire@elmlaw.com

10
GAMMON & GRANGE, P.C.
11 Scott J. Ward, VSB No. 37758
        (admitted pro hac vice)
12 J. Matthew Szymanski, VSB No. 33150
13         (admitted pro hac vice)
1945 Old Gallows Road, Suite 650
14 Tysons, Virginia 22182
15 Telephone: (703) 761-5012
Email: SJW@gg-law.com
16 Email: JMS@gg-law.com

17 *Attorneys for Defendant
18 World Vision, Inc.*

[PROPOSED] ORDER DENYING RECONSIDERATION
CASE NO. 2:21-CV-00920-JLR

Page 3

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052