THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD VISION, INC.<br><br>Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>JOINT STATEMENT OF THE PARTIES ON NEXT ROUND OF SUMMARY JUDGMENT BRIEFING |

In accordance with the Court's 7/24/2023 Order (Dkt. 44), the parties hereby respectfully advise the Court as follows. The parties by counsel met-and-conferred by teleconference on 7/27/2023 to discuss the 7/24/2023 Order and its effect on the renewed cross-motions for summary judgment (MSJ Round 2). World Vision explained its intention to file a motion for partial reconsideration or clarification of the 7/24/2023 Order by end of next week (8/4/2023). Since the parties disagree as to what legal issues remain to be decided, the parties agree that it would be premature to set a briefing schedule until the Court resolves World Vision's motion for partial reconsideration/clarification.

JOINT STATEMENT ON MSJ BRIEFING
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Respectfully submitted,

| | |
|---|---|
| *Attorneys for Defendant:* | *Attorneys for Plaintiff:* |

GAMMON & GRANGE, P.C.

By:   /s/ Scott J. Ward

Scott J. Ward (pro hac)
J. Matthew Szymanski (pro hac)
1945 Old Gallows Road, #650
Tysons, Virginia 22102
Telephone: (703) 761-5012
Email: SJW@gg-law.com
Email: JMS@gg-law.com

ELLIS, LI & McKINSTRY PLLC

By:   /s/ Nathaniel L. Taylor

Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

NISAR LAW GROUP, P.C.

By:   /s/ Casimir Wolnowski

Casimir Wolnowski (pro hac)
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
Direct: (646) 889-1007
Fax: (516) 604-0157
Email: cwolnowski@nisarlaw.com

FRANK FREED SUBIT & THOMAS LLP

By:   /s/ Michael C. Subit

Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

JOINT STATEMENT ON MSJ BRIEFING
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052