THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>        Plaintiff,<br><br>vs.<br><br>WORLD VISION, INC.<br><br>        Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT WORLD VISION'S MOTION FOR PARTIAL RECONSIDERATION AND/OR CLARIFICATION |

The Court, having considered Defendant World Vision's Motion for Partial Reconsideration and/or Clarification, Plaintiff's Response, and Defendant's Reply, hereby GRANTS the Motion for Partial Reconsideration and/or Clarification and further ORDERS: _____

DATED: This _____ day of August 2023.

                                                                                                                                                     _____<br>                                                                                                                                                     James L. Robart<br>                                                                                                                                                     United States District Judge

[PROPOSED] ORDER GRANTING PARTIAL RECONSIDERATION
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Copies to all counsel of record via the ECF system.

| *Attorneys for Defendant:* | *Attorneys for Plaintiff:* |
|---|---|
| ELLIS, LI & McKINSTRY PLLC<br>Nathaniel L. Taylor, WSBA No. 27174<br>Abigail J. St. Hilaire, WSBA No. 48194<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101-1820<br>Telephone: (206) 682-0565<br>Fax: (206) 625-1052<br>Email: ntaylor@elmlaw.com<br>Email: asthilaire@elmlaw.com | NISAR LAW GROUP, P.C.<br>Casimir Wolnowski, admitted pro hac vice<br>One Grand Central Place<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Direct: (646) 889-1007<br>Fax: (516) 604-0157<br>Email: cwolnowski@nisarlaw.com |
| GAMMON & GRANGE, P.C.<br>Scott J. Ward, VSB No. 37758<br>    (admitted pro hac vice)<br>J. Matthew Szymanski, VSB No. 33150<br>    (admitted pro hac vice)<br>8280 Greensboro Drive, # 140<br>McLean, Virginia 22102<br>Telephone: (703) 761-5012<br>Fax: (703) 761-5030<br>Email: SJW@gg-law.com<br>Email: JMS@gg-law.com | FRANK FREED SUBIT & THOMAS LLP<br>Michael C. Subit, WSBA No. 29189<br>705 Second Avenue, Suite 1200<br>Seattle, Washington 98104<br>Phone: (206) 682-6711<br>Fax: (206) 682-0401<br>Email: msubit@frankfreed.com |

[PROPOSED] ORDER GRANTING PARTIAL RECONSIDERATION
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

1 | Presented by:

3 | ELLIS, LI & McKINSTRY PLLC

4 | By:   *s/ Nathaniel L. Taylor*

5 | Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
6 | 1700 Seventh Avenue, Suite 1810
7 | Seattle, WA 98101-1820
Telephone: (206) 682-0565
8 | Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
9 | Email: asthilaire@elmlaw.com

11 | GAMMON & GRANGE, P.C.
Scott J. Ward, VSB No. 37758
    (admitted pro hac vice)
12 | J. Matthew Szymanski, VSB No. 33150
13 |     (admitted pro hac vice)
1945 Old Gallows Road, Suite 650
14 | Tysons, Virginia 22182
15 | Telephone: (703) 761-5012
Email: SJW@gg-law.com
16 | Email: JMS@gg-law.com

17 | *Attorneys for Defendant*
18 | *World Vision, Inc.*

[PROPOSED] ORDER GRANTING PARTIAL RECONSIDERATION
CASE NO. 2:21-CV-00920-JLR

Page 3

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052