UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON, | CASE NO. C21-0920JLR |
| Plaintiff, | ORDER |
| v. | |
| WORLD VISION, INC., | |
| Defendant. | |

Before the court is Defendant World Vision, Inc.'s ("World Vision") motion for reconsideration and/or clarification of the court's July 24, 2023 order granting Plaintiff Aubry McMahon's motion for reconsideration. (Mot. (Dkt. # 46); *see also* 7/24/23 Order (Dkt. # 44).) In its July 24, 2023 order, the court vacated the portion of its June 12, 2023 order in which it concluded that the Church Autonomy Doctrine barred Ms. McMahon's claims, granted World Vision's motion for summary judgment, and denied Ms. McMahon's motion for partial summary judgment. (*See* 7/24/23 Order at 11; 6/12/23 Order (Dkt. # 38).) World Vision asks the court to reconsider its decision to vacate that

ORDER - 1

portion of its June 12, 2023 order, or alternatively, to clarify the issues that the parties may raise in their renewed cross-motions for summary judgment.  (*See generally* Mot. at 1, 8.)

"Motions for reconsideration are disfavored."  Local Rules W.D. Wash. LCR 7(h)(1).  Local Rule 7(h)(1) states that the court "will ordinarily deny such motions" unless the moving party shows (1) manifest error in the prior ruling, or (2) new facts or legal authority which could not have been brought to the attention of the court earlier through reasonable diligence.  *Id.*  Because World Vision has not made either showing, the court DENIES the portion of World Vision's motion in which it requests reconsideration of the court's July 24, 2023 order (Mot. at 1-7).

As to World Vision's request for clarification, the court DEFERS ruling on that portion of World Vision's motion (Mot. at 7-8) and DIRECTS Ms. McMahon to respond to that portion of the motion (*id.*) by no later than Friday, **August 11, 2023**.  Ms. McMahon's response shall be limited to 1,400 words.

Dated this 8th day of August, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2