**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>Plaintiff,<br><br>v.<br><br>WORLD VISION, INC.,<br><br>Defendant. | Case No.: 2:21-cv-00920-JLR<br><br>**JOINT STATEMENT OF THE PARTIES ON NEXT ROUND OF SUMMARY JUDGMENT BRIEFING AND STIPULATED BRIEFING SCHEDULE**<br><br>**Note On Motion Calendar: August 21, 2023** |

Pursuant to the Court's order of August 14, 2023, the parties conferred on August 17, 2023, about a proposed briefing schedule. Counsel for both parties have pre-existing work and non-work commitments between now and mid-September. For example, Plaintiff's counsel, Michael Subit, will be unavailable for nearly one-third of working days through September 15 due to mediations and collective bargaining that cannot be rescheduled. Taking those constraints into account, the parties propose the following due dates:

Opening Briefs: Friday September 22

Response Briefs: Friday October 13

Reply Briefs: Friday October 20

STATEMENT/STIPULATION ON
MSJ BRIEFING
Page 1
2:21-CV-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

RESPECTFULLY SUBMITTED this 21st day of August 2023.

| *Attorneys for Plaintiff:* | *Attorneys for Defendant:* |
|---|---|
| **FRANK FREED SUBIT & THOMAS LLP** | **GAMMON & GRANGE, P.C.** |
| By: */s/ Michael C. Subit*<br>Michael C. Subit, WSBA No. 29189<br>705 Second Avenue, Suite 1200<br>Seattle, Washington 98104<br>Phone: (206) 682-6711<br>Fax:  (206) 682-0401<br>Email: msubit@frankfreed.com | By: */s/ Scott J. Ward*<br>Scott J. Ward (pro hac)<br>J. Matthew Szymanski (pro hac)<br>1945 Old Gallows Road, #650<br>Tysons, Virginia 22102<br>Telephone: (703) 761-5012<br>Email: SJW@gg-law.com<br>Email: JMS@gg-law.com |
| **NISAR LAW GROUP, P.C.** | **ELLIS, LI & McKINSTRY PLLC** |
| By: */s/ Casimir Wolnowski*<br>Casimir Wolnowski<br>One Grand Central Place<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>Phone: (646) 889-1007<br>Fax:  (516) 604-0157<br>Email : cwolnowski@nisarlaw.com<br>Admitted *Pro Hac Vice* | By: */s/ Nathaniel L. Taylor*<br>Nathaniel L. Taylor, WSBA No. 27174<br>Abigail J. St. Hilaire, WSBA No. 48194<br>Seventh Avenue, Suite 1810<br>Seattle, WA 98101-1820<br>Telephone: (206) 682-0565<br>Fax: (206) 625-1052<br>Email: ntaylor@elmlaw.com<br>Email: asthilaire@elmlaw.com |

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of August 2023.

_____
The Honorable James L. Robart
United States District Court Judge

STATEMENT/STIPULATION ON
MSJ BRIEFING
Page 2
2:21-CV-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711