1

**THE HONORABLE JAMES L. ROBART**

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

7

AUBRY MCMAHON,

8             Plaintiff,

9     v.

10   WORLD VISION, INC.,

11            Defendant.

12

13

Case No.:  2:21-cv-00920-JLR

**JOINT STATEMENT OF THE PARTIES ON NEXT ROUND OF SUMMARY JUDGMENT BRIEFING AND STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE**             **JLR**

**Note On Motion Calendar: August 21, 2023**

14        Pursuant to the Court's order of August 14, 2023, the parties conferred on August 17, 2023,

15   about a proposed briefing schedule. Counsel for both parties have pre-existing work and non-work

16   commitments between now and mid-September. For example, Plaintiff's counsel, Michael Subit,

17   will be unavailable for nearly one-third of working days through September 15 due to mediations

18   and collective bargaining that cannot be rescheduled. Taking those constraints into account, the

19   parties propose the following due dates:

20        Opening Briefs: Friday September 22

21        Response Briefs: Friday October 13

22        Reply Briefs: Friday October 20

23

24

STIPULATION AND ORDER ON
MSJ BRIEFING
Page 1
2:21-CV-00920-JLR

RESPECTFULLY SUBMITTED this 21st day of August 2023.

*Attorneys for Plaintiff:*

**FRANK FREED SUBIT & THOMAS LLP**

By: /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax:  (206) 682-0401
Email: msubit@frankfreed.com

**NISAR LAW GROUP, P.C.**

By: /s/ Casimir Wolnowski
Casimir Wolnowski
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (646) 889-1007
Fax:  (516) 604-0157
Email : cwolnowski@nisarlaw.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant:*

**GAMMON & GRANGE, P.C.**

By: /s/ Scott J. Ward
Scott J. Ward (pro hac)
J. Matthew Szymanski (pro hac)
1945 Old Gallows Road, #650
Tysons, Virginia 22102
Telephone: (703) 761-5012
Email: SJW@gg-law.com
Email: JMS@gg-law.com

**ELLIS, LI & McKINSTRY PLLC**

By: /s/ Nathaniel L. Taylor
Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

## **ORDER**

IT IS SO ORDERED. Additionally, the word limits set forth in the court's April 5, 2023
order (Dkt. # 21) shall remain in effect with respect to the parties' renewed cross-motions
for summary judgment.

DATED this  21st   day of August 2023.

The Honorable James L. Robart
United States District Court Judge