THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

    Plaintiff,

v.

WORLD VISION, INC.,

    Defendant.

Case No.: 2:21-cv-00920-JLR

[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES

NOTE ON MOTION CALENDAR: OCTOBER 20, 2023

Upon consideration of Plaintiff Aubry McMahon's Renewed Motion for Summary Judgment, Defendant's Opposition thereto, Plaintiff's Reply, and the entire record of this case, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED.

Entered this ___ day of _____, 2023.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES - 1

Case No. 2:21-cv-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

Presented By:

FRANK FREED SUBIT & THOMAS LLP

By: /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax:  (206) 682-0401
Email: msubit@frankfreed.com


NISAR LAW GROUP, P.C.

By: /s/ Casimir Wolnowski
Casimir Wolnowski
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (646) 889-1007
Fax:  (516) 604-0157
Email : cwolnowski@nisarlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES - 2
Case No. 2:21-cv-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711