THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>    Plaintiff,<br><br>    vs.<br><br>WORLD VISION, INC.<br><br>    Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>[PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |

THIS MATTER having come for hearing on renewed cross motions for summary judgment, and the Court having considered the briefing of the parties and supporting evidence, and the entire record of this case, the Court finds that there are no disputes of material fact and Defendant World Vision, Inc. is entitled to judgment as a matter of law.

Therefore, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment is GRANTED;

2. Plaintiff's Motion for Summary Judgment is DENIED; and

3. Plaintiff's Complaint and all claims therein are dismissed with prejudice.

DATED: _____

_____
The Honorable James L. Robart
United States District Court Judge

[PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT    Page 1
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052