**THE HONORABLE JAMES L. ROBART**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON, <br><br> Plaintiff, <br><br> v. <br><br> WORLD VISION, INC., <br><br> Defendant. | Case No.: 2:21-cv-00920-JLR <br><br> PRAECIPE |

## PRAECIPE

Plaintiff Aubry McMahon now files this praecipe to correct page 19 of Plaintiff's Renewed Motion for Summary Judgment on Affirmative Defenses. Dkt. 52. At the beginning of line 15, the case quotation erroneously had the phrase "religious discrimination. The correct quotation is "workplace discrimination." This correction does not affect the word count.

RESPECTFULLY SUBMITTED, this 26th day of September 2023.

**FRANK FREED SUBIT & THOMAS LLP**

By: /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

**PRAECIPE -** 1
2:21-CV-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**NISAR LAW GROUP, P.C**.

By: /s/ Casimir Wolnowski
Casimir Wolnowski
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (646) 889-1007
Fax:  (516) 604-0157
Email : cwolnowski@nisarlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

**PRAECIPE -** 2

2:21-CV-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711