**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>Plaintiff,<br><br>v.<br><br>WORLD VISION, INC.,<br><br>Defendant. | Case No.:  2:21-cv-00920-JLR<br><br>PRAECIPE |

**PRAECIPE**

In the course of preparing Plaintiff's Opposition to Defendant's Motion for Summary Judgment, undersigned counsel discovered inadvertent errors in Plaintiff's Renewed Motion for Summary Judgment on Affirmative Defenses. Dkt. 52. Plaintiff is attaching pages making the following corrections:

Page 9, lines 21-23: Sentence corrected to read: She agreed that the "tasks" of a customer service representative are to "acquire and maintain donor relationships through the basic inbound and outbound calls.

Page 10, lines 11-12: Sentences corrected to read: Moreover, of the 13 enumerated components of the job description, 11 are entirely secular. Only a handful of duties even touch-upon religion:

Page 12, line 12: Citation corrected to: Dkt. No. 28-31 at 23.

Page 13, line 6: Citation to "Exh. 3" deleted.

**PRAECIPE -** 1
2:21-CV-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1     Page 21, line 9: Quotation corrected by adding "do" between "to" and "the."

2     The corrections result in an 8-word increase to 10, 380, which is still in compliance with the Court's order of April 5, 2023. Dkt. No. 21. A corrected word count certification (p. 30) is also attached.

    RESPECTFULLY SUBMITTED, this 11th day of October 2023.

**FRANK FREED SUBIT & THOMAS LLP**

By: /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax:  (206) 682-0401
Email:  msubit@frankfreed.com

**NISAR LAW GROUP, P.C**.

By: /s/ Casimir Wolnowski
Casimir Wolnowski
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (646) 889-1007
Fax:  (516) 604-0157
Email : cwolnowski@nisarlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

**PRAECIPE -** 2
2:21-CV-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711