RESPECTFULLY SUBMITTED, this 22nd day of September 2023.

**FRANK FREED SUBIT & THOMAS LLP**

By: /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

I certify that this memorandum contains 10,380 words in compliance with the Court's Order of April 5, 2023 (Dkt 21)

**NISAR LAW GROUP, P.C**.

By: /s/ Casimir Wolnowski
Casimir Wolnowski
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (646) 889-1007
Fax: (516) 604-0157
Email : cwolnowski@nisarlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

PLAINTIFF'S RENEWED
MOTION FOR SUMMARY JUDGMENT - 30
2:21-CV-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711