THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>Plaintiff,<br><br>v.<br><br>WORLD VISION, INC.,<br><br>Defendant. | **Case No.: 2:21-cv-00920-JLR**<br><br>**DECLARATION OF CASIMIR WOLNOWSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT WORLD VISION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 20, 2023** |

I, Casimir Wolnowski, hereby declare and state as follows:

1. I am an attorney and the senior managing counsel at Nisar Law Group, P.C., counsel for the plaintiff Aubry McMahon ("Plaintiff"). I am admitted to practice before this Court in this matter *pro hac vice*. I am competent to testify and make the following statements based upon my personal knowledge. If called to testify, I would repeat and affirm each and every statement made herein.

2. Attached hereto is a true and correct copy of World Vision's Vision Statement, Bates stamped WV-000509 produced in discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF CASIMIR WOLNOWSKI -1
Case No.: 2:21-cv-00920-JLR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1    EXECUTED this 11th day of October 2023.

2

3                                                                *s/ Casimir Wolnowski*
                                                                 Casimir Wolnowski
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**DECLARATION OF CASIMIR WOLNOWSKI -2**
**Case No.:  2:21-cv-00920-JLR**

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711