# EXHIBIT

CONFIDENTIAL

# Vision Statement



## Our vision*

Our vision for every child, life in all its fullness;

Our prayer for every heart, the will to make it so.

## Our future

We look forward to a world where every child experiences Jesus' promise of life in all its fullness. Where they are protected, cared for and given the opportunities to become all God meant them to be. Where they grow strong in communities free of need and full of promise. Where families are valued, creation preserved and the most vulnerable live in security and confidence. Where they become responsible citizens of well-led nations. Where peace and justice reign and all have the right to contribute. Where they flourish in a world where the treasure of our hearts and the measure of our wealth is the happiness and well-being of all children. In such a world, we all taste the joy of the Kingdom of Heaven.

## Our approach

- Faithful messengers of God's love
- Trusted partners in lasting change
- Powerful motivators of caring
- Courageous promoters of justice and peace
- Inspiring models of co-operation

*\* Vision Statement inspired by and based on John 10:10: "I have come that you might have life, life in all its fullness."*

Adopted, Council August 2004

Vision Statement

WV-000509