THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD VISION, INC.<br><br>Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>SECOND DECLARATION OF SHANNON OSBORNE |

Shannon Osborne declares:

1. I have personal knowledge of the facts stated in this declaration and am competent to testify to those facts.

2. I am the Director—Contact Center Operations at World Vision, Inc. ("World Vision") and have been so employed since January 4, 2012.

3. This, my second declaration, the Second Declaration of Shannon Osborne, is denoted "**SO2**" herein and in the accompanying *Defendant World Vision's Opposition to Plaintiff's Renewed Motion for Summary Judgment (Round 2)*. This follows the same system used for all Declarations in the briefing on summary judgment. The

SECOND DECLARATION OF SHANNON OSBORNE
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

World Vision unit known as Donor Contact Services continues to be abbreviated as "DCS," and DCS Representatives as "DCSRs."

4. World Vision currently has 1,009 employees, only 76 (or 7.5%) of whom are part of DCS, and about 60 (or 5.9%) of whom handle inbound and outbound calls.

5. In January of 2021, World Vision had 898 employees, only 74 (or 8.2%) of whom were DCS staff, and about 58 (or 6.5%) of whom handled such calls.

6. DCSRs handle nearly all inbound and most outbound calls for World Vision.

7. The 9-11 weeks of formal advance training for DCSRs is more than any other advance training required of other World Vision employees.

8. Consequently, DCSRs represent a small but vital subset of all World Vision employees.

I am over the age of eighteen and am competent to give this Declaration. I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

SIGNED this 13th day of October 2023, at Seattle, Washington.

*Shannon Osborne*
SHANNON OSBORNE

[*Separate Signature Page Attached*]

SECOND DECLARATION OF SHANNON OSBORNE
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

World Vision unit known as Donor Contact Services continues to be abbreviated as "DCS," and DCS Representatives as "DCSRs."

4. World Vision currently has 1,009 employees, only 76 (or 7.5%) of whom are part of DCS, and about 60 (or 5.9%) of whom handle inbound and outbound calls.

5. In January of 2021, World Vision had 898 employees, only 74 (or 8.2%) of whom were DCS staff, and about 58 (or 6.5%) of whom handled such calls.

6. DCSRs handle nearly all inbound and most outbound calls for World Vision.

7. The 9-11 weeks of formal advance training for DCSRs is more than any other advance training required of other World Vision employees.

8. Consequently, DCSRs represent a small but vital subset of all World Vision employees.

I am over the age of eighteen and am competent to give this Declaration. I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

SIGNED this 13th day of October 2023, at Seattle, Washington.

*[signature]*
SHANNON OSBORNE

SECOND DECLARATION OF
SHANNON OSBORNE
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052