UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD VISION, INC.,<br><br>　　　　　　Defendant. | CASE NO. C21-0920JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

A conflict on the court's trial calendar requires the court to order a short continuance of the trial date in this matter. Accordingly, the court resets the trial date to **June 4, 2024**. The court's December 13, 2023 minute order setting forth pretrial deadlines shall remain effective in all respects except for the trial date. (*See* 12/13/23 Min. Order (Dkt. # 65).)

//

MINUTE ORDER - 1

1 | Filed and entered this 8th day of February, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2