THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WORLD VISION, INC.<br><br>　　　　Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>[PROPOSED] ORDER AND FINAL JUDGMENT |

Upon review of the Joint Motion for Entry of Stipulated Judgment and Deferral of Petition for Costs and Fees (Dkt. No. 68), and having considered this matter, the motion is GRANTED, and Court hereby orders as follows:

　1. Plaintiff Aubry McMahon is awarded judgment against Defendant World Vision, Inc. in the total amount of $120,000.00 for all claims made by Plaintiff in this case, not including costs, attorney's fees, or post-judgment interest.

　2. The time for Plaintiff to file her bill of costs, petition for attorney's fees, and calculation of post-judgment interest pursuant to Federal Rule of Civil Procedure 54(d)(1) is deferred until 30 days after the expiration of the deadline to appeal or after final resolution of all appellate proceedings, whichever is later.

3. This is a final judgment for purposes of appeal under 28 U.S.C. § 1291.

4. In stipulating to the entry of this judgment, and as further described in the Joint Motion, Defendant reserves and does not waive its rights to appeal this judgment and/or any of the Court's previous rulings, including without limitation Dkts. #38, #39, #44, #47, #49, and #62.

IT IS SO ORDERED.

Dated: _____

                                                  _____
JUDGE JAMES L. ROBART
United States District Court Judge

PRESENTED BY:

ELLIS, LI & McKINSTRY PLLC

By: /s/ Nathaniel L. Taylor
Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

GAMMON & GRANGE, P.C.
Scott J. Ward, VSB #37758
     (admitted pro hac vice)
J. Matthew Szymanski, VSB # 33150
     (admitted pro hac vice)
1945 Old Gallows Road, # 650
Tysons, Virginia 22182
Telephone: (703) 761-5012
Email: SJW@gg-law.com
Email: JMS@gg-law.com

*Attorneys for Defendant*


FRANK FREED SUBIT & THOMAS LLP

By: /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

NISAR LAW GROUP, P.C.

By: /s/ Casimir Wolnowski
Casimir Wolnowski
60 East 42nd Street, Suite 4600

New York, New York 10165
Phone: (646) 889-1007
Fax: (516) 604-0157
Email: cwolnowski@nisarlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*