| | |
|---|---|
| 1 | THE HONORABLE JAMES L. ROBART |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

    Plaintiff,

vs.

WORLD VISION, INC.

    Defendant.

CASE NO. 2:21-CV-00920-JLR

NOTICE OF APPEAL

Notice is hereby given that Defendant World Vision, Inc., hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Order and Final Judgment (Dkt. # 69); (2) the Court's November 28, 2023 order denying Defendant's motion for summary judgment and granting partial summary judgment to Plaintiff (Dkt. # 62), and prior liability rulings (Dkts. #38, #39, #44, #47, and #49); and (3) all earlier and interlocutory orders and rulings.

///

///

///

///

///

DEFENDANT WORLD VISION, INC'S NOTICE OF APPEAL
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

1 | DATED this May 21, 2024

ELLIS, LI & McKINSTRY PLLC

By:  *s/ Nathaniel L. Taylor*
Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

GAMMON & GRANGE, P.C.
Scott J. Ward, VSB #37758
   (admitted pro hac vice)
J. Matthew Szymanski, VSB # 33150
   (admitted pro hac vice)
1945 Old Gallows Road, # 650
Tysons, Virginia 22182
Telephone: (703) 761-5012
Email: SJW@gg-law.com
Email: JMS@gg-law.com

*Attorneys for Defendant
World Vision, Inc.*

DEFENDANT WORLD VISION, INC'S
NOTICE OF APPEAL
CASE NO. 2:21-CV-00920-JLR

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052