# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| World Vision, Inc. |

Name(s) of counsel (if any):
| |
|---|
| Nathaniel Taylor, WSBA No. 27174, Abigail St. Hilaire, WSBA No. 48194 |

Address: 1700 Seventh Avenue, Suite 1810, Seattle, WA  98101

Telephone number(s): (206) 682-0565

Email(s): ntaylor@elmlaw.com; asthilaire@elmlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| Aubry McMahon |

Name(s) of counsel (if any):
| |
|---|
| Michael Subit, WSBA No. 29189 |

Address: 705 Second Avenue, Suite 1200, Seattle, WA 98104

Telephone number(s): (206) 682-6711

Email(s): msubit@frankfreed.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                           *1*                                      New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
World Vision, Inc.

Name(s) of counsel (if any):
Scott J. Ward, VSB #37758, J. Matthew Szymanski, VSB #33150

Address: 1945 Old Gallows Road #650, Tysons, VA 22182

Telephone number(s): (703) 761-5012

Email(s): sjw@gg-law.com; jms@gg-law.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
Aubry McMahon

Name(s) of counsel (if any):
Casimir Wolnowski

Address: 60 East 42nd Street, Suite 4600, New York, NY  10165

Telephone number(s): (646) 889-1007

Email(s): cwolnowski@nisarlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*