THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBRY MCMAHON,<br><br>       Plaintiff,<br><br>  vs.<br><br>WORLD VISION, INC.<br><br>       Defendant. | CASE NO. 2:21-CV-00920-JLR<br><br>STIPULATED ORDER APPROVING CASH SECURITY AND STAYING ENFORCEMENT OF JUDGMENT |

Pursuant to the stipulated motion of the parties (Dkt. No. 73) and having considered this matter, the motion is GRANTED, and Court hereby orders as follows:

    1.    Defendant World Vision, Inc. may pay cash in the amount of $150,000 into the Registry of the Court as security under Fed. R. Civ. Proc. 62(a)(1). Pursuant to Local Civil Rule 67(a), the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $150,000.

    2.    Upon World Vision, Inc. posting of the above-described security, pursuant to Fed. R. Civ. Proc. 62(a)(1), all proceedings to enforce the order and final judgment (Dkt. No. 69) will be automatically stayed until further order of this Court.

STIPULATED ORDER APPROVING CASH SECURITY AND STAYING ENFORCEMENT OF JUDGMENT
CASE NO. 2:21-CV-00920-JLR    Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

IT IS SO ORDERED.

Dated: June 10, 2024

JUDGE JAMES L. ROBART
United States District Court Judge

PRESENTED BY:

ELLIS, LI & McKINSTRY PLLC

By: /s/ Nathaniel L. Taylor
Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
Email: asthilaire@elmlaw.com

GAMMON & GRANGE, P.C.
Scott J. Ward, VSB #37758
    (admitted pro hac vice)
J. Matthew Szymanski, VSB # 33150
    (admitted pro hac vice)
1945 Old Gallows Road, # 650
Tysons, Virginia 22182
Telephone: (703) 761-5012
Email: SJW@gg-law.com
Email: JMS@gg-law.com

*Attorneys for Defendant*

STIPULATED ORDER APPROVING CASH SECURITY AND STAYING ENFORCEMENT OF JUDGMENT
Case No. 2:21-CV-00920-JLR — Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

FRANK FREED SUBIT & THOMAS LLP

By: /s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

NISAR LAW GROUP, P.C.

By: /s/ Casimir Wolnowski
Casimir Wolnowski
60 East 42nd Street, Suite 4600

STIPULATED ORDER APPROVING CASH SECURITY AND STAYING ENFORCEMENT OF JUDGMENT
CASE NO. 2:21-CV-00920-JLR

Page 3

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052